UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED and BOURNE CO., on
behalf of themselves and all others similarly
situated,

              Plaintiffs,

   v.

YOUTUBE, INC., YOUTUBE, LLC and
GOOGLE, INC.,

             Defendants.
------------------------------------------X

07 Civ. _____ 3582

RULE 7.1 STATEMENT



## PLAINTIFF BOURNE CO.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bourne Co. ("Bourne"), a privately held business, certifies that Bourne has no parent corporation(s) and there are no publicly held corporations that own ten (10) percent or more of Bourne's stock.

| | |
|---|---|
| Dated: | New York, New York<br>May 4, 2007 |

*[signature]*

Louis M. Solomon (LS-7906)
William M. Hart (WH-1604)
Jerry L. Dasti (JD-1673)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000
  *- and -*
Max W. Berger (MB-5010)
John P. Coffey (JC-3832)
John C. Browne (JB-0391)
Eric T. Kanefsky (EK-3511)
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Phone: (212) 554-1467

*Attorneys for Plaintiffs*