UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER LEAGUE
LIMITED and BOURNE CO. on behalf of
themselves and all others similarly situated

      Plaintiff,

- against -

YOUTUBE, INC., YOUTUBE, LLC AND GOOGLE
INC.,

      Defendants.
------------------------------------------------------------X

Case No. 07 CV 3582

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA    )
                                  )ss.:
COUNTY OF SACRAMENTO  )

Marcus Filippi, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

On May 7, 2007, at approximately 2:38 p.m. at 2730 Gateway Oaks Drive, Sacramento, California 95833, deponent served the within Summons in a Civil Case and Class Action Complaint with Exhibits, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case upon **YouTube Inc.,** by delivering to and leaving with Rhonda McCarty, Authorized Agent, CSC Lawyers, Inc. Registered Agent, for the herein named Defendant YouTube Inc., a true and correct copy of said documents. At the time of said service, Rhonda McCarty stated that she was duly authorized to accept service of legal process for YouTube Inc.

Rhonda McCarty is described as a white female, approximately 38 years of age, 160 lbs., 5' 6 tall, with brown hair and wears glasses.

_____
(PROCESS SERVER'S SIGNATURE)

MARCUS FILIPPI
(PRINT NAME)

Sworn to before me this
11th day of May, 2007

_____
Notary Public

Please see attached certificate →

# JURAT

State of California

County of __Sacramento__ } SS.

Subscribed and sworn to (or affirmed) before me on this __11th__ day of __May__, 20__07__, by __MARCUS FILIPPI__ (Signer), personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[Notary Seal: M. L. REINA, COMM. # 1628500, NOTARY PUBLIC-CALIFORNIA, SACRAMENTO COUNTY, MY COMM. EXP. DEC. 10, 2009]

_____
NOTARY'S SIGNATURE

## OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
- [x] INDIVIDUAL
- [ ] CORPORATE OFFICER
  _____
  TITLE(S)
- [ ] PARTNER(S)
- [ ] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [ ] SUBSCRIBING WITNESS
- [ ] OTHER: _____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

__Affidavit of Service__
TITLE OR TYPE OF DOCUMENT

__1__
NUMBER OF PAGES

__May 11, 2007__
DATE OF DOCUMENT

_____
OTHER

RIGHT THUMBPRINT OF SIGNER