UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER LEAGUE
LIMITED and BOURNE CO. on behalf of
themselves and all others similarly situated

Case No. 07 CV 3582

Plaintiff,

**AFFIDAVIT OF SERVICE**

- against -

YOUTUBE, INC., YOUTUBE, LLC AND GOOGLE
INC.,

Defendants.
---------------------------------------------------------X
STATE OF CALIFORNIA )
                    )ss.:
COUNTY OF LOS ANGELES )

Rick Gari, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

On May 7, 2007, at approximately 2:30 p.m. at 818 W. 7th Street, Los Angeles, California 95117, deponent served the within Summons in a Civil Case and Class Action Complaint with Exhibits, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case upon **YouTube LLC**, by delivering to and leaving with Margaret Wilson, Process Specialist, CT Corporation, Registered Agent, for the herein named Defendant YouTube LLC., a true and correct copy of said documents. At the time of said service, Margaret Wilson stated that she was duly authorized to accept service of legal process for YouTube LLC.

Margaret Wilson is described as a white female, approximately 58 years of age, 135 lbs., 5' 5 tall, with white hair.

(PROCESS SERVER'S SIGNATURE)

Richard Gari
(PRINT NAME)

Sworn to before me this
____ day of May, 2007

Notary Public

ANGELICA VALENCIA
Commission # 1521673
Notary Public - California
Los Angeles County
My Comm. Expires Oct 24, 2008