UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.<br><br>　　　　Defendants. | ECF Case<br><br>No. 07-cv-3582<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all counsel of record:

　　　Please enter my appearance as counsel in this action for Defendants **YouTube, Inc., YouTube, LLC,** and **Google Inc.**

　　　I certify that I am admitted to practice in this Court.

Date:  May 15, 2007　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　s/ _____
　　　　　　　　　　　　　　　　　　　　　Tonia Ouellette Klausner (TOK-8279)
　　　　　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　PROFESSIONAL CORPORATION
　　　　　　　　　　　　　　　　　　　　　1301 Avenue of the Americas, 40th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York  10019
　　　　　　　　　　　　　　　　　　　　　(212) 999-5800