USDC SDNY
DOCUMENT
ELECT!       'C' ' ' ' Y  FILED
DOC #
DATE FILED: 5/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

THE FOOTBALL ASSOCIATION PREMIER    :
LEAGUE LIMITED and BOURNE CO., on    :    07 Civ. 3582 (LA)
behalf of themselves and all others similarly    :
situated,    :    **STIPULATION AND ORDER**
    :
            Plaintiffs,    :
    :
        v.    :
    :
YOUTUBE, INC., YOUTUBE, LLC and    :
GOOGLE, INC.,    :
    :
            Defendants.    :
------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that

Defendants, having acknowledged service of process upon each of them, shall have until July 5

2007, to move against or otherwise respond to the complaint. The parties agree that the

foregoing extension shall not prejudice or be claimed to affect plaintiffs' stated intention to

coordinate this action and the action styled *Viacom Int'l Inc. v. YouTube, Inc., et al.*, 07 Civ.

02103 (S.D.N.Y.) (LLS) (the "Viacom Action").

Dated:    New York, New York
    May 14, 2007

Louis M. Solomon (LS-7906)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

- and -

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 554-1400

*Attorneys for Lead Plaintiffs and the*
*Prospective Class*

Tonia Ouellette Klausner (TOK-8279)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
New York, New York 10019
212-999-5800

*Attorneys for Defendants*

5/15/07

SO ORDERED:

U.S.D.J.

- 2 -