UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER :
LEAGUE LIMITED and BOURNE CO., on :   07 Civ. 3582
behalf of themselves and all others similarly :
situated, :   **STIPULATION AND ORDER**
:
            Plaintiffs, :
:
        v. :
:
YOUTUBE, INC., YOUTUBE, LLC and :
GOOGLE, INC., :
:
            Defendants. :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/07

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Defendants, having acknowledged service of process upon each of them, shall have until July 5 2007, to move against or otherwise respond to the complaint. The parties agree that the foregoing extension shall not prejudice or be claimed to affect plaintiffs' stated intention to coordinate this action and the action styled *Viacom Int'l Inc. v. YouTube, Inc., et al.*, 07 Civ. 02103 (S.D.N.Y.) (LLS) (the "Viacom Action").

Dated:      New York, New York
            May 14, 2007

_____
Louis M. Solomon (LS-7906)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

- and -

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 554-1400

- 2 -

*Attorneys for Lead Plaintiffs and the Prospective Class*

_____
Tonia Ouellette Klausner (TOK-8279)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
New York, New York  10019
212-999-5800

*Attorneys for Defendants*

SO ORDERED:

_____
U.S.D.J.
5/18/07