UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE FOOTBALL ASSOCIATION PREMIER     :
LEAGUE LIMITED and BOURNE CO., on behalf:    **07 Civ. 3582**
of themselves and all others similarly situated,    :

                              Plaintiffs,    :

                                             :

              v.                             :

                                             :

YOUTUBE, INC., YOUTUBE, LLC and    :
GOOGLE, INC.,                        :

                                             :

                              Defendants.    :

                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

Please enter the withdrawal of Jerry L. Dasti of Proskauer Rose LLP as counsel of record

in this case for lead plaintiffs THE FOOTBALL ASSOCIATION PREMIER LEAGUE

LIMITED and BOURNE CO. and the prospective plaintiff class.

Respectfully submitted,

PROSKAUER ROSE LLP

By: _____
       Jerry L. Dasti (JD-1673)

Dated: May 21, 2007

1