UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE INC., YOUTUBE LLC, and GOOGLE INC.<br><br>    Defendants. | Case No. 07 CV 03582 (LS)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Counsel of Record:

  **PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for THE MUSIC FORCE LLC, a member of the proposed class, in the above captioned matter.

Dated: May 31, 2007

            Respectfully submitted,

            By: /s/ Christopher Lovell
            Christopher Lovell (CL 2595)
            clovell@lshllp.com

            Christopher M. McGrath (CM 4983)
            cmcgrath@lshllp.com
            **LOVELL STEWART HALEBIAN LLP**
            500 Fifth Avenue, 58th Floor
            New York, New York 10110
            Telephone: (212) 608-1900
            Facsimile:  (212) 719-4677

2

Jeffrey L. Graubart (JG 1338)
jlg@jlgraubart.com
**LAW OFFICES OF JEFFREY L. GRAUBART**
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

Steven J. D'Onofrio, Esq. (SD8794)
sdonofrio@mindspring.com
5335 Wisconsin Avenue, N.W. Suite 950
Washington, D.C. 20015
Telephone: (202) 686-2872
Facsimile: (202) 686-2875

Joseph J. Tabacco, Jr. (JT 1994)
jtabbaco@bermanesq.com
**BERMAN DEVALERIO PEASE TABACCO BURT& PUCILLO**
425 California Street, 21st Floor
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382