SANTOS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07

---------------------------------- X
THE FOOTBALL ASSOCIATION PREMIER    :
LEAGUE LIMITED and BOURNE CO., on   :
behalf of themselves and all others similarly :
situated,                           :
                                    :    07 Civ. 3582 (LLS)
           Plaintiffs,              :    (related case no. 07 Civ. 2103 (LLS))
                                    :
       v.                           :    ECF Case
                                    :
YOUTUBE, INC., YOUTUBE, LLC and     :
GOOGLE, INC.,                       :
                                    :
           Defendants.              :
---------------------------------- X

## ORDER TO SHOW CAUSE

| PROSKAUER ROSE LLP | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
|---|---|
| 1585 Broadway | 1285 Avenue of the Americas |
| New York, NY 10036-8299 | New York, NY 10019 |
| Phone: 212-969-3000 | Phone: 212-554-1400 |
| Fax: 212-969-2900 | Fax: 212-554-1444 |

*Attorneys for Lead Plaintiffs Premier League and Bourne
and for the Prospective Class*

Upon the Declaration of Noah Siskind Gitterman, dated July 3, 2007, and the exhibits annexed thereto; the Joint Declaration of John P. Coffey and Louis M. Solomon, dated July 3, 2007, and the exhibits annexed thereto; plaintiffs' Memorandum of Law In Support Of Motion For Appointment Of Interim Class Counsel Pursuant To Fed. R. Civ. P. 23(g)(2)(a); and all prior proceedings had herein, and good cause appearing therefore, it is hereby:

ORDERED, that defendants YouTube, Inc., YouTube, LLC, and Google, Inc., and other interested parties, show cause before the Honorable Judge Louis L. Stanton at 3:00 P.m. on the 10th day of July 2007, in courtroom 21C in the United States Court House, 500 Pearl Street, New York, New York, why the Court should not enter an Order approving the schedule requested in the letter submitted by plaintiffs to the Honorable Judge Louis L. Stanton on June 29, 2007, which requested leave to file a motion to designate Proskauer Rose LLP and Bernstein Litowitz Berger & Grossmann LLP as Interim Class Counsel pursuant to Fed. R. Civ. P. 23(g)(2)(A), and to serve our papers immediately on receipt of approval to file by the Court; that any opposing papers be served within one week thereafter; that any reply be served within one week after that; and that argument take place promptly thereafter.

ORDERED, that service via electronic mail of this Order to Show Cause, together with a copy of the papers upon which it is based (already served by electronic means), upon an officer or attorney for defendants YouTube, Inc., YouTube, LLC, and Google, Inc., and upon an officer or attorney for the plaintiff in the action titled *Cal IV Entertainment LLC v. YouTube, et al.*, 3:07-cv-00617 (M.D. Tenn.), on July 3, 2007, be deemed sufficient service thereof.

Dated: New York, New York
July 3, 2007

SO ORDERED:

_Louis L. Stanton_
HONORABLE LOUIS L. STANTON, U.S.D.J.

7/3/07 4:44 PM