# EXHIBIT 2

Welcome to Cherry Lane Music Publishing

Page 1 of 2



features & news | music search | licensing | roster | reel | about us | contact us | help

# FEATURES & NEWS

News Archives

## IN THE NEWS

### ANOTHER LEADING MUSIC PUBLISHER ANNOUNCES SUPPORT FOR COPYRIGHT CLASS ACTION AGAINST YOUTUBE/GOOGLE

NEW YORK, NEW YORK (June 6, 2007). Cherry Lane Music Publishing Co., Inc., a leading independent music publisher responsible for catalogues of world famous artists -- such as Elvis Presley, Quincy Jones, The Black Eyed Peas, John Legend, and more than 65,000 other copyrights -- and for key partnerships with creative companies such as DreamWorks Pictures and DreamWorks Animation SKG, today announced that it joins and strongly supports the copyright infringement class action claims against YouTube and Google brought by The Football Association Premier League Limited ("Premier League") and Bourne Co. ("Bourne").

The class action complaint, filed in federal court in New York City on May 4, 2007, asserts claims on behalf of all copyright owners who have had their material copied and exploited on Google's YouTube website without authorization. The lawsuit asks a federal judge for a court order to stop YouTube's unauthorized and uncompensated use of the creative works of Class members, force YouTube to adopt existing technology to prevent unauthorized content from being exploited, and for damages for past infringement.

According to Peter W. Primont, Chief Executive Officer at Cherry Lane: "We are pleased to be joining forces with Premier League and Bourne to put a stop to YouTube's unauthorized use of copyrighted works without compensating the owners and creators of those works, including the many composers and songwriters on our roster." Primont continued, "We have a record of unsurpassed meticulousness and diligence in the protection of our clients' copyrights and collection of income due them. In addition, Cherry Lane has a long history of finding outlets for the music catalogues we manage, and in so doing we have struck innovative partnerships with dozens of entertainment companies and have licensed songs for all media, including websites. We want to be able to continue these important efforts on

behalf of our songwriters and composers, so that they get the full benefit of their hard work, without being held hostage by YouTube's infringement."

Cherry Lane is one of the world's top four independent music publishers. Headquartered in New York, Cherry Lane administers more than 65,000 copyrights, including a roster of songwriters and composers such as Elvis Presley, Quincy Jones, The Black Eyed Peas, John Denver, John Legend, Wolfmother, and many others. Cherry Lane's partners and clients include production companies such as DreamWorks Pictures and DreamWorks Animation SKG, Icon Productions, Walden Media and brands such as Pokémon, NFL Films, NASCAR, and World Wrestling Entertainment.

The lawsuit, The Football Association Premier League Limited, et al. v. YouTube, Inc., et al., 07 Civ. 3582 (LLS), is pending before the Honorable Louis L. Stanton in the United States District Court for the Southern District of New York. The Premier League, which is the UK's top tier soccer league, and Bourne, an independent music publisher founded in 1919, are represented in this matter by Proskauer Rose LLP and Bernstein Litowitz Berger & Grossmann LLP. Inquiries can be directed either to Louis M. Solomon at Proskauer Rose at 212-969-3200 or Sean Coffey at Bernstein Litowitz at 212-554-1409. Further information about the suit can also be found at www.youtubeclassaction.com

Back

publishing home · features & news · music search · licensing · roster · reel · about us · contact us · help
Cherry Lane Music Group Home · Flash Version

© Copyright 2007 Cherry Lane Music Publishing Company, Inc. All rights reserved.
Please direct site problems to the webmaster.





A TV camera on Roland-Garros center court.

### Articles

## French Open organizer and Professional French Soccer Leagues announce support for copyright class action against youtube/google

Wednesday, June 6, 2007

NEW YORK, NEW YORK (June 6, 2007). The Federation Française de Tennis, France's national tennis organization and the organizer of the French Open, and the Ligue de Football Professionnel, one of the top professional football leagues in the world, today announced that they join and strongly support the copyright infringement class action claims against YouTube and Google brought by lead plaintiffs, The Football Association Premier League Limited ("Premier League") and Bourne Co. ("Bourne").

The class action complaint, filed in federal court in New York City on May 4, 2007, asserts claims on behalf of all copyright owners who have had their material copied and exploited on Google's YouTube website without authorization. The lawsuit asks a federal judge for a court order to stop YouTube's unauthorized and uncompensated use of the creative works of Class members, force YouTube to adopt existing technology to prevent unauthorized content from being exploited, and for damages for past infringement.

Federation Française de Tennis is France's national tennis organization. It organizes the French Open, one of the four Grand Slam tournaments in tennis, and manages France's Davis Cup and Fed Cup teams. Live updates and daily video highlights of the 2007 French Open, taking place this week, can be found at http://www.rolandgarros.com. According to Michel Grach, Media Director for the French Open: "We strongly support the efforts to stop YouTube from exploiting copyrighted works without compensation. YouTube hinders our efforts to develop and promote the sport of tennis in the interest of amateur and professional players and fans throughout France and the world through a variety of media, including our own innovative websites."

Ligue de Football Professionnel is the professional soccer league in France. It manages the two professional divisions of French soccer, Ligue 1 and Ligue 2, as well as the French Supercup and League Cup. French league games are broadcast in more than 150 countries and regularly watched by millions of fans around the world. Jean-Pierre Hugues, General Manager at the Ligue de Football Professionnel, added, "we support the efforts of the class action to stop YouTube from profiting from the work of our teams and players, and to allow us to fully exploit our own resources so that we can continue to

develop French professional soccer for the benefit of our fans around the world."

The lawsuit, The Football Association Premier League Limited, et al. v. YouTube, Inc., et al., 07 Civ. 3582 (LLS), is pending before the Honorable Louis L. Stanton in the United States District Court for the Southern District of New York. The Premier League, which is the UK's top tier soccer league, and Bourne, an independent music publisher founded in 1919, are represented in this matter by Proskauer Rose LLP and Bernstein Litowitz Berger & Grossmann LLP. Inquiries can be directed either to Louis M. Solomon at Proskauer Rose at 212-969-3200 or Sean Coffey at Bernstein Litowitz at 212-554-1409.

Further information about the suit can also be found at www.youtubeclassaction.com

Did You Know: Donald Budge only took part in one French Open, in 1938, but he won the title and then went on to complete the Grand Slam.

**Technology at Roland Garros** | **Privacy** | **Site Map** | **Search** | **XML**
© Copyright 2007 IBM Corp., Fédération Française de Tennis 1996, 2007. All Rights Reserved.



Online Shop
Roland Garros beach towels - 102 x 178cm
Detail  Buy

Official Site of Roland Garros
2007
May 27 - June 10

Bloomberg.com

BloombergAnywhere | SoftwareSupport | Feedback    LOG IN

Updated: New York, Jun 29 11:38
London, Jun 29 16:38
Tokyo, Jun 30 00:38

Search News [          ] GO

[?] Enter Symbol    QUOTE  CHART  NEWS  SYMBOL LOOKUP  Japan Consumer Prices Fall for Fourth Month, Jobles

■ HOME  ■ NEWS  ■ MARKET DATA  ■ INVESTMENT TOOLS  ■ TV and RADIO        ■ ABOUT BLOOMBERG

investment tools

Company News
QUOTE  CHARTS  NEWS

GOOG:US
Google Inc

- Portfolio Tracker
- Market Monitor
- Fund Center
- Calculators
- Wireless
- Financial Glossary

RESOURCES

- Bloomberg TV
- Bloomberg Radio
- Audio/Video Reports
- Bloomberg Podcasts
- Bloomberg Markets Magazine
- Bloomberg Press

Copyright Class Action against YouTube/Google Gains Additional Support from the Association of European Professional Football Leagues

NEW YORK--(BUSINESS WIRE)--June 27, 2007 The Association of European Professional Football Leagues ("EPFL") announced today that it strongly supports The Football Association Premier League Limited ("Premier League") and Bourne Co. ("Bourne") on their the copyright class action against YouTube and Google. The EPFL, representing the interests of 19 Member and Associate Member Leagues across Europe and more than 500 affiliated clubs, in countries such as Austria, Belgium, Denmark, Republic of Ireland, England, Finland, France, Germany, Greece, the Netherlands, Italy, Portugal, Norway, Slovenia, Spain, Switzerland, Sweden and Scotland, has joined other recent supporters, including Cherry Lane Music Publishing Co, one of the world's leading independent music publishers -- responsible for catalogues of world famous artists such as Elvis Presley, Quincy Jones, The Black Eyed Peas, John Legend, and more than 65,000 other copyrights -- the national French Tennis Federation (Federation Francaise de Tennis), and the French Professional Football League (Ligue de Football Professionnel). The EPFL is encouraging all its members to actively join the suit, demanding YouTube/Google to immediately cease their massive and rampant infringement of the copyrighted works of the European football leagues. The EPFL is concerned that YouTube has launched localized sites across the world including in France, Ireland, Italy, Netherlands, Poland, Spain and the UK, and is inviting its members, who arrange collectively football games viewed annually by billions of people in approximately 204 countries around the world, to take action with the intention of protecting its legitimate rights.

The class action complaint, filed in federal court in New York City on May 4, 2007, asserts claims on behalf of all copyright owners who have had their material copied and exploited on the YouTube website without authorization. The lawsuit asks a federal judge for a court order to stop YouTube's unauthorized and uncompensated use of the creative works of Class members,

force YouTube to adopt existing technology to prevent unauthorized content from being exploited, and for damages for past infringement.

The lawsuit, The Football Association Premier League Limited, et al. v. YouTube, Inc., et al., 07 Civ. 3582 (LLS), is pending before the Honorable Louis L. Stanton in the United States District Court for the Southern District of New York. The Premier League, which is the UK's top tier soccer league, and Bourne, an independent music publisher founded in 1919, are represented in this matter by Proskauer Rose LLP and Bernstein Litowitz Berger & Grossmann LLP. Inquiries can be directed either to Louis M. Solomon at Proskauer Rose at 212-969-3200 or Sean Coffey at Bernstein Litowitz at 212-554-1409. Further information about the suit can also be found by calling a toll free number (1-866-725-0516) or online at www.youtubeclassaction.com.

CONTACT: Linden Alschuler & Kaplan, Inc. Josh Epstein, Senior Vice President, Public Relations, 212-575-4545 jepstein@lakpr.com

*Last Updated: June 27, 2007 10:57 EDT*

News tools   ✉ Email this article   🖨 Printer friendly format

**Advertisement: Market headed for a fall? Get forecast by Forbes columnist!**

Sponsored links

**Stock Market News**
Searching for stock market news? See our stock market news guide.
TheHappyLocal.com

**Is Your Patent Infringed?**
General Patent Corporation Intl We enforce patents on contingency
www.patentclaim.com

**MiFID news**
Latest news on MiFID implementation Updates on European developments
www.complinet.com

**Top Pink Sheets Picks**
OTC: NCOA nCoat. Target Price $2.50 Revolutionary Nanotechnology Stock
www.smallcapstockanalyst.com

bloomberg.com NEWS | MARKET DATA | INVESTMENT TOOLS | TV AND RADIO | ABOUT BLOOMBERG | (
LOG IN/REGISTER
©2007 BLOOMBERG L.P. ALL RIGHTS RESERVED. Terms of Service | Privacy Policy | Trademarks | Site Map | Help | Feedback | A

http://quote.bloomberg.com/apps/news?pid=conewsstory&refer=conews&tkr=GOOG:US&sid=a2dRFi 9OIiI  6/29/2007