UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.<br><br>       Defendants. | ECF Case<br><br>No. 07-cv-3582<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all counsel of record:

    Please enter my appearance as counsel in this action for Defendants **YouTube, Inc., YouTube, LLC,** and **Google Inc.**

    I certify that I am admitted to practice in this Court.

Date:  July 5, 2007                                    Respectfully submitted,

                                                       s/
                                                       Emily Shepard Smith (ES-4305)
                                                       WILSON SONSINI GOODRICH & ROSATI
                                                       PROFESSIONAL CORPORATION
                                                       1301 Avenue of the Americas, 40th Floor
                                                       New York, New York  10019
                                                       (212) 999-5800