

ORIGINAL

STANTON S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER          :
LEAGUE LIMITED and BOURNE CO., on         :    07 Civ. 3582 (LLS)
behalf of themselves and all others similarly  :   (related case no. 07 Civ. 2103 (LLS),
situated,                                 :    the "*Viacom* action")
                                          :
                Plaintiffs,               :    ECF case
                                          :
        v.                                :    **STIPULATION AND ORDER**
                                          :
YOUTUBE, INC., YOUTUBE, LLC and           :
GOOGLE, INC.,                             :
                                          :
                Defendants.               :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Plaintiffs' motion for appointment of interim counsel pursuant to Fed. R. Civ. P. 23(g), served July 3, 2007, shall be returnable at the July 27, 2007, Rule 16 conference and shall be briefed according to the following schedule: Plaintiffs in this action and counsel for plaintiff Cal IV in the Tennessee Action shall serve any supplemental papers on the motion by July 11, 2007; defendants shall serve any papers concerning said motion by July 19, 2007; and any replies from plaintiffs or other interested parties shall be served on or before July 25, 2007. Accordingly, the Court conference scheduled for July 10, 2007, is adjourned.

Dated:      New York, New York
            July 5, 2007

                                          _____
                                          Louis M. Solomon (LS-7906)
                                          PROSKAUER ROSE LLP
                                          1585 Broadway
                                          New York, NY 10036-8299
                                          Phone: (212) 969-3000

                                             - and -
                                          BERNSTEIN LITOWITZ BERGER &
                                          GROSSMANN LLP

1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 554-1400

*Attorneys for Lead Plaintiffs and the Prospective Class*

_____
Tonia Maria Ouellette Klausner (TOK-8279)
Emily Shepard Smith (ES-4305)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, New York 10019
212-999-5800

*Attorneys for Defendants*

SO ORDERED:

_Louis L. Stanton_
U.S.D.J.
7/5/07

2