UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.<br><br>   Defendants. | ECF Case<br><br>No. 1:07-cv-3582 (LLS) (FM)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.** |

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants, by and through their undersigned counsel, state that:

   YouTube, LLC is a wholly-owned subsidiary of Google Inc. YouTube, Inc. no longer exists as a corporate entity. Google Inc. is publicly traded on the New York Stock Exchange. No publicly traded company owns 10% or more of the stock of Google Inc.

Date: July 9, 2007

Respectfully submitted,

s/
Tonia Ouellette Klausner (TOK-8279)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York  10019
(212) 999-5800

*Attorneys for Defendants YouTube, Inc., YouTube, LLC and Google Inc.*

1