UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>Defendants. | Civil No. 07 CV 3582 (LLS)<br><br>*FILED ELECTRONICALLY* |

### NOTICE OF APPEARANCE OF JONATHAN K. LEVINE

**TO THE COURT AND ALL PARTIES OF RECORD:**

I hereby enter my appearance in this action as counsel for Cal IV Entertainment, LLC, a member of the proposed class in the above-captioned matter.

DATED: July 11, 2007

Respectfully submitted,

**GIRARD GIBBS LLP**

*/s/ Jonathan K. Levine*
Jonathan K. Levine (JL-8390)
JKL@girardgibbs.com

Daniel C. Girard
Dena H. Connolly
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Attorneys for Cal IV Entertainment, LLC*