# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
THE FOOTBALL ASSOCIATION PREMIER       :
LEAGUE LIMITED and BOURNE CO., on      :   07 Civ. 3582 (LLS)
behalf of themselves and all others similarly : (related case no. 07 Civ. 2103 (LLS))
situated,                              :
                                       :   ECF Case
                    Plaintiffs,        :
                                       :   DECLARATION OF DAVID J.
         v.                            :   GRISMAN IN SUPPORT OF
                                       :   PLAINTIFFS' MOTION FOR
YOUTUBE, INC., YOUTUBE, LLC and        :   APPOINTMENT OF INTERIM
GOOGLE, INC.,                          :   CLASS COUNSEL PURSUANT
                                       :   TO FED. R. CIV. P. 23(g)(2)(A)
                    Defendants.        :
------------------------------------ X

DAVID J. GRISMAN hereby declares:

1. I was a named plaintiff in a proposed class action commenced on May 10, 2007 in the Northern District of California against YouTube, Inc., YouTube, LLC, and Google, Inc. *See Grisman et al. v. YouTube, Inc., et al.*, 07-cv-2518 (N.D.Cal.) (the "Dawg Action"). I make this declaration in support of the motion by plaintiffs The Football Association Premier League Limited and Bourne Co. (together, the "PL/B Plaintiffs") for the appointment of their counsel, Proskauer Rose LLP and Bernstein Litowitz Berger & Grossmann LLP (collectively, the "PL/B Counsel of the "Firms"), as counsel for the putative Class on an interim basis pursuant to Federal Rule of Civil Procedure 23(g)(2)(A).

2. After my action was commenced, my counsel and counsel for the PL/B Plaintiffs had numerous discussions concerning what would be in the Class's best interest in terms of where, when, how, etc to litigate the issues. As a result of those discussions, I concluded that the PL/B Plaintiffs retention of the Firms on behalf of the Class put the Class in highly capable hands and that there existed significant benefits in establishing a united front with the center of gravity

1

being this action pending in this Court. As a result, I voluntarily dismissed my action in favor of this action. I intend to participate in this action as a class member.

3. I join in the PL/B Plaintiffs' motion to appoint PL/B Counsel as counsel for the proposed Class on an interim basis.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California, on July 10, 2007.

*David J. Grisman*