UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION
PREMIER LEAGUE LIMITED and
BOURNE CO., on behalf of themselves and
all others similarly situated,

        Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.

        Defendants.

ECF Case

No. 1: 07-cv-3582 (LLS) (FM)

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

    Defendants YouTube, Inc., et al. (collectively, "Defendants") respectfully submit this response to Plaintiffs' Motion for Appointment of Interim Class Counsel. Defendants take no position on plaintiffs' motion.

Dated: July 19, 2007

        s/
        Tonia Ouellette Klausner (TOK-8279)
        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019
        Telephone (212) 999-5800

        *Attorneys for Defendants*
        *GOOGLE INC., YOUTUBE, INC., and*
        *YOUTUBE, LLC*