ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE FOOTBALL ASSOCIATION PREMIER      |
LEAGUE LIMITED and BOURNE CO.,        |
on behalf of themselves and all       |
others similarly situated,            |   07 Civ. 3582 (LLS)
                                      |
                        Plaintiffs,   |   **ORDER APPOINTING INTERIM**
                                      |   **CLASS COUNSEL**
        - against -                   |
                                      |
YOUTUBE, INC., YOUTUBE, LLC and       |
GOOGLE, INC.                          |
                                      |
                        Defendants.   |
------------------------------------x

It sufficiently appearing that the timely designation of interim counsel is appropriate and desirable in the interests of the putative class and the efficient management of discovery and other procedures in this and related actions, and that the law firms of Proskauer Rose LLP and Bernstein Litowitz Berger & Grossmann LLP will fairly and adequately represent those interests and conduct those proceedings, and there being no objection, Plaintiffs' Motion for Appointment of Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g)(2)(A) is granted and Proskauer Rose LLP and Bernstein Litowitz Berger & Grossmann LLP are designated interim counsel to act on behalf of the putative

-2-

class.


So ordered.

Dated: New York, NY
       July 27, 2007

                                                 *Louis L. Stanton*
                                       LOUIS L. STANTON
                                          U.S.D.J.