☐ ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED and BOURNE CO., on
behalf of themselves and all others similarly
situated,

       Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.

       Defendants.

ECF Case

No. 1:07-cv-03582 (LLS) (FM)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Tonia Ouellette Klausner, attorney for defendants YouTube, Inc., YouTube, LLC, and Google Inc. (collectively, "Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT

| | |
|---|---|
| Applicant's Name: | Carrie A. Jablonski |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 West Hubbard Street |
| City/State/Zip: | Chicago, IL 60610 |
| Phone Number: | (312) 494-4400 |
| Fax Number: | (312) 494-4440 |

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated: Aug 6, 2007
New York, New York

                                                    *Louis L. Stanton*
                                                    United States District Judge