# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.<br><br>Defendants. | ECF Case<br><br>No. 1:07-cv-03582 (LLS) (FM)<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF MARK S. OUWELEEN** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Tonia Ouellette Klausner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Applicant's Name: Mark S. Ouweleen
Firm Name: Bartlit Beck Herman Palenchar & Scott LLP
Address: 54 West Hubbard Street
City/State/Zip: Chicago, IL 60610
Phone Number: (312) 494-4400
Fax Number: (312) 494-4440

Mr. Ouweleen is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Mr. Ouweleen in any State or Federal court.

Date: July 24, 2007

Respectfully submitted,

_____
Tonia Ouellette Klausner (TOK-8279)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendants YouTube, Inc., YouTube, LLC and Google Inc.*

*Granted. No opposition. So ordered.*
*Louis L. Stanton*
*8/6/07*