Case 1:07-cv-03582-LLS Document 40 Filed 08/13/2007 Page 1 of 1

MEMORANDUM ENDORSED

SCANNED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.

    Defendants.

ECF Case

No. 1:07-cv-03582 (LLS) (FM)

**MOTION FOR PRO HAC VICE ADMISSION OF KEITH E. EGGLETON**



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Tonia Ouellette Klausner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    Keith E. Eggleton
    Firm Name:    Wilson Sonsini Goodrich & Rosati, P.C.
    Address:    650 Page Mill Road
    City/State/Zip:    Palo Alto, CA 94304
    Phone Number:    (650) 493-9300
    Fax Number:    (650) 493-6811

Mr. Eggleton is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Eggleton in any State or Federal court.

Date: July 25, 2007

*Granted. No opposition. So Ordered. Louis L. Stanton 8/10/07*

Respectfully submitted,

Tonia Ouellette Klausner (TOK-8279)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendants YouTube, Inc., YouTube, LLC and Google Inc.*