MEMORANDUM ENDORSED

SCANNED

*41*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.<br><br>Defendants. | ECF Case<br><br>No. 1:07-cv-03582 (LLS) (FM)<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF DAVID H. KRAMER** |

[stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 8/13/07]

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Tonia Ouellette Klausner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | David H. Kramer |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, P.C. |
| Address: | 650 Page Mill Road |
| City/State/Zip: | Palo Alto, CA 94304 |
| Phone Number: | (650) 493-9300 |
| Fax Number: | (650) 493-6811 |

Mr. Kramer is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Kramer in any State or Federal court.

Date: July 25, 2007

*[handwritten: Granted. No opposition. So ordered. Louis L. Stanton 8/10/07]*

Respectfully submitted,

*[signature]*

Tonia Ouellette Klausner (TOK-8279)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendants YouTube, Inc.,
YouTube, LLC and Google Inc.*