

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | ECF Case<br><br>Case No. 1:07-cv-03582 (LLS) (FM)<br><br>**MOTION FOR<br>PRO HAC VICE ADMISSION OF<br>JAMES J. HARTNETT, IV** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Tonia Ouellette Klausner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:     James J. Hartnett, IV
        Firm Name:     Faegre & Benson LLP
        Address:     2200 Wells Fargo Center
                        90 South Seventh Street
        City/State/Zip:     Minneapolis, MN 55402-3901
        Phone Number:     (612) 766-7000
        Fax Number:     (612) 766-1600

Mr. Hartnett is a member in good standing of the Bar of the State of Minnesota. There are no pending disciplinary proceedings against Mr. Hartnett in any State or Federal Court.

Date: August 23, 2007

Respectfully submitted,

*/s/ Tonia Ouellette Klausner*

Tonia Ouellette Klausner (TOK-8279)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendants YouTube, Inc., YouTube, LLC and Google Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>         v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>                      Defendants. | ECF Case<br><br>Case No. 1:07-cv-03582 (LLS) (FM)<br><br>**AFFIDAVIT OF TONIA OUELLETTE KLAUSNER IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF JAMES J. HARTNETT, IV** |

State of New York   )
                         ) ss.
County of New York  )

Tonia Ouellette Klausner, being duly sworn, hereby deposes and says as follows:

1.     I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants YouTube, Inc., YouTube LLC, and Google Inc. (collectively, "Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit James J. Hartnett, IV as counsel *pro hac vice* to represent Defendants in this matter.

2.     I am a member in good standing of the bar of the State of New York, where I was admitted to practice law in 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Hartnett is a partner of the law firm of Faegre & Benson LLP, in Minneapolis, Minnesota. A true and correct copy of Mr. Hartnett's Certificate of Good Standing is attached hereto as Exhibit "A".

4. I have found Mr. Hartnett to be a skilled attorney and of high moral character.

5. Accordingly, I am pleased to move the admission of James J. Hartnett, IV, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission *pro hac vice* of James J. Hartnett, IV, which is attached hereto as Exhibit "B".

WHEREFORE it is respectfully requested that the motion to admit James J. Hartnett, IV, *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

Date: August 23, 2007

_____
Tonia Ouellette Klausner (TOK-8279)

Sworn to before me this

23rd day of August, 2007

_____
Notary Public

ROSE M. SEPULVEDA
Notary Public, State of New York
No. 01SE6031652
Qualified in Kings County
Commission Expires Oct. 4, 2009

2

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JAMES JOSEPH HARTNETT

was duly admitted to practice as an lawyer and counselor at law in all the courts of this state on

October 22, 1993

Given under my hand and seal of this court on

August 22, 2007

Fredrick K. Grittner
Clerk of Appellate Courts



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | ECF Case<br><br>Case No. 1:07-cv-03582 (LLS) (FM)<br><br>**[PROPOSED]**<br>**ORDER FOR ADMISSION PRO**<br>**HAC VICE ON WRITTEN MOTION** |

Upon the motion of Tonia Ouellette Klausner, attorney for defendants YouTube, Inc., YouTube, LLC, and Google Inc. (collectively, "Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT

| | |
|---|---|
| Applicant's Name: | James J. Hartnett, IV |
| Firm Name: | Faegre & Benson LLP |
| Address: | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| City/State/Zip: | Minneapolis, MN 55402-3901 |
| Phone Number: | (612) 766-7000 |
| Fax Number: | (612) 766-1600 |

2

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated: August 23, 2007
      New York, New York

                                              _____
                                                   United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I caused a true and correct copy of the Motion for Pro Hac Vice Admission of James J. Hartnett, IV to be served via electronic mail on all counsel of record using plaintiffs' service e-mail address: ytclasservice@proskaur.com

Tonia Ouellette Klausner