UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE FOOTBALL ASSOCIATION PREMIER     :
LEAGUE LIMITED and BOURNE CO., on    :   07 Civ. 3582 (LLS)
behalf of themselves and all others similarly :
situated,                            :
                                     :
                Plaintiffs,          :
                                     :
        v.                           :
                                     :
YOUTUBE, INC., YOUTUBE, LLC and      :
GOOGLE, INC.,                        :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF APPEARANCE OF CHRISTOPHER M. McGRATH

**TO THE COURT AND ALL PARTIES OF RECORD:**

    I hereby enter my appearance in this action as counsel for THE MUSIC FORCE LLC, a member of the proposed class in the above-captioned matter.


DATED: September 11, 2007            Respectfully submitted,

                                     **LOVELL STEWART HALEBIAN LLP**

                                     _____/s/ Christopher M. McGrath_____

                                     Christopher M. McGrath (CM-4983)
                                     cmcgrath@lshllp.com

                                     Christopher McGrath
                                     500 Fifth Avenue, 58th Floor
                                     New York, New York 10110
                                     Telephone: (212) 608-1900
                                     Facsimile: (212) 719-4677

                                     *Attorney for The Music Force LLC*

1