UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,

                Plaintiffs,

      v.

YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 3582 (LLS)

### NOTICE OF APPEARANCE OF JEFFREY L. GRAUBART

**TO THE COURT AND ALL PARTIES OF RECORD:**

I hereby enter my appearance in this action as counsel for THE MUSIC FORCE LLC, a member of the proposed class in the above-captioned matter.

DATED: September 11, 2007        Respectfully submitted,

**LAW OFFICES OF JEFFREY L. GRAUBART**

        */s/ Jeffrey L. Graubart*

Jeffrey L. Graubart (JG-1338)
jlg@jlgraubart.com

Jeffrey Graubart
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

*Attorney for The Music Force LLC*