UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED and BOURNE CO., on
behalf of themselves and all others similarly
situated,

                     Plaintiffs,

              v.

YOUTUBE, INC., YOUTUBE, LLC and
GOOGLE, INC.,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 3582 (LLS)

## NOTICE OF APPEARANCE OF STEVE J. D'ONOFRIO

**TO THE COURT AND ALL PARTIES OF RECORD:**

      I hereby enter my appearance in this action as counsel for THE MUSIC FORCE LLC, a member of the proposed class in the above-captioned matter.

DATED: September 11, 2007        Respectfully submitted,

                                                    /s/ Steve J. D'Onofrio

                                   Steve J. D'Onofrio(SD-8794)
                                   sdonofrio@mindspring.com

                                   Steve D'Onofrio
                                   5335 Wisconsin Avenue, N.W. Suite 950
                                   Washington, D.C. 20015
                                   Telephone: (202) 686-2872
                                   Facsimile: (202) 686-2875

                                   *Attorney for The Music Force LLC*