UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/07

THE FOOTBALL ASSOCIATION PREMIER ) 
LEAGUE LIMITED and BOURNE CO., on )
behalf of themselves and all others similarly ) ECF Case
situated, )
   )
          Plaintiffs, )
   ) Case No. 1:07-cv-03582 (LLS) (FM)
       v. )
   ) [PROPOSED]      LLS
YOUTUBE, INC., YOUTUBE, LLC, and ) **ORDER FOR ADMISSION PRO**
GOOGLE INC., ) **HAC VICE ON WRITTEN MOTION**
   )
          Defendants. )

Upon the motion of Tonia Ouellette Klausner, attorney for defendants YouTube, Inc., YouTube, LLC, and Google Inc. (collectively, "Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT

Applicant's Name:   John H. Hinderaker
Firm Name:          Faegre & Benson LLP
Address:            2200 Wells Fargo Center
                    90 South Seventh Street
City/State/Zip:     Minneapolis, MN 55402-3901
Phone Number:       (612) 766-7000
Fax Number:         (612) 766-1600

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated: ~~August~~ Sept 11, 2007
New York, New York

*Louis L. Stanton*
United States District Judge