USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., <br><br> Defendants. | ECF Case <br><br> Case No. 1:07-cv-03582 (LLS) (FM) <br><br> [PROPOSED] <br> **ORDER FOR ADMISSION PRO** <br> **HAC VICE ON WRITTEN MOTION** |

LLS

Upon the motion of Tonia Ouellette Klausner, attorney for defendants YouTube, Inc., YouTube, LLC, and Google Inc. (collectively, "Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT

| | |
|---|---|
| Applicant's Name: | James J. Hartnett, IV |
| Firm Name: | Faegre & Benson LLP |
| Address: | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| City/State/Zip: | Minneapolis, MN 55402-3901 |
| Phone Number: | (612) 766-7000 |
| Fax Number: | (612) 766-1600 |

2

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated: ~~August 23~~ Sept 11, 2007
New York, New York

_____
*Louis L. Stanton*
United States District Judge