ORIGINAL

STANTON, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-cv-02103 (LLS)<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties that the parties shall have until October 5, 2007 to stipulate to an ESI Plan, as contemplated by the Rule 16(b) Scheduling Order. No other dates in the 16(b) Scheduling Order shall be changed or affected by this Stipulation and Order.

September 25, 2007

Respectfully submitted,

_____
Susan J. Kohlmann (SK-1855)
Peter H. Hanna (PH-0802)
Matthew W. Alsdorf (MA-4741)
**JENNER & BLOCK LLP**
919 Third Avenue
37th Floor
New York, NY 10022
Telephone: (212) 891-1690
Facsimile: (212) 891-1699

12259-v1

1

                Donald B. Verrilli, Jr. (DV-2252)
                William M. Hohengarten (WH-5233)
                Amy L. Tenney *(pro hac vice)*
                Scott B. Wilkens *(pro hac vice)*
                Luke C. Platzer (LP-0734)
                Sharmila Sohoni (SS-6452)
                **JENNER & BLOCK LLP**
                601 Thirteenth Street, N.W.
                Suite 1200 South
                Washington, DC 20005-3823
                Telephone: (202) 639-6000
                Facsimile: (202) 639-6066

                Stuart J. Baskin (SB-9936)
                Stephen Fishbein (SF-3410)
                John Gueli (JG-8427)
                **SHEARMAN & STERLING LLP**
                599 Lexington Avenue
                New York, New York 10022
                Telephone: (212) 848-4000
                Facsimile: (212) 848-7179

                *Attorneys for Plaintiffs*

Date: September ___, 2007        Respectfully submitted,

                *James J. Hartnett /met*
                John H. Hinderaker, *(pro hac vice)*
                James J. Hartnett, IV, *(pro hac vice)*
                FAEGRE & BENSON LLP
                2200 Wells Fargo Center
                90 South Seventh Street
                Minneapolis, MN 55402-3901
                Telephone: (612) 766-7000
                Facsimile: (612) 766-1600

                David H. Kramer
                Bart E. Volkmer
                Maura Lea Rees
                Caroline Wilson
                WILSON SONSINI GOODRICH & ROSATI
                650 Page Mill Road
                Palo Alto, CA 94304
                Telephone (650) 493 9300

12259-v1

          Facsimile (650) 493-6811
          Jonathan M. Jacobson
          Tonia Maria Ouellette Klausner
          WILSON SONSINI GOODRICH & ROSATI
          1301 Avenue of the Americas
          New York, NY 10019
          Telephone (212) 999-5858
          Facsimile (212) 999-5899

          Philip S. Beck
          Mark S. Ouweleen
          Shayna Susanne Cook
          Alison G. Wheeler
          Carrie A. Jablonski
          BARTLIT BECK HERMAN PALENCHAR &
          SCOTT LLP
          Courthouse Place
          54 W. Hubbard St.
          Suite 300
          Chicago, IL 60610
          Telephone (312) 494-4465
          Facsimile (312) 494-4440

          *Attorneys for Defendants*

SO ORDERED:

          _____Louis L. Stanton_____
          Hon. Louis L. Stanton
          United States District Judge  9/26/07

12259-v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and and correct copy of the foregoing was served on this 25th day of September, 2007, on Defendants' counsel by electronic mail (YTservice@bartlit-beck.com), pursuant to an agreement of the parties under Fed. R. Civ. P. 5(b)(2)(D).

_/s/ Michael J. Mahoney_
Michael J. Mahoney