◨ ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED and BOURNE CO., on )
behalf of themselves and all others similarly )
situated, )
)
                           Plaintiffs, )
) Case No. 07 Civ. 3582 (LLS)
        v. )
)
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE INC., )
)
                          Defendants. )

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/07

### ORDER ON CONSENT TO FILE AMENDED COMPLAINT

Pursuant to the Court's rulings on the record at the October 26, 2007 conference, the parties hereto consent to plaintiffs' filing of an Amended Complaint annexed hereto as Exhibit A. Defendants' time to serve and file a response to the Amended Complaint in the manner permitted by the Federal Rules shall be extended to December 3, 2007.

November 2, 2007

**FOR CLASS PLAINTIFFS**

*/s/ Louis M. Solomon/*

Louis M. Solomon (LS-7906)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

1

-and-

Max W. Berger (MB-5010)
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1467
Facsimile: (212) 554-1444

**FOR DEFENDANTS**

*[signature]*

Tonia Ouellette Klausner
David H. Kramer
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

-and-

Mark S. Ouweleen
Philip S. Beck
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 W. Hubbard St., Suite 300
Chicago, IL 60610
Telephone: (312) 494-4465
Facsimile: (312) 494-4440

-and-

John H. Hinderaker
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-6924
Facsimile: (612) 766-1600

SO ORDERED:

_____
HON. LOUIS L. STANTON, U.S.D.J.

11/6/07

2