AFFIDAVIT OF SERVICE
(MAIL)

STATE OF NEW YORK   )
                     ss:   The Football Association v YouTube Inc.
COUNTY OF NEW YORK)        2007 cv 3582 ( LLS )

Anthony Lopez, being duly sworn, deposes and states:

1. I am not a party to this action, am over 18 years of age, and reside in Union County, New Jersey.

2. On November 7, 2007, I served the attach AMENDED SUMMONS IN A CIVIL ACTION to YouTube Inc., YouTube LLC and Google, Inc., and the AMENDED CLASS ACTION COMPLAINT upon the following party(ies) at the address(es) designated by them for that purpose:

   See Attach Service List

3. Said service was made by depositing a true copy of said documents enclosed in a prepaid, sealed wrapper, properly addressed to the above named party in an official depository under the exclusive care and custody of United States Postal Service, within the State of New York.

Sworn to before me this 7th
day of November, 2007.

_____
Notary Public

_____
Anthony López
License No. 0845031

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2011

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304


Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas
New York, NY 10019


Philip S. Beck
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 W. Hubbard St., Suite 300
Chicago, IL 60610


John H. Hinderaker
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402