UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>Defendants | Civil Action No. 07 Civ. 3582 (LLS) |

**NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTINA H. CONNOLLY**

GIRARD GIBBS LLP
Daniel C. Girard
Aaron M. Sheanin
Christina H. Connolly
Jonathan K. Levine (JL-8390)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiffs*

1

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Jonathan K. Levine and Christina H. Connolly, dated November 7, 2007 and the exhibits annexed thereto, and upon all prior papers and proceedings, Plaintiffs will move this Court on a date to be determined, upon submission, unless otherwise ordered by the Court, for an order permitting Christina H. Connolly of Girard Gibbs LLP, counsel for plaintiffs, to practice before this Court in connection with all proceedings in these matters.

Dated: November 7, 2007

Respectfully submitted,

**GIRARD GIBBS LLP**

Jonathan K. Levine (JK-8390)
Daniel C. Girard
Aaron M. Sheanin
Christina H. Connolly
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>Defendants | ) ) Civil Action No. 07 Civ. 3582 (LLS) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTINA H. CONNOLLY**

GIRARD GIBBS LLP
Daniel C. Girard
Aaron M. Sheanin
Christina H. Connolly
Jonathan K. Levine (JL-8390)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiffs*

1

I, Jonathan K. Levine, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. My admission to this Court was on March 14, 1989.

2. I am not under suspension or disbarment by any court.

3. I am a partner of the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

4. I make this affidavit in support of Plaintiffs' motion for the admission of Christina H. Connolly *pro hac vice.*

5. I have known Christina H. Connolly for 1 year and believe she will uphold the integrity of this Court and will comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of November, 2007 at San Francisco, California.

_____
Jonathan K. Levine

State of California    )
County of San Francisco )

On November 7, 2007, before me, Sue Querubin, Notary Public, personally appeared Jonathan K. Levine, personally known to be to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.



2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>Defendants | Civil Action No. 07 Civ. 3582 (LLS) |

**DECLARATION OF CHRISTINA H. CONNOLLY IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION**

GIRARD GIBBS LLP
Daniel C. Girard
Aaron M. Sheanin
Christina H. Connolly
Jonathan K. Levine (JL-8390)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiffs*

1

I, Christina H. Connolly, hereby declare as follows:

1. I am an attorney duly admitted to practice to law in the State of California since December 5, 2006. Attached hereto as "Exhibit A" is an original Certificate of Good Standing from the State Bar of California dated November 6, 2007.

2. I am not under suspension or disbarment by any court.

3. I am an associate of the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

4. I make this affidavit in support of Plaintiffs' motion for my admission *pro hac vice*.

5. I recognize that if I am admitted *pro hac vice*, I am within the disciplinary jurisdiction of the United States District Court for the Southern District of New York. Upon my admission *pro hac vice*, I agree to comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of November, 2007 at San Francisco, California.

Christina H. Connolly

State of California    )
County of San Francisco )

On November 7, 2007, before me, Sue Querubin, Notary Public, personally appeared Christina H. Connolly, personally known to me (or proved by satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.



WITNESS my hand and official seal.

2

# EXHIBIT A



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

November 6, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTINA HILDEGARD CONNOLLY, #245869 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>Defendants | Civil Action No. 07 Civ. 3582 (LLS) |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
*PRO HAC VICE* ADMISSION OF CHRISTINA H. CONNOLLY

GIRARD GIBBS LLP
Daniel C. Girard
Aaron M. Sheanin
Christina H. Connolly
Jonathan K. Levine (JL-8390)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiffs*

1

2

GOOD CAUSE SHOWING, and by and through the moving papers of counsel, the declarations filed in support thereof, and no opposition filed by any party;

IT IS HEREBY ORDERED that Christina H. Connolly be admitted before this Court *pro hac vice*, as an attorney for Plaintiffs in this action.

**IT IS SO ORDERED.**


Dated:_____                                  _____
                                                  Honorable Louis L. Stanton,
                                                  United States District Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>　　　　Defendants | Civil Action No. 07 Civ. 3582 (LLS) |

**PROOF OF SERVICE**

GIRARD GIBBS LLP
Daniel C. Girard
Aaron M. Sheanin
Christina H. Connolly
Jonathan K. Levine (JL-8390)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiffs*

1

I, Cristina M. Altamirano, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, located at 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On November 7, 2007, I served the attached document:

| | |
|---|---|
| 1. | **NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTINA H. CONNOLLY;** |
| 2. | **DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTINA H. CONNOLLY;** |
| 3. | **DECLARATION OF CHRISTINA H. CONNOLLY IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION;** |
| 4. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRO HAC VICE ADMISSION OF CHRISTINA H. CONNOLLY; and** |
| 5. | **PROOF OF SERVICE.** |

on:

**SEE ATTACHED SERVICE LIST**

X X   by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

_____ by causing personal delivery by Spincycle of the document(s) listed above to the person(s) at the address(es) set forth below.

_____ by depositing the document(s) listed above in a sealed envelope with delivery fees provided for a FedEx pick up box or office designated for overnight delivery, and addressed as set forth below.

_____ by transmitting via facsimile the above listed document(s) to the fax number(s) set forth below on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed November 7, 2007, at San Francisco, California.

_____
Cristina M. Altamirano

2

## SERVICE LIST

<u>The Football Association Premier League Limited, et al. v. YouTube, Inc. et al.</u>
Case No. 1:07-CV-3582

Louis M. Solomon
William M. Hart
Jerry L. Dasti
**PROSKAUER ROSE LLP**
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Attorneys for The Football Association Premier League Limited, and Bourne Co.*

Max Wallace Berger
John Patrick Coffey
Gerald H. Silk
John Christopher Browne
Eric Todd Kanefsky
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
*Attorneys for The Football Association Premier League Limited, and Bourne Co.*

Christopher Lovell
Christopher Michael McGrath
**LOVELL STEWART HALEBIAN LLP**
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
*Attorneys for the Music Force LLC*

Jeffrey Lowell Graubart
350 West Colorado Boulevard
Suite 200
Pasadena, CA 91105
Telephone: (626)304-2800
Facsimile: (626)-304-2807
*Attorneys for the Music Force LLC*

Tonia Maria Ouellette Klausner
**WILSON SONSINI GOODRICH & ROSATI**
12 East 49th Street
30th Floor
New York, NY 10017
Telephone: (212)-497-7706
Facsimile: (212)-999-5899
*Attorneys for YouTube, Inc., YouTube LLC & Google, Inc.*

David H. Kramer
Keith E. Eggleton
Michael H. Rubin
**WILSON, SONSINI, GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493 9300
Facsimile: (650) 565 5100
*Attorneys for YouTube, Inc., YouTube LLC & Google, Inc.*

Emily Alice Smith
**WILSON SONSINI GOODRICH & ROSATI**
1301 Avenue of The Americas
New York, NY 10019
Telephone: (212)-497-7722
Facsimile: (212)-999-5899
*Attorneys for YouTube, Inc., YouTube LLC & Google, Inc.*

Carrie A. Jablonski
Mark Shawn Ouweleen
Philip S. Beck
Rebecca Weinstein Bacon
Shayna Susanne Cook
**BARLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard Street
Chicago, IL 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

Steven John D'Onofrio
**STEPHEN J. D'ONOFRIO, ESQ.**
5335 Wisconsin Avenue, N.W., Suite 950
Washington, DC 20015
Telephone: (202)686-2872
Facsimile: (202)-686-2875
*Attorneys for the Music Force LLC*

*Attorneys for YouTube, Inc., YouTube LLC & Google, Inc.*

James Joseph Hartnett, IV
John H. Hinderaker
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-6924
Facsimile: (612) 766-1600
*Attorneys for YouTube, Inc., YouTube LLC & Google, Inc.*