UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, et al.,

   Plaintiffs,

   v.

YOUTUBE, INC., et al.,

   Defendants.

ECF Case

No. 1:07-cv-03582 (LLS) (FM)

**MOTION FOR PRO HAC VICE ADMISSION OF DYLAN J. LIDDIARD**

  PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Tonia Ouellette Klausner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|  |  |
|---|---|
| Applicant's Name: | Dylan J. Liddiard |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, P.C. |
| Address: | 650 Page Mill Road |
| City/State/Zip: | Palo Alto, CA 94304 |
| Phone Number: | (650) 493-9300 |
| Fax Number: | (650) 493-6811 |

  Mr. Liddiard is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Liddiard in any State or Federal court.

Date: November 14, 2007

Respectfully submitted,

_____
Tonia Ouellette Klausner (TOK-8279)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, et al.,

Plaintiffs,

v.

YOUTUBE, INC., et al.,

Defendants.

ECF Case

No. 1:07-cv-03582 (LLS) (FM)

**AFFIDAVIT OF TONIA OUELLETTE KLAUSNER IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF DYLAN J. LIDDIARD**

State of New York   )
                    ) ss:
County of New York  )

Tonia Ouellette Klausner, being duly sworn, hereby deposes and says as follows:

1. I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants YouTube, Inc., YouTube LLC, and Google Inc. (collectively, "Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Dylan J. Liddiard as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, where I was admitted to practice law in 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Liddiard is an associate of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., in Palo Alto, California. A true and correct copy of Mr. Liddiard's Certificate of Good Standing is attached hereto as Exhibit "A".

4. I have found Mr. Liddiard to be a skilled attorney and of high moral character.

5. Accordingly, I am pleased to move the admission of Dylan J. Liddiard, *pro hac vice.*

6. I respectfully submit a proposed order granting the admission *pro hac vice* of Dylan J. Liddiard, which is attached hereto as Exhibit "B".

WHEREFORE it is respectfully requested that the motion to admit Dylan J. Liddiard, *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

Date: November 14, 2007
New York, New York

_____
Tonia Ouellette Klausner

Sworn to before me this
14th day of November, 2007

_____
Notary Public

MICHELLE DRUCKER
Notary Public - State of New York
NO. 01DR6114667
Qualified in Queens County
My Commission Expires 5/23/08

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

November 13, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DYLAN JAMES LIDDIARD, #203055 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., et al.,<br><br>Defendants. | ECF Case<br><br>No. 1:07-cv-03582 (LLS) (FM)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Tonia Ouellette Klausner, attorney for defendants YouTube, Inc., YouTube, LLC, and Google Inc. (collectively, "Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT

| | |
|---|---|
| Applicant's Name: | Dylan J. Liddiard |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, P.C. |
| Address: | 650 Page Mill Road |
| City/State/Zip: | Palo Alto, CA 94304 |
| Phone Number: | (650) 493-9300 |
| Fax Number: | (650) 493-6811 |

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated: November ____, 2007
       New York, New York

                                                                   United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2007, I caused a true and correct copy of the Motion for Pro Hac Vice Admission of Dylan J. Liddiard to be served via electronic mail on:

**YTClassService@proskauer.com**

_____
Tonia Ouellette Klausner