☐ ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>Defendants | Civil Action No. 07 Civ. 3582 (LLS) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR**
***PRO HAC VICE* ADMISSION OF CHRISTINA H. CONNOLLY**

GIRARD GIBBS LLP
Daniel C. Girard
Aaron M. Sheanin
Christina H. Connolly
Jonathan K. Levine (JL-8390)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiffs*

1

GOOD CAUSE SHOWING, and by and through the moving papers of counsel, the declarations filed in support thereof, and no opposition filed by any party;

IT IS HEREBY ORDERED that Christina H. Connolly be admitted before this Court *pro hac vice*, as an attorney for Plaintiffs in this action.

**IT IS SO ORDERED.**

Dated: Nov, 30, 2007

*Louis L. Stanton*
Honorable Louis L. Stanton,
United States District Judge