UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

THE FOOTBALL ASSOCIATION
PREMIER LEAGUE LTD. and BOURNE
CO., et al.,

        Plaintiffs,

  v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.,

        Defendants.

------------------------------------------------------------ X

ECF Case

1:07-cv-03582 (LLS)(FM)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., the defendants, in the above captioned matter.

Dated:   December 20, 2007
        New York, New York

                                        Respectfully submitted,
                                        MAYER BROWN LLP

                                        By: /s/ Richard Ben-Veniste
                                        Richard Ben-Veniste
                                        Andrew H. Schapiro
                                        A. John P. Mancini

                                        1675 Broadway
                                        New York, NY 10019