UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

...................................................... X

THE FOOTBALL ASSOCIATION
PREMIER LEAGUE LTD. and BOURNE
CO., et al.,

                    Plaintiffs,

        v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.,

                    Defendants.

...................................................... X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

ECF Case

1:07-cv-03582 (LLS)(FM)

**STIPULATION AND ORDER**
**SUBSTITUTING ATTORNEYS**

        The undersigned hereby stipulate and consent to the substitution of the law firm of Mayer

Brown LLP, by and through its attorneys, Richard Ben-Veniste, Andrew H. Schapiro, and A. John

P. Mancini, as attorneys of record for Defendants YouTube, Inc., YouTube, LLC, and Google Inc.

in the above-captioned action in place and instead of the law firm of Bartlit Beck Herman

Palenchar & Scott LLP, and its attorneys, Philip S. Beck, Mark S. Ouweleen, Rebecca Weinstein

Bacon, Shayna S. Cook, and Carrie A. Jablonski

Dated:  December 21, 2007

                    BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP


                    By: _____
                        Philip S. Beck
                        Mark S. Ouweleen
                        Rebecca Weinstein Bacon
                        Shayna S. Cook
                        Carrie A. Jablonski

Courthouse Place
54 West Hubbard Street
Chicago, IL 60610


MAYER BROWN LLP

By: _____

Richard Ben-Veniste
Andrew H. Schapiro
A. John P. Mancini

1675 Broadway
New York, NY 10019


**SO ORDERED:**

_____
U.S.D.J.
1/11/08

2