**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, et al.,

      Plaintiffs,

v.

YOUTUBE, INC., et al.,

      Defendants.

ECF Case

No. 1:07-cv-03582 (LLS) (FM)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Tonia Ouellette Klausner, attorney for defendants YouTube, Inc., YouTube, LLC, and Google Inc. (collectively, "Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** THAT

| | |
|---|---|
| Applicant's Name: | Leo Cunningham |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, P.C. |
| Address: | 650 Page Mill Road |
| City/State/Zip: | Palo Alto, CA 94304 |
| Phone Number: | (650) 493-9300 |
| Fax Number: | (650) 493-6811 |

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated: February 22, 2008
~~November ___, 2007~~
New York, New York

                                                  Louis L. Stanton
                                                  United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I caused a true and correct copy of the Motion for Pro Hac Vice Admission of Leo Cunningham to be served via electronic mail on:

**YTClassService@proskauer.com**

_____
Tonia Ouellette Klausner