ORIGINAL

OCT 2 6 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED and BOURNE CO., on
behalf of themselves and all others similarly
situated,

        Plaintiffs,

        v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.,

        Defendants.

ECF Case

No. 1:07-cv-03582 (LLS) (FM)

**MOTION FOR PRO HAC VICE
ADMISSION OF MICHAEL H. RUBIN**

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Tonia Ouellette Klausner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Michael H. Rubin |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, P.C. |
| Address: | 650 Page Mill Road |
| City/State/Zip: | Palo Alto, CA 94304 |
| Phone Number: | (650) 493-9300 |
| Fax Number: | (650) 493-6811 |

    Mr. Rubin is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Rubin in any State or Federal court.

Date: October 26, 2007

Respectfully submitted,

Tonia Ouellette Klausner (TOK-8279)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendants YouTube, Inc.,
YouTube, LLC and Google Inc.*

Granted. No opposition. So Ordered. Louis L. Stanton 2/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.<br><br>　　　　　Defendants. | ECF Case<br><br>No. 1:07-cv-03582 (LLS) (FM)<br><br>**AFFIDAVIT OF TONIA OUELLETTE KLAUSNER IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL H. RUBIN** |

State of New York　）
　　　　　　　　　）　ss:
County of New York ）

　　Tonia Ouellette Klausner, being duly sworn, hereby deposes and says as follows:

　　1.　　I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants YouTube, Inc., YouTube LLC, and Google Inc. (collectively, "Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Michael H. Rubin as counsel *pro hac vice* to represent Defendants in this matter.

　　2.　　I am a member in good standing of the bar of the State of New York, where I was admitted to practice law in 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

　　3.　　Mr. Rubin is an associate of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., in Palo Alto, California. A true and correct copy of Mr. Rubin's Certificate of Good Standing is attached hereto as Exhibit "A".

　　4.　　I have found Mr. Rubin to be a skilled attorney and of high moral character.

　　5.　　Accordingly, I am pleased to move the admission of Michael H. Rubin, *pro hac vice*.

　　6.　　I respectfully submit a proposed order granting the admission *pro hac vice* of Michael H. Rubin, which is attached hereto as Exhibit "B".

WHEREFORE it is respectfully requested that the motion to admit Michael H. Rubin, *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

Date:   October 26, 2007
        New York, New York

_____
Tonia Ouellette Klausner

Sworn to before me this
26th day of October, 2007

_____
Notary Public

**MICHELE LOFASO**
NOTARY PUBLIC-STATE OF NEW YORK
No. 02LO6144856
Qualified in Nassau County
My Commission Expires May 01, 2010



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

October 25, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL HARRISON RUBIN, #214636 was admitted to the practice of law in this state by the Supreme Court of California on October 1, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I caused a true and correct copy of the Motion for Pro Hac Vice Admission of Michael H. Rubin to be served via electronic mail on:

YTClassService@proskauer.com

                                                                Tonia Ouellette Klausner