UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE FOOTBALL ASSOCIATION PREMIER  :
LEAGUE LIMITED and BOURNE CO., on :     07 Civ. 3582 (LLS)
behalf of themselves and all others similarly :
situated, :
 :
                Plaintiffs, :
 :
      v. :
 :
YOUTUBE, INC., YOUTUBE, LLC and :
GOOGLE, INC., :
 :
                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF CHANGE OF LAW FIRM NAME

PLEASE TAKE NOTICE that effective April 21, 2008, the Law Offices of Jeffrey L. Graubart changed its name to Law Offices of Jeffrey L. Graubart, P.C.  The office address, telephone and facsimile numbers remain the same.

Please use this new firm name on all pleadings, correspondence and other documents.

Respectfully submitted on this 11th day of June, 2008.

                */s/ Jeffrey L. Graubart*
                **LAW OFFICES OF JEFFREY L. GRAUBART, P.C.**
                350 West Colorado Boulevard, Suite 200
                Pasadena, California 91105-1855
                Telephone: (626) 304-2800
                Facsimile: (626) 304-2807