ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
VIACOM INTERNATIONAL INC.,
et al.,

    Plaintiffs,                    07 Civ. 2103 (LLS)

    v.

YOUTUBE INC., YOUTUBE LLC,
and GOOGLE INC.,

    Defendants.
-----------------------------------x    **ORDER**
THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, et al., on
behalf of themselves and all
others similarly situated,

    Plaintiffs,

    v.                          07 Civ. 3582 (LLS)

YOUTUBE INC., YOUTUBE LLC,
and GOOGLE INC.,

    Defendants.
-----------------------------------x

    The issues presented in defendants' Motion to Compel dated February 8, 2008 are disposed of by the rulings stated upon the record in open court today.

    So ordered.

Dated: June 23, 2008
       New York, New York

                                        _____
                                        Louis L. Stanton
                                            U.S.D.J.