UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                                    :

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO. (together with
its affiliate MURBO MUSIC PUBLISHING, INC.),
CHERRY LANE MUSIC PUBLISHING
COMPANY, INC., CAL IV ENTERTAINMENT
LLC, NATIONAL MUSIC PUBLISHERS'
ASSOCIATION, THE RODGERS &
HAMMERSTEIN ORGANIZATION, STAGE
THREE MUSIC (US) INC., EDWARD B. MARKS
MUSIC COMPANY, FREDDY BIENSTOCK
MUSIC COMPANY d/b/a BIENSTOCK
PUBLISHING COMPANY, ALLEY MUSIC
CORPORATION, X-RAY DOG MUSIC, INC.,
FEDERATION FRANCAISE DE TENNIS, THE
SCOTTISH PREMIER LEAGUE LIMITED, THE
MUSIC FORCE MEDIA GROUP LLC, THE
MUSIC FORCE LLC, and SIN-DROME RECORDS
LTD., on behalf of themselves and all other similarly
situated,

                  Plaintiffs,

        -against-

YOUTUBE, INC., YOUTUBE, LLC and GOOGLE,
INC.,

                  Defendants.
----------------------------------------------------------------- x

Case No. 07 Civ. 3582 (LLS)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all counsel of record:

        PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for

Plaintiffs National Music Publishers' Association, The Rodgers & Hammerstein Organization,

Stage Three Music (US) Inc., Edward B. Marks Music Company, Freddy Bienstock Music

Company D/B/A Bienstock Publishing Company, and Alley Music Corporation.


Dated: New York, NY          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
       July 22, 2008


                    By: _____/s/ *David S. Stellings*_____
                           David S. Stellings (DS5343)

                        Annika K. Martin (AM2972)
                        Christopher E. Coleman

                        780 Third Avenue, 48th Floor
                        New York, New York 10017
                        Tel:   (212) 355-9500
                        Fax:   (212) 355-9592

                        Attorneys for Plaintiffs *National Music Publishers'*
                        *Association, The Rodgers & Hammerstein*
                        *Organization, Stage Three Music (US) Inc., Edward B.*
                        *Marks Music Company, Freddy Bienstock Music*
                        *Company D/B/A Bienstock Publishing Company, and*
                        *Alley Music Corporation.*