UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FEDERATION FRANCAISE DE TENNIS, THE SCOTTISH PREMIER LEAGUE LIMITED, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS LTD., on behalf of themselves and all other similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC.<br><br>      Defendants. | ECF Case<br><br>No. 1:07-cv-3582 (LLS) (FM) |

RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS NATIONAL MUSIC PUBILSHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, AND ALLEY MUSIC CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District

Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal,

Plaintiffs National Music Publishers' Association, The Rodgers & Hammerstein Organization,

Stage Three Music (US), Inc., Edward B. Marks Music Company, Freddy Bienstock Music

Company, and Alley Music Corporation, by and through their undersigned counsel, state that:

National Music Publishers' Association ("NMPA") is a Delaware non-stock corporation with no parent corporation(s). There are no publicly held corporations that own ten (10) percent or more of NMPA's stock.

The Rodgers & Hammerstein Organization ("RHO") is a privately held company with no parent corporation(s). There are no publicly held corporations that own ten (10) percent or more of RHO's stock.

Stage Three Music (US), Inc. ("Stage Three") is a wholly owned subsidiary of Stage Three Music Ltd., a privately held UK company. There are no publicly held corporations that own ten (10) percent or more of Stage Three's stock.

Edward B. Marks Music Company ("EBMMCo") is a New York partnership, the partners of which are Bienstock Marks LLC ("Bienstock Marks") and Hammerstein Marks LLC ("Hammerstein Marks"). Bienstock Marks is privately held by individuals. Hammerstein Marks is wholly owned by Hammerstein Music and Theatre Co., Inc. There are no publicly held corporations that own ten (10) percent or more of EBMMCo's stock.

Freddy Bienstock Music Company d/b/a Bienstock Publishing Company ("Bienstock") is a New York partnership with no parent corporation(s). There are no publicly held corporations that own ten (10) percent or more of Bienstock's stock.

Alley Music Corporation ("Alley") is a New York corporation that is wholly owned by Carbert Music Corp. ("Carbert"). The non-voting common stock of Carbert is wholly owned by Carlin Music Corp., a privately held entity. There are no publicly held corporations that own ten (10) percent or more of Alley's stock.

Dated: August 5, 2008
New York, New York

Respectfully submitted,

/s/ James E. Hough
James E. Hough
Jacqueline C. Charlesworth
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Tel: (212) 468-8000
Fax: (212) 468-7900

*Attorneys for Plaintiffs National Music Publishers' Association, The Rodger & Hammerstein Organization, Stage Three Music (US), Inc., Edward B. Marks Music Company, Freddy Bienstock Music Company d/b/a Bienstock Publishing Company, and Alley Music Corporation*