UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
:
THE FOOTBALL ASSOCIATION PREMIER :
LEAGUE LIMITED, BOURNE CO. (together with :
its affiliate MURBO MUSIC PUBLISHING, INC.), : Case No. 07 Civ. 3582 (LLS)
CHERRY LANE MUSIC PUBLISHING :
COMPANY, INC., CAL IV ENTERTAINMENT :
LLC, NATIONAL MUSIC PUBLISHERS' :
ASSOCIATION, THE RODGERS & : **NOTICE OF APPEARANCE**
HAMMERSTEIN ORGANIZATION, STAGE :
THREE MUSIC (US) INC., EDWARD B. MARKS :
MUSIC COMPANY, FREDDY BIENSTOCK :
MUSIC COMPANY d/b/a BIENSTOCK :
PUBLISHING COMPANY, ALLEY MUSIC :
CORPORATION, X-RAY DOG MUSIC, INC., :
FEDERATION FRANCAISE DE TENNIS, THE
SCOTTISH PREMIER LEAGUE LIMITED, THE
MUSIC FORCE MEDIA GROUP LLC, THE
MUSIC FORCE LLC, and SIN-DROME RECORDS
LTD., on behalf of themselves and all other similarly
situated,

      Plaintiffs,

  -against-

YOUTUBE, INC., YOUTUBE, LLC and GOOGLE,
INC.,

      Defendants.
----------------------------------------------------------------- x

To the Clerk of this court and all counsel of record:

    PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for

Plaintiffs National Music Publishers' Association, The Rodgers & Hammerstein Organization,

Stage Three Music (US) Inc., Edward B. Marks Music Company,

ny-780055

Freddy Bienstock Music Company D/B/A Bienstock Publishing Company, and Alley Music Corporation.

Dated: New York, NY
   August 5, 2008

MORRISON & FOERSTER LLP

By: /s/ James E. Hough
   James E. Hough
   Jacqueline C. Charlesworth

   1290 Avenue of the Americas
   New York, New York 10104
   (212) 468-8000
   (212) 468-7900

Attorneys for Plaintiffs *National Music Publishers' Association, The Rodgers & Hammerstein Organization, Stage Three Music (US) Inc., Edward B. Marks Music Company, Freddy Bienstock Music Company D/B/A Bienstock Publishing Company, and Alley Music Corporation.*