UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE SCOTTISH PREMIER LEAGUE LIMITED, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated,

                  Plaintiffs,

       v.

YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 3582 (LLS)

**RULE 7.1 STATEMENT**

**PLAINTIFF CHERRY LANE MUSIC PUBLISHING COMPANY, INC.,
RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Cherry Lane Music Publishing Company, Inc. ("Cherry Lane"), a privately held corporation, certifies that Cherry Lane has no parent corporation(s) and there are no publicly-held corporations that own ten (10) percent or more of Cherry Lane's stock.

Dated:   New York, New York
           August 6, 2008

/s/ Louis M. Solomon
_____
Louis M. Solomon (LS-7906)
Hal S. Shaftel (HS-0627)
William M. Hart (WH-1604)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036-8299
Phone:  (212) 969-3000

*- and -*

Max W. Berger (MB-5010)
John P. Coffey (JC-3832)
John C. Browne (JB-0391)
Eric T. Kanefsky (EK-3511)
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Phone:  (212) 554-1400

*Attorneys for Lead Plaintiffs, Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, and The Scottish Premier League Limited, and for the Prospective Class*