UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
THE FOOTBALL ASSOCIATION PREMIER :
LEAGUE LIMITED, BOURNE CO. (together : 07 Civ. 3582 (LLS)
with its affiliate MURBO MUSIC PUBLISHING, :
INC.), CHERRY LANE MUSIC PUBLISHING : **RULE 7.1 STATEMENT**
COMPANY, INC., CAL IV ENTERTAINMENT :
LLC, ROBERT TUR d/b/a LOS ANGELES :
NEWS SERVICE, NATIONAL MUSIC :
PUBLISHERS' ASSOCIATION, THE :
RODGERS & HAMMERSTEIN :
ORGANIZATION, STAGE THREE MUSIC :
(US), INC., EDWARD B. MARKS MUSIC :
COMPANY, FREDDY BIENSTOCK MUSIC :
COMPANY d/b/a BIENSTOCK PUBLISHING :
COMPANY, ALLEY MUSIC CORPORATION, :
X-RAY DOG MUSIC, INC., FÉDÉRATION :
FRANÇAISE DE TENNIS, THE SCOTTISH :
PREMIER LEAGUE LIMITED, THE MUSIC :
FORCE MEDIA GROUP LLC, THE MUSIC :
FORCE LLC, and SIN-DROME RECORDS, :
LTD. on behalf of themselves and all others :
similarly situated, :
 :
               Plaintiffs, :
 :
     v. :
 :
YOUTUBE, INC., YOUTUBE, LLC and :
GOOGLE, INC., :
 :
              Defendants. :
----------------------------------- X

**PLAINTIFFS THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD., RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for The Music Force Media Group LLC, The Music Force LLC, and Sin-Drome Records, Ltd, state that:

1

The Music Force Media Group LLC, a privately held corporation, has no parent corporation(s) and there are no publicly-held corporations that own ten (10) percent or more of The Music Force Media Group LLC's stock.

The Music Force LLC, a privately held corporation, has no parent corporation(s) and there are no publicly-held corporations that own ten (10) percent or more of The Music Force LLC's stock.

Sin-Drome Records, Ltd., is privately held, has no parent corporation(s), and there are no publicly-held corporations that own ten (10) percent or more of Sin-Drome Records, Ltd.'s stock.

Dated:   New York, New York
         August 12, 2008

_____
Attorneys for The Music Force Media Group LLC, The Music Force LLC, and Sin-Drome Records, Ltd.

Christopher Lovell (CL 2595)
Christopher M. McGrath (CM-4983)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, New York 10110
Telephone: (212) 608-1900 Facsimile: (212) 719-4677

-and-

Jeffrey L. Graubart (JG-1338)
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

*-and-*

Steve D'Onofrio (SD-8794)
5335 Wisconsin Avenue, N.W. Suite 950
Washington, D.C. 20015
Telephone: (202) 686-2872
Facsimile: (202) 686-2875