UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE FOOTBALL ASSOCIATION PREMIER          :
LEAGUE LIMITED, BOURNE CO. (together      :     **07 Civ. 3582 (LLS)**
with its affiliate MURBO MUSIC PUBLISHING, :
INC.), CHERRY LANE MUSIC PUBLISHING       :     **NOTICE OF APPEARANCE**
COMPANY, INC., CAL IV ENTERTAINMENT       :
LLC, ROBERT TUR d/b/a LOS ANGELES         :
NEWS SERVICE, NATIONAL MUSIC              :
PUBLISHERS' ASSOCIATION, THE              :
RODGERS & HAMMERSTEIN                     :
ORGANIZATION, STAGE THREE MUSIC           :
(US), INC., EDWARD B. MARKS MUSIC         :
COMPANY, FREDDY BIENSTOCK MUSIC           :
COMPANY d/b/a BIENSTOCK PUBLISHING        :
COMPANY, ALLEY MUSIC CORPORATION,         :
X-RAY DOG MUSIC, INC., FÉDÉRATION         :
FRANÇAISE DE TENNIS, THE MUSIC FORCE      :
MEDIA GROUP LLC, and THE MUSIC FORCE      :
LLC, SIN-DROME RECORDS, LTD., on behalf   :
of themselves and all others similarly situated, :
                                          :
                  Plaintiffs,             :
          v.                              :
                                          :
YOUTUBE, INC., YOUTUBE, LLC and           :
GOOGLE, INC.,                             :
                                          :
                  Defendants.             :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of this court and all counsel of record:

    PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Plaintiff Cal IV Entertainment, LLC.

Dated: San Francisco, CA       **GIRARD GIBBS LLP**
       August 12, 2008

By:    /s/ *Christina Connolly Sharp*
      Christina Connolly Sharp (*pro hac vice*)

    Daniel C. Girard
    601 California Street, 14th Floor
    San Francisco, California 94108
    Telephone: (415) 981-4800
    Facsimile: (415) 981-4846

*Attorneys for Plaintiff Cal IV Entertainment, LLC*