UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
THE FOOTBALL ASSOCIATION PREMIER           :
LEAGUE LIMITED, BOURNE CO. (together       :    **07 Civ. 3582 (LLS)**
with its affiliate MURBO MUSIC PUBLISHING, :
INC.), CHERRY LANE MUSIC PUBLISHING        :    **RULE 7.1 STATEMENT**
COMPANY, INC., CAL IV ENTERTAINMENT        :
LLC, ROBERT TUR d/b/a LOS ANGELES          :
NEWS SERVICE, NATIONAL MUSIC               :
PUBLISHERS' ASSOCIATION, THE               :
RODGERS & HAMMERSTEIN                      :
ORGANIZATION, STAGE THREE MUSIC            :
(US), INC., EDWARD B. MARKS MUSIC          :
COMPANY, FREDDY BIENSTOCK MUSIC            :
COMPANY d/b/a BIENSTOCK PUBLISHING         :
COMPANY, ALLEY MUSIC CORPORATION,          :
X-RAY DOG MUSIC, INC., FÉDÉRATION          :
FRANÇAISE DE TENNIS, THE MUSIC FORCE       :
MEDIA GROUP LLC, and THE MUSIC FORCE       :
LLC, SIN-DROME RECORDS, LTD., on behalf    :
of themselves and all others similarly situated, :
                                           :
                    Plaintiffs,            :
                                           :
            v.                             :
                                           :
YOUTUBE, INC., YOUTUBE, LLC and            :
GOOGLE, INC.,                              :
                                           :
                    Defendants.            :
                                           :
------------------------------------ X

**PLAINTIFF CAL IV ENTERTAINMENT, LLC**
**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Cal IV Entertainment, LLC ("Cal IV"), a privately held corporation, certifies that Cal IV has no parent corporation(s) and there are no publicly-held corporations that own ten (10) percent or more of Cal IV's stock.

Dated:　San Francisco, California
　　　　August 12, 2008

　　　　　　　　　　　　　　　　　　　　/s/ *Christina Connolly Sharp*
　　　　　　　　　　　　　　　　　　　　Christina Connolly Sharp (*pro hac vice*)

　　　　　　　　　　　　　　　　　　　　Daniel C. Girard
　　　　　　　　　　　　　　　　　　　　GIRARD GIBBS LLP
　　　　　　　　　　　　　　　　　　　　601 California Street, 14th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108

　　　　　　　　　　　　　　　　　　　　　*- and -*

　　　　　　　　　　　　　　　　　　　　Gerald E. Martin
　　　　　　　　　　　　　　　　　　　　Laurel Johnston
　　　　　　　　　　　　　　　　　　　　BARRETT JOHNSTON & PARSLEY
　　　　　　　　　　　　　　　　　　　　217 Second Avenue North
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37201

　　　　　　　　　　　　　　　　　　　　　*- and -*

　　　　　　　　　　　　　　　　　　　　Kevin Doherty
　　　　　　　　　　　　　　　　　　　　BURR & FORMAN
　　　　　　　　　　　　　　　　　　　　700 Two American Center
　　　　　　　　　　　　　　　　　　　　3102 West End Avenue
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37203

　　　　　　　　　　　　　　　　　　　　*Attorneys for Cal IV Entertainment, LLC*