UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, et al.,

       Plaintiffs,

v.

YOUTUBE, INC., et al.,

       Defendants.

ECF Case

Case No. 1:07-cv-3582 (LLS) (FM)
**MOTION TO ADMIT
KEVIN MICHAEL DOHERTY
*PRO HAC VICE***

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Court for the Southern District of New York, I, Louis M. Solomon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Kevin Michael Doherty |
| Firm Name: | Burr & Forman LLP |
| Address: | 700 Two American Center |
| | 3102 West End Avenue |
| City/State/Zip: | Nashville, Tennessee 37203 |
| Telephone/Fax: | (615) 724-3211 / (615) 724-3311 |
| Email Address: | kdoherty@burr.com |

Kevin Michael Doherty is a member in good standing of the Bars of the States of Tennessee, New York and Georgia. There are no pending disciplinary proceedings against Mr. Doherty in any State or Federal court.

Dated:  August 28, 2008
         New York, New York

Respectfully Submitted,

_____
Louis M. Solomon
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000
Fax:   (212) 969-2900
lsolomon@proskauer.com

*Attorneys for Lead Plaintiffs, Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, and The Scottish Premier League Limited, and for the Prospective Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, et al.,

      Plaintiffs,

v.

YOUTUBE, INC., et al.,

      Defendants.

ECF Case

Case No. 1:07-cv-3582 (LLS) (FM)

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 29, 2008, the following documents were served upon all counsel in this action and in the action, *Viacom Int'l Inc., et al., v. YouTube, Inc., et al.*, 07 Civ. 2103 (LLS), via electronic mail:

1. Motion to Admit Kevin Michael Doherty *Pro Hac Vice*;
2. Affidavit in Support of Motion to Admit Kevin Michael Doherty *Pro Hac Vice* with supporting exhibit and Proposed Order for Admission of Kevin Michael Doherty *Pro Hac Vice* on Written Motion.

                                              /s/ Delores F. DiBella
                                              Delores F. DiBella

PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for Lead Plaintiffs, Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, and The Scottish Premier League Limited, and for the Prospective Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, et al., | ECF Case |
| Plaintiffs, | Case No. 1:07-cv-3582 (LLS) (FM) |
| v. | **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT KEVIN MICHAEL DOHERTY *PRO HAC VICE*** |
| YOUTUBE, INC., et al., | |
| Defendants. | |

---

State of New York  )
                   )  ss:
County of New York )

Louis M. Solomon, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Proskauer Rose LLP, counsel for Lead Plaintiffs The Football Association Premier League Limited and Bourne Co., Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, and The Scottish Premier League Limited, and for the Prospective Class (collectively, "Plaintiffs") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' Motion to Admit Kevin Michael Doherty as counsel p*ro hac vice* to represent Plaintiff Cal IV Entertainment, LLC in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. Mr. Doherty is a partner of the law firm of Burr & Forman LLP in Nashville, Tennessee. A true and correct copy of Mr. Doherty's Certificates of Good Standing are attached hereto as collective <u>Exhibit A</u>.

4. I have found Mr. Doherty to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5.   Accordingly, I am pleased to move the admission of Kevin Michael Doherty, *pro hac vice*.

6.   I respectfully submit a proposed order granting the admission of Kevin Michael Doherty *pro hac vice*, which is attached hereto as <u>Exhibit B</u>.

WHEREFORE it is respectfully requested that the motion to admit Kevin Michael Doherty, *pro hac vice*, to represent Plaintiff Cal IV Entertainment LLC in the above-captioned matter, be granted.

Dated:  August 28, 2008
        New York, New York

Respectfully Submitted,

_____
Louis M. Solomon
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000
Fax: (212) 969-2900
lsolomon@proskauer.com

*Attorneys for Lead Plaintiffs, Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, and The Scottish Premier League Limited, and for the Prospective Class*

STATE OF NEW YORK      )

COUNTY OF NEW YORK  )

Sworn to and subscribed before me
This ____ day of August, 2008

_____
NOTARY PUBLIC



# *CLERK OF THE SUPREME COURT*

# *STATE OF TENNESSEE*

*I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that KEVIN MICHAEL DOHERTY is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*Date of Enrollment: August 22, 2008.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 22nd day of August, 2008.*

*Michael W. Catalano, Clerk*

By _____ D.C.

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

---

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## KEVIN MICHAEL DOHERTY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **29th** day of **September, 1986** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 25, 2008

_____
Clerk of the Court

7789



# STATE BAR
# OF GEORGIA

*Lawyers Serving the Public and the Justice System*

Ms. Dolores F. DiBella/Attorney at Law
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

| | |
|---|---|
| ATTORNEY: | Mr. Kevin Michael Doherty |
| CURRENT STATUS: | Active Member-Good Standing |
| DATE OF ADMISSION: | 06/01/1990 |
| BAR NUMBER: | 224880 |
| TODAY'S DATE: | August 25, 2008 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., et al., <br><br> Defendants. | ECF Case <br><br> Case No. 1:07-cv-3582 (LLS) (FM) <br> **ORDER FOR ADMISSION OF KEVIN MICHAEL DOHERTY** <br> *PRO HAC VICE* <br> **ON WRITTEN MOTION** |

Upon the motion of Louis M. Solomon, attorney for Lead Plaintiffs The Football Association Premier League Limited and Bourne Co., Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, and The Scottish Premier League Limited, and for the Prospective Class (collectively, "Plaintiffs") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kevin Michael Doherty |
| Firm Name: | Burr & Forman LLP |
| Address: | 700 Two American Center |
| | 3102 West End Avenue |
| City/State/Zip: | Nashville, Tennessee 37203 |
| Telephone/Fax: | (615) 724-3211 / (615) 724-3311 |
| Email Address: | kdoherty@burr.com |

is admitted to practice *pro hac vice* as counsel for Cal IV Entertainment, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated:   August ___, 2008
         New York, New York

_____
United States District Judge