ORIGINAL

STANTON, S.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

---

THE FOOTBALL ASSOCIATION PREMIER LEAGUE
and BOURNE CO., on behalf of themselves and all others
similarly situated,

Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.

Defendants.

ECF Case            9/4/08

Case No. 1:07-cv-03582 (LLS)
(Related Case No. 1:07-cv-02103)

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by and between Class Plaintiffs and Defendants,
through their undersigned counsel, as follows:

1.    Defendants may restrict Class Plaintiffs from showing portions of documents,
deposition transcripts, or other materials that Defendants produce in this action to the extent that
such materials contain the following information, other than information that is publicly
available, to McLaughlin:

      (a)    technical software or hardware aspects of Google's advertising
      technology; or

      (b)    confidential materials, the disclosure of which likely will cause
      competitive injury to Defendants, concerning:

            (i)    the specific financial terms of any proposed or actual advertising
            agreement such that particular dollar figures or other numerical
            terms may be redacted to the extent practicable;

            (ii)    the specific identity of any proposed or actual counterparty in an
            advertising transaction such that names, addresses, and other
            unique information may be redacted to the extent practicable; and

            (iii)    revenue or profit & loss projections such that particular dollar
            figures or percentages may be redacted to the extent practicable.

2.    Defendants may designate specific information they produce as inaccessible to
McLaughlin under paragraph 1 above, within 45 days from the date of the Stipulation with
respect to information previously produced, and within 30 days after production is made with

respect to any other information. Following production, Defendants shall have the right to "claw-back" any such materials, consistent the terms and provisions of the parties' Non-Waiver Agreement. Until such period lapses, or following a claw-back and until it is resolved, McLaughlin shall not have access to the information. Either party may present to the Court for resolution any disputes as to whether the information fits the parameters of paragraph 1. McLaughlin shall not have access to such material in dispute until the Court renders its determination. Notwithstanding the foregoing, Class Plaintiffs may identify, at any time, specific documents for Defendants' consent to disclose to McLaughlin. The parties shall reasonably cooperate to expedite resolution of the treatment of such documents; in the event, however, either party concludes an impasse exists or requires expedited consideration of such documents, it then may bring the matter to the Court's attention for resolution.

3.    In the event that McLaughlin were to enter into a business or consulting relationship with Yahoo! during the pendency of this action, McLaughlin shall promptly disclose to Defendants the fact and nature of any such relationship and Defendants shall be permitted to seek any further relief or protections, as may be necessary, given that further disclosure.

4.    The foregoing terms are subject to modification either by written agreement of the parties or order of the Court.

AGREED AND STIPULATED

August 26, 2008

> *Attorneys for Lead Plaintiffs The Football Association Premier League Limited and Bourne Co., Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, and The Scottish Premier League Limited, and the Prospective Class*

By:    Louis Solomon
Hal S. Shaftel
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000

John P. Coffey
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1285 Avenue of the Americas

2

New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Cal IV Entertainment LLC*

Daniel Girard
Aaron Sheanin
Christina H. Connolly
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108

-*and*-

Gerald E. Martin
Laurel Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

-*and*-

Kevin Doherty
BURR & FORMAN
700 Two American Center
3102 West End Avenue
Nashville, TN 37203

*Attorneys for the National Music Publishers'*
*Association, Rodgers & Hammerstein*
*Organization, Stage Three Music (US), Inc.,*
*Edward B. Marks Music Company, Freddy*
*Bienstock Music Company d/b/a Bienstock*
*Publishing Company, and Alley Music*
*Corporation.*

David S. Stellings
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592-*and*-

James E. Hough

3

MORRISON & FOERSTER
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8158
Facsimile: (212) 468-7900

*Attorneys for The Music Force Media Group LLC,*
*The Music Force LLC, and Sin-Drome Records,*
*Ltd*

Christopher Lovell (CL-2595)
Christopher M. McGrath (CM-4983)
LOVELL STEWARD HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

-and-

Jeffrey L. Graubart (JG-1338)
LAW OFFICES OF JEFFREY L.
GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, CA 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

-and-

Steve D'Onofrio (SD-8794)
5335 Wisconsin Avenue, N.W. Suite 950
Washington, DC 20015
Telephone: (202) 686-2872
Facsimile: (202) 686-2875

*Attorneys for Defendants YouTube, Inc., YouTube,*
*LLC and Google Inc.*

By:    */ A. John P. Mancini / FS*
    Richard Ben-Veniste
    Andrew H. Schapiro
    A. John P. Mancini
    Matthew I. Ingber
    MAYER BROWN LLP

4

1675 Broadway
New York, NY 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

David H. Kramer
Maura L. Rees
Michael H. Rubin
Bart E. Volkmer
WILSON SONSINI GOODRICH &
ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

SO ORDERED:

*Louis L. Stanton*

Hon. Louis L. Stanton
United States District Judge

*9/4/08*

5