ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, et al.,

           Plaintiffs,

           v.

YOUTUBE, INC., et al.,

           Defendants.

ECF Case

Case No. 1:07-cv-3582 (LLS) (FM)

**ORDER FOR ADMISSION OF
GERALD E. MARTIN
*PRO HAC VICE*
ON WRITTEN MOTION**

Upon the motion of Louis M. Solomon, attorney for Lead Plaintiffs The Football Association Premier League Limited and Bourne Co., Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, and The Scottish Premier League Limited, and for the Prospective Class (collectively, "Plaintiffs") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gerald E. Martin |
| Firm Name: | Barrett Johnston & Parsley |
| Address: | 217 Second Avenue North |
| City/State/Zip: | Nashville, Tennessee 37201 |
| Telephone/Fax: | (615) 244-2202/(615) 251-3798 |
| Email Address: | jmartin@barrettjohnston.com |

is admitted to practice *pro hac vice* as counsel for Cal IV Entertainment LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password.

Dated: ~~August~~ Sept 15 2008
      New York, New York

                                Louis L. Stanton
                       United States District Judge