| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE SCOTTISH PREMIER LEAGUE LIMITED, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated, | Case No. 1:07-cv-03582 (LLS) (FM)<br><br>**NOTICE OF APPEARANCE** |

      Plaintiffs,

v.

**YOUTUBE, INC., et al., YOUTUBE, LLC and GOOGLE, INC.,**

      Defendants.

To the Clerk of this court and all counsel of record:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Cal

IV Entertainment, LLC.

Dated: October 2, 2008

**BARRETT JOHNSTON & PARSLEY**

By: /s/ Gerald E. Martin
Gerald E. Martin (*pro hac vice*)
217 Second Avenue North
Nashville, Tennessee 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

*Attorneys for Plaintiff Cal IV Entertainment, LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2008 the foregoing *Notice of Appearance* was served via the Court's electronic filing system on the following:

Eric Kanefsky
John C. Browne
Gerald H. Silk
John P. Coffey
Max W. Berger
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212)-554-1400
Fax: (212)-554-1444
erick@blbglaw.com

Christina H. Connolly
Jonathan K. Levine
GIRARD GIBBS LLP
601 California Street
14th Floor
San Francisco, CA 94108
Phone: (415) 981-4800
Fax: (415) 981-4846
jkl@girardgibbs.com

Christopher Lovell
Christopher Michael McGrath
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
Phone: (212) 608-1900
Fax: (212) 719-4677
lshllp@lshllp.com
cmcgrath@lshllp.com

Jeffrey Lowell Graubart
350 West Colorado Boulevard
Suite 200
Pasadena, CA 91105
Phone: (626)304-2800
Fax: (626)-304-2807
jlg@jlgraubart.com

Steven John D'Onofrio
5335 Wisconsin Avenue, N.W., Suite 950
Washington, DC 20015
Phone: (202) 686-2872
Fax: (202) 686-2875
sdonofrio@mindspring.com

James Edward Hough
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Phone: (212) 468-8000
Fax: (212) 468-7900
jhough@mofo.com

David S Stellings
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
780 Third Ave., 48th Floor
New York, NY 10017
Phone: (212)-355-9500
Fax: (212)-355-9592
dstellings@lchb.com

Louis M. Solomon
William M. Hart
PROSKAUER ROSE LLP (New York)
1585 Broadway
New York, NY 10036
Phone: (212) 969-300
Fax: (212) 969-2900
lsolomon@proskauer.com

Kevin Michael Doherty
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Phone: (615)-724-3211
Fax: (615)-724-3311
Email: kdoherty@burr.com

*Attorneys for Plaintiffs*

A. John P. Mancini
Andrew H. Schapiro
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Phone: (212) 506-2500
Fax: (212) 262-1910
jmancini@mayerbrown.com
aschapiro@mayerbrown.com

Richard Ben-Veniste
MAYER, BROWN, ROWE & MAW
1909 K. Street N.W.
Washington, DC 20006
Phone: (202) 263-3000

Tonia Maria Ouellette Klausner
WILSON SONSINI GOODRICH &
ROSATI (NYC)
12 East 49th Street, 30th Flr.
New York, NY 10017
Phone: (212)-497-7706
Fax: (212)-999-5899
tklausner@wsgr.com

Carrie A. Jablonski
Mark Shawn Ouweleen
BARLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 West Hubbard Street
Chicago, IL 60610
Phone: (312) 494-4400
Fax: (312) 494-4440
carrie.jablonski@bartlit-beck.com
mark.ouweleen@bartlit-beck.com

David H. Kramer
Dylan J. Liddiard
Keith E. Eggleton
Leo Cunningham
Michael Harrison Rubin
WILSON, SONSINI, GOODRICH &
ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 493 9300
Fax: (650) 565 5100
dkramer@wsgr.com

Emily Alice Smith
WILSON SONSINI GOODRICH &
ROSATI
1301 Avenue of The Americas
New York, NY 10019
Phone: (212)-497-7722
Fax: (212)-999-5899
essmith@wsgr.com

James Joseph Hartnett, IV
John H. Hinderaker
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-6924
Fax: (612) 766-1600
jhartnett@faegre.com

*Attorneys for Defendants*

s/Gerald E. Martin
GERALD MARTIN