UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT, LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE SCOTTISH PREMIER LEAGUE LIMITED, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>YOUTUBE, INC., et al., YOUTUBE, LLC and GOOGLE, INC.,<br><br>        Defendants. | ECF Case<br><br>Case No. 1:07-cv-3582 (LLS) (FM)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

To the Clerk of this court and all counsel of record:

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Cal IV Entertainment, LLC.

13915 v1

Dated: October 2, 2008
New York, New York

                                                  Respectfully Submitted,

                                                  /s/ Kevin M. Doherty
                                                  Kevin M. Doherty
                                                  BURR & FORMAN LLP
                                                  700 Two American Center
                                                  3102 West End Avenue
                                                  Nashville, TN 37203
                                                  Telephone: (615) 724-3211
                                                  Email: kdoherty@burr.com
                                                  *Attorneys for Plaintiff, Cal IV*
                                                  *Entertainment, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 3rd day of October, 2008, a true and correct copy of the foregoing *Notice of Appearance and Request for Service* was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties were served via regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                  /s/ Kevin M. Doherty
                                                  Kevin M. Doherty
                                                  BURR & FORMAN LLP
                                                  700 Two American Center
                                                  3102 West End Avenue
                                                  Nashville, TN 37203
                                                  Telephone: (615) 724-3211
                                                  Email: kdoherty@burr.com