

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE SCOTTISH PREMIER LEAGUE LIMITED, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated, | Case No. 07 Civ. 3582 (LLS) |
| Plaintiffs, | |
| v. | |
| YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC., | |
| Defendants. | |

## ORDER ON CONSENT

Pursuant to this Court's ruling on the record at the November 14, 2008 conference, the parties hereto consent to Plaintiffs' filing of the Second Amended Complaint. A redacted version of the Second Amended Complaint, annexed hereto as Exhibit A, shall be filed publicly, and an unredacted version of the Second Amended Complaint shall be filed under seal pursuant

The Football Association Premier League Limited et al v. Youtube, Inc. et al          Doc. 105

to the Second Amended Pre-Trial Protective Order, ¶¶ 1, 3 and 8. Upon filing of the Second Amended Complaint, plaintiff The Scottish Premier League Limited shall be withdrawn solely in its capacity as a Named Plaintiff in this action (but not as a member of the putative class) and shall be deleted from the caption of the case. Defendants' time to serve and file a response to the Second Amended Complaint in the manner permitted by the Federal Rules shall be extended to forty (40) days after the filing of the Second Amended Complaint.

November 21, 2008

*[signature]*
Richard Ben-Veniste
Andrew H. Schapiro
A. John P. Mancini
Mathew D. Ingber
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2500

*- and -*

David H. Kramer
Maura L. Rees
Michael H. Rubin
Bart E. Volkmer
WILSON SONSINI GOODRICH
& ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

*Attorneys for Defendants
YouTube, Inc., YouTube, LLC and
Google, Inc.*

*[signature]*
Louis M. Solomon
William M. Hart
Hal S. Shaftel
Noah S. Gitterman
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000

*- and -*

Max W. Berger (MB-5010)
John P. Coffey (JC-3832)
John C. Browne (JB-0391)
Eric T. Kanefsky (EK-3511)
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

*Attorneys for Lead Plaintiffs, Named Plaintiffs
Murbo Music Publishing, Inc., Cherry Lane
Music Publishing Company, Inc., Robert Tur
d/b/a Los Angeles News Service, X-Ray Dog
Music, Inc., Fédération Française de Tennis,
The Scottish Premier League Limited, and for
the Prospective Class*

2

Daniel Girard
Aaron Sheanin
Christina Connolly Sharp
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
-and-
Gerald E. Martin
Laurel Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
-and-
Kevin Doherty
BURR & FORMAN
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
*Attorneys for Cal IV Entertainment, LLC*

David S. Stellings
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Tel. (212) 355-9500
Fax. (212) 355-9592
-and-
James E. Hough
Jacqueline C. Charlesworth
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, New York 10104
Phone (212) 468-8158
Facsimile (212) 468-7900
*Attorneys for the National Music Publishers'
Association, Rodgers & Hammerstein
Organization, Stage Three Music (US), Inc.,
Edward B. Marks Music Company, Freddy
Bienstock Music Company d/b/a Bienstock
Publishing Company, and Alley Music
Corporation.*

Christopher Lovell
Christopher M. McGrath
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
-and-
Jeffrey L. Graubart
LAW OFFICES OF JEFFREY L.
GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807
-and-
Steve D'Onofrio
5335 Wisconsin Avenue, N.W. Suite 950
Washington, D.C. 20015
Telephone: (202) 686-2872
Facsimile: (202) 686-2875
*Attorneys for The Music Force Media Group
LLC, The Music Force LLC, and Sin-Drome
Records, Ltd.*

SO ORDERED:

_____
HON. LOUIS L. STANTON, U.S.D.J.

11/25/08