UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER LEAGUE
LIMITED, BOURNE CO., ( together with its affiliate
MURBO MUSIC PUBLISHING, INC.), CHERRY LANE
MUSIC PUBLISHING COMPANY, INC., CAL IV
ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS
ANGELES NEWS SERVICE, NATIONAL MUSIC
PUBLISHERS' ASSOCIATION, THE RODGERS &
HAMMERSTEIN ORGANIZATION, STAGE THREE
MUSIC (US), INC., EDWARD  B. MARKS MUSIC
COMPANY, FREDDY BIENSTOCK MUSIC COMPANY
d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY
MUSIC CORPORATION, X-RAY DOG MUSIC, INC.,
FEDERATION FRANCAISE DE TENNIS, THE MUSIC
FORCE LLC, and SIN-DROME RECORDS, LTD.
on behalf of themselves and all others similarly situated,

AFFIDAVIT OF SERVICE
07-Civ-3582 (LLS)

                                    Plaintiffs,
            v.

YOUTUBE, INC., YOUTUBE, LLC and
GOOGLE, INC.,

                                    Defendants.
-------------------------------------------------------------------------------X

STATE OF NEW YORK          )
                           )SS.:
COUNTY OF NEW YORK  )

        John G. Fleming, Jr., being duly sworn deposes and states:

        1.        I am not a party to this action, am over 18 years of age and reside in Bergen
County, New Jersey.

        2.        On November 26, 2008, I served the attached Second Amended Class Action
Complaint (Redacted), Second Amended Complaint (Filed Under Seal) upon the following party at
the address designated for that purpose:

Andrew Shapiro, Esq.
A. John Mancini, Esq.
MAYER BROWN LLP
1675 Broadway
New York, N.Y.  10019

David H. Kramer, Esq.
Michael H. Rubin, Esq.
WILSON, SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA. 94303

via FEDERAL EXPRESS, by sealing a true copy of the above-referenced document(s) in a properly addressed wrapper to the above-named party and causing same to be delivered to the custody of a representative of said overnight delivery service in the City and State of New York for overnight delivery prior to the latest time designated by said overnight service for overnight delivery.

Sworn to before me this
26th day of November, 2008.

---------------------------------X
Notary Public

John G. Fleming, Jr.

KENNETH BIGLIANI
Notary Public, State of New York
No. 31-4970383
Qualified in New York County
Commission Expires August 13, 2000