UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC CORPORATION, FREDDY BIENSTOCK MUSIC COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FEDERATION FRANCAISE DE TENNIS, THE SCOTTISH PREMIER LEAGUE LIMITED, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS LTD., on behalf of themselves and all other similarly situated,

ECF Case No. 1:07-cv-3582 (LLS)(FM)

Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.

Defendants.
--------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:
_____David S. Stellings_____

X    *Attorney*

      X    I am a US.D.C., Southern District of New York attorney.  My Bar Number is: _DS 5343_

      ☐    I am a Pro Hac Vice attorney

      ☐    I am a Government Agency attorney

*Law Firm/Government Agency Association*

789983.1

From: _____

To: _____

☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

X   *Address:*          250 Hudson Street, 8th Floor, New York, New York 10013

☐   *Telephone Number:*     _____(212) 355-9500_____

☐   *Fax Number:*           _____(212) 355-9592_____

☐   *E-Mail Address:*       _____

Dated: December 3, 2008     _David S. Stellings (bo)_____

789983.1