UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO. (together
with its affiliate MURBO MUSIC
PUBLISHING, INC.), CHERRY LANE
MUSIC PUBLISHING COMPANY, INC.,
CAL IV ENTERTAINMENT LLC,
NATIONAL MUSIC PUBLISHERS'
ASSOCIATION, THE RODGERS &
HAMMERSTEIN ORGANIZATION, STAGE
THREE MUSIC (US), INC., EDWARD B.
MARKS MUSIC CORPORATION, FREDDY
BIENSTOCK MUSIC COMPANY, ALLEY
MUSIC CORPORATION, X-RAY DOG
MUSIC, INC., FEDERATION FRANCAISE
DE TENNIS, THE SCOTTISH PREMIER
LEAGUE LIMITED, THE MUSIC FORCE
MEDIA GROUP LLC, THE MUSIC FORCE
LLC, and SIN-DROME RECORDS LTD., on
behalf of themselves and all other similarly
situated,

ECF Case No. 1:07-cv-3582
(LLS)(FM)

                    Plaintiffs,

        v.

YOUTUBE, INC., YOUTUBE, LLC and
GOOGLE, INC.

                    Defendants.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:
_____Annika K. Martin_____

X       *Attorney*

        X       I am a US.D.C., Southern District of New York attorney. My Bar Number is: _AM 2972_

        ☐       I am a Pro Hac Vice attorney

        ☐       I am a Government Agency attorney

        *Law Firm/Government Agency Association*

789983.1

From: _____

To: _____

☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

X   *Address:*          250 Hudson Street, 8th Floor, New York, New York 10013

☐   *Telephone Number:*     _____(212) 355-9500_____

☐   *Fax Number:*            _____(212) 355-9592_____

☐   *E-Mail Address:*        _____

Dated: December 3, 2008        /s/ Amanda K. Martin (ao)

789983.1