**ORIGINAL**

STANTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO. (together
with its affiliate MURBO MUSIC
PUBLISHING, INC.), CHERRY LANE
MUSIC PUBLISHING COMPANY, INC.,
CAL IV ENTERTAINMENT LLC, ROBERT
TUR d/b/a LOS ANGELES NEWS SERVICE,
NATIONAL MUSIC PUBLISHERS'
ASSOCIATION, THE RODGERS &
HAMMERSTEIN ORGANIZATION, STAGE
THREE MUSIC (US), INC., EDWARD B.
MARKS MUSIC COMPANY, FREDDY
BIENSTOCK MUSIC COMPANY D/B/A
BIENSTOCK PUBLISHING COMPANY,
ALLEY MUSIC CORPORATION, X-RAY
DOG MUSIC, INC., FÉDÉRATION
FRANÇAISE DE TENNIS, THE MUSIC
FORCE MEDIA GROUP LLC, THE MUSIC
FORCE LLC, and SIN-DROME RECORDS,
LTD. on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC and
GOOGLE INC.,

    Defendants.

07 Civ. 3582 (LLS)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/09

The Football Association Premier League Limited et al v. Youtube, Inc. et al     Doc. 111

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto that the time for Defendants to serve their answer, move or otherwise respond to the Second Amended Class Action Complaint is hereby extended until and including January 16, 2009.

17548509

1

Dated: New York, New York
December 24, 2008

*Attorneys for Lead Plaintiffs The Football
Association Premier League Limited and Bourne
Co., Named Plaintiffs Murbo Music Publishing,
Inc., Cherry Lane Music Publishing Company,
Inc., Robert Tur d/b/a Los Angeles News Service,
X-Ray Dog Music, Inc., Fédération Française de
Tennis, and the Prospective Class*

By: *[signature]*

Louis Solomon
William M. Hart
Bert H. Deixler
Colin A. Underwood
Noah S. Gitterman
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000

Max W. Berger
John P. Coffey
John C. Browne
Eric T. Kanefsky
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Cal IV Entertainment LLC*

Daniel Girard
Aaron Sheanin
Christina H. Connolly
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108

-and-

Gerald E. Martin
Laurel Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

-and-

*Attorneys for Cal IV Entertainment LLC*

Kevin Doherty
BURR & FORMAN
700 Two American Center
3102 West End Avenue
Nashville, TN 37203

*Attorneys for the National Music Publishers'
Association, Rodgers & Hammerstein
Organization, Stage Three Music (US), Inc.,
Edward B. Marks Music Company, Freddy
Bienstock Music Company d/b/a Bienstock
Publishing Company, and Alley Music
Corporation.*

David S. Stellings
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592-*and-*

James E. Hough
Jacqueline C. Charlesworth
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8158
Facsimile: (212) 468-7900

*Attorneys for The Music Force Media Group LLC, The Music Force LLC, and Sin-Drome Records, Ltd.*

>Christopher Lovell
>Christopher M. McGrath
>LOVELL STEWARD HALEBIAN LLP
>500 Fifth Avenue, 58th Floor
>New York, NY 10110
>Telephone: (212) 608-1900
>Facsimile: (212) 719-4677

>*-and-*

>Jeffrey L. Graubart
>LAW OFFICES OF JEFFREY L. GRAUBART
>350 West Colorado Boulevard, Suite 200
>Pasadena, CA 91105-1855
>Telephone: (626) 304-2800
>Facsimile: (626) 304-2807

>*-and-*

>Steve D'Onofrio (SD-8794)
>5335 Wisconsin Avenue, N.W. Suite 950
>Washington, DC 20015
>Telephone: (202) 686-2872
>Facsimile: (202) 686-2875

*Attorneys for Defendants YouTube, Inc., YouTube, LLC and Google Inc.*

By: /s/ Richard Ben-Veniste

>Richard Ben-Veniste
>Andrew H. Schapiro
>A. John P. Mancini
>Matthew I. Ingber
>MAYER BROWN LLP
>1675 Broadway
>New York, NY 10019
>Telephone: (212) 506-2500
>Facsimile: (212) 262-1910

David H. Kramer
Maura L. Rees
Michael H. Rubin
Bart E. Volkmer
WILSON SONSINI GOODRICH &
ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

**SO ORDERED:**

*Louis L. Stanton*

Hon. Louis L. Stanton
United States District Judge

12/31/08