UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE SCOTTISH PREMIER LEAGUE LIMITED, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated,

                  Plaintiffs,

        v.

YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**07 Civ. 3582 (LLS)**

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** that Lovell Stewart Halebian LLP, counsel of record in this case, hereby files its **NOTICE OF CHANGE OF ADDRESS,** effective immediately. The correct address is:

Lovell Stewart Halebian LLP
61 Broadway, Suite 501
New York, New York 10006

**PLEASE TAKE FURTHER NOTICE** that telephone numbers, fax numbers and email addresses will not change. However, a temporary email address, [lovellstewarthalebianllp@gmail.com](mailto:lovellstewarthalebianllp@gmail.com), has been created for use while the firm's email server is down.

Dated: New York, NY
January 30, 2009

                LOVELL STEWART HALEBIAN LLP

                By: _/s/ Christopher Lovell_____
                     Christopher Lovell

                *Attorneys for Plaintiffs*