
ORIGINAL

MAYER·BROWN


Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

**Andrew H. Schapiro**
Direct Tel (212) 506-2672
Direct Fax (212) 849-5973
aschapiro@mayerbrown.com

March 9, 2009

**BY HAND**

The Honorable Louis L. Stanton
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2250
New York, NY 10007

Re: *The Football Association Premier League Ltd., et al. v. YouTube, Inc. et al.*, Case No. 07-cv-3582 (LLS)

Dear Judge Stanton:

At the conference held on February 27, 2009, the Court requested briefing on two issues relating to YouTube's motion for judgment on the pleadings/to strike Class Plaintiffs' punitive-damages allegations. The parties have conferred and agreed to the following briefing schedule:

**YouTube's Moving Brief: April 3, 2009**

**Class Plaintiffs' Opposing Brief: May 1, 2009**

**YouTube's Reply Brief: May 15, 2009**

We respectfully request that the Court "so order" this stipulated briefing schedule for YouTube's motion.

So ordered.
Louis L. Stanton
3/10/09

Respectfully submitted,

Andrew H. Schapiro /TC

cc: All counsel