UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

APR - 1 2009

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**MOTION TO ADMIT ERIC R. HAREN PRO HAC VICE** |

The Football Association Premier League Limited et al v. Youtube, Inc. et al — Doc. 119

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William M. Hohengarten, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Eric R. Haren
> Jenner & Block, LLP
> 1099 New York Avenue, N.W.
> Suite 900
> Washington, DC 20001
> Telephone (202) 639-6000
> Facsimile (202) 639-6066

Mr. Haren is a member in good standing of the Bars of the State of California and the District of Columbia. Certificates of Good Standing are enclosed herewith. Mr. Haren has never been the subject of any disciplinary proceedings in any State or Federal court.



Dated: March 31, 2009
Washington, DC.

Respectfully submitted,

/s/ William M. Hohengarten
William M. Hohengarten (No. WH-5233)
**JENNER & BLOCK LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066

# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

March 27, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIC ROSS HAREN, #250291 was admitted to the practice of law in this state by the Supreme Court of California on June 25, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ERIC R. HAREN

was on the 8ᵀᴴ day of DECEMBER, 2008, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 27, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**AFFIDAVIT OF WILLIAM M. HOHENGARTEN IN SUPPORT OF MOTION TO ADMIT ERIC R. HAREN PRO HAC VICE** |

I, William M. Hohengarten, being duly sworn, hereby depose and say as follows:

1. I am a partner at Jenner & Block, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Eric R. Haren as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on October 24, 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Eric R. Haren since March 2007.

4. Mr. Haren is an associate attorney at Jenner & Block, LLP.

5. I have found Mr. Haren to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Eric R. Haren, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Eric R. Haren, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Eric R. Haren, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Respectfully submitted,

*/s/ William M. Hohengarten*
William M. Hohengarten (No. WH-5233)

**JENNER & BLOCK LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066

Dated: March 31, 2009
Washington, DC

Subscribed and sworn to before me this 31st day of March 2009.

*/s/ Mary E. Hassine*
Notary

My Commission expires: 2-14-2010

Mary E. Hassine
Notary Public, District of Columbia
My Commission Expires 02-14-2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-cv-03582 (LLS))<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of William M. Hohengarten, attorney for Plaintiffs Viacom International, Inc., et al., in the above-captioned action, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

Eric R. Haren
Jenner & Block, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone (202) 639 6000
Facsimile (202) 639 6066
Email address eharen@jenner.com

is admitted to practice *pro hac vice* as counsel for Viacom International, Inc., et al., in the above-captioned civil action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case



Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

_____<br>United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related Case No. 1:07-CV-03582 (LLS))<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 1st day of April, 2009, the following documents were electronically served upon all counsel in this action and the Premier League Action (No. 07-CV-03582):

1. Motion to Admit Eric R. Haren *Pro Hac Vice*;

2. Affidavit of William M. Hohengarten in Support of Motion to Admit Eric R. Haren Pro Hac Vice; and

3. Proposed Order for Admission *Pro Hac Vice* on Written Motion.

Na'eem A. Conway

Sworn to before me this 1ST day of April, 2009

Notary Public

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2009