UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO. (together
with its affiliate MURBO MUSIC PUBLISHING,
INC.), CHERRY LANE MUSIC PUBLISHING
COMPANY, INC., CAL IV ENTERTAINMENT
LLC, ROBERT TUR d/b/a LOS ANGELES
NEWS SERVICE, NATIONAL MUSIC
PUBLISHERS ASSOCIATION, THE RODGERS
& HAMMERSTEIN ORGANIZATION, STAGE
THREE MUSIC (US), INC., EDWARD B.
MARKS MUSIC COMPANY, FREDDY
BIENSTOCK MUSIC COMPANY d/b/a
BIENSTOCK PUBLISHING COMPANY,
ALLEY MUSIC CORPORATION, X-RAY DOG
MUSIC, INC., FEDERATION FRANCAISE DE
TENNIS, THE SCOTTISH PREMIER LEAGUE
LIMITED, THE MUSIC FORCE MEDIA
GROUP LLC, THE MUSIC FORCE LLC, and
SINDROME RECORDS, LTD. on behalf of
themselves and all others similarly situated,

                    Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC and
GOOGLE, INC.,

                    Defendants.

ECF Case

Civil Action No. 07-CV-3582 (LLS)
(Related Case No. 07-CV-2103)

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that, upon the YouTube's Memorandum of Law in Support of its Motion for Judgment on the Pleadings on Plaintiffs' Punitive Damages Claim, Defendants YouTube, Inc., YouTube, LLC and Google Inc., by their undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, before the Honorable Louis L. Stanton, United States District Judge, for an Order dismissing or, in the alternative, striking Class Plaintiffs' claims for (i) statutory damages for all unregistered foreign works, and (ii) punitive damages for all claims arising under the U.S. Copyright Act.

Dated: April 3, 2009

Respectfully submitted,

*[signature]*

Richard Ben-Veniste
Andrew H. Schapiro
A. John P. Mancini
Matthew D. Ingber
Brian M. Willen
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
(212) 506-2500

David H. Kramer
Maura L. Rees
Michael H. Rubin
Bart E. Volkmer
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

*Attorneys for Defendants*

TO: William M. Hohengarten
Susan J. Kohlmann
Amy L. Tenney
Scott B. Wilkens
Luke C. Platzer
Sharmila Sohoni
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
(202) 639-6000

Louis M. Solomon
William M. Hart
Bert H. Deixler
Colin A. Underwood
Noah S. Gitterman
PROSKAUER ROSE LLP
1585 Broadway

New York, NY 10036-8299
(212) 969-3000
Max W. Berger
John P. Coffey
John C. Browne
Eric T. Kanefsky
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

    -and-

Stephen Robert Fishbein
Stuart Jay Baskin
SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, NY 10022
(212) 848-4000

*Attorneys for Plaintiffs*