**ORIGINAL**

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
HONG KONG
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Louis M. Solomon
Member of the Firm

Direct Dial 212 969.3200
lsolomon@proskauer.com

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED 4/30/09]*

*[Stamp: RECEIVED IN CHAMBERS OF LOUIS L. STANTON UNITED STATES DISTRICT JUDGE]*

April 29, 2009

Hon. Louis L. Stanton
United States District Judge
United States Court House
500 Pearl Street, Room 2250
New York, New York 10007

Re:  The Football Ass'n Premier League, et al. v. YouTube, Inc., et al., 07 Civ. 3582 (LLS)

Dear Judge Stanton:

The parties have conferred and agree to Plaintiffs' proposed amended briefing schedule relating to Defendants' motion for judgment on the pleadings on Plaintiffs' punitive damages claim, as follows:

    Plaintiffs' opposing brief: May 8

    Defendants' reply brief: May 22

We respectfully request the Court's approval of this stipulated amended briefing schedule.

Respectfully,

*/s/ Louis M. Solomon*

Louis M. Solomon

cc:    Counsel for all parties in both the Class and Viacom Actions

*So Ordered.*
*Louis L. Stanton*
*4/29/09*

The Football Association Premier League Limited et al v. Youtube, Inc. et al     Doc. 126