☐ **ORIGINAL**



BOCA RATON
BOSTON
CHICAGO
HONG KONG
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SAO PAULO
WASHINGTON

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

## PROSKAUER ROSE LLP

**Louis M. Solomon**
Member of the Firm

Direct Dial 212.969.3200
lsolomon@proskauer.com

June 4, 2009

**By Hand**

Hon. Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl St., Room 2250
New York, NY 10007-1312

Re:    The Football Ass'n Premier League Ltd., et. al., v. YouTube, Inc. et. al, 07-cv-3582 (LLS)

Dear Judge Stanton:

On behalf of the Class Plaintiffs, we request permission to file a 3 page sur-reply (attached) with respect to new material that defendants YouTube, et. al. included for the first time in their Reply on YouTube's Motion for Judgment on the Pleadings as well as to correct certain factual misstatements in their brief.

Respectfully,

*Louis M. Solomon*

Louis M. Solomon

Attachment

cc:    Counsel for all parties in both the Class and Viacom actions.

*granted.
Louis L.
Stanton
6/8/09*

The Football Association Premier League Limited et al v. Youtube, Inc. et al                    Doc. 130