```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LTD, ET.AL.,

                Plaintiffs,       07 **CIVIL** 3582 (LLS)

-against-       **JUDGMENT**

YOUTUBE,INC, YOUTUBE,LLC and GOOGLE,INC.,
                Defendants.
-----------------------------------------------------------X

    Defendants having moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), dismissing plaintiff's claims under the US Copyright Act of 1976 for statutory and punitive damages, the said motion having come before the Honorable Louis L Stanton, United States District Judge, and the Court thereafter, on July 3, 2009, having rendered its Opinion and Order granting defendants' motion for judgment on the pleadings, dismissing plaintiffs' claims for damages, and deeming plaintiffs' complaint to be amended to include the material set forth in Mr Weingarten's 6/4/09 Declaration, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated July 3, 2009, defendants' motion for judgment on the pleadings is granted, plaintiffs' claims for damages are dismissed and plaintiffs' complaint is deemed amended to include material set forth in Mr. Weingarten's 6/4/09 Declaration.

**Dated:** New York, New York
         July 7, 2009

                                     **J. MICHAEL McMAHON**
                                      Clerk of Court
                BY:
                                      **Deputy Clerk**