

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES COPRORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br>Plaintiffs, <br><br>v. <br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., <br><br>Defendants. | Case No. 1:07-CV-2103-LLS <br>(Related Case No. 1:07-cv-03582 (LLS)) <br><br>**[PROPOSED] ORDER GRANTING MOTION OF JENNER & BLOCK LLP FOR LEAVE TO WITHDRAW DONALD B. VERRILLI, JR., STEVEN B. FABRIZIO, AND PETER H. HANNA AS COUNSEL** |

Upon the motion of Jenner & Block LLP, *and there being no opposition*, IT IS HEREBY ORDERED that Donald B. Verrilli, Jr., Steven B. Fabrizio, and Peter H. Hanna are granted leave to withdraw as counsel for the plaintiffs in the above-captioned action.

Dated:

*Louis L. Stanton*
United States District ~~Magistrate~~ Judge
8/07/09