# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING,INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC(US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>       Defendants. | ECF Case<br><br>**07 Civ. 3582 (LLS)**<br><br>**NOTICE OF WITHDRAWAL**<br>**OF APPEARANCE OF**<br>**JOHN P. COFFEY** |

TO: The Clerk of Court and All Parties of Record:

  PLEASE TAKE NOTICE that John P. Coffey has retired from Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, New York, New York 10019 and hereby withdraws his appearance as Co-Lead Counsel for Lead Plaintiffs, Named Plaintiffs and the Prospective Class and requests that his name be removed from the Court's and the parties' service lists.

Bernstein Litowitz Berger & Grossmann LLP continues to serve as Co-Lead Counsel through its attorneys listed below, who request that all future correspondence and papers in this action continue to be directed to them.

DATED: October 21, 2009

Respectfully submitted,

**BERNSTEIN LITOWITZ
 BERGER & GROSSMANN LLP**

By: */s/ John C. Browne*
Max W. Berger
John C. Browne
Email: Johnb@blbglaw.com
1285 Avenue of the Americas
New York, NY 10019
T: (212) 554-1400
F: (212) 554-1444

*Co- Lead Counsel for Lead Plaintiffs, Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, Premier League Limited, and for the Prospective Class*