PROSKAUER ROSE LLP
Louis M. Solomon
1585 Broadway
New York, NY 10036
(212) 969-3000
lsolomon@proskauer.com
     - and -
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
Max W. Berger
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400
mwb@blbglaw.com
*Attorneys for Lead and Named Plaintiffs and the Prospective Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, ET AL., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>YOUTUBE, INC., ET AL.,<br><br>Defendants. | Case No.: 07-CV-3582 (LLS)<br><br>**ECF CASE**<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum, and all prior pleadings and proceedings herein, Named Plaintiff X-Ray Dog Music, Inc. ("XRD") hereby moves this Court, before the Honorable Louis L. Stanton, at the United States Court House, 500 Pearl Street, New York, New York, for reconsideration of the Court's Memorandum Endorsement entered on October 28, 2009 concerning XRD's identifications of works-in-suit and infringing instances of those works, pursuant to Local Civil Rule 6.3 and Fed. R. Civ. P. 59(e) and 60(b), and for such other and further relief as this Court may deem just and proper.

The basis for this motion is that Class Plaintiffs have agreed to Defendants' October 15, 2009 proposal to extend the fact discovery deadline in this case by more than 30 days to December 18, 2009, an intervening event that affects the timing of XRD's identifications of works-in-suit, and that had not occurred at the time of XRD's application to the Court.

PLEASE ALSO TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 6 and Local Civil Rules 6.1(b) and 6.4, Defendants shall serve any opposing papers by November 20, 2009, and Plaintiffs shall serve any reply papers by November 27, 2009, or as otherwise agreed to by the parties or by order of the Court.

Dated: New York, New York
November 6, 2009

Respectfully submitted,

/s/ Louis M. Solomon
Louis M. Solomon
William M. Hart
Hal S. Shaftel
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Email: lsolomon@proskauer.com
*- and-*
Max W. Berger
John C. Browne
BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Email: mwb@blbglaw.com

TO:

Andrew H. Schapiro, Esq.
A. John P. Mancini, Esq.
Matthew D. Ingber, Esq.
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Telephone (212) 506 2500
Facsimile (212) 262 1910

David H. Kramer, Esq.
Michael H Rubin, Esq.
Bart E. Volkmer, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone (650) 493 9300
Facsimile (650) 493-6811
*Attorneys for Defendants*