UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, ET AL., on behalf of themselves and all others similarly situated,

    Plaintiffs,

- against -

YOUTUBE, INC., ET AL.,

    Defendants.

Case No.: 07-CV-3582 (LLS)

---

## CERTIFICATE OF SERVICE

I, Noah Siskind Gitterman, hereby certify that I caused the accompanying Notice of Motion For Reconsideration and Memorandum in Support of Motion For Reconsideration to be served by hand delivery and ECF electronic filing on the following counsel for Defendants:

Andrew H. Schapiro, Esq.
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820

on November 6, 2009.

I declare under penalty of perjury that this information is true.

Date: November 6, 2009

                                                      _____
                                                      Noah Siskind Gitterman
                                                      Proskauer Rose LLP
                                                      1585 Broadway
                                                      New York, NY 10036
                                                      (212) 969-3000

                                                      *Attorneys for Lead Plaintiffs, Named Plaintiffs, and the Prospective Class*