UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>      Defendants. | Civil Action No. 07-CV-3582 (LLS)<br>(Related Case No. 07-CV-2103) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Christopher E. Coleman hereby moves for leave to withdraw as counsel of record for Plaintiffs National Music Publishers' Association, The Rodgers & Hammerstein Organization, Stage Three Music (US) Inc., Edward B. Marks Music Company, Freddy Bienstock Music Company D/B/A Bienstock Publishing Company, and Alley Music Corporation. Mr. Coleman will no longer be employed by Lieff, Cabraser, Heimann & Bernstein, LLP effective January 29,

2010. Mr. Coleman's withdrawal will not cause any delay in the prosecution of this action nor prejudice any party because the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP continues to represent Plaintiffs.

January 28, 2010.   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

/s/ Christopher E. Coleman
Christopher E. Coleman
150 4th Ave. North, Ste. 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

Annika K. Martin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed. Notice of this filing was sent to all parties via the Court's electronic filing system on this the 28th day of January, 2010.

/s/Christopher E. Coleman