UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>Defendants. | Civil Action No. 07-CV-3582 (LLS)<br>(Related Case No. 07-CV-2103) |

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

This Court having fully considered Christopher E. Coleman's *Motion For Leave To Withdraw As Counsel*, the motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of _____, 2010.

```
                        _____
                                    JUDGE
```

Submitted for Entry:


By: /s/ Christopher E. Coleman

Christopher E. Coleman
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North
One Nashville Place, Suite 1650
Nashville, Tennessee  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965