UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING,INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC(US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>       Defendants. | ECF Case<br><br>**07 Civ. 3582 (LLS)**<br><br>**NOTICE OF APPEARANCE** |

TO: The Clerk of Court and All Parties of Record:

  Please enter my appearance as counsel in this action as Co-Lead Counsel for Lead Plaintiffs, Named Plaintiffs and the Prospective Class.

  I certify that I am admitted to practice in this Court.

DATED: March 5, 2010

    Respectfully submitted,

    **BERNSTEIN LITOWITZ**
     **BERGER & GROSSMANN LLP**

    By: _/s/ Lauren A. McMillen_
    Lauren A. McMillen
    Email: lauren@blbglaw.com
    1285 Avenue of the Americas
    New York, NY 10019
    T: (212) 554-1400
    F: (212) 554-1444

    *Co- Lead Counsel for Lead Plaintiffs, Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, Premier League Limited, and for the Prospective Class*