UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
THE FOOTBALL ASSOCIATION PREMIER :
LEAGUE LIMITED, BOURNE CO. (together : 07 Civ. 3582 (LLS)
with its affiliate MURBO MUSIC PUBLISHING, : (related case no. 07 Civ. 2103 (LLS),
INC.), CHERRY LANE MUSIC PUBLISHING : the "*Viacom* action")
COMPANY, INC., CAL IV ENTERTAINMENT :
LLC, ROBERT TUR d/b/a LOS ANGELES :
NEWS SERVICE, NATIONAL MUSIC : **ECF CASE**
PUBLISHERS' ASSOCIATION, THE :
RODGERS & HAMMERSTEIN :
ORGANIZATION, STAGE THREE MUSIC : **CLASS PLAINTIFFS'**
(US), INC., EDWARD B. MARKS MUSIC : **NOTICE OF MOTION FOR**
COMPANY, FREDDY BIENSTOCK MUSIC : **PARTIAL SUMMARY**
COMPANY d/b/a BIENSTOCK PUBLISHING : **JUDGMENT**
COMPANY, ALLEY MUSIC CORPORATION, :
X-RAY DOG MUSIC, INC., FÉDÉRATION :
FRANÇAISE DE TENNIS, THE MUSIC FORCE :
LLC, and SIN-DROME RECORDS, LTD. on :
behalf of themselves and all others similarly :
situated, :
 :
            Plaintiffs, :
 :
      v. :
 :
YOUTUBE, INC., YOUTUBE, LLC and :
GOOGLE, INC., :
 :
            Defendants. :
------------------------------------- X

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 56 and L. Civ. R. 56.1, the

Class Plaintiffs shall move this Court, before the Hon. Louis L. Stanton, at the United States

Court House, 500 Pearl Street, New York, New York, at a date and time to be set by the Court,

for an Order granting partial summary judgment dismissing with prejudice Defendants' First

Defense (DMCA Safe Harbor Defense) asserted in Defendants' Answer to the Second Amended

Class Action Complaint, and for such other and further relief as the Court deems just.

PLEASE TAKE FURTHER NOTICE, that in support of this motion, the Class Plaintiffs shall rely on the accompanying Declaration of Elizabeth A. Figueira and the exhibits annexed thereto, the Class Plaintiffs' Statement of Uncontroverted Facts, the Class Plaintiffs' legal memorandum, all pleadings and prior proceeding in this action and the related *Viacom* action, and to minimize duplication the additional evidence and arguments submitted by Viacom in support of its contemporaneous motion for partial summary judgment in its related action. The materials referenced above are being filed under seal pursuant to the stipulated protective order in this case, pending court rulings and/or agreements by the parties with respect to unsealing.

Dated: New York, New York
March 5, 2010

Respectfully submitted,

/s/ Louis M. Solomon
Louis M. Solomon
William M. Hart
Hal S. Shaftel
Noah Siskind Gitterman
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Email: lsolomon@proskauer.com
*-and-*
Max W. Berger
John C. Browne
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Email: mwb@blbglaw.com
*Attorneys For Lead And Named Plaintiffs And Interim Class Counsel For The Prospective Class*

Daniel Girard
Aaron Sheanin
Christina Connolly Sharp
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
*-and-*
Gerald E. Martin
Laurel Johnston
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
*-and-*
Kevin Doherty
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
*Attorneys for Cal IV Entertainment LLC*

David S. Stellings
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10017-2024
Tel. (212) 355-9500
Fax. (212) 355-9592
*-and-*
Jacqueline Charlesworth
James E. Hough
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, New York 10104
Phone (212) 468-8158
Facsimile (212) 468-7900
*Attorneys for the National Music Publishers' Association, Rodgers & Hammerstein Organization, Stage Three Music (US), Inc., Edward B. Marks Music Company, Freddy Bienstock Music Company d/b/a Bienstock Publishing Company, and Alley Music Corporation*

Christopher Lovell
Christopher M. McGrath

LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
*-and-*
Jeffrey L. Graubart
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807
*-and-*
Steve D'Onofrio
5335 Wisconsin Avenue, N.W. Suite 950
Washington, D.C. 20015
Telephone: (202) 686-2872
Facsimile: (202) 686-2875
*Attorneys for The Music Force Media Group LLC, The Music Force LLC, and Sin-Drome Records, Ltd.*

TO:

Andrew H. Schapiro, Esq.
A. John P. Mancini, Esq.
Matthew D. Ingber, Esq.
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Telephone (212) 506 2500
Facsimile (212) 262 1910

David H. Kramer, Esq.
Michael H Rubin, Esq.
Bart E. Volkmer, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone (650) 493 9300
Facsimile (650) 493-6811

*Attorneys for Defendants*