


## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS' ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC(US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE TENNIS, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SIN-DROME RECORDS, LTD. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>Defendants. | ECF Case<br><br>07 Civ. 3582 (LLS)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER** |

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, court-appointed Co-Lead Counsel Bernstein Litowitz Berger & Grossmann LLP hereby moves this Court for an Order granting permission for John P. Coffey, Esq. to withdraw his appearance as Co-Lead Counsel for Lead Plaintiffs, Named Plaintiffs and the Prospective Class in the above-captioned action.

Mr. Coffey has retired from the law firm effective October 16, 2009 and filed a Notice of Withdrawal of Appearance electronically with the Court on October 21, 2009.

Bernstein Litowitz Berger & Grossmann LLP continues to serve as Co-Lead Counsel through its attorneys listed below, who request that all future correspondence and papers in this action continue to be directed to them.

DATED: March 5, 2010

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: _____
Max W. Berger
John C. Browne
Lauren A. McMillen
1285 Avenue of the Americas
New York, NY 10019
T: (212) 554-1400
F: (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs, Named Plaintiffs Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., Robert Tur d/b/a Los Angeles News Service, X-Ray Dog Music, Inc., Fédération Française de Tennis, Premier League Limited, and for the Prospective Class*

SO ORDERED:

__Louis L. Stanton__
Honorable Louis L. Stanton
United States District Judge
3/8/10