ORIGINAL

*STANTON/51*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-10-10

VIACOM INTERNATIONAL INC.,
COMEDY PARTNERS,
COUNTRY MUSIC TELEVISION, INC.,
PARAMOUNT PICTURES
CORPORATION,
and BLACK ENTERTAINMENT
TELEVISION LLC,

Plaintiffs,

v.

YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.,

Defendants.

Case No. 1:07-CV-02103-LLS
(Related Case No. 1:07-CV-03582-LLS)

**NOTICE OF DISMISSAL OF SPECIFIED CLIPS WITH PREJUDICE**

Pursuant to the Court's Order of December 18, 2009, which provides that "Plaintiffs may withdraw 'accused clips' by notice of their dismissal with prejudice under Fed. R. Civ. P. 41(a)(2), which I will 'So Order,'" and which further provides that "Partial judgment in defendants' favor on those claims will not be entered, lest it give an appearance of having an effect beyond that accorded by Rule 54(b)," the plaintiffs in the above-captioned action ("Viacom") hereby provide notice of the dismissal with prejudice under Fed. R. Civ. P. 41(a)(2) of the video clips listed on the attached Schedules A and B. Viacom respectfully requests that the Court "So Order" this notice of dismissal.

Schedule A lists the 241 video clips that Viacom had previously removed from its October 15, 2009 amended works in suit list, and lists six additional clips that were inadvertently included in the amended works in suit list but should have been removed. Schedule B lists 187 additional clips from four works as to which Viacom owns certain exclusive rights under copyright. Viacom did not upload or authorize the upload to YouTube of the clips listed in Schedule B, but in order to streamline the issues in this

case Viacom voluntarily withdraws its copyright infringement claims with respect to these clips. Viacom continues to pursue its infringement claims as to more than 63,000 infringing clips.

February 16, 2010

Respectfully submitted,

[signature]

Susan J. Kohlmann (SK-1855)
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022-3908
(212) 891-1600 (t)
(212) 891-1699 (f)
skohlmann@jenner.com

LLS [handwritten note]

SO ORDERED:

_Louis L. Stanton_
Hon. Louis L. Stanton, U.S.D.J.

## Schedule A

| YouTube URL | Video ID |
|---|---|
| http://www.youtube.com/watch?v=_4J1nPR9obI | _4J1nPR9obI |
| http://www.youtube.com/watch?v=_KDSYA5bEMc | _KDSYA5bEMc |
| http://www.youtube.com/watch?v=_sTgT76i3vc | _sTgT76i3vc |
| http://www.youtube.com/watch?v=_yr3Fu_LRE4 | _yr3Fu_LRE4 |
| http://www.youtube.com/watch?v=0mZ8VNkSPaU | 0mZ8VNkSPaU |
| http://www.youtube.com/watch?v=0ZO5f4q8b-g | 0ZO5f4q8b-g |
| http://www.youtube.com/watch?v=1168T5BsmVY | 1168T5BsmVY |
| http://www.youtube.com/watch?v=17kAJR7YbDE | 17kAJR7YbDE |
| http://www.youtube.com/watch?v=1dWtA-nK-sQ | 1dWtA-nK-sQ |
| http://www.youtube.com/watch?v=1LOjvymWwvI | 1LOjvymWwvI |
| http://www.youtube.com/watch?v=29le85Vp8vI | 29le85Vp8vI |
| http://www.youtube.com/watch?v=2TncoW-J6wA | 2TncoW-J6wA |
| http://www.youtube.com/watch?v=3US2k6mTtEw | 3US2k6mTtEw |
| http://www.youtube.com/watch?v=3wo2FcjFP98 | 3wo2FcjFP98 |
| http://www.youtube.com/watch?v=4cn9XRW_qMQ | 4cn9XRW_qMQ |
| http://www.youtube.com/watch?v=4nLoXLBwZv0 | 4nLoXLBwZv0 |
| http://www.youtube.com/watch?v=5Esm9Mlt5Xo | 5Esm9Mlt5Xo |
| http://www.youtube.com/watch?v=5gbI2_Kocug | 5gbI2_Kocug |
| http://www.youtube.com/watch?v=5Hd_JzIl1MA | 5Hd_JzIl1MA |
| http://www.youtube.com/watch?v=5kWtyVo-8k0 | 5kWtyVo-8k0 |
| http://www.youtube.com/watch?v=5-tUPWwEMdk | 5-tUPWwEMdk |
| http://www.youtube.com/watch?v=5tvtDQVpq_o | 5tvtDQVpq_o |
| http://www.youtube.com/watch?v=6_SaSuqfGB4 | 6_SaSuqfGB4 |
| http://www.youtube.com/watch?v=68kDGadsbvQ | 68kDGadsbvQ |
| http://www.youtube.com/watch?v=6WhsXvOe2IU | 6WhsXvOe2IU |
| http://www.youtube.com/watch?v=6xFe570faSI | 6xFe570faSI |
| http://www.youtube.com/watch?v=73mubsIY4BA | 73mubsIY4BA |
| http://www.youtube.com/watch?v=744Gh8MbTWg | 744Gh8MbTWg |
| http://www.youtube.com/watch?v=7aGjJBalKgs | 7aGjJBalKgs |
| http://www.youtube.com/watch?v=83KsT9D_6aI | 83KsT9D_6aI |
| http://www.youtube.com/watch?v=88XvlfKnGwI | 88XvlfKnGwI |
| http://www.youtube.com/watch?v=8AYnfxZ_BXI | 8AYnfxZ_BXI |
| http://www.youtube.com/watch?v=8v8vhNKIAZ4 | 8v8vhNKIAZ4 |
| http://www.youtube.com/watch?v=-9_Nrpc8noE | -9_Nrpc8noE |
| http://www.youtube.com/watch?v=9A-rgw-xkjg | 9A-rgw-xkjg |
| http://www.youtube.com/watch?v=9UClweyrV_A | 9UClweyrV_A |
| http://www.youtube.com/watch?v=a_kdq0V9G3Y | a_kdq0V9G3Y |
| http://www.youtube.com/watch?v=AfiV-gllgQQ | AfiV-gllgQQ |
| http://www.youtube.com/watch?v=AgGf_xso0HI | AgGf_xso0HI |
| http://www.youtube.com/watch?v=aITz05jvTlk | aITz05jvTlk |
| http://www.youtube.com/watch?v=AjG9o33dQRQ | AjG9o33dQRQ |
| http://www.youtube.com/watch?v=ALH9IfsORXo | ALH9IfsORXo |
| http://www.youtube.com/watch?v=aUonqu5RIcM | aUonqu5RIcM |

## Schedule A

| URL | ID |
|---|---|
| http://www.youtube.com/watch?v=aWt-fduKFmo | aWt-fduKFmo |
| http://www.youtube.com/watch?v=B64MeRiGDYo | B64MeRiGDYo |
| http://www.youtube.com/watch?v=b8kFrT6Ni08 | b8kFrT6Ni08 |
| http://www.youtube.com/watch?v=BbWi_RN9ou8 | BbWi_RN9ou8 |
| http://www.youtube.com/watch?v=bdRNAUTDBqY | bdRNAUTDBqY |
| http://www.youtube.com/watch?v=BrCI7t5SU-s | BrCI7t5SU-s |
| http://www.youtube.com/watch?v=Bsq0CpNdwpM | Bsq0CpNdwpM |
| http://www.youtube.com/watch?v=C2kSoDWG404 | C2kSoDWG404 |
| http://www.youtube.com/watch?v=C9h5js3n1sw | C9h5js3n1sw |
| http://www.youtube.com/watch?v=cjhmH21ed-c | cjhmH21ed-c |
| http://www.youtube.com/watch?v=cpC6E1yLTx8 | cpC6E1yLTx8 |
| http://www.youtube.com/watch?v=-cQQVfrF8Zg | -cQQVfrF8Zg |
| http://www.youtube.com/watch?v=cR5BCbGyTkc | cR5BCbGyTkc |
| http://www.youtube.com/watch?v=CSs79sYQ1_o | CSs79sYQ1_o |
| http://www.youtube.com/watch?v=cuDlQ_dIsyA | cuDlQ_dIsyA |
| http://www.youtube.com/watch?v=CxVxzXCbeOw | CxVxzXCbeOw |
| http://www.youtube.com/watch?v=czg16nOL_Jc | czg16nOL_Jc |
| http://www.youtube.com/watch?v=DkXAfEiZCs0 | DkXAfEiZCs0 |
| http://www.youtube.com/watch?v=dMNgKJsmHwo | dMNgKJsmHwo |
| http://www.youtube.com/watch?v=DUTtBxd2KPQ | DUTtBxd2KPQ |
| http://www.youtube.com/watch?v=eGXV-oXzzUE | eGXV-oXzzUE |
| http://www.youtube.com/watch?v=eijhloJjg50 | eijhloJjg50 |
| http://www.youtube.com/watch?v=eRR_IDApRQs | eRR_IDApRQs |
| http://www.youtube.com/watch?v=eV9Z-W1jqvg | eV9Z-W1jqvg |
| http://www.youtube.com/watch?v=f5CpR7yR8iQ | f5CpR7yR8iQ |
| http://www.youtube.com/watch?v=F8VPEIt2zTM | F8VPEIt2zTM |
| http://www.youtube.com/watch?v=fAQw55ddPfA | fAQw55ddPfA |
| http://www.youtube.com/watch?v=FDXmujT4MZE | FDXmujT4MZE |
| http://www.youtube.com/watch?v=fNU05tW62M8 | fNU05tW62M8 |
| http://www.youtube.com/watch?v=fPbDpAmxYRw | fPbDpAmxYRw |
| http://www.youtube.com/watch?v=F-vuYx6d1XM | F-vuYx6d1XM |
| http://www.youtube.com/watch?v=g0nOEudbKOQ | g0nOEudbKOQ |
| http://www.youtube.com/watch?v=G3mjcRVnJV4 | G3mjcRVnJV4 |
| http://www.youtube.com/watch?v=g5ce_rOoGcc | g5ce_rOoGcc |
| http://www.youtube.com/watch?v=GgcxPrquS2k | GgcxPrquS2k |
| http://www.youtube.com/watch?v=gxjpdGjv59o | gxjpdGjv59o |
| http://www.youtube.com/watch?v=Gy3TrIlnTvA | Gy3TrIlnTvA |
| http://www.youtube.com/watch?v=GYKER0CR0yk | GYKER0CR0yk |
| http://www.youtube.com/watch?v=H0AQehIKRB4 | H0AQehIKRB4 |
| http://www.youtube.com/watch?v=H0ZLZTR-g5Y | H0ZLZTR-g5Y |
| http://www.youtube.com/watch?v=hAs5LPgqFSo | hAs5LPgqFSo |
| http://www.youtube.com/watch?v=hfPAw9MM69A | hfPAw9MM69A |
| http://www.youtube.com/watch?v=Hgu1RM2vbVM | Hgu1RM2vbVM |
| http://www.youtube.com/watch?v=hhXlVDxYzvg | hhXlVDxYzvg |

## Schedule A

| URL | ID |
|---|---|
| http://www.youtube.com/watch?v=HM4b0wcMo_0 | HM4b0wcMo_0 |
| http://www.youtube.com/watch?v=hnKQ7xzDjQ4 | hnKQ7xzDjQ4 |
| http://www.youtube.com/watch?v=hSdMtP8qztA | hSdMtP8qztA |
| http://www.youtube.com/watch?v=hZYpL6Vdz4k | hZYpL6Vdz4k |
| http://www.youtube.com/watch?v=i3YBKlAXvvk | i3YBKlAXvvk |
| http://www.youtube.com/watch?v=I4pc-6V4IZc | I4pc-6V4IZc |
| http://www.youtube.com/watch?v=i55f6qUSq4A | i55f6qUSq4A |
| http://www.youtube.com/watch?v=InVHaTyS6X0 | InVHaTyS6X0 |
| http://www.youtube.com/watch?v=IZdKpTkQv8g | IZdKpTkQv8g |
| http://www.youtube.com/watch?v=J_LMd1WMyk4 | J_LMd1WMyk4 |
| http://www.youtube.com/watch?v=j4A-BqFSSL8 | j4A-BqFSSL8 |
| http://www.youtube.com/watch?v=jD9iQbQBHiI | jD9iQbQBHiI |
| http://www.youtube.com/watch?v=jP_AXwoCgws | jP_AXwoCgws |
| http://www.youtube.com/watch?v=JZwFUe2aXLA | JZwFUe2aXLA |
| http://www.youtube.com/watch?v=K4sS0wA_-lA | K4sS0wA_-lA |
| http://www.youtube.com/watch?v=k6CSyIS5528 | k6CSyIS5528 |
| http://www.youtube.com/watch?v=KcU0ye3nXtA | KcU0ye3nXtA |
| http://www.youtube.com/watch?v=kg2WUirHOhw | kg2WUirHOhw |
| http://www.youtube.com/watch?v=kgyL9-VnhoU | kgyL9-VnhoU |
| http://www.youtube.com/watch?v=KhIPvn26b1A | KhIPvn26b1A |
| http://www.youtube.com/watch?v=KiBDCZX7HQc | KiBDCZX7HQc |
| http://www.youtube.com/watch?v=KNeaHNwwvvM | KNeaHNwwvvM |
| http://www.youtube.com/watch?v=kpkmya7Mkzk | kpkmya7Mkzk |
| http://www.youtube.com/watch?v=KrTB3848mgQ | KrTB3848mgQ |
| http://www.youtube.com/watch?v=kvEeLZV1j-k | kvEeLZV1j-k |
| http://www.youtube.com/watch?v=L6a_iKo83RE | L6a_iKo83RE |
| http://www.youtube.com/watch?v=L8GYvvm_3bE | L8GYvvm_3bE |
| http://www.youtube.com/watch?v=L9h0BpdVMxA | L9h0BpdVMxA |
| http://www.youtube.com/watch?v=Le52xv31TTM | Le52xv31TTM |
| http://www.youtube.com/watch?v=LeSId8yY3Do | LeSId8yY3Do |
| http://www.youtube.com/watch?v=liblQ3NlAjE | liblQ3NlAjE |
| http://www.youtube.com/watch?v=lirJJlViWsE | lirJJlViWsE |
| http://www.youtube.com/watch?v=ln5zXFcssSc | ln5zXFcssSc |
| http://www.youtube.com/watch?v=lvb3QDrHxRA | lvb3QDrHxRA |
| http://www.youtube.com/watch?v=L-VLn6bEOvs | L-VLn6bEOvs |
| http://www.youtube.com/watch?v=LYGpcUofXbk | LYGpcUofXbk |
| http://www.youtube.com/watch?v=lz0JZvlMrOA | lz0JZvlMrOA |
| http://www.youtube.com/watch?v=LzIoLR5i9uw | LzIoLR5i9uw |
| http://www.youtube.com/watch?v=m_lOnAYAh18 | m_lOnAYAh18 |
| http://www.youtube.com/watch?v=meXedwbvCh8 | meXedwbvCh8 |
| http://www.youtube.com/watch?v=MGZbVuVW2wQ | MGZbVuVW2wQ |
| http://www.youtube.com/watch?v=mJkGJQyDNQ0 | mJkGJQyDNQ0 |
| http://www.youtube.com/watch?v=mk3uiuXo4dk | mk3uiuXo4dk |
| http://www.youtube.com/watch?v=MMWoRIaFZM8 | MMWoRIaFZM8 |

## Schedule A

| URL | ID |
|---|---|
| http://www.youtube.com/watch?v=mOvZn9ebc8Q | mOvZn9ebc8Q |
| http://www.youtube.com/watch?v=MSGNvmqcZK0 | MSGNvmqcZK0 |
| http://www.youtube.com/watch?v=mTLMUWP13pE | mTLMUWP13pE |
| http://www.youtube.com/watch?v=MV9EB2EXGdk | MV9EB2EXGdk |
| http://www.youtube.com/watch?v=N0QCkXfxJs4 | N0QCkXfxJs4 |
| http://www.youtube.com/watch?v=N-4MT9u6LUs | N-4MT9u6LUs |
| http://www.youtube.com/watch?v=N7Q-vFtW8Lk | N7Q-vFtW8Lk |
| http://www.youtube.com/watch?v=n8wDRoQkN1c | n8wDRoQkN1c |
| http://www.youtube.com/watch?v=N9aNvjuTIvY | N9aNvjuTIvY |
| http://www.youtube.com/watch?v=nCHY88De2A0 | nCHY88De2A0 |
| http://www.youtube.com/watch?v=NdpArPebjFY | NdpArPebjFY |
| http://www.youtube.com/watch?v=NEB7-p0aq8M | NEB7-p0aq8M |
| http://www.youtube.com/watch?v=neyj1SyVjBs | neyj1SyVjBs |
| http://www.youtube.com/watch?v=Nr8fA2kX44E | Nr8fA2kX44E |
| http://www.youtube.com/watch?v=NThBETSknVQ | NThBETSknVQ |
| http://www.youtube.com/watch?v=nyLj0T9EKAo | nyLj0T9EKAo |
| http://www.youtube.com/watch?v=nZ3SdIb5NDI | nZ3SdIb5NDI |
| http://www.youtube.com/watch?v=o8pkZ38bLvU | o8pkZ38bLvU |
| http://www.youtube.com/watch?v=oCbmqSqoSQk | oCbmqSqoSQk |
| http://www.youtube.com/watch?v=oQUgal6CFSI | oQUgal6CFSI |
| http://www.youtube.com/watch?v=OUWSSmNxArs | OUWSSmNxArs |
| http://www.youtube.com/watch?v=oXmMicS1oZk | oXmMicS1oZk |
| http://www.youtube.com/watch?v=p1i1wcUpTbU | p1i1wcUpTbU |
| http://www.youtube.com/watch?v=Pa3J-L29iT8 | Pa3J-L29iT8 |
| http://www.youtube.com/watch?v=paveBpTiNqI | paveBpTiNqI |
| http://www.youtube.com/watch?v=pBHnokTr1xg | pBHnokTr1xg |
| http://www.youtube.com/watch?v=pE2MiujT7Yg | pE2MiujT7Yg |
| http://www.youtube.com/watch?v=Phap3WkYOpc | Phap3WkYOpc |
| http://www.youtube.com/watch?v=pIGQYawzv9c | pIGQYawzv9c |
| http://www.youtube.com/watch?v=Ppm3MIsqsK4 | Ppm3MIsqsK4 |
| http://www.youtube.com/watch?v=PReDb3aDGDg | PReDb3aDGDg |
| http://www.youtube.com/watch?v=PuqX26-GCWY | PuqX26-GCWY |
| http://www.youtube.com/watch?v=Pvz66FuaHso | Pvz66FuaHso |
| http://www.youtube.com/watch?v=pyP1JFa8bJc | pyP1JFa8bJc |
| http://www.youtube.com/watch?v=Q_z5Kzv8_A0 | Q_z5Kzv8_A0 |
| http://www.youtube.com/watch?v=q5nDYUqEKSA | q5nDYUqEKSA |
| http://www.youtube.com/watch?v=qFXAl0IQiM4 | qFXAl0IQiM4 |
| http://www.youtube.com/watch?v=QrROfhjqpDs | QrROfhjqpDs |
| http://www.youtube.com/watch?v=Q-VvGxYDGm0 | Q-VvGxYDGm0 |
| http://www.youtube.com/watch?v=r_c6WIbOG2M | r_c6WIbOG2M |
| http://www.youtube.com/watch?v=r0WZATT9P9g | r0WZATT9P9g |
| http://www.youtube.com/watch?v=rDOB6g2-3FU | rDOB6g2-3FU |
| http://www.youtube.com/watch?v=REQFHAKXrgw | REQFHAKXrgw |
| http://www.youtube.com/watch?v=rf3BHTB2RAY | rf3BHTB2RAY |

## Schedule A

| | |
|---|---|
| http://www.youtube.com/watch?v=RhNehWcBADg | RhNehWcBADg |
| http://www.youtube.com/watch?v=rig59Nf9qRw | rig59Nf9qRw |
| http://www.youtube.com/watch?v=rkQ9C-9pWJg | rkQ9C-9pWJg |
| http://www.youtube.com/watch?v=RRrB_hitU-c | RRrB_hitU-c |
| http://www.youtube.com/watch?v=s0e_IfSMtlI | s0e_IfSMtlI |
| http://www.youtube.com/watch?v=S5pUWE1WGKw | S5pUWE1WGKw |
| http://www.youtube.com/watch?v=s8VLwpyYtB0 | s8VLwpyYtB0 |
| http://www.youtube.com/watch?v=scK1yTVqE3Y | scK1yTVqE3Y |
| http://www.youtube.com/watch?v=sIXfcdZbnUw | sIXfcdZbnUw |
| http://www.youtube.com/watch?v=SVlIle_fwMg | SVlIle_fwMg |
| http://www.youtube.com/watch?v=SwyufkyHfyU | SwyufkyHfyU |
| http://www.youtube.com/watch?v=sxNuomEUGG0 | sxNuomEUGG0 |
| http://www.youtube.com/watch?v=t2KaB5IW8XA | t2KaB5IW8XA |
| http://www.youtube.com/watch?v=T3ysjszEu1s | T3ysjszEu1s |
| http://www.youtube.com/watch?v=tbU_2WGlqkU | tbU_2WGlqkU |
| http://www.youtube.com/watch?v=TZv0POyzkpc | TZv0POyzkpc |
| http://www.youtube.com/watch?v=udfXAGkZCp0 | udfXAGkZCp0 |
| http://www.youtube.com/watch?v=UE8M1Pc8PlE | UE8M1Pc8PlE |
| http://www.youtube.com/watch?v=uJg2geqHK5U | uJg2geqHK5U |
| http://www.youtube.com/watch?v=uK8e9xY3eFM | uK8e9xY3eFM |
| http://www.youtube.com/watch?v=uSd7BLvN9KQ | uSd7BLvN9KQ |
| http://www.youtube.com/watch?v=USds5DhScmg | USds5DhScmg |
| http://www.youtube.com/watch?v=Ux6aFYuTYNY | Ux6aFYuTYNY |
| http://www.youtube.com/watch?v=UXmn2TS_ALQ | UXmn2TS_ALQ |
| http://www.youtube.com/watch?v=UZir_FlgXQg | UZir_FlgXQg |
| http://www.youtube.com/watch?v=v0uIAyq4p2o | v0uIAyq4p2o |
| http://www.youtube.com/watch?v=v5XPki6Nj6k | v5XPki6Nj6k |
| http://www.youtube.com/watch?v=vAGC2_ux-GE | vAGC2_ux-GE |
| http://www.youtube.com/watch?v=VbDA1XS6M6A | VbDA1XS6M6A |
| http://www.youtube.com/watch?v=VdFd278uM7U | VdFd278uM7U |
| http://www.youtube.com/watch?v=Vj9rdT-t8Lc | Vj9rdT-t8Lc |
| http://www.youtube.com/watch?v=vjQbOSjMuAU | vjQbOSjMuAU |
| http://www.youtube.com/watch?v=vlQhux5mXfY | vlQhux5mXfY |
| http://www.youtube.com/watch?v=vNgoUewhYTM | vNgoUewhYTM |
| http://www.youtube.com/watch?v=vPThn1deQTw | vPThn1deQTw |
| http://www.youtube.com/watch?v=vrwtQRZcg6U | vrwtQRZcg6U |
| http://www.youtube.com/watch?v=w-0x-Pwtbtw | w-0x-Pwtbtw |
| http://www.youtube.com/watch?v=W2CyxzhHgrw | W2CyxzhHgrw |
| http://www.youtube.com/watch?v=w4ONAjlFmJY | w4ONAjlFmJY |
| http://www.youtube.com/watch?v=WBxZLCDm2uo | WBxZLCDm2uo |
| http://www.youtube.com/watch?v=wcHwE01xHNU | wcHwE01xHNU |
| http://www.youtube.com/watch?v=wfWEjb3DtV0 | wfWEjb3DtV0 |
| http://www.youtube.com/watch?v=WLZfSH3j_Zg | WLZfSH3j_Zg |
| http://www.youtube.com/watch?v=wMHpbGDIddE | wMHpbGDIddE |

## Schedule A

| URL | Video ID |
|---|---|
| http://www.youtube.com/watch?v=WNFBtL2vGc4 | WNFBtL2vGc4 |
| http://www.youtube.com/watch?v=WPsZQRv5Ukc | WPsZQRv5Ukc |
| http://www.youtube.com/watch?v=Wqq-lfH3NNc | Wqq-lfH3NNc |
| http://www.youtube.com/watch?v=wxhRkff16ys | wxhRkff16ys |
| http://www.youtube.com/watch?v=x1ycbHjePjM | x1ycbHjePjM |
| http://www.youtube.com/watch?v=X-8UmL4lpPI | X-8UmL4lpPI |
| http://www.youtube.com/watch?v=xbrJOliv0qE | xbrJOliv0qE |
| http://www.youtube.com/watch?v=xHVqXaC-NIA | xHVqXaC-NIA |
| http://www.youtube.com/watch?v=xiFajP-KVzE | xiFajP-KVzE |
| http://www.youtube.com/watch?v=xlvJ7C0x91U | xlvJ7C0x91U |
| http://www.youtube.com/watch?v=xmHsafia5jE | xmHsafia5jE |
| http://www.youtube.com/watch?v=Xo9TWFRIUN8 | Xo9TWFRIUN8 |
| http://www.youtube.com/watch?v=xWCkluxpGW8 | xWCkluxpGW8 |
| http://www.youtube.com/watch?v=YbCNhLX-mi8 | YbCNhLX-mi8 |
| http://www.youtube.com/watch?v=YJbL7euTy7s | YJbL7euTy7s |
| http://www.youtube.com/watch?v=yJ-LoP2jiLw | yJ-LoP2jiLw |
| http://www.youtube.com/watch?v=YS99-zJrGhU | YS99-zJrGhU |
| http://www.youtube.com/watch?v=ytFpClL6ydU | ytFpClL6ydU |
| http://www.youtube.com/watch?v=yVUAvM3fvXQ | yVUAvM3fvXQ |
| http://www.youtube.com/watch?v=Zk75nDsKjNw | Zk75nDsKjNw |
| http://www.youtube.com/watch?v=ZpVZoLTAiKY | ZpVZoLTAiKY |
| http://www.youtube.com/watch?v=Zr5qTqgZubA | Zr5qTqgZubA |

### Clips Inadvertently Included on October 15, 2009 Amended Works In Suit List

| YouTube URL | Video ID |
|---|---|
| http://www.youtube.com/watch?v=6w5MPpg1XpE | 6w5MPpg1XpE |
| http://www.youtube.com/watch?v=8_Eaa7y_rq0 | 8_Eaa7y_rq0 |
| http://www.youtube.com/watch?v=AEkerwX8IFo | AEkerwX8IFo |
| http://www.youtube.com/watch?v=S-hSrAGA4Gg | S-hSrAGA4Gg |
| http://www.youtube.com/watch?v=VQg9_eyp_AA | VQg9_eyp_AA |
| http://www.youtube.com/watch?v=z3cRGYXyRnI | z3cRGYXyRnI |

## Schedule B

| ALFIE (2004) | |
|---|---|
| YouTube URL | Video ID |
| http://www.youtube.com/watch?v=BO5-4uPZXmw | BO5-4uPZXmw |
| http://www.youtube.com/watch?v=EX87URRiJdo | EX87URRiJdo |
| http://www.youtube.com/watch?v=Hbh90s4tpBc | Hbh90s4tpBc |
| http://www.youtube.com/watch?v=ldJ2A8yZjQk | ldJ2A8yZjQk |
| http://www.youtube.com/watch?v=PxbBwmtiKCM | PxbBwmtiKCM |
| http://www.youtube.com/watch?v=xzdeeXtJ-GM | xzdeeXtJ-GM |
| http://www.youtube.com/watch?v=_xM1wE3j-U8 | _xM1wE3j-U8 |
| http://www.youtube.com/watch?v=ejdmAR_pbe0 | ejdmAR_pbe0 |
| http://www.youtube.com/watch?v=S0KIA79b9Zk | S0KIA79b9Zk |
| http://www.youtube.com/watch?v=T1ThKDNGafs | T1ThKDNGafs |
| http://www.youtube.com/watch?v=jEpinkgZ_Mo | jEpinkgZ_Mo |
| http://www.youtube.com/watch?v=vLuGhhHfndo | vLuGhhHfndo |
| http://www.youtube.com/watch?v=f6i35YX40MQ | f6i35YX40MQ |
| http://www.youtube.com/watch?v=pHMRBoG5O4s | pHMRBoG5O4s |
| http://www.youtube.com/watch?v=urebQXHSmfQ | urebQXHSmfQ |
| http://www.youtube.com/watch?v=ZapOB1fQStE | ZapOB1fQStE |

| APOCALYPSE NOW | |
|---|---|
| YouTube URL | Video ID |
| http://www.youtube.com/watch?v=I-1wmt_odDU | I-1wmt_odDU |
| http://www.youtube.com/watch?v=itIDg6sXgbo | itIDg6sXgbo |
| http://www.youtube.com/watch?v=LDGHIt-AAJE | LDGHIt-AAJE |
| http://www.youtube.com/watch?v=LlI4Qs_k6p0 | LlI4Qs_k6p0 |
| http://www.youtube.com/watch?v=mAZrXJSPqqw | mAZrXJSPqqw |
| http://www.youtube.com/watch?v=n3L2QbSa7T8 | n3L2QbSa7T8 |
| http://www.youtube.com/watch?v=n7N46IENb_E | n7N46IENb_E |
| http://www.youtube.com/watch?v=nmfrNvbYlSo | nmfrNvbYlSo |
| http://www.youtube.com/watch?v=nUF2D_NjlqY | nUF2D_NjlqY |
| http://www.youtube.com/watch?v=osSUIPPk5Mk | osSUIPPk5Mk |
| http://www.youtube.com/watch?v=pwqdBkaWsTA | pwqdBkaWsTA |
| http://www.youtube.com/watch?v=RwnBWSdZDzQ | RwnBWSdZDzQ |
| http://www.youtube.com/watch?v=UemtjPU5sFc | UemtjPU5sFc |
| http://www.youtube.com/watch?v=uxw0bTVZ9JU | uxw0bTVZ9JU |
| http://www.youtube.com/watch?v=v34d9kKnv_w | v34d9kKnv_w |
| http://www.youtube.com/watch?v=VDMtwSkg528 | VDMtwSkg528 |

## Schedule B

| URL | Video ID |
|---|---|
| http://www.youtube.com/watch?v=vjNtGHDRspo | vjNtGHDRspo |
| http://www.youtube.com/watch?v=-zkcNB0f5KI | -zkcNB0f5KI |
| http://www.youtube.com/watch?v=TAbmUGy3i6I | TAbmUGy3i6I |
| http://www.youtube.com/watch?v=XjYhTnh6Zaw | XjYhTnh6Zaw |
| http://www.youtube.com/watch?v=XKcTSKQeuYc | XKcTSKQeuYc |
| http://www.youtube.com/watch?v=XOxVjtZujcU | XOxVjtZujcU |
| http://www.youtube.com/watch?v=z5eXFeW0aI0 | z5eXFeW0aI0 |
| http://www.youtube.com/watch?v=zLRj5erjhP8 | zLRj5erjhP8 |
| http://www.youtube.com/watch?v=pViljeltCZg | pViljeltCZg |

| The Spirit of Christmas (Jesus vs. Frosty) | |
|---|---|
| YouTube URL | Video ID |
| http://www.youtube.com/watch?v=3MY1-1pbc5A | 3MY1-1pbc5A |
| http://www.youtube.com/watch?v=BxWDPBIbABw | BxWDPBIbABw |
| http://www.youtube.com/watch?v=C8WIu4Lji9o | C8WIu4Lji9o |
| http://www.youtube.com/watch?v=EFhgW9LpSig | EFhgW9LpSig |
| http://www.youtube.com/watch?v=grchratYFn0 | grchratYFn0 |
| http://www.youtube.com/watch?v=JSR6u62qRow | JSR6u62qRow |
| http://www.youtube.com/watch?v=tZF8vTvxQuw | tZF8vTvxQuw |
| http://www.youtube.com/watch?v=Ud7Ga8zPga4 | Ud7Ga8zPga4 |
| http://www.youtube.com/watch?v=Zke-Cf-jtmk | Zke-Cf-jtmk |
| http://www.youtube.com/watch?v=zKTttir-ADs | zKTttir-ADs |
| http://www.youtube.com/watch?v=ZK-YTEmNM7s | ZK-YTEmNM7s |
| http://www.youtube.com/watch?v=Zse02bHcWqg | Zse02bHcWqg |

| The Spirit of Christmas (Jesus vs. Santa) | |
|---|---|
| YouTube URL | Video ID |
| http://www.youtube.com/watch?v=_obmo_Ib8P8 | _obmo_Ib8P8 |
| http://www.youtube.com/watch?v=-_t4Xo1G4yo | -_t4Xo1G4yo |
| http://www.youtube.com/watch?v=1Eb8MJX-EVY | 1Eb8MJX-EVY |
| http://www.youtube.com/watch?v=1ndaYeMwhYI | 1ndaYeMwhYI |
| http://www.youtube.com/watch?v=25BGqF7Hje4 | 25BGqF7Hje4 |
| http://www.youtube.com/watch?v=2F10c5pxIAI | 2F10c5pxIAI |
| http://www.youtube.com/watch?v=2k44sfPR6ig | 2k44sfPR6ig |
| http://www.youtube.com/watch?v=2Q3QE3LL1Dk | 2Q3QE3LL1Dk |
| http://www.youtube.com/watch?v=2s0UunMx1xs | 2s0UunMx1xs |
| http://www.youtube.com/watch?v=3audz0BAyWY | 3audz0BAyWY |
| http://www.youtube.com/watch?v=3CL9GIJloLk | 3CL9GIJloLk |
| http://www.youtube.com/watch?v=3HY4aZAQFpk | 3HY4aZAQFpk |
| http://www.youtube.com/watch?v=3NJAz1-ysGs | 3NJAz1-ysGs |
| http://www.youtube.com/watch?v=3nrEwWVaEXY | 3nrEwWVaEXY |
| http://www.youtube.com/watch?v=3qu-wh1ppZ8 | 3qu-wh1ppZ8 |
| http://www.youtube.com/watch?v=4eASyLoHlJw | 4eASyLoHlJw |
| http://www.youtube.com/watch?v=4icAtPkcSWw | 4icAtPkcSWw |
| http://www.youtube.com/watch?v=4q3OImUHwdY | 4q3OImUHwdY |

## Schedule B

| URL | ID |
|---|---|
| http://www.youtube.com/watch?v=4V8KmrCgJzo | 4V8KmrCgJzo |
| http://www.youtube.com/watch?v=4vu9_66O3Sg | 4vu9_66O3Sg |
| http://www.youtube.com/watch?v=58s-ODz2tQQ | 58s-ODz2tQQ |
| http://www.youtube.com/watch?v=59IJOyEs_og | 59IJOyEs_og |
| http://www.youtube.com/watch?v=5rNSIYLQwMs | 5rNSIYLQwMs |
| http://www.youtube.com/watch?v=5uIlN6CZ9WU | 5uIlN6CZ9WU |
| http://www.youtube.com/watch?v=7JeEy71nCL4 | 7JeEy71nCL4 |
| http://www.youtube.com/watch?v=8giDuL8ZhQE | 8giDuL8ZhQE |
| http://www.youtube.com/watch?v=8lRJp5G_IPM | 8lRJp5G_IPM |
| http://www.youtube.com/watch?v=8VyNheEazvo | 8VyNheEazvo |
| http://www.youtube.com/watch?v=9mLPIzGWxGs | 9mLPIzGWxGs |
| http://www.youtube.com/watch?v=9y4XhBdDa1o | 9y4XhBdDa1o |
| http://www.youtube.com/watch?v=9z48-HEBgUQ | 9z48-HEBgUQ |
| http://www.youtube.com/watch?v=9zt0Ecgxiak | 9zt0Ecgxiak |
| http://www.youtube.com/watch?v=AhJwZfwUqcs | AhJwZfwUqcs |
| http://www.youtube.com/watch?v=aMAbFn2aLag | aMAbFn2aLag |
| http://www.youtube.com/watch?v=apJ3DCijl3U | apJ3DCijl3U |
| http://www.youtube.com/watch?v=aS4ruwA-Dbs | aS4ruwA-Dbs |
| http://www.youtube.com/watch?v=AvXbAh-UtTA | AvXbAh-UtTA |
| http://www.youtube.com/watch?v=b_-oESzWcu8 | b_-oESzWcu8 |
| http://www.youtube.com/watch?v=b-1vkoHg0y8 | b-1vkoHg0y8 |
| http://www.youtube.com/watch?v=B7k5hRzE584 | B7k5hRzE584 |
| http://www.youtube.com/watch?v=bd6YEu-qdAY | bd6YEu-qdAY |
| http://www.youtube.com/watch?v=BDlhfBeks14 | BDlhfBeks14 |
| http://www.youtube.com/watch?v=Be5a_wb_DHQ | Be5a_wb_DHQ |
| http://www.youtube.com/watch?v=bfnjrvnDpCk | bfnjrvnDpCk |
| http://www.youtube.com/watch?v=bHSbpj30iCA | bHSbpj30iCA |
| http://www.youtube.com/watch?v=BjXVcIfmz1Q | BjXVcIfmz1Q |
| http://www.youtube.com/watch?v=BmG2B6fRRIs | BmG2B6fRRIs |
| http://www.youtube.com/watch?v=bohPcVGVajM | bohPcVGVajM |
| http://www.youtube.com/watch?v=bqmllceqaDU | bqmllceqaDU |
| http://www.youtube.com/watch?v=BsvKOZWAkcc | BsvKOZWAkcc |
| http://www.youtube.com/watch?v=bZIO8UlzIzI | bZIO8UlzIzI |
| http://www.youtube.com/watch?v=cBxytQhjr2A | cBxytQhjr2A |
| http://www.youtube.com/watch?v=daTK3_0I7_g | daTK3_0I7_g |
| http://www.youtube.com/watch?v=dieSvM3bdWU | dieSvM3bdWU |
| http://www.youtube.com/watch?v=dnE58TKtulk | dnE58TKtulk |
| http://www.youtube.com/watch?v=DtFSCeSJP78 | DtFSCeSJP78 |
| http://www.youtube.com/watch?v=E-_MHM-wo-4 | E-_MHM-wo-4 |
| http://www.youtube.com/watch?v=eGn3Uy6XCA8 | eGn3Uy6XCA8 |
| http://www.youtube.com/watch?v=EjOePlLAyZA | EjOePlLAyZA |
| http://www.youtube.com/watch?v=F6IbG22ktKM | F6IbG22ktKM |
| http://www.youtube.com/watch?v=F7fLPLJmpuM | F7fLPLJmpuM |
| http://www.youtube.com/watch?v=fQDvZ_V_6Tk | fQDvZ_V_6Tk |
| http://www.youtube.com/watch?v=fS2QLLM7HH0 | fS2QLLM7HH0 |
| http://www.youtube.com/watch?v=gfYa5l1qoAc | gfYa5l1qoAc |

## Schedule B

| URL | ID |
|---|---|
| http://www.youtube.com/watch?v=gNfBJkm1WxM | gNfBJkm1WxM |
| http://www.youtube.com/watch?v=HdrfwKzfmEY | HdrfwKzfmEY |
| http://www.youtube.com/watch?v=HgmKFZz-Tzg | HgmKFZz-Tzg |
| http://www.youtube.com/watch?v=hpw09dZcLOY | hpw09dZcLOY |
| http://www.youtube.com/watch?v=hTjv5bLtoKU | hTjv5bLtoKU |
| http://www.youtube.com/watch?v=j0pV8A2tZmQ | j0pV8A2tZmQ |
| http://www.youtube.com/watch?v=J834njcbv50 | J834njcbv50 |
| http://www.youtube.com/watch?v=JheVEwMIipE | JheVEwMIipE |
| http://www.youtube.com/watch?v=JMLbF657c1o | JMLbF657c1o |
| http://www.youtube.com/watch?v=JYs6_S07pbo | JYs6_S07pbo |
| http://www.youtube.com/watch?v=JZjemHIluZU | JZjemHIluZU |
| http://www.youtube.com/watch?v=K4i8fcYNMyk | K4i8fcYNMyk |
| http://www.youtube.com/watch?v=L6NJNKPVobw | L6NJNKPVobw |
| http://www.youtube.com/watch?v=LfpYrDa2z00 | LfpYrDa2z00 |
| http://www.youtube.com/watch?v=LIQja0yLwEA | LIQja0yLwEA |
| http://www.youtube.com/watch?v=lIsXYO1bVoE | lIsXYO1bVoE |
| http://www.youtube.com/watch?v=m5AhryUa7Ok | m5AhryUa7Ok |
| http://www.youtube.com/watch?v=Mb2GnXXS684 | Mb2GnXXS684 |
| http://www.youtube.com/watch?v=mdl0HyOoows | mdl0HyOoows |
| http://www.youtube.com/watch?v=Mf4bO5FwYng | Mf4bO5FwYng |
| http://www.youtube.com/watch?v=MpTzQFcAulo | MpTzQFcAulo |
| http://www.youtube.com/watch?v=MTfMX2W45jM | MTfMX2W45jM |
| http://www.youtube.com/watch?v=-n1potX2MEc | -n1potX2MEc |
| http://www.youtube.com/watch?v=NR6WmgJKUdg | NR6WmgJKUdg |
| http://www.youtube.com/watch?v=NVwBFWU0PMY | NVwBFWU0PMY |
| http://www.youtube.com/watch?v=o6uVS-EfjRY | o6uVS-EfjRY |
| http://www.youtube.com/watch?v=oap8h7AE6Ng | oap8h7AE6Ng |
| http://www.youtube.com/watch?v=OulxJm18Vxw | OulxJm18Vxw |
| http://www.youtube.com/watch?v=Ow-GHIKckUU | Ow-GHIKckUU |
| http://www.youtube.com/watch?v=P0DXt7MWdZ8 | P0DXt7MWdZ8 |
| http://www.youtube.com/watch?v=P0ZOfYnkGs4 | P0ZOfYnkGs4 |
| http://www.youtube.com/watch?v=PFMHKOPuTs4 | PFMHKOPuTs4 |
| http://www.youtube.com/watch?v=Pw8WZD5T8Wc | Pw8WZD5T8Wc |
| http://www.youtube.com/watch?v=qBcAI_WjUnU | qBcAI_WjUnU |
| http://www.youtube.com/watch?v=QGQjDswbvCM | QGQjDswbvCM |
| http://www.youtube.com/watch?v=qUGu0s-kOWc | qUGu0s-kOWc |
| http://www.youtube.com/watch?v=Rud4ur6fwrA | Rud4ur6fwrA |
| http://www.youtube.com/watch?v=sKLj7qtbrr0 | sKLj7qtbrr0 |
| http://www.youtube.com/watch?v=sM_uepoWUH4 | sM_uepoWUH4 |
| http://www.youtube.com/watch?v=sPxk79PjZUY | sPxk79PjZUY |
| http://www.youtube.com/watch?v=swQj8kpSQ7c | swQj8kpSQ7c |
| http://www.youtube.com/watch?v=SX-XFyizsQ4 | SX-XFyizsQ4 |
| http://www.youtube.com/watch?v=T4O-34s8QfE | T4O-34s8QfE |
| http://www.youtube.com/watch?v=t6vvxnk5VFw | t6vvxnk5VFw |
| http://www.youtube.com/watch?v=tH7XD5az8XU | tH7XD5az8XU |
| http://www.youtube.com/watch?v=TL6kYwjrbCA | TL6kYwjrbCA |

## Schedule B

| URL | ID |
|---|---|
| http://www.youtube.com/watch?v=T-Ub271PVYU | T-Ub271PVYU |
| http://www.youtube.com/watch?v=u3EMWZiUu0U | u3EMWZiUu0U |
| http://www.youtube.com/watch?v=uL0-a40va64 | uL0-a40va64 |
| http://www.youtube.com/watch?v=UotFGR0E3U0 | UotFGR0E3U0 |
| http://www.youtube.com/watch?v=u-qIJ04T_QU | u-qIJ04T_QU |
| http://www.youtube.com/watch?v=UtwRERD22JQ | UtwRERD22JQ |
| http://www.youtube.com/watch?v=UyAkhMh9ukA | UyAkhMh9ukA |
| http://www.youtube.com/watch?v=V2fZzNvjDaE | V2fZzNvjDaE |
| http://www.youtube.com/watch?v=vmt_KrMiIDA | vmt_KrMiIDA |
| http://www.youtube.com/watch?v=Vrhs12CclWM | Vrhs12CclWM |
| http://www.youtube.com/watch?v=vZ1S-Fy7e7E | vZ1S-Fy7e7E |
| http://www.youtube.com/watch?v=w2y1WP6RVOU | w2y1WP6RVOU |
| http://www.youtube.com/watch?v=wgiwYkVbyhk | wgiwYkVbyhk |
| http://www.youtube.com/watch?v=WmM2og7RxhY | WmM2og7RxhY |
| http://www.youtube.com/watch?v=wwcAjFKvvV8 | wwcAjFKvvV8 |
| http://www.youtube.com/watch?v=wyTIc3rKPyE | wyTIc3rKPyE |
| http://www.youtube.com/watch?v=WzSOAH7ryok | WzSOAH7ryok |
| http://www.youtube.com/watch?v=X_XIBRCfSIk | X_XIBRCfSIk |
| http://www.youtube.com/watch?v=XcGbneD4DGU | XcGbneD4DGU |
| http://www.youtube.com/watch?v=xIqxqdj-YFc | xIqxqdj-YFc |
| http://www.youtube.com/watch?v=y99ln60bozo | y99ln60bozo |
| http://www.youtube.com/watch?v=zbGEUDz_zUQ | zbGEUDz_zUQ |
| http://www.youtube.com/watch?v=zqkK9yuzl04 | zqkK9yuzl04 |
| http://www.youtube.com/watch?v=zr8GZ53nUoY | zr8GZ53nUoY |