To:            'Tim Armstrong' <tim@google.com>; 'Kurt Abrahamson' <kurt@google.com>
From:          Suzie Reider <sreider@youtube.com>
Cc:
Bcc:
Received Date: 2007-03-21 02:24:00 CST
Subject:       YT monetization March 2007.ppt



Sharing the PPT that was shared with Susan, Gokul, Rajas and Joan today.

Shashi Seth has joined the YT team focused on monetization and led this discussion.

He's driving much of this development and today's check-in as largely so Susan could hear about development support

Again, by early summer we should have a) the ad concepts baked, b) the systems/back-end ready to go and c) a large team in place to sell like crazy.

It feels like it is coming along.

It'll be fun to see the usability testing this week for the instream...

YouTube treasury is (referenced in here... ) I don't think we have one... it really just means paying the users will need to be done through adsense.

We're getting closer.

The other tension which I'll highlight in our next quarterly business review is our commitment to monetize the partner content and the challenge of low page views on it.

Attachments:

YT monetization March 2007.ppt



**Highly Confidential**

GOO001-00906824



# YouTube Monetization Strategy

March 2007

Highly Confidential

G00001-00906825

# Monetization Strategy: Develop monetization platforms that drive revenue while protecting the user experience





YouTube Confidential

GOO001-00906826

# Consolidated Roadmap for YT Monetization - 2007



**Q1**
- UGC Content Monetization Pilot
- In-stream Ads Test
- Start Doubleclick-to-GAM Migration

**Q2**
- CTP Ads on YT Search
- Publish results from In-stream Ads and Usability
- Doubleclick-to-GAM Migration Complete
- GAM to Adsense Integration Complete
- PYV Phase I

**Q3**
- Launch Full UGC Monetization program
- PYV Phase II
- Test New Ad Formats

**Q4**



1-0004

YouTube Confidential

Highly Confidential

GOO001-00906827



# Monetizing User-Generated Content

Highly Confidential



# Problem we are addressing

- Top user-publishers are looking for ways to monetize their content

  – Competitors have started revenue sharing and attracting some of our talent away

YouTube Confidential

5

GOO001-00906829



# Goals

- We will provide a platform for our users that will allow them to make a living out of their creativity

  - Attract and retain talent on YouTube

  - Encourage creation of higher quality (and quantity) UGC on YouTube

  - Provides top talent carrot for following copyright laws

  - Focus the top talent on creating new content, and YouTube will take care of business

YouTube Confidential

Highly Confidential

G00001-00906830



# Pilot details

- Top 50 users invited to participate

- Allow users to tell us which content can be monetized in the upload process or my accounts

- Only display ads used at this time

- Ads served by GAM

- Ensure that only original content can be monetized (fingerprinting and manual-review)

  – Also ensure that duplicated monetizable-content cannot be uploaded

- Provide simple reporting on a daily basis on my accounts

- Payment through YouTube treasury

YouTube Confidential

Highly Confidential

GOO001-00906831

# Screenshots



Highly Confidential

# Key Dates and Roadmap



| Date: | What will be delivered: |
|-------|------------------------|
| 3/28/2007 | • Launch Pilot |
| 4/30/2007 | • Publish results from the Pilot<br>• Results from in-stream Ad experiments back |
| 5/30/2007 | • GAM to Adsense Integration complete |
| 6/14/2007 | • Launch Full UGC Revenue Sharing |

1-0010

YouTube Confidential

G00001-00906833

# Monetizing Partner Content



Highly Confidential

# Monetization Models

*Available: Now*



**Display Ads:**
**Owned + Claimed Content**



*CPM: $8 Floor*

*728x90 Display Banner*

*Available: 2H07*



**In-stream Video Ads**

*CPM TBD*

1-0012

YouTube Confidential

Highly Confidential

GOO001-00906835



# YouTube Sales Philosophy

- YouTube pursuing a direct sales, reservation-based sales strategy
  - Delivers on promise of YouTube for blue chip brand advertisers
  - Maximizes revenue and protects value of inventory

- Obtaining sponsorships for individual partners, artists, or events is non-scalable
  - No proven track record or inventory forecasts
  - YouTube becomes liable for traffic guarantees
  - Generally low volumes of per partner inventory not attractive to advertisers

- YouTube will maximize revenue by leveraging larger pools of inventory available through content category targeting
  - Allows increased CPM rates through audience targeting
  - Creates scalable program sizes for large advertising commitments
  - Smaller partners benefit from scale of aggregated inventory

YouTube Confidential

13

GOO001-00906836



# Category-Based Sales Approach

Category-Based Targeting

* Autos / Vehicles
* Comedy
* Entertainment
* Film & Animation
* Gadgets & Games
* How To & DIY
* Music
* News & Politics
* People & Blogs
* Pets & Animals
* Sports
* Travel & Places

YouTube Confidential

Highly Confidential

GOO001-00906837

# Sponsorship Programs

- We will explore packaging content from multiple providers in scalable programs

  — Summer Music

  — Oscar Nominee Special

- Long Term Vision: We will explore the development of a bid-based marketplace sponsorship system towards Q4



YouTube Confidential

G00001-00906838

15

# Key Dates and Roadmap



| Date: | What will be delivered: |
|---|---|
| NOW! | • Monetization of Partner Content |
| March – May 2007 | • GAM Migration |
| March 2007 | • In-Stream Ad Trial |
| April 4, 2007 | • Premium Content Sales Training |

1-0016

YouTube Confidential

Highly Confidential

# Video Ads Test



Highly Confidential

GOO001-00906840



# Goals

- TEST several ad models for user response, ad performance, and brand effectiveness

- First step in scalable innovation: content/geo-targeting, enabling midsize advertisers; high bar for creative

- Discover optimal model(s) to consider for broader rollout — not all models will survive this test

- Establish performance metrics

Highly Confidential

YouTube Confidential

GOO001-00906841



# Overview and key dates

- **When:** 1 week test in March (March 28 tentative)

- **Objective:** Evaluate user response and ad performance for several ad models including combinations of placement, companion units, geo-/content-targeting

- **Scope:** 5~10 advertisers, 50~70 videos

- **Management:** All campaigns will be frequency-capped, targeted to specific videos, and in some cases geo-targeted

- **Measurement:** Detailed consumption reporting and user response/brand effectiveness study

Highly Confidential

YouTube Confidential

# What are we testing

Goal is to test variety of ad models and pursue potential innovations in targeting and advertiser enablement

**Multiple Models**
- Bumper + Post-roll, Interstitials
- CTP image, text, video post-rolls
- CTP videos on search
- Companion Banner vs. Overlay

**Targeting**
- Geo-targeting (e.g. Bay Area's Amoeba Records on music videos for SF visitors)
- Keyword targeting – Search
- Content: Mondomedia, WMG, SonyBMG, DMGI

**Ad Creation**
- Enable small/midsize brands to create video ads using UGC (E.g. Amoeba UGC, American Apparel, AG Jeans)

1-0020

You Tube

YouTube Confidential

19

Highly Confidential

# Search: keyword-targeted CTP video ads



User-initiated video ads tied to search keywords

## Search

**Search In**
- Videos
- Channels
- Groups
- Playlists

**Sort By**
- Relevance
- Date Added
- View Count
- Rating

**Refine by Category**
- All
- Arts & Animation
- Autos & Vehicles
- Comedy
- Entertainment
- Music
- News & Blogs
- People
- Pets & Animals
- Science & Technology
- Sports
- Travel & Places
- Video Games

Video result for 'movie'

**Wii-liculous - Playing the Wii in a Movie Theater**
05:11
Playing Wii Sports at a movie theater on a 34ft screen using a homemade wireless sensor bar
Tags: wii theater smosher wireless diy
Added: 1 month ago   From: TGPeterSky Entertainment
From: hollismann
Views: 556,123
★★★★★☆
640 ratings

**Good Morning Don LaFontaine**
05:46
Good Morning Don LaFontaine
Bill Weir, former KABC-TV Sports Anchor and now co-host of Good Morning America, Weir and Editor-in-Interviewed The Don of Movie Trailers & Promos. Here's one of the most memorable TV segments about our industry! (more)
Tags: DON LAFONTAINE VOICE OVER CREATIVOICES
Added: 6 months ago   in Category: Entertainment
From: createvoices
Views: 284,758
★★★★★
637 ratings

YouTube Confidential

GOO001-00906844

# Regional brand: Bumper "teaser" + geo-targeted Post-roll "feature"

American Apparel



Geo-targeted
LA,
SF

Made in LA

:03s

:15s "UGC" testimonial

Call to action

You Tube

YouTube Confidential

Highly Confidential

GOO001-00906845

# Key Dates and Next Steps

| Date | Action required: |
|---|---|
| 2/9/2007 | • Initial agency meetings (Suzie scheduled) |
| 2/12/2007 | • Create advertiser shortlist<br>• Finalize target videos<br>• Schedule initial agency/advertiser calls |
| 2/29/2007 | • Finalize advertiser commitment<br>• Cement comm strategy |
| 3/15/2007 | • All creative uploaded<br>• All GAM campaigns programmed |
| 3/28/2007 | • Launch pilot |

You Tube

4-0023

YouTube Confidential

Highly Confidential

GOO001-00906846

# Promote Your Video



Highly Confidential

GOO001-00906847



# Marketplace Participants Highly Interested in Promotion

- As YouTube grows it becomes increasingly difficult for content to be organically discovered - quality content is oftentimes buried

- Three types of participants driven by two goals

  - Revenue
  - Recognition

- YouTube needs to surface quality content that can be monetized



**lonelygirl15**
Viewed: 8802478
Subscribers: 96937
Style: VLogging

**CBS**
Viewed: 1221157
Subscribers: 496332
Style: Broadcaster



**nikesoccer**
Rate - Share
Videos (26) | Favorites (4) | Friends (185)

YouTube Confidential

Highly Confidential

GOO001-00906848



# Goals

- Empower community participants of all types (users, partners, advertisers) to promote their content in a variety of ways

- Strengthen YouTube's competitive advantage in delivering content to the largest Internet video audience in the world

- Use promotions and feedback from campaigns to filter up high-quality content for consumption

- Provide the incentives for participants of "CYC for users" to re-engage the marketplace and continually feed revenue back to YouTube

- Develop a long-term monetization strategy based on a self-serve auction model

YouTube Confidential

Highly Confidential

GOO001-00906849

# Product details

- Three - tiered promotional model
  - Reservation
  - Self-serve Auction
  - Back-up "clean" pool
- Ultimate goal is to have an automated marketplace
- Will balance professional (partner/advertiser) and UGC
- Explore various forms of promotion
  - Promote Your Video Slots
  - Click-To-Play Ads (PVA)
  - Sponsored Search/Highlighted Results
- Placement and targeting
  - Home, Search, Watch pages
  - Categories --> Keywords --> Contextual



1-0027

Decreasing Order of Priority



YouTube Confidential

GOO001-00906850

# Screenshots









Highly Confidential

YouTube Confidential

# Key Dates and Roadmap (Tentative)

YouTube

| Date: | What will be delivered: |
|---|---|
| Pre-launch (Q1/Q2) | • CTP Ad Trial on Search Results |
| Phase I (Middle/End Q2) | • Reservation and auction systems live<br>• Limited promotional choices<br>• Targeting by categories<br>• Basic Reporting |
| Phase II (Q3) | • Increased promotional choices<br>• Targeting by keywords or context (legal permitting)<br>• More advanced user and internal reporting |

J-0029

YouTube Confidential

28

Highly Confidential