Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab 4

| | |
|---|---|
| To: | "David Eun" <deun@google.com>, "Chad Hurley" <chad@youtube.com>, "Chris Maxcy" <chris@youtube.com>, "Jordan Hoffner" <jhoffner@google.com>, "Wendy Chang" <wchang@google.com> |
| From: | "kyen@google.com" <kyen@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-11-09 02:21:59 CST |
| Subject: | EMG Strategy -- Monetization "chapter" |

The attached captures my thoughts and suggestions on YT Partner Monetization.
It will be merged into an uber doc/report, but wanted to provide a preview in case anyone is interested.

Looking fwd to syncing on this Fri AM (but thoughts more than welcomed before that, too!).

--
Regards,
Kevin A. Yen
Google/YouTube, Strategic Partnerships

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

Attachments:

YT Monetization- EMG Strategy 2008.doc

Chang
EXHIBIT NO. 34
7-11-08
A. IGNACIO HOWARD CSR, RPR

Highly Confidential                                                    G00001-00375061

# YOUTUBE: 2008 PARTNER MONETIZATION PLAN – CORE THOUGHTS
Kevin Yen, 11/08/07                                                 4-0002

## I. CONTENT PARTNERSHIP'S YOUTUBE MISSION
Obtain for users the most comprehensive collection of online video anywhere, by offering to content providers the best, sustainable value proposition (money, promotion, data) in the industry.

## II. EXECUTIVE SUMMARY
In 2008, we will extend leadership in segments where we are #1 today, and establish key successes in segments where we are not yet #1.

Our current partners have been pleased thus far with the promotional benefits of being on YouTube but are demanding greater returns, mainly monetary, on their efforts. We will increase partner payouts, as well as our value proposition as a whole.

### 1. Plans Benefiting All Partners
We will increase every aspect of the value proposition across all our partners:

→ A. **Increase Monetization**: through improved ad sales, better discovery, inventory optimization
    - Key Dependencies: Packaging for ad sales; product navigation/search; control of promotions

B. **Strengthen Promotion**: through formal studies, better discovery, and promotion commitments
    - Key Dependencies: Results of studies; product navigation/search; balance with ad sales org

C. **Deepen Insight**: through more detailed data and reporting
    - Key Dependencies: Product reporting tools

D. **Plus, Manage Content** with Content ID, especially in the Head
    - Key Dependencies: Partner willingness; ROI for partner, especially rights; product accuracy

### 2. Segment-Specific Plans
We will also continue to pursue each segment based on our success in each segment:

A. **Head** – Create key successes to build on
    - Concentrate on only the best online-performing head content and willing partners
    - [EMG ASK] Commit XXXMG to catalyze progress, re-assess deal environment
    - Importance: Users always want top content; key to ad sales/packaging; competition still intense
    - Dependencies: Partner willingness; ad blocking; monetization rate; protected streams

B. **Torso (niche)**: Create success cases, extend #1 position
    - Create strong revenue success cases, with Sports, Comedy, Health/Beauty, Music
    - Increase scalable acquisition efforts, especially in top verticals
    - Importance: Niche content is sustainable, competitive advantage
    - Dependencies: Current path ok

C. **Torso (orig web series)**: Support, size the opportunity
    - Assess user demand
    - Assess advertiser attractiveness
    - Importance: New, emerging model for production
    - Dependencies: Competition aggressively vying for this content

D. **Top User**: Extend #1 position
    - Open User Partner program to more users
    - Importance: Central to and popular with YT community

Highly Confidential

- Dependencies: Current path ok

## III. DETAILED STRATEGIC PLAN AND ANALYSIS

|  | HEAD | TORSO (niche) | TORSO (original web) | TOP USER |
|---|---|---|---|---|
| **2008 MAIN GOAL** | Create key successes to build on | Create success cases<br><br>Extend #1 position | Support, size the opportunity | Extend #1 position |
| Target Content (sample) | NFL<br>Maybe others | Emeril<br>Ultimate Fighting<br>This Old House | Quarter Life | numerous |
| Existing Partners (sample) | CBS<br>NBA<br>Universal Music | National Geo<br>NHL<br>Ford Models | Next New Networks<br>Lonely Girl | Smosh<br>LisaNova<br>theWineKone |
| **2007 PERFORMANCE** |  |  |  |  |
| #,% partners (% on rev share agmt) |  |  |  |  |
| #,% titles |  |  |  |  |
| #,% playbacks |  |  |  |  |
| Ad sell-through rate |  |  |  |  |
| $ payouts:<br>  Aggregate<br>  top 3<br>  median |  |  |  |  |
| **2008 PLAN/ACTIONS** |  |  |  |  |
| Increase Monetization | Optimize promotion systems for ad inventory<br>Create demographic bundles for ad sales (Zurich tool).<br>Tie in to major, sponsored promotions (e.g., YouChoose)<br>Work with Product to improve discovery of partner content.<br>Continue to evangelize with ad sales. | | | |
| - Segment-Specific | Highlight in sales package<br><br>Allow partner to sell own ads | Create scalable, success cases with Sports, Music, Comedy, Healthy/Beauty (Subsidize if necessary).<br><br>Have partners commit to schedule of top content.<br><br>Use head content to sell overall media bundle<br><br>Deploy AFC with |  | Open to more users |

Highly Confidential

|  |  | select partners<br>Allow partner to sell own ads |  | 4-0004 |  |
| --- | --- | --- | --- | --- | --- |
| - Est Increase (med) | $, % | $, % | $, % | $, % |  |
| Strengthen Promotion | Quantify benefit using Toolbar data.<br>Create promotions program with Marketing and Ad Sales.<br>Work with Product to improve discovery of partner content. | | | | |
| Deepen Insight | Provide increased details in reports (MicroStrategy rollout) | | | | |
| Manage Content (Content ID) | (subsidize?) | | | | |
| **INTERNAL DEPENDENCIES** | | | | | |
| Product | Improved Discovery<br>Toolbar data<br>Capabilities for "Partner Sells"<br>Ad blocking<br>Protected streams | | | | |
| Marketing/Sales | Promotional placements/packages | | | | |
| Ad Sales | Attractiveness of content/bundles<br>CPMs<br>Sell-through rate<br>Ad blocking | | | | |
| **KEY EXTERNAL VARIABLES** | Hulu performance.<br>"Scarcity" approach (WMG).<br>Dailyshow.com performance.<br>Partner willingness. | | | MySpace aggressiveness. | |
| **EMG ASKS** | $ZZM pool for MG | | | | |

## IV. ROLE OF CONTENT PARTNERSHIPS IN YOUTUBE'S SUCCESS

Content partners -- across the head, torso, and top users -- are critical to YouTube's success in every way:
- User Experience (comprehensiveness)
- Search (queries)
- Ad Sales (searches, brands, inventory)

> The most popular queries are for head content -- Music, Movies, TV, Celebrities, and Sports -- whose rights holders require negotiated partnerships for us to obtain. Torso content is a sustainable,

Highly Confidential

strategic differentiator for us, as the torso strengthens Google/YouTube's leadership in comprehensiveness and is extremely costly for competitors to duplicate. Our revenue programs for top users allow us to continue our primacy in originally created content, another key video category. All these partnerships are paramount in YouTube's continued success, as competition grows unabated (e.g., Hulu and thedailyshow.com launches) and is always just a click away.

Head, torso, and top user content also drive YouTube's monetary success two-fold. First, more partnerships means more content, which means more user searches. Searches command top ad CPMs (data here), and YouTube retains all Search revenue. Second, partnerships, especially with attractive media brands, bolster ad sales packages and and also create inventory for ads via their playbacks. Advertising potential is a deal priority in every region, particularly in EMEA and APLA.

Revenue will be generated from ads primarily on Search pages (40%), and, secondarily, on the Homepage (15%) and Partner Content watch pages (15%). Landing pages, sponsorships, and remnant backfill comprise the remainder. User uploads, which make up >95% of the playbacks, are ad-free in order to maintain our DMCA safe harbor. [Get lastest, official % from Finance]

Highly Confidential

GOO001-00375065