To: "Chris Maxcy" <chris@youtube.com>, "Mark Yoshitake" <myoshitake@google.com>, "Richard Kuo" <rkuo@google.com>
From: "Franck Chastagnol" <fchastagnol@youtube.com>
Cc: "Matthew Liu" <matthew@youtube.com>, "Chad Hurley" <chad@youtube.com>
Bcc:
Received Date: 2007-02-01 22:53:50 GMT
Subject: Re: CYC Tool For Viacom - Urgent Request

Figueira Decl. Tab 6

yes, it should not be a problem to set them up with an account

> the only thing I would be concerned is if we open the tool and they
> use it only for takedown without signing a deal with youtube to
> upload some of their content.
> because then just facilitate take downs.

Chris: can you confirm we are negotiating a content deal with viacom ?

Mark/Richard: would you be able to allocate a TAM for Viacom in order =to:
  1. create an account on CYC for them, with the appropriate settings
  2. educate Viacom on the CYC tool (in particular to make sure when claiming videos having Viacom audio they make sure to set the "Apply to other matched videos" checkbox in order for fingerprint to get generated).
  3. follow up with SQUAD to give them a heads up regarding approving =promptly Viacom claims in CYC admin review queue

thanks,
franck

On Feb 1, 2007, at 2:00 PM, Chris Maxcy wrote:

> Hey Guys,
>
> We have just run into a situation with Viacom where they have
> apparently found a large amount of their content on YT. They were
> planning on sending the content squad links for removal but I
> wanted to see if we could get them set up on the CYC tool so any
> "removed" files actually get fingerprinted by AM & blocked going => forward. There is a time sensitivity to the request as Viacom will => be sending their takedown request today/tomorrow. Any chance we
> can make them our first "partner" on the CYC tool. If so can this =20
> be done this week?
>
> Thanks,
>
> Chris
>

DATE: 12/10/08
DEPONENT: Chastagnol
EXHIBIT# 8
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

G00001-01529251