Figueira Decl. Tab
9

| To: | "Matthew Liu" <matthew@youtube.com> | 9 |
| From: | █████████████ | |
| Cc: | █████████████, "Chris Maxcy" <chris@youtube.com>, "Steve Chen" <steve@youtube.com> | |
| Bcc: | | |
| Received Date: | 2006-08-17 19:02:49 GMT | |
| Subject: | Re: [Uncle] Result of fingerprinting on random videos | |

3pm should work for me unless there are issues with vanity feature
for v10 i need to work on.

See attached a detailed list of questions that i have been compiling.
We need clear answers from each of these from both GN and AM.

Thanks,
Franck


From: Franck Chastagnol <fchastagnol@youtube.com>
Date: August 17, 2006 11:01:06 AM PDT
Subject: Extensive list of questions for AM/GN


?

On Aug 17, 2006, at 9:58 AM, Matthew Liu wrote:

> Perfect. We were all talking about sitting down with you in the
> next couple of days. It actually is getting more complicated.
> Beyond financials and negotiations, here are some concerns Franck
> came up with in his evaluation:
>
> 1. AM does not seem well-equipped for allowing us to manage our own => reference database (Everyone
single time we want to update it we
> need to take an image of our own ENTIRE db and SFTP it...the
> process is not incremental and this will be a huge problem the
> bigger our database is)
>
> 2. It is unclear whether AM is equipped to let us only match
> against Warner data. They suggested we check against their entire
> reference database and then have flags for the Warner content
> (ignore the other matches); this is not only a hassle but probably
> violates DMCA safe harbors.
>
> 3. Both AM and GN are reporting matches and what those matches are
> but are not reporting WHO owns them. We need to figure out how to
> get this information.
>
> How does 3 or 4 pm sound today?
>
>
> On Aug 17, 2006, at 3:28 AM, Steve Chen wrote:
>
>> Let's get together and talk about this tomorrow afternoon?  It

DATE: 12/10/08          EXHIBIT# 12
DEPONENT: Chastagnol

CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
   A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

>> seems like the general consensus is that we go with AM...?
>>
>> -s
>>
>> On Aug 16, 2006, at 3:52 PM, Matthew Liu wrote:
>>
>>> Guys,
>>>
>>> I ran through all the videos one by one. Quite a pain but I
>>> classified the videos by type to the best of my knowledge (for a
>>> few of the videos I was unsure...there were also some videos that =>>> have been removed). If we try to separate between copyright
>>> (Music Video, Live Performance, TV shows/commercials, Karaoke,
>>> Mashups, Compilations) vs. non copyright (no melody or user-
>>> generated music) the breakdown is:
>>>
>>>        - Copyright - roughly 47% has some sort of copyright content in =>>> it (bits of music, anime, footage from tv commercials, etc...not
>>> all of it is necessarily infringing)
>>>        - Non copyright - 50%
>>>
>>> Without a doubt, GN performs better than AM. It catches almost
>>> all music videos and mashups except for foreign songs, and also
>>> catches some live concerts. AM performs as well as GN for US
>>> music videos and mashups but does not catch live performances or
>>> karaoke very well. On the other hand, GN once again works too
>>> well in some situations.
>>>
>>>        - Song used in a video game positively identified: http://
>>> www.youtube.com/watchv=D4ClwDjGqBM
>>>
>>> Even more importantly, I believe that there are a couple of REAL
>>> false positives this time, not just things that we wouldn't
>>> necessarily want a copyrighter to claim.
>>>
>>>        - This was identified, but as the wrong songs: http://
>>> www.youtube.com/watch?v=m3l4QKZopuA
>>>        - Don't know how this one was identified unless it's the
>>> background music: http://www.youtube.com/watchv=ZAn9JxdXI70
>>>        - Again: http://www.youtube.com/watchv=37QlVvSo8bk
>>>
>>> Thanks,
>>> Matt
>>>
>>> <result_random_video Matt.xls>
>>>
>>> On Aug 14, 2006, at 12:27 PM, Franck Chastagnol wrote:
>>>
>>>>
>>>> On Aug 14, 2006, at 10:02 AM, Frey Waid wrote:
>>>>
>>>>> Hi Franck,
>>>>>
>>>>> Out of curiosity, did any of the XML responses from either GN
>>>>> or AM
>>>>> contain distributor info -- Warner or otherwise?  Maybe, we could
>>>>> submit something we know is Warner content (perhaps a private
>>>>> music

Highly Confidential

>>>>> file) to see if we get the distributor name in the feed.
>>>> No, neither AM nor GN seem to send us back this info, even
>>>> though the
>>>> XML response has provision for returning it.
>>>> I need to follow up with them to understand why they do not
>>>> populate
>>>> these fields in the response.
>>>>
>>>>>
>>>>> It does seem clear to me that we will want to investigate video
>>>>> fingerprinting technology so that we can differentiate between
>>>>> copyrighted audio tracks and copyrighted music videos.
>>>> agreed, video fingerprinting would bring us to the next level.
>>>>
>>>>> Also, I'm not sure we have a good solution yet for identifying
>>>>> live
>>>>> concerts: descriptive text filtering will almost certainly be
>>>>> insufficient.
>>>> AM does not do a good job at identifying music on live performance.
>>>> GN is better.
>>>> Now are you saying we need to differentiate copyrighted song from a
>>>> live performance vs copyrighted song from a music video or a TV
>>>> show ?
>>>> Let's talk about that - I may be missing something.
>>>>
>>>> Thanks,
>>>> Franck
>>>>
>>>>> Frey
>>>>>
>>>>>
>>>>> Franck Chastagnol wrote:
>>>>>> Hi team,
>>>>>>
>>>>>> I ran both GraceNote and AudibleMagic against a random set of 133
>>>>>> videos from our site:
>>>>>> - GN identified copyrighted music in *25.8%* of these videos.
>>>>>> - AM identified copyrighted music in *11.4%* of these videos.
>>>>>>
>>>>>> This seems to confirm the results of the previous test in
>>>>>> terms of
>>>>>> matching technology: GN is superior.
>>>>>>
>>>>>> I did not have time to look at all the videos with a match but it
>>>>>> seems that in most cases, these are personal videos that users
>>>>>> edited to add music to.
>>>>>> I found only a couple of music video clips.
>>>>>>
>>>>>>
>>>>>> Now, one of the conclusion that I think we should also draw from
>>>>>> these tests is that it seems we have a pretty high percentage of
>>>>>> our content
>>>>>> that will be flagged as copyrighted as soon as we start using
>>>>>> fingerprinting technology.
>>>>>> Note that initially we will fingerprint only against Warner
>>>>>> catalog so the percentage of match will certainly be lower.
>>>>>> But as we start signing up new content partners, it will
>>>>>> increase.

Highly Confidential

```
>>>>>>
>>>>>>
>>>>>> All the data is available at:
>>>>>> https://trac.sjl.youtube.com/trac/attachment/wiki/
>>>>>> FingerprintEval/
>>>>>> result_random_video.xls
>>>>>>
>>>>>> Let me know any question,
>>>>>> Franck
>>>>>> ------------------------------------------------------ =>>>>>> ----
>>>>>> ---
>>>>>>
>>>>>> _____
>>>>>> Uncle mailing list
>>>>>> ██████████████████
>>>>>> https://dev.youtube.com/mailman/listinfo/uncle
>>>>>>
>>>>>
>>>>
>>>> _____
>>>> Uncle mailing list
>>>> ██████████████████
>>>> https://dev.youtube.com/mailman/listinfo/uncle
>>>
>>> Matthew Liu
>>> Product Manager
>>> ███████████ l matthew@youtube.com
>>>
>>>
>>>
>>
>
> Matthew Liu
> Product Manager
> ███████████ l matthew@youtube.com
>
>
>
```