To: "Jay Yagnik" <jyagnik@google.com>, "Michele Covell" <covell@google.com>
From: "Jeff Faust" <jfaust@google.com>
Cc:
Bcc:
Received Date: 2007-04-25 00:19:17 GMT
Subject: Fwd: Fingerprinting: cost for 1 hour of reference content

Figueira Decl. Tab 10

You guys might be interested.

---------- Forwarded message ----------
From: Jeff Faust <jfaust@google.com>
Date: Apr 24, 2007 4:11 PM
Subject: Re: Fingerprinting: cost for 1 hour of reference content
To: Bo <botao@google.com>
Cc: Franck Chastagnol <franckc@google.com>, david king <dgking@google.com>


I published some rough numbers here:

http://trix.corp.google.com/pub?key=pfZfCQU-ltyUc7HCh6x39fQ

This is just a storage estimate. The main component of machine cost
will be GFS chunk servers which correlates directly to the storage
estimates but I'm not sure how to account for those.

-Jeff

On 4/24/07, Bo <botao@google.com> wrote:
> capex is
> opteron   $660
> RAM/GB $90
> Disk/TB $200
>
> btw, our pso folks perhaps know about tv recording. they have such a system
> that ingest into google backend.
>
>
> On 4/24/07, Franck Chastagnol <franckc@google.com> wrote:
> > Hi Jeff and Bo,
> >
> > I'm trying to get to the business the hardware and maintenance cost of
> > adding 1 hour of video to the reference fingerprint database.
> > The idea is that we may bill some of the companies wanting to block
> > content on YT. And we would use this per hour cost for as price tag.
> > I would like to get conservative numbers (better edge on the higher side
> > in terms of costs).
> > Assumption is 300,000 lookup daily, with 5min long lookup videos.
> >
> > Jeff: could you tell us how much hard disk space and how much RAM are
> > needed to handle 1 hour of ref fingerprint ?
> > It is ok to be conservative and for performance reason say that everything
> > has to be in RAM.
> >
> > Bo: would you know the capex for a linux server in a datacenter at google
> > ?
> > and what are the specs of such a server in terms of hard drive space and
> > RAM ?

DATE: 12/10/08
DEPONENT: Chastagnol
EXHIBIT# 19
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

> >
> > For your reference, I have pasted below an email thread we had which was
> related.
> >
> > Let me know any question
> >
> > Thanks,
> > Franck
> >
> >
> >
> > On 4/5/07, Jeff Faust < jfaust@google.com> wrote:
> > > It's hard for me to come up with good numbers until the design for the
> > > LSH engine is finalized. There are two distinct paths we can take for
> > > that design. It also looks like there are some sublinear costs. One
> > > design makes the cost per reference second much higher intially with
> > > the incremental cost as refernce material is added very low eventually
> > > increasing to something like linear cost per reference video second.
> > >
> > > I'll try to get a handle on this as soon as possible and give you some
> > > real answers.
> > >
> > > -Jeff
> > >
> > > On 4/4/07, Jeremy Doig < jeremydo@google.com> wrote:
> > > > we chatted about this today briefly - do we really need to keep the
> > video ?
> > > > I'm intrigued by the idea of a piece of software that looks at what is
> > > > coming in the video card and drops out fingerprints every [interval].
> > if you
> > > > assume all broadcast content is copyright in some fashion, all you
> > need is a
> > > > tribune feed on top of that [or something more accurate].
> > > > i think we should be careful about saying we can do something like
> > this
> > > > though. and could only be done when the algo is stable.
> > > >
> > > >
> > > > On 4/4/07, Jay Yagnik < jyagnik@google.com> wrote:
> > > > > [[ +Jeff, Jeremy]]
> > > > >
> > > > > Jeff has been playing with the designs for disk vs. memory systems
> > lately.
> > > > > I'll let him comment on the estimates.
> > > > >
> > > > >
> > > > > > On 4/4/07, Franck Chastagnol < franckc@google.com> wrote:
> > > > > > > Hi Jay,
> > > > > > >
> > > > > > > So the business asked if we could record some TV channels 24/7 and
> > add
> > > > > this content to our reference fingerprint DB.
> > > > > > > Besides the technical issues (like commercials, etc...) we wanted
> > to
> > > > > also have them understand the infrastructure cost of this.
> > > > > >
> > > > > > So assuming:
> > > > > > - 1Gb of disk storage costs X dollars

```
> > > > > >  - 1Gb of memory costs Y dollars
> > > > > >  - 300,000 lookups per day, with an average video length of 5min
> > > > > >
> > > > > > Then my question is: what is the infrastructure cost for every
> hour of
> > > > reference content we add to the video fingerprinting reference DB ?
> > > > > >
> > > > > > Again, I'm not looking at detailed number. Just a rough estimate
> (edging
> > > > on the high side rather then low side).
> > > > > >
> > > > > > Thanks for all your help,
> > > > > > Franck
> > > > > >
> > > > >
> > > > >
> > > >
> > > >
> > >
> >
> >
>
>
```

Highly Confidential

G00001-00103006