Figueira Decl. Tab 11

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL, INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC, <br><br>   Plaintiffs,<br> vs.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC.,<br>   Defendants. | Civil Action<br><br>No. 07-CV-2103<br><br>Pages 1 thru 141 |
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED and BOURNE CO., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br> vs.<br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC.,<br>   Defendants. | 30(b)(6) Deposition of<br><br>CUONG DO<br><br>September 12, 2007<br><br>Volume I |

JAN BROWN & ASSOCIATES

REPORTING FOR:

LIVENOTE WORLD SERVICE

221 Main Street, Suite 1250

San Francisco, California 94105

Phone:(415) 321-2311 Fax: (415) 321-2301

1    A.    I'm sorry.  What do you mean?

2    Q.    The full file, not some portion of it.

3    A.    Every single byte in the file, yes.

4    Q.    And just for a layperson can you quickly say

5 what an MD5 Hash is?

6    A.    An MD5 Hash is meant to be I guess

7 cryptographic meaning that it goes in one direction.

8 It's a complex mathematical function that takes whatever

9 arbitrary number amount of data and generates a fixed

10 size I guess representation of that data.

11          It's sort of like a number that basically kind

12 of very approximately sums up that information.  And

13 it's meant to be the case that if you change one byte,

14 then the whole task changes.

15    Q.    So you could go from the original video file

16 and apply this and you get the Hash, correct?

17    A.    Yes.

18    Q.    You can't go backwards from the Hash to the

19 video file?

20    A.    That is correct.

21    Q.    And I think you said if you have exactly the

22 same content in another file as the original video file,

23 it would produce the exact same Hash.  Is that right?

24    A.    That's right.

25    Q.    But if you change the content one iota, it

11-0003

1  produces a different Hash?
2      A.   That's right.
3      Q.   What about the audio content ID?
4      A.   That is generated using some software provided
5  by the -- some software that is used by the Audible
6  Magic Company.
7      Q.   Audible Magic?
8      A.   Yeah.  And we generate that for every video
9  going forward like since the time that we started using
10 it.
11     Q.   Is it also the same that if you change one
12 tiny bit of the video, it creates a whole new ID?
13          MR. HOHENGARTEN:  I'm going to object to this.
14 I've given you a pretty broad latitude here, but we
15 really need to stay with the electronically-stored
16 information and not go off into the content of these
17 various identifying technologies.
18          MR. HOHENGARTEN:  Well, I'm just trying to
19 figure out what the information is that is being stored
20 and so --
21          MR. HINDERAKER:  Well, ask him those questions
22 then.  We're getting off into the content of these
23 various systems and not into the storage of data.
24          THE WITNESS:  It's --
25          MR. HINDERAKER:  Well, wait a minute.  Let's