Remaining Pages Filed Under Seal Pursuant to
Protective Order at Request of Defendants

Figueira Decl. Tab
14 (Excerpt)

```
<div class="receive"><span class="timestamp">12:07:34 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">man, we better start making some revenue soon</pre></div>
<div class="send"><span class="timestamp">12:08:05 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya? how bad are things?</pre></div>
<div class="receive"><span class="timestamp">12:08:23 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">not too bad but they will get bad as soon as we start doing everything to scale
out</pre></div>
<div class="send"><span class="timestamp">12:08:30 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">oh right</pre></div>
<div class="receive"><span class="timestamp">12:08:40 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">building out our own data center, cdn, serverbeach, and to keep up the
growth.</pre></div>
<div class="receive"><span class="timestamp">12:08:43 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">oh let me see how we did yesterday.</pre></div>
<div class="receive"><span class="timestamp">12:08:59 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">my sort of opinion is that.</pre></div>
<div class="receive"><span class="timestamp">12:09:02 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">we should sell this thing in 3 months.</pre></div>
<div class="receive"><span class="timestamp">12:09:04 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">...</pre></div>
<div class="send"><span class="timestamp">12:09:15 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">haha...but 'we're not for sale' :-P</pre></div>
<div class="receive"><span class="timestamp">12:09:31 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">ya i told chad that we should consider it</pre></div>
<div class="receive"><span class="timestamp">12:09:37 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">i mean, microsoft, google, yahoo</pre></div>
<div class="receive"><span class="timestamp">12:09:39 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">everyone's talking to us</pre></div>
<div class="send"><span class="timestamp">12:10:05 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">hah. oh totally. but ya, since the team is getting larger and larger, you can't really
openly admit to that</pre></div>
<div class="send"><span class="timestamp">12:10:21 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">people freak out</pre></div>
<div class="receive"><span class="timestamp">12:10:24 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">if i were running the show, i'd say, we concentrate all of our efforts in building up
our numbers as aggressively as we can through whatever tactics, however evil</pre></div>
<div class="receive"><span class="timestamp">12:10:30 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">ie, scraping myspace</pre></div>
<div class="send"><span class="timestamp">12:10:33 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya</pre></div>
<div class="receive"><span class="timestamp">12:10:38 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">but just get user metrics up, views up, keep scaling out. </pre></div>
<div class="receive"><span class="timestamp">12:10:47 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">then 3 months, sell it with 20m views per day and like 2m users or
somethihng.</pre></div>
<div class="receive"><span class="timestamp">12:10:57 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">because my fear is, in 3 months.</pre></div>
<div class="receive"><span class="timestamp">12:11:02 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">to keep up with this growth.</pre></div>
<div class="receive"><span class="timestamp">12:11:05 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">things are going to get so out of control.</pre></div>
<div class="receive"><span class="timestamp">12:11:14 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">we're going to be pushing like 10% of the traffic that google pushes or
something.</pre></div>
<div class="receive"><span class="timestamp">12:11:20 AM</span> <span class="sender">tunawarrior:
</span><pre class="message">with 1/1000th the budget.</pre></div>
<div class="send"><span class="timestamp">12:11:24 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">blah</pre></div>
```

Highly Confidential

GOO001-00507526