Remaining Pages Filed Under Seal Pursuant to
Protective Order at Request of Defendants

Figueira Decl. Tab
15 (Excerpt)

12:37:26 AM maryrosedunton:
oh, so by the way, after our discussion
on friday, I did a little exercise on friday
and went through all the most viewed/most dicussed/top favorites/top
rated to try and figure out what percentage
is or has copyrighted material. it was over 70%

15-0008

12:38:55 AM maryrosedunton:
hah. shit. never mind

12:39:12 AM tunawarrior:
hahaha

12:39:21 AM tunawarrior:
maryrose, you're fired.

12:39:43 AM maryrosedunton:
oh, what I meant to say is after
I found that 70%, I went and flagged it all for
review

12:39:57 AM tunawarrior:
oh! of course.

12:40:36 AM maryrosedunton:
because we've got to work towards
having a site 100% free of copyrighted
material, ya know.

12:40:54 AM tunawarrior:
yes, error on the side of protecting
copyrights. at all costs.

12:41:12 AM maryrosedunton:
too bad micah doesn't agree with
us. we might have to fire him.

12:41:48 AM tunawarrior:
yes, sticking to our in-house 1 strike
per employee policy.

12:41:55 AM tunawarrior:
love the guy to death, but rules
are rules.

tunawarrior disconnected (1:41:46 AM)

11:51:48 PM tunawarrior:
http://www.apple.com/downloads/dashboard/