<div class="receive"><span class="timestamp">11:39:48 AM</span> <span class="sender">mattadoor:
</span><pre class="message">u want me to make a complaint for each on of these?</pre></div>
<div class="send"><span class="timestamp">11:40:53 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">each one of what?</pre></div>
<div class="receive"><span class="timestamp">11:41:13 AM</span> <span class="sender">mattadoor:
</span><pre class="message">the ones that will be in the email</pre></div>
<div class="receive"><span class="timestamp">11:42:02 AM</span> <span class="sender">mattadoor:
</span><pre class="message">or is that overkill</pre></div>
<div class="send"><span class="timestamp">11:42:16 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">sorry, what do you mean by a complaint?</pre></div>
<div class="receive"><span class="timestamp">11:42:53 AM</span> <span class="sender">mattadoor:
</span><pre class="message">when you complain about inappropriate/copyright stuff on the
website</pre></div>
<div class="receive"><span class="timestamp">11:43:02 AM</span> <span class="sender">mattadoor:
</span><pre class="message">and you see it in admin_flagged</pre></div>
<div class="receive"><span class="timestamp">11:43:06 AM</span> <span class="sender">mattadoor:
</span><pre class="message">what is that called?</pre></div>
<div class="send"><span class="timestamp">11:43:07 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">oh duh, right. so, I don't think we need that</pre></div>
<div class="send"><span class="timestamp">11:43:20 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">because heather and brent will work directly from the email</pre></div>
<div class="send"><span class="timestamp">11:43:25 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">that gets sent to them</pre></div>
<div class="receive"><span class="timestamp">11:43:29 AM</span> <span class="sender">mattadoor:
</span><pre class="message">ok</pre></div>
<div class="receive"><span class="timestamp">11:43:37 AM</span> <span class="sender">mattadoor:
</span><pre class="message">it is called a complaint?</pre></div>
<div class="send"><span class="timestamp">11:43:51 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">but, we will want to have some history of the flagging in case we ever need to go
back to it for users that abused the system</pre></div>
<div class="send"><span class="timestamp">11:44:03 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya, a complaint</pre></div>
<div class="receive"><span class="timestamp">11:44:28 AM</span> <span class="sender">mattadoor:
</span><pre class="message">yeah we will have the time they flagged it</pre></div>
<div class="receive"><span class="timestamp">11:44:31 AM</span> <span class="sender">mattadoor:
</span><pre class="message">and w/e</pre></div>
<div class="send"><span class="timestamp">11:44:38 AM</span> <span class="sender">maryrosedunton:
</span><pre class="message">cool</pre></div>
<div class="send"><span class="timestamp">12:04:05 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">hey question, so could we also do something for these guys where they can get
email alerts sent to them (either like daily or weekly) whenever a video is uploaded with their designated
keyword? </pre></div>
<div class="receive"><span class="timestamp">12:04:40 PM</span> <span class="sender">mattadoor:
</span><pre class="message">yeah, but</pre></div>
<div class="receive"><span class="timestamp">12:04:43 PM</span> <span class="sender">mattadoor:
</span><pre class="message">^^</pre></div>
<div class="receive"><span class="timestamp">12:05:07 PM</span> <span class="sender">mattadoor:
</span><pre class="message">you need to make an interface for them to choose keywords</pre></div>
<div class="send"><span class="timestamp">12:05:25 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">right, and for them to select how often they want to receive alerts</pre></div>
<div class="receive"><span class="timestamp">12:05:25 PM</span> <span class="sender">mattadoor:
</span><pre class="message">and then have some tool that runs and does that for them</pre></div>
<div class="receive"><span class="timestamp">12:05:39 PM</span> <span class="sender">mattadoor:

Remaining Pages Filed Under Seal Pursuant to
Protective Order at Request of Defendants

Highly Confidential

```
</span><pre class="message">lol u know</pre></div>
<div class="send"><span class="timestamp">12:05:46 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">hm. i hate this feature. I hate making it easier for these a-holes</pre></div>
<div class="receive"><span class="timestamp">12:06:10 PM</span> <span class="sender">mattadoor:
</span><pre class="message">this seems like an aweful lot of work for people who are following the
rules</pre></div>
<div class="receive"><span class="timestamp">12:06:14 PM</span> <span class="sender">mattadoor:
</span><pre class="message">well</pre></div>
<div class="receive"><span class="timestamp">12:06:24 PM</span> <span class="sender">mattadoor:
</span><pre class="message">I suppose they are more like "guidelines"</pre></div>
<div class="send"><span class="timestamp">12:06:50 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya. ok, forget about the email alerts stuff. I'll tell chad that's for 'phase 2' or
something</pre></div>
<div class="receive"><span class="timestamp">12:07:17 PM</span> <span class="sender">mattadoor:
</span><pre class="message">it isn't hard</pre></div>
<div class="receive"><span class="timestamp">12:07:27 PM</span> <span class="sender">mattadoor:
</span><pre class="message">but prolly take another day or w/e</pre></div>
<div class="receive"><span class="timestamp">12:07:48 PM</span> <span class="sender">mattadoor:
</span><pre class="message">but I still don't see why we have to cater to these guys</pre></div>
<div class="receive"><span class="timestamp">12:07:55 PM</span> <span class="sender">mattadoor:
</span><pre class="message">next meeting with the lawyers</pre></div>
<div class="receive"><span class="timestamp">12:07:58 PM</span> <span class="sender">mattadoor:
</span><pre class="message">I am not coming</pre></div>
<div class="send"><span class="timestamp">12:08:29 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya, we're just trying to cover our asses so we don't get sued. but I would rather
build really cool features for the premium guys to make them want to put their stuff on our site
themselves</pre></div>
<div class="receive"><span class="timestamp">12:08:59 PM</span> <span class="sender">mattadoor:
</span><pre class="message">we went through this stuff with the pal</pre></div>
<div class="receive"><span class="timestamp">12:09:07 PM</span> <span class="sender">mattadoor:
</span><pre class="message">visa sued us</pre></div>
<div class="receive"><span class="timestamp">12:09:12 PM</span> <span class="sender">mattadoor:
</span><pre class="message">mc sued us</pre></div>
<div class="receive"><span class="timestamp">12:09:17 PM</span> <span class="sender">mattadoor:
</span><pre class="message">ebay </pre></div>
<div class="receive"><span class="timestamp">12:09:26 PM</span> <span class="sender">mattadoor:
</span><pre class="message">i didn't mind those problems</pre></div>
<div class="send"><span class="timestamp">12:09:34 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">ya, we're going to get sued, it's inevitable.  </pre></div>
<div class="receive"><span class="timestamp">12:09:46 PM</span> <span class="sender">mattadoor:
</span><pre class="message">it is just can we win!</pre></div>
<div class="send"><span class="timestamp">12:09:51 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">right</pre></div>
<div class="receive"><span class="timestamp">12:10:00 PM</span> <span class="sender">mattadoor:
</span><pre class="message">or right-o as you would say</pre></div>
<div class="send"><span class="timestamp">12:10:05 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">haha</pre></div>
<div class="send"><span class="timestamp">12:10:11 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">right-o</pre></div>
<div class="send"><span class="timestamp">12:10:27 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">I've been spending to much time sitting by pan</pre></div>
<div class="send"><span class="timestamp">12:10:36 PM</span> <span class="sender">maryrosedunton:
</span><pre class="message">I caught myself saying 'oh jeeze'</pre></div>
```

Highly Confidential