UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
                                                )
       Plaintiffs, )
                                                )
vs. ) NO. 07-CV-2203
                                                )
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
                                                )
       Defendants. )
_____)
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
                                                )
       Plaintiffs, )
vs. ) NO. 07-CV-3582
                                                )
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
                                                )
       Defendants. )
_____)

VIDEOTAPED DEPOSITION OF MARYROSE DUNTON
SAN FRANCISCO, CALIFORNIA
FRIDAY, AUGUST 22, 2008


BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15500

Figueira Decl. Tab 17

```
                                                                    29
 1                          DUNTON
                                           17-0002
 2   10:37:27     Q   Okay.  The third line reads "Accomplishments:
 3   10:37:42   Please summarize your overall performance and most
 4   10:37:46   significant accomplishments this year."
 5   10:37:50         Then you responded "From 2006 through first
 6   10:37:53   quarter of 2007 I managed the entire core product
 7   10:37:57   development organization which consisted of roughly 35
 8   10:38:00   product managers, engineers, user experienced
 9   10:38:04   designers and content editors."
10   10:38:08         Is that a correct statement of your duties
11   10:38:12   from 2006 through the first quarter of 2007?
12   10:38:23     A   From 2006 to 2007, I did manage a product
13   10:38:30   development organization which consisted of product
14   10:38:33   managers, engineers, designers, and content editors.
15   10:38:39     Q   Okay.  What do the content editors do?
16   10:38:45         MR. KRAMER:  The question is vague.
17   10:38:47         THE WITNESS:  Can you be more specific,
18   10:38:48   please?
19   10:38:48         MR. DESANCTIS:  Q.  Well, you managed content
20   10:38:51   editors; correct?
21   10:38:55     A   At a certain point in time, I managed people
22   10:38:59   we referred to as content editors.
23   10:39:02     Q   Okay.  And I'm asking what the people -- what
24   10:39:04   were the duties of the people who you referred to as
25   10:39:07   "content editors"?
```
DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

| | | |
|---|---|---|
| 1 | | |
| 2 | 10:39:10 | A   They were responsible for interacting with |
| 3 | 10:39:15 | the community.  They were generally the voice to the |
| 4 | 10:39:21 | community.  They were also responsible for choosing |
| 5 | 10:39:28 | videos that would be featured on the YouTube.com |
| 6 | 10:39:33 | Homepage. |
| 7 | 10:39:33 | Q   Okay.  It also says -- it also includes |
| 8 | 10:39:50 | engineers in the list of employees that you managed. |
| 9 | 10:39:59 | Did you manage all engineers at YouTube |
| 10 | 10:40:03 | between 2006 and the first quarter of 2007? |
| 11 | 10:40:07 | A   I did not. |
| 12 | 10:40:08 | Q   Okay.  Which engineers did you manage? |
| 13 | 10:40:12 | A   I managed the engineers who were on the core |
| 14 | 10:40:17 | product team. |
| 15 | 10:40:19 | Q   And how many were there? |
| 16 | 10:40:22 | A   I cannot tell you. |
| 17 | 10:40:24 | Q   Did it change over time? |
| 18 | 10:40:28 | A   It -- yes, it changed over time. |
| 19 | 10:40:32 | Q   Was Brad Heilbrun one of them? |
| 20 | 10:40:35 | A   No. |
| 21 | 10:40:35 | Q   Was Matt Rizzo one of them? |
| 22 | 10:40:37 | A   Yes. |
| 23 | 10:40:40 | Q   Brad Heilbrun was an engineer at YouTube; |
| 24 | 10:40:43 | correct? |
| 25 | 10:40:44 | A   Brad Heilbrun is a system administrator at |