UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
                                     )
             Plaintiffs, )
                                     )
vs. ) NO. 07-CV-2203
                                     )
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
                                     )
             Defendants. )
_____)
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
                                     )
             Plaintiffs, )
vs. ) NO. 07-CV-3582
                                     )
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
                                     )
             Defendants. )
_____)

Figueira Decl. Tab 18

VIDEOTAPED DEPOSITION OF MARYROSE DUNTON
SAN FRANCISCO, CALIFORNIA
FRIDAY, AUGUST 22, 2008


BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15500

```
                                                                    84
 1                              DUNTON

 2   12:16:14   content," what do you mean?

 3   12:16:15      A   I mean content that looks to be

 4   12:16:18   professionally produced.  It's glossy.  It's not what

 5   12:16:22   we would define at the time as user-generated content.

 6   12:16:26      Q   Okay.  Steve then says "maryrose, you're

 7   12:16:35   fired."  But that was in gest; correct?

 8   12:16:46      A   I imagine it -- I imagine it was in gest,

 9   12:16:48   correct.

10   12:16:49      Q   He didn't fire you; did he?

11   12:16:50      A   Steve Chen did not fire me.

12   12:16:52      Q   Okay.  Then you respond "oh, what I meant to

13   12:16:55   say after I found that 70%, I went and flagged it all

14   12:16:58   for review."

15   12:16:59          What does it mean to flag it for review?

16   12:17:03      A   At the time, it meant it goes into a queue

17   12:17:07   that somebody at YouTube reviews.

18   12:17:13      Q   Reviews for what purpose?

19   12:17:15      A   They can review it for many different

20   12:17:17   purposes.  Things are flagged because users find them

21   12:17:21   inappropriate.  Anything that users feel break our

22   12:17:24   Terms of Use.

23   12:17:25      Q   Okay.  But you did not flag it all for

24   12:17:31   review; did you?

25   12:17:33      A   I don't know.  I don't believe I flagged the
```

1         DUNTON
2   12:17:39   videos I saw on the most viewed for review.
3   12:17:43        Q   Okay.  This is a joke; right?  You're being
4   12:17:50   sarcastic --
5   12:17:51        A   Which part?
6   12:17:53        Q   -- in the IM?
7   12:17:54        A   Which part?
8   12:17:55        Q   That you went and flagged it all for review?
9   12:17:58        A   I'm probably being sarcastic, yes.
10  12:18:00        Q   And Steve writes back "Oh!  Of course."
11  12:18:05            He's being sarcastic back; correct?
12  12:18:10            MR. KRAMER:  Calls for speculation.
13  12:18:12            THE WITNESS:  I don't know if Steve is being
14  12:18:14   sarcastic or not.
15  12:18:15            MR. DESANCTIS:  Q.  Do you think he actually
16  12:18:17   thought that you flagged all 70 percent for review?
17  12:18:24        A   I don't know what he thought.
18  12:18:25        Q   Okay.  Was there a flag for copyright
19  12:18:38   infringement in 2006, in February of 2006?
20  12:18:42        A   On the YouTube.com website?
21  12:18:45        Q   On the YouTube -- yes.
22  12:18:48        A   On the user facing --
23  12:18:52        Q   As an admin tool.
24  12:19:00        A   I don't recall.
25  12:19:01        Q   Okay.  Was it the practice of employees at

```
 1
 2  12:22:41   her testimony.
 3  12:22:41        MR. DESANCTIS:  It doesn't mischaracterize
 4  12:22:43   the testimony at all.
 5  12:22:44        Q   You then say "because we've got to work
 6  12:22:48   towards having a site 100% free of copyrighted
 7  12:22:51   material, ya know."
 8  12:22:54        You were being sarcastic there again; weren't
 9  12:22:58   you?
10  12:23:02        A   I don't know if I was being sarcastic.  As I
11  12:23:06   said, we used the terms "copyrighted" and "premium --"
12  12:23:11   we exchanged those two terms quite a bit.
13  12:23:14        I thought it was -- yes, this is true.  I
14  12:23:17   didn't think it was possible to have a site
15  12:23:22   100 percent free, nor why would we want to, of
16  12:23:26   premium, of professionally produced content.  We had
17  12:23:29   premium professional produced content since the
18  12:23:32   beginning of YouTube.
19  12:23:39        Q   So then -- so then when you said, "We've got
20  12:23:44   to work towards having a site 100 percent free of
21  12:23:47   copyrighted material," are you telling us now that you
22  12:23:55   meant that or that you were being sarcastic?
23  12:24:00        MR. KRAMER:  Objection; the question is
24  12:24:01   compound.
25  12:24:02        THE WITNESS:  I don't remember this chat
```