UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
                                  )
        Plaintiffs, )
                                  )
vs. ) NO. 07-CV-2203
                                  )
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
                                  )
        Defendants. )
_____)
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
                                  )
        Plaintiffs, )
vs. ) NO. 07-CV-3582
                                  )
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
                                  )
        Defendants. )
_____)

Figueira Decl. Tab 19

VIDEOTAPED DEPOSITION OF MARYROSE DUNTON
SAN FRANCISCO, CALIFORNIA
FRIDAY, AUGUST 22, 2008


BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15500

```
                                                                    94
1                           DUNTON
                                        19-0002
2                    A F T E R N O O N   S E S S S I O N

3

4    13:15:52           THE VIDEOGRAPHER:  The time is 1:15 p.m.

5    13:15:56           We are back on the record.

6    13:15:57           MR. DESANCTIS:  Q.  Ms. Dunton, you mentioned

7    13:16:08   something earlier today called featured videos.  Can

8    13:16:13   you please explain what featured videos are?

9    13:16:17       A   Featured videos are videos on the YouTube.com

10   13:16:22   Homepage that are selected from our -- from our base

11   13:16:34   of videos.

12   13:16:35       Q   Selected for what purpose?

13   13:16:39       A   To highlight, to show entertaining,

14   13:16:47   relevance, content for our community.

15   13:16:51       Q   Okay.  When did the featured videos feature

16   13:16:54   first appear on the site?

17   13:16:57       A   I don't know when it first appeared.  It --

18   13:16:59   it was already there when I started at YouTube.

19   13:17:01       Q   Okay.  Were you involved at any time in

20   13:17:10   deciding which particular videos would be used as

21   13:17:13   featured videos?

22   13:17:15       A   Yes.

23   13:17:15       Q   How?  What -- can you -- sorry.  Let me

24   13:17:21   withdraw that.

25   13:17:21           Can you describe your involvement with that?
```