Redacted Pursuant to Protective Order
at Request of Defendants



Figueira Decl. Tab

20

| | |
|---|---|
| To: | "Philip Inghelbrecht" <inghelbrecht@google.com> |
| From: | "Alex Ellerson" <ellerson@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-05-31 15:49:25 GMT |
| Subject: | Re: [Youtube-fulltime] Weekly Product Update - Week Ending 5/23/2007 |

I did. I understand the logic, but appreciate the issues. What's your
take?

On 5/30/07, Philip Inghelbrecht <inghelbrecht@google.com> wrote:
>
> Did you see this?
>
> inalized spec for V.1 rollout of video fingerprinting (see
https://docs.g=ogle.com/a/google.com/Doc?docid=cd5qwbn4_10fhq3rc&hl=en_US
> ).
> We will *not* generate ref fingerprint upon claiming by partner of UGC
> video thru desc search. The reason we will no longer allow this feature i=
> because we are going to open up CYC to non-partners who we do not think w=
> can trust to review the content carefully enough. CYC should have the sa=e
> level of functionality for partners and non-partners.
>
> [p]
>
> ---------- Forwarded message ----------
> From: HeeJung Lee < heejunglee@youtube.com>
> Date: May 30, 2007 10:47 AM
> Subject: [Youtube-fulltime] Weekly Product Update - Week Ending 5/23/2007
> To: ███████████████████
>
> [bcc: ███████████████
>
> Hi Eveyrone,
>
> Below is this week's "uber" product overview, sent today instead of
> Tuesday since this Monday was a holiday. Going forward this overview wil=
> be sent on the 2nd day of the working week (generally Tuesdays but someti=es
> Wednesdays in a week like this week).
>
> As always, feel free to contact me or the product managers w/ any
> questions or feedback.
>
> Thanks!
> heejung
>
> ===========================3D=======
>
> *YouTube Weekly Product Updates*
>
> *Week Ending May 25 2007*
>
>
> *CYC & Copyright*
>
> *David King - dgking@youtube.com *
>



EXHIBIT

7

5/21/09

Highly Confidential

G00001-02875707

> 
> *Items for Escalation*
>
> -
>
> Need to agree on international requirements for CYC. Do we need to
> associate territory with all rights, or can we operate with existing
> geo-blocking? Do we run geo-filtering based on IP address of user, or
> domain? Do we require a deal with a music collection society before we=music
> content in that country? etc...
>
> *Notable Accomplishments/Decisions Made*
>
> -
>
> Finalized spec for V.1 rollout of video fingerprinting (see
https://do=s.google.com/a/google.com/Doc?docid=cd5qwbn4_10fhq3rc&hl=en_US
> ). Earlier developments of the platform had their own specs, with
> this version focused on the business logic behind creating claims base= on a
> fingerprint match, the "sandbox" test environment, user flows, handlin= of
> partner provided reference material, etc. This was a full team effort.
>
> -
>
> First iteration of spec for managing multiple claims against a
> single video (Yi-Ling). As we add video fingerprinting on top of our
> existing audio fingerprinting platform, we have an immediate need to m=nage
> audio and video claims independently. Going forward, we will further e=tend
> this capability to handle any number of claims, allowing us to clear c=mplex
> videos with copyrighted content from many sources.
>
> -
>
> Worked with finance (Tracy Chan) and legal (Conway Chen) to develop
> content partnership financial model. The model will translate our many
> contracts into math that can then be implemented in our royalty system=.
>
> -
>
> Continued reach out to Fingerprint trial partners such as CBS and
> Time Warner. Reception to the trial has been excellent, with partners
> generally supportive of how we have designed the trial to demonstrate =he
> user experience rather than simply focusing on the backend process. Pa=tners
> will be free to test as much, or as little, as they like.
>
>
> For more information - *https://writely.corp.google.com/View?docid=cdk=rwrd_44gbsw4x
> *
>
>
> *Core Product*
>
> *Maryrose Dunton - maryrose@youtube.com *
>
>
> *Items for Escalation:*
>
> -
>
> Need high-level direction for role of editorial @ YouTube - open
> legal and strategy questions [owner: Maryrose/Mia]

Highly Confidential

> 
> *Notable Accomplishments/Decisions Made:*
>
> -
>
> Launch of Adobe Remixer was postponed while we evaluated EyeSpot.
> Decision made to move forward with Remixer. Launch scheduled for Wed 5=30.
> -
>
> Changes to Release Process:
> -
>
> Rolled out new release lifecycle & minimilestones. Effective for V20
> cycle: http://wiki.corp.google.com/twiki/bin/view/Main/YT_LifeCycle
> -
>
> V21 will be eng fix-it for core product
> -
>
> Offer out to Sports Editor (Andrew Bangs)
> -
>
> Chris Zacharias (Web Developer) has accepted offer. Start date 6/25.
>
> For more information - *https://writely.corp.google.com/View?docid=cc2=w89p_2d574z3
> *
>
>
> *International*
>
> *Sakina Arsiwala – sakina@google.com *
>
>
> *[Count Down to Launch: 25 days]*
>
>
> *Items for Escalation (None)*
>
>
> *Last Week's Escalation Resolutions:*
>
> -
>
> Dedicated YouTube PM for Brazil : Luis!
> -
>
> Brazil launch scoped out, interactions with PR, Legal and in-country
> marketing teams.
>
>
> *In Discussion this week:*
>
> -
>
> Legal and PR: Feedback from Kent Walker around legal and content
> owner temperature checking for launch. Discussions around scaling corp=comm
> and GR support with Brian and corp-comm teams

Highly Confidential

> -
>
> Product: IP based targeting for sales and rights collecting agencies
> -
>
> Partner and Sales support post-launch, co-marketing and adv support
> and training.
>
> *Open Questions:*
>
>
>
> -
>
> Should we label launch as Beta? Needs to be finalized by June 1st,
> 2007
> -
>
> Revist:
> -
>
> Auto redirection of user from in-country to ".com" or "xx.com"
> -
>
> Multiple urls per video
>
>
> For more information - *https://writely.corp.google.com/View?docid=chk=dhrf_13frmp77
> *
>
>
>
> *Mobile, Syndication, Distribution*
>
> *Hunter Walk -- hunter@google.com *
>
>
> *Items for Escalation*
>
> -
>
> [none]
>
>
> *Notable Accomplishments/Decisions Made*
>
> -
>
> New YouTube embedable player in testing. Traffic up close to 50% in
> test sites. Here is a sample -
> http://www.musica.com/video.asp?video=1422 .
> -
>
> High level agreement on first implementation of YT for E*.
> -
>
> YouTube iGoogle gadget pushing this week (finally - we're likely to
> be made a default gadget in two weeks)

Highly Confidential

> -
>
> Nikhil to file incremental machine request in order to deliver
> reliable QoS for off-web formats
>
>
> *Top Prospects Update (items that are new or have changed since last
> week)*
>
> Mobile:
>
> -
>
> Bell Mobility: contract under YouTube review
> -
>
> Sprint: latest draft of contract with Sprint, expect to have call
> this week to discuss
> -
>
> Alltel: offering to make available resources to develop a YT
> application but want to charge $2.99/month for each user that download= YT
> application; YT expressed concern, probably not interested
> -
>
> Motorola: Contract finalized and approved in deal folder, awaiting
> final signatures.
> -
>
> Helio: Contract finalized - awaiting final approvals in deal folder.
> -
>
> LG: Received redline from partner - contract amendment finalized,
> working with Doug Yeum (Korea SPD) to create executive summary.
>
> Web:
>
> -
>
> Brightcove: Prelim discussion about integrating content API into
> their editing application and Upload to YT into their publishing flow
>
> TV/Living Room:
>
> -
>
> EA - Spore delayed to Feb 08. Creating marketing package for EA.
> Kenji on point to deliver
> -
>
> EchoStar - Agreed to do a Push VOD and IPTV implementation. Contract
> negotiation to start.
> -
>
> Open TV: Helping us develop E* UI. First meeting on Thu May 31st
> -
>
> Panasonic: Potential CES announcement

>
> For more information - *https://writely.corp.google.com/View?docid=agj3=zmt4m_83gbv678
> *
>
>
>
> *Monetization*
>
> *Shashi Seth – shashis@youtube.com *
>
>
> *Items for Escalation*
>
> -
>
> GAM needs to offer more reliability and additional features before
> we can go live with Search PVA on July 1st. These issues have been bro=ght
> up with the GAM team and a priortized list of requests have been given=tot
> hem and discussed in person.
> -
>
> DoubleClick contract negotiations still underway. If contract is not
> negotiated by July 1st, we will not be able to launch Search PVA.
>
>
> *Notable Accomplishments/Decisions Made*
>
> Shashi Seth
>
> User Partner Program
>
> 1.
>
> Added 5 more users to program last week
> 2.
>
> Continued success with little need to double check on content
> 3.
>
> No complaints from users in the program
> 4.
>
> Obtained legal approval to build an OSO/SQUAD team to manually
> review content for partner programs (these individuals cannot review D=CA
> takedowns) - team will be built out in 1-2 weeks and have representati=es
> from San Bruno and Hyderabad
>
>
> Reporting
>
> 1.
>
> Started process to build out Eng and PM team, and infrastructure to
> support reporting
> 2.
>
> Partner reporting still on target for V20
> 3.

> Crunching numbers for various analysis for internal use
>
>
> Shiva Rajaraman
>
> In-Stream Advertising
>
> 1.
>
> Findings and direction presented at Sales Conference
> -
>
> Customized advertisements for YT performed much better than
> re-purposed tv ads
> -
>
> Graphical title card dramatically affects CTP rates
> -
>
> Not surprisingly, targeting across relevant content shows much
> higher CTP rates (as high as 10% for Kidrobot against animation)
> -
>
> UGC-style ads performed well
> -
>
> Need to explore text ads some more (0.7% is avg. YT trial text
> ads are hitting 0.3-0.5% CT)
> -
>
> Overlay ads did not significantly increase abandonment rate
> before 30 seconds
> -
>
> Abandonment rates for 3 and 6 second pre-rolls is "tolerable"
> but abandonment for 15 second postrolls is very high
> -
>
> Post rolls continue to be a controversial ad unit - only 21%
> of watchers get to the ends of videos in trial
> 2.
>
> Development started on animated overlay units
> -
>
> GAM template completed by Chao
> -
>
> Yu Pan to begin YT development work
> 3.
>
> NBA, Warner interested in participating in initial tests
> 4.
>
> OKRs and launch goals coming soon
>
>

Highly Confidential

> Matthew Liu
>
> Promote Your Video
>
> Search PVA
>
> 1.
>
> Final engineering tweaks scheduled for push on 5/30
> -
>
> UI changes on YT side (re-sizing)
> -
>
> GAM front end
> -
>
> End goal is to have PVA serving off of GAM tag on /test_ad by
> EOD Wednesday and 'Travel & Places' template updated by Friday
> 2.
>
> Technical test - tentatively scheduled for 6/1
> -
>
> Travelzoo PVA to appear in 'Travel & Places'
> 3.
>
> Business test - tentatively scheduled for 6/18
> -
>
> Saab, Paramount, Sony Pictures, Universal interested
> -
>
> Also talking to Panasonic
> -
>
> Will reach out to content partners this week
> 4.
>
> GAM team has YT's feature requests and is prioritizing to meet 7/1
> must haves
>
>
> PYV Reservation
>
> 1.
>
> Tabled until auction work progresses
>
>
> PYV Auction
>
> 1.
>
> Will test 2-3 models
> -
>
> Presentation through enhanced UI (eBay style highlights,

Highly Confidential

> coloring)
> -
>
> Previously discussed auction trial for search (will need to
> resolve manual support issues) but will move to CPC model
> -
>
> User reservations for dedicated placements ("I want to see my
> video at X at Y time for $Z")
>
>
> For more information - *
> https://writely.corp.google.com/Doc?id=chkdw2tv_1c68tzx *
>
>
>
> *Product Marketing (Ad Strategy)*
>
> *Jamie Byrne – jbyrne@youtube.com *
>
>
> *Items for Escalation*
>
> -
>
> Ad Strategy team reqs need to be approved by HR so we can begin
> official recruiting
>
> *Key Projects This Week*
>
> -
>
> MyVideoBattles.com starts June 1, this is $2.5MM ad supported
> lip-sync program developed by Cingular/AT&T.
> -
>
> Preparing Sketchies shift from submission to voting phase; creating
> mechanisms to communicate expert panel judging and identification of 2=
> finalists
> -
>
> Preparing sales materials for Search PVA roll-out; vertical team
> training to occur mid-June after NASO sales conference
> -
>
> Identifying a means to monetize the YouTube Debate on CNN to cover
> production costs
>
>
> *International Ad Sales*
>
> -
>
> Coordination meetings set with APLA and EMEA special projects and
> marketing leads
>
> *Notable Accomplishments/Decisions Made*
>

G00001-02875715

> -
>
> Released new Ranking List Contest platform to enable scalable
> turn-key contest management
> -
>
> Completed user messaging for refunds/credits on DTO for Google Video
> -
>
> Sketchies launched - YouTubes Comedy Sketch program sponsored by
> Sierra Mist - over 2000 video submissions thus far, and 980K views of =he
> launch video
> -
>
> Coordination meeting with Google Entertainment vertical to begin
> preparing ad products roll-out to Entertainment pods
>
>
> For more information - *
> https://writely.corp.google.com/Doc?id=chkdw2tv_257pcrw *
>
>
> *Partners*
>
> *Richard Kuo – rkuo@google.com *
>
>
> *Items for Escalation*
>
> -
>
> None
>
> *Notable Accomplishments/Decisions Made*
>
> -
>
> Additional GV DTO termination letters sent out.
> -
>
> Specifications for distribution flags out for review.
> -
>
> Improvements to partner web reporting are being reconciled with
> existing sales reports.
> -
>
> Knowledge transfer from dparker continues to existing engineers.
>
>
> For more information - *http://wiki.corp.google.com/twiki/bin/view/Main/=T_Partners
> *
>
>
> *Editorial Community*
>
> *Mia Quagliarello – mquagliarello@youtube.com *
>

GOO001-02875716

```
>
> *Items for Escalation:*
>
>  -
>
> Slow hiring for international - quality of 'off the street'
> candidates for EMEA (need more internal referrals), Brazil: legal
> complications now cleared but need Google temp recruiter in NY to coor=inate
> with Sao Paulo; Japan: process now settled but needs to begin
>  -
>
> We need a brand manager, but in the interim we need some kind of
> 'brand guidelines' so that we are on the same page internally and can =hare
> with our overseas colleagues who are now getting their hands wet with =T.
> Ches and I will jot down our thoughts and then to set up a meeting to =et
> feedback from others
>
>
> *Decisions Made/Progress on Projects:*
>
>  -
>
> Film & Animation (Sara Pollack)
>  -
>
>    Confirmed producer Ted Hope for 24-hour Guest Editor on HP
>    -
>
>    Working on Four Eyed Monsters full-length feature for 6/8
>    (planning accompanying interview of YouTubers who helped get the fi=m into
>    theaters)
>     -
>
> Music (Michele Flannery)
>  -
>
>    working on user-question interview of Smashing Pumpkins during
>    visit to Fillmore
>    -
>
>    introduced to community in YT blog
>     -
>
> News & Politics (Steve Grove)
>  -
>
>    timeline and framework for CNN/YT debates: details of the
>    debate announced publicly on June 6, at which point the question su=mission
>    will begin, running through July 4th
>     -
>
>    launched Huckabee spotlight: 61k views, 13 video responses
>     -
>
>    Hillary Clinton's week in the Spotlight broke Mitt Romney's
>    record for number of views
>     -
>
```

> met with journalism professors and experts from USC and NYU to
> discuss outreach efforts for citizen journalism on YouTube
> -
>
> People & Blogs (Joe Smith)
> -
>
> vloggers on the rise: bizzyberne - "girl next door" ,
> AngelaSWilliams - another greenteagirlie? joined a few days ago, se= to hit
> 1k subscriber
> -
>
> launching channel devoted to the good that people are doing on
> YT - tentatively titled PosiTUBEity
> -
>
> Community (Michelle Schlachta, Damien Estreich)
> -
>
> Community Manager - first week on the job, getting settled and
> training
> -
>
> Community Advocate title changed to Community Specialist in a
> subtle attempt to let community know that Damien can't do everythin= for
> everyone
> -
>
> NY user gathering back on: "Washington Square Park" on 7.7.07.
> We should support by sending some swag.
> -
>
> Synched up on messaging re: partner program and managing
> expectations for the many who want to join (reinforcing that it's i= the
> pilot phase now)
> -
>
> International
> -
>
> started on interviews for EMEA Managing Ed. + Country Eds. Two
> good candidates for ME. Concerned about Country Ed.
> -
>
> set up training for interim editors for Dublin (6/6) and
> London (6/7); Japan & Brazil interim editor training in MTV 6/11 an=/or
> 6/12.
> -
>
> set up mailing lists (youtubevideos_jp, _fr, etc) of volunteer
> groups of Googlers with language skills to serve as advisors and vi=eo
> sourcers/sharers for each mkt
> -
>
> asking at least 1 user per launch market to create 'welcome'
> video for local PVA slot for launch date; shortlist of people to co=tact
> includes geriatric1927 for UK
> -

Highly Confidential

> 
>    will set up small-scale internal London user panel if there's
>    time for 6/8
>      ·
> 
> Other
>   ·
> 
>    Team outreach to more users for Guest Editor program (users we
>    are working with include lorcanfinnegan, montagraph, ravenlaughs)
>     ·
> 
>    Team dinner 5/24 - good bonding, many laughs
> 
> 
> For more information - *https://writely.corp.google.com/View?docId=cct=9kdz_1gp7w8q
> *
> 
> 
> 
> _____
> Youtube-fulltime mailing list
> ▮▮▮▮▮▮▮▮▮▮▮▮
> https://mailman.corp.google.com/mailman/listinfo/youtube-fulltime
> 
> 
> 
> --
> Philip Inghelbrecht
> Strategic Partner Development
> Google Inc
> ▮▮▮▮▮▮▮▮▮▮
> ▮▮▮▮▮▮▮▮▮▮
> ▮▮▮▮▮▮▮▮▮▮

Highly Confidential