Figueira Declaration Tab 21

Filed Under Seal Pursuant to Protective Order at Request of Defendants