Figueira Declaration Tab 22

Filed Under Seal Pursuant to Protective Order at Request of Defendants