Figueira Declaration Tab 24

Filed Under Seal Pursuant to Protective Order at Request of Defendants