To:     "shashis@google.com" &lt;shashis@google.com&gt;
From:   "David Eun" &lt;deun@google.com&gt;
Cc:     "Hunter Walk" &lt;hunter@google.com&gt;, "Sakina Arsiwala" &lt;sakina@google.com&gt;, "Chad Hurley" &lt;hurley@google.com&gt;, "Steve Chen" &lt;steve@youtube.com&gt;, "Karen Seto" &lt;kseto@youtube.com&gt;, "Maryrose Dunton" &lt;maryrose@youtube.com&gt;
Bcc:
Received Date:   2007-06-27 00:08:14 GMT
Subject:   Re: Deck to be reviewed at todays product review

Hi, All,

Sorry I missed this. The meeting was removed from my calendar.

Just a few off the cuff comments:

> 1) Our preliminary analysis indicates that anywhere from ~40% to as high as ~70% of search queries may involve premium terms. While the playbacks evidence a far smaller percentage of premium clips (as far as we can tell without digging too much under the hood), it seems that premium content/brands are an important element to bringing people into the YT house. My guess is that once they're in, they decide to stay a while. I've asked to see if there's a difference in total views for people who come in through search vs. browsing vs. links in email; and whether there's a difference for those who've searched for premium terms.

2) If you believe that premium content is one of many different types of content that provide optimal potential user experiences, but one nonetheless, then insuring that we keep premium content owners happy is essential. It's not just about money for these folks but supporting other business objectives like increasing awareness of their content and supporting businesses they already have. We can improve content monetization indirectly by improving Discovery of their content on YT.

3) With respect to direct monetization, I like the idea of trialing with some music partners and creating a few test cases. We've done a lot of great work on gathering data on different monetization products and approaches, but we really need to put them to work. We can set expectations beforehand so they know we'll likely iterate and evolve our approaches, but we really need to get moving to produce some substantive results to back up the hope/promise of monetization that we've been selling.

Thanks,
Dave


On 6/26/07, Shashi Seth &lt;shashis@google.com&gt; wrote:
&gt;
&gt; Hi:
&gt;
&gt; We will be reviewing this deck at the product review. I thought you might
&gt; like it in advance of the meeting.
&gt;
&gt; --
&gt; Shashi Seth
&gt;



Highly Confidential

G00001-00238624

> What Primetime? There is no more Primetime! YouTube users decide when it
> is primetime - and that will change the dynamics of TV and Video
> advertising.
>

--
David Eun
NY: 212-565-8070
CA: 650-253-1993

===============================
"CONFIDENTIALITY. This communication is intended only for the use of
the intended recipient(s) and may contain information that is
privileged and confidential. If you are not the intended recipient,
please note that any dissemination of this communication is
prohibited. If you have received this communication in error, please
erase all copies of the message, including all attachments, and please
also notify the sender immediately. Thank you for your cooperation."

Highly Confidential

G00001-00238625