```
1          UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
2
  VIACOM INTERNATIONAL INC., COMEDY    )
3 PARTNERS, COUNTRY MUSIC              )
  TELEVISION, INC., PARAMOUNT          )
4 PICTURES CORPORATION, and BLACK      )
  ENTERTAINMENT TELEVISION LLC,        )
5                                      )
                 Plaintiffs,           ) Case No. 1
6                                      )
           vs.                         ) 07CV02103
7                                      )
  YOUTUBE, INC., YOUTUBE, LLC,         )
8 and GOOGLE, INC.,                    )
                                       )
9                Defendants.           )
  _____)
10 THE FOOTBALL ASSOCIATION PREMIER    )
   LEAGUE LIMITED, BOURNE CO., et al.,)
11 on behalf of themselves and all     )
   others similarly situated,          )
12                                     )
                  Plaintiffs,          ) Case No. 2
13                                     )
            vs.                        ) 07CV3582
14                                     )
   YOUTUBE, INC., YOUTUBE, LLC, and    )
15 GOOGLE, INC.,                       )
                  Defendants.          )
16 _____)
17
             DEPOSITION OF DAVID EUN
18              NEW YORK, NEW YORK
             THURSDAY, AUGUST 7, 2008
19
20 REPORTED BY:
   ERICA RUGGIERI, CSR, RPR
21 JOB NO. 15377
22
23
24
25
```

Figueira Decl. Tab 26

1      D. EUN                                   26-0002

2      A.    Yes.

3            So to be clear, we did do
4      proactive screening of copyright, from
5      what it says here.  So -- you had asked me
6      about that earlier, but.  I mean I wasn't
7      involved with this, but we obviously did.
8      Q.    Okay.  So the existing policy at
9      the time of this draft document was a zero
10     tolerance on copyright as well as porn,
11     violence and hate.  And that was enforced
12     with proactive screening before the video
13     went live, correct?
14     A.    Yeah.  I have no reason to
15     dispute that what this is is the current
16     policy was not, you know, was not anything
17     but the current policy back then.
18     Q.    Okay.  And the proposal is to
19     keep rejecting full works -- to keep
20     rejecting all porn, violence and hate, but
21     to accept partial works up to ten minutes
22     long and respond to take-down requests,
23     correct?
24     A.    That's what it says, yes.
25     Q.    And was that proposal ever

130