
Figueira Decl. Tab
27

To: Chad Hurley <chad@youtube.com>; Brent Hurley <brent@youtube.com>
From: Heather Gillette <heather@youtube.com>
Cc:
Bcc:
Received Date: 2005-12-19 20:16:20 CST
Subject: Remove the FAQ that describes how we monitor all videos for copyright violations...

Chad and Brent,

> This content should be removed from the FAQ immediately. It in itself makes it so we are not protected by the DMCA:
>
> What are you doing to prevent content that violates your policies from appearing in YouTube?
>
> A: We do a preliminary review on uploaded videos through both a manual and automated process. Although we try our best to detect and remove videos that violate our policy guidelines, our review process is primarily focused on removing adult content or obvious copyright violations, and is not bulletproof. However, we encourage our viewers to notify us when they discover policy violations or copyright issues -- we have a process for reviewing reported policy violations, and respond to reported copyright violations under the Digital Millennium Copyright Act.

Heather

DATE 8-12-08  EXHIBIT 1
DEPONENT: GILLETE, HEATHER

CASE: Viacom, et al. v. YouTube, et al.; The Football Association Premier League, et al. v. YouTube, et al.
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential  G00001-00757950