

To:              "micah@youtube.com" <micah@youtube.com>
From:         "heather gillette" <heather@youtube.com>
Cc:
Bcc:
Received Date:   2006-04-13 01:48:00 CST
Subject:       Need your help with pro-active scanning...

Figueira Decl. Tab
28

Micah,

> Joe has a list of all of the earlier infringement notifications that we have
> received, and I would like you to cycle through this once a day and search
> for their content on our site. If you see a lot for any of the content
> owners, you could also ask whoever is working that day in support to help
> you to ferret more out.

Joe is going to show you the database of contacts in salesforce tomorrow
when he gets in, and thanks!

Heather

DATE: 8-12-08       EXHIBIT# 4
DEPONENT: GILLETTE, HEATHER
CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential                             G00001-00839851