Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab 29

| | |
|---|---|
| To: | "Tom Pickett" <tpickett@google.com> |
| From: | "Heather Gillette" <hgillette@google.com> |
| Cc: | "Micah Schaffer" <micahs@google.com>, ▮▮▮▮ |
| Bcc: | |
| Received Date: | 2007-08-01 22:39:14 CST |
| Subject: | Re: [Youtube-all] YouTube Gathering - NYC 777: User Feedback |

Yes thanks Tom, I saw these. We are actually in and have been in the process of working on many of these. The parental control thing has been a topic for a while. Sort of an olive branch rather than really being an effective tool though. We can definitely increase transparency with most o= the admin funtions that we perform (when we reject a vide, when we suspend an account, etc. - I completely agree. And, I think we can better educate on our content rulings without completely disclosing our policies but we have to be careful how much we communicate because it can make it really hard to make any changes.

Also, this request for clarification on our TOU might be because we are inconsistent and make mistakes on our video rulings. This is probably the reason for the confusion rather than really needing a TOU translation - because for the most part the content we allow is common sense when you think of the audience. Our actions might not make it so that is evident. = do think there is improvement to be made here in many areas in other words.

Thanks,

Heather


On 8/1/07, Tom Pickett <tpickett@google.com> wrote:
>
> A few suggestions thrown our way -
>
> -add parental controls to the site.
> -increase transparency behind administrative actions on the site.
> -offer more education for users on copyright issues, child safety and
> general internet behavior tips.
> -clarify more of the Terms of Use.
> -notify all users when (and why) they are suspended.
>
>
>
> ---------- Forwarded message ----------
> From: Michelle Schlachta <schlachta@google.com>
> Date: Aug 1, 2007 12:33 PM
> Subject: [Youtube-all] YouTube Gathering - NYC 777: User Feedback
> To: ▮▮▮▮
>
>
> "AsOne" YouTube gatherings are the meeting ground where users from around
> the globe, who are so closely connected through video, can converge and g=t
> to know each other in "real life". Roughly 1,000 - 1,200 'Tubers showed u=
> to the event and we had the opportunity to speak with approximately 200 o=
> them. The experience in New York during 7.7.7. was nothing less than
> inspiring for everyone we came across. In exchange for YouTube t-shirts, =e
> asked our fellow users to tell us their "YouTube story" and give us a lit=le

DATE: 8-12-08  EXHIBIT# 9
DEPONENT: GILLETTE, HEATHER
CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

G00001-00951481

> feedback. We also had the opportunity to sit down in a more intimate sett=ng
> and pick the brains of some of our more active users who attended. We
> received a very warm welcome and brought back some great
> footage<http://y=utube.com/watch?v=LupoVpUvr3M>to share with you all (edited by BigJoeSmi=h). The following is a synopsis
> of our feedback (the full report can be found
> here<https://docs.google.co=/a/google.com/Doc?id=dgkf566j_13hg7bq3>
> ).
>
> In many cases, the very existence of YouTube is the reason why users are
> creating their content in the first place. Many people admittedly started
> using YouTube just to watch some of the copyrighted stuff, but were very
> drawn into the community aspect - and that's what makes them want to stic=
> around as dedicated 'Tubers today. When asked what keeps them here, this =s
> what some users told us.
>
> -the feeling of being a part of something special and much larger than
> your own self.
> -making your voice heard and also gaining new perspectives from your
> peers.
> -showcasing your talent and creativity in the content you upload.
> -finding like-minded souls who may not be accessible otherwise.
> -escaping the stresses and negative realities of daily life.
> -finding the most original and entertaining content that's out there.
> -the feeling of being noticed, knowing so many people out there are
> watching your videos (most viewed, most subscribed, etc.)
> -offering and receiving general support and advice.
> -sharing a story with others who appreciate similar content.
> -reinventing yourself or creating a new persona.
> -starting dialogs on important topics of the moment.
>
> Most users were initially a bit hard-pressed to tell us what they would
> like to see changed on YouTube. Once they got rolling, they had plenty to
> say on the subject.
>
> -provide the ability to search for specific usernames and locales, based
> on channel registration information.
> -integrate a live video component into YouTube (similar to stickam) where
> people could actually have their own live shows.
> -add a section or "hub" where new users can connect, in addition to a
> basic "YT how-to" video introduction which plays upon account registratio=.
> -add parental controls to the site.
> -add some type of spam blockers, as this is a problem which overruns many
> aspects of YouTube.
> -comments functionality: add a spam blocker, increase the character limit
> for text entered, add a censored words filter.
> -increase transparency behind administrative actions on the site.
> -offer more education for users on copyright issues, child safety and
> general internet behavior tips.
> -create a module listing suggestions after you subscribe to another
> channel (ie. "If you like this channel, you might also like...").
> -clarify more of the Terms of Use.
> -notify all users when (and why) they are suspended.
> -bring back the chat streams and create forums.
>
> Feedback from serial content partners:
>
> -having your videos featured can be instrumental to your channel's succes=

Highly Confidential

G00001-00951482



> on YouTube (allowing videos to be featured in more than one category was
> suggested), but the "formula" for why/how videos are chosen is not obviou=.
> -keeping a balance between placement of user-generated and partner/studio
> content on the site will be important in the future.
> -the networking aspect of YouTube benefits the development and growth of
> the content you create and can help to spread ideas and define future
> projects.
> -there is a collective sense that YouTube can make somebody "famous" and
> having a strategy can help.
> -building your content based on the community's interests is key.
> -there is increasing value in creating episodic content on YouTube.
>
> Noteable quote from the gathering (this guy was awesome):
>
> "The thing about YouTube is it gives an opportunity for a lot of people t=
> be more than what they are – their hidden talents, their surprise endin=s.
> They actually give an opportunity for everyone to enjoy their life in
> saying, 'Hey, I had my 15 minutes', and that's what YT is all about'. So
> when you talk to somebody and they say, 'Hey, I love you man', you say, '=ou
> know what man? I love...YouTube'. -user 'movieguyinblack'
>
> _____
> Youtube-all mailing list
> ███████████████████
> https://mailman.corp.google.com/mailman/listinfo/youtube-all
>
>
>
> --
> Tom Pickett
> ███████████████████



"This email and the information it contains are confidential and may be
privileged. If you have received this email in error please notify me
immediately and do not copy it for any purpose, or disclose its contents to
any other person. Internet communications are not secure and, therefore,
Google does not accept legal responsibility for the contents of this messag=
as it has been transmitted over a public network. If you suspect the messag=
may have been intercepted or amended please call me."

Highly Confidential

G00001-00951483