Figueira Decl. Tab
30





| | |
|---|---|
| To: | "Jenny Huang" <jenhuang@google.com> |
| From: | "Heather Gillette" <hgillette@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-03-05 16:47:16 CST |
| Subject: | Re: [#119770185] Content |

Jenny,

Don't answer that. Thanks.

Heather

On 3/5/07, Edward Muncey <emuncey@ufc.com> wrote:
>
> Thank you Jenny for your efforts.
>
> Would you be so kind to confirm the average time it takes to remove an
> item of content after it has been submitted through the Content
> Verification Tool, on the weekends, at night, and during business hours?
> I thought it was supposed to be within minutes after submitting
> regardless if it's over the weekend or late at night, but I'm noticing
> it's not happening that quickly.
>
> I'm probably causing a headache for you guys when I'm clicking on videos
> that I have already submitted for removal, yet have not been pulled down
> after a few hours after the original submission. In those cases, I
> submit them again; in the event they are the same video that has been
> re-uploaded.
>
> Thank you so much!!
>
> Edward
>
>
> -----Original Message-----
> From: Copyright Service [mailto:copyright@support.youtube.com]
> Sent: Monday, March 05, 2007 8:02 AM
> To: Edward Muncey
> Subject: Re: [#119770185] Content
>
> Dear Mr. Muncey,
>
> Thank you very much for your notification, the content has been removed.
>
> Sincerely,
>
> Jenny
> The YouTube Team
>
> Original Message Follows:
> ------------------------
> From: "Edward Muncey" <emuncey@ufc.com>
> Subject: RE: [#119770185] Content
> Date: Sun, 4 Mar 2007 19:45:46 -0800
>



DATE: 8-12-08 EXHIBIT# 13
DEPONENT: GILLETTE, HEATHER
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830



>
> Hello Jenny (Copyright Infringement Team),
>
> I submitted the videos listed below for removal through the Content
> Verification tool more then an hour ago. The videos are still up on
> your site. I'm sending you this email in an effort to request that your
> Team expedite the removal of the videos from your website as the videos
> are infringing on our copyrights.
>
>
> Tim Sylvia burps
> http://www.youtube.com/watch?v=5C9YeZ-nLOE
>
> UFC 68 Randy Couture vs. Tim Sylvia United Fighting Champion
> http://www.youtube.com/watch?v=o7lzH_Ba7wA
>
> Couture, 43, beats Sylvia for heavyweight title part 2
> http://www.youtube.com/watch?v=QE7AhAmZ9TE
>
> Randy Couture vs Tim Sylvia
> http://www.youtube.com/watch?v=5oSalQZq9AU
>
> sick ufc fight
> http://www.youtube.com/watch?v=wHRP1PxHXAE
>
> tim silvia vs randy catoure
> http://www.youtube.com/watch?v=cM6XKpolnOo
>
> Couture, 43, beats Sylvia for heavyweight title part 1
> http://www.youtube.com/watch?v=Up52rR1KwAE
>
>
> I expect there will be more videos uploaded this evening and into the
> night. I will continue to use the verification tool to request that you
> remove the videos that are infringing on our copyrights.
>
> Thank you in advance for your assistance.
>
> Edward Muncey
> VP, New Media & Technology
> Zuffa, LLC
> Ultimate Fighting Championship
> P: (702) 221-4760
> emunceyWufc.com
>
>
>
> -----Original Message-----
> From: Copyright Service [mailto:copyright@support.youtube.com]
> Sent: Sunday, March 04, 2007 1:48 PM
> To: Edward Muncey
> Subject: Re: [#119770185] Content
>
> DearMr. Muncey,
>
> Thank you very much for your notification, the content has been removed.
>
> Sincerely,





>
> Jenny
> The YouTube Team
>
> Original Message Follows:
> ------------------------
> From: "Edward Muncey" <emuncey@ufc.com>
> Subject: RE: [#119770185] Content
> Date: Sun, 4 Mar 2007 11:52:37 -0800
>
> Hello Jenny and thank you for your email.
>
> We have filled out all of the necessary paperwork, over a year ago, to
> have content removed that is infringing on our copyrights. Therefore,
> you should have been able to process my requests for removal. We
> typically utilize the Content Verification Tool, but as noted in a
> separate email to very early this morning, your tool was not working
> appropriately. Therefore, I took the extra step to outline the
> infringing videos in an email with the URL and the title and five hours
> later, the content is still live on your website.
>
> With every one of our events, like clock work, we submit our videos to
> you through the Content Verification tool and I have been submitting
> them to Ms. Gillette to help expedite the removal. I even call her
> directly on Sundays to have the content removed and she has been
> gracious enough to take my call and help the content to be removed
> immediately. I understand Ms. Gillette is out of the country. In her
> absence, I ask that you pull down the infringing content that I have
> identified, and will continue to identify through the day.
>
> I see that the Content Verification Tool is now up and running. I have
> re-submitted all of the videos that are infringing on our content and
> once again, I ask that you remove them videos immediately from your
> website.
>
> I'm certain you can understand our frustration, knowing we shouldn't
> have to be spending time taking down content from your website that is
> infringing on our content. Assuming you know how much money we spend
> with your company, I ask that you filter out the infringing content
> before it is posted.
>
> Thank you,
>
> Edward Muncey
> VP, New Media & Technology
> Zuffa, LLC
> Ultimate Fighting Championship(r)
> P: (702) 221-4760
> emuncey@ufc.com
>
>
>
>
> -----Original Message-----
> From: Copyright Service [mailto:copyright@support.youtube.com]
> Sent: Sunday, March 04, 2007 10:29 AM
> To: Edward Muncey
> Cc: Heather Gillette







> Subject: Re: [#119770185] Content
>
> Dear Mr. Muncey,
>
> We received your copyright complaint dated 3/3/2007. However, we weren't
> able to process your complaint because the information provided was
> incomplete.
>
> To file a notice of infringement with us, you must provide a written
> communication that sets forth the items specified below. To expedite our
> ability to process your request, please use the following format
> (including section numbers):
>
> 1. Identify in sufficient detail the copyrighted work that you believe
> has
> been infringed upon, including the owner of the work. For example, "The
> copyrighted work at issue is the video titled 'My Video' produced by
> me."
>
> 2. Identify the material that you claim is infringing the copyrighted
> work
> listed in item #1 above.
>
> YOU MUST IDENTIFY EACH VIDEO THAT ALLEGEDLY CONTAINS INFRINGING
> MATERIAL.
> This requires you to specify the URL of the playback page for that video
> (like this: http://www.youtube.com/watch?v=QCVxQ_3Ejkg).
>
> PROVIDING URL LINKS IN THE BODY OF AN EMAIL IS THE BEST WAY TO HELP US
> LOCATE CONTENT QUICKLY. Sending a fax, .jpg, .tif or .pdf copy of your
> URL identification may delay the processing of your claim if we are
> unable
> to differentiate the scanned characters, which will require your
> confirmation.
>
> If there are many URLs to be removed, we encourage you to sign up for
> our
> Content Verification Program at:
> http://www.youtube.com/t/copyright_program
>
> YouTube's Content Verification Program provides an easy-to-use interface
> where content owners may request removal of allegedly infringing content
> by simply checking a box. After you have submitted a short, one page
> form
> in order to verify your identity, this system automatically provides the
> proper DMCA notification that we need in order to remove your content.
> This is the fastest way to ensure removal of content from the site - 24
> hours a day, 365 days a year.
>
> 3. Provide information reasonably sufficient to permit YouTube to
> contact
> you (email address is preferred).
>
> 4. Include the following statement: "I have a good faith belief that use
> of the copyrighted materials described above on the allegedly infringing
> web pages is not authorized by the copyright owner, its agent, or the
> law."
>





> 5. Include the following statement: "I swear, under penalty of perjury,
> that the information in the notification is accurate and that I am the
> copyright owner or am authorized to act on behalf of the owner of an
> exclusive right that is allegedly infringed."
>
> 6. Provide a physical or electronic signature.
>
> Send the written communication to YouTube:
>
> Email: copyright@youtube.com
>
> EMAIL IS OUR PREFERRED METHOD OF CONTACT
>
> You may simply respond to this email with all of the requested
> information
> in order to expedite the processing of your claim.
>
> OR
>
> DMCA Complaints
> YouTube, Inc.
> 1000 Cherry Ave.
> Second Floor
> San Bruno, CA 94066
>
> OR
>
> fax 650.872.8513, Attn: YouTube Legal Support, DMCA Complaints.
>
> Sincerely,
>
> Jenny
> The YouTube Team
>
> Original Message Follows:
> ------------------------
> From: "Edward Muncey" <emuncey@ufc.com>
> Subject: Content
> Date: Sat, 3 Mar 2007 22:32:13 -0800
>
> Good evening Heather.
>
>
>
> I wanted to go give you a heads up.
>
>
>
> I'm expecting that there will a number of unauthorized videos of our
> event held this evening, posted on Youtube tonight and tomorrow. I will
> be emailing you the URL's and I will follow up with a call, requesting
> that you pull the videos down immediately; unless you confirm receipt
> with a reply email first.
>
>
>
> On a side note, I've heard rumors that you have a new system that can
> identify the unauthorized videos before they are posted and not allow





> them to live on your website. Would you be able to implement that
> technology for us, so that we don't have to spend time emailing URL's?
>
>
>
> Thank you in advance.
>
>
>
> Edward Muncey
> VP, New Media & Technology
> Zuffa, LLC
>
> Ultimate Fighting Championship(r)
>
> P: (702) 221-4760
>
> emuncey@ufc.com
>
>
>
>
>
> UFC 68 on Pay-Per-View and Streamed LIVE World-wide on UFC ON DEMAND
> <http://video.ufc.com/content.aspx?cbid=9131&bhcp=1> !
>
> Saturday, March 3rd * 10PM ET / 7PM PT
>
>

---

