UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
)
         Plaintiffs, )
)
vs. ) NO. 07-CV-2203
)
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
)
         Defendants. )
_____)
)
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
)
         Plaintiffs, )
vs. ) NO. 07-CV-3582
)
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
)
         Defendants. )
_____)

VIDEOTAPED DEPOSITION OF HEATHER GILLETTE
SAN FRANCISCO, CALIFORNIA
TUESDAY, AUGUST 12, 2008

BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15481

Figueira Decl. Tab 31

```
 1                      GILLETTE                    31-0002
 2   daily basis?
 3           MR. SHAPIRO:  Objection; time frame.
 4           THE WITNESS:  Yeah.
 5           MR. BROWNE:  Q.  During any time frame?
 6       A   Yes.  As I stated earlier, we did do
 7   proactive scanning at various stages, yes.
 8       Q   And you did that on a daily basis?
 9       A   Not necessarily, no.  I'm not quite sure.
10   Are you asking me if we did consecutive days?
11       Q   I'm just asking you basically if every day,
12   was there any point in time that every day YouTube
13   would proactively scan for potentially unauthorized
14   material on its website?
15       A   There were definitely days where people
16   were -- were tasked with that.  Whether they were able
17   to get to that or not in that day, that was not always
18   the case, but -- but yes, there -- yes, that -- they
19   were tasked with it.
20       Q   And during what time frame were they tasked
21   with that?
22       A   I do not recall actually the -- the periods
23   where we did proactive scanning when -- when exactly
24   they were.
25       Q   Do you recall when it -- well, did it ever
```

1              GILLETTE                       31-0003
2    stop?
3        A    Yes, it did.
4        Q    Okay.  Do you recall when?
5        A    I recall that it was pre-acquisition.  I'm
6    fairly sure.  I do not recall how early on we actually
7    decided to stop doing that.
8        Q    Who at YouTube made that decision to stop
9    doing that?
10       A    I believe legal.  It was a legal decision.
11       Q    And how did you come to learn of that
12   decision?
13           MR. SHAPIRO:  Don't recount any conversations
14   with counsel.
15           THE WITNESS:  Yeah, and I -- so this is
16   privileged.
17           MR. BROWNE:  Okay.  Let me just add a couple
18   of questions.
19       Q    Did you learn of it from -- from YouTube's
20   lawyers?
21       A    Yes.
22       Q    Okay.  Did you learn of it in -- in any way
23   outside of coming from YouTube's lawyers?
24       A    I do not believe so, no.
25       Q    What lawyer or lawyers told you about this?