UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL, INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION, LLC, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) NO. 07-CV-2203<br>) |
| YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC., | )<br>)<br>) |
| Defendants. | )<br>) |
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO., et al., on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) NO. 07-CV-3582<br>) |
| YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

Figueira Decl. Tab 32

VIDEOTAPED DEPOSITION OF HEATHER GILLETTE
SAN FRANCISCO, CALIFORNIA
TUESDAY, AUGUST 12, 2008
BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15481

1

```
1                      GILLETTE                    32-0002
2       Q    Three or four -- approximately three or
3   four months after you joined is your best
4   recollection?
5       A    Approximately.
6       Q    Okay.  And -- and when the Live Site Team was
7   initially formed, how many people did it have?
8       A    Yeah, I -- we, of course, brought in people
9   gradually.  We -- we had one, and then we had two, and
10  then I think we got up to about five, approximately,
11  at -- at that early stage of development.
12      Q    And you mentioned, I think, that the Live
13  Site Team responded to videos that were, quote,
14  "flagged by the community"?
15      A    That's correct.
16      Q    And what did you mean by that?
17      A    Our -- our users can flag a video as it's
18  called on the site if they suspect that it's
19  potentially inappropriate, and so flagging sends
20  something to us.  Basically our Live Site Team.
21      Q    And can -- can any YouTube user flag a video?
22      A    Yes, if they are logged in.
23      Q    And what is the process that a user would
24  actually go through to flag a video?
25      A    So from the page where you can watch an
```

1       GILLETTE                              32-0003

2   individual video, there is a mechanism there in the
3   interface that you can select, and it's a button.
4   It's labeled "Flag as Inappropriate," and from there
5   you can -- you can narrow down your flag through a
6   decision through sort of a tree, and then hit
7   "Submit."
8       Q   And then what happens after the user hits
9   "Submit"?
10      A   It goes to my team virtually immediately.
11      Q   To the Live Site Team?
12      A   Correct, and by the way, I just said, "My
13  team," but as of Friday that's not my team anymore.
14  Sorry.
15      Q   And then what does the Live Site Team do with
16  that flag that comes in from the user?
17      A   They review those videos for terms of use
18  violation, noncopyright terms of use violation.
19      Q   Do they review all the videos that are
20  flagged?
21      A   Yes.
22      Q   Do they review the videos in their entirety?
23      A   No --
24      Q   Okay.
25      A   -- not necessarily.

1 GILLETTE 32-0004

2 Q For what reasons would they not review the
3 entire video?
4 A Volume and the pace at which we have to keep
5 up.
6 Q But they may, in certain instances, review an
7 entire video?
8 A They may have, correct.
9 Q In the instances that they don't review the
10 entire video, what do they do?
11 A They look at thumbnails. We now have up to
12 46 thumbnails that can represent the content in a
13 video. And then there, of course, is information, you
14 know, the user has also entered with regard to the
15 video, like meta tags, and then there's a description.
16 The flag in the information also shows many details
17 basically.
18 Q Can they also -- are they able to hear any
19 audio that's associated with it?
20 A If they choose to, yeah, when they watch it.
21 Q If they're just looking at the thumbnails,
22 can they also hear the audio?
23 A No.
24 Q So if a member of the Live Site Team reviews
25 the video in all or in part, for what purpose are

```
1                    GILLETTE                    32-0005
2    they -- they reviewing it?
3       A   To determine if there is, in fact, a
4    noncopyright terms of use violation, or if it is
5    something that is not intended for anyone younger than
6    18 or not appropriate.
7       Q   And what -- what would be examples of the
8    noncopyright terms of use violations that the Live
9    Site Team reviews for?
10      A   Sure.
11          Child pornography, adult pornography, child
12   abuse, animal abuse, suicides, school shooting
13   threats, murder, snuff videos.  Think of anything
14   horrible basically, and these are things that we come
15   across and also police.
16      Q   Are there any members or at any time were
17   there members of -- sorry -- at any time, were there
18   employees of YouTube who would review videos and flag
19   them?
20      A   Employees of YouTube who would review videos
21   and flag them?
22      Q   As part of their job.
23      A   Review videos and flag them?
24      Q   As opposed to community.  That's what I'm
25   getting at.
```

1    GILLETTE    32-0006
2       A   Yeah.  There definitely were stages where we
3    would look through the most popular pages to see if we
4    could find violations.  Basically assist our
5    community.
6       Q   Why -- why did -- why did you just look
7    through the most popular pages in those instances?
8       A   Well, let me -- actually, let me -- let me
9    give you an example of one of the more important of
10   the popular pages.
11          We used to, and I don't remember if we still
12   do, we used to have a page called "Recently Added,"
13   and that page was actually literally videos that had
14   just been uploaded, right.
15          So because these had just been uploaded, the
16   community, there wasn't a lot of time for people to
17   have caught violations yet, right.  So this was
18   very -- potentially very -- there were going to be
19   some very bad violations here visible to the public,
20   and we wanted to catch those really quickly.  So
21   that's -- that's actually really the primary example.
22   It was that.
23      Q   So not necessarily the most popular but the
24   recently added videos?
25      A   So these are the pages where we -- so when I

```
 1                    GILLETTE                    32-0007
 2    say "most popular," I'm sorry.  That's not accurate.
 3    These are the pages that we highlighted.  We had
 4    several pages, "Recently Added," "Most Viewed,"
 5    that -- that kind of thing.  We had like four or five
 6    of them.
 7        Q   Let me ask you about that.
 8            How -- how were those pages selected by
 9    YouTube?
10            MR. SHAPIRO:  Objection; vague; ambiguous.
11            MR. BROWNE:  It was.  Withdrawn.
12        Q   How did -- how did YouTube select which
13    videos to put on the most "Recently Added" page, for
14    instance?
15        A   Well, they were -- there was no human making
16    these suggestions.  I can tell you that.  These were
17    things that were there because they had -- they met
18    the criteria that they were recently added or most
19    viewed would simply be some sort of, you know,
20    bubble-up process where the most -- the ones that were
21    most viewed showed up there.
22        Q   And who was -- who was responsible, if you
23    know, for setting the criteria by which these
24    determinations were made?
25        A   Could you say that again?
```