

Figueira Decl. Tab
35

CH00117359
CH00117359