```
             UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK

     _____
                                           )
     THE FOOTBALL ASSOCIATION PREMIER       )
     LEAGUE LIMITED, BOURNE CO., et al.,    )
     on behalf of themselves and all        )
     others similarly situated,             )
                                            )
                     Plaintiffs,            )
     vs.                                    )
                     NO. 07-CV-3582         )
                                            )
     YOUTUBE, INC., YOUTUBE, LLC, and       )
     GOOGLE, INC.,                          )
                                            )
                     Defendants.            )
     _____)

                VIDEOTAPED DEPOSITION OF
                    KEITH HAUPRICH
                   NEW YORK, NEW YORK
                TUESDAY, NOVEMBER 4, 2008

     BY: REBECCA SCHAUMLOFFEL, RPR, CLR
     JOB NO. 16046
```

Figueira Decl. Tab 36

| | | |
|---|---|---|
| 1 | KEITH HAUPRICH | 36-0002 |

2  or December of 2006.
3      Q.   Can you summarize for me the
4  nature of the discussions that occurred
5  with YouTube?
6      A.   Yes. I engaged outside
7  counsel to assist me with sending
8  notice and takedown letters to YouTube
9  pursuant to, I believe, an E-mail
10 exchange subsequent to that notice and
11 takedown letter. I eventually had a
12 conversation with the Chris Maxcy at
13 YouTube. It is a very quick
14 encapsulation of a series of events.
15     Q.   Did you have one or more
16 than one conversation Mr. Maxcy?
17     A.   I had one conversation.
18     Q.   How long was that
19 conversation, if you recall?
20     A.   It was no more than a half
21 hour in duration.
22     Q.   Can you summarize the
23 substance of that conversation?
24     A.   Yes. I made it apparent to
25 Mr. Maxcy that Cherry Lane represented

1           KEITH HAUPRICH       36-0003

2   60,000 copyrights. I gave him names of

3   certain of the clients within our

4   catalog. I told him we were willing

5   and eager to engage in a strategic

6   alliance, and that I would welcome any

7   proposal YouTube wanted to make, and I

8   would consider any proposal that

9   YouTube wanted to make. I was

10  summarily told that YouTube had no

11  interest in Cherry Lane given its small

12  market share.

13      Q. Was there any other

14  information -- sorry, was there any

15  other issues discussed during the

16  course of that conversation?

17      A. Mr. Maxcy's response that

18  Cherry Lane's market share was too

19  small to be considered and that made it

20  pretty clear where we stood. I don't

21  believe we got into any other

22  additional issues or topics of

23  discussion.

24      Q. Have you attempted to have

25  any further conversations with YouTube