```
               UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
     _____
     THE FOOTBALL ASSOCIATION PREMIER    )
     LEAGUE LIMITED, BOURNE CO., et al.,)
     on behalf of themselves and all     )
     others similarly situated,          )
                                         )
                    Plaintiffs,          )
              vs.                        )
                                         )
                                         ) NO. 07-CV-3582
                                         )
     YOUTUBE, INC., YOUTUBE, LLC, and    )
     GOOGLE, INC.,                       )
                                         )
                    Defendants.          )
                                         )
     _____
```

Figueira Decl. Tab 37

VIDEOTAPED DEPOSITION OF
KEITH HAUPRICH
NEW YORK, NEW YORK
THURSDAY, SEPTEMBER 24, 2009

BY: REBECCA SCHAUMLOFFEL
JOB NO. 17720

| | |
|---|---|
| 1 | KEITH HAUPRICH    37-0002 |

1  KEITH HAUPRICH                                    37-0002
2  technology.
3       Q.   When did Cherry Lane first
4  become aware of YouTube's
5  fingerprinting technology?
6       A.   I believe I found something
7  that I submitted my interest in the
8  form of an E-mail or a click here,
9  maybe in October of 2007.  It was a
10 link I found that said click here for
11 your -- you know, if you are interested
12 in video identification services on
13 YouTube.
14           A month later, I got an
15 E-mail back asking me for further
16 information as to what I meant by I was
17 interested and that's what tipped off
18 the letter writing campaign.
19      Q.   And have you had
20 communications with YouTube regarding
21 the fingerprinting technology to
22 monitor YouTube?
23      A.   I have observed -- excuse
24 me.  I have observed a PowerPoint
25 presentation, generally, about the