```
              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
     _____

     THE FOOTBALL ASSOCIATION PREMIER   )
     LEAGUE LIMITED, BOURNE CO., et al.,)
     on behalf of themselves and all    )
     others similarly situated,         )
                                        )
                Plaintiffs,             )
             vs.                        )
                                        )
                                        ) NO. 07-CV-3582
                                        )
     YOUTUBE, INC., YOUTUBE, LLC, and   )
     GOOGLE, INC.,                      )
                                        )
                Defendants.             )
                                        )
     _____

              VIDEOTAPED DEPOSITION OF
                   KEITH HAUPRICH
                 NEW YORK, NEW YORK
            THURSDAY, SEPTEMBER 24, 2009

     BY:  REBECCA SCHAUMLOFFEL
     JOB NO. 17720
```

Figueira Decl. Tab 38

```
1            KEITH HAUPRICH                    38-0002
2      you referred to as that Agreement?
3          Q.    What is your understanding
4    -- do you remember what this form was,
5    as referenced in the February 20, 2008
6    E-mail?
7              MR. HART:  Look at Exhibit 6
8          again.  That's what you are
9          referring to right now, right,
10         Exhibit 6?
11             MR. JACOVER:  Exhibit 6,
12         yes.
13         A.    I do.  It is my
14   understanding that the form is the
15   non-negotiable boilerplate Pro Forma
16   Content ID and Management Agreement
17   that was attached with the February 20,
18   2008 Agreement.
19         Q.    Did YouTube ever tell you
20   that it was non-negotiable?
21         A.    Pursuant to their actions of
22   ignoring my letter dated April 23rd
23   until January of 2009, by their failure
24   to negotiate this with me in good faith
25   for more than two years, their
```

```
1              KEITH HAUPRICH                    38-0003
2    performance has certainly told me it is
3    non-negotiable.
4         Q.    Did YouTube ever actually
5    tell you that this form is not
6    negotiable or you must sign as is?
7              MR. HART:  I will object to
8         the form and prior testimony.
9         A.    Reading the E-mail to Miss
10   White, "Please complete this form and
11   then return to us via fax."  Doesn't
12   say please, I am submitting this for
13   your review and consideration.  Please
14   contact me if you have any questions or
15   would like to otherwise discuss
16   including any comments, changes or
17   requested provision.
18        Q.    Let's make sure we are
19   talking about the same thing.  The form
20   being the Content Identification
21   Management Agreement that was sent to
22   you, correct?
23             MR. HART:  Let's refer to
24        Bates number within the exhibit
25        just so -- because you are making
```