Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
39

| | |
|---|---|
| **From:** | Brent Hurley <brent@youtube.com> |
| **Sent:** | Tuesday, November 22, 2005 4:13 PM |
| **To:** | Jawed |
| **Subject:** | Re: flagging |

> We took it down because, as stated in the Digital Millennium Act, we're only obligated to remove content when contacted directly by the copyright owner. We don't want random users to flag things as copyrighted because they don't own the content.

On 11/22/05 6:33 AM, "Jawed" wrote:

> hey Brent, do you know why we got rid of the Copyright flagging? Now it's
> just:
>
> Feature This!  Inappropriate  Miscategorized
>
> what happened to (C)?
>
> Jawed
>
> _____
> http://www.jawed.com/
>
>



**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**
**REDESIGNATED CONFIDENTIAL**

JK00008393