Figueira Declaration Tab 41

Filed Under Seal Pursuant to Protective Order at Request of Defendants