Redacted Pursuant to Protective Order
at Request of Defendants

To: "Chad Hurley" <chad@youtube.com>
From: "Steve Chen" <steve@youtube.com>
Cc: "YouTube Group" [REDACTED]
Bcc:
Received Date: 2005-07-29 15:51:01 CST
Subject: Re: http://www.filecabi.net/

Figueira Decl. Tab 42

> right, i understand those goals but, at the same time, we have to
> keep in mind that we need to attract traffic. how much traffic will
> we get from the personal videos? remember, the only reason why our
> traffic surged was due to a video of this type.

I'm not really disagreeing with you but i also think we shouldn't be
so high & mighty and think we're better than these guys. viral
videos will tend to be THOSE type of videos.

-s

On Jul 29, 2005, at 7:45 AM, Chad Hurley wrote:

> hmm, i know they are getting a lot of traffic... but its because
> they are a stupidvideos.com-type of site. they might make enough
> money to pay hosing bills, but sites like this and big-boys.com
> will never go public. I would really like to build something more
> valuable and more useful... actually build something that people
> will talk about and changes they way people use video on the internet.
>
>
>
> On Jul 29, 2005, at 1:33 AM, Steve Chen wrote:
>
>
>> haha ya.
>>
>> or something.
>>
>> just something to watch out for. check out their alexa ranking.
>>
>> -s
>>
>> On Jul 29, 2005, at 1:25 AM, Chad Hurley wrote:
>>
>>
>>> hmm, steal the movies?
>>>
>>>
>>>
>>> On Jul 29, 2005, at 1:05 AM, Steve Chen wrote:
>>>
>>>
>>>
>>>> steal it!
>>>>
>>>>
>>>>

DATE: 4-22-09    EXHIBIT# 6
DEPONENT: HURLEY, C.

CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

G00001-00660582

```
>>>>
>>>>
>>>>
>>>
>>>
>>>
>>>
>>
>>
>>
>>
>
>
```

42-0002

---

Highly Confidential

G00001-00660583