Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
43

43

**From:** Chad Hurley <chad@youtube.com>
**Sent:** Friday, September 23, 2005 10:27 AM
**To:** Chen Steve <steve@youtube.com>; Karim Jawed
**Subject:** flagging change

hey guys,

> can we remove the flagging link for "copyrighted" today? we are
> starting to see some complains for this and basically if we don't
> remove them we could be held liable for being served a notice. it's
> actually better if we don't have the link there at all because then
> the copyright holder is responsible for serving us notice of the
> material and not the users.

anyways, it would be good if we could remove this asap.

thanks, chad

DATE: 4-22-09
DEPONENT: HURLEY, C.
EXHIBIT# 11
CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
REDESIGNATED CONFIDENTIAL

JK00008043