EXHIBIT 12

Figueira Decl. Tab 44

JK00010387_MVI_0922

This video exhibit has been filed in hard copy and is available for inspection at the courthouse.

DATE: 4-22-09
DEPONENT: HURLEY, C.
EXHIBIT# 12
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830