Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
45

45

| | |
|---|---|
| From: | Steve Chen <steve@youtube.com> |
| Sent: | Monday, July 4, 2005 3:01 PM |
| To: | Jawed █████ |
| Cc: | Chad Hurley <chad@youtube.com> |
| Subject: | Re: budlight commercials |

you guys.

> okay first, regardless of the video they upload, people are going to be telling people about the site, therefore making it viral. they're going to drive traffic.
>
> second, it adds more content on the site.
>
> third, we're going to be adding advertisements in the future so this gets them used to it.

i'm asking for a couple more weeks.

-s

On Jul 4, 2005, at 3:56 PM, Jawed wrote:

> I added back in all 28 bud videos.
>
> stupid...
>
> Jawed
>
> _____
> http://www.jawed.com/
>
>
> On Mon, 4 Jul 2005, Chad Hurley wrote:
>
>
>> we need to reject these too.
>>
>> -chad
>>
>>
>

DATE: 4-22-09
DEPONENT: HURLEY, C.    EXHIBIT# 33

CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00005929