Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
46

46

To: "Jawed" [REDACTED]
From: "Steve Chen" [REDACTED]
Cc: "Chad Hurley" <chad@youtube.com>, "YouTube Group" [REDACTED]
Bcc:
Received Date: 2005-08-10 09:27:06 GMT
Subject: Re: monitoring videos

---

sounds good.

-s

On 8/9/05, Jawed [REDACTED] wrote:
> lets remove stuff like movies/tv shows.
>
> lets keep short news clips for now. we can become stricter over time, jus=
> not overnight.
>
> like the CNN space shuttle clip, I like. we can remove it once we're
> bigger and better known, but for now that clip is fine.
>
> Jawed
>
> ____________________
> http://www.jawed.com/
>
>
>
> On Tue, 9 Aug 2005, Chad Hurley wrote:
>
> > i just don't want to create a bad vibe... and perhaps give the users
> > or the press something bad to write about, sort of like that last
> > blog posting ... http://clintsharp.com/archives/2005/08/09/youtube-
> > stealing-your-content/
> >
> >
> >
> >
> > On Aug 9, 2005, at 3:16 PM, Steve Chen wrote:
> >
> > > but we should just keep that stuff on the site. i really don't see
> > > what will happen.
> > >
> > > what? someone from cnn sees it? he happens to be someone with
> > > power? he happens to want to take it down right away. he gets in
> > > touch with cnn legal. 2 weeks later, we get a cease & desist
> > > letter. we take the video down.
> > >
> > > -s
> > >
> > > On Aug 9, 2005, at 2:40 PM, Jawed wrote:
> > >
> > >
> > >> Steve is changing the most-recent on browse.php to only include
> > >> videos
> > >> that have been reviewed.
> > >>
> > >> Jawed

DATE: 4-22-09 EXHIBIT# 38
DEPONENT: HURLEY, C.

CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

46-0002

> > >>
> > >> ____________________
> > >> http://www.jawed.com/
> > >>
> > >>
> > >>
> > >> On Tue, 9 Aug 2005, Chad Hurley wrote:
> > >>
> > >>
> > >>
> > >>> we need to start being diligent about rejecting copyrighted /
> > >>> inappropriate content.
> > >>>
> > >>> we are getting serious traffic and attention now, I don't want this
> > >>> to be killed by a potentially bad experience of a network exec or
> > >>> someone visiting us.
> > >>>
> > >>> like there is a cnn clip of the shuttle clip on the site today, if
> > >>> the boys from Turner would come to the site, they might be pissed?
> > >>> these guys are the ones that will buy us for big money, so lets mak=
> > >>> them happy.
> > >>>
> > >>> we can then roll a lot of this work into a flagging system soon.
> > >>>
> > >>> -chad
> > >>>
> > >>>
> > >>>
> > >>
> > >>
> > >
> > >
> > >
> >
> >
> >
>