Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
**47**

| From: | Steve Chen <steve@youtube.com> |
|---|---|
| Sent: | Saturday, September 3, 2005 1:03 AM |
| To: | Jawed |
| Cc: | Chad Hurley <chad@youtube.com> |
| Subject: | Re: copyrighted material!!! |

yes, then i agree with you. take down whole movies. take down
entire TV shows. take down XXX stuff.

everything else keep including sports, commercials, news, etc.

keeping it, we improve video uploads, videos viewed, and user
registrations. by removing it, we may taint our reputation, but,
where else are these people going to go to upload personal videos?

-s

On Sep 3, 2005, at 2:00 AM, Jawed wrote:

> my suggested policy is really lax though. all I'm saying is: take down
> whole movies. we dont get many of those. and we SHOULD take down
> entire TV
> shows, like an entire family guy episode.
>
> we've also been taking down clips of TV shows, like family guy... we
> should probably continue doing that, otherwise youtube will just
> look like
> a dumping ground for copyrighted stuff. if we keep that policy, I
> don't
> think our views will decrease at all.
>
> XXX stuff we should never allow. at least, not until we have a way to
> separate it via tagging as "R-rated".
>
> Jawed
>
>
> http://www.jawed.com/
>
>
>
> On Sat, 3 Sep 2005, Steve Chen wrote:
>
> >
>> ya, i know that if remove all that content. we go from 100,000 views
>> a day down to about 20,000 views or maybe even lower.
>>
>> the copyright infringement stuff. i mean, we can presumably claim
>> that we don't know who owns the rights to that video and by
>> uploading, the user is claiming they own that video. we're protected
>> by DMCA for that. we'll take it down if we get a "cease and desist".
>>
>> what i mean is, potentially, any of this content could be the user's
>> videos. maybe it's david sacks uploading a clip/preview of some
>> movie.
>>
>> why don't we just remove the XXX stuff for now?

DATE: 4-22-09
DEPONENT: HURLEY, C.          EXHIBIT# 41

CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
REDESIGNATED CONFIDENTIAL

JK00007416