```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
    VIACOM INTERNATIONAL, INC., COMEDY   )
 4  PARTNERS, COUNTRY MUSIC              )
    TELEVISION, INC., PARAMOUNT          )
 5  PICTURES CORPORATION, and BLACK      )
    ENTERTAINMENT TELEVISION, LLC,       )
 6                                       )
                 Plaintiffs,             )
 7                                       )
    vs.                                  ) NO. 07-CV-2203
 8                                       )
    YOUTUBE, INC., YOUTUBE, LLC,         )
 9  and GOOGLE, INC.,                    )
                                         )
10               Defendants.             )
    _____)
11                                       )
    THE FOOTBALL ASSOCIATION PREMIER     )
12  LEAGUE LIMITED, BOURNE CO., et al., )
    on behalf of themselves and all      )
13  others similarly situated,           )
                                         )
14               Plaintiffs,             )
    vs.                                  ) NO. 07-CV-3582
15                                       )
    YOUTUBE, INC., YOUTUBE, LLC, and     )
16  GOOGLE, INC.,                        )
                                         )
17               Defendants.             )
    _____)
18        VIDEOTAPED DEPOSITION OF CHAD HURLEY
              SAN FRANCISCO, CALIFORNIA
19             WEDNESDAY, APRIL 22, 2009
20  BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
    JOB NO. 16789
21
22
23
24
25
```

Figueira Decl. Tab 48

```
 1                    HURLEY, CHAD                    48-0002
 2     there, Jawed Karim?
 3          A    Jawed Karim.
 4          Q    I'm sorry.  Jawed Karim.
 5               Has he or, to your knowledge, did he, at any
 6     point in time, invest any of his own personal funds
 7     into YouTube?
 8          A    Again, I'm -- I'm not sure if there's any
 9     miscellaneous things that he needed to pay for while
10     we were getting things up.  I -- I don't think he
11     was -- he was paying for anything, but I can't
12     remember.
13          Q    Now, how old were you when you founded
14     YouTube?
15          A    Let's see.  20 -- 27, 28, yeah.
16          Q    And how old are you today?
17          A    I'm 32.
18          Q    What did you do immediately prior to the time
19     that -- that you and others founded YouTube?
20          A    Well, before YouTube, my last -- my last job
21     was at PayPal.
22          Q    Okay.  And what is PayPal?
23          A    It's a payment service that was eventually
24     acquired by eBay and people use it to pay for -- for
25     auction listings and other services online.
```

```
 1                    HURLEY, CHAD                48-0003
 2        Q    And where is -- where is PayPal located?
 3        A    I think in San Jose now where eBay is.
 4        Q    Where was it located during the time that you
 5   were employed there?
 6        A    Originally, Palo Alto, and then we moved to
 7   Mountain View at some point.
 8        Q    And -- and -- at what -- can you give me the
 9   date when you left PayPal?
10        A    I'm trying to remember the exact date.  It
11   was maybe close to 2003 time frame.
12        Q    Early 2003 or late?  Do you have any sense?
13        A    I can't remember.  I just know that I was
14   away from PayPal for -- for some amount of time before
15   we started working on YouTube or I started working on
16   YouTube.
17        Q    And during that gap period between the time
18   when you left PayPal and the time you founded YouTube,
19   were you employed anywhere?
20        A    No; I was just -- just working on various
21   ideas and -- and I did some consulting, but then I
22   just took some time to relax, start a family, things
23   like that.
24        Q    And what type of consulting did you do?
25        A    Just some design work for friends and
```