```
 1               UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
    VIACOM INTERNATIONAL, INC., COMEDY  )
 4  PARTNERS, COUNTRY MUSIC             )
    TELEVISION, INC., PARAMOUNT         )
 5  PICTURES CORPORATION, and BLACK     )
    ENTERTAINMENT TELEVISION, LLC,      )
 6                                      )
                  Plaintiffs,           )
 7                                      )
    vs.                                 ) NO. 07-CV-2203
 8                                      )
    YOUTUBE, INC., YOUTUBE, LLC,        )
 9  and GOOGLE, INC.,                   )
                                        )
10                Defendants.           )
    _____)
11                                      )
    THE FOOTBALL ASSOCIATION PREMIER    )
12  LEAGUE LIMITED, BOURNE CO., et al.,)
    on behalf of themselves and all     )
13  others similarly situated,          )
                                        )
14                Plaintiffs,           )
    vs.                                 ) NO. 07-CV-3582
15                                      )
    YOUTUBE, INC., YOUTUBE, LLC, and    )
16  GOOGLE, INC.,                       )
                                        )
17                Defendants.           )
    _____)
18         VIDEOTAPED DEPOSITION OF CHAD HURLEY
                SAN FRANCISCO, CALIFORNIA
19              WEDNESDAY, APRIL 22, 2009
20  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
    JOB NO. 16789
21
22
23
24
25
```

Figueira Decl. Tab 49

| | | |
|---|---|---|
| 1 | HURLEY, CHAD | 49-0002 |

```
 2    clip, we would work together to produce some 40 --
 3    some version that includes only the -- the particular
 4    clip you're going to be asking about.
 5              You've represented to me that this is
 6    something that was part of the production that
 7    Mr. Karim made.  We, of course, reserve all rights to
 8    challenge authenticity for foundation.
 9              MR. BROWNE:  Okay.  Perfect.
10         Q    Now, Mr. Hurley, I'm gonna play for you --
11    this is a very short video.
12              (Video Clip playing on laptop.)
13              (Unintelligible.)
14              SPEAKER 1: "It was like pretty impressed.
15              You're basically right.  It's like anywhere
16              on the Internet you have a little that can
17              control and, you know, basically serve up
18              ads, and the whole of things with tags and,
19              you know, what our viewers have seen before
20              the flash.  It's pretty --
21              SPEAKER 2:  "So if we get them involved, at
22              what point would we tell them our dirty
23              little secret, which is that we actually just
24              want to sell out quickly?
25              SPEAKER 1:  "Are you filming?
```

| | |
|---|---|
| 1 | HURLEY, CHAD       49-0003 |

2          You're going to actually have to erase this.

3          SPEAKER 2:  "No.  It won't be released until

4          after the acquisition."

5          MR. BROWNE:  Q.  Now, Mr. -- stop that.

6          Now, Mr. Hurley, have you ever seen that

7  video before?

8      A   I don't remember it.

9      Q   Okay.  Did you recognize the two individuals

10  that were on camera during that video?

11     A   I recognize Steve and myself, and it sounded

12  like Jawed's voice.

13     Q   Okay.  And it sounded like -- and Mr. Karim's

14  voice on the video, you recognized that?

15     A   It sounded like it.

16     Q   Did you hear yourself say on -- on -- on that

17  video that -- that you have to -- something like

18  "we'll have to erase the file"?

19     A   I mean, yeah, it seemed like a pretty

20  sarcastic remark to his sarcastic comment.

21     Q   Okay.  Now, when you were first in -- in

22  discussions with Sequoia Capital about the Series A

23  financing, did -- did Sequoia Capital value -- provide

24  you with a valuation that they had for YouTube?

25     A   Yeah, through the -- negotiation they would