**Matt Friese**

**From:** Franck Chastagnol [fchastagnol@youtube.com]
**Sent:** Friday, October 20, 2006 9:31 AM
**To:** Jim Schrempp
**Subject:** Re: YouTubeAMYT

Figueira Decl. Tab 51

> would you be able to populate the live DB but "wire-off" matches for Sony and Universal ?
>
> because i'm thinking another strategy would be to populate the DB with Warner+Sony+Universal.
> At launch, return matches only on Warner content.
> Then at somepoint in time wire-on Universal content, then Sony.

Franck

On Oct 20, 2006, at 9:12 AM, Jim Schrempp wrote:

> 14 days would be great. A week would be nice.
> Jim
>
> Audible Magic Corporation
> 408.399.6405 x105
>
> This message is intended for the use of the addressee only
> and may contain confidential information and trade secrets
> of Audible Magic. Unauthorized use or disclosure is
> prohibited.
>
>> From: Franck Chastagnol [mailto:fchastagnol@youtube.com]
>> Sent: Friday, October 20, 2006 9:07 AM
>> To: Jim Schrempp
>> Subject: Re: YouTubeAMYT
>>
>> no, please for now include only Warner catalog
>>
>> we will request you to add Universal and then Sony catalog later on (i anticipate
>> sometime towards end of november).
>> how much notice would you need to add each of those catalogs to your fingerprint
>> DB ?
>>
>> Thanks,
>> Franck
>> On Oct 20, 2006, at 8:26 AM, Jim Schrempp wrote:
>>
>>> The database has 500k songs in it, but I don't know exactly which ones are in
>>> it. We need to generate a Warner specific database for you.
>>> BTW, do you want us to include any other labels in the database now?

7/21/2008

HIGHLY CONFIDENTIAL; OUTSIDE COUNSEL EYES ONLY                                AM 001620

Jim  51-0002

Audible Magic Corporation
408.399.6405 x105

This message is intended for the use of the addressee only
and may contain confidential information and trade secrets
of Audible Magic. Unauthorized use or disclosure is
prohibited.

---

**From:** Franck Chastagnol [mailto:fchastagnol@youtube.com]
**Sent:** Thursday, October 19, 2006 6:31 PM
**To:** Jim Schrempp
**Subject:** Re: YouTubeAMYT

Hi Jim,

yes, i was testing yesterday and figured the new appname had not been setup yet.
no problem, i'm using the old appname YouTube

i also noticed the DB is probably empty ?
I did not get any match returned on my testing of about 100 videos.

Thanks
Franck

On Oct 19, 2006, at 5:34 PM, Jim Schrempp wrote:

> Hi Franck,
>
> Our systems reported that someone sent an IDRequest with the appname of YouTubeAMYT and we denied it. I assume this was you testing the new setup. We have now enabled the three new appnames. They still all go to the one new server with the smaller database.
>
> I've been talking with Lou today and he's made a lot of progress on the encoding string issue and Beyonc?. I think he is close to an answer that will work for everyone.
>
> Jim
>
> Audible Magic Corporation
> 408.399.6405 x105
>
> This message is intended for the use of the addressee only
> and may contain confidential information and trade secrets

7/21/2008

**HIGHLY CONFIDENTIAL; OUTSIDE COUNSEL EYES ONLY**  AM 001621

of Audible Magic. Unauthorized use or disclosure is prohibited.

51-0003

HIGHLY CONFIDENTIAL; OUTSIDE COUNSEL EYES ONLY

AM 001622