```
1            UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF NEW YORK
3
   VIACOM INTERNATIONAL, INC., COMEDY )
4  PARTNERS, COUNTRY MUSIC.           )
   TELEVISION, INC., PARAMOUNT        )
5  PICTURES CORPORATION, and BLACK    )
   ENTERTAINMENT TELEVISION, LLC,     )
6                                     )
              Plaintiffs,             )
7                                     )
   vs.                                ) NO. 07-CV-2103
8                                     )
   YOUTUBE, INC., YOUTUBE, LLC,       )
9  and GOOGLE, INC.,                  )
                                      )
10            Defendants.             )
   _____)
11                                    )
   THE FOOTBALL ASSOCIATION PREMIER   )
12 LEAGUE LIMITED, BOURNE CO., et al.,)
   on behalf of themselves and all    )
13 others similarly situated,         )
                                      )
14            Plaintiffs,             )
   vs.                                ) NO. 07-CV-3582
15                                    )
   YOUTUBE, INC., YOUTUBE, LLC, and   )
16 GOOGLE, INC.,                      )
                                      )
17            Defendants.             )
   _____)
18
          VIDEOTAPED DEPOSITION OF VANCE IKEZOYE
19              PALO ALTO, CALIFORNIA
            THURSDAY, SEPTEMBER 10, 2009
20
   JOB NO. 17619
21
22
23
24
25
```

Figueira Decl. Tab 53

1          IKEZOYE, V.                53-0002
2    You were CCed on it.
3       A   Yeah, I believe it was a great licensing
4    agreement between the companies.
5       Q   Between what companies?
6       A   YouTube and content owners.
7       Q   Okay. So your understanding of the
8    arrangement -- is it your understanding of the
9    arrangement that as YouTube signed new contracts with
10   content owners, YouTube would then request that that
11   content owners' fingerprints be put into the YouTube
12   custom database?
13          MS. REES:  Objection; calls for speculation;
14   hypothetical.
15          THE WITNESS:  That was my understanding, and
16   yes.
17          MR. DESANCTIS:  Okay.
18      Q   Is that -- is that hypothetical, or is that
19   actually what happened, if you know?
20          MS. REES:  Objection; calls for speculation.
21          THE WITNESS:  I know, in general, that the
22   database was a subset.  I don't know if every piece of
23   content in there was related to a company that had a
24   licensing agreement.
25          MR. DESANCTIS:  Okay.