Figueira Declaration Tab 54

Filed Under Seal Pursuant to Protective Order at Request of Defendants