Figueira Declaration Tab 55

Filed Under Seal Pursuant to Protective Order at Request of Defendants