Figueira Declaration Tab 56

Filed Under Seal Pursuant to Protective Order at
Request of Defendants