Figueira Declaration Tab 57

Filed Under Seal Pursuant to Protective Order at Request of Defendants