Figueira Declaration Tab 58

Filed Under Seal Pursuant to Protective Order at Request of Defendants