Redacted Pursuant to Protective Order
at Request of Defendants

| From: | Jawed |
|---|---|
| Sent: | Friday, August 19, 2005 1:22 AM |
| To: | Steve Chen |
| Subject: | Interested? |



Figueira Decl. Tab 60

Δ π EXHIBIT 9
Deponent Kurim
Date 9 Jun 09

I am about to send this to Doug. Comments?

---

Hi Doug,

As you may know, Steve Chen, Chad Hurley, and I started YouTube.com. So the team is extremely small, and we're looking for just a couple more people to help us out.

Our growth is going through the roof:

http://www.alexa.com/data/details/traffic_details?&range=1y&size=large&compare_sites=&y=r&url=youtube.com#top

We recently got slashdotted, and that has gotten the attention of many other media outlets. We are about to be featured in the LA Times.

What I'm about to write below is still confidential, but I'm letting you know because we want to see if you're interested in joining our team.

We have been talking to Sequoia (Roelof is a partner there now), and they've told us in certain terms that they are extremely interested in investing in us. We've had two meetings with them thus far, and are meeting with Mike Moritz there next week. Additionally, Reid Hoffman, Peter Thiel, and Josh Kopelman (the founder of Half.com) have all expressed interest in investing in YouTube together as an "Angel team". So it seems very likely that we will be raising money from most, if not all of these parties within the next few weeks. Reid has already given us an empty section of 1840 Embarcadero to work in (Reid's LinkedIn is there now), so we effectively have an office already.

> Our goal is to use the funding to pursue a two-phased approach. First we will further grow our audience and reach to secure our position as the #1 place for personal videos on the internet. Then we will monetize the audience we have acquired by hosting video ads. There is also an option of

offering premium services. And, we think that in the current climate we will likely become an acquisition target in the near future. So there will be many interesting and lucrative options for YouTube.

Since our team is so small, and since we have funded it ourselves thus far, we would be able to offer you a very attractive equity stake in YouTube, should you be interested. Obviously the details of this are time-sensitive, since hiring other people, or raising money, affects the equity positions.

On the technical side, there are many interesting problems. There's the video encoding stuff (we are encoding uploaded movies from all sorts of formats to Flash video), and scalability issues. We implemented a self-replication video cluster architecture which has worked out very well... in fact, we easily withstood the slashdot effect :)

If you want, we can meet with you and provide you with all the details.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00009871

Let me know what you think. Thanks,

Jawed

http://www.jawed.com/

60-0002

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009872