Redacted Pursuant to Protective Order
at Request of Defendants

**From:** Chad Hurley
**Sent:** Wednesday, May 4, 2005 12:02 PM
**To:** Steve Chen
**Cc:** Jawed Karim
**Subject:** Re: copyright concerns
**Attach:** Message Text.txt

i won't be too concerned for now... but it might be a problem down the road for public videos.

-chad

On May 4, 2005, at 12:52 PM, Steve Chen wrote:

> for these mixed videos with music backgrounds, will we get in trouble for them because the music is copyrighted?
>
> -s

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00004969