Redacted Pursuant to Protective Order
at Request of Defendants

**From:** Jawed
**Sent:** Saturday, September 3, 2005 12:54 AM
**To:** Steve Chen <steve@youtube.com>
**Cc:** Chad Hurley <chad@youtube.com>
**Subject:** Re: copyrighted material!!!



Figueira Decl. Tab 62

well I'd just remove the obviously copyright infringing stuff.

movies and tv shows, I'd get rid of. we are not a glorified putfile, right?

none of the most favorite videos are movies or tv shows. we're ok cracking down on this content. we'll leave music videos, news clips, and clips of comdey shows for now.

I think thats a pretty good policy for now, no?

Jawed

http://www.jawed.com/


On Sat, 3 Sep 2005, Steve Chen wrote:

> i'm thinking it's still okay.
>
> what's the difference between big-boys/stupidvideos vs youtube?
> isn't it the community and user aspect?
>
> if you look at the top videos on the site, it's all from this type of
> content. in a way, if you remove the potential copyright
> infringements, wouldn't you still say these are still "personal" videos?
>
> if you define "personal" videos to be videos on your personal hard
> drive that you want to upload and share with people?
>
> anyway, if we do remove that stuff, site traffic and virality will
> drop to maybe 20% of what it is. i think, as people hear about the
> site, a good amount of the materials on the site is still personal --
> they'll start recognizing that it's a place to share their own
> personal videos.
>
> i'd hate to prematurely attack a problem and end up just losing
> growth due to it.
>
> also, doesn't the DMCA cover us from a lot of this, as the guy said?
>
> -s
>
> On Sep 3, 2005, at 12:22 AM, Chad Hurley wrote:
>
> > aaahhhhh, the site is starting to get out of control with
> > copyrighted material... we are becoming another big-boys or
> > stupidvideos. if you came to the site now, that is what you would
> > think the site is all about.... just look at the recent videos in

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009933

```
> > the admin tool.
> >
> > i think we may need to start enforcing the restrictions soon and
> > implement the flagging feature.
> >
> > -chad
> >
> >
> >
>
>
>
```

62-0002

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

JK00009934