Redacted Pursuant to Protective Order
at Request of Defendants

Δ π EXHIBIT 58
Deponent Karim
6/6/07 63

Figueira Decl. Tab 63

**From:** Steve Chen <steve@youtube.com>
**Sent:** Wednesday, September 7, 2005 12:28 AM
**To:** Roelof Botha <Botha@sequoiacap.com>
**Cc:** Chad Hurley <chad@youtube.com>; Jawed ▮▮▮▮
**Subject:** Re: Racy content
**Attach:** Message Text.txt

Roelof:

On the dev environment, the first phase of solving this problem is implemented.

I think it's an accepted that in an environment such as YouTube, relying on user-generated content, copyrighted and inappropriate content will find its way onto the site. On the dev environment, we've implemented a flagging system so you can flag videos as being inappropriate or copyrighted. That way, the perception is that we are concerned about this type of material and we're actively monitoring it.

The actual removal of this content will be in varying degrees. We may want to keep some of the borderline content on the site but just remove it from the browse/search pages. That way, you can't find the content easily. Again, similar to Flickr, if you search for the right tags on Flickr, you can find truckloads of adult and copyrighted content. It's just that you can't stumble upon it, you have to be actively searching for it.

-s

On Sep 6, 2005, at 11:18 PM, Roelof Botha wrote:

> Hi guys,
>
> I've noticed that are a few recent 'racy' videos (e.g., http://www.youtube.com/?v=TTFPt_Jpks0).
> Should we create a 'mature' section for this content? Or should we put in the equivalent of a
> 'safe search' function (just like Google has) so we don't alienate the moms that are uploading
> videos on the site?
>
> Best,
> Roelof

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
**REDESIGNATED CONFIDENTIAL**

JK00007479