UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

Figueira Decl. Tab 65

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
                                         )
              Plaintiffs, )
                                         )
vs.                                       ) NO. 07-CV-2203
                                         )
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
                                         )
              Defendants. )
_____)
                                         )
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
                                         )
              Plaintiffs, )
vs.                                       ) NO. 07-CV-3582
                                         )
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
                                         )
              Defendants. )
_____)

            VIDEOTAPED DEPOSITION OF JAWED KARIM
                  PALO ALTO, CALIFORNIA
                  TUESDAY, JUNE 9, 2009

JOB NO. 16798

```
                                                              16
 1                      KARIM, JAWED
                                          65-0002
 2   10:27:23   go at it a different way.
 3   10:27:24           When -- when YouTube was first starting up,
 4   10:27:32   I take it there were three founders; is that
 5   10:27:35   correct?
 6   10:27:35       A.   Yes.
 7   10:27:38       Q.   And you were one of the three; correct?
 8   10:27:41       A.   Uh-huh.
 9   10:27:43       Q.   And the second founder was named Chad
10   10:27:46   Hurley; correct?
11   10:27:47       A.   Yes.
12   10:27:48       Q.   And the third founder was Mr. Chen, Steven
13   10:27:53   Chen?
14   10:27:53       A.   Uh-huh.
15   10:27:54       Q.   Did you know all three of these gentlemen
16   10:27:56   from PayPal?
17   10:27:58          MR. PAGE:  Two.
18   10:27:58          MR. BASKIN:  Strike that.  You're
19   10:28:00   absolutely right.
20   10:28:01   BY MR. BASKIN:
21   10:28:01       Q.   Do you know the other two gentlemen from
22   10:28:03   PayPal?
23   10:28:04       A.   Yes, uh-huh.
24   10:28:05       Q.   And they'd worked with you at PayPal at the
25   10:28:10   time?
```

```
1                            KARIM, JAWED
                                                65-0003
2    10:28:10        A.  I think Chad actually had -- had left

3    10:28:22   PayPal that -- before that time.

4    10:28:26        Q.  And "before," you mean on the sale of

5    10:28:34   PayPal?

6    10:28:34        A.  Um, or he had left PayPal before I was

7    10:28:38   working with them on YouTube.

8    10:28:40        Q.  And were either of them involved in Trepia

9    10:28:43   with you?

10   10:28:47        A.  Um.

11   10:28:47            MR. INGBER:  Objection, vague and

12   10:28:54   ambiguous.

13   10:28:54            THE WITNESS:  Let's see.  Actually, Chad

14   10:28:56   did design the logo and the Web site for Trepia.

15   10:29:00   BY MR. BASKIN:

16   10:29:01            And was he -- you mentioned that there was

17   10:29:03   a second cofounder of Trepia.  Was -- was Chad that

18   10:29:09   second person?

19   10:29:09        A.  No, he was not.

20   10:29:10        Q.  He was just paid as a -- a designer?

21   10:29:14            MR. PAGE:  Objection --

22   10:29:15            THE WITNESS:  Yeah, he -- he was paid

23   10:29:18   one -- a one-time payment for the design.

24   10:29:20   BY MR. BASKIN:

25   10:29:20        Q.  What was the name of the other founder of
```