To: "dgking@google.com" <dgking@google.com>
From: "tonyli@google.com" <tonyli@google.com>
Cc:
Bcc:
Received Date: 2008-02-01 09:16:10 GMT
Subject: AID Notes

Figueira Decl. Tab 66

I've shared a document with you called "AID Notes":
http://docs.google.com/a/google.com/Doc?id=dgrsjxjd_116d66zk9fb&invite=cnnrdkr
It's not an attachment -- it's stored online at Google Docs. To open this document, just click the link above. —

Summary

Music content is a key element to Youtube's success. Premium music content is the most watched genre of content on YouTube. Thus, it is imperative that we acquire, and allow content owners to claim, as much content as possible to promote the growth and success of YouTube.

Audio Fingerprinting is the YouTube's next step in allowing music copyright owners to claim and monetize content. Currently, Audible Magic, a 3rd party matching service, allows YouTube to conduct audio matching of content. However, this service is imprecise, and YouTube has to pay a fee to use the service. Thus it is vital that YouTube develop its own audio matching service, along with the requisite reference database. YouTube cannot monetize content that does not have publisher data, as we have no way to report to and pay publishers, who share ownership of songs with music labels; currently, only music label data is available to us. By opening up our systems to ingest publisher data as well as label data per song, content on YouTube can then be claimed and monetized. In addition, the ingestion of audio files will allow us to match against audio portions of videos, thus giving content owners the ability to claim more content.

Reporting
Collection societies (Owner)
need to report to the collection societies # of views for songs, and the collection societies will handle payment to the publishers (EMEA)
Publisher (Owner)
will get information on # of views, and will be paid directly
Aggregator Labels (Owner)
will get reporting information by publisher and # of views

Notes
Can be multiple publishers
Can be multiple primary publishers - secondary publisher data is optional, as they are not paid
Publishers are treated as content owners, but currently cannot place a claim on content

Questions
Videos - rights are taken care of (how?)
Should publishers have a separate frontend?
How is UMG giving us their publisher feed?

Open Issues
Prioritize different % of payment to multiple claimants (talk to Franck?)
Case for multiple publishers in different territories

Highly Confidential

DATE: 12-12-08   EXHIBIT#
DEPONENT: King   2
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

G00001-01403792

Need from Partner
XML capabilities
Information
File format - MP3, kHz?
Is primary/secondary publisher consistent throughout the industry?

Key Links
Music Label Ingestion of Publisher Information

Glossary
ISRC - International Standard Recording Code (international unique identifier of sound or music label recordings)
ISWC - International Standard Music Work Code (international unique identifier of written song)
CAE - Composer, Author and Publisher (unique publisher identifier)
IPI - interested party information (unique publisher identifier)

Key People
YT:
David King - PM
Franck Chastagnol - Tech Lead
Frey Waid - SWE
Yiling Su - SWE
Jianliang Zhao - SWE
Kevin Yen - SPM Manager
Kelsey LeBeau - SPM
Margaret Healy - SPM
Chris Maxcy - SPM Director
PSO
Mark Yoshitake - TPM
Tony Li - TPM
Chris LaRosa - TAM
Justin Min - TAM
Bonnie Han - TAM
Eng
Richard Tucker SWE
Matt Wiseman - PM

Agenda for call
What Google needs - can the label provide this info?
Song ISWC
Publisher Name (and Secondary Publishers)
CAE/IPI number
Ownership %
Territory info
How can we make

Unrelated
Buy Now button
need Audio ISRC to link to amazon/itunes, etc

Highly Confidential
GOO001-01403793