Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
67

To: "Kyle Harrison" <kgharrison@google.com>
From: "David King" <dgking@google.com>
Cc: "Franck Chastagnol" <franckc@google.com>, "Chris Maxcy" <maxcy@google.com>
Bcc:
Received Date: 2008-03-07 05:01:22 GMT
Subject: Re: monetization opptys

Agreed, it is time to work up priorities more closely with the monetization team. I hope you and Shashi will accept next Tuesday's synch meeting ;-) My plan was to go over our high level roadmap with them, and add in a horizontal category for monetization goals so we are all clear on what we should strive for. We need their input on objectives rather than features.

I added in Chris to the thread here as he should know that we are getting push back when it comes to increasing music inventory. From a copyright perspective, clearing music inventory is our most important initiative, so it is highly unfortunate if this does not coincide with our monetization capabilities. I think it would be useful to examine this question more closely.

dk

On Thu, Mar 6, 2008 at 9:45 PM, Kyle Harrison <kgharrison@google.com> wrote:
> one of the other ideas shiva and i discussed to improve monetization was
> to send the claim metadata to adsense for better targeting. his feedback on
> sports was a good one... we have more music inventory than we can sell (so
> more music claims doesn't mean much/any more money). but we need more
> sports inventory to monetize. also advertisers are much more likely to put
> display ads on UGC sports than music since UGC music many times has unknown
> video but sports is always about the event. in general i think we should be
> more engaged with shashi and shiva (in particular) and deriving a good
> portion of our roadmap from their needs.
>
> --
> Kyle Harrison
> Product Management - YouTube
> ▓▓▓▓▓▓▓▓▓

Highly Confidential

DATE: 12-12-08
DEPONENT: King
EXHIBIT# 4

CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

GOO001-01404022