| | |
|---|---|
| To: | "David G King" <dgking@google.com> |
| From: | "Yi-Ling Su" <yilingsu@youtube.com> |
| Cc: | "Franck Chastagnol" <fchastagnol@youtube.com> |
| Bcc: | |
| Received Date: | 2007-04-02 21:12:04 GMT |
| Subject: | Re: turning on fingerprint matching for all content partners |

Figueira Decl. Tab 68

What about md5 matching?

or just no matching at all for music partners?

yi-ling

On Apr 2, 2007, at 1:08 PM, David G King wrote:

> Actually, we don't want to turn on fingerprint matching for music
> partners, because we don't have clear licenses for them (publisher
> issue). So BBC, NHL, and partners like that only.
>
> Franck said he would take on the split of the Audio claim row in
> the report to reflect which of the 3 repositories they are coming
> from.
>
> dk
>
> Yi-Ling Su wrote:
>> Also let me know if there is any partner that shouldn't have these
>> 3 features set
>>
>> - md5 matching
>> - match on AM database
>> - match on AM YT database
>>
>> On Apr 2, 2007, at 12:59 PM, Yi-Ling Su wrote:
>>
>>> So it turns out the permission wasn't turned on for the existing
>>> partners to have fingerprint matching.
>>>
>>> I'm going to go manually turn it on now for for all the partners.
>>>
>>> This is just an FYI
>>>
>>> yi-ling
>>
>

DATE: 12·12·08  EXHIBIT# 6
DEPONENT: King
CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

G00001-01517864