Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
70

To: "Kelsey LeBeau" <kelsey@youtube.com>
From: "Yi-Ling Su" <yilingsu@google.com>
Cc: "Chris Maxcy" <maxcy@google.com>, "Christopher LaRosa" <clarosa@google.com>, "David G King" <dgking@google.com>
Bcc:
Received Date: 2008-02-29 10:37:12 GMT
Subject: Re: UMG to enable 100% Audio Claims

---

On Fri, Feb 29, 2008 at 2:19 PM, Kelsey LeBeau <kelsey@youtube.com> wrote:

> Yi-ling -
>
> Happy friday! A few quick items:
>
> 1) UMG wants to move forward with audio fingerprinting all of their
> content. potentially a big impact. They seemed to be most upset about
> videos with lots of unmonetized embedded views..but once we have the
> fingerprint, we can't restrict the videos we claims to low views, etc. We
> could see if the VideoID implementation eases some of their concerns (but it
> is doubtful). Here are some options:
>     a) Block all videos that we don't have publishing
>     b) Offer UMG the ad-inventory for the videos that we don't have
> publishing (we would have to run this by compliance) as a way to keep them
> live on YT (Block embeds)
>     c) Other ideas?
>

---

Actually it would be easier if we could switch it to track where we don't
have 100% publishing. Just because that is the current biz logic that we do
with their other tracks.


>
> Please let me know what we would need. Would UMG need to send us the
> tracks in the same format that we have been receiving w/ limited
> publishers? Would we be able to use the CSV file that I sent to you as a
> weekly update?

---

Is it because it's a different group sending us the file that it can't be
the same format that we are already receiving from them?

2) I proposed that make their cleared audio available for audio swap and
> audio fingerprinting. Would we be able to pull audio files from the
> teleporter the way we pull the metadata? (we really need a better "Remixer"
> option!)
>

---

This would be a new feature but I imagine that would be possible.


> 3) Do we have any updates on the Prince tracks and discrepancies that AM
> did not have data for. In a call with the claiming team at UMG earlier
> today, they mentioned that there are many examples of 'Reference Files" that
> do not have any matching, but there are videos that have the tracks. (I am

DATE: 12.12.08
DEPONENT: King
EXHIBIT# 7
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

G00001-01998280

> still digging out of email, so if I missed this update, sorry!)
>
> ------------------------------

Sorry, the last update was from Lou saying he was checking on something. I just sent him an email back asking about status.

yi-ling

> Thanks,
>
> Kelsey
>
>
>
> --
> ------------------
> Kelsey LeBeau
> YouTube, Strategic Partner Manager
> 901 Cherry Avenue
> San Bruno, CA 94066
>
> Fax (650) 887-2536
>
>
> This email may be confidential or privileged. If you received this
> communication by mistake, please don't forward it to anyone else, please
> erase all copies and attachments, and please let me know that it went to the
> wrong person. Thanks.

Highly Confidential

G00001-01998281