Redacted Pursuant to Protective Order
at Request of Defendants

To: "Adam Coates" <acoates@google.com>
From: "Sathya Smith" <sathya@google.com>
Cc: "David G King" <dgking@youtube.com>, "Mark Yoshitake" <myoshitake@youtube.com>, "Anthony Zameczkowski" <anthonyz@google.com>
Bcc:
Received Date: 2007-05-30 17:13:57 GMT
Subject: Re: Temporary Access to CYC tools for Ligue 1

Figueira Decl. Tab 71

Adam,

David gets final say in whether we give them test access, but...

> 2 weeks is too long. The best that I can suggest, the same as Canal +, is 3 business days, with a cap on the number of claims (for Canal + it was a max of 10 over 3 days) they can make. The reasons for this, even though it is a test setup, any claims they make will have to be processed and considered as a valid take down request. We don't want them using the test period to take down every piece of content they think violates copyright. We want to minimize the number of requests, one reason being PSO has to support this and as you know we are quite strained for resources. If they want to use our tools to help them monitor copyright content and claim them, they will have to work with us as a partner.
>
> cheers
> Sathya

On 5/30/07, Adam Coates <acoates@google.com> wrote:
>
> Hi David and Mark,
>
> I just had an interesting meeting with Ligue 1 who are considering joining
> the Premiership class action to sue YouTube. Anthony feels that we may be
> able to placate them if we grant them temporary access to the CYC tools so
> that they can experiment with them. Hopefully this access coupled with
> future developments (video fingerprinting) might be enough to persuade them
> to not to sue.
>
> My ask: Can we grant the french football league access to CYC on a
> temporary basis (perhaps 2 week period)?
>
> Thanks,
>
> Adam.
>
>
>
>

--
Sathya Smith
Sales Engineer, Google Inc.,

DATE: 12-12-08
DEPONENT: King
EXHIBIT# 13

CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

G00001-01519154

71-0002

Highly Confidential

GOO001-01519155