Figueira Declaration Tab 72

Filed Under Seal Pursuant to Protective Order at Request of Defendants