| | |
|---|---|
| To: | "dgking@google.com" <dgking@google.com> |
| From: | "kgharrison@google.com" <kgharrison@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-12-12 01:08:09 GMT |
| Subject: | Opening Up VID to UGC Sitess |

I've shared a document with you called "Opening Up VID to UGC Sitess":
http://docs.google.com/a/google.com/Doc?id=cf58zqrs_89fzpk6fcb&invite=gc9gtm4
It's not an attachment -- it's stored online at Google Docs. To open
this document, just click the link above. --- guys - here's a draft of
the VID API plan. Please comment in all your copious amounts of free time.
Opening Up VID to UGC Sites (DRAFT)
Author: Kyle Harrison

Overview

The purpose of this project is to explore opportunities to open the
Video Identification API to third party UGC sites. As a precursor to
this effort, VID is being integrated with other Google properties
(beyond YouTube). The first such integration is with Google Video. The
belief is that opening the API outside of Google will increase the
relevance of our VID engine and reference database to the industry thus
creating additional incentives for rights owners to provide their
content to us.

Why would third party UGC sites use such a service? The problems this
service could solve for them include:
Identification. We could identify copyrighted content across their
site and within new uploads. Once identified, they could use their own
business logic to determine how to manage the material (i.e. whether to
take it down or leave it up). This service becomes more compelling as
our reference database grows.
Policy Lookup. If we can establish web wide policies for our reference
material we could enable sites to be copyright compliant.
Monetization. For AFV partners, we could improve the relevancy of the
advertising when the content and policy is identified by VID. In the
case of copyrighted content, we could manage payouts to the rights
owners. Note: Adsense for Video is a monetization engine that plugs
into third party players. See list of partner sites below.

Candidate Partners
We will target some of the larger UGC sites to assess interest level
and get feedback on early plans. Estimates as are for visitors during
the month of October 2007.
MySpace. 30M visitors. Owned by Fox who is participating in Hulu.
Heavy.com. 10M visitors.
ManiaTV. 8.1M visitors.
Break.com. 7.1M visitors. AFV partner.
Metacafe.com. 5.1M visitors.
Veoh. 3.8M visitors. AFV partner. Has already expressed interest and
is waiting to test out the VID engine

Other possible partners are listed below. Each of these partners is
currently integrating or planning to integrate AFV (as of Dec 2007).
Live with AFV: Brightcove.com (no longer hosting UGC), Revver,
Blip.tv, Hollywoodupclose.com, Grind.tv, Guba.com, us.dada.net,
Broadcast Interactive Media, ExpertVillage, TopTVBytes, BobVila.com,

Figueira Decl. Tab
73

DATE: 12-12-08   EXHIBIT#
DEPONENT: King      21
CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

G00001-01613336

bunkershot.com, autobytel
Implementing AFV: Veoh, Break.com, fandango.com, Roo, Tremor Media, yumenetworks.com, godtube.com, eyespot.com , Ten Magazine, Diet.com

Workflow
The complete offering workflow is detailed below. Note this is fairly comprehensive as it integrates policy responses and monetization. The initial offering would be a basic Identification only service. (Detail of basic workflow in the works).

Partner Evaluation
At least one partner - Veoh - has already expressed interest in an Identification API. We plan to reach out to others as well with the goal of assessing interest and refining the core service offering. As part of this outreach, if potential partners wish to evaluate the matching service we can onboard them as VID partners. They can upload reference content via web upload; mark it is private if desired; and upload UGC in a separate YT account to test the robustness of the matching algorithm.

Basic Requirements and Timing
To offer the core service of Identification, the following items in place:
Fingerprint Generator. Partners need to be able to generate fingerprints of their content to deliver to YouTube. We cannot expect to require them to give us their original content.
Basic API. We can leverage the work done for GV as a starting point. See proposed messaging spec below.

The timing for delivery of these items is estimated as end of Q1.

API & Messaging
Following is a high level outline of the basic messaging for the purpose of partner discussion and feedback.

When a user uploads content to a Partner site, the Partner generates a FP and sends it to Google. Google responds with basic match info. No policy information included. Partner makes policy decisions based on their own business logic.

Partner Message
Partner ID/login. A unique ID/login for the UGC partner
FP. Fingerprint generated from gfp-gen
Custom ID. Custom ID for future reference.

Google Response
Match. A binary indication of a match against the Google reference database.
Confidence. I'm inclined to leave this out initially since it muddies the water. Would prefer to be a binary answer that we refine over time. Thoughts?
Lookup Offset. Start time of match on UGC video.
Reference Offset. Start time of match on Reference video.
Duration. Duration of match.
Descriptors. All descriptive metadata that we have for the Reference match:
For Music: ISRC, Artist, Song, Album, Label, Release date
For TV: Show title, Episode title, Episode #, Season #

At a later time, the partner may want to recheck or re-lookup the UGC

match (maybe they lost the data or we've done reverse lookups with new ref material).

Partner Message
Partner ID/login
Custom ID

Google Response
<same response as above>

Business Models
We envision this service to have a base offering that is free (but compelling and useful in and of itself) with additional components, services, or guarantees available for a fee. Initial thinking is the following:

Free Offering
Identification Lookup.
No performance guarantees

Possible additional fee based offerings
Add reference videos. Add reference videos to be used for lookups from Partner site only.
Policy creation. Add policy information to Partner reference material.
Policy lookup. Lookup policies for Google or Partner reference material.
Auto notification of policy changes to previously identified material.
Reverse lookups. As new reference material is uploaded, run the Partner's FPs against it and pro-actively notify partner.
Low latency guarantee on lookup
Uptime guarantee

The current operating cost to provide the basic service is estimated to be: $0.30 per FP added to the system.

Next Steps and Timing
(Early Jan). Follow-up call with Veoh. Discuss VID evaluation process and proposed high level messaging spec.
(Early Jan). Follow-up with other target partners listed above.
(Early Jan). GPS with Chad & Steve
(Early Feb). Refine service offering and target release.

Open Issues & Questions
When partner UGC creates a match, we should not create a claim since the partner's dispute flow (if one even exists) is not integrated with Google/YT.
(Mia) What liability exists to Google as we identify matches against copyrighted material on partner sites?

**Highly Confidential**