Figueira Decl. Tab 74

| | |
|---|---|
| To: | "Franck Chastagnol" <fchastagnol@youtube.com> |
| From: | "David G King" <dgking@google.com> |
| Cc: | "Steve Chen" <steve@youtube.com>, "Shashi Seth" <shashis@google.com> |
| Bcc: | |
| Sent Date: | 2007-02-20 18:25:24 GMT |
| Subject: | Re: Fwd: Vobile VideoDNA |

I'll add them to the list, but definitely agree that we want to get our google trial in place first. Remaining ignorant of the intricacies of industry solutions allows us to proceed untainted by others IP. Once we have our service in place, then we can compare against what others are doing and make the call on the best solution.

dk

Franck Chastagnol wrote:
> dave: can you add this to your list of video fingerprinting vendors ?
>
> steve: so far our position has been that we first want to have a pilot
> with google video fingerprinting before starting looking at third
> party solution.
> let us know if you disagree.
>
> thanks,
> franck
>
> Begin forwarded message:
>
>> *From: *Steve Chen <steve@youtube.com <mailto:steve@youtube.com>>
>> *Date: *February 17, 2007 7:29:07 PM PST
>> *To: *Chastagnol Franck <fchastagnol@youtube.com
>> <mailto:fchastagnol@youtube.com>>, Shashi Seth <shashis@google.com
>> <mailto:shashis@google.com>>
>> *Subject: **Fwd: Vobile VideoDNA*
>>
>> Video Fingerprinting tech. Feel free to ignore if uninterested.
>>
>> -s
>>
>> Begin forwarded message:
>>
>>> *From: *Yangbin Wang <yangbin@vobileinc.com
>>> <mailto:yangbin@vobileinc.com>>
>>> *Date: *February 17, 2007 12:12:31 PM PST
>>> *To: *Steve Chen <steve@youtube.com <mailto:steve@youtube.com>>
>>> *Subject: **Re: Vobile VideoDNA*
>>> *Reply-To: *yangbin@vobileinc.com <mailto:yangbin@vobileinc.com>
>>>
>>> Hi Steve --
>>>
>>> Best wishes to you for a happy Chinese New Year !
>>>
>>> Attached are two files: VideoDNA technology white paper and our team
>>> background, for your casual reading while traveling :-)
>>>
>>> I'm sure you're on top of the content identification and filtering
>>> these days. We have the best video fingerprint technology, called

DATE: 12.12.08   EXHIBIT# 23
DEPONENT: Ki-9
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential                                     G00001-02191925

>>> VideoDNA, for content identification and related applications. As a
>>> small company (30 people) dedicated to VideoDNA software
>>> development, we can become your video technology partner to serve
>>> your application needs.
>>>
>>> Seeing is believing. I only need 30 minutes of your time whenever
>>> you're back in town to show you what our VideoDNA software can do.
>>>
>>> Thanks for your attention and enjoy the holiday!
>>>
>>> Yangbin
>>> 408-396-9264
>>>
>>>
>>>
>>> Steve Chen wrote:
>>>> Hi Yangbin --
>>>>
>>>> It's difficult to coordinate time with all the traveling that I'm
>>>> doing. Is it possible for you to send me a presentation instead?
>>>>
>>>> Thanks.
>>>>
>>>> -s
>>>>
>>>> On Feb 13, 2007, at Feb 13, 8:28 AM, Yangbin Wang wrote:
>>>>
>>>>> Hi Steve --
>>>>>
>>>>> Can we schedule a time to meet in your office? I'd like to show
>>>>> you our VideoDNA technology. It's been tested in MPAA labs with an
>>>>> outstanding performance. I'm sure you'll see application in your
>>>>> online services. Please let me know your availability.
>>>>>
>>>>> Thanks,
>>>>>
>>>>> Yangbin
>>>>> 408-396-9264
>>>>>
>>>>>
>>>>>
>>>>> Steve Chen wrote:
>>>>>> Hi Yangbin --
>>>>>>
>>>>>> I'm going to be leaving for Asia next week and we won't be ready
>>>>>> to integrate with a new video content identification back-end for
>>>>>> a few months. Can we try connecting in February to evaluate?
>>>>>>
>>>>>> -s
>>>>>>
>>>>>> On Dec 15, 2006, at 11:57 AM, Yangbin Wang wrote:
>>>>>>
>>>>>>> Chad, it was great to catch up with you again last night. The
>>>>>>> Chumby is really cool...
>>>>>>>
>>>>>>> Steve, we'd love to show you our latest content identification
>>>>>>> technology called VideoDNA. Chad suggested I should get together
>>>>>>> with you. Could we set up an appointment? Thanks.

Highly Confidential

```
>>>>>>>
>>>>>>> --Yangbin (cell: 408-396-9264)
>>>>>>>
>>>>>>>
>>>>>>
>>>>>>
>>>>
>>>>
>
> ----------------------------------------------------------------
>
>>
>
```

Highly Confidential