```
            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.           )
TELEVISION, INC., PARAMOUNT        )
PICTURES CORPORATION, and BLACK    )
ENTERTAINMENT TELEVISION, LLC,     )
                                   )
              Plaintiffs,          )
                                   )
vs.                                ) NO. 07-CV-2203
                                   )
YOUTUBE, INC., YOUTUBE, LLC,       )
and GOOGLE, INC.,                  )
                                   )
              Defendants.          )
_____)
                                   )
THE FOOTBALL ASSOCIATION PREMIER   )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all    )
others similarly situated,         )
                                   )
              Plaintiffs,          )
vs.                                ) NO. 07-CV-3582
                                   )
YOUTUBE, INC., YOUTUBE, LLC, and   )
GOOGLE, INC.,                      )
                                   )
              Defendants.          )
_____)

              HIGHLY CONFIDENTIAL
        VIDEOTAPED DEPOSITION OF DAVID KING
            SAN FRANCISCO, CALIFORNIA
           FRIDAY, DECEMBER 12, 2008

BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
CSR LICENSE NO. 9830
JOB NO. 16211
```

Figueira Decl. Tab 75

```
 1                        KING                         75-0002
 2    afternoon, Mr. King.
 3           Under item 1B, these are apparently options.
 4    It says/state "Offer UMG the ad-inventory for the
 5    videos that we don't have publishing (we would have to
 6    run this by compliance) as a way to keep them live
 7    on" -- YouTube or -- "YT" -- excuse me, there's an
 8    abbreviation -- "(block embeds)."
 9           Do you see that?  Actually, there's no period
10    there, but a full stop.
11        A  Yes, I see that.
12        Q  Okay.  Do you have any idea what that
13    statement means, we don't have publishing for certain
14    videos as a way to keep them live on YouTube?
15           MR. MANCINI:  Again, objection to the extent
16    it calls for any legal communications.
17           You can testify to a business understanding.
18           Just to be clear, I'll permit the witness to
19    testify to a fact, to a fact about -- but not to
20    communications with lawyers.
21           THE WITNESS:  So putting -- what this would
22    be referring to is, at times, for specific sound
23    recordings, YouTube has certain sound recordings where
24    the -- the publishing has not been identified.
25           MR. HART:  Q.  Unidentified or not cleared?
```