```
 1              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    VIACOM INTERNATIONAL, INC., COMEDY )
 3  PARTNERS, COUNTRY MUSIC.           )
    TELEVISION, INC., PARAMOUNT        )
 4  PICTURES CORPORATION, and BLACK    )
    ENTERTAINMENT TELEVISION, LLC,     )
 5                                     )
                    Plaintiffs,        )
 6                                     )
    vs.                                ) NO. 07-CV-2203
 7                                     )
    YOUTUBE, INC., YOUTUBE, LLC,       )
 8  and GOOGLE, INC.,                  )
                                       )
 9                  Defendants.        )
    _____)
10                                     )
    THE FOOTBALL ASSOCIATION PREMIER   )
11  LEAGUE LIMITED, BOURNE CO., et al.,)
    on behalf of themselves and all    )
12  others similarly situated,         )
                                       )
13                  Plaintiffs,        )
    vs.                                ) NO. 07-CV-3582
14                                     )
    YOUTUBE, INC., YOUTUBE, LLC, and   )
15  GOOGLE, INC.,                      )
                                       )
16                  Defendants.        )
    _____)
17
                  HIGHLY CONFIDENTIAL
18       VIDEOTAPED DEPOSITION OF DAVID KING
             SAN FRANCISCO, CALIFORNIA
19            FRIDAY, DECEMBER 12, 2008
20
    BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
21  CSR LICENSE NO. 9830
    JOB NO. 16211
22
23
24
25
```

Figueira Decl. Tab 76

```
1                         KING                    76-0002
2          THE WITNESS:  I don't think I can provide
3   a -- an accurate definition of the term "progressive
4   download."  So while it's accurate that it's a term
5   that I've heard, I do not feel confident in my -- in
6   my understanding of exactly what that refers to.
7          MR. HART:  Okay.
8      Q   So you don't know whether YouTube's process
9   of disseminating content over the Internet to end
10  users involves progressive downloading?
11         MR. MANCINI:  Objection to form and
12  characterization and lacks foundation.
13         THE WITNESS:  I'm not expert in the term
14  "progressive download," so I can't comment on whether
15  that is applicable to the technical functioning of the
16  YouTube website.
17         MR. HART:  Q.  Now, also in -- in Exhibit 18,
18  page nine, second bullet, so we're clear what I'm
19  referring to, it says, "Get complete catalog
20  information from signed publishers, an industry
21  standard.  See WR format."
22         Right?  That's what I'm refer --
23     A   Yes.
24     Q   Okay.  Is it necessary for YouTube to have
25  signed agreements with publishers in order to get
```

```
1                        KING                    76-0003
```

2  information about the rights music publishers own or
3  control?
4      MR. MANCINI: Objection to form and objection
5  to the extent it seeks a legal conclusion.
6      MR. HART: Just want the facts. No legal
7  conclusions.
8      THE WITNESS: I don't -- I don't feel that I
9  have the -- the legal expertise to comment on whether
10 access to the data would require a -- an agreement.
11     MR. HART: Okay.
12   Q  Have you ever gone to the Harry Fox website?
13   A  I have gone to the Harry Fox website.
14   Q  You ever looked up a song title on the Harry
15 Fox website?
16   A  I have done so.
17   Q  You have?
18   A  I have.
19   Q  Okay. Have you ever gone to the ASCAP or BMI
20 websites?
21   A  I have gone to the ASCAP and the BMI
22 websites.
23   Q  Have you ever looked up useable composition
24 publisher information on either of those websites?
25   A  Yes, I have done so.

```
1                        KING                    76-0004
2          Q   Okay.  Are you aware whether YouTube has
3     public performance licenses from ASCAP and BMI in the
4     United States?
5          A   I am not aware if those -- if we have those
6     licenses or not.
7          Q   Okay.  Thank you.
8              We're up to 19?
9              MR. DESANCTIS:  19 is the next number.
10             MR. HART:  Okay.  22.  22.
11             (Document marked King Exhibit 19
12              for identification.)
13             MR. HART:  Man, are you good or what?  That's
14    19; right?
15             MR. DESANCTIS:  19.
16             MR. HART:  Q.  Have you had an opportunity to
17    review Exhibit 19?
18         A   I have.
19         Q   Will you identify it for us?
20         A   This would appear to be a correspondence to
21    me from Franck Chastagnol on April 2007.
22         Q   Okay.  Did you ever reply to Mr. Chastagnol?
23         A   I don't recall.
24         Q   Okay.  Do you have any understanding about
25    whether 30 seconds amounts to fair use?
```