```
           UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.           )
TELEVISION, INC., PARAMOUNT        )
PICTURES CORPORATION, and BLACK    )
ENTERTAINMENT TELEVISION, LLC,     )
                                   )
              Plaintiffs,          )
                                   )
vs.                                ) NO. 07-CV-2203
                                   )
YOUTUBE, INC., YOUTUBE, LLC,       )
and GOOGLE, INC.,                  )
                                   )
              Defendants.          )
_____)
                                   )
THE FOOTBALL ASSOCIATION PREMIER   )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all    )
others similarly situated,         )
                                   )
              Plaintiffs,          )
vs.                                ) NO. 07-CV-3582
                                   )
YOUTUBE, INC., YOUTUBE, LLC, and   )
GOOGLE, INC.,                      )
                                   )
              Defendants.          )
_____)
```

Figueira Decl. Tab 77

                 HIGHLY CONFIDENTIAL
         VIDEOTAPED DEPOSITION OF DAVID KING
              SAN FRANCISCO, CALIFORNIA
              FRIDAY, DECEMBER 12, 2008

BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
CSR LICENSE NO. 9830
JOB NO. 16211

1

```
1                         KING                      77-0002
2            THE WITNESS:  I'm aware of a technical
3    discussion about the requirements for a video
4    identification system that could meet the needs of
5    YouTube.
6            (Document marked King Exhibit 21
7              for identification.)
8            THE WITNESS:  Okay.  Can I dispose of this
9    one?
10           MR. HART:  Don't dispose of it.  You can put
11   it in front of the court reporter, though,
12   from Mr. Mancini's lexicon of nitpicking.
13           See, I got him to smile.  There you go.
14           MR. MANCINI:  I prefer not to.
15           MR. HART:  You prefer not to smile.  I know.
16   You object to smiling.
17      Q    Okay.  Before we get into this document in
18   any depth, Mr. King, are you aware of discussions
19   internally at YouTube/Google to turn any of the
20   content identification systems or technology into
21   products that YouTube/Google could license to
22   third-party websites?
23           MR. MANCINI:  Objection to form and objection
24   to the extent it seeks any legal communications with
25   counsel.
```

| | | |
|---|---|---|
| 1 | KING | 77-0003 |

2  MR. HART: I don't want your communications
3  with counsel.
4  THE WITNESS: There we have had --
5  MR. MANCINI: I just want to caution the
6  witness --
7  THE WITNESS: Yes.
8  MR. MANCINI: -- not to discuss either any
9  communications with counsel which are privileged or
10  the results of communications with counsel, which are
11  also privileged. Other than that, you can -- you can
12  communicate -- you can discuss this subject.
13  THE WITNESS: So once again, what was your
14  question?
15  MR. HART: Let's read it back.
16  (Whereupon, record read by the Reporter as
17  follows:
18  "Question: Okay. Before we get into this
19      document in any depth, Mr. King, are you
20      aware of discussions internally at
21      YouTube/Google to turn any of the content
22      identification systems or technology into
23      products that YouTube/Google licensed
24      to third party websites?")
25  MR. HART: Could license to third parties.

| | | |
|---|---|---|
| 1 | KING | 77-0004 |

2          THE WITNESS:  I think our video
3   identification platform is a -- is a platform that
4   we're proud of, and we have considered making it
5   available to third-party websites.
6          MR. HART:  Okay.  Thank you.
7      Q   And if you could just quickly identify for me
8   what we've marked as Exhibit 21?
9          MR. MANCINI:  Identify in which way?
10         MR. HART:  Q.  Well, I guess, first, is it --
11  is this consistent with your usual practice as an
12  e-mail that you had received in the ordinary course at
13  YouTube?
14     A   So based on the file header that I see here,
15  it would appear that this is an e-mail I did receive
16  in December of 2007.  Is that -- does that answer your
17  question?
18     Q   Yeah, that's fine.
19         And if you would just look at the sentence
20  immediately below the heading "Overview" on the first
21  page, and there's a sentence, quote, "The purpose of
22  this project is to explore opportunities to open the
23  video identification API to third-party UGC sites."
24         Do you see that sentence?
25     A   I see that sentence.