Figueira Declaration Tab 78

Filed Under Seal Pursuant to Protective Order at Request of Defendants