```
           UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC.           )
TELEVISION, INC., PARAMOUNT        )
PICTURES CORPORATION, and BLACK    )
ENTERTAINMENT TELEVISION, LLC,     )
                                   )
           Plaintiffs,             )
                                   )
vs.                                ) NO. 07-CV-2203
                                   )
YOUTUBE, INC., YOUTUBE, LLC,       )
and GOOGLE, INC.,                  )
                                   )
           Defendants.             )
_____)
                                   )
THE FOOTBALL ASSOCIATION PREMIER   )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all    )
others similarly situated,         )
                                   )
           Plaintiffs,             )
vs.                                ) NO. 07-CV-3582
                                   )
YOUTUBE, INC., YOUTUBE, LLC, and   )
GOOGLE, INC.,                      )
                                   )
           Defendants.             )
_____)
```

Figueira Decl. Tab 81

HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF OMID KORDESTANI
SAN FRANCISCO, CALIFORNIA
THURSDAY, FEBRUARY 12, 2009
BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
JOB NO. 16382

1

```
 1                    KORDESTANI                 81-0002
 2        Q    So if an advertiser wants to understand how
 3   to advertise on Google, this explains the process;
 4   isn't that right?
 5        A    Yes.
 6        Q    And there's -- in addition to AdWords, if you
 7   go to the last page of this document, there is
 8   something called "AdSense"; is that correct?
 9        A    Yes.
10        Q    And how does AdSense differ from AdWords?
11        A    AdSense is the program that website owners or
12   publishers who want to have Google advertisers appear
13   on their website use, so they earn money by using our
14   system to have our ads appear on their site.
15        Q    And does Google earn revenue from
16   contextualized -- contextualized ads on third-party
17   sites?
18             MR. MANCINI:  Objection to form.
19             THE WITNESS:  Yes.
20             MS. KOHLMANN:  Okay.
21        Q    And how -- how exactly does AdSense work?
22   Can you describe the process to me?
23        A    It's basically a website identifies an area
24   on their website where they like to have ads appear,
25   and ads are either targeted based on keywords, if they
```

| | | |
|---|---|---|
| 1 | KORDESTANI | 81-0003 |

2  have a search page, or if they have content on their
3  page, we have a system that identifies relevant ads to
4  the content on that page.
5      Q   So, for example, if you go to the last page
6  of this Exhibit 2 that I've put in front of you, in
7  the middle of page it says, "AdSense for content
8  automatically crawls the content of your pages and
9  delivers text and image ads that are relevant to your
10 audience and your site content."
11     A   Yes.
12     Q   Is that what you were describing, it crawls
13 the content?
14     A   Yes.
15     Q   And what are the factors that go into an
16 AdSense for content determination about which ads to
17 display on a particular site?
18         MR. MANCINI:  Objection to form.
19         THE WITNESS:  What -- what do you mean by
20 that?  What is the question?
21         MS. KOHLMANN:  Q.  So how -- what -- if I
22 understood your testimony, and I understand the last
23 page of Exhibit 2, there is a crawl of the content
24 which then generates an ad; correct?
25     A   Is it --

1      KORDESTANI

81-0004

2      MS. KOHLMANN: Q. But -- and -- and there is

3  a revenue split between Google, as a result of

4  AdSense, and the advertiser; is that correct?

5  A  Yes.

6  Q  And is there a traditional revenue split?

7      MR. MANCINI: Objection to form.

8      THE WITNESS: Majority of the revenue goes to

9  our publishers.

10      MS. KOHLMANN: Q. Is there a percentage

11  that's typical in your deals?

12      MR. MANCINI: Objection to form.

13      THE WITNESS: Percentages depend on the -- on

14  the size of the customer, typically, and how they work

15  with us.

16      MS. KOHLMANN: Q. And that's AdSense for

17  content. There's also something called "AdSense for

18  search." How does that work?

19  A  It's similar to searches on Google. So if a

20  site has a web search where a user is searching on a

21  different, let's say, Ask.com, then ads are triggered

22  based on search terms.

23  Q  And is -- is there, again, a revenue split

24  between Google and the advertiser if one uses AdSense

25  for search?