Figueira Declaration Tab 82

Filed Under Seal Pursuant to Protective Order at Request of Defendants