To: "supportrep@youtube.com" <supportrep@youtube.com>
From: "heather gillette" <heather@youtube.com>
Cc:
Bcc:
Received Date: 2006-05-25 03:34:59 CST
Subject: Stop the pro active scans until we are caught up on email...

Folks,

Other than American idol and SNL, please stop the scans so that we can spend more time on email. This doesn't mean that you should forget about groups or the most subscribed pages, but at least we can try to get email down when we are done with those. Please try and hit a number of around 200 per shift. You can challenge yourself with this number and then check your progress using the report called "user report custom" under the 'custom reports menu.

Thanks guys!

Heather

Figueira Decl. Tab 84

Highly Confidential



EXHIBIT 10
Levine
KGL 4-2-09

G00001-00839903