To:          "copyright@youtube.com" <copyright@youtube.com>, "heather@youtube.com"
<heather@youtube.com>
From:     "yoshiko.doh@fujitv.co.jp" <yoshiko.doh@fujitv.co.jp>
Cc:
Bcc:
Received Date:  2006-09-01 08:54:52 GMT
Subject:    from Fuji Television Network Inc

**Figueira Decl. Tab**

**86**

Dear Heather

It's been a while since we last exchanged e-mails. On a daily basis, Fuji Television is using your deleting tool to take down infringed videos.

This number has already exceeded 4000 and Fuji TV is sustaining enormous damages.
Even if a video of a certain program is deleted, the same content is uploaded again, over and over. We are very disappointed at how unproductive this process is.

To begin with, these infringement acts started because You Tube launched such a site. Therefore, isn't it your responsibility to take more effective measures to prevent all this?

We have two proposals. Firstly, if a user uploads an infringed video even once, we strongly ask you to terminate his/her account and take measures so that no further uploading will be possible from that same IP address. This will make our deleting process worthwhile.

Secondly, You Tube knows which videos are infringed whenever Fuji TV requests deletions. Therefore, if the same video is uploaded again, please cooperate with us by deleting them yourselves through your site patrols.
I look forward to hearing from you.

Yoshiko Koike
Copyright Section
Programing & Production Dept.
Fuji Television Network Inc
2-4-8 Daiba
Minato-ku, Tokyo 137-8088
Japan
TEL: +81.3.5500.8363
FAX: +81.3.5500.8368



EXHIBIT 24
Levine
KB1 4-2-09

**Highly Confidential**