```
1           UNITED STATES DISTRICT COURT
2           SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------------X
     VIACOM INTERNATIONAL, INC., COMEDY
4    PARTNERS, COUNTY MUSIC
     TELEVISION, INC., PARAMOUNT
5    PICTURES CORPORATION, and BLACK
     ENTERTAINMENT TELEVISION, LLC,
6
                 Plaintiffs,
7           vs.                      No. 07-CV-2203
8    YOUTUBE, INC., YOUTUBE, LLC,
     and GOOGLE, INC.,
9
                 Defendants.
10   ------------------------------------X
     THE FOOTBALL ASSOCIATION PREMIER
11   LEAGUE LIMITED, BOURNE CO., et al.,
     on behalf of themselves and
12   all others similarly situated,
13               Plaintiffs,
            vs.                      No. 07-CV-3582
14
     YOUTUBE, INC., YOUTUBE, LLC,
15   and GOOGLE, INC.,
16   Defendants.
     ------------------------------------X
17
                 HIGHLY CONFIDENTIAL
18       VIDEOTAPED DEPOSITION OF ZAHAVAH LEVINE
                 SAN FRANCISCO, CALIFORNIA
19           THURSDAY, APRIL 2, 2009
20   BY: KATHERINE E. LAUSTER, CSR 1894, RPR, CRR, CLR
21   Job No. 16721
22
23
24
25
```

Figueira Decl. Tab 88

```
 1                      LEVINE                    88-0002
 2     got --
 3         Q.    Uh-huh.
 4         A.    -- was much less than the market share
 5     that they purported to represent.
 6         Q.    Okay.  Thank you for clarifying that.
 7               Do you recall what proportion of the
 8     market they purported -- they, Harry Fox --
 9     purported to represent at that time?
10         A.    Not exactly.
11         Q.    Ballpark.  Approximately.
12         A.    Somewhere between 65 and 75 percent maybe.
13         Q.    Okay.  And are you aware of what Harry
14     Fox -- what proportion of the market Harry Fox
15     purports to represent today?
16         A.    For what purpose?
17         Q.    For clearance of publishing rights in the
18     manner you described a moment ago.
19         A.    So I think it depends on the context,
20     because Harry Fox represents different publishers
21     for different kinds of licensing.  So, for example,
22     they may have a different market share for licensing
23     downloads --
24         Q.    Uh-huh.
25         A.    -- than they do for audio only streaming,
```