Figueira Decl. Tab
89

## YouTube Content Feed Specification

**Table of Contents**

- Overview
- Posting Content Feeds for YouTube
- Formatting Requirements
  - Understanding the <yt:action> Element
  - Sample XML Feed
  - XML Tag Definitions for Content Feeds
    - RSS Tags
    - Tags Defined in the Yahoo! Media Schema
    - Tags Defined in the YouTube Video Schema
- Understanding Status Reports for Uploaded Feeds
  - Sample XML for Status Report
  - XML Tag Definitions for Status Reports
- Appendixes
  - Appendix A - Valid Categories for Video Content
  - Appendix B - Protecting Copyrighted Material on YouTube
  - Appendix C - Additional XML Feed Examples
    - XML Examples for Movie Videos
    - XML Examples for TV Videos

## Overview

This document defines an XML feed format that allows YouTube's trusted content partners to create, update, replace and delete video content. You must use this feed format if you want to classify your videos as commercially licensed content, a classification that also allows you to include those videos under your revenue-sharing agreement with YouTube.

This document contains the following sections:

- The Posting Content Feeds for YouTube section explains steps that you will need to complete before you will be able to post YouTube content feeds. This section then discusses the process by which YouTube will retrieve and process your files.
- The Formatting Requirements section explains encoding specifications for your uploaded videos in addition to formatting requirements for your XML feeds. This section also contains three subsections.
  - The Understanding the <yt:action> Element section explains the different types of operations that you can request in your content feeds.
  - The Sample XML Feed section demonstrates how a content feed would request these different operations.
  - The XML Tag Definitions section defines each XML tag that may appear in a YouTube content feed. YouTube content feeds are based on the RSS feed format and use several RSS tags. Feeds also incorporate elements defined in both the YouTube content schema and the Yahoo! Media RSS module.

Highly Confidential GOO001-07171324

- The Understanding Status Reports for Uploaded Feeds section discusses the reports that YouTube will post after processing your content feeds. These reports specify each action that YouTube takes on your videos and indicate whether each action is successful. This section contains two subsections.
    - The Sample XML for Status Reports section provides a sample status report.
    - The XML Tag Definitions for Status Reports section defines each XML tag that appears in YouTube status reports.
- The Appendixes provide additional information to help you to create your content feeds.
    - Appendix A - Valid Categories for Video Content defines the values that you may use for the <media:category> tag in your content feeds.
    - Appendix B - Protecting Copyrighted Material on YouTube briefly explains some of the mechanisms that YouTube uses to ensure that user-submitted content does not infringe on our content partners' copyrights.
    - Appendix C - Additional XML Feed Examples provides additional examples that demonstrate usage of all of the XML tags that may appear in your content feeds.

## Posting Content Feeds for YouTube

You will need to complete the following steps to be able to post content feeds to YouTube:

- Create a YouTube account that will function as your partner admin account. You will specify this account in your feed, which will enable the account to update, replace or delete any videos that you have created.
- Provide your Technical Account Manager with an account name for your YouTube SFTP account. Your Technical Account Manager will confirm that your SFTP account has been created and provide you with the account password. In addition, you will need to exchange SSH keys to enable YouTube to access your feeds.

After completing these steps, you can begin posting video content for YouTube. You will need to prepare original video files as well as an XML feed containing metadata and options for each video. The following guidelines explain file formatting requirements for both your video files and your XML feed. The Sample XML Feeds and XML Tag Definitions sections, which appear later in this document, explain the XML feed structure and define each of the elements that may appear in your feeds.

### YouTube's Feed-Handling Process

When you are ready for YouTube to process your video files and your XML feeds, create a file named **delivery.complete** in the SFTP directory where those files are located. YouTube will then process files from that directory and any of its subdirectories. .

The following steps explain how YouTube processes your files:

1. After creating and posting your feeds and video files, you place a **delivery.complete** in the SFTP directory or directories where you have uploaded those files.
2. YouTube processes your files in its staging environment.
    a. YouTube takes file hashes and audio fingerprints of each of your commercially licensed videos. This information is then stored in YouTube's reference databases. When other users upload new videos, their video files will be compared to those hashes and audio fingerprints in an effort to prevent the uploading of unauthorized copies of your copyright-protected content. **Note:** The <yt:ugc> tag in your XML feeds allows you to specify for each video what YouTube should do if another user uploads a video matching your content.

b. YouTube pushes your video files and metadata to its production servers. Each video will be made available based on the start time you have designated for that video in your XML feed. If you have not specified a starting time for the video, the video will be visible to YouTube users as soon as the push process is complete. **Note:** We recommend that you deliver video files and metadata one to two weeks before you would like your videos to be publicly released. Even though videos will normally be pushed to YouTube's production site within hours of your posting your feed, providing your data in advance allows you more control over the time that your video content becomes visible to YouTube users.

3. After processing each XML feed, YouTube will post a status report detailing the actions taken for each item in that feed. The report will be named **status-xml-filename**, where xml-filename is the filename of your XML feed. The status report will be placed on YouTube's SFTP server in the same directory as the feed.

The diagram below illustrates this process. The numbers in the diagram correspond to the numbered steps in the list above.

Highly Confidential

GOO001-07171326

## Formatting Requirements

### Formatting Requirements for Uploaded Videos

- You must deliver original, commercially licensed video files to YouTube. We encourage you to encode your videos according to the specifications below, which are optimal for playback on YouTube. If you are unable to encode your videos using these specifications, YouTube will still accept your video format and will re-encode your video files to these specifications. However, please note that this re-encoding process may affect the quality of your videos.

    - **Video format** - Flash 7 .flv (SQV 3 codec)
    - **Video Bitrate** - **256kbps** (kilobits per second)
    - **Framerate** - 30 frames per second
    - **Resolution** - 320x240
    - **Audio format** - .mp3 (22 kHz sampling)
    - **Audio Bitrate** - **64 kbps**

- You must follow a recognizable naming convention for individual video files. You will need to reference video file names in your XML feeds.

- Video files must be 100MB or smaller.

- You may compress video files using the **.zip** format. Please note that the 100MB size restriction applies to the *uncompressed* video file.

### Formatting Requirements for XML Feeds

- Certain characters must be escaped when included as values in XML tags. Please ensure that your XML processer converts these characters into the appropriate escaped entity. If you do not escape these characters correctly, your feed may not be valid. The XML Standard documents these characters, which are reproduced in the table below:

| Character | | Escaped Forms | |
|---|---|---|---|
| | | Entity | Character Code |
| Ampersand | & | & | & |
| Single Quote | ' | ' | ' |
| Double Quote | " | " | " |
| Greater Than | > | > | > |
| Less Than | < | < | < |

- Each XML filename must include a timestamp the identifies the date and time that the feed was created. Please use the format **YYYY-MM-DD-HHMM** for these timestamps – e.g. yt_metadata_**2006-12-30-1500**.xml.
- You can compress XML feeds using the **.zip** format.

## Understanding the <yt:action> Element

Your content feeds instruct YouTube to execute any of the following operations for each video included in the feed. In your feed, the <yt:action> tag specifies the type of action that YouTube should take for each video.

- The **Insert** action indicates that you are providing metadata for a new video. When you insert a video, YouTube will create a new video resource and assign a video_id to the video. The status report that YouTube posts for your feed will specify this new video_id.

Highly Confidential GOO001-07171327

- The **Update** action indicates that you are modifying the metadata for a new video but that you are not changing the video content itself. For each update action, your feed will identify the video_id for the video you are updating as well as any metadata fields that you are changing. You may omit any data fields that are not changing. **Note:** If an update includes the <media:content> tag, the value of that tag's **url** attribute must be empty.

- The **Delete** action removes an existing video from YouTube. For each delete action, your feed will identify the video_id for the video you are deleting.

- The **Replace** action deletes an existing video and inserts a different video in its place. This action allows you to update the metadata *and* the content for a video. However, when you replace a video, you must provide a complete set of metadata for that video rather than just providing the metadata fields that are changing.

## Sample XML Feed

The XML samples below demonstrate how you would insert, update, replace or delete videos in YouTube content feeds. The feed below contains four items, each of which demonstrates the XML structure for a different feed action. (The different possible actions are discussed in the Understanding the <yt:action> Element section.)

**Note:** The example for updating a video also does not include a complete set of optional tags. In addition, the XML samples below are all for music videos. Appendix C contains additional XML samples for movie videos and TV videos. The examples for updating movie and TV videos do include a complete set of optional tags.

```
<?xml version="1.0" encoding="UTF-8"?>
<rss version="2.0"
  xmlns:media="http://search.yahoo.com/mrss"
  xmlns:yt="http://www.youtube.com/schemas/yt/0.2">
  <channel>
    <yt:notification_email>sandy@example.com, ben@example.com</yt:
notification_email>
    <yt:account>
      <yt:username>happypartner</yt:username>
      <yt:password>thec0wg0esm00</yt:password>
    </yt:account>

    <item>
      <yt:action>Insert</yt:action>
      <yt:account>
        <yt:username>little6pac</yt:username>
        <yt:password>yrdnual</yt:password>
      </yt:account>
      <media:title>Doin' Laundry with my Mom.</media:title>
      <media:content url="file://987654321.avi" fileSize="1323320">
        <media:description type="plain">
          Little 6-pac relives his childhood.
        </media:description>
        <media:keywords>little, 6-pac, laundry, mom</media:keywords>
        <media:category>Music</media:category>
        <media:rating scheme="urn:simple">adult</media:rating>
        <media:restriction relationship="deny" type="country">
          fr it
        </media:restriction>
```

Highly Confidential GOO001-07171328

```
  </media:content>
  <yt:date_recorded>2005-08-01</yt:date_recorded>
  <yt:language>en</yt:language>
  <yt:location>
    <yt:country>US</yt:country>
    <yt:zip_code>10047</yt:zip_code>
    <yt:location_text>My mothers kitchen</yt:location_text>
  </yt:location>
  <yt:community>
    <yt:allow_comments>Always</yt:allow_comments>
    <yt:allow_responses>Never</yt:allow_responses>
    <yt:allow_ratings>false</yt:allow_ratings>
  </yt:community>
  <yt:policy>
      <yt:commercial>share</yt:commercial>
      <yt:ugc>share</yt:ugc>
  </yt:policy>
  <yt:music_metadata>
    <yt:isrc>USLE10673202</yt:isrc>
    <yt:grid>A10302300042344407</yt:grid>
    <yt:custom_id>000ABC123XYZ</yt:custom_id>
    <yt:artist>Lil' 6-pac</yt:artist>
    <yt:song>Doin' Laundry with my Mom.</yt:song>
    <yt:album>Bein' Lil' in NY</yt:album>
    <yt:label>Mama's Boy Records</yt:label>
  </yt:music_metadata>
</item>

<item>
  <yt:action>Update</yt:action>
  <yt:video_id>asd92n30</yt:video_id>
  <media:title>Twinkle, Twinkle Little Star</media:title>
  <media:content url="">
    <media:keywords>twinkle, star, placido, pavarotti</media:keywords>
  </media:content>
  <yt:date_recorded>2002-05-24</yt:date_recorded>
  <yt:community>
    <yt:allow_comments>Always</yt:allow_comments>
  </yt:community>
  <yt:music_metadata>
    <yt:label>Kid Songs Inc.</yt:label>
  </yt:music_metadata>
</item>

<item>
  <yt:action>Replace</yt:action>
  <yt:video_id>kd092kj48</yt:video_id>
  <yt:account>
    <yt:username>farmrb0b</yt:username>
    <yt:password>sh33ptun3s!</yt:password>
  </yt:account>
```

```
    <media:title>1812 Sheep</media:title>
    <media:content url="file://1812_sheep.avi" fileSize="1323820007
      <media:description type="plain">
        Sheep bleat the 1812 Overture.
      </media:description>
      <media:keywords>1812, overture, sheep</media:keywords>
      <media:category>Music</media:category>
      <media:rating scheme="urn:simple">nonadult</media:rating>
    </media:content>
    <yt:date_recorded>2004-10-18</yt:date_recorded>
    <yt:language>en</yt:language>
    <yt:location>
      <yt:country>US</yt:country>
      <yt:location_text>Farmer Bob's farm.</yt:location_text>
    </yt:location>
    <yt:community>
      <yt:allow_comments>Always</yt:allow_comments>
      <yt:allow_responses>Always</yt:allow_responses>
      <yt:allow_ratings>false</yt:allow_ratings>
    </yt:community>
    <yt:policy>
        <yt:commercial>share</yt:commercial>
        <yt:ugc>share</yt:ugc>
    </yt:policy>
    <yt:music_metadata>
      <yt:isrc>USPD10267302</yt:isrc>
      <yt:grid>A10202301032445467</yt:grid>
      <yt:custom_id>000ABC123XYZ</yt:custom_id>
      <yt:artist>Farmer Bob's Sheep</yt:artist>
      <yt:song>1812 Overture</yt:song>
      <yt:album>Farm Animal Classics</yt:album>
      <yt:label>Mad Cow Productions</yt:label>
    </yt:music_metadata>
  </item>

  <item>
    <yt:action>Delete</yt:action>
    <yt:video_id>z84kf03j5g</yt:video_id>
  </item>
 </channel>
</rss>
```

## XML Tag Definitions for Content Feeds 39-0003

YouTube content feeds use tags from three XML schemas. The table below identifies the different schemas used in content feeds, the namespace prefix associated with each response, and the namespace URL for each schema.

| Schema | Namespace Prefix | Schema URL |
|---|---|---|
| **RSS** | [None] - this is the default namespace | |
| **Yahoo! Media RSS Module** | media | http://search.yahoo.com/mrss/ |
| **YouTube XML Schema** | yt | http://www.youtube.com/schemas/yt/0.2 |

The following sections define the XML tags that appear in YouTube content feeds. Each section corresponds to an XML schema, and the tags in that section are listed alphabetically.

RSS Tags

Tags Defined in the Yahoo! Media Schema

Tags Defined in the YouTube Video Schema

Understanding Status Reports for Uploaded Feeds

Sample XML for Status Report

XML Tag Definitions for Status Reports

Certain symbols may be displayed next to some subtags in the definitions below. These symbols, and their meanings, are:

? = optional subtag
* = zero or more instances of the subtag
+ = one or more instances of the subtag
| = Boolean OR

### RSS Tags

| rss | |
|---|---|
| **Definition** | The <rss> tag is the root element in an RSS file and encapsulates all data in a YouTube content feed. |
| **Attributes** | **Name** / **Format** / **Description**: **version** / **Text** / The **version** attribute specifies the RSS version to which the document conforms. |
| **Example** | <rss version="2.0" xmlns:media="http://search.yahoo.com/mrss" xmlns:yt="http://www.youtube.com/schemas/yt/0.2"> |
| **Subtags** | channel |
| **Content Format** | Container |

89-0009

<table>
<tr><th colspan="2">channel</th></tr>
<tr><td>Definition</td><td>The <channel> tag encapsulates information about the feed owner, followed by a series of items. Each item corresponds to a particular action that you are performing on a particular video.</td></tr>
<tr><td>Example</td><td><channel></td></tr>
<tr><td>Subtags</td><td>yt:notification_email, yt:account, item</td></tr>
<tr><td>Subtag of</td><td>rss</td></tr>
<tr><td>Content Format</td><td>Container</td></tr>
</table>

<table>
<tr><th colspan="2">item</th></tr>
<tr><td>Definition</td><td>The <item> element encapsulates information about an action that should be performed for a particular video.</td></tr>
<tr><td>Subtags</td><td>yt:action, yt:account, media:title, media:content, yt:date_recorded, yt:language, yt:location, yt:start_time, yt:end_time, yt:community, yt:policy, yt:movie_metadata, yt:music_metadata, yt:tv_metadata</td></tr>
<tr><td>Subtag of</td><td>channel</td></tr>
<tr><td>Content Format</td><td>Container</td></tr>
</table>

## Tags Defined in the Yahoo! Media Schema

<table>
<tr><th colspan="2">media:category</th></tr>
<tr><td>Definition</td><td>The <media:category> tag specifies a genre that describes a video resource. You may assign each video to one category. Please see Appendix A - Valid Categories for Video Content for a list of possible values for this tag.</td></tr>
<tr><td>Attributes</td><td><table><tr><th>Name</th><th>Format</th><th>Description</th></tr><tr><td>scheme</td><td>Text</td><td>This attribute specifies a URI that identifies the categorization scheme used to classify videos.</td></tr></table></td></tr>
<tr><td>Example</td><td><media:category scheme="http://youtube.com/categories">Comedy</media:category></td></tr>
<tr><td>Subtag of</td><td>media:content</td></tr>
<tr><td>Content Format</td><td>Text</td></tr>
<tr><td>Functions</td><td>API Responses and Update Requests</td></tr>
</table>

<table>
<tr><th colspan="2">media:content</th></tr>
<tr><td>Definition</td><td>The <media:content> tag provides a URL and various other types of information about a video.</td></tr>
<tr><td>Attributes</td><td><table><tr><th>Name</th><th>Format</th><th>Description</th></tr><tr><td>url</td><td>String</td><td>The url attribute identifies the file that contains the video content.</td></tr><tr><td>fileSize</td><td>Integer</td><td>The fileSize attribute specifies the size of the video file in bytes.</td></tr></table></td></tr>
<tr><td>Example</td><td><media:content url="file://987654321.avi" fileSize="1323320"></td></tr>
<tr><td>Subtag of</td><td>item</td></tr>
<tr><td>Content Format</td><td>Empty</td></tr>
<tr><td>Functions</td><td>API Responses and Update Requests</td></tr>
</table>

Highly Confidential

GOO001-07171332

<table>
<tr><th colspan="2">media:description</th></tr>
<tr><td>Definition</td><td>The <media:description> tag contains a summary or description of a video. The description should be sentence-based, rather than a list of keywords, and may be displayed in search results. The description has a maximum length of 715 characters.</td></tr>
<tr><td>Attributes</td><td><table>
<tr><th>Name</th><th>Format</th><th>Description</th></tr>
<tr><td>type</td><td>String</td><td>The type attribute indicates the type of text provided in the tag value. YouTube content feeds always use plain text.</td></tr>
</table></td></tr>
<tr><td>Example</td><td><media:description type="plain">This video shows clips of the best goals from 50 years of professional football.</media:description></td></tr>
<tr><td>Subtag of</td><td>media:content</td></tr>
<tr><td>Content Format</td><td>Text</td></tr>
<tr><td>Functions</td><td>API Responses and Update Requests</td></tr>
</table>

<table>
<tr><th colspan="2">media:keywords</th></tr>
<tr><td>Definition</td><td>The <media:keywords> tag contains a list of words or phrases associated with a video. You must provide at least three keywords for each video in your feed. This field has a maximum length of 50 characters.</td></tr>
<tr><td>Example</td><td><media:keywords>football, sports, goals</media:keywords></td></tr>
<tr><td>Subtag of</td><td>media:content</td></tr>
<tr><td>Content Format</td><td>Text</td></tr>
<tr><td>Functions</td><td>API Responses and Update Requests</td></tr>
</table>

<table>
<tr><th colspan="2">media:rating</th></tr>
<tr><td>Definition</td><td>The <media:rating> tag specifies the audience for which the video is appropriate.</td></tr>
<tr><td>Attributes</td><td><table>
<tr><th>Name</th><th>Format</th><th>Description</th></tr>
<tr><td>scheme</td><td>String</td><td>The scheme attribute identifies the rating schema used to classify the video. YouTube currently only supports the default scheme for this tag, which allows for differentiation between adult content and nonadult content.</td></tr>
</table></td></tr>
<tr><td>Example</td><td><media:rating scheme="urn:simple">nonadult</media:rating></td></tr>
<tr><td>Subtag of</td><td>media:content</td></tr>
<tr><td>Content Format</td><td>Complex</td></tr>
<tr><td>Functions</td><td>API Responses and Update Requests</td></tr>
</table>

<table>
<tr><th colspan="2">media:restriction</th></tr>
<tr><td>Definition</td><td>The <media:restriction> tag specifies a list of one or more countries where playback of a video is either allowed or prohibited. If this element is not included, the video can be played in all countries.<br><br>The value for the <media:restriction> tag is a space-delimited list of ISO 3166 two-letter country codes.</td></tr>
<tr><td>Attributes</td><td><table>
<tr><th>Name</th><th>Format</th><th>Description</th></tr>
<tr><td>relationship</td><td>String</td><td>The relationship attribute indicates whether playback of a video is allowed or denied in the specified list of countries. Valid values for this attribute are allow and deny.</td></tr>
<tr><td>type</td><td>String</td><td>The type attribute identifies the type of value specified by the <media:restriction> tag value. The only valid value for this attribute is country.</td></tr>
</table></td></tr>
<tr><td>Example</td><td><media:restriction relationship="deny" type="country">de fr</media:restriction></td></tr>
<tr><td>Subtag of</td><td>media:content</td></tr>
<tr><td>Content Format</td><td>Complex</td></tr>
<tr><td>Functions</td><td>API Responses and Update Requests</td></tr>
</table>

Highly Confidential

GOO001-07171333

| media:title | |
|---|---|
| **Definition** | The **<media:title>** tag identifies the title of the video. This field has a maximum length of 60 characters. |
| **Attributes** | (see attributes table below) |
| **Example** | <media:title>Top 50 Football Goals</media:title> |
| **Subtag of** | media:content |
| **Content Format** | Text |
| **Functions** | API Responses and Update Requests |

Attributes:

| Name | Format | Description |
|---|---|---|
| **type** | **Text** | The **type** parameter specifies the type of text provided in the **<media:title>** tag's value. YouTube content feeds require plain text format. |

## Tags Defined in the YouTube Video Schema

| yt:account | |
|---|---|
| **Definition** | The **<yt:account>** tag encapsulates information about a user account that is authorized to update or delete a video file.<br><br>• As a subtag of <channel>, the **<yt:account>** tag contains the username and password for the default account that will be associated with all of the videos in the feed.<br>• As a subtag of <item>, the **<yt:account>** tag specifies an additional user account that will be able to update a particular video in your feed. |
| **Example** | <yt:account> |
| **Subtags** | yt:username, yt:password |
| **Subtag of** | channel, item |
| **Content Format** | Container |

| yt:action | |
|---|---|
| **Definition** | The **<yt:action>** tag indicates whether you are inserting, updating, replacing or deleting a video file. The following list specifies valid values for this tag:<br><br>• **Insert** - This value indicates that you are providing metadata for a new video.<br>• **Update** - This value indicates that you are modifying the metadata associated with a video without changing the video itself. When you update a video, you only need to include the metadata fields that you are updating.<br>• **Replace** - This value indicates that you are modifying the metadata associated with an existing video and that you are also updating the video content. When processing this action, YouTube will delete the existing video and all of its metadata and then insert a new video with the metadata that you provide for the action.<br>• **Delete** - This value indicates that you are removing an existing video from YouTube. |
| **Example** | <yt:action>Insert<yt:action> |
| **Subtag of** | item |
| **Content Format** | Text |

| yt:album | |
|---|---|
| **Definition** | The **<yt:album>** tag specifies the title of the album that contains the song in a music video. This field is recommended for music videos and has a maximum length of 64 characters. |
| **Example** | <yt:album>Funeral</yt:album> |
| **Subtag of** | yt:music_metadata |
| **Content Format** | Text |

Highly Confidential GOO001-07171334

| yt:allow_comments | |
|---|---|
| **Definition** | The **<yt:allow_comments>** tag indicates whether YouTube will allow viewers to post comments about a video. The following list identifies valid values for this tag:<br><br>• **Always*** - Anyone may post comments that will be visible to other YouTube users.<br>• **Approve** - Anyone may post comments about a video, but the content partner will use an approval process to determine which comments will be displayed to other YouTube users.<br>• **Never** - Users are not allowed to post comments about the video.<br><br>* **Note:** YouTube's default policy is to allow all users to post comments about a video. |
| **Example** | <yt:allow_comments>approve</allow_comments> |
| **Subtag of** | yt:community |
| **Content Format** | Text |

| yt:allow_embedding | |
|---|---|
| **Definition** | The **<yt:allow_embedding>** tag indicates whether other YouTube users can include a particular video on their own web pages. Valid values for this field are **true** and **false**. The default value for this tag is **true**, which indicates that other users may embed the video on their own web pages. |
| **Example** | <yt:allow_embedding>true<yt:allow_embedding> |
| **Subtag of** | yt:community |
| **Content Format** | Boolean |

| yt:allow_ratings | |
|---|---|
| **Definition** | The **<yt:allow_ratings>** tag indicates whether other YouTube users can rate a particular video. Valid values for this field are **true** and **false**. The default value for this tag is **true**, which indicates that users can rate the video. |
| **Example** | <yt:allow_ratings>true</allow_ratings> |
| **Subtag of** | yt:community |
| **Content Format** | Boolean |

| yt:allow_responses | |
|---|---|
| **Definition** | The **<yt:allow_responses>** tag indicates whether YouTube will allow viewers to post video responses to a video. Whereas the comments let other users provide textual feedback about a video, video responses allow other users to provide video feedback for the video. The following list identifies valid values for this tag:<br><br>• **Always*** - Anyone may post video responses that will be visible to other YouTube users.<br>• **Approve** - Anyone may post video responses about a video, but the content partner will use an approval process to determine which video responses will be displayed to other YouTube users.<br>• **Never** - Users are not allowed to post video responses to the video.<br><br>* **Note:** YouTube's default policy is to only make approved video responses visible to other YouTube users. |
| **Example** | <yt:allow_responses>always<yt:allow_responses> |
| **Subtag of** | yt:community |
| **Content Format** | Text |

| yt:artist | |
|---|---|
| **Definition** | The **<yt:artist>** tag specifies the music artist associated with a music video. This field is recommended for music videos and has a maximum length of 64 characters. |
| **Example** | <yt:artist>The Arcade Fire</yt:artist> |
| **Subtag of** | yt:music_metadata |
| **Content Format** | Text |

Highly Confidential GOO001-07171335

| yt:commercial | |
|---|---|
| **Definition** | The **<yt:commercial>** tag specifies the licensing policy for a video. This field is required for **Insert** and **Replace** actions. There are two valid values for this field:<br>• **share** - YouTube may use ads to generate revenue for the video, and that revenue would be shared with the partner according to the partner agreement.<br>• **free** - The video will be freely available to other users. |
| **Example** | <yt:commercial>share</commercial> |
| **Subtag of** | yt:policy |
| **Content Format** | Text |

| yt:community | |
|---|---|
| **Definition** | The **<yt:community>** tag encapsulates information about how other YouTube users can provide feedback about a video. This tag also contains a tag that indicates whether the video may be embedded on other web pages. |
| **Example** | <yt:community> |
| **Subtags** | yt:allow_comments, yt:allow_embedding, yt:allow_ratings, yt:allow_responses |
| **Subtag of** | item |
| **Content Format** | Container |

| yt:country | |
|---|---|
| **Definition** | The **<yt:country>** tag specifies the country where the video was recorded. This tag's value should be a two-letter ISO 3166 country code. |
| **Example** | <yt:country>DE</yt:country> |
| **Subtag of** | yt:location |
| **Content Format** | Text |

| yt:custom_id | |
|---|---|
| **Definition** | The **<yt:custom_id>** tag contains a unique value that you use to identify a video. For example the **<yt:custom_id>** tag value could be an ISAN (International Standard Audiovisual Number) or a unique ID that you created for the video. This field has a maximum length of 64 characters and is required for TV and movie videos. |
| **Example** | <yt:custom_id>000ABC123XYZ</yt:custom_id> |
| **Subtag of** | yt:movie_metadata, yt:music_metadata, yt:tv_metadata |
| **Content Format** | Text |

| yt:date_recorded | |
|---|---|
| **Definition** | The **<yt:date_recorded>** tag specifies the date that the video was recorded. |
| **Example** | <yt:date_recorded>2006-12-25</yt:date_recorded> |
| **Subtag of** | item |
| **Content Format** | Date (YYYY-MM-DD) |

| yt:end_time | |
|---|---|
| **Definition** | The **<yt:end_time>** tag specifies the date and time after which a video will not be available on YouTube. This field's value contains a date and time in ISO 8601 format. The value must express times in UTC (Coordinated Universal Time). |
| **Example** | <yt:end_time>2007-12-31T14:25:00Z</yt:end_time> |
| **Subtag of** | item |
| **Content Format** | Date (YYYY-MM-DDThh:mm:ssZ) |

Highly Confidential GOO001-07171336

| yt:episode | |
|---|---|
| **Definition** | The **<yt:episode>** tag specifies the episode number associated with a TV video. This field has a maximum length of 16 characters. |
| **Example** | <yt:episode>60</yt:episode> |
| **Subtag of** | yt:tv_metadata |
| **Content Format** | Text |

| yt:episode_title | |
|---|---|
| **Definition** | The **<yt:episode_title>** tag specifies the title of the episode associated with a TV video. This field has a maximum length of 64 characters. |
| **Example** | <yt:episode_title>The Junior Mint</yt:episode_title> |
| **Subtag of** | yt:tv_metadata |
| **Content Format** | Text |

| yt:grid | |
|---|---|
| **Definition** | The **<yt:grid>** tag specifies the GRid (Global Release Identifier) of the music video. This field's value must contain exactly 18 alphanumeric characters. |
| **Example** | <yt:grid>000abc123XYZ456jkf</yt:grid> |
| **Subtag of** | yt:music_metadata |
| **Content Format** | Text |

| yt:isrc | |
|---|---|
| **Definition** | The **<yt:isrc>** tag specifies the ISRC (International Standard Recording Code) of the music video. This field's value must contain exactly 12 alphanumeric characters. |
| **Example** | <yt:isrc>000abc123XYZ</isrc> |
| **Subtag of** | yt:music_metadata |
| **Content Format** | Text |

| yt:label | |
|---|---|
| **Definition** | The **<yt:label>** tag identifies the record label that released the album containing the song in a music video. This field has a maximum length of 64 characters. |
| **Example** | <yt:label>Merge Records</yt:label> |
| **Subtag of** | yt:music_metadata |
| **Content Format** | Text |

| yt:language | |
|---|---|
| **Definition** | The **<yt:language>** tag identifies the language of the video content. The table below lists the supported languages and their associated **<yt:language>** tag values. |

| Language | <yt:language> Tag Value |
|---|---|
| **Chinese** | zh |
| **English** | en |
| **French** | fr |
| **German** | de |
| **Japanese** | jp |
| **Spanish** | es |

| | |
|---|---|
| **Example** | <yt:language>en</yt:language> |
| **Subtag of** | item |
| **Content Format** | Text |

Highly Confidential GOO001-07171337

### yt:location

| | |
|---|---|
| **Definition** | The **<yt:location>** tag encapsulates information about the geographic location where the video was recorded. |
| **Example** | <yt:location> |
| **Subtags** | yt:country, yt:zip_code, yt:location_text |
| **Subtag of** | item |
| **Content Format** | Container |

### yt:location_text

| | |
|---|---|
| **Definition** | The **<yt:location_text>** tag identifies the place where the video was recorded. This field has a maximum length of 215 characters. |
| **Example** | <yt:location_text>Hollywood, CA</yt:location> |
| **Subtag of** | yt:location |
| **Content Format** | Text |

### yt:movie_metadata

| | |
|---|---|
| **Definition** | The **<yt:movie_metadata>** tag encapsulates additional metadata fields about **movie** videos. Please note that the **<yt:movie_metadata>** tag's subtags are only used for identification and reporting purposes. |
| **Example** | <yt:movie_metadata> |
| **Subtags** | yt:custom_id, yt:title |
| **Subtag of** | item |
| **Content Format** | Container |

### yt:music_metadata

| | |
|---|---|
| **Definition** | The **<yt:music_metadata>** tag encapsulates additional metadata fields about **music** videos. Please note that the **<yt:music_metadata>** tag's subtags are only used for identification and reporting purposes. |
| **Example** | <yt:music_metadata> |
| **Subtags** | yt:custom_id, yt:isrc, yt:grid, yt:album, yt:artist, yt:song, yt:label |
| **Subtag of** | item |
| **Content Format** | Container |

### yt:notification_email

| | |
|---|---|
| **Definition** | The **<yt:notification_email>** tag contains a list of one or more email addresses to which YouTube will send a report about an uploaded video content feed. Please use commas to separate email addresses. |
| **Example** | <yt:notification_email<andy@example.com,smitty@example.com</yt:notification_email> |
| **Subtag of** | channel |
| **Content Format** | Text |

| yt:password | |
|---|---|
| **Definition** | The **<yt:password>** tag specifies the password for a user account. 89-0016<br><br>• When the <yt:account> tag containing the **<yt:password>** tag is a subtag of <channel>, the **<yt:password>** tag value contains the password for your partner admin account. This allows your admin account to update, replace or delete any videos that you upload.<br><br>• When the <yt:account> tag containing the **<yt:password>** tag is a subtag of <item>, the **<yt:password>** tag value contains the password for another YouTube user account that is authorized to update, replace or delete a particular video. |
| **Example** | <yt:password>w3dn3sday</yt:password> |
| **Subtag of** | yt:account |
| **Content Format** | Text |

| yt:policy | |
|---|---|
| **Definition** | The **<yt:policy>** tag encapsulates information about the licensing policies that apply to the video. |
| **Example** | <yt:policy> |
| **Subtags** | yt:ugc |
| **Subtag of** | item |
| **Content Format** | Container |

| yt:season | |
|---|---|
| **Definition** | The **<yt:season>** tag specifies the season number associated with a TV video. This field has a maximum length of 16 characters. |
| **Example** | <yt:season>2</yt:season> |
| **Subtag of** | yt:tv_metadata |
| **Content Format** | Text |

| yt:show_title | |
|---|---|
| **Definition** | The **<yt:show_title>** tag specifies the TV show that is shown in a video. This field has a maximum length of 64 characters. |
| **Example** | <yt:show_title>Seinfeld</yt:show_title> |
| **Subtag of** | yt:tv_metadata |
| **Content Format** | Text |

| yt:song | |
|---|---|
| **Definition** | The **<yt:song>** tag specifies the title of a song showcased in a music video. This field has a maximum length of 64 characters. |
| **Example** | <yt:song>Rebellion (Lies)</yt:song> |
| **Subtag of** | yt:music_metadata |
| **Content Format** | Text |

| yt:start_time | |
|---|---|
| **Definition** | The **<yt:start_time>** tag specifies the date and time when YouTube will publicly release the video. This field's value contains a date and time in ISO 8601 format. The value must express times in UTC (Coordinated Universal Time).<br><br>If the action for the video is either **Insert** or **Replace**, YouTube will make the video available as soon as possible unless you provide a value for this tag.<br><br>**Note:** We recommend that you deliver video files and metadata one to two weeks before you would like your videos to be publicly released. Even though videos will normally be pushed to YouTube's production site within hours of your posting your feed, providing your data in advance allows you more control over the time that your video content becomes visible to YouTube users. |
| **Example** | <yt:start_time>2007-07-04T05:00:00Z</yt:start_time> |
| **Subtag of** | item |
| **Content Format** | Date (YYYY-MM-DDThh:mm:ssZ) |

| yt:title | |
|---|---|
| **Definition** | The **<yt:title>** tag specifies the display title of a TV or movie video. This tag may have the same value as the <media:title> tag. This tag has a maximum length of 64 characters. |
| **Example** | <yt:title>Covert Operations II (Deluxe director's cut)</yt:title> |
| **Subtag of** | yt:movie_metadata, yt:tv_metadata |
| **Content Format** | Text |

| yt:tv_metadata | |
|---|---|
| **Definition** | The **<yt:tv_metadata>** tag encapsulates additional metadata fields about **tv** videos. Please note that the **<yt:tv_metadata>** tag's subtags are only used for identification and reporting purposes. |
| **Example** | <yt:tv_metadata> |
| **Subtags** | yt:custom_id, yt:show_title, yt:episode, yt:episode_title, yt:season |
| **Subtag of** | item |
| **Content Format** | Container |

| yt:ugc | |
|---|---|
| **Definition** | The **<yt:ugc>** tag specifies the action that YouTube will take if we detect that another user has uploaded a copy of your copyright-protected video. This field is required for **Insert** and **Replace** actions. The following list specifies valid values for this tag:<br><br>• **share** - YouTube will include the uploaded video in your revenue-sharing agreement with YouTube.<br>• **block** - YouTube will remove the uploaded file.<br>• **research** - YouTube will mark the user-generated content for further review.<br><br>Please see Appendix B - Protecting Copyrighted Material on YouTube for more information about how YouTube determines whether users upload copies of your copyright-protected material. |
| **Example** | <yt:ugc>share</yt:share> |
| **Subtag of** | yt:policy |
| **Content Format** | Text |

### yt:username

| | |
|---|---|
| **Definition** | The **<yt:username>** tag specifies the username for a YouTube user account.<br>• When the <yt:account> tag containing the **<yt:username>** tag is a subtag of <channel>, the **<yt:username>** tag value contains the username for your partner admin account. This allows your admin account to update, replace or delete any videos that you upload.<br>• When the <yt:account> tag containing the **<yt:username>** tag is a subtag of <item>, the **<yt:username>** tag value contains the username for another YouTube user account that is authorized to update, replace or delete a particular video. |
| **Example** | <yt:username>happypartner</yt:username> |
| **Subtag of** | yt:account |
| **Content Format** | Complex |

### yt:video_id

| | |
|---|---|
| **Definition** | The **<yt:video_id>** tag identifies an existing video that is being updated, replaced or deleted. YouTube will generate a new **video_id** when you insert a video. |
| **Example** | <yt:video_id>a2jdj010</yt:video_id> |
| **Subtag of** | item |
| **Content Format** | Text |

### yt:zip_code

| | |
|---|---|
| **Definition** | The **<yt:zip_code>** tag identifies the zip code where a video was recorded. This field has a maximum length of 11 characters. |
| **Example** | <yt:zip_code>94043</yt:zip_code> |
| **Subtag of** | yt:zip_code |
| **Content Format** | Text |

## Understanding Status Reports for Uploaded Feeds

As noted in the Feed Processing section, after processing each of your XML feeds, YouTube will post a status report detailing the actions taken for each item in that feed. The report will be named **status-xml-filename**, where **xml-filename** is the filename of your XML feed. The status report will be placed on YouTube's SFTP server in the same directory as the feed.

The channel_status tag is the root XML element in a status report. This tag, in turn, contains one or more <item_status> tags for each item in your feed. For example, update and delete actions each yield one <item_status> tag in status reports. Insert actions produce three <item_status> tags, which correspond to the process of retrieving the video, assigning ownership of the video and verifying the submission. Finally, replace actions produce four <item_status> tags, one for deleting the old video and three for inserting the new video.

If YouTube successfully executes the action that you request in your feed, the <item_status> tag will contain a <status> tag with the value **Success**. If YouTube does not successfully execute the action that you request in your feed, the <item_status> tag will contain a <status> tag with the value **Failure** and a <status_detail> tag that contains additional information about the reason that the operation failed.

**Note**: YouTube will assign a video ID to each new video that you insert. The status report will specify this ID, and you will need to provide the video ID in later requests to update, replace or delete that video.

Highly Confidential

GOO001-07171341

## Sample XML for Status Report

The XML sample below shows the structure of the status reports that YouTube will return when you post a content feed. The status report contains entries for five feed items. However, as discussed in the previous section, each item in a content feed may yield one or more <item_status> tags. In the XML below, there are comments to indicate the separation of <item_status> tags for different feed items. The first entry indicates that a request to insert a video failed; the remaining four entries indicate that requests to insert, update, replace and delete videos were successful. The examples use the following syntax:

```
<!-- Status for successful replace action begins here -->
```

**Note:** These comments will not appear in an actual status report.

The first entry indicates that a request to insert a video failed; the remaining four entries indicate that requests to insert, update, replace and delete videos were successful.

```
<?xml version="1.0" encoding="UTF-8"?>
<channel_status version="1">
  <timestamp>1162434848.49</timestamp>

   <!-- Status for failed insert action begins here -->
 <item_status version="1">
    <timestamp>1162434262</timestamp>
    <action>
      <command>Submit</command>
      <description>Submit a new video</description>
      <status>Failure</status>
      <status_detail>Can't find video file</status_detail>
    </action>
    <video_file>co2_file.mov</video_file>
    <custom_id>000ABC123XYZ</custom_id>
    <title>Covert Operations II</title>
  </item_status>

  <!-- Status for successful insert action begins here -->
 <item_status version="1">
    <timestamp>1162434262</timestamp>
    <action>
      <command>Submit</command>
      <description>Submit a new video</description>
      <status>Success</status>
    </action>
    <video_file>co2_file.mov</video_file>
    <custom_id>000ABC123XYZ</custom_id>
    <title>Covert Operations II</title>
  </item_status>

  <item_status version="1">
    <timestamp>1162434288</timestamp>
    <action>
```

```
      <command>Claim</command>
      <description>Claim video ownership</description>
      <status>Success</status>
    </action>
    <video_id>BDNKT4eh4JM</video_id>
    <custom_id>000ABC123XYZ</custom_id>
    <title>Covert Operations II</title>
  </item_status>

  <item_status version="1">
    <timestamp>1162434698</timestamp>
    <action>
      <command>Verify</command>
      <description>Verify video submission</description>
      <status>Success</status>
    </action>
    <video_id>BDNKT4eh4JM</video_id>
    <custom_id>000ABC123XYZ</custom_id>
    <title>Covert Operations II</title>
  </item_status>

  <!-- Status for successful update action begins here -->
 <item_status version="1">
    <timestamp>1162434258</timestamp>
    <action>
      <command>Update</command>
      <description>Update a video</description>
      <status>Success</status>
    </action>
    <video_id>a2jd010</video_id>
    <title>Extreme Knitting with Granny Jones</title>
  </item_status>

  <!-- Status for successful replace action begins here -->
 <item_status version="1">
    <timestamp>1162434258</timestamp>
    <action>
      <command>Delete</command>
      <description>Delete a video</description>
      <status>Success</status>
    </action>
    <video_id>asd92n30</video_id>
    <isrc>USREV0124523</isrc>
    <custom_id>2307411</custom_id>
    <title>WOOHOO</title>
  </item_status>

  <item_status version="1">
    <timestamp>1162434262</timestamp>
    <action>
      <command>Submit</command>
```

```
      <description>Submit a new video</description>
      <status>Success</status>
    </action>
    <video_file>987654321_replacement.avi</video_file>
    <isrc>USLE10673202</isrc>
    <grid>A10302300042344407</grid>
    <custom_id>000ABC123XYZ</custom_id>
    <title>Doin' Laundry with my Mom.</title>
  </item_status>

  <item_status version="1">
    <timestamp>1162434288</timestamp>
    <action>
      <command>Claim</command>
      <description>Claim video ownership</description>
      <status>Success</status>
    </action>
    <video_id>asd92n30</video_id>
    <isrc>USLE10673202</isrc>
    <grid>A10302300042344407</grid>
    <custom_id>000ABC123XYZ</custom_id>
    <title>Doin' Laundry with my Mom.</title>
  </item_status>

  <item_status version="1">
    <timestamp>1162434698</timestamp>
    <action>
      <command>Verify</command>
      <description>Verify video submission</description>
      <status>Success</status>
    </action>
    <video_id>asd92n30</video_id>
    <isrc>USLE10673202</isrc>
    <grid>A10302300042344407</grid>
    <custom_id>000ABC123XYZ</custom_id>
    <title>Doin' Laundry with my Mom.</title>
  </item_status>

  <!-- Status for successful delete action begins here -->
 <item_status version="1">
    <timestamp>1162434258</timestamp>
    <action>
      <command>Delete</command>
      <description>Delete a video</description>
      <status>Success</status>
    </action>
    <video_id>k302t034</video_id>
    <isrc>USREV0500005</isrc>
    <custom_id>5607411</custom_id>
    <title>Unicorns Are Ugly</title>
  </item_status>
```

## XML Tag Definitions for Status Reports

The following tables define the XML tags that may appear in the status report that YouTube posts after processing your feed. The tags are listed in alphabetical order.

| action | |
|---|---|
| **Definition** | The **<action>** tag is the root element in a status report that explains how YouTube processed an XML feed. |
| **Example** | <action> |
| **Subtags** | command, description, status, status_detail? |
| **Subtag of** | item_status |
| **Content Format** | Container |

| channel_status | |
|---|---|
| **Definition** | The **<channel_status>** tag is the root element in a status report that explains how YouTube processed an XML feed. |
| **Example** | <channel_status> |
| **Subtags** | timestamp, item_status+ |
| **Content Format** | Container |

| command | |
|---|---|
| **Definition** | The **<command>** tag specifies the type of action that YouTube executed. The tag value relates to the value of the <yt:action> tag in your XML feed. The following list identifies the possible tag values for each different type of operation:<br>• **Insert** - Valid **<command>** tag values are **Submit**, **Claim** and **Verify**.<br>• **Update** - The only valid **<command>** tag value is **Update**.<br>• **Replace** - Valid **<command>** tag values are **Delete**, **Submit**, **Claim** and **Verify**.<br>• **Delete** - The only valid **<command>** tag value is **Delete**. |
| **Example** | <command>Update</command> |
| **Subtag of** | action |
| **Content Format** | Text |

| custom_id | |
|---|---|
| **Definition** | The **<custom_id>** tag contains a unique value that you use to identify a video. The **<custom_id>** tag for an item in the status report will contain the same value as the <yt:custom_id> tag in your feed. This value is returned in the status report to help you to match the returned status to the proper video. |
| **Example** | <custom_id>000ABC123XYZ</custom_id> |
| **Subtag of** | item_status |
| **Content Format** | Text |

| description | |
|---|---|
| **Definition** | The **<description>** tag contains additional information about the action that YouTube performed. (The <command> tag identifies this action.) |
| **Example** | <description>Update a video</description> |
| **Subtag of** | action |
| **Content Format** | Text |

Highly Confidential GOO001-07171345

## grid

| | |
|---|---|
| **Definition** | The **<grid>** tag contains the GRid (Global Release Identifier) of the music video. The **<grid>** tag for an item in the status report will contain the same value as the <yt:grid> tag in your feed. This value is returned in the status report to help you to match the returned status to the proper video. |
| **Example** | <grid>000abc123XYZ456jkf</grid> |
| **Subtag of** | item_status |
| **Content Format** | Text |

## isrc

| | |
|---|---|
| **Definition** | The **<isrc>** tag contains the ISRC (International Standard Recording Code) assigned to the video. The **<isrc>** tag for an item in the status report will contain the same value as the <yt:isrc> tag in your feed. This value is returned in the status report to help you to match the returned status to the proper video. |
| **Example** | <isrc>000abc123XYZ</isrc> |
| **Subtag of** | item_status |
| **Content Format** | Text |

## item_status

| | |
|---|---|
| **Definition** | The **<item_status>** tag contains information about an action requested in your feed. |
| **Example** | <item_status> |
| **Subtags** | timestamp, action, custom_id?, grid?, isrc?, title, video_file?, video_id |
| **Subtag of** | channel_status |
| **Content Format** | Container |

## status

| | |
|---|---|
| **Definition** | The **<status>** tag indicates whether YouTube successfully completed a requested action. Possible values for this tag are **Success** and **Failure**. |
| **Example** | <status>Success</status> |
| **Subtag of** | action |
| **Content Format** | Text |

## status_detail

| | |
|---|---|
| **Definition** | The **<status_detail>** tag explains why YouTube was unable to complete a requested action. |
| **Example** | <status_detail>Cannot find video file</status_detail> |
| **Subtag of** | action |
| **Content Format** | Text |

## timestamp

| | |
|---|---|
| **Definition** | As a subtag of <channel_status>, the **<timestamp>** tag indicates the time that YouTube finished processing an entire feed. As a subtag of <item_status>, the **<timestamp>** tag indicates the time that YouTube finished an individual item in the feed. |
| **Example** | <timestamp>1162434848</timestamp> |
| **Subtag of** | channel_status, item_status |
| **Content Format** | Text |

## title

| | |
|---|---|
| **Definition** | The **<title>** tag specifies the title that YouTube displays for the video. The **<title>** tag for an item in the status report will contain the same value as the <yt:title> tag in your feed. |
| **Example** | <title>Covert Operations II</title> |
| **Subtag of** | item_status |
| **Content Format** | Text |

| video_file | |
|---|---|
| Definition | The **<video_file>** tag specifies the file that contains the actual content for a video. The **<video_file>** tag for an item in the status report will have the same value as the <media:content> tag's **url** attribute for the same item in your feed. **Note:** This field is only returned if you are inserting or replacing a video. |
| Example | <video_file>co2_file.mov</video_file> |
| Subtag of | item_status |
| Content Format | Text |

| video_id | |
|---|---|
| Definition | The **<video_id>** tag specifies the unique ID that YouTube assigned to your video. This value is particularly important for a video that you have just inserted since you will need to use the newly assigned **<video_id>** if you want to update, replace or delete the corresponding video at some point in the future. |
| Example | <video_id>a2jdj010</video_id> |
| Subtag of | item_status |
| Content Format | Text |

## Appendixes

Appendix A - Valid Categories for Video Content

Appendix B - Protecting Copyrighted Material on YouTube

Appendix C - Additional XML Feed Examples

## Appendix A - Valid Categories for Video Content

The following list identifies the categories that you may use to classify video content. These categories may be used as the values of the <media:category> tag.

| Value | Entity-Encoded Version (if different) |
|---|---|
| Arts | Arts & Animation |
| Comedy | Comedy |
| Music | Music |
| People | People |
| Science | Science & Technology |
| Travel | Travel & Places |
| Autos | Autos & Vehicles |
| Entertainment | Entertainment |
| News | News & Blogs |
| Pets | Pets & Animals |
| Sports | Sports |
| Videogames | Video Games |

## Appendix B - Protecting Copyrighted Material on YouTube

Our **Claim Your Content** system enables YouTube content partners to identify user-submitted content that infringes on their copyrights. Partners can opt to have YouTube remove that user-generated content or they can include the user-generated content in their revenue-sharing agreement with YouTube. (The <yt:ugc> tag definition explains how partners can set this policy for individual videos in their feeds.)

Highly Confidential

GOO001-07171347

YouTube uses several mechanisms to identify user-generated content that may potentially infringe on content partners' copyrights. The following list briefly discusses two of these mechanisms:

89-0025

- **MD5 Hashes** - YouTube uses the checksum of the video binary that the user uploads to create an MD5 hash. YouTube then compares that MD5 hash to a database of reference hashes. Hash comparisons work most effectively when two videos are completely identical.
- **Audio Fingerprinting** - YouTube works with Audible Magic to create audio fingerprints for all of our video content. YouTube maintains these fingerprints in a database and then compares the fingerprints for new user-submitted videos to the values in the database. Audio fingerprints are extremely robust in matching exact copies of short-form content and are designed to account for minor time discrepancies in the video.

## Appendix C - Additional XML Feed Examples

The following sections contain sample XML feeds for movie videos and TV videos. The Sample XML Feeds section, which appears earlier in this document, contains sample XML feeds for music videos. The XML for different feed types is virtually identical. The primary difference between the samples is in the use of the <yt:movie_metadata>, <yt:music_metadata> and <yt:tv_metadata> tags, which contain metadata about a particular type of video.

### XML Examples for Movie Videos

Appendix C contains additional XML samples for movie videos and TV videos. The examples for updating movie and TV videos do include a complete set of optional tags.

```
<?xml version="1.0" encoding="UTF-8"?>
<rss version="2.0"
  xmlns:media="http://search.yahoo.com/mrss"
  xmlns:yt="http://www.youtube.com/schemas/yt/0.2">
  <channel>
    <yt:notification_email>sandy@example.com, ben@example.com</yt:
notification_email>
    <yt:account>
      <yt:username>happypartner</yt:username>
      <yt:password>thec0wg0esm00</yt:password>
    </yt:account>

    <item>
      <yt:action>Insert</yt:action>
      <yt:account>
        <yt:username>spysrus</yt:username>
        <yt:password>shak3n0tstirr3d</yt:password>
      </yt:account>
      <media:title>Covert Operations II</media:title>
      <media:content url="file://co2_file.mov" fileSize="12216320">
        <media:description type="plain">
          Ms. World reveals world domination plans.
        </media:description>
        <media:keywords>covert, operations, spy, pagent</media:keywords>
        <media:category>Entertainment</media:category>
        <media:rating scheme="urn:simple">nonadult</media:rating>
```

Highly Confidential GOO001-07171348

```
      <media:restriction relationship="allow" type="country">89-0026
        au ca us
      </media:restriction>
    </media:content>
    <yt:date_recorded>2006-06-12</yt:date_recorded>
    <yt:language>en</yt:language>
    <yt:location>
      <yt:country>US</yt:country>
      <yt:zip_code>90210</yt:zip_code>
      <yt:location_text>Hollywood, CA</yt:location_text>
    </yt:location>
    <yt:start_time>2007-07-07T07:07:07</yt:start_time>
    <yt:end_time>2007-12-31T00:00:00</yt:end_time>
    <yt:community>
      <yt:allow_comments>Always</yt:allow_comments>
      <yt:allow_responses>Approve</yt:allow_responses>
      <yt:allow_ratings>false</yt:allow_ratings>
      <yt:allow_embedding>false</yt:allow_embedding>
    </yt:community>
    <yt:policy>
        <yt:commercial>share</yt:commercial>
        <yt:ugc>block</yt:ugc>
    </yt:policy>
    <yt:movie_metadata>
      <yt:custom_id>000ABC123XYZ</yt:custom_id>
      <yt:title>Covert Operations II (Director's cut)</yt:title>
    </yt:movie_metadata>
  </item>

  <item>
    <yt:action>Update</yt:action>
    <yt:video_id>a2jdj010</yt:video_id>
    <media:title>Under the Rainbow</media:title>
    <media:content url="">
      <media:description type="plain">
        Documentary of the Wizard's iron-fisted rule in Oz.
      </media:description>
      <media:keywords>oz, wizard, regime, oppression</media:keywords>
      <media:category>Entertainment</media:category>
      <media:rating scheme="urn:simple">adult</media:rating>
    </media:content>
    <yt:date_recorded>2004-03-15</yt:date_recorded>
    <yt:language>en</yt:language>
    <yt:location>
      <yt:location_text>The Land of Oz</yt:location_text>
    </yt:location>
    <yt:community>
      <yt:allow_comments>Always</yt:allow_comments>
      <yt:allow_responses>Approve</yt:allow_responses>
      <yt:allow_ratings>true</yt:allow_ratings>
```

Highly Confidential GOO001-07171349

```
      <yt:allow_embedding>true</yt:allow_embedding>
    </yt:community>
    <yt:policy>
        <yt:commercial>share</yt:commercial>
        <yt:ugc>share</yt:ugc>
    </yt:policy>
    <yt:movie_metadata>
      <yt:custom_id>000ABC123XYZ</yt:custom_id>
      <yt:title>Under the Rainbow</yt:title>
    </yt:movie_metadata>
  </item>

  <item>
    <yt:action>Replace</yt:action>
    <yt:video_id>1931d03k</yt:video_id>
    <media:title>Beta Squad 7: Lady Nocturne</media:title>
    <media:content url="file://tek_jansen_updated.mp2" fileSize="14296127">
      <media:description type="plain">
        The original Tek Jansen Adventure.
      </media:description>
      <media:keywords>tek, jansen, lady, nocturne</media:keywords>
      <media:category>Entertainment</media:category>
      <media:rating scheme="urn:simple">nonadult</media:rating>
    </media:content>
    <yt:date_recorded>2006-09-12</yt:date_recorded>
    <yt:language>en</yt:language>
    <yt:location>
      <yt:country>US</yt:country>
    </yt:location>
    <yt:community>
      <yt:allow_comments>Always</yt:allow_comments>
      <yt:allow_responses>Approve</yt:allow_responses>
      <yt:allow_ratings>true</yt:allow_ratings>
      <yt:allow_embedding>true</yt:allow_embedding>
    </yt:community>
    <yt:policy>
        <yt:commercial>share</yt:commercial>
        <yt:ugc>research</yt:ugc>
    </yt:policy>
    <yt:movie_metadata>
      <yt:title>Lady Nocturne: A Tek Jansen Adventure</yt:title>
    </yt:movie_metadata>
  </item>

  <item>
    <yt:action>Delete</yt:action>
    <yt:video_id>d9f124h0</yt:video_id>
  </item>
 </channel>
</rss>
```

Highly Confidential

Appendix C contains additional XML samples for movie videos and TV videos. The examples for updating movie and TV videos do include a complete set of optional tags.

```
<?xml version="1.0" encoding="UTF-8"?>
<rss version="2.0"
  xmlns:media="http://search.yahoo.com/mrss"
  xmlns:yt="http://www.youtube.com/schemas/yt/0.2">
  <channel>
    <yt:notification_email>ben@example.com</yt:notification_email>
    <yt:account>
      <yt:username>happypartner</yt:username>
      <yt:password>thec0wg0esm00</yt:password>
    </yt:account>

    <item>
      <yt:action>Insert</yt:action>
      <media:title>Extreme Knitting with Granny Jones</media:title>
      <media:content url="file://extreme_knitting.mov" fileSize="892405865">
        <media:description type="plain">
          Granny Jones knits a smokin' sweater!
        </media:description>
        <media:keywords>knitting, extreme, granny, jones </media:keywords>
        <media:category>Entertainment</media:category>
        <media:rating scheme="urn:simple">adult</media:rating>
      </media:content>
      <yt:date_recorded>2006-05-15</yt:date_recorded>
      <yt:language>en</yt:language>
      <yt:location>
        <yt:country>US</yt:country>
        <yt:location_text>Over the river.</yt:location_text>
      </yt:location>
      <yt:community>
        <yt:allow_comments>Never</yt:allow_comments>
        <yt:allow_responses>Never</yt:allow_responses>
        <yt:allow_ratings>false</yt:allow_ratings>
        <yt:allow_embedding>false</yt:allow_embedding>
      </yt:community>
      <yt:policy>
          <yt:commercial>share</yt:commercial>
          <yt:ugc>research</yt:ugc>
      </yt:policy>
      <yt:tv_metadata>
        <yt:custom_id>gj_0308</yt:custom_id>
        <yt:episode_title>Holiday Sweaters</yt:episode_title>
        <yt:show_title>Extreme Knitting with Granny Jones</yt:show_title>
        <yt:episode>3</yt:episode>
        <yt:season>8</yt:season>
      </yt:tv_metadata>
    </item>
```

```
<item>
  <yt:action>Update</yt:action>
  <yt:video_id>83kf954j3</yt:video_id>
  <media:title>When Poodles Attack!</media:title>
  <media:content url="">
    <media:description type="plain">
      KILLER poodles are on the loose!
    </media:description>
    <media:keywords>killer, pets, poodle, attack</media:keywords>
    <media:category>Entertainment</media:category>
    <media:rating scheme="urn:simple">adult</media:rating>
  </media:content>
  <yt:date_recorded>2003-02-18</yt:date_recorded>
  <yt:language>en</yt:language>
  <yt:location>
    <yt:country>US</yt:country>
  </yt:location>
  <yt:community>
    <yt:allow_comments>Never</yt:allow_comments>
    <yt:allow_responses>Never</yt:allow_responses>
    <yt:allow_ratings>true</yt:allow_ratings>
    <yt:allow_embedding>false</yt:allow_embedding>
  </yt:community>
  <yt:policy>
      <yt:commercial>share</yt:commercial>
      <yt:ugc>share</yt:ugc>
  </yt:policy>
  <yt:tv_metadata>
    <yt:show_title>When Poodles Attack!</yt:show_title>
  </yt:tv_metadata>
</item>

<item>
  <yt:action>Replace</yt:action>
  <yt:video_id>g92df3km2</yt:video_id>
  <media:title>Cooking with Mary Ann Cotton</media:title>
  <media:content url="file://cooking_1252.mov" fileSize="1596833065">
    <media:description type="plain">
      Mary makes a killer holiday feast.
    </media:description>
    <media:keywords>mary, cotton, cooking, feast</media:keywords>
    <media:category>Entertainment</media:category>
    <media:rating scheme="urn:simple">nonadult</media:rating>
  </media:content>
  <yt:date_recorded>2005-03-11</yt:date_recorded>
  <yt:language>en</yt:language>
  <yt:location>
    <yt:country>CA</yt:country>
    <yt:location_text>Toronto</yt:location_text>
  </yt:location>
```

Highly Confidential GOO001-07171352

```
      <yt:community>
        <yt:allow_comments>Always</yt:allow_comments>
        <yt:allow_responses>Always</yt:allow_responses>
        <yt:allow_ratings>true</yt:allow_ratings>
        <yt:allow_embedding>false</yt:allow_embedding>
      </yt:community>
      <yt:policy>
          <yt:commercial>share</yt:commercial>
          <yt:ugc>block</yt:ugc>
      </yt:policy>
      <yt:tv_metadata>
        <yt:custom_id>1252</yt:custom_id>
        <yt:episode_title>Killer Holiday Feasts</yt:episode_title>
        <yt:show_title>Cooking with Mary Ann Cotton</yt:show_title>
        <yt:episode>5</yt:episode>
        <yt:season>2</yt:season>
      </yt:tv_metadata>
    </item>

    <item>
      <yt:action>Delete</yt:action>
      <yt:video_id>jd941396jf</yt:video_id>
    </item>
  </channel>
</rss>
```

© YouTube, Inc. 2007. All Rights Reserved.

Highly Confidential

GOO001-07171353