```
 1              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    VIACOM INTERNATIONAL, INC., COMEDY )
 3  PARTNERS, COUNTRY MUSIC             )
    TELEVISION, INC., PARAMOUNT         )
 4  PICTURES CORPORATION, and BLACK     )
    ENTERTAINMENT TELEVISION, LLC,      )
 5                                      )
                      Plaintiffs,       )
 6                                      )
    vs.                                 ) NO. 07-CV-2203
 7                                      )
    YOUTUBE, INC., YOUTUBE, LLC,        )
 8  and GOOGLE, INC.,                   )
                                        )
 9                    Defendants.       )
    _____)
10                                      )
    THE FOOTBALL ASSOCIATION PREMIER    )
11  LEAGUE LIMITED, BOURNE CO., et al., )
    on behalf of themselves and all     )
12  others similarly situated,          )
                                        )
13                    Plaintiffs,       )
    vs.                                 ) NO. 07-CV-3582
14                                      )
    YOUTUBE, INC., YOUTUBE, LLC, and    )
15  GOOGLE, INC.,                       )
                                        )
16                    Defendants.       )
    _____)
17
18          VIDEOTAPED DEPOSITION OF CHRIS MAXCY
                 SAN FRANCISCO, CALIFORNIA
19                THURSDAY, AUGUST 28, 2008
20
    BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
21  CSR LICENSE NO. 9830
    JOB NO. 15485
22
23
24
25
```

Figueira Decl. Tab 90

```
 1                    MAXCY                        90-0002
 2          What is CMS?
 3     A    Content Management System.
 4     Q    And generally what does -- what does that do?
 5   Can you just define it on the record?
 6     A    Sure.  That's an umbrella term for the
 7   copyright protection system that we've been discussing
 8   today, Video ID, Audio ID, Text Search, Metadata --
 9   I'm sorry -- MD5 Hash.  All of those copyright
10   protection tools.
11     Q    And what are the serious operational issues
12   that you're referring to?
13     A    I'm specifically referring to data that we
14   would need with respect to music sound recordings and
15   music publishing, and the fact that in almost all
16   instances we found that across the industry on the
17   publishing side of the industry and the sound
18   recordings out of the industry, that the rights owners
19   have incomplete data which makes it very difficult for
20   us to actually track and pay rights owners
21   appropriately.
22     Q    And what -- what are you encompassing or
23   referencing when you say "incomplete data"?
24     A    So, for example, a record label might know
25   that they have -- that they may pass us information
```

1                   MAXCY                  90-0003

2 about who the artist is and the track of a particular

3 sound recording, and they may or may not know who the

4 various publishers are, the composers of that

5 particular song.

6       In some cases they might know, but they

7 wouldn't be able to tell us what percentage ownership

8 each publisher has in that particular sound

9 recording -- I'm sorry -- in that particular

10 composition.

11       To the same extent, if we ask music

12 publishers what are all the songs that your composers

13 represent and who's the artist, they often can't tell

14 us either with any kind of level of precision.  So

15 it's a prob- -- it's an industry-wide problem.

16     Q   Are you taking any steps to address that

17 issue?

18     A   Yes.

19     Q   What are they?

20     A   We are working actively with music publishers

21 and record labels to collect and rationalize their

22 ownership data in an effort to be able to pay

23 everybody accurately.

24     Q   And how, more specifically, are you going

25 about rationalizing it, as you put it?