```
                UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC            )
TELEVISION, INC., PARAMOUNT        )
PICTURES CORPORATION, and BLACK    )
ENTERTAINMENT TELEVISION, LLC,     )
                                   )
                  Plaintiffs,      )
                                   )
vs.                                ) NO. 07-CV-2203
                                   )
YOUTUBE, INC., YOUTUBE, LLC,       )
and GOOGLE, INC.,                  )
                                   )
                  Defendants.      )
_____)
                                   )
THE FOOTBALL ASSOCIATION PREMIER   )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all    )
others similarly situated,         )
                                   )
                  Plaintiffs,      )
vs.                                ) NO. 07-CV-3582
                                   )
YOUTUBE, INC., YOUTUBE, LLC, and   )
GOOGLE, INC.,                      )
                                   )
                  Defendants.      )
_____)

           VIDEOTAPED DEPOSITION OF CHRIS MAXCY
                SAN FRANCISCO, CALIFORNIA
                 THURSDAY, AUGUST 28, 2008

BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 15485
```

Figueira Decl. Tab 91

```
 1                    MAXCY                      91-0002
 2       A    Yes.
 3       Q    Do you -- do you remember whether there was
 4  one -- was there a phone conversation?
 5       A    I believe there was a phone conversation, but
 6  my memory fails me as to who and when.
 7       Q    Do you remember whether YouTube provided any
 8  information or material to Cherry Lane concerning
 9  partnership opportunities?
10       A    What kind of material?
11       Q    At any -- you testified that there was --
12  that you recall a conversation.
13       A    Yes.
14       Q    I take it a telephone conversation with
15  either Mr. Hauprich or Mr. Jacobson.
16       A    Yes.
17       Q    You don't remember when -- when it was?
18       A    No.
19       Q    And do you remember anything about the
20  substance?
21       A    I recall having a conversation and explaining
22  that we were working with major record labels, and
23  that we were trying to work with those labels to clear
24  synchronization rights for our music and that we were
25  trying to rely on the record labels to clear the
```

```
 1                      MAXCY                    91-0003
 2      synchronization with the publishers, but what we were
 3      running into was two issues.
 4              One was incomplete data and, two, historical
 5      acrimony between music publishers and record labels,
 6      and so it was very difficult to identify who the
 7      publishers were to even work with them, but the
 8      premise of the conversation was that we were relying
 9      on the record labels to clear the synchronization
10      rights that we needed for publishers.
11          Q   So if I'm understanding, Cherry Lane, as you
12      understand it, is a music publisher?
13          A   As far as I know, yes.
14          Q   As distinct from a record label?
15          A   That's correct --
16          Q   And briefly --
17          A   -- as I recall.
18          Q   -- briefly, generally, how are you
19      distinguishing between the two so we can have it on
20      the record?
21          A   I understand a record label produces or owns
22      rights in a sound recording, and a music publisher
23      would typically own rights in composition.
24          Q   And was it -- when you spoke with Mr.
25      Hauprich or Mr. Jacobson, was it YouTube's business
```