To:       "David Eun" <deun@google.com>
From:    "Bhanu Narasimhan" <bhanun@google.com>
Cc:
Bcc:
Received Date:    2006-06-28 17:13:09 CST
Subject:    Re: Illegal Uploads



Figueira Decl. Tab 93

Hi Dave,

We catch around 10% of all online user uploaded videos during review. Of these approximately 90% is disapproved due to copyright violation, and the rest due to policy (porn, violence, etc.) We discuss these stats weekly in the ops team meeting so I am enclosing our slides from this week - see slides 3-9 for review and takedown stats.

Please let me know if you would like more information or if you need this data summarized differently. Also, the raw data is in our filer and is updated weekly so if you would like to get access to this, do let me know.

To be honest, I don't have insight into youtube stats but I believe they proactively review videos based on #playbacks in the last Xmins (if a video is getting very popular) and takedown if the video has porn or other bad content. I am not sure they do anything about copyright other than take these down when they get a dmca. I can try to ask around and find out more.

Thanks,
Bhanu

On 6/28/06, David Eun <deun@google.com> wrote:
>
> Bhanu,
>
> In the swirl of discussions around copyright enforcement policies, can you
> tell me how many illegal videos we "catch" every week on average and what
> types/kinds/categories they fall into?
>
> How do they correspond to the stuff that gets uploaded to YouTube?
>
> Your info and insight would be appreciated!
>
> Dave
>
> --
> David Eun
> NY: 212-589-8070
> MV: 650-253-1993
>

Attachments:

Video Meeting 06-26-06.ppt



Narasimhan
EXHIBIT NO. 4
9. 18. 09
A. IGNACIO HOWARD CSR 9830



# Google Video Team Meeting



## Agenda for 6/26/06



- Updates

  Welcome, Dublin Team!

  Video Reviews - Amy

  Take Downs & DMCA – Katrina & Stephanie

  Emails – Sarah

  Frankie – CBG meeting

  Harappa Meeting – cancelled!

- Boo Boos, and Warm Fuzzies

- Our Google Video *STAR(s)*

- Special Topics

  – T-shirts / jerseys

- Two Truths & a Lie - Sarah

Confidential

# Video Review Statistics



Google™ Video BETA

June 17th – 23rd, 2006

Google Search

Search recent TV programs online.



Confidential



# Google Video Team

Total Videos Reviewed: 42,679!

- That's 4,187 more than last week



**Number of Videos Reviewed Per Week**

Confidential



93-0005

# Google™ Google Video Team

## Total Disapprovals: 3,640

- That's 424 more than last week, and 8.5% of total reviews

- That means we approved 39,039 videos this week!



Disapproval Rate

12.00%
10.00%
8.00%
6.00%
4.00%
2.00%
0.00%

06-Jan-06
13-Jan-06
20-Jan-06
27-Jan-06
03-Feb-06
10-Feb-06
17-Feb-06
24-Feb-06
03-Mar-06
10-Mar-06
17-Mar-06
24-Mar-06
31-Mar-06
07-Apr-06
14-Apr-06
21-Apr-06
28-Apr-06
5-May-06
12-May-06
17-May-06
26-May-06
2-Jun-06
9-Jun-06
16-Jun-06
23-Jun-06

Confidential

Highly Confidential

G00001-00794741



Google™

# Google Video Team

## Disapproval Reasons

| # Disapproved | | Reason | % of total Disapproved | |
|---|---|---|---|---|
| Last week | This week | | Last week | This week |
| 1532 | 1955 | TV General | 47.6% | 53.7% |
| 755 | 722 | TV Sports | 23.5% | 19.8% |
| 377 | 396 | Music | 11.7% | 10.9% |
| 197 | 218 | Film | 6.1% | 6.0% |
| 297 | 285 | Porn/Nudity | 9.2% | 7.8% |
| 22 | 27 | Bad Quality | 0.7% | 0.7% |
| 4 | 4 | Obscenity | 0.1% | 0.1% |
| 29 | 28 | Violence | 0.9% | 0.8% |
| 3 | 5 | Drug Use | 0.1% | 0.1% |
| 4 | 2 | Illegal Content | 0.1% | 0.1% |

90.4% total Copyright violations

9.6% total Policy violations

Confidential



# Google Video Team

## Disapproval Trends

### Disapproval Reasons



| | Porn/Nudity | Copyright: Music | Copyright: TV | Copyright: TV Sports | Copyright: Film | Violence | Obscenity | Bad Quality/No | Drug Use | Illegal Content | Spam |
|---|---|---|---|---|---|---|---|---|---|---|---|
| April 24th-28th | 85 | 523 | 2,199 | | 233 | 11 | 4 | 37 | 4 | 1 | |
| May 1-5 | 156 | 301 | 2,788 | | 175 | 18 | 0 | 48 | 2 | 2 | |
| May 8-12 | 110 | 196 | 1,210 | 819 | 119 | 14 | 9 | 33 | 6 | 1 | 3 |
| May 13-19 | 216 | 537 | 1,410 | 954 | 135 | 20 | 4 | 27 | 2 | 2 | 0 |
| May 20-26 | 193 | 381 | 1,738 | 967 | 251 | 32 | 5 | 38 | 6 | 1 | 3 |
| May 27-Jun 2 | 230 | 357 | 1,699 | 933 | 251 | 25 | 2 | 21 | 5 | 2 | 5 |
| June 3-9 | 246 | 290 | 1,764 | 822 | 176 | 25 | 2 | 27 | 4 | 6 | 4 |
| June 10-16 | 297 | 377 | 1,532 | 755 | 197 | 29 | 4 | 22 | 3 | 4 | 10 |
| June 17-23 | 285 | 396 | 1,955 | 722 | 218 | 28 | 4 | 27 | 5 | 2 | 6 |

Legend:
- April 24th-28th
- May 1-5
- May 8-12
- May 13-19
- May 20-26
- May 27-Jun 2
- June 3-9
- June 10-16
- June 17-23

93-0007

 Google™

DMCA & Takedown Updates by Katrina & Steph

- **DMCAs:**
  - 9 total complaints with 110 takedowns
  - Notable DMCAs:

| | | |
|---|---|---|
| **UFC:**<br>More fighting clips | **Playboy:**<br>Grateful Dead & Byrds at<br>Playboy Mansion | **Hollywood Licensing:**<br>AFV content |





93-0008



Confidential

Highly Confidential



93-0009

# Google™ Takedowns...

- Total Takedowns including DMCAs: 186, increase from 60 last week

- Total Takedowns from Sparrow: 61, increase from 51 last week



Total Number of Takedowns per Week

Confidential

Highly Confidential





**Takedowns...**

- Copyright on sparrow: 16, equal to 16 from last week

- Policy on sparrow: 45, increase from 35 last week

- Porn: 22, Violence: 17, Video Quality: 2, Drugs: 1, Obscenity: 1, Hate/Anti: 1, Illegal: 1



**Takedowns by Category per Week**

Confidential



# Notable Takedowns



93-0011

Confidential

Highly Confidential



Google™

# Google Video Team

**Email Updates**

June 17th – June 23rd

- emails Received: 681 (633 last week)

- emails Sent: 512 (442 last week)

  Average: 102 emails a day

Confidential



**VIDEO**

33% emails Uploader

   23 - Uploader Tech: Transcoding Failed, Googlemail Upload Issues

   13 - Uploader Tech: Reload Technical Difficulties, Error Security Settings

25% emails Playback

   20 - GVP: Connection Error, Audio Issue

   13 - GVP: Access Purchased Video, Proxy and Password Auth. Issues

25% emails Policy – DMCA/Tools Auto Email

   40 - responses for Videos Removed for Policy, URL, Copyright Violations

Confidential

Highly Confidential

GOO001-00794749



# Google™

## CBG

8% emails Video Buyer Questions

8 - refunds: Multiple Purchase (3), Technical Difficulties (4), Refund General (1)

16 - Can't See IP, Online Requirement, Can I Charge?

## One - offs

5 - Video One-offs

- User asked about using Video API



Confidential

# Google™

## \\filer\shares\GoogleVideoOperations\Ops Stats



### Google Video Emails per Week

**Received**
**Sent**
**Closed**

Confidential

Highly Confidential






# Google Video Team

## UPLOADER

- 513399 - Bad Response from server: expected 200 OK; got HTTP/1.1 403 Forbidden (Occurs with Mac OS)
- 101770 - Gmail login/Googlemail Upload Issue
- 192687 - Upload fails > 1GB
- 193113 - Uploading Multiple Files at once
- * Niko created new version of Windows Uploader, under review
- Videos Stuck: 1. Transcoding in Progress (corrupted videos in Neptune) 2. Web based uploads – link not working (not enough bandwidth)

93-0016

Confidential

Highly Confidential



Google™

*Bugs*

# CBG Meeting Notes

- 511269 Cancelled order cannot be repurchased

  *Nothing new to report*

**CBG Updates**

- the CBG launch is planned for late next week (6/29)

  *In preparation, CBG is going through all of their CRs to make sure they reference the external name "Google Checkout"*

- Escalating Bugs to CBG

  *CBG created a new queue for bugs. If we are routing a ticket related to a bug, we should now route to **CBG Bug Reports (ROUTE HERE)** - (24 hrs)*

  *Types of bugs related tickets we may route:*
  *Pending orders needing a status check*
  *Bug in UI when trying to place an order*
  *Bug in account (i.e.. Seeing garbled data on receipt page)*



Confidential

G00001-00794753

# Google™

## Google Video Team



### BOO BOO!

Share your "Boo-Boo" moment!



## Warm fuzzy responses

- Hi, Google Video is just one of those services you can't get enough of, I think of it as an online video sharing community, watching other videos and uploading your own.

- Thank you so much for the support a prompt reply. Outstanding service!

- Superb service! I just stumbled across the "embed HTML" feature in sending a video. This is a great feature that, unfortunately, is easily overlooked. It really added FLAIR to my blog and web pages.





Confidential

Highly Confidential






Confidential

# Google™




## Gold Stars!



## Who helped you out this week?

GOO001-00794755



**Google**™

# Google Video T-shirt



# Soccer Jerseys?

http://www.soccer.com/IWCatProductPage.process?Merchant_Id=1&Section_Id=1265&pcount=&Product_Id=159547

http://www.wholesale-patches.com/gallery.htm

93-0020

Confidential



Google™

Sarah

## Two Truths & A Lie



93-0021

Confidential





Highly Confidential



# Next Week's Meeting

- Meeting Leader?

- Harappa Team Meeting?

- Two Truths & A Lie?

Confidential