Redacted Pursuant to Protective Order
at Request of Defendants



Figueira Decl. Tab 94

```
To:            "Bhanu Narasimhan" <bhanun@google.com>, "Eric Mauskopf"
<mauskopf@google.com>, "njay Raman" <sraman@google.com>, rkuo@google.com
From:          "Ed Dunn" <edunn@google.com>
CC:
BCC:
Sent Date:     2006-10-28 04:30:25 GMT
Subject:       Re: [Harappa-team] Google Video Community Policing Change
```

Hi Bhanu,

I am working as an SE on a variety of video deals. Sometimes, there are questions around our own takedown process of porn and violent content. Are we working on anything to detect porn, bad content or copyright violations more automatically? You mentioned something about monitoring high playback video lists:
* the Ops team is planning on having skeleton crews working over the next 3-4 weekends while we learn and develop more automated solutions - we will be monitoring lists of high playback videos and will also have access to a separate tool for "instant" takedown of particularly bad content

Thanks,
Ed


On 8/30/06, Bhanu Narasimhan <bhanun@google.com> wrote:
>
> Hello Everyone,
>
> Tonight we are planning on changing our process for reviewing videos on
> Google Video. This change is not going to be announced, and messaging
> <http://moma/%7Epeterch/GV%20Procedural%20Change%20comm%20doc_august22.doc>is
> entirely reactive.
>
> What is changing:
> * videos under 11mins will be indexed and will go live without review,
> longer videos will still need to be reviewed to go live
>
> * on the front end, users will be able to flag videos as inappropriate and
> will be able to specify from one of the following 4 categories: pornography
> or obscenity, graphic violence, racially or ethnically hateful content,
> other content inappropriate for young viewers - this functionality will be
> localized and available across all domains. See demo<http://0.candidate-vss-cw.vss.video.cw.borg.google.com:8999/videoplay?docid=-3480275085496317162>
> .<http://0.candidate-vss-cw.vss.video.cw.borg.google.com:8999/videoplay?docid=-3480275085496317162>
>
> * when a video is flagged it will continue to be available on our site but
> will be routed to an ops review bin and our normal policies
> <http://video.google.com/support/bin/answer.py?answer=27737&topic=8706>will
> apply (no copyright, porn, graphic violence, etc.) - initially, only
> previously unreviewed videos will be routed for review
>
> * at launch, content that hasn't been reviewed isn't eligible for display
> on the Popular section of the Google Video home page (the top section above
> the fold), the Top 100 list or the Movers & Shakers list - in the upcoming
> weeks we will consider changing our rules so the homepage can include

Narasimhan EXHIBIT NO. 8 9-18-09 A. IGNACIO HOWARD CSR 9830

Highly Confidential                                                     G00001-06555098

```
> unreviewed videos based on # playbacks w/o a user flag
>
> * for videos submitted to us via the auto DMCA tool, we will be
> automatically taking these videos down and we will review the paperwork
> afterwards · in the upcoming weeks, we will consider extending this tool to
> additional content owners
>
> Risks
> * the Comedy, Music, Sports and Education sections on our home page could
> show content that is not family safe. There is a fix for this that should
> get pushed out early next week
>
> * porn and other undesirable content could appear in our search results
>
> Mitigating risks, what's next
> * the Ops team is planning on having skeleton crews working over the next
> 3-4 weekends while we learn and develop more automated solutions - we will
> be monitoring lists of high playback videos and will also have access to a
> separate tool for "instant" takedown of particularly bad content
>
> * we are working on duplicate detection to prevent videos that are taken
> down from being re uploaded - this should be available in the next few weeks
>
> * we are planning an "X strikes and you are out" policy for uploaders,
> timing tbd
>
> * we are working on an implementation of safesearch for video search
> results, timing tbd
>
> You can help
> * please visit google video often, browse our popular videos/search for
> videos, and flag all those videos that you believe violate our
> policies<http://video.google.com/support/bin/answer.py?answer=27737&topic=8706
>
>
> * if you see a particularly egregious video (child porn, beheading, etc)
> please flag this video and also escalate it to ·
>
> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>
> Please let me/Peter know if you have any questions or concerns. Thanks in
> advance for your help,
> Bhanu
>
>
>
>
>
>
> _____
> Harappa-team mailing list
> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> https://mailman.corp.google.com/mailman/listinfo/harappa-team
>
>
>


--
Ed Dunn | Sales Engineer | Partner Services | ▇▇▇▇▇▇▇▇▇▇
```