HIGHLY CONFIDENTIAL -- OUTSIDE
COUNSEL'S EYES ONLY

1    UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF NEW YORK

3    ---oOo---

4    THE FOOTBALL ASSOCIATION          )
     PREMIER LEAGUE LIMITED AND        )

5    BOURNE CO., ET AL., ON BEHALF )
     OF THEMSELVES AND ALL OTHERS      )

6    SIMILARLY SITUATED,,              )
                                       )

7    PLAINTIFFS,                       )
                        vs.            ) 07 CIV. 3582(LLS)

8                                      )

     YOUTUBE, INC., YOUTUBE, LLC   )
9    AND GOOGLE, INC.,,                )
                                       )

10   DEFENDANTS.                       )
                                       )

11   _____)
                                       )

12   VIACOM INTERNATIONAL INC.,        )
     COMEDY PARTNERS, COUNTRY MUSIC)

13   TELEVISION, INC., PARAMOUNT       )
     PICTURES CORPORATION, AND         )

14   BLACK ENTERTAINMENT
     TELEVISION, LLC,                  )

15                                     )

     PLAINTIFFS,                       )
16                        vs.          ) 07 CIV. 2103 (LLS)
                                       )

17   YOUTUBE, INC., YOUTUBE, LLC   )
     AND GOOGLE, INC.,,                )

18                                     )

     DEFENDANTS.                       )
19   _____)

20   VIDEOTAPED DEPOSITION OF JIM PATTERSON
     FRIDAY, DECEMBER 18, 2009
     SAN FRANCISCO, CALIFORNIA

21   Job No. 18411

22

23

24

25

Figueira Decl. Tab
95

1

1           and --                                              95-0002        15

2    9:16           A.    Sure.

3    9:16           Q.    -- if you have any question about what I

4          mean by partner, let me know?

5    9:16           A.    Okay.

6    9:16           Q.    One category of partners to whom YouTube

7          syndicates content are wireless carriers and mobile

8          handset device manufacturers, right?

9    9:16           A.    That's correct.

10   9:16           Q.    And one point in time that included

11         Verizon V CAST?

12   9:16           A.    That's my understanding, yes.

13   9:16           Q.    Are you familiar with the company called

14         Helio?

15   9:16           A.    Yes, I am.

16   9:16           Q.    Is that another partner in the mobile

17         space to whom YouTube has syndicated content?

18   9:16           A.    Yes, it is.

19   9:16           Q.    Apple iPhone as well?

20   9:16           A.    Yes, it is.

21   9:16           Q.    You know, when did YouTube first begin

22         syndicating content to partners in the mobile

23         handset space?

24   9:16           A.    I don't know the exact date.  It was

25         before I joined Google.  I believe it was