**HIGHLY CONFIDENTIAL -- OUTSIDE COUNSEL'S EYES ONLY**

1     UNITED STATES DISTRICT COURT

2   FOR THE SOUTHERN DISTRICT OF NEW York

3              ---oOo---

4   THE FOOTBALL ASSOCIATION          )
    PREMIER LEAGUE LIMITED AND        )

5   BOURNE CO., ET AL., ON BEHALF )
    OF THEMSELVES AND ALL OTHERS  )

6   SIMILARLY SITUATED,,              )
                                      )

7         PLAINTIFFS,                 )
                vs.                   ) 07 CIV. 3582(LLS)

8                                     )

    YOUTUBE, INC., YOUTUBE, LLC   )

9   AND GOOGLE, INC.,,                )
                                      )

10        DEFENDANTS.                 )
                                      )

11   _____)
                                      )

12   VIACOM INTERNATIONAL INC.,       )
     COMEDY PARTNERS, COUNTRY MUSIC)

13   TELEVISION, INC., PARAMOUNT  )
     PICTURES CORPORATION, AND    )

14   BLACK ENTERTAINMENT              )
     TELEVISION, LLC,                 )

15                                    )

         PLAINTIFFS,                  )

16              vs.                   ) 07 CIV. 2103 (LLS)
                                      )

17   YOUTUBE, INC., YOUTUBE, LLC  )
     AND GOOGLE, INC.,,               )

18                                    )

         DEFENDANTS.                  )

19   _____)

        VIDEOTAPED DEPOSITION OF JIM PATTERSON

20          FRIDAY, DECEMBER 18, 2009
            SAN FRANCISCO, CALIFORNIA

21             Job No. 18411

22

23

24

25

Figueira Decl. Tab 96

1

1          syndicating the YouTube service to mobile carriers,
96-0002

2          we also made the YouTube service available through

3          the devices on which -- the consumer electronic

4          devices on which those were available, even if we

5          didn't have a contractual relationship with them.

6    9:20          Q.   Okay.  I think I asked the question wrong.

7          As you point out, handset devices are consumer

8          electronic devices too.  What I'm asking about are

9          consumer electronic devices that hook up to

10         televisions?

11   9:21          A.   Okay.

12   9:21          Q.   Do you have a term that you want to use to

13         describe those to make sure that we're using the

14         same language?

15   9:21          A.   Devices that connect to televisions.

16   9:21          Q.   Okay.

17   9:21          A.   Yeah.

18   9:21          Q.   When did YouTube first begin syndicating

19         content to partners in the devices that connect to

20         televisions space?

21   9:21          A.   So in the most liberal interpretation,

22         which would be a PC that can connect to a

23         television, it would be when we started allowing

24         YouTube videos to be embedded in other websites.

25   9:21          Q.   Okay.

| | | |
|---|---|---|
| 1 | 9:21 | A.  Or actually even just when we launched the |
| 2 | | YouTube service 'cause you can connect to a PC that |
| 3 | | has a browser. |
| 4 | 9:21 | Q.  If we exclude PCs from the equation -- |
| 5 | 9:21 | A.  Okay. |
| 6 | 9:21 | Q.  -- and we are talking about things like |
| 7 | | set top boxes and gaming consoles and devices of |
| 8 | | that category.  When did YouTube begin syndicating |
| 9 | | content to partners in that space? |
| 10 | 9:22 | A.  I believe the first partnership of that |
| 11 | | sort was also with Apple, and it was around Apple |
| 12 | | TV, and it may have been the exact same agreement |
| 13 | | that -- through which we made YouTube service |
| 14 | | available on the iPhone. |
| 15 | 9:22 | Q.  And -- |
| 16 | 9:22 | A.  Which was before I joined Google, so it |
| 17 | | was a few years ago. |
| 18 | 9:22 | Q.  Do you know whether that was in 2006 or |
| 19 | | 2007? |
| 20 | 9:22 | A.  I don't know for sure.  If it was in 2007, |
| 21 | | then it was in very early 2007. |
| 22 | 9:22 | Q.  And who were the early partners in that |
| 23 | | line of business? |
| 24 | 9:22 | A.  So Apple was the earliest by a lot.  And |
| 25 | | then the next set of companies I think of in that |

96-0003