Figueira Decl. Tab 97_Part 1

EXHIBIT# 3
DATE: 10·3·08
DEPONENT: Rader, S.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

# Advertising
## with

YouTube

March 2007

YouTube Confidential

Highly Confidential

GOO001-00305115

# Agenda

- YouTube Overview

- Audience & User Experience

- Advertising Opportunities



# What Is YouTube?

A consumer media company for people to watch and share original videos through a Web experience



YouTube Confidential

97_Part 1-0003

Highly Confidential

GOO001-00305117

# Genesis

Problem — No easy way to share home videos with friends

Solution — Website that makes sharing & watching video fast, fun, and easy

Outcome — A solution to a personal problem becomes universally useful

Entertaining short-form video experiences become a cultural phenomenon





YouTube Confidential

Highly Confidential

# Birth Of A New Clip Culture






# Breakout Hits

Lazy Sunday (*SNL*)
- 5 million views in 1 month

Evolution of Dance
- 40.7 million views to date

Ronaldinho (*Nike*)
- 3 million views in first 3 months
- 6 million views (9 months)

Tea Partay (Smirnoff)
- 1.3 million views in six weeks





YouTube Confidential

Highly Confidential

GOO001-00305120

# Our Constituents




Users




Content Creators




Advertisers



YouTube Confidential

97_Part 1-0007

Highly Confidential

GOO001-00305121

# A New Distribution Channel





YouTube Confidential

97_Part 1-0008

Highly Confidential

GOO001-00305122

# Our Vision

To create the next-generation platform for delivering media worldwide



YouTube Confidential

97_Part 1-0009

Highly Confidential

GOO001-00305123

# Audience & User Experience



YouTube Confidential

97_Part 1-0010

Highly Confidential

GOO001-00305124

# 9th Largest Web Destination

[Nielsen NetRatings NetView screenshot showing rankings: Yahoo!, Google, Microsoft, MSN/Windows Live, AOL Media Network, Fox Interactive Media, eBay, Wikipedia, YouTube (highlighted, 9th), Amazon, Weather Channel, Real Network, Ask Search Network, About.com]



YouTube Confidential

Nielsen NetRatings; February 2007

Highly Confidential

97_Part 1-0011

GOO001-00305125

# User Demographics (USA only)

February 2007

| | | UU (millions) | % UU | % Page Views | Reach % |
|---|---|---|---|---|---|
| Age | All | 42 | - | - | 27% |
| | < 18 | 7.4 | 17% | 25% | 57% |
| | 18 - 34 | 8.9 | 21% | 33% | 27% |
| | 25 - 54 | 24.4 | 58% | 56% | 31% |
| | 55 + | 7.3 | 17% | 5% | 22% |
| Gender | Male | 22.9 | 54% | 68% | 30% |
| | Female | 19.2 | 46% | 32% | 24% |
| Income | >$75k | 19.6 | 47% | | |



YouTube Confidential

97_Part 1-0012

Highly Confidential

GOO001-00305126

# Users By The Numbers

**Unique Users**
- 42 million USA monthly unique users
- Ranked 9th among web destinations

**Pageviews**
- 2 billion monthly pageviews
- 27% Active Reach in the US

**Engagement**
- 41 minutes per user session
- 45 web pages per user



Nielsen: February 2007
97_Part 1-0013

YouTube Confidential

Highly Confidential

GOO001-00305127

# Engaging Video Experience

- Easy-to-view video experience uses flash video and progressive downloads delivering quick seamless user experience

- Highest trafficked pages on YouTube

- Watch pages feature robust community functionality allowing users to interact with other users and discover new content

- Watch pages categorized by content category allowing contextual targeting and marketer content road blocks





YouTube Confidential

97_Part 1-0014

Highly Confidential

GOO001-00305128

# Thriving Community

- Channel metaphor delivers deep persistent connections through subscription and favorites functionality

- Subscriptions provide users a way to stay connected to their favorite producers – users are notified each time a subscribed channel is updated with new content

- Video Log furthers communication with other users

- Channel pages highlight connections through "Favorites", "Subscribers", "Channels I'm Watching" and "Connect" functionality





YouTube Confidential

97_Part 1-0015

Highly Confidential

GOO001-00305129

# Safe Contextual Environment

 **Dynamics**
- Social, not social network
- Users browse content, not people

 **Policy**
- No copyrighted or inappropriate content
- Content removed & users banned for violations

**Community Policing**
- Users flag inappropriate videos
- Flagged videos are segregated until reviewed
- **Videos over 50K views that have not been flagged are 99% likely to be clean content**

**Staff Review**
- All flagged videos are reviewed within hours
- YouTube maintains video database control



YouTube Confidential

97_Part 1-0016

Highly Confidential

GOO001-00305130

# Content Policy

The following content guidelines are outlined under YouTube Terms of Service:

- No content that is sexual in nature
- No nudity
- No violence
- No racial, religious or otherwise abusive language or behavior
- No illegal activities

• YouTube users flag any content they think is objectionable

• Additionally, YouTube's internal team reviews content across the site against these parameters

• Any content found to violate these terms is removed from the system and the user receives a strike (three strikes and they are removed from the system)



YouTube Confidential

97_Part 1-0017

Highly Confidential

GOO001-00305131

# Ad Opportunities



Highly Confidential

GOO001-00305132

# Advertising Opportunity Overview

**Site Targeting**
- Homepage Video
- Search Results (Keywords available)
- User Channel Pages
- Category, Community, Channel Sections

**Audience Targeting**
- Age, Gender & Geo Targeting
- DART/GAM targeted capabilites

**Content Targeting**
- Premium Licensed Content

**Custom**
- Brand Channels
- Custom Contests
- Participatory Video Ads and Director Videos



YouTube Confidential

97_Part 1-0019

Highly Confidential

GOO001-00305133

# Targeting Availability

- **DART**
  - **Time of day / Day of Week** targeting (day-parting and date-parting)
  - **Geo-Targeting** (DMA, Country, State, City, International Area Code, Postal/Zip)
  - **Computer System** (Operating System, Web Browser)
  - **Internet Related** (Domain Type, Domain Name, Internet Service Providers, Online Service Providers)
  - **Bandwidth Targeting**
  - **Page and Category Targeting** – Specific site pages and content categories
  - **Keywords Targeting** – words / tags (no proper names)

- **Demo and Registration Targeting**
  - **68% of YouTube users are registered!**



YouTube Confidential

97_Part 1-0020

Highly Confidential

GOO001-00305134