# Professional Content Opportunities on YouTube

- Large, medium and small content partners embrace YouTube

- Professional inventory available across YouTube content categories

- New partners being added weekly
  - YouTube actively manages content balance maintaining community and protecting against over-commercialization

- *Professional inventory provides high-quality adjacencies to reach the YouTube UGC audience*



*+ many more!*



YouTube Confidential

97_Part 2

Highly Confidential

GOO0001-00305135

# Premium User Content on YouTube

- Select inventory available against most popular YouTube content creators

- Represents the first time select group of UGC can be targeted by advertisers

- Premium UGC inventory meets acceptability standards and contains no potentially infringing content
  - Participating users affirm all content meets YouTube TOU

- *Popular high-profile content provides premium environment for YouTube advertisers*

- *Top User inventory available April 2007*





+ *many more*

YouTube Confidential

97_Part 2-0002

# Premium Content

- YouTube Premium content inventory increases daily as new partners create channels and upload videos

- YouTube Premium Watch pages are <u>non-racy licensed content</u> videos

- Advertisers can purchase inventory run-of or by category (premium content not sold by-brand or partner name)

- Partner Content categories include Music, Entertainment, Comedy and Sports

- Current partners include Warner Music, Universal Music, Adult Swim, NHL

- 728x90 and all partner Watch Pages

- $15 CPM





YouTube Confidential

97_Part 2-0003

Highly Confidential

GOO001-00305137

# YouTube Category Section



160x600 banner

(Rich media accepted)

**$10 CPM for specific categories**

**$8 CPM Run of Category Pages**

$2 premium for additional targeting

Categories include:
Autos/Vehicles, Comedy,
Entertainment, Film/Animation,
Music, News/Politics, People/Blogs,
Pets/Animals, Howto/DIY, Sports,
Travel/Places, Gadgets/Games



YouTube Confidential

97_Part 2-0004

Highly Confidential

G00001-00305138

# YouTube Community Section



160x600 (rich
media accepted)

**$8 CPM Run of
Community**

$2 premium for
additional
targeting



YouTube Confidential

97_Part 2-0005

Highly Confidential

GO0001-00305139

# YouTube Channels Section



160x600 (rich media accepted)

**$8 CPM Run of Channel pages**

$2 premium for additional targeting



YouTube Confidential

Highly Confidential

# YouTube User Channel Pages



728x90 (rich media accepted)

**$8 CPM Run of Channel pages**

$2 premium for additional targeting



YouTube Confidential

97_Part 2-0007

Highly Confidential

GO0001-00305141

# YouTube Videos Section



•Available Video pages that are ──→ targetable

160x600 (rich media accepted)

**$10 CPM for a specific Video page**

**$8 CPM Run of Videos pages**

$2 premium for additional targeting



# YouTube Upload Path



300x250 banner

(no rich media)

$12 CPM



YouTube Confidential

97_Part 2-0009

Highly Confidential

G00001-00305143

# YouTube Search Results



728x90 and 160x600
(rich media accepted)

**$15 CPM targeted
keywords**

**$8 CPM for a specific
Search page (Sports)**

**$6 CPM Run of Search
pages**

$2 premium for additional
targeting



YouTube Confidential

97_Part 2-0010

Highly Confidential

G00001-00305144

# YouTube Director Video



- Video thumbnail runs in rotation on homepage
- Clicks through to a Watch Page
- Minimum 5% SOV required
- $8 CPM



YouTube Confidential

Highly Confidential

# Participatory Homepage Video Unit



- *User-initiated video unit on highly influential YouTube home page*

- *Community features fully enabled tapping into YouTube dynamics*

- *Helps drive viral potential of advertising content*

$100K per day

$150K spend required

8.5MM impressions



YouTube Confidential

Highly Confidential

# Standard Watch Page – VALUE ADD



Fixed 728x90 banner

Link to advertiser channel

Option to subscribe to advertiser's channel

Link to advertiser website

Expandable text for description of video

Option to allow or disable external embeds of advertiser video

Other advertiser videos populated under "More From this User" tab

Community interaction with advertiser video



YouTube Confidential

97_Part 2-0013

Highly Confidential

G00001-00305147

# Standard Channel Page – VALUE ADD



Fixed 728x90 banner

User-initiated video player and link to full Watch Page

Community interaction with advertiser

Other Advertiser videos that link the advertiser watch pages

Advertisers acts as user and selects their favorite videos



YouTube Confidential

97_Part 2-0014

Highly Confidential

GO0001-00305148

# YouTube Brand Channel – VALUE ADD



- •Custom hardcoded unit built into top of page
- •Color scheme customizable
- •Video unit plays upon page load
- •Houses all advertiser video spots
- •Community interaction with channel through subscribers, comments, and postings
- •Links included to website

*$200K minimum ad spend required to receive Brand Channel



YouTube Confidential

97_Part 2-0015

Highly Confidential

G00001-00305149

# Watch Page (incl. w/ Brand Channel) - VALUE ADD



• Additional custom logo driving to brand channel

• "More From This User" section includes other advertiser videos

• Fixed 728x90 banner on top of Watch Page



YouTube Confidential

97_Part 2-0016

Highly Confidential

GOO001-00305150

# YouTube Custom Contest - VALUE ADD



- •Custom hardcoded unit built into top of page
- •Options to add, manage, remove videos
- •Set dates for submissions, voting, results, rewards
- •Fixed 1600x600 on all contest pages
- •Community interaction with contest viewing and voting
- •Text included for rules/regs and text links to websites
- *$250K minimum ad spend required to custom Contest template



Highly Confidential

GO0001-00305151

# Thank You



YouTube Confidential

Highly Confidential

GOO001-00305152