Redacted Pursuant to Protective Order
at Request of Defendants

To: Suzie Reider <sreider@youtube.com>
From: gstrompolos@google.com <gstrompolos@google.com>
Cc: Chris Theodoros <theo@google.com>
Bcc:
Received Date: 2007-07-17 17:36:59 GMT
Subject: Re: Producer compensation?

Figueira Decl. Tab 98

Hi Chris, Suzie,

There are three kinds of YouTube content partnerships:

1. Premium
Premium partnerships are usually established with large, mainstream content providers such as TV networks, cable stations, sports leagues, large content hosting websites, and film studios. These are typically negotiated deals that may involve content commitments and promotional guarantees.

2. Torso
Torso partnerships make up the vast majority of our deals. Torso partners are typically professional content providers that are not quite mainstream or fulfilling a unique niche. Examples of torso partners are animation companies, indie film studios, smaller cable stations, new media studios, etc. These deals are almost always non-negotiated and based on our standard TOS.

3. User Partners
We recently started partnering with some of our top users. These users usually fall within the Top 100 Most Subscribed All Time channels, OR they are recognized as valuable members of the YouTube community. User Partners receive enhanced channel features, rev sharing, partner placement, and a small allotment of director video promotion.

So, how do these partners make money?
Today, partners earn 70% of net revenue (Gross revenue - our 25% operating costs, then split 70/30) from display ads, sold by YouTube, appearing on their watch/channel pages. In essence, this is performance based revenue sharing: the more views/ad impressions you have, the more you earn. We're moving towards a model where partners can sell their own inventory at premium CPMs. In addition, we're close to launching several new ad formats that will likely generate more revenue than display ads.

LMK if you need more info.

-George

On 7/16/07, Suzie Reider <sreider@youtube.com> wrote:
> George,
> Can you detail the partner program for Chris.
> Fine to copy me... others will ask and I can *forward*...

DATE: 10-3-08  EXHIBIT# 7
DEPONENT: REIDER, S.

CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential

G00001-00074410

```
>
> On 7/16/07, Chris Theodoros < theo@google.com> wrote:
> > Hi Suzie...
> > Where can I get more info on how/who we compensate for YT content?
> > I've had some questions about the process recently...
> > Thanks.
> > CT
> >
> >
>
>
>
> --
> Suzie Reider
> YouTube
> 1000 Cherry Ave Suite 200
> San Bruno, CA 94066
>
>
```

--
************************

George Strompolos
YouTube
http://www.youtube.com

650-963-3367 Fax
gstrompolos@youtube.com

If you received this email by mistake, please don't forward it to
anyone else as it may contain confidential or privileged information.
Please erase all copies of it, including all attachments, and please
let me know that it went to the wrong person. Thanks.