

# YouTube Video Ads

Drive engagement and awareness with high-profile placements on YouTube's Search Results pages and Homepage.
Figueira Decl. Tab 99



### Benefits

- High-profile and contextually-relevant placements drive attention to content, trailers, or advertising
- Generate a dialogue with the YouTube community through community features
- Prominent placement above the fold delivers big impact
- Enhance viral potential of content by driving high view counts and pushing videos to Most-Viewed pages
- Homepage placement provides high share of voice on YouTube's single most trafficked page
- Search and Category pages present content related to user interests at the moment of relevance, creating an attractive, contextually-relevant placement
- Target placements on Search pages by selecting from among YouTube's hundreds of content categories, triggered by relevant user keyword queries

### Features

- User-initiated click-to-play video
- Custom Title Card image encourages user engagement and clicks to play video
- Community features engage users around your brand messages in the same way users interact with content on the YouTube platform
- Community metrics track success and drive increased views by signaling relevance and interest for other users
- Custom Click-through URL drives users to additional brand content
- 300x35 Companion Banner and Call-to-action Image above video increase impact and drive users to a brand page

### YouTube Stats (US)

(Nielsen//NetRatings Dec 2007)

- #1 entertainment site on the Internet
- #6 largest audience on the Internet
- 68 million unique monthly visitors
- Users spend 3.3 billion minutes on the site each month
- Active reach: 41.5%; universe reach: 31.7%

### Did You Know?

The YouTube Video Ad can be targeted by age, gender, geography, and time of day.

DATE: 10·3·0    EXHIBIT# 9
DEPONENT: REIDER, S.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830