To: 'David Eun' <deun@google.com>
From: Suzie Reider <sreider@youtube.com>
Cc:
Bcc:
Received Date: 2007-05-20 19:47:00 CST
Subject: RE: Path to YouTube Monetization 5.14.07

Figueira Decl. Tab 100

another long flight for you :(

take a look at the note from from Jeff Dejelo
we spent a while looking at the *what if* for the search results pages
and he captured a lot in that doc.

> we believe search will be stronger than watch (for now)- simply because
> it will take such a long time for all the watch content to be claimed
> and (for inventory levels to get huge - today all watch page inventory
> that can be sold is less than 20million impressions/month so even at a
> $10 cpm that is $200,000 - split 70/30 among all partners) - this will
> change as content gets claimed AND we program the user experience
> better/more and strive to create more inventory aorund premium content.
> new ad concepts are just in early stages (as you saw at meeting)
>
> the 300x250 in search is a really flexible unit - any length
> commerical/content, or a static ad, can accpet rich media and it can be
> targeted. so for now - it shows a lot more promise.

hope this makes sense.

---

From: David Eun [mailto:deun@google.com]
Sent: Sunday, May 20, 2007 12:04 PM
To: Suzie Reider
Subject: Re: Path to YouTube Monetization 5.14.07

Suzie,

Hope you are recovering from the Conference!

Am about to leave for London and am wondering if you had any
additional/new thoughts you'd want me to share.

I'm still not clear on what we think the search-driven ads are going to
be such a stronger source of ad revenues than from watch pages. Is it
because there's natural "packaging" inherent in the search results?

Drop me a line when you get a shot.

Thanks,
Dave


On 5/14/07, Suzie Reider wrote:

> you can look at this on the ride West.

DATE: 10-3-08   EXHIBIT# 11
DEPONENT: REIDER, S.
CASE: Viacom, et al., v. YouTube, et al., The Football
Association Premier League, et al., v. YouTube, et al.,
Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Highly Confidential                                                   G00001-00907818

its a very early look at how to present this. 100-0002
Here's the thing - if we give too much info we're just inviting outsiders to critque (if we assume ES may hand to those who have his ear).
So my question is do you really want to show detail, or just a really high level that will demonstrate that we do in fact have our act together on all this.
My gut says high-level:

we'll launch ad in search on july 1st, revenue proejctions are X
watch page concepts are being tested and the revenue will be slower in coming as only .14% of watch pages can currently be monetized.
there will be a big team selling all this when the sales re-org is complete (early July)
it all takes resources and to compete with MySpace, Facebook, Yahoo!, MSN and AOL we need to build a world class ad strategy and programs team within GMS and YouTube.

but you know all that...
anyway - have a look and I'll either take it to bigger picture or keep the detail, but either way we can represent a lot with good design and have a one pager that we feel good about floating around the company.

-Suzie


--
David Eun
NY: 212-565-8070
CA: 650-253-1993

============================
"CONFIDENTIALITY. This communication is intended only for the use of the intended recipient(s) and may contain information that is privileged and confidential. If you are not the intended recipient, please note that any dissemination of this communication is prohibited. If you have received this communication in error, please erase all copies of the message, including all attachments, and please also notify the sender immediately. Thank you for your cooperation."

Highly Confidential                                    GOO001-00907819