Worldwide (All) | English

Sign Up | QuickList (0) | Help | Sign In

Home    Videos    Channels    Community

→ english premier league 2008 | Videos ▼ | Search | advanced

Figueira Decl. Tab 101

"english premier league 2008" video results 1 - 20 of about 901

**Videos**   **Channels**    Sort by: Relevance▼   Uploaded: Anytime▼   Type: All▼


**English Premier League 2008 Chelsea -- Manchester ...**
premier-league-2008-chelsea.html Salomon Kalou goal for Chelsea evens the score against Man United goal by Park. This is ... (more)

Added: 1 week ago
From: sporttraffic
Views: 1,254

01:11
More in Sports

Show more videos recently added: Today | This week


**english premier league 2008 compilations by kac7**
english premier league promo 2007-2008 drogba cristiano-rooney fabregas... by kac7 ... english premier league promo 2008 ...

Added: 1 year ago
From: bjbja
Views: 12,187

01:08
More in Sports



● Click Here To Follow Usain Bolt Home   puma

USAIN BOLT

**Usain Bolt Dances The "Lightning Bolt"**
From: PUMAInternational
Comments: 493

Login to rate video
★★★★☆
2409 ratings

Advertisement


**English Premier League 2007/2008**
Stuff that happend in the league and stuff that shows how fantastic the league is ... english Premier League Football ...

Added: 2 months ago
From: redronaldo
Views: 537

02:32
More in Sports




**English Premier League 2008 Goals Sunderland vs ...**
englishpremierleaguegoals.blogspot.com/2008/08/en -premier-league-goals-sunderland.html English Premier League 2008 ... (more)

Added: 1 month ago
From: sporttraffic
Views: 4,429
no rating
00:34
More in Entertainment


**Liverpool v Middlesbrough 2-1 English Premier League**
/2008/08/liverpool-v-middlesbrough-2-1- english.html ... 2008 barclays english football gerrarad goal goals highlights ...

Added: 1 month ago
From: denist2008
Views: 13,018

01:13
More in Sports


**Barclays English Premier League - 2008/2009 Season**
The Best Teams In England. ... soccer arsenal liverpool chelsea manchester united barclays english premier league sports ...

Added: 4 months ago
From: ArsenalKeeper77
Views: 2,900

01:15
More in Sports


**Bolton vs Arsenal (1 - 3) English Premier League 20.09.2008**
/ Bolton vs Arsenal (1 - 3) English Premier League Highlights 20.09.2008 ... Bolton vs Arsenal bolton arsenal english ...

Added: 1 week ago
From: johnnymamm
Views: 8,270

00:44
More in Sports

DATE: 10.3.08    EXHIBIT# 13
DEPONENT: REIDER, S

CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Pages: 1 [2](#) [3](#) [4](#) [5](#) [6](#) [7](#) ... **Next**

101-0002

| | English Premier League Betting Tips - Racing Post | Added: 1 month ago |
|---|---|---|
| | Who will win the premier league 2008/09? Racing Post Sports betting video tipster forum (www.racingpost.co.uk ... | From: jady84<br>Views: 132<br>*no rating*<br>**07:31**<br>More in Sports |



english premier league 2008-2009 in pes 2008

new teams like hull city and stoke city and west bromwich albion ... chelsea man utd arsenal liverpool ...

Added: 2 months ago
From: iraqisheva
Views: 4,054

**08:02**

More in Sports



Everton Vs Liverpool English Premier League 2008 - 2009

http://premiershipreviews.blogspot.com/2008/09/everton-vs-liverpool.html ... everton liverpool english premier league ...

Added: 4 days ago
From: ksuksup
Views: 462
*no rating*
**00:12**

More in Sports



Hull City vs Everton (2 - 2) Premier League 21.09.2008

vs Everton (2 - 2) English Premier League Highlights 21.09.2008 ... Hull City vs Everton hull city everton premier league ...

Added: 1 week ago
From: johnnymamm
Views: 2,376

**00:40**

More in Sports



English Premier League ((NEW SEASON))

English Premier League ((NEW SEASON)) 2008/2009 ... English Premier League ((NEW SEASON)) ...

Added: 1 month ago
From: dodydy
Views: 3,007

**04:02**

More in Sports



Chelsea vs Tottenham 1-1 Premier League 31.08.2008

/ Chelsea vs Tottenham 1-1 Premier League Highlights 31.08.2008 Belletti, Bent ... Chelsea vs Tottenham chelsea tottenham ...

Added: 1 month ago
From: rangerlifehood
Views: 5,614

**01:54**

More in Sports



English Premier League theme 2008/09

Epl theme... ... EPL ...

Added: 1 month ago
From: petrarchd
Views: 2,106

**00:39**

More in Sports



Full English premier & Champions League 07-08 compilation

Compilation chock full of the best of the premier league & champions league from the 2007-2008 season. The music is ... (more)

Added: 3 months ago
From: Hyperio
Views: 3,038

**08:31**

More in Sports



Cristiano Ronaldo - Freestyle Battle 2008

Ham United, Wigan Athletic, manchester united, sporting lisbon, portugal, english premier league, skills, goals, rabona ... (more)

Added: 5 months ago
From: adrianav22
Views: 4,067,524

**02:58**


Arsenal vs Hull City 1 - 2 **Premier League** 27.09.**2008**

/ Arsenal vs Hull City 1 - 2 **English Premier League** 27.09.**2008** ... Arsenal vs Hull City arsenal hull city **premier league** ...

Added: 4 days ago
From: tongtong100
Views: 14,450

00:33

More in Sports

101-0003


OLYMPIQUE DE MARSEILLE 1 V 2 LIVERPOOL 16/09/**2008**

crosses. ... CHAMPIONS **LEAGUE** MARSEILLE LIVERPOOL 16/09/**2008** Motor Sport Soccer Sports Talk Tennis Track Field Water ... (more)
Translate

Added: 2 weeks ago
From: spectacularv...
Views: 75,145

02:52

More in Music


Fulham vs Arsenal (1 - 0) **Premier League** 23.08.**2008**

.mightyfootball.com/ Fulham vs Arsenal (1 - 0) **Premier League** 23.08.**2008** ... fulham vs arsenal **premier league english** epl ...

Added: 1 month ago
From: Jokerman9080
Views: 2,802

01:53

More in Sports

english premier league season 2007/**2008**

teams of **english premier league** season 2007/**2008** ... **english premier league** season 2007/**2008** man utd chelsea arsenal ...

Added: 1 year ago
From: haroonfunny94
Views: 12,770

01:55

More in Sports

---

| Add to iGoogle | english premier league 2008 | Videos | Search | | Face The Candidates |

| Your Account | | Help & Info | | YouTube | |
| --- | --- | --- | --- | --- | --- |
| Videos | Inbox | Help Resources | Community Help Forums | Company Info | Press |
| Favorites | Subscriptions | Safety Tips | Copyright Notices | TestTube | Contact |
| Playlists | more... | Developer APIs | Community Guidelines | Terms of Use | Blog |
| | | Advertising | YouTube On Your Site | Privacy Policy | Jobs |
| | | YouTube Handbook | | | |

© 2008 YouTube, LLC