Sign Up | QuickList (0) | Help | Sign In

Worldwide (All) | English

Home        Videos        Channels        Community

manchester united          | Videos ▾ | Search |  advanced

Suggestions:
manchester u nited vs chelsea
manchester united vs portsmouth
manchester united vs newcastle
manchester united songs
manchester united champions league
manchester united songs
manchester united newcastle
manchester united vs juventus
manchester united vs newcastle 2008
manchester united 2008

YouTube will be undergoing scheduled maintenance, starting around 7:00 pm PDT.

"manchester united vs chelsea" video results 1-20 of about 4,580

**Videos    Channels**    Sort by: Relevance    Anytime ▾    Type: All ▾         Display:

Also try: manchester united vs chelsea highlights    manchester united vs chelsea 1-1    manchester united vs chelsea 2008    van der sar


**van Der Sar: 3 Saves in a row - Manchester United Vs Chelsea**
...It's 99 years ago ...Yes, that number again: 99!! remember? ... Manchester vandersar ... (more)
Added: 1 year ago
From: awidyaputrantn
Views: 403,135
05:29
More in People & Blogs


**Manchester United vs Chelsea (Moscow final) 2008**
Paul Scholes, Cole, Lampard, John Terry, Rio Ferdinand, Wayne Rooney ... soccer football man utd manchester united ... (more)
Added: 4 months ago
From: sdprmlkfds
Views: 314,738
02:10
More in Sports


**Manchester United Vs Chelsea**
what to do please send me a message PeterXavier1. Thank you ... Manchester United Chelsea Cristiano Ronaldo Wayne Rooney ... (more)
Added: 1 week ago
From: PeterXavier1
Views: 2,343
02:38
More in Sports

Show more videos recently added:  Today  |  This week


**Manchester United V Chelsea Champions League Final Pictures**
Rovers | Bolton Wanderers | Chelsea | Derby County | Everton Fulham | Liverpool | Manchester City | Manchester United ... (more)
Added: 4 months ago
From: davidavfc82
Views: 28,815
03:00
More in Sports


**Manchester United v Chelsea Penalties 2008**
Manchester United v Chelsea Penalties 2008 please send me comments and please subscribe ... football soccer sports action ...
Added: 4 months ago
From: james7cool
Views: 28,730
04:54
More in Sports


**Man U - Chelsea Post Match Brawl**
news.sky.com/skynews/video/ A brawl involving Manchester United players and Chelsea staff after a title showdown match is ... (more)
Added: 5 months ago
From: skynews
Views: 91,478
01:38
More in Sports


**Manchester United vs Chelsea Penalty shootout 2008**
Full Penalty Shootout between Manchester United and Chelsea- AS THE VIDEO CLEARLY SHOWS
Added: 2 months ago
From: networksport...
Views: 60,443

Click Here To Follow Usain Bolt Home    puma
USAIN BOLT
Usain Bolt Dances The "Lightning Bolt"
From: PUMAInternational
Comments: 493
Login to rate video
★★★☆☆
2409 ratings
Advertisement

**Figueira Decl. Tab 102**

DATE: 10·3·08
DEPONENT: REIDER, S.    EXHIBIT# 14
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

UNITED WON- THIS IS STILL DENIED ... (more) | 10:48

More in Sports

Pages: **1** 2 3 4 5 6 7 ... **Next**

102-0002



**United vs Chelsea reserves 26/8/2008**
**Chelsea vs Manchester United** reserves, 2-2 draw
with **United** goals by Fabio and Darron Gibson
(penalty) ... MUFC fabio ...

Added: 1 month ago
From: charleysurf
Views: 58,808

01:55

More in Sports



**manchester united vs chelsea 2008 UEFA**
**finals (penalty)**
fans of **manchester united** in the phils goes wild
when j.terry slip and van der sar save the penalty
kick of n. anelkal go ... (more)

Added: 4 months ago
From: meekee111
Views: 3,231

06:27

More in Sports



**Drogba 1-0 Chelsea vs Manchester United**
**Cup**
Goal Didier Drogba **Chelsea** win the Cup 2007 ...
Drogba **chelsea** cup ...

Added: 1 year ago
From: dafidjoul
Views: 53,742

00:47

More in Sports



**Manchester United vs Chelsea 5/21/08**
ManU wins 6-5 over **Chelsea** ... **manchester united**
**chelsea** soccer futbol cristiano ronaldo European
Champions League final uefa ...

Added: 4 months ago
From: jignutz
Views: 15,908

00:37

More in Sports



**Manchester United Vs Chelsea** Champions
League final 21-5-08
the great final watch ant rate+comment;) thanx to
allot of people's ... ronaldo drogba champions
league football soccer ...

Added: 4 months ago
From: thanoobsowne
Views: 1,262
no rating
01:54

More in Sports



**Chelsea Vs Manchester United** trailer
**21/09/2008**
Watch And Download Match **Chelsea Vs**
**Manchester United** Premier League 21.09.2008
Watch live Video **Chelsea Vs Manchester** ... (more)

Added: 1 week ago
From: torresgoal2008
Views: 32,755

02:25

More in Sports



**Manchester United vs Chelsea FC**
May 9th, May 19th, May 23rd. ... soccer football
ManchesterUnited ChelseaFC ...

Added: 1 year ago
From: winforchamp
Views: 14,892

03:20

More in Sports



Rooney Penalty Community Shield
**Manchester United v Chelsea**
**Chelsea** loose on penalties but still making Rooney
throw a tantrum at us was worth the loss ... Rooney
**Chelsea Manchester** ...

Added: 1 year ago
From: alexm22UK
Views: 2,479

00:12

More in Sports

**Chelsea vs Manchester United** (1 - 1) | Added: 1 week ago

Premier League 21.09.08
.com/ **Chelsea vs Manchester United** (1 - 1)
English Premier League Highlights 21.09.08 ...
**Chelsea vs Manchester United** ...

From: johnnymamm
Views: 4,042

00:40

More in Sports

102-0003



**Manchester United vs Liverpool vs Chelsea FC vs Arsenal FC**

final mix plus secret movie trailer ending the... ...
**Manchester united vs liverpool chelsea fc arsenal**
epl cristiano ... (more)

Added: 3 months ago
From: xMiro7x
Views: 12,784

00:57

More in Sports



**manchester united vs chelsea all the goals**
21 09 08

**manchester united vs chelsea all the goals** 21 09
08 ... **manchester united vs chelsea all the goals**
21 09 08 ...

Added: 1 week ago
From: xbox360badboy
Views: 9,053
*no rating*
**02:55**

More in Sports



2007 FA Community Shield **Manchester United vs Chelsea**

.manchesterunitedsports.blogspot.com for all
**Manchester United** game previews and reviews on
every match ... **Manchester** ...

Added: 1 year ago
From: manusports
Views: 39,413

09:25

More in Sports



**Manchester United vs Chelsea FC**
Penalty's

**Manchester United vs Chelsea** FC Penalty's 21-
05-2008 ... **Manchester United vs Chelsea** FC
Penalty's ...

Added: 4 months ago
From: razva125
Views: 2,301

10:47

More in Music

---

**Add to iGoogle**

manchester united vs chelsea | Videos ▼ | Search

**Face The Candidates**

---

**Your Account**
Videos
Favorites
Playlists

Inbox
Subscriptions
more...

**Help & Info**
Help Resources
Safety Tips
Developer APIs
Advertising
YouTube Handbook

Community Help Forums
Copyright Notices
Community Guidelines
YouTube On Your Site

**YouTube**
Company Info
TestTube
Terms of Use
Privacy Policy

Press
Contact
Blog
Jobs

© 2008 YouTube, LLC