Worldwide (All) | English

Sign Up | QuickList (0) | Help | Sign In

Home    Videos    Channels    Community

[english premier league 2008]  [Videos ▼]  [Search]  advanced

Figueira Decl. Tab 103

"english premier league 2008" video results 1 - 20 of about 905

**Videos**  **Channels**   Sort by: Relevance ▼   Uploaded: Anytime ▼   Type: All ▼



**English Premier League 2008 Chelsea – Manchester ...**
premier-league-2008-chelsea.html Salomon Kalou goal for Chelsea evens the score against Man United goal by Park. This is ... (more)

Added: 1 week ago
From: sporttraffic
Views: 1,254

01:11

More in Sports

Sponsored Links

**Premier Football**
Pet toys, treats, food, health
Qualified orders over $25 ship free
Amazon.com/pets

Show more videos recently added: Today | This week



**english premier league 2008 compilations by kac7**
english premier league promo 2007-2008 drogba cristiano-rooney fabregas... by kac7 ... **english premier league** promo **2008** ...

Added: 1 year ago
From: bible
Views: 12,187

01:08

More in Sports

**08 League**
Find 08 League at Target.
Shop and Save at Target Today.
www.Target.com

**England Premier League**
Huge selection of
England Premier League items.
Yahoo.com



**English Premier League 2007/2008**
Stuff that happend in the league and stuff that shows how fantastic the league is ... **english Premier League** Football ...

Added: 2 months ago
From: redronaldo
Views: 537

02:32

More in Sports

**2008 English Football**
Save on Official England Jerseys
and More! Buy now in the USA.
www.WorldSoccerShop.com



**English Premier League 2008 Goals Sunderland vs ...**
englishpremierleaguegoals.blogspot.com/2008/08/en -premier-league-goals-sunderland.html **English Premier League 2008** ... (more)

Added: 1 month ago
From: sporttraffic
Views: 4,429
no rating
00:34

More in Entertainment



**Liverpool v Middlesbrough 2-1 English Premier League**
/2008/08/liverpool-v-middlesbrough-2-1-english.html ... **2008** barclays **english** football gerrarad goal goals highlights ...

Added: 1 month ago
From: denist2008
Views: 13,018

01:13

More in Sports



**Barclays English Premier League - 2008/2009 Season**
The Best Teams in England. ... soccer arsenal liverpol chelsea manchester united barclays **english premier league** sports ...

Added: 4 months ago
From: ArsenalKeeper77
Views: 2,900

01:15

More in Sports

**Bolton vs Arsenal (1 - 3) English Premier League 20.09.2008**
/ Bolton vs Arsenal (1 - 3) **English Premier League** Highlights 20.09.2008 ... Bolton vs Arsenal bolton arsenal **english** ...

Added: 1 week ago
From: johnnymamm
Views: 8,252

00:44

More in Sports

DATE: 10-3-08    EXHIBIT# 15
DEPONENT: REIDER, S.
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582
A. Ignacio Howard, CLR, RPR, CSR No. 9830

Pages: 1 2 3 4 5 6 7 ... Next

103-0002



**English Premier League Betting Tips - Racing Post**
Who will win the **premier league 2008**/09? Racing Post Sports betting video tipster forum (www.racingpost.co.uk ...

Added: 1 month ago
From: jady84
Views: 132
no rating
07:31
More in Sports



**english premier league 2008-2009 in pes 2008**
new teams like hull city and stoke city and west bromwich albion ... chelsea man utd aresnal liverpool ...

Added: 2 months ago
From: iraqisheva
Views: 4,054

08:02
More in Sports



**Everton Vs Liverpool English Premier League 2008 - 2009**
http://premiershipreviews.blogspot.com/2008/09/ever-vs-liverpool.html ... everton liverpool **english premier league** ...

Added: 4 days ago
From: ksuksup
Views: 462
no rating
00:12
More in Sports



**Hull City vs Everton (2 - 2) Premier League 21.09.2008**
vs Everton (2 - 2) **English Premier League** Highlights 21.09.**2008** ... Hull City vs Everton hull city everton **premier league** ...

Added: 1 week ago
From: johnnymamm
Views: 2,376

00:40
More in Sports



**English Premier League ((NEW SEASON))**
**English Premier League ((NEW SEASON))** 2008/2009 ... **English Premier League ((NEW SEASON))** ...

Added: 1 month ago
From: dodydy
Views: 3,007

04:02
More in Sports



**Chelsea vs Tottenham 1-1 Premier League 31.08.2008**
/ Chelsea vs Tottenham 1-1 **Premier League** Highlights 31.08.**2008** Belletti, Bent ... Chelsea vs Tottenham chelsea tottenham ...

Added: 1 month ago
From: rangerlifehood
Views: 5,614

01:54
More in Sports



**English Premier League theme 2008/09**
Epl theme... ... EPL ...

Added: 1 month ago
From: petrarchd
Views: 2,106

00:39
More in Sports



**Full English premier & Champions League 07-08 compilation**
Compilation chock full of the best of the **premier league** & champions league from the 2007-**2008** season. The music is ... (more)

Added: 3 months ago
From: Hyperio
Views: 3,038

08:31
More in Sports

**Cristiano Ronaldo - Freestyle Battle 2008**
Ham United, Wigan Athletic. manchester united, sporting lisbon, portugal, **english premier league**, skills, goals, rabona ... (more)

Added: 5 months ago
From: adrianav22
Views: 4,067,524

02:58

More in Sports

103-0003



Arsenal vs Hull City 1 - 2 Premier League 27.09.2008

/ Arsenal vs Hull City 1 - 2 English Premier League 27.09.2008 ... Arsenal vs Hull City arsenal hull city premier league ...

Added: 4 days ago
From: tongtong100
Views: 14,450

00:33

More in Sports



OLYMPIQUE DE MARSEILLE 1 V 2 LIVERPOOL 16/09/2008

crosses. ... CHAMPIONS LEAGUE MARSEILLE LIVERPOOL 16/09/2008 Motor Sport Soccer Sports Talk Tennis Track Field Water ... (more)
Translate

Added: 2 weeks ago
From: spectacularv...
Views: 75,145

02:52

More in Music



Fulham vs Arsenal (1 - 0) Premier League 23.08.2008

.mightyfootball.com/ Fulham vs Arsenal (1 - 0) Premier League 23.08.2008 ... fulham vs arsenal premier league english epl ...

Added: 1 month ago
From: Jokerman9080
Views: 2,802

01:53

More in Sports

english premier league season 2007/2008

teams of english premier league season 2007/2008 ... english premier league season 2007/2008 man utd chelsea arsenal ...

Added: 1 year ago
From: haroonfunny94
Views: 12,770

01:55

More in Sports

| Add to iGoogle | english premier league 2008 | Videos | Search | Face The Candidates |

| Your Account | | Help & Info | | YouTube | |
|---|---|---|---|---|---|
| Videos | Inbox | Help Resources | Community Help Forums | Company Info | Press |
| Favorites | Subscriptions | Safety Tips | Copyright Notices | TestTube | Contact |
| Playlists | more... | Developer APIs | Community Guidelines | Terms of Use | Blog |
| | | Advertising | YouTube On Your Site | Privacy Policy | Jobs |
| | | YouTube Handbook | | | |

© 2008 YouTube, LLC