Figueira Decl. Tab 104

```
 1        UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    VIACOM INTERNATIONAL, INC., COMEDY )
 3  PARTNERS, COUNTRY MUSIC.           )
    TELEVISION, INC., PARAMOUNT        )
 4  PICTURES CORPORATION, and BLACK    )
    ENTERTAINMENT TELEVISION, LLC,     )
 5                                     )
              Plaintiffs,              )
 6                                     )
    vs.                                ) NO. 07-CV-2203
 7                                     )
    YOUTUBE, INC., YOUTUBE, LLC,       )
 8  and GOOGLE, INC.,                  )
                                       )
 9            Defendants.              )
    _____)
10                                     )
    THE FOOTBALL ASSOCIATION PREMIER   )
11  LEAGUE LIMITED, BOURNE CO., et al.,)
    on behalf of themselves and all    )
12  others similarly situated,         )
                                       )
13            Plaintiffs,              )
    vs.                                ) NO. 07-CV-3582
14                                     )
    YOUTUBE, INC., YOUTUBE, LLC, and   )
15  GOOGLE, INC.,                      )
                                       )
16            Defendants.              )
    _____)
17
18      VIDEOTAPED DEPOSITION OF SUZANNE REIDER
              SAN FRANCISCO, CALIFORNIA
19              FRIDAY, OCTOBER 3, 2008
20
    BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
21  CSR LICENSE NO. 9830
    JOB NO. 15910
22
23
24
25
```

1

```
1                        REIDER                    104-0002
2        A    What is a remnant network?
3        Q    Uh-huh.
4        A    There are -- so an example of a remnant
5   network would be a company like Tribal Fusion or 24/7.
6   They are ad networks.
7        Q    And does YouTube still engage with remnant
8   networks today, or is that something that YouTube only
9   did in the past?
10       A    Today we have one.  I believe one network,
11  and that's the AdSense network.
12       Q    What is AdSense?
13       A    AdSense is -- it's a Google -- it's a Google
14  product.  It's -- it's a -- I don't even know how to
15  describe what it is.
16       Q    What does it do?
17       A    It serves ads.
18       Q    What do you mean by "serves ads"?
19       A    It's -- so your question is, what is -- can
20  you ask your exact question?
21       Q    Yeah.
22            What is AdSense?
23       A    AdSense is -- it's a Google advertising
24  product that renders or serves ads on an interactive
25  media property.
```