Figueira Decl. Tab
**105**

To:          "Micah Schaffer" <micah@youtube.com>
From:       "Steve Chen" <steve@youtube.com>
Cc:          "Kevin Donahue" <kevin@youtube.com>, "'heather gillette'" <heather@youtube.com>
Bcc:
Received Date:    2006-05-15 01:59:59 CST
Subject:      Re: weezer song in featured video

i think this is qualified as 'fair use', in this case, no?

-s

On May 14, 2006, at 5:47 PM, Micah Schaffer wrote:

> Hey guys, Weezer is on our list of content that we pro-actively
> scan for  (as per the RIAA). We should probably de-feature this
> http://www.youtube.com/watch?v=IU6sdCeY1Q8 even though it's a cover
> band, it still needs to be cleared... :(
>
> It'll probably wind up Copyright Reject w/ Strike next time we scan
> for Weezer.
>
> M
>

From info@88slide.com  Sun May 14 20:28:50 2006



Schaffer
EXHIBIT NO. 6
DATE 7-23-08
Y.FENNELLY CSR5495

**Highly Confidential**

G00001-00839895