Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab 106

To: "supportrep@youtube.com" <supportrep@youtube.com>
From: "Lee Gunby"
Cc:
Bcc:
Received Date: 2006-08-15 16:42:56 CST
Subject: Shift Tracking Form

Just thought I'd pass along a form that I use nightly to help me keep track of tasks. Just delete my proactive scans and input your own and you're ready to go!

Thanks to Aaron for the basic idea!

Lee

Attachments:

Shift Worksheet.xls



Highly Confidential

G00001-00840004

Date | Grps (2x) | Music (2x) | Mst Viewd | Recents | Most Sub (2x) | Suggested (1x) | Flagged Users (2-3x) | Private Videos

| Time | | | | | | | |
| Time | | | | | | | |
| Time | | | | | | | |
| Time | | | | | | | |

Username | Cpyrght | | | | | | Abuses

| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Username (racy users)

Amer. Idol USA  Couric     lazy Sunday   oc          carson daly      40 yr old virgin  lauer           without a trace      oc marissa
Simpsons        Portman rap cork soaker   smallville  conan o'brien    leno              will grace      friends chandler     oc seth
Family Guy      Jingleheimer celebrity jeopardy                        namia             triumph         access hollywd  friends joey    oc ryan

Date | Grps (2x) | Music (2x) | Mst Viewd | Recents | Most Sub (2x) | Suggested (1x) | Flagged Users (2-3x) | Private Videos

| Time | | | | | | | |
| Time | | | | | | | |
| Time | | | | | | | |
| Time | | | | | | | |

Username | Cpyrght | | | | | | Abuses

Username (racy users)

Amer. Idol USA  Couric     lazy Sunday   oc          carson daly      40 yr old virgin  lauer           without a trace      oc marissa
Simpsons        Portman rap cork soaker   smallville  conan o'brien    leno              will grace      friends chandler     oc seth
Family Guy      Jingleheimer celebrity jeopardy                        namia             triumph         access hollywd  friends joey    oc ryan

Highly Confidential

| Proactive | Email | | gilmore girls | west wing |
| | | | lois clark | simpsns trailr |
| | | | nip tuck | |

| Proactive | Email | | gilmore girls | west wing |
| | | | lois clark | simpsns trailr |
| | | | nip tuck | |

Highly Confidential