Figueira Decl. Tab
107

Highly Confidential



# Introduction to Content SQUAD

Google Sales Conference 2007




GOO001-00561567

Highly Confidential

YouTube

# Key Points

- Content SQUAD Overview
  - Team Tree
  - Vital Stats
- Copyright – In Depth
- Live Site
  - Policies
  - Enforcement
  - Product Features
  - Education and Innovation

YouTube Confidential



GOOOO1-00561568

Highly Confidential

# Overview

GOO001-00561569

Highly Confidential

# Team Tree






YouTube Confidential

GO0001-00561570

Highly Confidential



# Vital Stats

**800** – # of Help Center emails received a day

**18** – hours a week, email TAT

**14,000** – emails received a week (this # includes spam, Copyright, Help Center, and Policy emails)

**230** – # of Policy emails received a day

**900** – # of DMCAs received a day

**3,700** – # of videos removed for alleged Copyright violations a day

**1,500** – # of videos taken down a day for general TOU violations

**13,000** – # of Flagged Videos reviewed a day

**5,000** – # of proactive reviews (such as Browse) a day

**3 1/2** – minutes, how fast we get to a Flagged Video

**50** – minutes, how fast we take down Copyright videos



YouTube Confidential

107-0005

GO0001-00561571

Highly Confidential

# Copyright – In Depth



GOO001-00561572

Highly Confidential




# Process

## DMCA

YouTube respects the rights of copyright holders and publishers. We comply with the Digital Millennium Copyright Act (DMCA) and promptly remove content when properly notified.

## How to file a DMCA

http://www.google.com/support/youtube/bin/answer.py?answer=58127&query=dmca&topic=&type=

## Copyright Verification Program

Partners can become "copyright cops" which allows them to mass flag videos http://youtube.com/t/copyright_program

**You can reach the Copyright team by emailing** youtube-copyright-team@google.com



YouTube Confidential

GOO001-00561573

Highly Confidential

# Live Site



GOO001-00561574

Highly Confidential

# Policies




**Generally prohibited content includes...**

- Sexually Explicit or Pornographic materials
- Instructional or immitatable bomb making and drug abuse
- Graphic content intended to shock or disgust
- Violence which is graphic, gratuitous or humiliating
- Hate Speech
- Stalking, harassment, posting of other's personally identifying information

**Some prohibitions specific to children are...**

- Any content deemed to be exploitive of a child
- Content endangering the safety or privacy of a child
- Drug use of any kind, dangerous use of fire or explosives by a minor
- Videos of interest to child predators
- Inappropriate provocative behavior by children
- Fights involving minors or taking place at a school or playground
- Predatory behavior, including the aggregation or posting of content containing children for the purpose of obtaining or eliciting sexual gratification



YouTube Confidential

GO0001-00561575

Highly Confidential




# Policies (continued)

## Age Restricted Content

- Content marked "Restricted" can only be viewed by users 18 and over
- Viewers must be logged in to view this content
- An interstitial warning screen is displayed and users must click to confirm that they wish to view potentially objectionable materials before being able to view restricted content
- Restricted videos do not appear in video browse pages
- Only content that is not prohibited by other content policies can be restricted, videos involving children are never restricted

## Minors on YouTube

- YouTube Terms of Use prohibits users under the age of 13 and requires the permission of a parent or legal guardian for users under 18
- Users entering an age less than 13 are informed that they are ineligible to join YouTube and a permanent blocking cookie is set
- Once an account is created, the age cannot be changed
- User's age is displayed next to a video when being reviewed by administrators

107-0010



GO0001-00561576

Highly Confidential



# Enforcement

**Community Flagging**

- Users police YouTube by flagging inappropriate content for review







- All flagged videos are reviewed by the YouTube Content SQUAD, 24 hours a day, 365 days a year
- Flagged videos are routed into queues, team members are able to collaborate and escalate difficult decisions to higher tiers
- 75% of all flagged videos are reviewed within three minutes, most are reviewed within 30 seconds
- Child pornography is typically flagged and removed within minutes of being uploaded
- Pornography is typically flagged and removed within the first 100 views

107-0011

YouTube Confidential

Highly Confidential




# Enforcement (continued)

## Help Center

- Incident of harassment, safety issues and other policy violations that cannot be conveyed through video flagging are reported by users via our Help Center




## Safety Incident Reporting

- Policy violations involving children are reported to a designated team member who is able to further investigate the user(s) and content involved
- Child Pornography incidents are escalated and reported to the NCMEC CyberTipline
- YouTube works closely with local and federal law enforcement to proactively respond to threats, secure support for suicidal users, victims of crime and others in need of assistance

107-0012



YouTube Confidential

GO0001-00561578

Highly Confidential




# Product Features

**Abuse Prevention**

- Digital hashing detects duplicate file uploads and globally blocks rejected content
- Policy violators received "strikes," repeat violators are automatically terminated and their email address is permanently banned
- Child safety, exploitation and harassment policy offenses result in immediate termination and banning

**Privacy Features**

- Videos may be uploaded as "Private" to be shared with family and friends
- YouTube Content SQUAD regularly reviews private videos for policy violations
- Users may opt to not to display information such as name, age or location on their profile
- Users can block specific users from interacting with them or choose to only allow their "friends" to communicate with them
- Users can choose to allow, pre-screen or disable commenting for each of their videos





GO0001-00561579

Highly Confidential

# Education and Innovation




## Education

- Safety Tips
- Community Guidelines (aka "Code of Conduct")




## Innovation

- Continued development of safety pro-active and reactive safety features



YouTube Confidential

107-0014

GOO001-00561580

Highly Confidential

# Q & A



GOO001-00561581

Highly Confidential

Speaker Notes Slide: 4
Content Squad is YouTube's ConOps team
Policy – Content Policies, Legal Compliance, Law Enforcement relations, etc.
Abuse – Harassment, privacy, (child) safety, through email and Live Site escalations
Copyright (reactive)
Live Site (flagged content)

Speaker Notes Slide: 5
Stats that may pertain to Sales highlighted in red

GOO001-00561582