Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab 108

**From:** Rao, Amrit
**Sent:** Monday, October 9, 2006 11:07 AM
**To:** Duncan, Storm [redacted]
**Cc:** Scarborough, Chris [redacted]; Kim, James [redacted]
**Subject:** Green Board Materials
**Attach:** Materials for Green Board.pdf

---

Storm,

Attached please find the Green Board Materials in pdf format.

Thanks!

Amrit

Amrit Rao
Credit Suisse Technology Group
650 California Street, 33rd Floor
San Francisco, CA 94108
[redacted]

<<...>>

DATE: 5-4-09 EXHIBIT# 2
DEPONENT: Schmidt, Eric
CASE: Viacom, et al., v. YouTube, et al., The Football Association Premier League, et al., v. YouTube, et al., Case Nos. 07-CV-2203 and 07-CV-3582

A. Ignacio Howard, CSR, RPR, CCRR, CLR, No. 9830



HIGHLY CONFIDENTIAL

CREDIT SUISSE

CONFIDENTIAL

# Project Snowmass

## Presentation to Board of Directors of Green

October 9, 2006

PRELIMINARY | SUBJECT TO FURTHER REVIEW AND EVALUATION

THESE MATERIALS MAY NOT BE USED OR RELIED UPON FOR ANY PURPOSE OTHER THAN AS SPECIFICALLY CONTEMPLATED BY A WRITTEN AGREEMENT WITH CREDIT SUISSE

108-0002

CSSU 003561

HIGHLY CONFIDENTIAL

# Summary of Key Transaction Terms

***Based on Draft Merger Agreement as of October 6, 2006***

## Summary of Terms

- $1.65 billion of Green Class A common stock in exchange for all shares, options, warrants and other equity interests of Yellow
  - Number of shares based on Green's 30 day average closing price two days prior to closing
  - Shares to be registered via S-3 post-closing
- One year indemnification period (except for certain representations and warranties)
  - Liability for breaches generally limited to 12.5% of the aggregate consideration
  - Escrow of 12.5% of the aggregate consideration
- Closing anticipated in 30 to 45 days

## Summary of Implied Transaction Statistics

($MM)

| | | Implied Yellow Txn Statistics | Green Street Statistics (3) |
|---|---|---|---|
| **TRANSACTION VALUES** | | | |
| Fully-Diluted Equity Value | | $1,650 | $132,299 |
| - Net Cash | | (1)(1) | 10,840 |
| Fully-Diluted Aggregate Value | | 1,651 | 121,458 |
| **IMPLIED MULTIPLES** | | | |
| Revenue | Yellow Statistic (2) | | |
| CY2007E | $150 | 11.0x | 12.3x |
| CY2008E | 299 | 5.5 | 8.7 |
| EBITDA | | | |
| CY2007E | $67 | 24.5x | 19.6x |
| CY2008E | 144 | 11.5 | 15.3 |
| NOPAT(4) | | | |
| CY2007E | $34 | 48.4x | 31.3x |
| CY2008E | 78 | 21.2 | 25.2 |

(1) Per Yellow management.
(2) Yellow projections per Green Management.
(3) Based on Green stock price of $420.50 as of October 6, 2006. Projections based on Thomas Weisel analyst research dated September 14, 2006 for 2007 and IBES consensus estimates for 2008.
(4) Based on 35% tax rate.

CSSU 003562

CONFIDENTIAL

# Summary of Financial Analyses of Yellow

Discounted Cash Flow Analysis
Selected Companies Analysis
Equity Value ($MM)
$3,500
$3,000
$2,500
$2,000
$1,500
$1,000
$500
$0
$3,404
$2,084
$2,583
$1,193
Aggregate Consideration: $1,650MM

Source: Based on Yellow financial data per Green management pro forma for transaction.

CREDIT SUISSE

2

108-0004

HIGHLY CONFIDENTIAL

CSSU 003563

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Yellow Company Overview

## Company Overview

Status: Private
Headquarters: San Mateo, CA
Founded: 2005

## Executives

Management

| Name | Title | Background |
|---|---|---|
| Chad Hurley | CEO | Executive, Paypal |
| Steve Chen | CTO | Executive, Paypal |
| Gideon Yu | CFO | Treasurer, Yahoo! |

## Financing History

| Round | Round Type | Date | Amount Raised ($MM) | Post-Money Valuation ($MM) | Company Stage |
|---|---|---|---|---|---|
| 1 | 1st | 11/05 | $3.5 | NA | Shipping Product |
| 2 | 2nd | 4/06 | 8.0 | NA | Shipping Product |

Investors include: Sequoia Capital

Source: VentureSource and Yellow corporate website.

## Service Overview

Yellow is a place for people to share, comment on, and view videos online. Yellow originally started as a personal video sharing service, and has grown into an entertainment destination with people watching more than ~100 million videos on the site daily. Yellow enables people to:

- Upload, tag and share videos worldwide
- Browse millions of original videos uploaded by community members
- Find, join and create video groups to connect with people who have similar interests
- Customize the experience by subscribing to member videos, saving favorites, and creating playlists
- Integrate Yellow videos on websites using video embeds or APIs
- Make videos public or private - users can elect to broadcast their videos publicly or share them privately with friends and family upon upload

## Recent News

**September 20, 2006** - Announced Cingular-sponsored promotion to discover unsigned bands and musicians.

**September 18, 2006** - Announced video distribution and revenue partnership with Warner Music Group.

**August 22, 2006** – Unveiled new advertising concepts—Participatory Video Ads (PVA) and Brand Channels—to encourage dialogue between community and marketers. Yellow names their first Brand Channel partner, Warner Brothers Records, and designates a channel for Paris Hilton to promote her debut album Paris.

**June 27, 2006** - Announced a strategic partnership that will combine NBC's programming with Yellow's audience.

**May 10, 2006** – Launched a service that allows people to upload videos directly from their mobile phones and PDAs to the Yellow Web site.

108-0005

CSSU 003564

# Yellow Company Overview *(continued)*

## Key Comscore Reported Metrics

| Metric | Metric | | Rank (1) |
|---|---|---|---|
| | October 2005 | July 2006 | |
| Total Unique Users | 0.7MM | 16.1MM | 3 |
| Total Pages Viewed | 10MM | 661MM | 1 |
| Streams Initiated by US Users | NA | 649MM | 2 |
| Average Minutes Per Visitor | 11.6 min | 33.7 min | 1 |

(1) Rank within online video space based on July 2006 metric per Comscore Media Metrix

- Current number of videos viewed daily: 180MM
- Current number of videos uploaded daily: 100,000
- Current number of new daily registrations: 255,000

Source: Yellow management.

108-0006

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Yellow Site Metrics

# of Daily Videos Viewed ('000s)
Oct '05 - Oct '06 CMGR: 78%
169
1,290
2,621
6,581
11,461
24,745
38,637
40,782
58,585
80,168
115,152
151,869
174,432
Monthly Growth Rate
Oct-05 -
Nov-05 664%
Dec-05 96%
Jan-06 151%
Feb-06 74%
Mar-06 116%
Apr-06 56%
May-06 6%
Jun-06 44%
Jul-06 37%
Aug-06 44%
Sep-06 32%
Oct-06 15%
# of Daily Video Uploads ('000s)
Oct '05 - Oct '06 CMGR: 46%
1
3
6
13
15
24
32
37
47
58
79
84
117
Monthly Growth Rate
Oct-05 -
Nov-05 141%
Dec-05 96%
Jan-06 126%
Feb-06 16%
Mar-06 59%
Apr-06 35%
May-06 15%
Jun-06 28%
Jul-06 23%
Aug-06 36%
Sep-06 7%
Oct-06 39%

Source: Yellow management.

108-0007

CSSU 003566



CONFIDENTIAL

# Benchmarking User Growth

Source: Comscore Media Metrix

CREDIT SUISSE

108-0008

HIGHLY CONFIDENTIAL

CSSU 003567

CONFIDENTIAL

# Online Video Market Forecasts

Internet Video Revenue by Service Type
2005 - 2010 CAGR: 50%
$230.0
37.3
148.7
44.1
$601.6
$262.8
$900.1
$456.6
$1,180.0
$597.8
$126.5
$1,446.5
$686.7
$127.6
$1,762.3
2005
2006
2007
2008
2009
2010
Subscription Advertising A la Carte
2005 - 2010 CAGR
A la Carte 79.9%
Advertising 40.5%
Subscription 40.9%
Internet Video Revenue By Content Type
2005 - 2010 CAGR: 50%
$230.0
$601.6
$900.1
$1,180.0
$1,446.5
$1,762.3
2005
2006
2007
2008
2009
2010
TV Movies News User-Created Sports Other
2005 - 2010 CAGR
Other 36.8%
Sports 41.8%
User-Created 52.8%
News 42.5%
Movies 66.4%
TV 69.6%
Source: IDC, March 2006

108-0009

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

# Yellow Transaction Rationale and Positioning

- **Yellow is one of the leading and fastest growing Web 2.0 companies**
  - Yellow has exhibited tremendous growth and has established a loyal global following
  - There are very few Internet companies exhibiting this type of growth and traction with users
- **Enables Green to catapult to the leader in online video**
  - Online video has been a top priority for Green and stand alone efforts are in the early stages of market acceptance
  - Opportunity to extend monetization skills into a large, high growth market
  - Yellow has consistently extended its leadership position over Green and all other online players in 2006
- **Accelerates Green's push into stickier community-oriented content**
- **Revenue and cost synergies are expected to drive increasing profits**
  - Green can immediately increase usage of Yellow as part of its network
  - Green can better monetize Yellow's traffic and viewing with its technology and its relationships with advertisers, content owners and publishers
  - Green can realize cost savings in ad serving, bandwidth and sales
  - Yellow can drive additional monetizable traffic through Green's search engine (not currently included in financial model)
- **Issues for Consideration:**
  - New and improving business model
  - Large acquisition for an early stage company
  - Retention issues
  - Uncertain legal issues
  - Potential EPS dilution in the short term

CREDIT SUISSE

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Key Yellow Revenue Assumptions

| Key Variable | Description / 2007E Traffic Assumptions | 2011E Traffic Assumptions | CPM | Unmonetized Video Traffic |
|---|---|---|---|---|
| Videos Viewed | ▸ Currently, there are ~180MM videos viewed per day on Yellow website<br>▸ Assumes 400MM avg. videos viewed per day in 2007E<br>▪ 90% of videos viewed are major geographic markets<br>▪ 13% of videos viewed on partner websites (i.e., MySpace, eBay, etc.) | ▸ 950MM avg. videos viewed per day by 2011E<br>▸ CAGR of 24% | | |
| Pages Viewed | ▸ Page views on three areas of the Yellow website:<br>▪ Home Page: ~10% of total page views<br>▪ Search Page: ~45% of total page views<br>▪ Watch Page: ~45% of total page views<br>▸ Assumes 1:1 Video Stream to Watch Page ratio<br>▸ Implies ~280BN annual page views in 2007E | ▸ 670BN annual page views by 2011E<br>▸ CAGR of 24% | | |
| Premium Video | ▸ 60% of total video streams on Yellow website are "Premium"<br>▸ Assumes 10% of premium content providers allow Yellow to monetize their content in 2007E<br>▪ 75% sell through on advertising inventory<br>▪ 50/50 revenue share split (after 10% allocation for Yellow expenses - bandwidth, storage, etc.)<br>▸ ~5BN video ad streams sold in 2007E | ▸ 50% of premium content providers allow Yellow to monetize their content<br>▪ 75% sell through on advertising inventory<br>▸ ~64BN annual video ad streams sold<br>▸ CAGR of 88% | ▸ $10 CPM in 2007E<br>▸ Growing to $13 by 2011E | ▸ 63BN premium videos viewed will not serve video ads in 2007E<br>▸ 99BN in 2011E |
| High Value Non-Premium Video | ▸ 40% of total video streams on Yellow website are Non-Premium<br>▸ Non-Premium Content is user generated videos and is segmented between high value content and regular content<br>▸ ~2.5% of Non-Premium content can be monetized using video ads in 2007E<br>▪ Sell through and revenue share assumptions consistent with premium video assumptions<br>▪ ~800MM video ad streams sold in 2007E | ▸ ~10% of Non-Premium content can be monetized using video ads by 2011E<br>▸ ~4.5BN video ad streams sold by 2011E<br>▸ CAGR of 78% | ▸ CPM of $3 in 2007E<br>▸ Growing to $5 by 2011E | ▸ 45BN annual non-premium videos viewed will not serve video ads in 2007E<br>▸ 100BN in 2011E |
| Run of Site Ads | ▸ Non-targeted run of site ads served on Search and Watch Pages<br>▪ 254BN page views in 2007E | ▸ 603BN page views by 2011E<br>▸ CAGR of 24% | ▸ CPM of $0.14 | |
| Sponsored Ads | ▸ Sponsored advertising on Yellow's home page (i.e., Paris Hilton sponsored by Fox's Prison Break)<br>▪ Assumes 100% sell through on advertising inventory<br>▪ 28BN page views in 2007E | ▸ 67BN page views by 2011E<br>▸ CAGR of 24% | ▸ CPM of $3 in 2007E, growing to $5 by 2011E | |

Source: Grace management pro forma for transaction.

108-0011

CSSU 003570

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Yellow Long-Term Financial Projections

## Financials based on Green management (pro forma for transaction)

($MM)

| | Yellow Calendar Year Financial Performance | | | | | '07-'11 |
|---|---|---|---|---|---|---|
| | 2007E | 2008E | 2009E | 2010E | 2011E | CAGR |
| Premium Video | $51 | $168 | $342 | $565 | $835 | 101% |
| High Value Non-Premium Video | 3 | 9 | 20 | 35 | 43 | 102% |
| Run of Site Ads | 36 | 53 | 67 | 77 | 84 | 24% |
| Sponsored Ads | 85 | 148 | 212 | 274 | 335 | 41% |
| Gross Revenue | $174 | $379 | $640 | $950 | $1,297 | 65% |
| Net Revenue (1) | $150 | $299 | $477 | $681 | $902 | 57% |
| *% Growth* | *NM* | *99%* | *60%* | *43%* | *33%* | |
| EBITDA | 67 | 144 | 246 | 374 | 496 | 65% |
| *% Margin* | *45%* | *48%* | *52%* | *55%* | *55%* | |
| *% Growth* | *NM* | *128%* | *80%* | *58%* | *33%* | |
| Less: D&A | 15 | 24 | 31 | 34 | 45 | |
| Operating Income | 52 | 120 | 215 | 340 | 451 | 71% |
| *% Margin* | *35%* | *40%* | *45%* | *50%* | *50%* | |
| Income Taxes | 18 | 42 | 75 | 119 | 158 | |
| *% Tax Rate* | *35%* | *35%* | *35%* | *35%* | *35%* | |
| NOPAT | 34 | 78 | 140 | 221 | 293 | 71% |
| *% Margin* | *23%* | *26%* | *29%* | *33%* | *33%* | |

Source: Yellow financial data per Green management pro forma for transaction.

(1) Net of partner revenue share expenses.

Memo: Green Historical Financial Performance

($MM)

| | Green Historical Calendar Year Financials | | | | | '01-'05 |
|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | CAGR |
| Revenue | $86 | $345 | $979 | $1,961 | $4,024 | 161% |
| *% Y/Y Growth* | - | *300%* | *184%* | *100%* | *105%* | |
| EBITDA | 38 | 237 | 627 | 1,280 | 2,624 | 189% |
| *Margin* | *43%* | *69%* | *64%* | *65%* | *65%* | |

Source: Historical filings and analyst research.

CREDIT SUISSE

108-0012

CSSU 003571

# Yellow DCF Analysis

**DCF analysis implies an equity reference range for Yellow of approximately $2.1BN - $3.4BN**

Source: Based on Yellow financial data per Green management pro forma for transaction.

# DCF Sensitivity on Financial Performance

## Sensitivity based on revenue growth and EBITDA margin

| | DCF Equity Reference Range | | | |
|---|---|---|---|---|
| | CY07E - CY11E Revenue CAGR | | | |
| CY07 - CY11 CAGR: | $576<br>40% | $759<br>50% | $902<br>57% | $1,406<br>75% |
| **CY07E - CY11E Average Annual EBITDA Margin %** | | | | |
| 40.0% | $1,267 | $1,643 | $1,972 | $2,962 |
| 45.0% | 1,430 | 1,853 | 2,224 | 3,338 |
| 52.9% | 1,734 | 2,252 | 2,702 | 4,066 |
| 55.0% | 1,754 | 2,273 | 2,728 | 4,090 |
| 60.0% | 1,917 | 2,483 | 2,980 | 4,466 |

*Note: Based on a 22.5% discount rate and a 11.0x terminal EBITDA multiple.*

[ ] = Denotes base case

Memo: Green Historical Financial Performance

($MM)

| | Green Historical Calendar Year Financials | | | | | '01-'05 |
|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | CAGR |
| Revenue | $88 | $345 | $979 | $1,961 | $4,024 | 161% |
| *% Y/Y Growth* | - | 293% | 184% | 100% | 105% | |
| EBITDA | 38 | 237 | 627 | 1,280 | 2,624 | 189% |
| *Margin* | 43% | 69% | 64% | 65% | 65% | |

Source: Historical filings and analyst research.

CREDIT SUISSE

# Selected Companies Analysis

($MM, except per share amounts)

| COMPANY (FYE) | Trading Performance: Stock Price 10/6/06 | % from LTM High | % from LTM Low | FD Capitalization: Equity Market Value | Aggr. Market Value | FD Aggregate Value / Revenue CY06 | Revenue CY07 | Revenue CY08 | EBITDA CY06 | EBITDA CY07 | EBITDA CY08 | EBIT CY06 | EBIT CY07 | EBIT CY08 | P/E Multiple CY06 | P/E CY07 | P/E CY08 | LT Gr. Rate (LTGR) | CY07 P/E / LTGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Google (Dec.) | $420.60 | (10.6%) | 42.0% | $132,293 | $121,455 | 17.1x | 12.3x | [illegible] | 25.9x | 19.6x | 16.0x | 42.6x | 31.3x | 25.5x | 40.3x | 32.4x | 24.4x | [illegible] | 1.0x |
| **Internet Leaders** | | | | | | | | | | | | | | | | | | | |
| eBay (Dec.) | $29.39 | (37.2%) | 27.8% | $42,400 | $39,045 | 6.0x | 5.5x | 4.2x | 17.1x | 13.6x | 10.6x | 38.6x | 22.6x | 22.7x | 28.3x | 23.6x | 17.7x | 30% | 1.0x |
| Yahoo! (Dec.)[1] | 25.47 | (41.3%) | 3.3% | 37,107 | 27,377 | 5.6x | 4.7x | 3.9x | 14.6x | 11.5x | 9.4x | NM | 37.8x | 27.0x | 53.6x | 39.5x | 22.6x | 25% | 1.4x |
| Amazon.com (Dec.) | 32.98 | (34.2%) | 25.0% | 13,809 | 13,547 | 1.3x | 1.1x | 1.0x | 21.5x | 17.1x | 13.2x | NM | 44.5x | 30.5x | NM | 40.8x | 29.0x | 21% | 2.3x |
| Median | [illegible] | (37.2%) | 25.0% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Mean | [illegible] | (37.6%) | 18.7% | [illegible] | [illegible] | 4.6x | [illegible] | [illegible] | 17.7x | 14.1x | 11.1x | 38.6x | 35.0x | [illegible] | [illegible] | 34.6x | [illegible] | 25% | 1.6x |
| **Online Content and Consumer Services** | | | | | | | | | | | | | | | | | | | |
| Monster Worldwide (Dec.) | $38.98 | (32.5%) | 38.5% | $5,309 | $4,880 | 4.2x | 3.6x | 3.1x | 18.0x | 12.6x | 10.3x | 29.9x | 22.6x | 17.3x | 32.2x | 24.9x | 19.7x | 25% | 1.0x |
| RealNetworks (ex litigation) (Dec.) | 11.34 | (0.5%) | 97.6% | 2,419 | 1,350 | 3.7x | 3.1x | 2.9x | NM | 30.4x | NA | 11.4x | 34.0x | NA | NM | 42.0x | NA | 20% | 1.8x |
| CNET Networks (Dec.) | 8.85 | (37.8%) | 35.9% | 1,517 | 1,519 | 2.9x | 3.4x | 3.0x | 17.1x | 13.6x | 11.6x | 45.4x | 47.0x | 34.2x | 45.4x | 32.2x | 25.4x | 23% | 1.1x |
| Knot (Dec.) | 21.17 | (4.3%) | 93.0% | 601 | 587 | 7.9x | 6.5x | 4.2x | 30.7x | 19.8x | NA | NM | 54.4x | 22.4x | 61.4x | 32.0x | 24.6x | 33% | 1.0x |
| Bankrate (Dec.) | 29.91 | (48.1%) | 18.4% | 522 | 419 | 5.2x | 4.2x | 3.4x | 14.8x | 10.4x | 8.2x | 28.6x | 20.8x | 13.9x | 29.6x | 22.9x | 18.0x | 20% | 5.5x |
| Median | [illegible] | (32.5%) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Mean | [illegible] | (24.7%) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Source: I/B/E/S consensus estimates and Wall Street research

(1) Yahoo! net cash is adjusted to include the market value of Yahoo! ownership in Yahoo! Japan. Assumes 34% of current market capitalization of Yahoo! Japan, with a [illegible] liquidity discount

($MM)

| | Relevant Statistic[2] | Multiple Reference Range: Low | | High | Implied Equity Reference Range[1]: Low | | High | Green Multiple |
|---|---|---|---|---|---|---|---|---|
| **BASED ON EBITDA STATISTICS** | | | | | | | | |
| CY2007E | $87 | 18.0x | - | 23.0x | $1,214 | - | $1,551 | $1,322 |
| CY2008E | 144 | 13.0 | - | 18.0 | $1,865 | - | $2,583 | $2,189 |
| **BASED ON NOPAT STATISTICS** | | | | | | | | |
| CY2007E | $34 | 35.0x | - | 45.0x | $1,193 | - | $1,534 | $1,066 |
| CY2008E | 78 | 22.0 | - | 27.0 | $1,709 | - | $2,098 | $1,959 |

(1) Assumes Yellow net debt of $1.0MM per Yellow management.
(2) Yellow projections per Green Management pro forma for transaction.

**Implied equity reference range of approximately $1.2BN to $2.6BN based on selected company analysis**

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Selected Internet Transactions

($MM)

| Date | Target | Acquiror | Fully-Diluted Equity Value | Fully-Diluted Agg. Value | EBITDA LTM | EBITDA NTM |
|---|---|---|---|---|---|---|
| 08/09/06 | Atom Entertainment | Viacom | $200 | $200 | NA | NA |
| 04/24/06 | Xfire | Viacom | 102 | 102 | NA | NA |
| 03/06/06 | iVillage | NBC Universal | 665 | 609 | 35.9x | 22.6x |
| 01/17/06 | dMarc Broadcasting[3] | Green | 1,238 | 1,238 | NA | NA |
| 09/12/05 | Skype [2] | eBay | 4,040 | 4,040 | NA | NA |
| 09/08/05 | IGN [1] | News Corp | 650 | 650 | NA | NA |
| 07/18/05 | Intermix [1] | News Corp | 575 | 571 | 41.9x | NA |
| 03/21/05 | Ask Jeeves | InterActiveCorp | 1,966 | 1,858 | NM | 37.4x |
| 03/21/05 | Flickr | Yahoo | 50 | 50 | 21.9x | 15.8x |
| 02/16/05 | About.com | New York Times | 410 | 410 | NA | NA |
| 11/14/04 | MarketWatch Inc | Dow Jones & Co | 512 | 456 | 30.0x | 23.0x |
| 09/14/04 | MusicMatch | Yahoo! | 160 | 160 | 52.9x | 23.1x |
| 03/26/04 | Kelkoo | Yahoo! | 576 | 556 | NA | NA |
| 07/08/02 | PayPal | eBay | 1,532 | 1,406 | 37.1x | 22.2x |
| | | | | | NM | 54.9x |
| Median | | | | | 36.6x | 28.4x |
| Mean | | | | | 36.5x | 23.0x |
| | Yellow | Green | $1,650 | $1,654 | NM | 24.5x |

Note: Included for informational purposes.

Source: Analyst research reports, SEC filings and press releases.

(1) LTM calculated as of June 2005.

(2) Based on estimated CY05 revenues of $60MM and CY06 revenues of $200MM. Includes $1.5BN in contingent payments.

(3) Transaction value based on $102MM cash transaction value and includes $1.1BN in contingent payments.

CREDIT SUISSE

108-0016

CSSU 003575

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Green Potential Pro Forma EPS Impact

*($MM, except per share amounts)*

| Projections [1] | Green | | Yellow | |
|---|---|---|---|---|
| | CY2007E | CY2008E | CY2007E | CY2008E |
| Net Income | $4,295 | $5,596 | $35.1 | $80.7 |
| EPS | $13.00 | $16.94 | | |
| Annualized P/E [2] | 32.4x | 24.8x | | |
| Wtd. Avg. Shares (MM) | 330.4 | 330.4 | | |

Based on current Green Class A common stock closing price; Aggregate Consideration will be based on 30 day average two days prior to close.

| Aggregate Consideration | Stock Consideration: Green FD Sh. Issued [3] (MM) | Stock Consideration: Yellow FD % Own. [4] | | Pro Forma EPS Accretion/(Dilution): CY2007E | Pro Forma EPS Accretion/(Dilution): CY2008E |
|---|---|---|---|---|---|
| $1,650 | 3.8 | 1.2% | Pro Forma EPS: | [illegible] | [illegible] |
| | | | Accretion/(Dilution): | [illegible] | [illegible] |

Note: Does not reflect the potential impact of certain purchase accounting and financial transaction variables, including (among others): equity compensation expense, excess purchase price treatment, depreciation and amortization of intangibles, tax charges/benefits and other non-recurring/transaction items.

(1) Yellow projections per Green management pro forma for transaction. Assumes $1MM and $3MM of interest income in 2007 and 2008, respectively. Green projections based on Thomas Weisel analyst research report dated September 14, 2006, and IBES consensus for 2007 and 2008, respectively.

(2) Based on Green Class A common stock closing price of $420.50 as of October 6, 2006.

(3) Based on Green tax rate of 29.2%

(4) Based on Green Class A common stock outstanding of 304.4MM from Green 10-Q for the period ended June 30, 2006, and options schedule from Green 10-Q for the period ended June 30, 2006.

CREDIT SUISSE

108-0017

CSSU 003576

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Appendix

A. Discounted Cash Flow Analysis Detail

CREDIT SUISSE

16

108-0018

CSSU 003577

HIGHLY CONFIDENTIAL

# Discounted Cash Flow Analysis Detail

*($MM, except per share amounts)*

| | Yellow Projections | | | | | CAGR |
|---|---|---|---|---|---|---|
| | CY2007E | CY2008E | CY2009E | CY2010E | CY2011E (Terminal Yr) | 07E - 11E |
| Revenue | $150 | $289 | $477 | $681 | $902 | 67% |
| *% Growth* | - | 89% | 60% | 43% | 33% | |
| EBITDA | 67 | 144 | 248 | 374 | 498 | 65% |
| *% Margin* | 40% | 48% | 52% | 55% | 55% | |
| EBIT | 52 | 120 | 215 | 340 | 451 | 71% |
| *% Margin* | 35% | 40% | 45% | 50% | 50% | |
| Tax Effect | 18 | 42 | 75 | 119 | 158 | |
| *Tax Rate* | 35% | 35% | 35% | 35% | 35% | |
| NOPAT | 34 | 78 | 140 | 221 | 293 | 71% |
| Plus: Depreciation & Amortization | 15 | 24 | 31 | 34 | 45 | |
| *% Margin* | 10% | 8% | 7% | 5% | 5% | |
| Less: Capital Expenditures | (15) | (24) | (31) | (34) | (45) | |
| Unlevered Free Cash Flow | $34 | $78 | $140 | $221 | $293 | 71% |
| *% Growth* | - | 128% | 80% | 58% | 33% | |

| | Illustrative Present Value as of December 31, 2006 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Discount Rate: | 20.0% | | | 22.5% | | | 25.0% | | |
| Terminal Forward EBITDA Multiple: | 9.0x | 11.0x | 13.0x | 9.0x | 11.0x | 13.0x | 9.0x | 11.0x | 13.0x |
| *Implied Unlevered Net Income Multiple* | 15.2x | 18.6x | 22.0x | 15.2x | 18.6x | 22.0x | 15.2x | 18.6x | 22.0x |
| *Implied Perpetuity Growth Rate* | 7.6% | 10.0% | 11.6% | 10.2% | 12.4% | 14.0% | 12.6% | 14.8% | 16.4% |
| PV of Unlevered FCF (CY2007E - CY2010E) | $296 | $296 | $296 | $281 | $281 | $281 | $267 | $267 | $267 |
| PV of Terminal Value (CY2011E & Beyond) | 2,152 | 2,631 | 3,109 | 1,982 | 2,422 | 2,863 | 1,828 | 2,234 | 2,640 |
| Implied Aggregate Value | $2,448 | $2,927 | $3,405 | $2,263 | $2,703 | $3,144 | $2,095 | $2,502 | $2,908 |
| Less: Net Debt/(Cash) [1] | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Implied Equity Value** | $2,447 | $2,926 | $3,404 | $2,262 | $2,702 | $3,143 | $2,094 | $2,501 | $2,907 |

Source: Based on Yellow financial data per Green management pro forma for transaction.
(1) Based on Yellow management data as of September 18, 2006.

**DCF Assumptions**

**Income Statement:**
- Revenue and margin assumptions:
  - 67% CAGR from 2007E-2011E
  - 35% operating margins in 2007E rising to 50% by 2011E
  - Tax rate of 35%

**Cash Flow:**
- Assumes D&A expense equals 10% of sales in 2007E, declining to 5% by terminal year (2011E)
- Capex equal to D&A expense
- Assumes net working capital does not have a meaningful impact on free cash flow

**Discount Rate and Terminal Multiples:**
- WACC range of 20 - 25% (detail in appendix)
- Terminal EBITDA exit multiple of 9 - 13x

CREDIT SUISSE

CONFIDENTIAL

# Weighted Average Cost of Capital Calculation

($MM)

| Company | Stock Price 10/6/06 | FD Capitalization[1] Equity | Equity % | Debt | Debt % | Beta[2] Equity | Asset[3] | Cost of[4] Equity | Asset | Size Premium[5] | Current WACC | WACC Assuming Varying Levels of Debt/Total Cap 0.0% | 10.0% | 20.0% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Group (Dec) | $420.60 | $132,2[illegible] | 100.0% | $0 | 0.0% | 1.878 | 1.878 | 14.6% | 14.6% | (0.4%) | 14.2% | 14.2% | [illegible] | [illegible] |
| *Internet Leaders* | | | | | | | | | | | | | | |
| eBay (Dec.) | $29.28 | $42,400 | 100.0% | $0 | 0.0% | 1.804 | 1.804 | 17.6% | 17.6% | (0.4%) | 17.2% | 17.2% | 16.6% | 16.1% |
| Yahoo! (Dec.) | 25.47 | 37,107 | 98.0% | 789 | 2.0% | 1.853 | 1.828 | 18.6% | 18.5% | (0.4%) | 18.0% | 18.1% | 17.5% | 16.9% |
| Amazon.com (Dec.) | 32.69 | 18,699 | 91.0% | 1,367 | 9.8% | 1.933 | 1.822 | 18.5% | 17.7% | 0.7% | 17.5% | 18.4% | 17.8% | 17.2% |
| Median | [illegible] | [illegible] | 98.0% | [illegible] | 2.0% | 1.853 | 1.822 | [illegible] | 17.7% | (0.4%) | [illegible] | [illegible] | [illegible] | [illegible] |
| Mean | | [illegible] | 96.3% | [illegible] | 4.0% | 1.897 | 1.851 | 18.2% | 17.9% | (0.0%) | 17.7% | 17.8% | 17.3% | 16.7% |
| *Online Content and Consumer Services* | | | | | | | | | | | | | | |
| Monster Worldwide (Dec.) | $39.93 | $5,309 | 99.6% | $21 | 0.4% | 1.549 | 1.546 | 16.5% | 16.4% | 0.9% | 17.3% | 17.3% | 16.8% | 16.3% |
| RealNetworks (ex litigation) (Dec.) | 11.34 | 2,119 | 95.8% | 100 | 4.7% | 1.410 | 1.370 | 14.5% | 14.5% | 1.6% | 16.6% | 16.0% | 16.5% | 15.1% |
| CNET Networks (Dec.) | 9.83 | 1,517 | 91.4% | 143 | 9.4% | 1.968 | 1.847 | 18.5% | 17.9% | 1.7% | 19.1% | 19.6% | 19.0% | 18.6% |
| Knot (Dec.) | 21.17 | 601 | 100.0% | 0 | 0.0% | 1.300 | 1.300 | 14.0% | 14.0% | 2.3% | 16.3% | 16.3% | 16.9% | 15.5% |
| Bankrate (Dec.) | 28.91 | 522 | 100.0% | 0 | 0.0% | 1.459 | 1.458 | 15.1% | 15.1% | 2.8% | 17.5% | 17.9% | 17.4% | 16.9% |
| Median | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1.459 | 1.458 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Mean | | [illegible] | 97.3% | [illegible] | 2.9% | 1.656 | 1.524 | 15.6% | 15.5% | 1.8% | 17.3% | [illegible] | 16.9% | 16.2% |
| Overall Average | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1.646 | | | | | | | |

(1) Converts treated as debt
(2) Based on BARRA research dated October 5, 2006.
(3) Based on marginal tax rate of 35%
(4) Based on twenty-year U.S. Treasury of 4.77% as of October 6, 2006, and equity market risk premium of 7.10%. (Source: Bloomberg)
(5) Size premia based 2001 Ibbotson data.

| Illustrative Yellow Weighted Average Cost of Capital | |
|---|---|
| **Cost of Equity:** | |
| Market Risk Premium ($R_m - R_f$) | 7.10% |
| Risk-Free Rate ($R_f$)[1] | 4.77% |
| Mean Unlevered Beta of Selected Companies (ßU)[2,3] | 1.646 |
| Relevered Beta (ßL)(Assuming 0% Debt) | 1.646 |
| Size Premium ($P_s$)[4] | 1.73% |
| [illegible] | [illegible] |
| % Debt | 0% |
| % Equity | 100% |
| [illegible] | [illegible] |

(1) Based on interpolated 20-year U.S. Treasury yield as of October 6, 2006
(2) Based on mean of selected companies as of October 6, 2006
(3) Selected companies include Internet Leaders and Online Content and Consumer Services companies
(4) Based on Ibbotson for companies with equity values between $194 and $294

| Unlevered Beta | Implied Public Co. WACC |
|---|---|
| 1.65 | 18.2% |
| 1.79 | 18.9% |
| 2.00 | 20.7% |
| 2.25 | 22.5% |

**Discount Rate:**

- Assumes WACC range of 20 - 25%
- Selected companies have weighted average cost of capital of 14% - 19%
- Based on discussions with Credit Suisse's Private Placements Group, late stage venture capital firms look to achieve annualized returns of 30-40% or more when evaluating potential equity investments in pre-IPO companies
- Review of implied public company WACC based on range of illustrative betas
- Private company premium taken into consideration (liquidity, maturity, etc.)

CREDIT SUISSE

108-0020

HIGHLY CONFIDENTIAL

CSSU 003579

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Appendix

B. Yellow Financial Data

CREDIT SUISSE

19

108-0021

CSSU 003580

CONFIDENTIAL

# Yellow CY06 Historical and Projected Financial Performance

($)

| | Revenue | | | |
|---|---|---|---|---|
| | Q106A | Q206A | Q306E | Q406E |
| Revenue | $286,676 | $1,372,199 | $6,582,390 | $11,000,000 |
| Cost of Revenues | 1,689,086 | 2,860,095 | 5,776,450 | 8,250,000 |
| Gross Margin | (1,402,410) | (1,487,896) | 805,940 | 2,750,000 |
| *Margin* | *NM* | *NM* | *12%* | *25%* |
| G&A | 258,476 | 461,597 | 620,435 | 801,242 |
| S&M | 137,104 | 240,161 | 801,675 | 1,035,299 |
| R&D | 370,175 | 424,543 | 707,330 | 913,460 |
| Operating Expenses | 765,755 | 1,126,301 | 2,129,440 | 2,750,000 |
| Operating Income | (2,168,165) | (2,614,197) | (1,323,500) | 0 |

Note: Figures through August 2006 are actuals. September through December 31, 2006 based on Yellow management forecast.

CREDIT SUISSE

108-0022

HIGHLY CONFIDENTIAL

CSSU 003581

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Appendix

C. Green Overview

CREDIT SUISSE

21

108-0023

CSSU 003582

CONFIDENTIAL

# Green Historical Stock Trading Performance

*January 3, 2005 through October 6, 2006*

Current Price (10/6/06) $420.50
Closing High Price (1/11/06) 471.63
Closing Low Price (3/16/05) 174.99
Average Volume (000s) 10,077
Average Statistics
Period Price Volume (000s)
Current $420.50 7,336
Last 5 Days 410.70 5,763
Last 10 Days 407.27 5,396
Last 30 Days 396.24 5,604
Last 60 Days 389.69 5,766
Last 90 Days 383.31 6,866
Price
$500
$450
$400
$350
$300
$250
$200
$150
$100
Volume (000s)
150,000
140,000
130,000
120,000
110,000
100,000
90,000
80,000
70,000
60,000
50,000
40,000
30,000
20,000
10,000
0
1/3/05
3/16/05
5/26/05
8/8/05
10/18/05
12/29/05
3/14/06
5/24/06
8/4/06
October 4, 2005
Announces multi-year strategic agreement with Sun to promote each technology and the Green Toolbar

Source: Factset
Note: Ⓔ Denotes earnings announcement date.

22

108-0024

HIGHLY CONFIDENTIAL

CSSU 003583

CONFIDENTIAL

# Summary of Green Analyst Estimates

($MM, except per share amounts)

| Date | Company | Recommendation | Price Target | LT Growth Rate (%) | Analyst Estimates for FY Ended December 31: Revenue FY2006E | Revenue FY2007E | Revenue FY2008E | EBITDA FY2006E | EBITDA FY2007E | EBITDA FY2008E | EPS FY2006E | EPS FY2007E | EPS FY2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/9/06 | Needham | Buy | $490.00 | - | $7,030 | $9,856 | - | $4,441 | $6,028 | - | $8.84 | $11.35 | - |
| 10/3/06 | Bear Stearns | Buy | 535.00 | - | 7,033 | 10,285 | $13,020 * | 4,433 | 5,403 | $8,842 | 8.74 * | 12.84 * | 18.83 * |
| 10/4/06 | WR Hambrecht | Buy | 455.00 | 15.0% | 7,149 | 10,819 | - | - | - | - | 10.28 | 12.87 | - |
| 9/28/06 | UBS | Hold | 450.00 | - | 7,064 | 9,875 | - | 3,974 | 5,496 * | - | 9.00 * | 11.40 * | - |
| 9/19/06 | Prudential Equity Group | Buy | 580.00 | 60.0% | 7,387 | 11,416 | - | 4,031 * | 5,244 | - | 9.12 * | 12.04 * | - |
| 9/19/06 | Stanford Financial Group | Buy | 515.00 | - | 6,909 | 9,185 | - | 4,316 | 5,851 | - | 9.84 | 11.75 | - |
| 9/14/06 | Thomas Weisel Partners | Buy | - | - | 7,103 | 9,887 | - | 4,823 | 5,165 | - | 9.94 | 13.00 | - |
| 9/14/06 | Cowen & Company | Buy | - | 32.0% | 8,922 | 9,082 | - | 4,339 | 5,221 | - | 9.68 | 12.88 | - |
| 9/14/06 | Piper Jaffray | Buy | 610.00 | 35.0% | 7,060 | 8,929 | - | 4,414 | 5,110 | - | 9.93 * | 11.37 * | - |
| 9/13/06 | JPMorgan | Buy | - | - | - | - | - | - | - | - | 8.71 * | 12.28 * | - |
| 9/11/06 | RBC Capital Markets | Buy | 485.00 | 45.0% | 7,146 | 10,461 | - | 4,471 | 6,430 | - | 10.16 | 13.26 | - |
| 8/23/06 | Global Crown Capital | Buy | 600.00 | 30.0% | 6,933 | 9,627 | - | 3,821 | 5,479 | - | 10.20 * | 13.25 | - |
| 8/23/06 | Oppenheimer | Buy | 540.00 | - | 7,058 | 10,237 | 13,274 | 4,342 | 5,276 | 8,163 | 10.17 | 14.10 | 17.59 |
| 8/16/06 | CIBC World Markets | Buy | 525.00 | 23.0% | 7,135 | 9,659 | - | 4,416 | 5,555 | - | 9.75 | 12.75 | - |
| 8/16/06 | Global Equities Research | Strong Buy | - | - | 7,471 | 11,619 | 16,952 | - | - | - | 9.81 | 11.41 | 14.80 * |
| 8/14/06 | Morgan Stanley | Buy | - | - | 7,314 | 10,491 | 14,044 * | 3,873 | 6,076 | 9,285 * | 10.11 * | 13.66 | - |
| 8/8/06 | Jefferies | Buy | 500.00 | 32.0% | 7,010 | 10,398 | 14,384 | 4,470 | 6,557 | 9,253 | 10.04 | 14.10 | 19.80 |
| 8/8/06 | William Blair | Buy | - | 30.0% | 7,042 | 9,360 | - | 4,272 * | 5,873 * | - | 8.86 | 12.64 | - |
| 8/1/06 | Guzman & Company | Underperform | - | - | 7,084 | 9,915 | 12,503 | 4,399 | 5,694 | 7,250 | 8.96 * | 10.69 * | 12.76 * |
| 7/30/06 | First Global Stockbroking | Buy | - | - | 7,202 | 9,528 | - | - | - | - | 10.17 | 12.74 | - |
| 7/27/06 | Jackson Securities | Buy | 500.00 | - | 7,389 | 12,032 | - | 4,942 | 6,125 | - | 10.46 | 14.62 | - |
| 7/24/06 | Argus Research | Strong Buy | - | - | - | - | - | - | - | - | 9.94 | 13.20 | - |
| 7/24/06 | Caris & Company | Strong Buy | - | - | 7,275 | 10,883 | 14,271 | - | - | - | 9.87 | 13.68 | 17.62 |
| 7/24/06 | ThinkEquity Partners | Buy | - | - | 6,941 | 9,891 | - | 4,341 | 6,011 | - | 10.30 | 13.24 | - |
| 7/22/06 | JMP Securities | Buy | - | - | 7,071 | 10,367 | - | 3,986 * | 4,735 * | - | 9.45 | 13.10 | - |
| 7/22/06 | Lehman Brothers | Buy | - | - | 7,003 | 10,428 | - | 4,465 | 6,522 | - | 9.30 | 13.16 | - |
| 7/22/06 | Merrill Lynch | Strong Buy | - | - | - | - | - | - | - | - | 8.25 * | 11.49 * | 14.44 * |
| 7/22/06 | Pacific Crest Securities | Buy | 500.00 | 25.0% | 7,254 | 10,841 | - | 4,449 | 6,455 | - | 8.10 | 13.28 | - |
| 7/22/06 | Soleil | Hold | - | - | 6,930 | 9,610 | - | - | - | - | 9.47 | 12.85 | - |
| 7/22/06 | Stifel Nicolaus | Strong Buy | - | - | 7,036 | 10,031 | - | 4,457 | 5,763 | - | 9.34 | 13.15 | - |
| 7/21/06 | BMO Capital Markets | Hold | 525.00 | - | 7,409 | 10,825 | - | 4,259 | 6,377 | - | 10.83 * | 14.24 | - |
| 7/21/06 | Citigroup | Strong Buy | - | - | - | - | - | - | - | - | 9.78 | 12.62 | 15.92 |
| 7/21/06 | First Albany | Buy | 515.00 | 40.0% | 7,494 | 10,842 | - | 4,402 | 6,387 | - | 8.99 | 11.47 | - |
| 7/21/06 | Goldman Sachs & Co. | Buy | - | - | 7,525 | 10,310 | 13,876 | 4,855 | 6,158 | 7,907 * | 9.75 | 12.70 | 16.02 |
| 7/21/06 | Susquehanna | Buy | - | - | 7,050 | 9,976 | - | 4,409 | 5,836 | 7,183 * | 10.09 | 12.48 | 13.57 * |
| 7/14/06 | American Technology Research | Buy | - | - | 7,219 | 10,887 | 12,838 | 4,499 | 7,036 * | 7,022 | 9.88 | 13.96 | 16.18 |
| [illegible] | | | | | | | | | | | | | |
| [illegible] | | | | | | | | | | | | | |

Source: Bloomberg & FactSet.

* Denotes excluded by [illegible]

[ ] = High estimate
[ ] = Low estimate

CREDIT SUISSE

108-0025

HIGHLY CONFIDENTIAL

CSSU 003584

CONFIDENTIAL

# Green Summary Income Statement

($MM, except per share amounts)

| | Green Quarterly Financial Performance | | | | | | | | Green Annual Performance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY2005A | | | | FY2006E | | | | FY Ended December 31, | | |
| | Mar-05A | Jun-05A | Sep-05A | Dec-05A | Mar-06A | Jun-06A | Sep-06E | Dec-06E | 2005A | 2006E | 2007E |
| Net Revenue | $795 | $890 | $1,049 | $1,290 | $1,531 | $1,671 | $1,800 | $2,100 | $4,024 | $7,103 | $9,887 |
| Cost of Goods Sold | 83 | 103 | 124 | 147 | 179 | 202 | 218 | 254 | 457 | 853 | 1,196 |
| Gross Profit | 711 | 787 | 925 | 1,144 | 1,352 | 1,469 | 1,582 | 1,846 | 3,567 | 6,250 | 8,691 |
| R&D | 78 | 96 | 152 | 157 | 174 | 212 | 229 | 249 | 484 | 864 | 1,189 |
| S&M | 83 | 97 | 105 | 155 | 175 | 182 | 198 | 283 | 440 | 817 | 1,167 |
| G&A | 57 | 72 | 92 | 114 | 116 | 151 | 163 | 177 | 335 | 596 | 851 |
| Operating Income | 492 | 523 | 576 | 718 | 886 | 925 | 1,005 | 1,157 | 2,308 | 3,973 | 5,485 |
| Plus: Depreciation | 56 | 67 | 97 | 96 | 141 | 126 | 135 | 148 | 316 | 550 | 710 |
| EBITDA | 548 | 590 | 672 | 814 | 1,029 | 1,051 | 1,140 | 1,305 | 2,624 | 4,523 | 6,195 |
| Interest (Income) / Expense | (14) | (20) | (21) | (70) | (68) | (106) | (107) | (116) | (124) | (397) | (579) |
| Pretax Income | 505 | 543 | 596 | 786 | 955 | 1,031 | 1,111 | 1,273 | 2,482 | 4,370 | 6,063 |
| Income Taxes | 147 | 162 | 159 | 318 | 258 | 258 | 342 | 394 | 797 | 1,252 | 1,769 |
| Net Income | 358 | 381 | 437 | 469 | 697 | 772 | 770 | 879 | 1,646 | 3,118 | 4,295 |
| EPS | $1.25 | $1.33 | $1.51 | $1.54 | $2.29 | $2.49 | $2.42 | $2.73 | $5.84 | $9.94 | $13.00 |
| Average Shares | 286.6 | 287.2 | 288.7 | 304.0 | 304.1 | 310.0 | 317.4 | 322.4 | 281.9 | 313.5 | 330.4 |
| I/B/E/S EPS | - | - | - | - | - | - | $2.42 | $2.76 | - | $9.95 | $13.07 |
| *Margins* | | | | | | | | | | | |
| *Gross Profit* | 90% | 88% | 88% | 89% | 88% | 88% | 88% | 88% | 89% | 88% | 88% |
| *R&D* | 10% | 11% | 14% | 12% | 11% | 13% | 13% | 12% | 12% | 12% | 12% |
| *S&M* | 10% | 11% | 10% | 12% | 11% | 11% | 11% | 13% | 11% | 11% | 12% |
| *G&A* | 7% | 8% | 9% | 9% | 8% | 9% | 8% | 8% | 8% | 8% | 9% |
| *Operating Income* | 62% | 59% | 55% | 56% | 58% | 55% | 56% | 55% | 57% | 56% | 55% |
| *EBITDA* | 69% | 66% | 64% | 63% | 67% | 63% | 63% | 62% | 65% | 64% | 63% |
| *Tax Rate* | 29% | 30% | 27% | 40% | 27% | 25% | 31% | 31% | 32% | 29% | 29% |
| *Net Income* | 45% | 43% | 42% | 36% | 46% | 46% | 43% | 42% | 41% | 44% | 43% |
| *Growth Rates* | | | | | | | | | | | |
| *Revenue Y/Y* | 22% | 27% | 30% | 26% | 93% | 88% | 72% | 63% | 106% | 77% | 39% |
| *Revenue Q/Q* | (23%) | 12% | 18% | 23% | 19% | 9% | 8% | 17% | - | - | - |
| *Operating Income Y/Y* | 113% | 113% | 106% | 114% | 81% | 77% | 75% | 61% | 106% | 72% | 38% |
| *Operating Income Q/Q* | 47% | 6% | 10% | 25% | 24% | 4% | 9% | 15% | - | - | - |
| *EPS Y/Y* | 421% | 342% | 694% | 117% | 83% | 88% | 61% | 77% | 113% | 76% | 31% |
| *EPS Q/Q* | 76% | 6% | 14% | 2% | 48% | 9% | (3%) | 12% | - | - | - |

Source: Thomas Weisel analyst research report dated September 14, 2006.

CREDIT SUISSE

108-0026

HIGHLY CONFIDENTIAL

CSSU 003585

CS does not provide any tax advice. Any tax statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties. Any such statement herein was written to support the marketing or promotion of the transaction(s) or matter(s) to which the statement relates. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

These materials have been provided to you by Credit Suisse ("CS") in connection with an actual or potential mandate or engagement and may not be used or relied upon for any purpose other than as specifically contemplated by a written agreement with CS. In addition, these materials may not be disclosed, in whole or in part, or summarized or otherwise referred to except as agreed in writing by CS. The information used in preparing these materials was obtained from or through you or your representatives or from public sources. CS assumes no responsibility for independent verification of such information and has relied on such information being complete and accurate in all material respects. To the extent such information includes estimates and forecasts of future financial performance (including estimates of potential cost savings and synergies) prepared by or reviewed or discussed with the managements of your company and/or other potential transaction participants or obtained from public sources, we have assumed that such estimates and forecasts have been reasonably prepared on bases reflecting the best currently available estimates and judgments of such managements (or, with respect to estimates and forecasts obtained from public sources, represent reasonable estimates). These materials were designed for use by specific persons familiar with the business and the affairs of your company and CS assumes no obligation to update or otherwise revise these materials. Nothing contained herein should be construed as tax, accounting or legal advice. You (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the transactions contemplated by these materials and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and structure. For this purpose, the tax treatment of a transaction is the purported or claimed U.S. federal income tax treatment of the transaction and the tax structure of a transaction is any fact that may be relevant to understanding the purported or claimed U.S. federal income tax treatment of the transaction.

CS has adopted policies and guidelines designed to preserve the independence of its research analysts. CS's policies prohibit employees from directly or indirectly offering a favorable research rating or specific price target, or offering to change a research rating or price target, as consideration for or an inducement to obtain business or other compensation. CS's policies prohibit research analysts from being compensated for their involvement in investment banking transactions.