```
1              UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF NEW YORK
3
   VIACOM INTERNATIONAL, INC., COMEDY  )
4  PARTNERS, COUNTRY MUSIC             )
   TELEVISION, INC., PARAMOUNT         )
5  PICTURES CORPORATION, and BLACK     )
   ENTERTAINMENT TELEVISION, LLC,      )
6                                      )
                 Plaintiffs,            )
7                                      )
   vs.                                  ) NO. 07-CV-2203
8                                      )
   YOUTUBE, INC., YOUTUBE, LLC,        )
9  and GOOGLE, INC.,                   )
                                       )
10               Defendants.            )
   _____)
11                                     )
   THE FOOTBALL ASSOCIATION PREMIER    )
12 LEAGUE LIMITED, BOURNE CO., et al., )
   on behalf of themselves and all     )
13 others similarly situated,          )
                                       )
14               Plaintiffs,            )
   vs.                                  ) NO. 07-CV-3582
15                                     )
   YOUTUBE, INC., YOUTUBE, LLC, and    )
16 GOOGLE, INC.,                       )
                                       )
17               Defendants.            )
   _____)
18      VIDEOTAPED DEPOSITION OF ERIC SCHMIDT
              SAN FRANCISCO, CALIFORNIA
19            WEDNESDAY, MAY 6, 2009
20
   JOB NO. 16802
21
22
23
24
25
```

Figueira Decl. Tab 110

```
1                  SCHMIDT, ERIC                    110-0002
2           MR. MANCINI:  Objection to form.
3           THE WITNESS:  I don't remember the exact
4    board conversation, but I explained the -- I explained
5    my reasoning to them, absolutely.
6           MR. BASKIN:  Okay.
7        Q  And as best you can recall, can you tell us
8    what reasoning you explained?
9        A  Sure.
10          This is a company with very little revenue,
11   growing quickly with user adoption, growing much
12   faster than Google Video, which was the product that
13   Google had.  And they had indicated to us that they
14   would be sold, and we believed that there would be a
15   competing offer that, because of who Google was, pay
16   much more than they were worth.
17          In the deal dynamics, the price, remember, is
18   not set by my judgment or by a financial model or a
19   discounted cash flow.  It's set by what people are
20   willing to pay.
21          And we ultimately concluded that 1.65 billion
22   included a premium for moving quickly and making sure
23   that we could participate in the user success of
24   YouTube.
25       Q  And that was the analysis that you
```