```
                UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL, INC., COMEDY  )
PARTNERS, COUNTRY MUSIC             )
TELEVISION, INC., PARAMOUNT         )
PICTURES CORPORATION, and BLACK     )
ENTERTAINMENT TELEVISION, LLC,      )
                                    )
                 Plaintiffs,        )
                                    )
vs.                                 ) NO. 07-CV-2203
                                    )
YOUTUBE, INC., YOUTUBE, LLC,        )
and GOOGLE, INC.,                   )
                                    )
                 Defendants.        )
_____)
                                    )
THE FOOTBALL ASSOCIATION PREMIER    )
LEAGUE LIMITED, BOURNE CO., et al., )
on behalf of themselves and all     )
others similarly situated,          )
                                    )
                 Plaintiffs,        )
vs.                                 ) NO. 07-CV-3582
                                    )
YOUTUBE, INC., YOUTUBE, LLC, and    )
GOOGLE, INC.,                       )
                                    )
                 Defendants.        )
_____)
```

               VIDEOTAPED DEPOSITION OF ERIC SCHMIDT
                    SAN FRANCISCO, CALIFORNIA
                     WEDNESDAY, MAY 6, 2009

JOB NO. 16802

Figueira Decl. Tab 111

```
1                SCHMIDT, ERIC                111-0002
2          If you look below it, you see the little
3   caret?  It says "from."  Then, "It would be a civil
4   offense to create," that's from the Wire.com website.
5       Q   I see.  Okay.
6       A   So to be incredibly precise on these e-mails,
7   the only words that I wrote were "the Digital
8   Millennium Copyright Act."
9       Q   I see.  Got it.  Okay.
10          Now, when Google purchased YouTube, did you
11  instruct Mr. Hurley and Mr. Chen that their primary
12  goal, at least immediate goal, was to grow the user
13  base and reach one billion views per day?
14          MR. MANCINI:  Objection; lacks foundation.
15          THE WITNESS:  I don't recall the very
16  specific goal.
17          MR. BASKIN:  Q.  Does it sound like generally
18  something you said to them, that their -- that their
19  primary objective should be to grow the user base?
20      A   Our -- our policy from acquisition was to
21  grow the user base.  That is correct.
22      Q   And --
23      A   I don't recall the specific numbers.
24      Q   You don't recall that they should grow it to
25  playbacks of one billion a day?
```