Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab 112

To: "Maria Shim" <marias@google.com>
From: "Shashi Seth" <shashis@google.com>
Cc: "Winnie Lam" <winnie@google.com>
Bcc:
Received Date: 2008-01-23 06:44:20 GMT
Subject: Re: [Monetization-pm] AdSense payments for YouTube Partner Program - Launched!

Maria:

We are being very proactive at this time and reaching out to users - however, we have to be very cautious and make sure that users in this program know about copyright laws and obey them to the fullest extent possible. That is the tricky part. We provide online training, as well as use technology (Video Identification) and some human review.

To be honest, the evolution of dance is in the gray zone as copyrighted music is used in the background.

Also we are not looking for one hit wonders as they rarely work for brand advertisers or have enough views by themselves to make a campaign work. Brand advertisers are getting more comfortable with UGC, but they are still looking for known entities, who are prolific (like LisaNova), and are likely to create content that fits their brand image. However, as time goes by, and as brands get more comfortable with UGC advertising, this will fade away and these opportunities will emerge.

Hope this helps.

Shashi

On Jan 18, 2008 4:01 PM, Maria Shim <marias@google.com> wrote:

> Hi Winnie and Shashi,
>
> I had a question from our second largest shareholder. He wanted to know
> why we aren't reaching out to some of these videos that are about to go over
> the criteria and watch for when they do (like number of views) and then
> reach out to them and do deals with them? One example he gave was the
> Evolution of Dance guy, for instance. Why wouldn't we watch for videos that
> are clearly going to be phenomenal and be proactive?
>
> Thanks!
> Maria
>
> On Jan 4, 2008 9:44 AM, Winnie Lam <winnie@google.com> wrote:
>
> > I'm excited to announce some good news to ring in the new year!
> >
> > In Dec 2007, we launched AdSense payments for the YouTube Partner
> > Program (YPP), thus enabling YouTube to leverage the existing AdSense /
> > Moneta payment mechanism and not needing to build their own from scratch.
> >
> > YPP enables YouTube users to display advertising in conjunction with
> > their videos and receive a share of the advertising revenue. Payments
> > to these YouTube partners were issued for the first time in late Dec, right
> > around Christmas. We have since confirmed that these YouTube partners
> > received their payments successfully. Woo hoo!


EXHIBIT Seth 14 7/16/09

Highly Confidential

G00001-02027618

112-0002

> >
> > Automating YPP payments via AdSense contributes to the infrastructure
> > that YPP needs to expand significantly in the US and internationally.
> >
> > I've attached a picture of the cake from our celebration party. It was
> > really yummy, and credit goes to Aaron Lee for baking it. ;-)
> >
> > A colossal humongous thank you to all of the following very deserving
> > folks:
> >
> > *Eng:* Zheng Liu, Adam Samet, ZK Yan, Aaron Lee
> > * **PM:* Winnie Lam, Shashi Seth, Thai Tran
> > *Finance:* Jimmy Chu, Dan Martinelli, Wendy Chang
> > *OSO:* Shenaz Zack, Pim Dubbeldam, Evelyn Gee, Tom Pickett, Dan Marcus,
> > Elizabeth Ferdon
> > *QA: *Madhu Bansal
> >
> > Winnie
> >
> >
> > _____
> > Monetization-pm mailing list
> > ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> > https://mailman.corp.google.com/mailman/listinfo/monetization-pm
> >
> >
>
>
> --
> Maria Shim
> Investor Relations Manager
> Gooooooooooooooogle
> marias@google.com
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> This email may be confidential or privileged. If you received this
> communication by mistake, please don't forward it to anyone else, please
> erase all copies and attachments, and please let me know that it went to the
> wrong person. Thanks.


--
Shashi Seth

"Obstacles are those frightful things you can see when you take your eyes
off your goal." - Henry Ford

Highly Confidential

GOO001-02027619