Figueira Decl. Tab 113

# DECLARATION OF ROBERT TUR

113

I, Robert Tur, declare as follows:

1. I am an owner of the Los Angeles News Service ("LANS").

2. LANS is a duly accredited news gathering and reporting organization, which produces video and audio tape recordings of newsworthy events.

3. LANS both operates and contracts to other news organizations and licenses and sells news video, videotapes, photographs, and other products used by other news operations for all media, including television, cable, motion picture, Internet and print media.

4. I am the owner of, *inter alia,* the following registered copyrighted works:

a. PA-576-702: "Beating of man in brown hatchback with rescue;"

b. PA-576-703: "Beating of man in white panel truck;"

c. PA-839-603: "Earthquake;"

d. PA-576-704: "Beating of Reginald Denny", and

e. PA-862-544: "North Hollywood shootout."

Each of these five works (collectively, "Infringed Works-A") has been uploaded on the YouTube website, YouTube.com, both before the filing of the complaint in this case, after service of the complaint on YouTube, and presently.

5. At no time have I given an assignment, license, or permission of any kind to YouTube or to any of its users who have uploaded my copyrighted works onto YouTube.com.

6. A representative set of infringements currently ongoing of my Infringed Works-A include Exhibits 1-8, attached hereto. These exhibits are true and correct copies of downloads of YouTube.com taken after my complaint was served upon YouTube. Each of them shows a frame from one of my Infringed Works-A juxtaposed against the following types of advertising: (a) banner advertising – such as for NetFlix; (b) promotion of other YouTube.com videos (on the right side of the screen captured); (c) promotion/branding of the YouTube.com logo and name (at the upper part of the screen captured).

7. At the YouTube.com website is the User Agreement, which must automatically be accepted electronically by each user. Section 5.B of the User Agreement states in relevant part:

> …you hereby grant YouTube a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the User Submissions in connection with the YouTube Website and YouTube's (and its successor's) business, including without limitation for promoting and redistributing part or all of the YouTube Website (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the YouTube Website a non-exclusive license to access your User Submissions through the Website, and to use, reproduce, distribute, prepare derivative works of, display and perform such User Submissions as permitted through the functionality of the Website and under these Terms of Service....

derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the YouTube Website a non-exclusive license to access your User Submissions through the Website, and to use, reproduce, distribute, prepare derivative works of, display and perform such User Submissions as permitted through the functionality of the Website and under these Terms of Service....

113-0003

The foregoing facts are within my personal knowledge, and I could competently testify to them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November, 2006 at Santa Monica, California.

Robert Tur

15

Safari File Edit View History Bookmarks Window Help (2:01) Wed 7:14 AM

YouTube - L.A. Riot

http://www.youtube.com/watch?v=XVx5RpqANJM&mode=related&search=  bob tur

InciWeb: Nati...al Incidents  CNN  DRUDGE REPORT 2006®  Jossip – Cel... and gossip  CNN.com – B...Video News  Apple (217)  Amazon  eBay  Yahoo!  News (933)

YouTube Broadcast Yourself

Hello, roberttur (0) | Log Out | Viewing History | Help

Videos Search

Home Videos Channels Groups Categories Upload

Most Recent | Most Viewed | Top Rated | Most Discussed | Top Favorites | Most Linked | Recently Featured | Worst Rated

NETFLIX Netflix Delivers DVD Rentals Starting at only $5.99 a month No late fees 60,000+ titles Fast, free shipping Click here

## L.A. Riot

NEWSCOPTER 13 LIVE

Rate this video
3 ratings

Save to Favorites
Add to Groups
Share Video
Blog Video
Flag as Inappropriate

Views: 695
Comments: 2
Favorited: 2 times
Honors: 0
Links to this video: show

**About This Video**

Added July 12, 2006 Subscribe
From grolabo
ロサンゼルス暴動の一コマ
Tags L.A. Riot Violence
URL http://www.youtube.com/watch?v=XVx5RpqA
Embed <object width="425" height="350"><param r

**Explore More Videos**

Related Playlists grolabo's Videos
Showing 1-20 of 20789 See All Videos

L.A. Riot
00:58
From: grolabo
Views: 521
<< Now Playing

L.A. riots
00:44
From: swaan
Views: 751

LARiotProjectFinal
03:50
From: oolala420
Views: 3317

British Hooligans Vol 9 DVD preview
01:02

Director Videos

411VM 14.1 Commercial
00:49
From: 411VideoMagazine

Hope Is Emo: Chapter One "The Words Are Dying"
03:24
From: digitalfilmmaker

Mom does "Crouching Tiger Hidden Dragon"
00:16
From: contron

EXHIBIT 1

113-0004

113-0005

16

Safari File Edit View History Bookmarks Window Help (1:58) Wed 7:15 AM

YouTube - L.A. Riot

http://www.youtube.com/watch?v=XVx5RpqANJM&mode=related&search= bob tur

InciWeb Nati...al Incidents CML DRUDGE REPORT 2006® Jossip - Cel...and gossip CNN.com - B...Video News Apple (217) Amazon eBay Yahoo! News (933)

YouTube Broadcast Yourself

Hello, roberttur (0) | Log Out | Viewing History | Help

Videos Search

Home Videos Channels Groups Categories Upload

Most Recent | Most Viewed | Top Rated | Most Discussed | Top Favorites | Most Linked | Recently Featured | Worst Rated

NETFLIX Netflix Delivers DVD Rentals Starting at only $5.99 a month No late fees 60,000+ titles Fast, free shipping Click here

## L.A. Riot

00:47 / 00:58

Rate this video
3 ratings

Save to Favorites
Add to Groups
Share Video
Blog Video
Flag as Inappropriate

Views: 695
Comments: 2
Favorited: 2 times
Honors: 0
Links to this video: show

**About This Video**

Added July 12, 2006 Subscribe
From grolabo

ロサンゼルス暴動の一コマ

Tags L.A. Riot Violence
URL http://www.youtube.com/watch?v=XVx5RpqA
Embed <object width="425" height="350"><param r

**Explore More Videos**

Related Playlists grolabo's Videos

Showing 1-20 of 20789 See All Videos

L.A. Riot
00:58
From: grolabo
Views: 521
<< Now Playing

L.A. riots
00:44
From: swpan
Views: 751

LARiotProjectFinal
03:50
From: ooiala420
Views: 3317

British Hooligans Vol 9 DVD preview
01:02

Director Videos

411VM 14.1 Commercial
00:49
From: 411VideoMagazine

Hope is Emo: Chapter One "The Words Are Dying"
03:24
From: digitalfilmmaker

Mom does "Crouching Tiger Hidden Dragon"
00:16
From: contron

EXHIBIT 2

113-0006

Exhibit 3

113-0007

17

Safari File Edit View History Bookmarks Window Help (Charged) Thu 11:53 AM

YouTube - LA Riots Part 2

http://youtube.com/watch?search=la+riot&v=-yfTrooYx9M

youtube

Hello, robert (0) | Log Out | Viewing History | Help

YouTube Broadcast Yourself

Videos Search

Home Videos Channels Groups Categories Upload

Most Recent | Most Viewed | Top Rated | Most Discussed | Top Favorites | Most Linked | Recently Featured | Worst Rated

## LA Riots Part 2

Rate this video

11 ratings

Save to Favorites

Add to Groups

Share Video

Blog Video

Flag as Inappropriate

Views: 4,352

Comments: 20

Favorited: 32 times

Honors: 0

Links to this video: show

**About This Video**

Added May 22, 2006

From OsamaKilla

This is part 2 of the LA riots fooatge f... (more)

Tags LA Riots Danger Army (more)

URL http://www.youtube.com/watch?v=-yfTrooYx

Embed <object width="425" height="350"><param r

**Explore More Videos**

Related Playlists OsamaKilla's Videos

Showing 1-20 of 17659 See All Videos

LARiotProjectFinal
03:50
From: oolala420
Views: 3571

la riots
04:54
From: underlinesk8
Views: 7221

quiet riot 6-22-79 LA
03:20
From: fredhoffman1988
Views: 1567

L.A. riots
00:44
From: swaan

Director Videos

The Heart of Steel
01:30
From: THEDIRECTOR

Dilly in the grass 2
00:22
From: clickbrain

Ask A Ninja: Question 9 "Ninja Love"
02:20
From: digitalfilmmaker

EXHIBIT 3

113-0008

18

Safari File Edit View History Bookmarks Window Help (0:24) Wed 11:45 AM

YouTube - Guns N' Roses - Welcome To The Jungle

http://www.youtube.com/watch?v=cxHHRnArqhE&search=guns%20and%20roses%20welcome%20to%20the%20jungle

youtube

InciWeb: Nat...al Incidents CML DRUDGE REPORT 2006® Jossip - Cel...and gossip CNN.com - B...Video News Apple (217) Amazon eBay Yahoo! News (933)

YouTube™ Broadcast Yourself

Sign Up | Log In | Viewing History | Help

guns and roses welcome to the jungle Videos Search

Home Videos Channels Groups Categories Upload

Most Recent | Most Viewed | Top Rated | Most Discussed | Top Favorites | Most Linked | Recently Featured | Worst Rated

comcast High-Speed Internet $19.99 a month* SIGN UP NOW! *Click here for details

## Guns N' Roses - Welcome To The Jungle

Rate this video
61 ratings
Please login to rate this video.

Save to Favorites
Add to Groups
Share Video
Blog Video
Flag as Inappropriate

Views: 16926
Comments: 17
Favorited: 93 times
Honors: 0
Links to this video: show

**About This Video** Subscribe

Added March 11, 2006
From Souldesen

Welcome to the jungle by Guns N' Roses, ... (more)

Tags live era video gunsnroses (more)

URL http://www.youtube.com/watch?v=cxHHRnAr

Embed <object width="425" height="350"><param r

**Explore More Videos**

Related Playlists Souldesen's Videos

Showing 1-20 of 229732 See All Videos

Guns N Roses - Welcome To The Jungle
04:32
From: tasha2892
Views: 101668

Guns N' Roses - Welcome To The Jungle
04:34
From: u4ku
Views: 12543

Welcome To The Jungle
04:25
From: indigio67
Views: 1410

Welcome to the One Piece Jungle
02:21

Director Videos

Mambo Dance.
01:59
From: Directorian

CSS - Let's Make Love and Listen to Death From Above
03:56
From: subpoprecords

A Dedication To My Friends (Bonnie and Clyde by Haystak)
04:34
From: mookie1

EXHIBIT 4

113-0010

113-0011



19

Safari File Edit View History Bookmarks Window Help (Charged) Thu 1:57 AM

YouTube – North Hollywood Shootout

http://www.youtube.com/watch?v=bCuG_gqI3i0&mode=related&search=

Google

simonvanboo Biography LAX Weather eMule-Projec cu News InciWeb: Nati...al Incidents CML DRUDGE REPORT 2006® Jossip – Cel... and gossip CNN.com – B... Video News Amazon eBay Apple (145) Yahoo!

YouTube™ Broadcast Yourself

Hello, roberttur (0) | My Account | Viewing History | Help | Log Out

Search for [Search]

Home | Videos | Channels | Groups | Categories | Upload

Most Recent | Most Viewed | Top Rated | Most Discussed | Top Favorites | Most Linked | Recently Featured

## North Hollywood Shootout

00:09 / 03:21 Size:

Rate this video ★★★★★ 3 ratings

Save to Favorites
Add to Groups
Share Video
Blog Video

Views: 1,903
Comments: 0
Favorited: 9 times
Honors: 0

**About This Video**

Added July 31, 2006
From entertainment4u

SUBSCRIBE to entertainment4u

Different Angle.

Tags Bank Robbery North Hollywood (more)

URL http://www.youtube.com/watch?v=bCuG_gqI

Embed <object width="425" height="350"><param r

**Explore More Videos**

Related Playlists entertainment4u's Videos

Showing 1-20 of 10760 See All Videos

North Hollywood Shootout
03:21
From: entertainment4u
Views: 1504
<< Now Playing

North Hollywood Shootout
00:53
From: Droid1983
Views: 671

North Hollywood Shootout
01:45
From: Droid1983
Views: 376

EXHIBIT 5

113-0012

20

Safari File Edit View History Bookmarks Window Help (1:53) Wed 7:22 AM

YouTube - Hollywood Shootout

http://www.youtube.com/watch?v=E6ZNs24Oy7Q&search=hollywood%20shootout

bob tur

IncWeb: National Incidents CML DRUDGE REPORT 2006® Jossip – Cel... and gossip CNN.com – B...Video News Apple (217) Amazon eBay Yahoo! News (933)

YouTube Broadcast Yourself

Hello, roberttur (0) | Log Out | Viewing History | Help

hollywood shootout Videos Search

Home Videos Channels Groups Categories Upload

Most Recent | Most Viewed | Top Rated | Most Discussed | Top Favorites | Most Linked | Recently Featured | Worst Rated

## Hollywood Shootout

Rate this video
2 ratings

Save to Favorites
Add to Groups
Share Video
Blog Video
Flag as Inappropriate

Views: 784
Comments: 0
Favorited: 2 times
Honors: 0
Links to this video: show

**About This Video**

Added November 30, 2005 Subscribe
From zenos

I would love to have one of those AK's

Tags hollywood
URL http://www.youtube.com/watch?v=E6ZNs24O
Embed <object width="425" height="350"><param r

**Explore More Videos**

Related Playlists zenos's Videos

Showing 1-20 of 3263 See All Videos

xbox
01:31
From: lastoyrefly
Views: 665

Texas Shootout
01:20
From: unbelievablyhot
Views: 6499

mikes shootout
00:22
From: McMaster
Views: 2258

Summer ShootOut
06:08
From: 13WhiteFang37

Director Videos

Queen "Bohemian Rhapsody" Video
06:01
From: hollywoodrec

Space Camp
02:05
From: mylkhead

GYM CLASS HEROES: New Friend Request
04:12
From: fueledbyadam

EXHIBIT 6

113-0014

113-0015

Exhibit 7

http://www.youtube.com/watch?v=CStUbKJCooA                              Q⁻ Google

hdcinema@mac.com  BigBryanboo  Biography  LAX Weather  eMule-Projec...cu, News...  InciWeb: Nati...al incidents  CML  DRUDGE REPORT 2006®  Jossip – Cel... and gossip  CNN.com – B... Video News  Amazon  eBay

# YouTube™ Broadcast Yourself

Hello, **roberttur** ✉ (0) | My Account ▼ | History | QuickList (0) | Help | Log Out

Search for: o.j. simpson          (Search)

**Home**   **Videos**   **Channels**   **Groups**   **Categories**   **Upload**

Most Recent | Most Viewed | Top Rated | Most Discussed | Top Favorites | Most Linked | Recently Featured

Hit the target to get a ___ video iPod!

## NHS from WWPV

Added  October 06, 2006       (SUBSCRIBE)
From  **RoffleWaffle223**       to RoffleWaffle223

Guess what? It ain't the one with the UN ... (more)

Category  People

Tags  bank  robbery  larry  emil  (more)

URL  http://www.youtube.com/watch?v=CStUbKJCc

Embed  <object width="425" height="350"><param r

**Related**   More from this user | Playlists

Showing 1-20 of 75163                See All Videos

**One For All and All For Me**
04:07
From: RoffleWaffle223
Views: 3090

**One for All and All For Me (Re-make)**
04:30
From: RoffleWaffle223
Views: 1694

**The Pedestrian**
03:39
From: RoffleWaffle223
Views: 697

**The AOL Shootout**
03:51
From: RoffleWaffle223
Views: 288

Director Videos

**Beer vs. Wine**
00:56
From:
BriggsBeerCannon

**Beer vs. Flowerpot**
01:08
From:
BriggsBeerCannon

**Billie Joe Armstrong Gibson Interview**
02:10
From:
GibsonGuitarCorp

Rate this video    📁 Save to Favorites    Views: 657
★★★★★       👥 Add to Groups       Comments: 1
2 ratings                      Favorited: 11 times
           ✉ Share Video
                               Honors: 0
           📝 Blog Video
                               Links to
           ✗ Flag as Inappropriate  this video: None

EXHIBIT 4

113-0016

ALL-STATE® LEGAL 800-222-0510 EDB11 RECYCLED

113-0017

22

Safari File Edit View History Bookmarks Window Help (1:19) Thu 9:26 AM

YouTube - Michael Jackson Gets burned by Pepsi

http://www.youtube.com/watch?v=QmpTpVRjnpg

Google

Crooks and Liars hdcinema@mac.com simonvanboo... Biography LAX Weather eMule-Projec...cu News... InciWeb National Incidents... CML

Sign Up | My Account | History | QuickList (0) | Help | Log In

YouTube Broadcast Yourself™

Search for [ ] Search

Home Videos Channels Groups Categories Upload

The CityKids Foundation

To learn more or get involved, check out www.citykids.com

## Michael Jackson Gets burned by Pepsi

Rate this video: ★★★★☆ 17 ratings | Save to Favorites | Share Video | Flag as inappropriate
Add to Groups | Post Video

Views: 6,749 Comments: 21 Favorited: 51 times more stats...

Comments & Responses

Post a video response
Post a text comment

Added February 25, 2006
From Jadore
SUBSCRIBE to Jadore

Short Clip about the Infamous 1984 Pepsi ... (more)

Category Entertainment

Tags michael jackson fire hariy (more)

URL http://www.youtube.com/watch?v=QmpTpVR

Embed <object width="425" height="350"><param r

Related | More from this user | Playlists

Showing 1-20 of 101689 See All Videos

**Michael Jackson Gets burned by Pepsi**
01:27
From: Jadore
Views: 6685
<< Now Playing

**Michael Jackson 80's Pepsi**
01:26
From: mmulibra
Views: 47468

**Michael Jackson Pepsi Advert**
00:30
From: Ozzymike58
Views: 13103

**Michael Jackson - Pepsi**
01:26
From: loginutube

Director Videos

**Gone Daddy Gone**
02:49
From: gnarlsbarkleyvideos

**Ronaldinho: Touch of Gold**
02:44
From: Nikesoccer

**Moby featuring Debbie Harry - New York New York**
04:04
From: MuteChannel

EXHIBIT 8

113-0018

uddy List

Picture 3.png

_login?cl=A21B9A130F

nd Liars hdcinema@

adcast rself™

Videos

My Videos | My F

It's late a
through a gr

