UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Figueira Decl. Tab 115

VIACOM INTERNATIONAL, INC., COMEDY )
PARTNERS, COUNTRY MUSIC. )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION, LLC, )
)
          Plaintiffs, )
)
vs. ) NO. 07-CV-2103
)
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
)
          Defendants. )
)
_____)
)
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
)
          Plaintiffs, )
vs. ) NO. 07-CV-3582
)
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
)
         Defendants. )
_____)

VIDEOTAPED DEPOSITION OF KENT WALKER
PALO ALTO, CALIFORNIA
THURSDAY, DECEMBER 17, 2009
BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
CSR LICENSE NO. 9830
JOB NO. 18312

1

| | | |
|---|---|---|
| 1 | WALKER, KENT | 115-0002 |

2   A   One, I have no idea what other people --
3   there were a number of people in the company who were
4   engaged with Viacom in a whole variety of context that
5   I'm not familiar with.
6   Q   Understood.
7   A   So I don't know what they may or may not have
8   offered.  With regard to my conversation with
9   Mr. Fricklas, I don't remember whether Audible Magic
10  came up, I don't remember whether he asked for it, I
11  don't remember whether I offered it or didn't offer
12  it.  I just don't recall.
13        The reason for that was that it was and still
14  is my understanding that Audible Magic is more --
15  while it's not a great tool, it relatively is more
16  suited for audio content, music content, primarily,
17  than is for video content.  In part because of the --
18  the reasons we talked about before, that video is much
19  more information dense, it's a much harder search
20  problem, and that the -- the Audible Magic technology
21  hadn't evolved in a way that would make it usable or
22  useful for Viacom to -- to implement.
23        There's another distinction as well, which
24  is, music content is perhaps uniquely legally complex
25  because of the number of overlapping and sometimes

| | | |
|---|---|---|
| 1 | WALKER, KENT | 115-0003 |

2  inconsistent rights associated with it. There are a
3  wide number of different rights that are owned by the
4  performer, the creator, the -- the publishers, the
5  labels, the collecting societies in Europe, et cetera,
6  and each of those entities can own multiple rights,
7  which sometimes align and sometimes do not.
8      As a result of that, there are complexities
9  associated with that, which I believe the Audible
10 Magic system had been optimized for, both in terms of
11 the technological operation of the system and the
12 assembly of a database, which was designed to track
13 all of the -- the complex music rights associated with
14 it.
15     As the name Audible Magic itself suggests, it
16 was a music tool, at least that was my understanding.
17     MR. SCHAPIRO: Let's -- let's take a break
18 for five minutes.
19     THE VIDEOGRAPHER: The time is 10:47.
20     Off the record.
21     (Recess taken.)
22     THE VIDEOGRAPHER: The time is 10:57.
23     On the record.
24     MR. DESANCTIS: Mr. Walker, before we just
25 took a short break, you were describing for me certain