```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
    VIACOM INTERNATIONAL, INC., COMEDY )
 4  PARTNERS, COUNTRY MUSIC.           )
    TELEVISION, INC., PARAMOUNT        )
 5  PICTURES CORPORATION, and BLACK    )
    ENTERTAINMENT TELEVISION, LLC,     )
 6                                     )
                 Plaintiffs,           )
 7                                     )
    vs.                                ) NO. 07-CV-2103
 8                                     )
    YOUTUBE, INC., YOUTUBE, LLC,       )
 9  and GOOGLE, INC.,                  )
                                       )
10               Defendants.           )
                                       )
11                                     )
    THE FOOTBALL ASSOCIATION PREMIER   )
12  LEAGUE LIMITED, BOURNE CO., et al.,)
    on behalf of themselves and all    )
13  others similarly situated,         )
                                       )
14               Plaintiffs,           )
    vs.                                ) NO. 07-CV-3582
15                                     )
    YOUTUBE, INC., YOUTUBE, LLC, and   )
16  GOOGLE, INC.,                      )
                                       )
17               Defendants.           )
                                       )
18         VIDEOTAPED DEPOSITION OF KENT WALKER
                PALO ALTO, CALIFORNIA
19            THURSDAY, DECEMBER 17, 2009
20  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
    CSR LICENSE NO. 9830
21  JOB NO. 18312
22
23
24
25
```

Figueira Decl. Tab 116

```
 1                    WALKER, KENT                  116-0002
 2    bullet point reads, "When YouTube receives a takedown
 3    notice or otherwise obtains knowledge of a clip that
 4    has eluded the filtering system, it should immediately
 5    remove not only the clip or full work in question, but
 6    all other versions or excerpts of the same copyrighted
 7    programming identified in the notice, in addition to
 8    hashing and fingerprinting the copyrighted work, to
 9    prevent future unauthorized uploads as discussed
10    above."
11           My question is, did Google do that in
12    February of 2007?
13       A   In -- for some period of time previous to
14    that, I don't know when it started, YouTube had a
15    system called MD5 hashing, which identified unique
16    copies of a given video, and when we received a DMCA
17    notice for one version, I believe we would block other
18    versions that also had that same hash, which is, by
19    the way, another example of a situation where we were
20    removing or blocking items without having received the
21    specific URL and, I believe, going beyond what the
22    DMCA requires.
23           The other aspects of this question, it's --
24    because the sentence is compound, the -- the question
25    is derivatively compound, if you will, so it's a
```