Redacted Pursuant to Protective Order
at Request of Defendants



Figueira Decl. Tab
117

117

| | |
|---|---|
| To: | "Christoph Dawson" <toffi@google.com>, "franziskar" <franziskar@google.com>, "Patricia Garcia" <pgarcia@google.com>, "Karine Macarez" <kmacarez@google.com>, "gilbert" <gilbert@google.com> |
| From: | "Bill Kipp" <wkipp@google.com> |
| Cc: | "Patrick Walker" <pjwalker@google.com> |
| Bcc: | |
| Received Date: | 2006-03-13 09:32:21 GMT |
| Subject: | Fwd: [Harappa-bd] Authoritative 3rd party data sources for movie titles, song lists, etc |

Team,

> Patrick assembled a nice list of sports-related content providers and
> subjects to help us with our search for unauthorised content. Please use
> this as a reference.

BK

---------- Forwarded message ----------
From: Patrick Walker <pjwalker@google.com>
Date: Mar 11, 2006 7:27 PM
Subject: Re: [Harappa-bd] Authoritative 3rd party data sources for movie
titles, song lists, etc
To: Hunter Walk <hunter@google.com>
Cc: Harappa-bd [redacted] Bill Kipp <wkipp@google.com>

Hi Hunter. Sports info is all over the place. I think there's a market out
there if someone where to make an IMDB for sports!

Best sources for a lot of info are ESPN (soccernet excellent for
football/soccer) and CBS Sportsline, but they leave out a lot of other majo=
sports competitions.

I've put together a list below of sources for teams, players, etc. that can
be used in the database. I didn't have time to add in sports from Asia
(Japanese & Korean baseball and fooball/soccer league teams, Sumo, K1
fighting, Chinese basketball, etc.)

Bill, would be good to pass this onto your folks in Dublin for Euro sport
info/names etc. I think I cover most of the major stuff here.

Sports:

US:
MLB, NFL, NBA, NHL, College Football, NCAA, NASCAR, PGA Tour, MLS

MLB Teams:
http://www.sportsline.com/mlb/teams<http://www.google.com/url?sa=3DD&q=http%3A%2F%2Fwww.sportsline.
com%2Fmlb%2Fteams>
NBA Teams:
http://cbs.sportsline.com/nba/teams<http://www.google.com/url?sa=3DD&q=http%3A%2F%2Fcbs.sportsline.co
m%2Fnba%2Fteams>
NFL Teams: http://www.sportsline.com/mlb/teams
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.sportsline.com%2Fmlb=2Fteams>
NHL Teams: http://www.sportsline.com/nhl/teams
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.sportsline.com%2Fnhl=2Fteams>
College Football Conferences and Teams:
http://www.sportsline.com/collegefootball/teams<http://www.google.com/url?s==D&q=http%3A%2F%2Fwww.sp

Highly Confidential



WAYCON
EXHIBIT NO. 9
DATE 7-22-08
Y.FENNELLY CSR5495

G00001-00313643

ortsline.com%2Fcollegefootball%2Fteams>
College Basketball Conferences and Teams:
http://www.sportsline.com/collegebasketball/teams/all<http://www.google.com=url?sa=D&q=http%3A%2F%2Fw
ww.sportsline.com%2Fcollegebasketball%2Fteams=2Fall>
Nascar Teams and Drivers:
http://www.nascar.com/drivers/list/cup/tps/owner_team_series_index.html
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.nascar.com%2Fdrivers=2Flist%2Fcup%2Ftps%2
Fowner_team_series_index.html>
PGA Tour Money Leaders (top players):
http://www.pgatour.com/stats/leaders/r/2006/109<http://www.google.com/url?s==D&q=http%3A%2F%2Fwww.p
gatour.com%2Fstats%2Fleaders%2Fr%2F2006%2F109>
MLS Teams:
http://soccernet.espn.go.com/clubs?league=usa.1&cc=5901<http://www.google.com/url?sa=D&q=http%3A%2F
%2Fsoccernet.espn.go.com%2Fclubs=3Fleague%3Dusa.1%26cc%3D5901>

International:

The World's Best Football (Soccer) in history:
Diego Maradona
Gordon Banks
Ronaldo
Pele
Peter Schmeichel
Bobby Charlton
Zinedine Zidane
Michel Platini
Franz Beckenbauer
Garincha
Gerd Mueller
Dino Zoff
Marco van Basten
Johan Cruyff
George Best
Eusebio
Paolo Rossi
Paolo Maldini
Ferenc Puskas
Alfredo de Stefano

"FIFA 100" greatest living footballers:
http://www.rediff.com/sports/2004/mar/05fifa.htm
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.rediff.com%2Fsports%=F2004%2Fmar%2F05fifa
.htm>

Young Players to Watch at the 2006 FIFA World Cup:
http://fifaworldcup.yahoo.com/06/en/w/ptw/zones/index.html
<http://www.google.com/url?sa=D&q=http%3A%2F%2Ffifaworldcup.yahoo.com%2=06%2Fen%2Fw%2Fptw%
2Fzones%2Findex.html>

Soccer (Football) Most Followed Leagues (use both league/competiton names
and team/club names)
English Premier League: http://soccernet.espn.go.com/clubs?league=eng.1&c==5901
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fsoccernet.espn.go.com%2F=lubs%3Fleague%3Deng.1
%26cc%3D5901>
Spanish Primera División:
http://soccernet.espn.go.com/clubs?league=esp.1&cc=5901<http://www.goog=e.com/url?sa=D&q=http%3A%2
F%2Fsoccernet.espn.go.com%2Fclubs%3Fleague%3=esp.1%26cc%3D5901>
Italian Serie A:

http://soccernet.espn.go.com/clubs?league=ita.1&cc=5901 <http://www.goog=e.com/url?sa=D&q=http%3A%2F%2Fsoccernet.espn.go.com%2Fclubs%3Fleague%3=ita.1%26cc%3D5901>
French League 1:
http://soccernet.espn.go.com/clubs?league=fra.1&cc=5901 <http://www.goog=e.com/url?sa=D&q=http%3A%2F%2Fsoccernet.espn.go.com%2Fclubs%3Fleague%3=fra.1%26cc%3D5901>
German Bundesliga: http://soccernet.espn.go.com/clubs?league=ger.1&cc=5=01
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fsoccernet.espn.go.com%2F=lubs%3Fleague%3Dger.1%26cc%3D5901>
Dutch Eredivisie:
http://soccernet.espn.go.com/clubs?league=ned.1&cc=5901 <http://www.goog=e.com/url?sa=D&q=http%3A%2F%2Fsoccernet.espn.go.com%2Fclubs%3Fleague%3=ned.1%26cc%3D5901>
Scottish Premier League:
http://soccernet.espn.go.com/clubs?league=sco.1&cc=5901
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fsoccernet.espn.go.com%2F=lubs%3Fleague%3Dsco.1%26cc%3D5901>

FIFA World Cup (I think you know about this grand daddy of them all)
UEFA Champions League (annual competition for best clubs across Europe so
some club name cross over with above). Champions League Clubs:
http://soccernet.espn.go.com/clubs?league=uefa.champions&cc=5901
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fsoccernet.espn.go.com%2F=lubs%3Fleague%3Duefa.
champions%26cc%3D5901>
UEFA Cup (annual competition for second most followed European Cup
competition)
Euro 2008 (Major European national team competition every four years -
stagged with World Cup by two years)
FA Cup (annual UK club competition, the Final has massive worldwide
following)

Other International Football (Soccer) Competitions:
Copa America
African Cup of Nations
Confederations Cup
Club World Championships
CONCACAF Gold Cup
Copa Libertadores

Tennis:
Top Competitions: Wimbledon, US Open, Australian Open, Roland Garros (Frenc=
Open)
Top Tennis Players:
http://www.sportsline.com/tennis/players<http://www.google.com/url?sa=D&q=3Dhttp%3A%2F%2Fwww.sportsli
ne.com%2Ftennis%2Fplayers>

Motor Sports:
Formula One (F1)
World Rally Championships (WRC)
Moto GP

Current F1 Drivers & Teams:
http://www.planet-f1.com/Drivers/Driver_Line_Up/0,12313,3210_6818,00.html
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.planet-
f1.com%2FDriv=rs%2FDriver_Line_Up%2F0%2C12313%2C3210_6818%2C00.html>

F1 Past Champions:
Michael Schumacher
Mika Hakkinen
Jacques Villeneuve

G00001-00313645

Damon Hill
Alain Prost
Nigel Mansell
Ayrton Senna da Silva

Rugby
Top International Rugby Competitions:
http://www.planet-rugby.com/Tournaments/index.shtml
<http://www.google.com/url?sa=D&q=http%3A%2F%2Fwww.planet-
rugby.com%2FT=urnaments%2Findex.shtml>

Cricket
Cricinfo.com <http://www.google.com/url?sa=D&q=http%3A%2F%2FCricinfo.co=>(which
purchased Wisden Almanac) is the best source for all cricket data.
For ex: http://content-
uk.cricinfo.com/ci/content/current/player/<http://ww=.google.com/url?sa=D&q=http%3A%2F%2Fcontent-
uk.cricinfo.com%2Fci%2Fcon=ent%2Fourrent%2Fplayer%2F>

<pjwalker@google.com>