Highly Confidential

# Content Acquisition Strategy Update



EXHIBIT NO. 14
7-22-08
5495

GOO0001-00502527

# How has the market evolved since CES?



"Everybody Hates Chris" premiers on GV

MTV Networks acquires iFilm for $49M and develops VH1 show of video clips

Founded in February, 2005, YouTube launches website

GV launches at CES

ABC announces ad supported streaming trial of top shows

FOX closes deal to share revenue from online distribution with its affiliates

FOX shows to be sold on iTunes

MSN unveils new plans to create original programming

AOL launches In2Tv

**3M** **8M** **40M**

**Sept** **Oct** **Nov** **Dec** **Jan** **Feb** **Mar** **Apr** **May**

iTunes video launches with ABC content

YouTube generates 5 Million playbacks with SNL's "Lazy Sunday" which is pulled seven weeks later

GV announces initiative to digitize NARA content

**35M**

CBS streams March Madness college basketball games for free to 5mm people and generates $4M

CBS launches ad supported web channel (Innertube) with original programming

MySpace surpasses Amazon.com to become the 10th largest site (monthly unique visitors, comScore)

NBC and affiliates form joint venture for new media distribution

Warner Brothers to distribute movies using BitTorrent

= YouTube daily playbacks

118-0002

Highly Confidential

GOO001-00502529

# Overall consumption of partner content is played in proportion to its availability in the index



**Acquired**

**Consumed**

**Video Titles Live in Index (total 0.7MM)**

User Uploaded 92%
Premium 2%
Standard 6%

User Uploaded 94%
Premium 2%
Standard 4%

**Video Titles Played (2006) (total ~1Bn)**

**Video Hours Live in Index (total 49K)**

User Uploaded 75%
Premium 15%
Standard 10%

*Sources: Content stats from VSPDB, Traffic stats from VCSDB – 05/08/06*

118-0003

Highly Confidential

# Premium Content Owners – Lessons Learned

- They still believe their content is king

- They live by promotion, Google does not

- They don't like their content mixed with user-submitted content (better promotion is possible compromise)

- They feel sudden pressure to develop viable online models

- They realize that their #1 current threat is piracy, not cannibalization of current revenue streams through legitimate online use

- They want to "get in the game" and aren't solely focused on short-term revenue

- They want true distribution partner, not just technology platform

- They want to create new "online content" and want funding partners

- They acknowledge You Tube can provide some level of promotion, but (mainly) perceive You Tube as trafficking mostly illegal content – "it's a video Grokster"

GOO001-00502530

# Content Acquisition Challenges

Highly Confidential

**Common complaints and deal hurdles from current and prospective partners:**

- Disappointing DTO sales and support, and lack of product improvements
    - Significant delays in bringing time-sensitive content online (e.g., CBS and NBA)
    - Can't find partner content
        - Poor search quality, Poor basic browse functionality
        - Lack of content promotion
    - Delays in both one box and RSS integrations
- Apparent lack of understanding of premium partner needs/desires
    - Inflexible # of downloads (fixed at 10; partners want industry std 3-5)
    - Limited value of connected DRM, and no device support
    - Partners live by promotion; Google doesn't seem to get this whereas our competitors do
    - Lack of ad or other monetization models
    - Occasional mistakes in filtering copyright infractions
    - Inability to receive better store analytics and related information
    - Low priority of digitizing from film (vs. tape); also, "restricted site search" not on roadmap
- Perception that Google lacks strategic priorities or has priorities that conflict with partners'
    - Perception of focus on user-generated content
    - Lack of web crawl for video, esp. RSS
    - Appearance of GV as walled garden vs. "switchboard"
- Partners' own confusion and inability to migrate old models to the web

118-0005

GOOG01-00502531

Highly Confidential

GOOGLE-005025232

# GV can differentiate and win by having most comprehensive content for users worldwide

**Premium** | **"Torso"** | **User-Generated**

**Supply**

- Every TV /Major Cable network (CBS, ABC, Fox)
- Movie studios
- Music labels
- iTunes
- Yahoo
- AOL
- MSN

- Smaller cable networks
- Educational/DIY
- Special Interest verticals
- Niche content
- University Lectures
- Archives (e.g., NARA)

- YouTube
- MySpace
- Grouper
- Veoh
- 100+ small sites

**Demand**

- Maintain relationships w/ premium owners and reset expectations
- Focus on promotions and event programming
- Do RSS feeds (when ready)

- Accelerate growth of torso content
- Acquire more international content
- Continue digitization efforts

- Develop community tools and explore deals to contribute premium content to user-generated activities

118-0006

# Monetization Potential of Different Content Types



ILLUSTRATIVE

*Google Differentiation* — High / Low

*Ads from the tail – AdWords model*

? Torso

*Highly-targeted ads mixed models*

Premium

*Premium Ads – TV CPM model*

**User-Generated**

Low — *Ease of Monetization* — High

◯ Size denotes traffic potential

GOOGLE-00502533

118-0007

Highly Confidential

# Final Recommendations/Asks

<u>Asks of EMG:</u>

• Acknowledgement that premium content is being significantly deprioritized relative to initial CES focus (therefore, many premium DTO deals are delayed)

• Agreement that the strategy to win is in ultimately providing most comprehensive content offering possible (head, torso and long tail)

• Acknowledgement that the following is essential to working with content owners:
   – building scalable ads model asap

   – offering RSS asap

   – modifying DRM policy for download limits

   – providing disconnected DRM for downloads

   – improving promotion of partner content asap

   – increasing investment in tools and systems for copyright policy enforcement

GOO0001-00502534

118-0008

# Appendix

GO0001-00502535

# How do we win?

**GV can use scale and expertise to have most comprehensive content offerings – from head to tail**
- Content types: premium, user generated, torso - which is key differentiator (show curve and add comments)
- Content genres/verticals: entertainment, sports, lifestyle/how to/DIY, archives, news, education, niche, etc.

**GV can be best user experience**
- Improve search not just hosted content but for all web video content
- Provide linkages such as RSS feeds and one-box integration in meantime
- Drive open standards and distribution deals so users can consume content across multiple devices, especially linking PC to TVs

**GV can be best partner to content owners**
- Respect copyrights of premium content owners (we should beat YouTube by improving features and user experience, not being a "rogue enabler" of content theft)

- Provide best in class marketing/promotion of content, particularly "event" programming: Online Film Festivals; supporting "Tentpole" movie and tv shows launches; Superbowl ads; Oscar trailers/content; (Jennifer, Eva/Jon, Dave)
- Provide a platform for promotion and distribution for torso content owners who have professional content but limited access to audiences
- Provide community tools for voting, rating, tagging, commenting, recommending, mashing, etc. and give access to all types of content, including select premium/torso content

**GV can provide multiple monetization options (Advertising; Sponsorships; DTO) and leverage expertise in Advertising in particular**
- The way to win ultimately is in providing multiple monetization options, particularly advertising which can be applied across all content types

118-0010

Highly Confidential

GOOG01-00502536

Highly Confidential

# Partner Content Inventory



○ Denotes number of titles

**High potential content (small inventory / concentrated consumption)**

**Heavily-viewed premium hits (highest advertising potential)**

**Most common torso content (large inventory / distributed consumption)**

**Less popular torso content (lowest monetization potential)**

Low maintenance costs (iTunes advantage?)

High maintenance costs (Google Advantage?)

**Playbacks per Title**

4,500
4,000
3,500
3,000
2,500
2,000
1,500
1,000
500
0

⊚ Mature & Adult
● Dance
◍ Movie Trailer
◍ Drama
◍ TV Show
● Comedy
◍ Political
● Gay & Lesbian
Music & Musical
Anime & Animation
Gaming
Action & Adventure
Sports
Arts & Promotions
Documentary
Education
News

10,000    100,000    1,000,000    10,000,000    100,000,000

**Playbacks**

Undiscovered/hard-to-monetize (Google Advantage?)

Popular content (Brightcove Advantage?)

118-0011

G00001-00502537

# Of the wide range of partner content we have acquired, premium music and standard ads are most often played



**Video Titles
Live in Index
(total 0.7MM)**

**Premium Content
Live Inventory (Titles)
(total 17K)**

**Premium Content
Playbacks
(all-time total 19MM)**

**Standard Content
Live Inventory (Titles)
(total 40K)**

**Standard Content
Playbacks
(all-time total 43MM)**

*Sources: Content stats from VSPDB, Traffic stats from VCSDB – 05/08/06*

# News, sports, educational and documentary videos make up the majority of partner content by duration



Sources: Content stats from VSPDB, Traffic stats from VCSDB – 05/08/06

Highly Confidential

G00001-00502539

118-0013

# Usage data indicates that it is not the sheer number of video titles that drives playback, but the quality of videos



| Files | Playbacks | Files | Playbacks |
|---|---|---|---|
| Top 10 videos | 8.5% | Top 10% of videos | 83% |
| Top 20 videos | 10.8% | Top 20% of videos | 92% |

118-0014

GO0001-00502540

# How is GV doing?

- YouTube is getting more traffic and engagement than Google Video today. In March 2006*:

| | You Tube | Google Video |
|---|---|---|
| **Visitors*** | 12.8 million | 7.9 million |
| **Page Views*** | 486 million | 81 million |
| **Duration*** | 20m53s | 8m40s |
| **Uploads**** | 1 million | 120,000 |

- Qualitative research in 4 countries reveals the reasons behind this:

  – YouTube is designed around the viral video experience. It is clear what the site is about, it promotes uploading, and it makes it easy to browse video categories

  – YouTube promotes its viral and community features above all else

  – YouTube's content is all free, and much of it is highly sought after pirated clips

* Source: Neilsen/Netratings May 6, 2006; YouTube's PV numbers could be inflated by RSS readers hitting the site

**Source: Company reports

118-0015

GO0001-00502541

Highly Confidential

# How has International usage differed? What are the learnings?

International: We have to avoid being US-centric since more usage comes from outside the US, where there are big differences in taste and consumption across different countries

- 63% of our playbacks and 40% of our uploads come from outside the US
- Large fraction of videos have large majority of playbacks from a single country (Potential takeaway: different videos resonate in different countries)
- Playback and support for premium vs. user-generated content varies significantly across different countries (Germany vs. Spain)
- Most of the non-US top videos have titles/descriptions not legible in English
- Top videos in non-US countries typically don't get big US viewership

GO0001-00502542

## GV internationally

- Europe lags the US in internet video usage, but is quickly catching up. No site has yet built a pan-European presence

  - *Google Video receives 30% of playbacks from top 7 EU countries*

  - *Qualitative research reveals interest in premium content varies by country. People in countries with lower internet video usage (Germany, France) tend to seek premium over user-generated content*

- Google Video became an "international product," even before localized versions were launched

  - *63% of playbacks and 40% of uploads come from outside the US today*

  - *GV's top 10 countries are all western countries. This could be because our uploader and indexing does not fully support CJK characters yet*

|  | Number of internet users (millions) | Internet users who use video 1x/month (%) |
|---|---|---|
| UK | 35 | 13% |
| ES | 13 | 27% |
| FR | 25 | 15% |
| DE | 46 | 7% |
| USA | 200 | 46% |

Sources: Nelisen/NNR (Dec 2005), EIAA Mediascope (Feb 2006), Online Publishers Association (April 2006), Morgan Stanley (April 2006)



118-0017

GO0001-00502543

- Videos in the index are still English-centric, despite the fact that 50% of playbacks come from non-English speaking countries

  - *However, analysis shows that the most popular videos requested from non-English speaking countries still get enough playbacks to rise to "global" popularity status*

  - *This shows a strong demand exists for local content that we need to encourage*

- Our top videos drive a disproportionate amount of traffic from *outside* the US

  - *30% of the top 200 videos in the GV index receive at least 70% of playbacks from just a single country*

  - *56% of the top 200 videos receive the most playbacks from a non-US country*



GV Language Distribution

| Legend |
|--------|
| English |
| [Null] |
| Spanish |
| French |
| Dutch |
| Chinese |
| Portuguese |
| German |
| Italian |
| Polish |
| Japanese |
| Turkish |
| Hebrew |

Values: 71.8, 6.9, 4.7, 2.2, 2.0, 1.8, 1.5, 1.0, 0.9, 0.4



| Another country had more playbacks than US | |
|---|---|
| **Rank** **Title** | **usa** |
| 1 Loose change 2nd ed extra footage | 69% |
| 2 Lady punch | 72% |
| 3 Amazing juggling | 73% |
| 4 Incredible machines (copyright removal) | 16% |
| 5 Loose change 2nd edition | 70% |
| 6 Co sie stalo ? ( Jak to zamknieta MiX) | 1% |
| 7 Webcam Girls Go Wild | 36% |
| 8 SO WE PWNED THIS FUNERAL TODAY: S6 | 54% |
| 9 Sahte Asker | 4% |
| 10 russian climbing | 28% |
| 11 Zajecia wymagajace krzepy | 5% |
| 12 Worst Music Video EVER (Finnish) | 21% |
| 13 Loose Change 9-11 Alex Jones Conspiracy | 64% |
| 14 indian Exotic dance in Office 2 | 43% |
| 15 Probably Greatest Pub Team in World | 14% |

18-0018

Highly Confidential

## <u>Important points to make somewhere in the deck:</u>

- YouTube's business model is completely sustained by pirated content. They are at the mercy of companies not responding with DMCA requests. When they do (like CSPAN did with S. Colbert), they suffer

- The DMCA law could be overturned if the media industry engages in sustained lobbying efforts (it was written before the viral video craze took off), and it is risky to build an entire business model on this law. *It is also not scalable to expand internationally since DMCA is a US law*

- The YouTube business model is also not monetizable. They are an AdSense publisher, so we have a good sense of their rate of monetization:PV

- YouTube is going after one slice of the internet video market – funny, user-made videos. There is a lot more slices in the pie and GV should try to be the broadest possible index

- We need to continue CBG support for video internationally b/c we don't have good ad monetization solutions yet, and some content producers will only distribute their content if they can sell it

- There is a big market for high quality premium content, but it is largely going to be shorter form, as opposed to 2 hour movies. Perhaps this means we should be working with media companies to get 2-4 minute funny clips from their shows. This will drive traffic, raise awareness of their TV shows (e.g., Lazy Sunday boosted SNL's ratings), and be very monetizable

118-0019

GOOG001-00502545

Highly Confidential

# Content Acquisition Priorities

- **Maintain relationships w/ premium content owners and reset expectations**
  - Continue to push for DTO deals with current features, knowing that uptake will be limited
  - For partners resisting DTO in current form:
    - Seek more free promotional content
    - Set up advertising and other monetization trials
  - Reset expectations regarding DRM improvements this year
  - Focus on one box integration, improved browse/search/promotion capabilities to come, and RSS to come
  - Drive traffic through "event" programming
  - Set up advertising and monetization trials for current DTO partners
  - Differentiate based on our "respect for copyright"

 

   

118-0020

GOO001-00502546

Highly Confidential

# Content Acquisition Priorities (Cont'd)

- **Accelerate growth of "torso" content**
  - Health/Fitness (e.g., CareTALK)
  - Educational (e.g, UCTV (Regents of University of California))
  - Faith and Spirituality (e.g. Life Balance Media (LIME))
  - Lifestyle/Arts (e.g., BlueHighwaysTV)
  - Travel (e.g., Wilderness Films International)
  - Children and Family (e.g., Sesame Street)
  - Sports (e.g., Collegiate Images)
  - Special Interest (e.g., WheelsTV)
  - Other Niche Content (e.g, Bollywood films)
- **Additional**
  - Secure more non-US and non-English language content deals with new partners
  - Continue digitization efforts
  - Consider university lectures pilot







118-0021

G00001-00502547

Highly Confidential

# What Features/Infrastructure Needed to Support Content Types?

| | Must-Have Product Features |
|---|---|
| **PREMIUM** | • Home page promotion, branded pages<br>• Browse by provider name<br>• Ranking by video quality/premium partnership<br>• Better search functionality<br>• Fast upload with high service model<br>• Tools for managing large amounts of content<br>• Payment mechanism for DTO<br>• Disconnected DRM and limited devices/downloads<br>• Premium advertising option, control over advertising partners<br>• Statistics on page view/playback/download/payment behavior and demographics by title |
| **TORSO** | • Search traffic from google.com<br>• Search on provided and processed metadata including provider name<br>• Multi-level granular brows<br>• Featured areas to support standard partner content<br>• Easy upload and takedown<br>• Unified dashboard for tracking partners through the pipeline<br>• Low-hassle digitization assistance<br>• Payment mechanism for DTO<br>• Advertising option to monetize e.g. text ads |
| **USER-GENERATED** | • Easy upload from web page<br>• User tagging, rating, voting, send-to-friend, myspace integration<br>• Popularity metrics |

Source: Standard team feedback, BizOps analysis

GOO0001-00502548

Highly Confidential

GO0001-00502549

# How we plan to boost torso content

## INCREASED CONTENT ACQUISITION TEAM ACTIVITY

- **Increased staffing** in standard team (+2 FTEs)
  - Faster response to user enquiries
  - Accelerated sign-up and upload of content
  - Capacity for proactive outreach
- **Identify new target torso content owners**
  - Existing online video: Glengarry tool
    - In-house tool for PSO identifies web sites with online video files; sorts by quantity of video, by vertical
    - Largely unutilized so far while partner team has been in reactive mode; untapped resources with fast upload path
  - Video not yet online: Business Census (in US); regional targeting (outside US)
    - Prioritization of key verticals & functions with propensity to make video, sufficient revenues per firm
    - In-country groups charged with identifying top XX target content providers and reaching out

## IMPROVED PARTNER VIDEO EXPERIENCE

- **Better marketing** of new torso content
  - Google Video Blog, Google Picks, Google Partner Pages
- **Improved product functionality**: working browse and search (coming in Q2)
  - Increase partner satisfaction about visibility of content
  - Increase traffic to partner videos
  - Positive marketing message and references
- **Future product functionality** (later in 2006)
  - Localized versions of video.google.com homepage and uploader tools
  - Translated metadata, descriptions for finding videos…
  - Option for monetization through text ads

### Sources of new standard partners

- Video Inquiry Database
- Contacting Experimental Uploaders
- User Support Emails
- Glengarry - Automatic lead generation
- Premium Partner Kick Downs
- AdWords/AdSense Relationships
- Asset Management
- Google Grants/Google.org
- Conferences & Webinars

*Source: Standard team feedback*

118-0023

# Video monetization possibilities

**1** Sponsored Video – requires high-touch premium content to premium advertiser matching – needs top content and TV-style CPMs to work

*Sliding scale of ad frequencies as video gets longer*

| | # of people interested in seeing video* | $ amount advert'r will pay | | movie length (mins) | minutes per ad | # ads per stream | advertising cut to content owner | $ value to content owner | $ each advertiser pays |
|---|---|---|---|---|---|---|---|---|---|
| | | CPM | Per stream | | | | | | |
| 911 Loose change | 4,560,448 | $ 10.00 | $ 0.01 | 82 | 15 | 5 | 75% | $ 171,017 | $ 45,604 |
| Amazing juggling | 2,521,234 | $ 10.00 | $ 0.01 | 2.5 | 2 | 1 | 75% | $ 18,909 | $ 25,212 |
| Airbus build plans | 412,772 | $ 10.00 | $ 0.01 | 7 | 3 | 2 | 75% | $ 6,192 | $ 4,128 |
| Octopus eats shark | 201,412 | $ 10.00 | $ 0.01 | 2.5 | 2 | 1 | 75% | $ 1,511 | $ 2,014 |
| Jessica Simpson - These boots are made for walkin' | 10,000,000 | $ 10.00 | $ 0.01 | 4.1 | 2 | 2 | 75% | $ 150,000 | $ 100,000 |

**2** Tip Jar – "busker" or "shareware" model may deliver strong incentives to user uploaders but nothing to corporate partners (Google would pass through all fees)

*Tip jar*

| | # of people interested in seeing video* | Fraction who will tip | Average tip | $ value to content owner | Rationale for tipping guesses |
|---|---|---|---|---|---|
| 911 Loose change | 4,560,448 | 5% | $ 2.00 | $ 456,045 | Big tip for charity or interest group; long highly-edited video, engaged viewers |
| Amazing juggling | 2,521,234 | 2% | $ 0.50 | $ 25,212 | Viewers impressed - see single beneficiary with talent |
| Airbus build plans | 412,772 | 0.10% | $ 0.02 | $ 8 | Low tip rate - corporate promo video |
| Octopus eats shark | 201,412 | 2% | $ 0.25 | $ 1,007 | Viewers impressed - see single beneficiary with good content |
| Jessica Simpson - These boots are made for walkin' | 10,000,000 | 0.10% | $ 0.25 | $ 2,500 | Low tip rate if its thought tip goes to Sony |

**3** Text ads – familiar Google technology accessible to smaller advertisers can monetize standard partner and user content (Google could keep a fraction of ad revenues)

*Text ads with click-throughs*

| | # of people interested in seeing video* | CTR | CPC | movie length (mins) | minutes per ad group | # ads on screen at a time | # ads per stream | $ value to content owner | $ value to content owner | $ each advertise r pays | clicks each advertiser sees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 911 Loose change | 4,560,448 | 0.50% | $ 0.25 | 82 | 15 | 4 | 20 | 75% | $ 85,508 | $ 5,701 | 22,802 |
| Amazing juggling | 2,521,234 | 0.50% | $ 0.25 | 2.5 | 2 | 4 | 4 | 75% | $ 9,455 | $ 3,152 | 12,606 |
| Airbus build plans | 412,772 | 0.50% | $ 0.25 | 7 | 3 | 4 | 8 | 75% | $ 3,096 | $ 516 | 2,064 |
| Octopus eats shark | 201,412 | 0.50% | $ 0.25 | 2.5 | 2 | 4 | 4 | 75% | $ 755 | $ 252 | 1,007 |
| Jessica Simpson - These boots are made for walkin' | 10,000,000 | 0.50% | $ 0.25 | 4.1 | 2 | 4 | 8 | 75% | $ 75,000 | $ 12,500 | 50,000 |

* based on April 2006 actual playbacks (except Ms Simpson)

*Source: Playbacks and movie length real data (apart from Ms Simpson); all else "what-if" analysis by BizOps*

118-0024

G00001-00502550

Decisions on copyright policy and product features will significantly impact the activities of the content team in 2006

## Priorities of content team

**With Disconnected DRM & limited devices accelerated to Q2/eQ3**

- Keep premium and standard teams separate
  Build premium relationships through multi-property deals
  Engage premium partners in supporting crawl and metadata extraction efforts
  Seek multi-language support from existing premium partners
  Engage premium partners on enabling viral clips

**Status Quo: no DRM changes, no copyright policy changes**

- Communicate to premium partners no material DRM improvements this year
  Engage premium partners in sponsored content streaming ad test/deployment only – otherwise move premium team to standard content acquisition effort
  Focus on securing non-US and non-English language content deals with new partners
  Await improvements in search and browse to produce real data on user preferences to guide further partner content acquisition

**No DRM changes, loosened copyright policy on short clips**

- Increase staffing and/or resources to content acquisition, ops and legal teams to handle complaints and potential litigation
  Limit damage through public policy, investor relations, press and premium partner meetings
  Support partners' use of review tools
  Reach out to non-partner content owners – actively promote review tool

118-0025

Highly Confidential

GOO001-00502551

# Potential results of changing copyright enforcement policies

- **Likely acceptance among users** (especially highly media-aware young demographic)
  - Higher traffic, higher profile as destination site
  - Increased uploads of user content as well as copyrighted content
  - Potential to monetize higher volume of traffic
  - Achieve OKRs on traffic and uploads

- **Inability to independently gauge what kind of impact on traffic other options can have**
  - Improvements in features and user experience
  - Modifying copyright protection through applying public pressure through increased collaboration with content owners and indirect pressure through press and public policy

- **Some content owners sue Google**
  - Diversion of management attention
  - Negative PR
  - Potential monetary damages

- **Loss of trust from content providers**
  - Reduced future access to content
  - Reduced willingness to partner with other Google properties
  - Reduced AdSense partnerships and revenues (not just in Video)

- **Inconsistent with assertions in book search and library partner program for respecting copyrights**
  - Press, public and potentially courts will see loosening of video standards as sign of overall approach to copyrights

- **Loss of trust from advertisers**
  - Wish to avoid negative associations
  - Reduced ad revenues

Highly Confidential

GOO001-00502552

118-0026

Speaker Notes Slide: 2
"Everyone hates Chris" launch on GV – 9/23/05
iTunes launch with ABC – October, 2005
YouTube launch – February, 2005 (Not shown on timeline)
GV launch at CES – January 8, 2006
CBS puts programs on 3 platforms (comcast, satellite, gv) plus their own .com
iTunes announces 15 millionth video download (from email I sent from PaidContent estimating 700k iTunes sales/week) – Feb, 24, 2006
SNL "Lazy Sunday" puts YouTube on the map – episode aired December 17th, 2005. It attracted about 5 million online views before NBC asked that it be removed
AOL launches In2TV – 3/15/06
Yahoo says it's scaling back on original programming – March 2, 2006
MTV announces re-org, big plans new media distribution, (let's also see if we can find out when they acquired iFilm and when their show on VH1 taking clips from iFilm first aired) (background bullet on ~4 similar "clips shows" on air and 9 in development) – the iFilm acquisition was Oct. 14, 2006 for $49 Million.The "Best of Web Video" TV show with VH1 first aired on Jan. 13, 2006.
CBS streams NCAA championships for free and reports it generated $4mm in revenues mid March through end of March, 2006
FOX closes landmark deal with affiliates
NBC and affiliates form joint venture for new media distribution  - April 19, 2006
GV announces initiative to digitize NARA content – 2/24/06
ABC announces ad supported streaming trial of top shows – announced April 10, 2006l; trial is for May and June, 2006
MSN unveils new plans to create original programming – May 3, 2006
CBS Innertube – 5/4/06
Some bullet that speaks to tremendous growth rate/volume of user-generated content

Others?  This is a lot already but skews toward the "head" content; we may need more "tail" bullets and more about "torso", e.g., GV announces initiative to digitize NARA content
Message we're trying to communicate: The market is very young but extremely fast-moving; premium content owners have really become more aggressive and open to experimentation; user-generated trend is huge


Speaker Notes Slide: 5
Offer GV distribution/promotional prowess to those who don't have scale

Speaker Notes Slide: 6
In addition to premium content, "torso" content presents opportunities for competitive differentiation
Leverage GV promotion, traffic, tools for professional content owners who don't have scale
Take advantage of more relaxed DRM requirements among this class of owners
Few competitors will have resources or expertise to identify and close large volumes of torso deals

Speaker Notes Slide:

7
Overview of Google and our portfolio

Speaker Notes Slide: 10
Overview of Google and our portfolio

Speaker Notes Slide: 20
Offer GV distribution/promotional prowess to those who don't have scale

Speaker Notes Slide: 21
Offer GV distribution/promotional prowess to those who don't have scale

Speaker Notes Slide: 22
Overview of Google and our portfolio

118-0028