Redacted Pursuant to Protective Order
at Request of Defendants

To: "Patrick Walker" <pjwalker@google.com>
From: "Anthony Zameczkowski" <anthonyz@google.com>
Cc:
Bcc:
Received Date: 2007-02-07 18:49:52 CST
Subject: FAPL opportunity / Bullet points

*Why do the deal?*

- First global sports YT deal with world's biggest and most recognized sporting league

- Great new content flow for YouTube, resonating across many geographies

- Prime content with which we can test and improve advertising in various geographies

- Already very popular content on YT...

*Major issues*

- Google becomes a premium, exclusive rights owner
– Direct competition with Media Partners
– Likely to be seen as bold move in the world press
– Very different from other deals where we are a licensee
- Content sub-licensing business is not core Google skills
– Significant sub-licensing deals required to drive value, particularly in mobile

*Proposed deal terms*

Rights: Exclusive Worldwide rights (excl. UK & Ireland)

Term: 3 years

License fee: Flat fee payable in 3 equal installments (pre-payment of 6% of successful bid required before entering contract negotiations)

→ Estimate License Fee: between 5 to 10% of the International TV rights (€2=0m over 3 years)

Highly Confidential



G00001-00922380

Can bid on either (or both) of: Internet Package / Mobile Package

Internet Package:

- individual match highlights, round reviews, archive footage and themed packages across every game week

- 608 clips per year delivered in steady flow

Deadline: Feb 16th at noon


--
Anthony Zameczkowski
Strategic Partner Development Manager, Video EMEA

Google
Belgrave House
76 Buckingham Palace Road
SW1 W9TQ London

Fax +44 (0) 207 031 3001
anthonyz@google.com
anthonyz@youtube.com
http://video.google.co.uk
http://www.youtube.com

This transmission may be privileged and may contain confidential informatio=
intended only for the person(s) named above. Any other distribution,
re-transmission, copying or disclosure is strictly prohibited. If you have
received this transmission in error, please notify me immediately by
telephone or return E-Mail, and delete this file/message from your system.
Nothing in this E-Mail constitutes a contractual offer capable of acceptanc=
and any commercial terms it contains or references are expressly subject to
contract.

Highly Confidential

GOO001-00922381