UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

Figueira Decl. Tab 120

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>        Plaintiffs,<br>vs.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC.,<br><br>        Defendants. | Case No. 1:07CV02103 |
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO., et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC.,<br><br>       Defendants. | Case No. 07CV3582 |

DEPOSITION OF PATRICK WALKER

SAN FRANCISCO, CALIFORNIA

TUESDAY, JULY 22, 2008

REPORTED BY:

YVONNE FENNELLY, CRP, CSR NO. 5495

JOB NO. 15375

1

```
1                                                    120-0002
2   and there are other references to AdSense?
3       A.   Oh, AdSense is --
4            MR. INGBER:  Object.  Let me interrupt.  What's
5   the question?  I don't think there is a question
6   pending.
7   BY MR. SHAFTEL:
8       Q.   Is AdSense applied to designating which ads
9   appear on YouTube content?
10      A.   AdSense is an advertising system where text
11  ads, currently text ads, might appear against certain
12  types of content.
13      Q.   It's applicable to YouTube?
14      A.   We do use AdSense on YouTube.
15      Q.   Is there any other system or technology that's
16  used for matching ads with the YouTube content?
17           MR. INGBER:  Object to form.
18           THE WITNESS:  I'm not familiar with the details
19  of the technology.
20           AdSense provides ads currently in text form
21  against certain types of content.  We also have in-video
22  ads.  It's a different system.
23  BY MR. SHAFTEL:
24      Q.   What's the in-video ad system?
25      A.   In-video ads are ads that appear within the
```