```
              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
VIACOM INTERNATIONAL INC., COMEDY    )
PARTNERS, COUNTRY MUSIC              )
TELEVISION, INC., PARAMOUNT          )
PICTURES CORPORATION, and BLACK      )
ENTERTAINMENT TELEVISION LLC,        )
            Plaintiffs,              )
vs.                                  )Case No. 1:07CV02103
                                     )
YOUTUBE, INC., YOUTUBE, LLC,         )
and GOOGLE, INC.,                    )
                                     )
            Defendants.              )
_____)
                                     )
THE FOOTBALL ASSOCIATION PREMIER     )
LEAGUE LIMITED, BOURNE CO., et al.,  )
on behalf of themselves and all      )
others similarly situated,           )
                                     )
            Plaintiffs,              )
vs.                                  )Case No. 07CV3582
                                     )
YOUTUBE, INC., YOUTUBE, LLC, and     )
GOOGLE, INC.,                        )
                                     )
            Defendants.              )
_____)
```

Figueira Decl. Tab 123

DEPOSITION OF PATRICK WALKER

SAN FRANCISCO, CALIFORNIA

TUESDAY, JULY 22, 2008

REPORTED BY:

YVONNE FENNELLY, CRP, CSR NO. 5495

JOB NO. 15375

1              123-0002

2    proposed deal terms, and they're set forth on the bottom

3    of the first page.

4         A.   Yes.

5         Q.   Were those deal terms proposed by YouTube?

6         A.   No. These were the terms indicated in the RFP.

7         Q.   That you received, meaning YouTube received

8    from the Premier League?

9         A.   Correct.

10        Q.   And I take it that these deal terms were not

11   agreed to?

12        A.   We decided not to make a bid for these rights.

13        Q.   Okay.

14        A.   Although I did explain to Phil that it didn't

15   match the way in which we were operating, and I did say

16   I'd very much like to work with him on the distribution

17   of the archive content.

18        Q.   In what way did they not -- were the proposed

19   terms inconsistent with the way YouTube was operated?

20        A.   The way that these rights were being offered

21   put the one who would win that bid in a position where

22   they were responsible for the distribution of that, the

23   sublicensing of that.

24             My position was that, although it was

25   interesting to consider and very much appreciated that

1                                                            123-0003
2  we would have an opportunity to potentially participate,
3  our position had been consistently one where we would
4  work with whoever the end rights holder was, and then
5  once those rights were established, we would work with
6  those parties to assist them in their exploitation of
7  their rights in those geographies.  And in fact, as soon
8  as those rights were distributed, we were contacted by a
9  number of licensees who were very interested in working
10 with us on the revenue generation via YouTube.
11      Q.   And have you entered into agreements with any
12 of those licensees?
13      A.   We have not.  The Premier League disallowed
14 them from working with us.
15      Q.   Who told you that the Premier League disallowed
16 them from working with you?
17      A.   They did.
18      Q.   And who is the "they"?
19      A.   Two organizations in particular, one Virgin
20 Media, who acquired those rights for the UK, who were
21 actually quite frustrated that they weren't allowed to
22 distribute that content in their geography via YouTube,
23 in addition to their own video platform.  Another one
24 was Sport EV, S-p-o-r-t, big E, big V.
25           William Head is the CEO of that company, and he