Redacted Pursuant to Protective Order
at Request of Defendants

To:            "Anthony Z" <anthonyz@google.com>, "Sathya Smith" <sathya@google.com>
From:          "Patrick Walker" <pjwalker@google.com>
Cc:
Bcc:
Received Date:  2007-02-08 15:22:37 GMT
Subject:       Fwd: Football, soccer, Premier League

fyi

-------- Forwarded message ----------
From: Mark Yoshitake <myoshitake@google.com>
Date: Feb 8, 2007 1:33 AM
Subject: Re: Football, soccer, Premier League
To: Patrick Walker <pjwalker@google.com>
Cc: Kevin Yen <kyen@youtube.com>, Eric Mauskopf <mauskopf@google.com>, Ken
Motoyama <kenm@google.com>, Glenn Otis Brown <gbrown@google.com>, Jeff
Nathenson <jeffn@google.com>, Richard Kuo <rkuo@google.com>

Guys - checking on this, but I'm not aware of any existing method to pull
this data and am checking with eng/data teams. There is little visibility on
YT systems on clicks, analytics and stats... we are just getting to core
stats like revenue, video playbacks etc so I would not expect this to be
something that is possible in the short term. I will let you know what we
have once I hear back.

-- Mark

On 2/7/07, Patrick Walker <pjwalker@google.com> wrote:
>
> Thanks for this Kevin. Timing is quite critical as there's a deadline mid
> next week to put in a proposal for English Premier League rights globally
> and we're trying to run some commercial models to guage value based on video
> usage in the categories listed below.
>
> Premier League spelling is correct.
>
> Let us know if you have further questions.
>
> Patrick
>
>
> On 2/8/07, Kevin Yen < kyen@youtube.com> wrote:
>
> > Mark,
> > A request from the EU sales team that might become a recurring need.
> > Patrick and Jeff can jump in with more details/corrections.
> >
> > For the following terms:
> > 1. soccer
> > 2. football
> > 3. Premier League (sp?)
> >
> > ...what are:
> > a. # searches for the above done on YT daily
> > b. # titles with tagged with the above
> > c. # titles with the above in the title text
> > >



> > Plus, the above stats on % basis.
> >
> > I have no idea of feasibility and patrick/jeff can better state the
> > need/importance, but I'm just getting the ball rolling.
> >
> > --
> > Regards,
> > Kevin A. Yen
> > Manager, Strategic Partner Management
> > t:US US +1 <javascript:void(0);> ▮▮▮▮ Call <javascript:void(0);>
> >   Call  f:US US +1 <javascript:void(0);> ▮▮▮▮ Call<javascript:void(0);;>
> >   Call ▮▮▮▮
> >
>
>
>
> --
> Patrick Walker
> Head of Video Partnerships
> Europe, Middle East & Africa
>
> Google
> Belgrave House
> 76 Buckingham Palace Road
> London  SW1W 9QT
> Office:  GB +44 <javascript:void(0);> ▮▮▮▮ Call<javascript:void(0);>
> Mobile: GB +44 <javascript:void(0);> ▮▮▮▮ Call<javascript:void(0);>
> pjwalker@google.com
> pjwalker@youtube.com


--
Mark Yoshitake, Senior Technology Program Manager I Content Partnerships
myoshitake@google.com I t: US +1 <javascript:void(0);> ▮▮▮▮
Call<javascript:void(0);>
 I c: US +1 <javascript:void(0);> ▮▮▮▮ Call <javascript:void(0);> I f:
US +1 <javascript:void(0);> ▮▮▮▮ Call <javascript:void(0);>

--
Patrick Walker
Head of Video Partnerships
Europe, Middle East & Africa

Google
Belgrave House
76 Buckingham Palace Road
London  SW1W 9QT
▮▮▮▮

pjwalker@google.com
pjwalker@youtube.com

Highly Confidential

GO0001-00214967