To: "Patrick Walker" <pjwalker@google.com>
From: "Anthony Zameczkowski" <anthonyz@google.com>
Cc:
Bcc:
Received Date: 2007-07-06 09:22:13 GMT
Subject: Bundesliga - lawsuit risk

Hi Patrick,

I spoke with Bundesliga yesterday.
The risk of lawsuit is very high as they told me that they told me that they're in deep discussions with Premiership to join the "class action" against us.
Again a lawsuit by Bundesliga before localisation would be damaging.
I suggest to go to Frankfurt with Adam Coates to show them the CVP/CYC tools and discuss about our ongoimns development regarding fingerprinting.
What do you think?
Tony

---

Sent from my BlackBerry Wireless Device

Confidential

G00001-00221953