Figueira Declaration Tab 129

Filed Under Seal Pursuant to Protective Order at Request of Defendants