Redacted Pursuant to Protective Order
at Request of Defendants

To: "Anthony Zameczkowski" <anthonyz@google.com>
From: "Redic Thomas" <redic@google.com>
Cc:
Bcc:
Received Date: 2007-11-27 02:39:26 CST
Subject: Re: Sport rights report

Figueira Decl. Tab
130

Tony,

Are you in California this week?

We are working on estimating the potential value of various sports content to YouTube. This requires us to estimate the number of video views that we could potentially experience if the content of certain content providers was on the site. For example, if we had UEFA in 2008, what would be the potential number of views that we could see. Your input in helping us come up with an estimate would be greatly appreciated. I've attached a page which summarizes the current video view assumptions in the model. Please let me know what you think. I'll also send you a copy of a email thread where we are discussing the assumptions.

Best,

Redic


On Nov 22, 2007 7:16 AM, Anthony Zameczkowski <anthonyz@google.com> wrote:

> Here it is!
> Sorry for the delay.
> Cheers,
> Tony
>
>
> --
> Anthony Zameczkowski
> Strategic Partner Development Manager, YouTube EMEA
>
> Google
> Belgrave House
> 76 Buckingham Palace Road
> SW1 W9TQ London
>
> Fax +44 (0) 207 031 3001
> anthonyz@google.com
>
> This transmission may be privileged and may contain confidential
> information intended only for the person(s) named above. Any other
> distribution, re-transmission, copying or disclosure is strictly prohibited.
> If you have received this transmission in error, please notify me
> immediately by telephone or return E-Mail, and delete this file/message from
> your system. Nothing in this E-Mail constitutes a contractual offer capable
> of acceptance and any commercial terms it contains or references are
> expressly subject to contract

Attachments:



Highly Confidential

G00001-00716143

Highly Confidential

G00001-00716144

Estimate Method

| Traffic | FY 2007 | YoY Growth | FY 2008 | YoY Growth | FY 2009 |
|---|---|---|---|---|---|
| **International** | | | | | |
| English Premiere League | | | 30,000,000 | 20% | 36,000,000 |
| Formula 1 | | | 89,904,925 | 111% | 189,290,078 |
| La Liga | | | 6,000,000 | 20% | 7,200,000 |
| UEFA | | | 65,000,000 | 20% | 78,000,000 |
| | | | | | |
| **Domestic** | | | | | |
| NBA | 63,331,313 | 20% | 75,997,575 | 20% | 91,197,090 |
| NHL | 23,584,807 | 20% | 28,301,769 | 20% | 33,962,123 |
| NFL | | | 250,000,000 | 20% | 300,000,000 |
| MLB | | | 130,000,000 | 20% | 156,000,000 |
| | | | | | |
| **Niche** | | | | | |
| PBR (Bull ridin) | 4,694,248 | 20% | 5,633,098 | 20% | 6,769,718 |
| National Lacros | 51,195 | 20% | 61,434 | 20% | 73,720 |
| Extreme Eleme | 2,491,282 | 20% | 2,989,539 | 20% | 3,587,447 |
| Fight Network | 755,433 | 20% | 906,520 | 20% | 1,087,824 |

c

Highly Confidential

G00001-00716145