Figueira Declaration Tab 131

Filed Under Seal Pursuant to Protective Order at Request of Defendants