Figueira Declaration Tab 132

Filed Under Seal Pursuant to Protective Order at Request of Defendants