PROSKAUER ROSE LLP
Louis M. Solomon (LS-7906)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
- and -
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
Max W. Berger (MB-5010)
1285 Avenue of the Americas
New York, NY 10019
Telephone 212.554.1400
*Attorneys for Lead and Named Plaintiffs and the Prospective Class*

Figueira Decl. Tab
137

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO. (together
with its affiliate MURBO MUSIC PUBLISHING,
INC.), CHERRY LANE MUSIC PUBLISHING
COMPANY, INC., CAL IV ENTERTAINMENT
LLC, ROBERT TUR d/b/a LOS ANGELES
NEWS SERVICE, NATIONAL MUSIC
PUBLISHERS' ASSOCIATION, THE
RODGERS & HAMMERSTEIN
ORGANIZATION, STAGE THREE MUSIC
(US), INC., EDWARD B. MARKS MUSIC
COMPANY, FREDDY BIENSTOCK MUSIC
COMPANY d/b/a BIENSTOCK PUBLISHING
COMPANY, ALLEY MUSIC CORPORATION,
X-RAY DOG MUSIC, INC., FÉDÉRATION
FRANÇAISE DE TENNIS, THE SCOTTISH
PREMIER LEAGUE LIMITED, THE MUSIC
FORCE MEDIA GROUP LLC, THE MUSIC
FORCE LLC, and SIN-DROME RECORDS,
LTD. on behalf of themselves and all others
similarly situated,

                Plaintiffs,

     v.

YOUTUBE, INC., YOUTUBE, LLC and
GOOGLE, INC.,

                Defendants.

---------------------------------------- X

07 Civ. 3582 (LLS)

**AMENDED CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

## The Scottish Premier League Limited

33. Plaintiff The Scottish Premier League Limited ("SPL") is the top division of Scottish soccer. SPL is incorporated under the UK Companies Acts, having a registered office at Hampden Park, Glasgow, G42 9DE. SPL owns the copyright and/or the relevant exclusive rights in the following Protected Works, consisting of audiovisual footage featuring coverage of soccer matches, among others:

    A. Aberdeen v Rangers, May 20, 2007.

    B. Aberdeen v Celtic, August 19, 2007.

    C. Rangers v Aberdeen, March 17, 2007.

34. The SPL Works are not "United States works" within the meaning of the U.S. Copyright Act and are therefore not subject to any registration requirements under U.S. copyright law.

## The Music Force

35. Plaintiffs The Music Force Media Group LLC, a major independent record company organized under the laws of Tennessee, The Music Force LLC, a highly respected independent music publisher organized under the laws of Tennessee, and Sin-Drome Records, Ltd., an independent record company incorporated in California, together with their affiliated and related companies (collectively, "The Music Force"), all with a principal place of business at 4658 Wortser Ave. Sherman Oaks, CA, 91423, represent musical compositions embodied in sound recordings which have sold in excess of 50 million units, recorded by Artists such as Alicia Keyes, Neil Diamond, Peter Cetera, Anita Baker, Tupac Shakur, and Notorious B.I.G.; have received multiple Grammy nominations, including a Grammy award and other awards; and