ANDREW H. SCHAPIRO
A. JOHN P. MANCINI
MATTHEW D. INGBER
BRIAN M. WILLEN
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
(212) 506-2500

DAVID H. KRAMER
MAURA L. REES
MICHAEL H. RUBIN
BART E. VOLKMER
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

*Attorneys for Defendants YouTube, Inc.,
YouTube, LLC and Google Inc.*

Figueira Decl. Tab 140

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
THE FOOTBALL ASSOCIATION PREMIER :
LEAGUE LIMITED and BOURNE CO., et al., on :
Behalf of themselves and all others similarly : 07 Civ. 3582 (LLS)
Situated, : (related case no. 07 Civ. 2103 (LLS))
:
Plaintiffs, :
:
v. : **DEFENDANTS' "HIGHLY**
: **CONFIDENTIAL" RESPONSES**
: **AND OBJECTIONS TO**
YOUTUBE, INC., YOUTUBE, LLC and : **PLAINTIFFS' SECOND SET**
GOOGLE INC., : **OF INTERROGATORIES**
:
Defendants. :
:
------------------------------------------------x

\*\* **HIGHLY CONFIDENTIAL** \*\*

or Recommended for You features on the YouTube website, and if so, state which feature and
when it was featured.

**RESPONSE TO INTERROGATORY NO. 4 (SET 2):**

YouTube objects to this interrogatory to the extent it seeks information that is not readily accessible to YouTube without excessive burden and cost. YouTube objects to this interrogatory as overbroad, oppressive, harassing and unduly burdensome to the extent it seeks highly detailed information. YouTube objects to this interrogatory because it seeks information that is neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. YouTube objects to this interrogatory because it is compound and the number of its distinct subparts exceeds 25. YouTube objects to this interrogatory because it is vague and ambiguous, including in its use of the terms "promoted," "featured," and "when it was featured."

Notwithstanding and without waiving any of the foregoing objections or its General Objections, YouTube responds that, based on the information reasonably available to YouTube, the only videos identified by Plaintiffs as an alleged infringement of a work-in-suit that have ever been promoted or featured by YouTube are the following:

| *Video ID* | *Feature* | *Date Featured* |
|---|---|---|
| YYeJEFa-xCA | YouTube homepage | On or about Sep. 19, 2006 |
| HPB9tq7f_1k | YouTube homepage | On or about Feb. 17, 2007 |

**INTERROGATORY NO. 5 (SET 2):**

Identify the categories of information Defendants have prompted or required YouTube users to provide when they upload a video to the YouTube website (such as title, tags,

10

** HIGHLY CONFIDENTIAL **

description, category, etc.), and describe how those categories of information, including but not
limited to whether those categories have been prompted or required, have changed over time.

**RESPONSE TO INTERROGATORY NO. 5 (SET 2):**

YouTube objects to this interrogatory to the extent it seeks information that is not readily accessible to YouTube without excessive burden and cost. YouTube objects to this interrogatory as overbroad, oppressive, harassing and unduly burdensome to the extent it seeks highly detailed information. YouTube objects to this interrogatory because it seeks information that is neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. YouTube objects to this interrogatory because it is compound and the number of its distinct subparts exceeds 25. YouTube objects to this interrogatory because it is vague and ambiguous, including in its use of the terms "YouTube users," "categories of information," "prompted or required YouTube users to provide," "whether those categories have been prompted or required," and "changed over time."

Notwithstanding and without waiving any of the foregoing objections or its General Objections, YouTube responds that, based on the information reasonably available to it at present, in addition to the information YouTube collects from its users upon registration and at various other times and places during their use of the YouTube service, YouTube has collected the following unverified information from general registered users upon the upload of videos beginning approximately on the dates indicated:

| *Information Collected From Users When Uploading a Video* | *Approximate Date Collection Began* |
|---|---|
| provide keywords | 2005 |
| provide title | 2005 |
| provide description | 2005 |
| option to select 1-3 video categories (e.g., "autos," "how-to," etc.) | 2005 |
| option to set video as private | 2005 |

11

**\*\* HIGHLY CONFIDENTIAL \*\***

| Information Collected From Users When Uploading a Video | Approximate Date Collection Began |
|---|---|
| define a list of contacts to share with if private video | 2005 |
| option to select 1-3 categories changed to just 1 category | 2006 (approx. June) |
| option to specify video language | 2007 (approx. August) |
| option to specify location video recorded using Google Maps | 2007 (approx. June) |
| option to specify date on which video was recorded | 2007 (approx. June) |
| option to disallow comments or moderate comments | 2007 (approx. June) |
| option to disallow ratings | 2007 (approx. June) |
| option to disallow or moderate responses | 2007 (approx. June) |
| option to disallow embedding | 2007 (approx. June) |
| option to disallow viewing on mobile phones | 2007 (approx. October) |
| option to disallow comment ratings | 2007 (approx. November) |

YouTube is not currently aware of further changes that were made to the categories of information collected by YouTube from general registered users at the time of video upload through June 2008.

Dated: 1/11/2010
New York, NY

Andrew H. Schapiro
A. John P. Mancini
Matthew D. Ingber
Brian M. Willen
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
(212) 506-2500

David H. Kramer
Maura L. Rees
Michael H. Rubin
Bart E. Volkmer
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

*Attorneys for Defendants YouTube, Inc., YouTube, LLC and Google Inc.*

** HIGHLY CONFIDENTIAL **

## VERIFICATION

I, Jake McGuire, have read the foregoing Responses and Objections to Plaintiffs' Second Set of Interrogatories. I am informed and believe that the answers therein are true and correct to the best of my knowledge, information and belief, based on information currently available to me, and on that ground verify them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 8, 2010

_____
Jake McGuire