Figueira Decl. Tab 143

143

YouTube Help [Search Help]

## Promoting Videos: Tags definition

Tags are keywords that describe videos. For example, a surfing video might be tagged with "*surfing*," "*water*," and "*waves*." Users who enjoy watching surfing videos can then search for any of those terms and the video associated with these tags will show up in their search results. Tags help you label videos you upload so that other people can find them more easily.

Add tags to your videos by:

1. Signing into your YouTube account and clicking the Account link in the upper right hand corner of the page.
2. Under the "My Videos" section of the page, click Uploaded Videos link.
3. Select one of your uploaded videos, and click the "Edit" button.
4. Under the "Video information" section (in the left hand corner of the page), add the terms you'd like associated with the video in the "Tags" area. Add as many as you'd like, and make them relevant to your video's subject matter. This will help users find the video when searching for that topic on the site
5. Click the blue "Save Changes" button to save the edit you just made to your video. Your video now has tags.

updated 12/10/2009

**Was this information helpful?** Yes No

**YouTube**
Contact Us
Company Info
Press Room
YouTube Blog

**Programs**
Advertising
Developers
Partnerships
Content Management

**Help & Info**
Help Resources
Youtube Handbook
Community Help Forums
Safety Center

**Legal**
Privacy Policy
Terms of Service
Copyright Notices
Community Guidelines

**Discover**
YouTube on Your Phone
YouTube On Your Site
YouTube RSS Feeds
TestTube

© 2010 YouTube, LLC - Change Language: English (US)

   3/5/2010 Spotlight Videos : About YouTube - Yo...

YouTube Help Search Help

143-0002

## About YouTube: Spotlight Videos

YouTube's members rate videos they like, and we pluck out some highly-rated and recent videos for consideration in the "Spotlight Videos" section of the home page and the spotlight videos on the "Categories" page. In addition, our programming team takes suggestions from users at editor@youtube.com and is always on the lookout for videos of interest.

updated 12/10/2005

**Was this information helpful?**

**YouTube**
Contact Us
Company Info
Press Room
YouTube Blog

**Programs**
Advertising
Developers
Partnerships
Content Management

**Help & Info**
Help Resources
Youtube Handbook
Community Help Forums
Safety Center

**Legal**
Privacy Policy
Terms of Service
Copyright Notices
Community Guidelines

**Discover**
YouTube on Your Phone
YouTube On Your Site
YouTube RSS Feeds
TestTube

© 2010 YouTube, LLC - Change Language: English (US)

google.com/support/.../answer.py?hl=e... 1/1



YouTube Help [Search Help]

143-0003

## Promoting Videos: Designing my video description

To best promote your video, you'll want its description to be both accurate and interesting. Here are a few tips to help you get started:

**Make your description clear and specific.**
Your video should stand out from the crowd. Try to determine what content it contains that will help users find it and distinguish it from other videos. Using descriptive language in complete sentences is a good idea.

**Give credit when appropriate.**
If people don't know the exact title or other keywords associated with your video, they might search the name of a participant or another website where it's featured. Be sure to include as much information as you feel comfortable, but be careful not to include anything that shouldn't be publicly displayed.

**Categorize correctly.**
The category into which you place your video is part of its description as well. People are more likely to rate your video highly and watch it more frequently if it's placed in a relevant category.

updated 12/10/2009

**Was this information helpful?** Yes No

| YouTube | Programs | Help & Info | Legal | Discover |
| --- | --- | --- | --- | --- |
| Contact Us | Advertising | Help Resources | Privacy Policy | YouTube on Your Phone |
| Company Info | Developers | Youtube Handbook | Terms of Service | YouTube On Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube RSS Feeds |
| YouTube Blog | Content Management | Safety Center | Community Guidelines | TestTube |

© 2010 YouTube, LLC - Change Language: