Figueira Decl. Tab 144

# Greenberg Traurig

Marc Jacobson
Tel. (212) 801-6516
Fax (212) 805-5516
jacobsonm@gtlaw.com

November 20, 2006

**VIA FEDEX**

DMCA Complaints
YouTube, Inc.
1000 Cherry Avenue, 2nd flr.
San Bruno, CA 94066

Re: **Cherry Lane Music Publishing**

Gentlemen:

Attached is a copy of my letter of October 17, 2006, seeking to have a discussion with you regarding the potential for a new licensing agreement with our client, Cherry Lane Music Publishing. We did not receive a response to that letter.

We are the attorneys for Cherry Lane Music Publishing ("Cherry Lane"). Cherry Lane owns or controls the right to musical compositions written and performed by The Black Eyed Peas, John Denver and others. These songs are listed in the attached exhibit, marked schedule A.

Attached as Schedule B is a list of some of the URL's which incorporate some of these songs into videos, for which no licenses were granted.

Our client has a good faith believe that use of all of this material on your site is not authorized by the copyright owner, its agent or the law.

To the best of our knowledge, our client is authorized to act on behalf of itself, and where appropriate, the owner of the compositions, in making this letter. The foregoing statement is made under penalties of perjury.

Our client is far more interested in creating an appropriate licensing scheme to secure revenue from these uses, rather than have you "take down" these uses. However, unless a discussion is held on this subject by Tuesday, November 21, 2006, demand is made that you immediately stop all uses on your site of our client's compositions.

NY 238224100v1 11/15/2006

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

CONFIDENTIAL

CH00001663
CH00001663

If you need to contact me, my contact information is included in this letter.

All of our client's rights are expressly reserved, including without limitation the right to bring an action for willful infringement of copyright, for failure to remove the infringing material pursuant to the prior letter.

Sincerely yours,

Marc Jacobson

cc: Keith Hauprich, Esq.

CONFIDENTIAL

CH00001664
CH00001664

# SCHEDULE B

144-0003

## List of certain URL's which infringe on rights controlled by Cherry Lane Music Publishing

http://www.youtube.com/watch?v=boX17FPkuF4

http://www.youtube.com/watch?v=zuZDuQxRXMM

http://www.youtube.com/watch?v=WIM0qvY1Zuo

http://www.youtube.com/watch?v=osfirnlGnDM

http://www.youtube.com/watch?v=_ZsxQCtOoUE

http://www.youtube.com/watch?v=YY1URCNcZCo

http://www.youtube.com/watch?v=Hmf0phs5NA0

http://www.youtube.com/watch?v=7eJJyc_fOew

http://www.youtube.com/watch?v=0U9J1_kvW6E

http://www.youtube.com/watch?v=GJgcLKMWjkQ

http://www.youtube.com/watch?v=S1fwmJOL3Gs

http://www.youtube.com/watch?v=OfABI29oSeQ

http://www.youtube.com/watch?v=8nqmQ7-jUyE

http://www.youtube.com/watch?v=kPfyUY092D0

http://www.youtube.com/watch?v=GhSXrYDroAw

http://www.youtube.com/watch?v=UvcP_naeNog

http://www.youtube.com/watch?v=Oc3zs8qKjW0

CONFIDENTIAL

CH00001665
CH00001665

# Greenberg Traurig

Marc Jacobson
Tel. (212) 801-6516
Fax (212) 805-5516
jacobsonm@gtlaw.com

144-0004

October 17, 2006

**VIA FEDEX**

Mr. Chad Hurley
Mr. Brent Hurley
YouTube, Inc.
71 E. Third Avenue, 2nd floor
San Mateo, CA 94401

Re:   Cherry Lane Music Publishing

Dear Gentlemen:

Congratulations on the announcement of the pending sale of your company to Google.

Our client, Cherry Lane Music Publishing, owns music publishing rights to certain musical compositions which appear on your site. In addition, they own additional rights to other compositions which may be exploited on your site in the future. These catalogs include rights to compositions recorded by Elvis Presley, the Black Eyed Peas, John Denver, John Legend and other major recording artists.

Rather than assert a claim of infringement in this letter, our clients asked us to contact you with regard to developing an innovative strategy where rights can be exploited, revenue generated and an appropriate division of that revenue be accomplished.

We are certain you are very busy but in order not to embark on a contentious path, we would like a response from you within seven (7) days of the date of this letter.

As you can appreciate, all of our clients' rights are expressly reserved.

Sincerely yours,

Marc Jacobson

cc:   Keith Hauprich, Esq.
      Don Kaplan, Esq.

NY 238196632v1 10/17/2006
Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

CONFIDENTIAL

CH00001666
CH00001666

144-0005



CONFIDENTIAL

144-0006

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BAR-CODE PORTION OF THE LABEL CAN BE READ AND SCANNED. ***WARNING: USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSES IS FRAUDULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

From: Origin ID: JHCA (212) 801 6764
Daneen Williams
Greenberg Traurig 200
200 Park Ave
15th fl
New York, NY 10166

Ship Date: 20NOV06
Actual Wgt: 1 LB
System#: 676221/FXRS0763
Account#: S ********

REF: 093523 010000



Delivery Address Bar Code

SHIP TO: (650) 872 8513    BILL SENDER
YouTube, Inc.
DMCA Complaints
1000 Cherry Avenue
2nd floor
San Bruno, CA 94066



**PRIORITY OVERNIGHT**     **TUE**
TRK# 7341 1367 6939   FORM 0201   Deliver By: 21NOV06
                                   SFO   A1
94066   -CA-US

**XH BWCA**



http://ny-fdx/tracking.asp?IPADDRESS=10.13.114.97&tracknum=734113676939&ship...   11/20/2006

CONFIDENTIAL

CH00001668
CH00001668

Track Shipments
## Detailed Results

 Quick Help

144-0007

| | | | |
|---|---|---|---|
| **Tracking number** | 734113676939 | **Reference** | 093523.010000 |
| **Signed for by** | A.GURRIDO | **Destination** | San Bruno, CA |
| **Ship date** | Nov 20, 2006 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | Nov 21, 2006 10:07 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 21, 2006 | 10:07 AM | Delivered | San Bruno, CA | |
| | 7:27 AM | On FedEx vehicle for delivery | SOUTH SAN FRANCISCO, CA | |
| | 7:03 AM | At local FedEx facility | SOUTH SAN FRANCISCO, CA | |
| | 5:46 AM | At dest sort facility | SAN FRANCISCO, CA | |
| | 5:12 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:37 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 1:24 AM | Left origin | NEW YORK, NY | |
| | 12:29 AM | Departed FedEx location | NEWARK, NJ | |
| Nov 20, 2006 | 10:16 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 10:14 PM | Left origin | NEW YORK, NY | |
| | 6:46 PM | Picked up | NEW YORK, NY | |
| | 5:25 PM | Package data transmitted to FedEx | | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

Your Name: [          ]          Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |

Select format: ● HTML ○ Text ○ Wireless

Add personal message:

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

CONFIDENTIAL

CH00001669

CH00001669