Figueira Decl. Tab
145

Keith C. Hauprich
Vice President, Business & Legal Affairs
P: 212.561.3527  F: 212.683.2040
khauprich@cherrylane.com

March 27, 2007

**VIA DHL EXPRESS**
Heather Gillette
YouTube, Inc.
71 East Third Avenue, 2nd Floor
San Mateo, California 94401

Re:   *YouTube, Inc. -w- Cherry Lane Music Publishing Company, Inc.*

Dear Heather:

Cherry Lane Music Publishing Company, Inc. -- on behalf of itself and on behalf of its numerous administration and/or co-publishing partners -- owns, administers and/or controls certain musical compositions which currently appear on your website. Schedule A as attached hereto features some of the URLs which incorporate some of our compositions.

Cherry Lane has a good faith belief that such uses have not been authorized by Cherry Lane, its agents or the law.

In accordance with the provisions of the Digital Millennium Copyright Act, please expeditiously remove or disable access to those compositions set forth on Schedule A. To the best of my knowledge, Cherry Lane is authorized to act on behalf of itself and on behalf of its numerous administration and/or co-publishing partners in making this letter. The foregoing statement is made under the penalty of perjury.

To be clear, Cherry Lane is far more interested in implementing a mutually beneficial licensing scheme to allow your users a rich online experience, and securing and properly allocating revenue derived therefrom. However, until we can agree upon such strategic alliance, Cherry Lane must formally demand that you immediately cease and desist from the use of our compositions.

Please be advised that nothing contained in this letter is intended or shall be construed as a waiver of any rights, claims or remedies which Cherry Lane may assert in the future in connection with this matter or any other matter. All such rights, claims and remedies are hereby expressly reserved.

Sincerely,

Keith C. Hauprich

Highly Confidential

CH00017947

CH00017947

# SCHEDULE A

http://www.youtube.com/watch?v=Epi5AXY6jfY
http://www.youtube.com/watch?v=D-li0rGqvZ0
http://www.youtube.com/watch?v=JoemDTI4oGo
http://www.youtube.com/watch?v=VJbkmRhNaFQ
http://www.youtube.com/watch?v=IUEPb5ZOG5g
http://www.youtube.com/watch?v=IGckRFpM1K0
http://www.youtube.com/watch?v=0a8VdaqcyRk
http://www.youtube.com/watch?v=J5znK8Iofpg
http://www.youtube.com/watch?v=ID0uml_vDdc
http://www.youtube.com/watch?v=eiyPxFol9Tg
http://www.youtube.com/watch?v=MYzTZQFnB9k
http://www.youtube.com/watch?v=S40K1VnBOzA
http://www.youtube.com/watch?v=ZQOeSWnzl1g
http://www.youtube.com/watch?v=AOdHRIe6oCk
http://www.youtube.com/watch?v=na_z2nIApi8
http://www.youtube.com/watch?v=Xu29xHPVhoI
http://www.youtube.com/watch?v=NO3pvpUlJlg
http://www.youtube.com/watch?v=EaJ-JOjMaTY
http://www.youtube.com/watch?v=dG1OKct2ixw
http://www.youtube.com/watch?v=EQBMV2nvdP4
http://www.youtube.com/watch?v=QADtX0ZrhrI
http://www.youtube.com/watch?v=IXqvIVV2WR4
http://www.youtube.com/watch?v=rF80xSVlRME
http://www.youtube.com/watch?v=4Wy55GdVREU
http://www.youtube.com/watch?v=O7soS8jrM1E
http://www.youtube.com/watch?v=N63NcrKNEdM
http://www.youtube.com/watch?v=e0nF965jCw0
http://www.youtube.com/watch?v=BEKC1xVce74
http://www.youtube.com/watch?v=Z-fOphNM5g8
http://www.youtube.com/watch?v=K9VUQkaJGeQ
http://www.youtube.com/watch?v=y40-QYaNXeg
http://www.youtube.com/watch?v=IcN7c8L_zfw
http://www.youtube.com/watch?v=HnyhutL8p_E
http://www.youtube.com/watch?v=PTnuFi7sZhk
http://www.youtube.com/watch?v=yK7ITA-jXbY
http://www.youtube.com/watch?v=_XW51tMOQFY
http://www.youtube.com/watch?v=VCfBnLDh2ec
http://www.youtube.com/watch?v=h0vnbPkOJZE
http://www.youtube.com/watch?v=jFhZ5UH5d7M
http://www.youtube.com/watch?v=ErjFzG0tdKE
http://www.youtube.com/watch?v=kDXkwoQeoUU
http://www.youtube.com/watch?v=F5PfHZERqXg
http://www.youtube.com/watch?v=O8GVqC19RrQ
http://www.youtube.com/watch?v=yJSOmSX9aBs
http://www.youtube.com/watch?v=LxlfwL769Lg
http://www.youtube.com/watch?v=qZ3zPA4z6Qc
http://www.youtube.com/watch?v=LB7ForWyKyM
http://www.youtube.com/watch?v=Az7lFeV4F4c
http://www.youtube.com/watch?v=EhjC_EX1uzQ
http://www.youtube.com/watch?v=fFO5cpA1_Q8
http://www.youtube.com/watch?v=jaAiWfVc-yA
http://www.youtube.com/watch?v=lnIk2Ah4T9o

http://www.youtube.com/watch?v=XiSftg3K3Mc
http://www.youtube.com/watch?v=Zp2ywB8EBgo
http://www.youtube.com/watch?v=AwDDV7X3SmU
http://www.youtube.com/watch?v=fEM6ueBrmug
http://www.youtube.com/watch?v=qa-E3Bp93dg
http://www.youtube.com/watch?v=sI5WO3CTBMI
http://www.youtube.com/watch?v=9if67xxILYU
http://www.youtube.com/watch?v=pATF6BKmI3s
http://www.youtube.com/watch?v=ROehKS6GBMc
http://www.youtube.com/watch?v=WwK19WUr5Ew
http://www.youtube.com/watch?v=a2VjieYHbRU
http://www.youtube.com/watch?v=WFSCrRepdPw
http://www.youtube.com/watch?v=05ZR8OZFk1c
http://www.youtube.com/watch?v=JtMs_5fb2dA
http://www.youtube.com/watch?v=W5tEahPIDxI
http://www.youtube.com/watch?v=4y5c_HAdl1c

Highly Confidential