Figueira Decl. Tab

146

 **cherry lane**
music publishing
company, inc.

6 East 32nd Street, 11th Floor
New York, New York 10016
www.cherrylane.com

146
Keith C. Hauprich
Vice President, Business & Legal Affairs
P: 212.561.3527 F: 212.683.2040
khauprich@cherrylane.com

May 17, 2007

<u>VIA ELECTRONIC MAIL</u>
DMCA Complaints
YouTube, Inc.
1000 Cherry Avenue, 2nd Floor
San Bruno, California 94066

Re:  *YouTube, Inc. -w- Cherry Lane Music Publishing Company, Inc.*

Dear Sir or Madam:

Cherry Lane Music Publishing Company, Inc. -- on behalf of itself and on behalf of its numerous administration and/or co-publishing partners -- owns, administers and/or controls certain musical compositions which currently appear on your website. Schedule A as attached hereto features some of the URLs which incorporate some of our compositions.

Cherry Lane has a good faith belief that such uses have not been authorized by Cherry Lane, its agents or the law.

In accordance with the provisions of the Digital Millennium Copyright Act, please expeditiously remove or disable access to those compositions set forth on Schedule A. To the best of my knowledge, Cherry Lane is authorized to act on behalf of itself and on behalf of its numerous administration and/or co-publishing partners in making this letter. The foregoing statement is made under the penalty of perjury.

To be clear, Cherry Lane is far more interested in implementing a mutually beneficial licensing scheme to allow your users a rich online experience, and securing and properly allocating revenue derived therefrom. However, until we can agree upon such strategic alliance, Cherry Lane must formally demand that you immediately cease and desist from the use of our compositions.

Please be advised that nothing contained in this letter is intended or shall be construed as a waiver of any rights, claims or remedies which Cherry Lane may assert in the future in connection with this matter or any other matter. All such rights, claims and remedies are hereby expressly reserved.

Sincerely,

New York          Los Angeles          Toronto          London          Paris

Confidential                                                    CH00035504

CH00035504

## SCHEDULE A

http://www.youtube.com/watch?v=kSAQ9BYOats
http://www.youtube.com/watch?v=Yg_gwwHru_0
http://www.youtube.com/watch?v=rsg_cgShKYg
http://www.youtube.com/watch?v=cLFIHuCLDB8
http://www.youtube.com/watch?v=41XTdJ8VSTE
http://www.youtube.com/watch?v=dRZ6Nst2z3w
http://www.youtube.com/watch?v=X_b_GD8zDog
http://www.youtube.com/watch?v=rOlTPAUL1lE
http://www.youtube.com/watch?v=CNV1p3lRU7Q
http://www.youtube.com/watch?v=vlfZ9Dub4S4
http://www.youtube.com/watch?v=Yk-UOwiQ9HY
http://www.youtube.com/watch?v=kzlZFccg-Y0
http://www.youtube.com/watch?v=swy8ESunzFQ
http://www.youtube.com/watch?v=oR9W94oJ4BE
http://www.youtube.com/watch?v=61oYb7bCkmM
http://www.youtube.com/watch?v=8vOuRZd2k5s
http://www.youtube.com/watch?v=y8hv-UC55oc
http://www.youtube.com/watch?v=j2yyKZNf_lE
http://www.youtube.com/watch?v=azilMxjBbVk
http://www.youtube.com/watch?v=y5nO4hDMMZ4
http://www.youtube.com/watch?v=7NbgPJb4giE
http://www.youtube.com/watch?v=xisfRA2nZuk
http://www.youtube.com/watch?v=wx74VpfJISg
http://www.youtube.com/watch?v=N3yTyThDeak
http://www.youtube.com/watch?v=tTniu_OssZA
http://www.youtube.com/watch?v=PlETQo7zsxc
http://www.youtube.com/watch?v=-bfcfKyKVwM
http://www.youtube.com/watch?v=aW66MH446Ns
http://www.youtube.com/watch?v=Ld43LWTrrel
http://www.youtube.com/watch?v=AO-Ll1Mekl8
http://www.youtube.com/watch?v=EQMhb7tw7tQ
http://www.youtube.com/watch?v=XkugYCAk7vQ
http://www.youtube.com/watch?v=MiQ0ZTawtsY
http://www.youtube.com/watch?v=RkUjek7ro8U
http://www.youtube.com/watch?v=EQiynYiMXQl
http://www.youtube.com/watch?v=7pCUcL8UYTc
http://www.youtube.com/watch?v=A5oa3TCk1XQ
http://www.youtube.com/watch?v=2ngEj-PgWhs
http://www.youtube.com/watch?v=loBjaRe7aZo
http://www.youtube.com/watch?v=TSdwJb8LuVc
http://www.youtube.com/watch?v=s8R-3oYqqQ8
http://www.youtube.com/watch?v=lJX88uYTRp0
http://www.youtube.com/watch?v=lgivoj8p2e0
http://www.youtube.com/watch?v=O6ulVU8iij4

http://www.youtube.com/watch?v=HBk0G-cktFk
http://www.youtube.com/watch?v=ERxOObjNV4I
http://www.youtube.com/watch?v=F7P2upqJn8E
http://www.youtube.com/watch?v=BrgpP4Up27I
http://www.youtube.com/watch?v=GJ7gsbackP8
http://www.youtube.com/watch?v=VoRVB6obm0Y
http://www.youtube.com/watch?v=mjp4evdCttY
http://www.youtube.com/watch?v=W3n1ps0_j_U
http://www.youtube.com/watch?v=4Fe-o3nhlsU
http://www.youtube.com/watch?v=R1_FzvXl5jU
http://www.youtube.com/watch?v=XFp3hGZ9MpA
http://www.youtube.com/watch?v=HSvJmSuqmA0
http://www.youtube.com/watch?v=wQtQSRBdh2s
http://www.youtube.com/watch?v=AYRevD-7iXc
http://www.youtube.com/watch?v=dg86Xx-VKiQ
http://www.youtube.com/watch?v=o_0SWpFtmx4
http://www.youtube.com/watch?v=iI8PPYWwDro
http://www.youtube.com/watch?v=A-i6Envrwfo
http://www.youtube.com/watch?v=ifwjD6d-1ts
http://www.youtube.com/watch?v=uX0yuGrvZVw
http://www.youtube.com/watch?v=8Z7vLvIrdAA
http://www.youtube.com/watch?v=ujol0aj4dS0
http://www.youtube.com/watch?v=cFbrs4y1dL8
http://www.youtube.com/watch?v=QiYve-Tupb4
http://www.youtube.com/watch?v=HE0maeccDqE
http://www.youtube.com/watch?v=RhafL89JBtg
http://www.youtube.com/watch?v=ocBLK1db4x4
http://www.youtube.com/watch?v=ugyS0YbaxYU
http://www.youtube.com/watch?v=4G5U1vpdYT4
http://www.youtube.com/watch?v=QKsXQvuPe00
http://www.youtube.com/watch?v=4eINJR6xJ5Q
http://www.youtube.com/watch?v=p_9pHVkzuKl
http://www.youtube.com/watch?v=2IiSPxUomMw
http://www.youtube.com/watch?v=V97kqOOAHIM
http://www.youtube.com/watch?v=con8mTYNcVs
http://www.youtube.com/watch?v=6OMyiW04aaw
http://www.youtube.com/watch?v=tIIuctElZOM
http://www.youtube.com/watch?v=8gKcnJJ2LYE
http://www.youtube.com/watch?v=jNB-c2tXX44
http://www.youtube.com/watch?v=Eh-QEf4lybs
http://www.youtube.com/watch?v=-uRymEOvskY
http://www.youtube.com/watch?v=vxaeURjgDvY
http://www.youtube.com/watch?v=jmOJ1BXWG5Y
http://www.youtube.com/watch?v=Tq8tIM-G9Aw
http://www.youtube.com/watch?v=-fr2J2XLLy4
http://www.youtube.com/watch?v=QOyNwLSPrJg

CH00035506

http://www.youtube.com/watch?v=HfH1M_BI_KA
http://www.youtube.com/watch?v=Hp0BhLldJHo
http://www.youtube.com/watch?v=aQUzuSgHRJ0
http://www.youtube.com/watch?v=pS3-uBwDcGg
http://www.youtube.com/watch?v=WL9a146P8No
http://www.youtube.com/watch?v=N4DOp6Mdo98
http://www.youtube.com/watch?v=byLvrzVB9as
http://www.youtube.com/watch?v=ghT1ltMJZjw
http://www.youtube.com/watch?v=E6wW5VQ3Uq0
http://www.youtube.com/watch?v=XViCwxyqeFE
http://www.youtube.com/watch?v=CE46Db1lwsU
http://www.youtube.com/watch?v=9bTFGm5nA8o
http://www.youtube.com/watch?v=_7CVxMgYAQ
http://www.youtube.com/watch?v=X7EVlnPtxEc
http://www.youtube.com/watch?v=WWFeDc9xmBw
http://www.youtube.com/watch?v=XAADXZJxmEE
http://www.youtube.com/watch?v=nwbln212QaU
http://www.youtube.com/watch?v=kc9wUaCiNWA
http://www.youtube.com/watch?v=sqaw5YKi2zo
http://www.youtube.com/watch?v=cfgvXQKShFk
http://www.youtube.com/watch?v=uNjy3mjHcCg
http://www.youtube.com/watch?v=fFqTlL-kTlM
http://www.youtube.com/watch?v=P5aWvP5P9is
http://www.youtube.com/watch?v=5xvu1887fnw
http://www.youtube.com/watch?v=9PE-RfZ6yCE
http://www.youtube.com/watch?v=k6GxY7_J9LE
http://www.youtube.com/watch?v=gWVCJ8r9w0M
http://www.youtube.com/watch?v=jnpvHGCbChU
http://www.youtube.com/watch?v=61NOCnCttOk
http://www.youtube.com/watch?v=Fg5wmDm5teY
http://www.youtube.com/watch?v=FjsKuwMkY6E
http://www.youtube.com/watch?v=cDdAgFfFs6c
http://www.youtube.com/watch?v=kamwmWrpKh4
http://www.youtube.com/watch?v=LJCBi91-Ox0
http://www.youtube.com/watch?v=Uc6GldwIWrI
http://www.youtube.com/watch?v=38_XzDx05J0
http://www.youtube.com/watch?v=hMMMXbHG_tl
http://www.youtube.com/watch?v=tKSvj3i4DcI
http://www.youtube.com/watch?v=4gfJ46EcsKY
http://www.youtube.com/watch?v=3nX1bXflzsl
http://www.youtube.com/watch?v=nD2WPW4llJ4
http://www.youtube.com/watch?v=ZWAGkVaLv5M
http://www.youtube.com/watch?v=bzpvwOV7ed0
http://www.youtube.com/watch?v=fS1Kx6chpUY
http://www.youtube.com/watch?v=h4mLi6zhGE4
http://www.youtube.com/watch?v=LUndvKBr5OY

http://www.youtube.com/watch?v=0PLbMjk2P2s
http://www.youtube.com/watch?v=JJPfoNRljpk
http://www.youtube.com/watch?v=HgeKEHeRa8Q
http://www.youtube.com/watch?v=NMVGk5AclYY
http://www.youtube.com/watch?v=AMxwjL7EoDI
http://www.youtube.com/watch?v=AmNJEG7ARg0
http://www.youtube.com/watch?v=ubXw2ODvPXM
http://www.youtube.com/watch?v=QrFIxbhQT9g
http://www.youtube.com/watch?v=lv5C_YvCm3A
http://www.youtube.com/watch?v=hRoR-mVfghw
http://www.youtube.com/watch?v=BQ9HhbBH_Fo
http://www.youtube.com/watch?v=WHfN20ebbMc
http://www.youtube.com/watch?v=mpN4aSyDVhI
http://www.youtube.com/watch?v=BrydGICoiuQ
http://www.youtube.com/watch?v=_Ni5gHOrQio
http://www.youtube.com/watch?v=spLozbosIfE
http://www.youtube.com/watch?v=WC6IEuqgdEI
http://www.youtube.com/watch?v=qC5OheLzFvE
http://www.youtube.com/watch?v=7XNSX0tnILY
http://www.youtube.com/watch?v=XWiUmKi2Y54
http://www.youtube.com/watch?v=w93G6vyg4J8
http://www.youtube.com/watch?v=IbXSkiCAab0
http://www.youtube.com/watch?v=DgEXLz_XRxk
http://www.youtube.com/watch?v=rGVWnxo-7R0
http://www.youtube.com/watch?v=aobnpCCS_sw