# Greenberg Traurig

Marc Jacobson
Tel. (212) 801-5516
Fax (212) 805-5516
jacobsonm@gtlaw.com

Figueira Decl. Tab
147

October 17, 2006

**VIA FEDEX**

Mr. Chad Hurley
Mr. Brent Hurley
YouTube, Inc.
71 E. Third Avenue, 2nd floor
San Mateo, CA 94401

Re:  **Cherry Lane Music Publishing**

Dear Gentlemen:

Congratulations on the announcement of the pending sale of your company to Google.

Our client, Cherry Lane Music Publishing, owns music publishing rights to certain musical compositions which appear on your site. In addition, they own additional rights to other compositions which may be exploited on your site in the future. These catalogs include rights to compositions recorded by Elvis Presley, the Black Eyed Peas, John Denver, John Legend and other major recording artists.

Rather than assert a claim of infringement in this letter, our clients asked us to contact you with regard to developing an innovative strategy where rights can be exploited, revenue generated and an appropriate division of that revenue be accomplished.

We are certain you are very busy but in order not to embark on a contentious path, we would like a response from you within seven (7) days of the date of this letter.

As you can appreciate, all of our clients' rights are expressly reserved.

Sincerely yours,

Marc Jacobson

cc:  Keith Hauprich, Esq.
    Don Kaplan, Esq.

NY 238196632v1 10/17/2006

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Confidential  CH00050892

CH00050892