# In The Know
Fall 2009



Figueir~~a~~ Decl. Tab
148

### General US Info
- Population: 307.3M
  (Census.gov, accessed September 2009)
- Population online: 81%
  (InternetWorldStats.com, accessed September 2009)
- 94.6% of active US Internet users connect via broadband
  ("The Bandwidth Report," WebsiteOptimization.com, accessed September 2009)
- 81% of US Internet users view video online
  (comScore Video Metrix, August 2009)

### Key YouTube Dates
- Founded: February 2005
- Launched: December 2005
- Acquired by Google: November 18, 2006



40% of YouTube's users have annual incomes of $75K+
(comScore Media Metrix, July 2009)

### YouTube Videos
- 20 hours of video uploaded every minute
  (YouTube Internal Data, September 2009)
- 75 of the *Advertising Age* Top 100 Marketers ran campaigns on YouTube last year
  (*Advertising Age*, 2009; YouTube.com, 2008)
- YouTube uploads from mobile phones have jumped 1700% in the past six months
  (YouTube Internal Data, September 2009)
- YouTube has more HD and premium content than any other online video site
  (YouTube Internal Data, September 2009)



YouTube's audience profile mirrors that of the United States
(comScore Media Metrix, July 2009)

### US Site Stats
(Comscore Media Metrix, July 2009)
- #6 Largest Internet destination
- #1 Entertainment site on the Internet
- → 98.1M unique monthly visitors
- Average minutes per visit: 21
- Average monthly visits per visitor: 10.6
- → Pageviews per month: 17.5B

|  | YouTube Users | Users (M) | % Reach |
|---|---|---|---|
| Age | All | 98.1 | 50% |
|  | <18 | 23.8 | 61% |
|  | 18-34 | 36.9 | 57% |
|  | 35-44 | 18.0 | 49% |
|  | 45-54 | 12.4 | 40% |
|  | 55+ | 7.1 | 30% |
| Gender | Male | 53.9 | 53% |
|  | Female | 44.3 | 47% |

### International
- Over 50% of YouTube's traffic comes from outside the US
  (DART for Publishers, September 2009)
- YouTube has localized in:

  Australia, Germany, India, New Zealand, Taiwan
  Brazil, Hong Kong, Japan, Poland, UK
  Canada, Ireland, South Korea, Russia
  Czech Republic, Israel, Mexico, Spain
  France, Italy, Netherlands, Sweden



## Sites in the Space

| Site | Unique Viewers [000] | Minutes Per Viewer [hh:mm:ss] | Video Views [000] |
|---|---|---|---|
| YouTube | 120,285 | 199.3 | 8,909,752 |
| Microsoft Sites | 64,540 | 20.9 | 148,630,631 |
| MySpace | 48,200 | 20.2 | 518,608 |
| Yahoo! Sites | 47,363 | 13.2 | 374,746 |
| Viacom Digital | 42,415 | 66.5 | 812,343 |
| Hulu | 38,132 | 73.0 | 457,010 |
| Turner Network | 35,676 | 21.0 | 390,848 |
| Tremor Video Network | 31,893 | 1.0 | 66,633 |
| CBS Interactive | 30,736 | 18.8 | 150,165 |
| BrightRoll Video Network | 27,491 | 1.3 | 115,218 |
| AOL | 24,161 | 5.5 | 125,404 |
| Facebook | 20,517 | 9.2 | 82,285 |
| VideoEgg | 19,527 | 1.2 | 97,712 |
| Amazon Sites | 17,393 | 7.0 | 45,712 |
| Break Media | 16,541 | 17.9 | 107,929 |
| Nabbr | 15,022 | 7.0 | 75,634 |
| Time Warner Cable Inc. | 13,208 | 3.4 | 37,571 |
| NBC Universal | 11,328 | 13.8 | 49,692 |
| DailyMotion | 10,201 | 36.8 | 73,288 |
| ABC | 9,896 | 52.2 | 137,800 |
| Glam Media | 9,856 | 4.0 | 32,804 |
| Blinkx | 9,159 | 257.6 | 1,155,830 |
| Metacafe | 9,074 | 5.2 | 29,133 |
| ESPN | 8,462 | 12.9 | 70,647 |
| Comcast Corporation | 8,329 | 14.6 | 54,939 |
| The Weather Channel | 6,535 | 2.3 | 16,704 |
| Ooyala | 6,019 | 5.0 | 100,882 |
| College Humor | 5,859 | 11.2 | 17,905 |
| Sony Online | 5,561 | 4.6 | 15,793 |
| Wal-Mart | 5,278 | 0.4 | 9,219 |
| Blip.tv | 5,008 | 13.7 | 13,683 |

Source: comScore Video Metrix, July 2009.

## Videos to Know Within the YouTube Community

Don't just watch the video, watch *through* the video: read the comments, view the responses, and experience the story for yourself.

 **Search "Evian Roller Babies"** The dancing baby returns – on skates!

 **Search "Nike Skateboarding"** X Games star Paul Rodriguez and Ice Cube team up to promote a new shoe

 **Search "HP You on You"** HP invites the YouTube community to go faceless

 **Search "My Take on Peace"** Global call-to-action: What will *you* do to make peace?

## Online Video Is Mainstream

- Americans stream 21.4B videos online each month
  (comScore Video Metrix, August 2009)
- Duration of the average online video: 3.7 minutes
  (comScore Video Metrix, August 2009)
- The average US viewer spends 500 minutes (8.3 hours) watching video online each month
  (comScore Video Metrix, August 2009)

