To: "Chris Maxcy" <chris@youtube.com>
From: "Alex Ellerson" <ellerson@google.com>
Cc:
Bcc:
Received Date: 2007-06-06 20:51:33 CST
Subject: Cherry Lane

So, the Cherry Lane thing sucks. Had we been in touch and they still sued?

I'm just wondering if we should be devoting the entire teams' time to just publishers (and big indies) to try to stem litigation? Probably an over reaction on my part. Just such a bummer.

Figueira Decl. Tab
149

Confidential

G00001-00021120