Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
150

To: "Chris Maxcy" <chris@youtube.com>
From: "Stephen Cho" <stephencho@google.com>
Cc:
Bcc:
Received Date: 2007-01-16 21:49:00 CST
Subject: Fwd: [Updated Invitation] Conf. Call - Publisher Rights Database @ Mon Jan 22 6pm - 7pm (1 hr)

---

Chris,
this is the thread on this call.
agenda would be to discuss what we might want to do in this space.
again, my last action item from the integration stuff -- somewhat lower
priority so left here to january.
is this thread useful?
Stephen

---------- Forwarded message ----------
From: Stephen Cho <stephencho@google.com>
Date: Jan 16, 2007 1:29 PM
Subject: Re: [Updated Invitation] Conf. Call - Publisher Rights Database @ Mon Jan 22 6pm - 7pm (1 hr)
To: Alex Ellerson <ellerson@google.com>

Chad had the idea, in part: there are two parts to it: tracking rights an=
a clearinghouse for rights. extension to fingerprinting

once you have found copyrighted material, and presuming the owner might hav=
embraced it/ or anyway, one has a check for $100 that goes to the copyright
owners, who are they? Bob Dylan's estate whittled down to 7 different
owners with different percentage shares, etc.

> where is the universal database of all the copyrights and trickled down
> ownership splits? should someone in the industry create/ allow
> self-population of such a universal database. and then maybe someone even
> serve as a third-party clearinghouse. (the Philips guys are trying to set
> up MediaHedge as such a third party clearinghouse) etc.
>
> should "we" (google/youtube do it) -- or a neutral industry party -- RedHat
> for Linux type, etc.

those are the threads. just to explore.

it was the very last of my action items from the integration work -- lower
priority so pushed out until now.

that's what i know on it.

useful?

On 1/16/07, Alex Ellerson <ellerson@google.com> wrote:
>
> hey stephen: what is this regarding? thx, alex
>
> ---------- Forwarded message ----------
> From: Stephen Cho <stephencho@google.com >
> Date: Jan 16, 2007 9:37 AM
> Subject: [Updated Invitation] Conf. Call - Publisher Rights Database @ Mo=

Highly Confidential

G00001-00053573

> Jan 22 6pm - 7pm (1 hr)
> To: Alex Ellerson < ellerson@google.com >
>
> [image: Google Calendar]
> <http://www.google.com/calendar/hosted/google.com/>
>
> Details for the following event have changed:
> Conf. Call - Publisher Rights Database
>
> Mon Jan 22 6pm - 7pm (1 hr)
> (Eastern Time)
>

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

> More event details
» <http://www.google.com/calendar/hosted/google.com/e=ent?action=VIEW&eid=bXJ1M2ZjM3JqZzNnYnJuNzc0MW04Mzc0ZDggZWxsZXJzb25AZ2=vZ2xlLmNvbQ&tok=MjEjc3RlcGhlbmNob0Bnb29nbGUuY29tZDdhY2EzNGYyZTExZDg2NTlk=WEwMDc3MGZiNjM5MmJkMzMzZTQwZg&ctz=America%2FNew_York&hl=en>
> *Will you attend?*
>
Yes<http://www.google.com/calendar/hosted/google.com/event?action=RESP=ND&eid=bXJ1M2ZjM3JqZzNnYnJuNzc0MW04Mzc0ZDggZWxsZXJzb25AZ29vZ2xlLmNvbQ&rs==2&tok=MjEjc3RlcGhlbmNob0Bnb29nbGUuY29tZDdhY2EzNGYyZTExZDg2NTlkMWEwMDc3MGZiNjM5MmJkMzMzZTQwZg&ctz=America%2FNew_York&hl=en>INo<http://www.goo=le.com/calendar/hosted/google.com/event?action=RESPOND&eid=bXJ1M2ZjM3J=ZzNnYnJuNzc0MW04Mzc0ZDggZWxsZXJzb25AZ29vZ2xlLmNvbQ&rst=3&tok=MjEjc3Rlc=hlbmNob0Bnb29nbGUuY29tZDdhY2EzNGYyZTExZDg2NTlkMWEwMDc3MGZiNjM5MmJkMzMzZTQw=g&ctz=America%2FNew_York&hl=en>IMaybe<http://www.google.com/calendar/h=sted/google.com/event?action=RESPOND&eid=bXJ1M2ZjM3JqZzNnYnJuNzc0MW04M=c0ZDggZWxsZXJzb25AZ29vZ2xlLmNvbQ&rst=4&tok=MjEjc3RlcGhlbmNob0Bnb29nbGU=Y29tZDdhY2EzNGYyZTExZDg2NTlkMWEwMDc3MGZiNjM5MmJkMzMzZTQwZg&ctz=America%2=New_York&hl=en>
>
> View your calendar » <http://www.google.com/calendar/hosted/google.com/=
>
>
>

Highly Confidential