Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
152

To: "Patrick Walker" <pjwalker@google.com>
From: "Karine Macarez" <kmacarez@google.com>
Cc: "Christoph Dawson" <toffi@google.com>, "franziskar" <franziskar@google.com>, "Patricia Garcia" <pgarcia@google.com>, "gilbert" <gilbert@google.com>, "Bill Kipp" <wkipp@google.com>, "Bhanu \(Video Ops\)" <bhanun@google.com>
Bcc:
Received Date: 2006-03-21 17:03:41 CST
Subject: RE: urgent: uk sports sweep

Hi Patrick,

We have reported all the videos regarding the leagues and major sports teams that you provided to us on the sparrow page.
Please find attached an Excel file summarizing the videos reported (we have included the search terms used to find out the videos).
Hope that you will find it useful, let us know if you want us to add more information on it.

We'll send you updated versions as we'll add more videos.

Cheers,

Karine.

---

From: Patrick Walker [mailto:pjwalker@google.com]
Sent: 21 March 2006 10:56
To: Christoph Dawson; franziskar; Patricia Garcia; Karine Macarez; gilbert; Bill Kipp; Bhanu (Video Ops)
Subject: urgent: uk sports sweep

Hi guys,

I hope you all had a great weekend. I have a request for you:

> I'll be attending a seminar on Wednesday (tomorrow) in Dublin with the heads
> of several major sports teams and leagues. It would be much appreciated if
> you could have a quick look through the index and post on the sparrow
> page/take down any clearly infringing, official broadcast footage that you
> notice from these rights holders below. It will be a topic of conversation
> and any support here would be extremely helpful!
>
> Please have a look for video clips extracted from official broadcasts from:
>
> Liverpool Football Club (also search for Liverpool FC)
> Chelsea Football Club (Chelsea FC)
> Manchester United Football Club (Man U, Wayne Rooney, Christiano Ronaldo, etc.)
> Arsenal Football Club (Arsenal FC, Thierry Henry, etc.)
> Sky Sports (BSKYB, etc.)

Any combination of the above, i.e. Sky Sports and Chelsea here:
http://video.google.com/videoplay?docid=-3559827661837345
<http://video.google.com/videoplay?docid=-3559827661837345&q=chelsea+fc>

Highly Confidential

G00001-00923351

&q=chelsea+fc

--
Patrick Walker
Head of Content Partnerships
Google Video, EMEA

Belgrave House
76 Buckingham Palace Road
London SW1W 9QT

pjwalker@google.com

Attachments:

identification take down sports league UK.xls

Highly Confidential