Figueira Decl. Tab 153

To: "Hunter Walk" <hunter@google.com>
From: "Franck Chastagnol" <franckc@google.com>
Cc: "David Stoutamire" <dps@google.com>, "Jay Yagnik" <jyagnik@google.com>, "Chastagnol Franck" <fchastagnol@youtube.com>, "Steve Chen" <steve@youtube.com>, "Hurley Chad" <chadh@youtube.com>, "Thomas Williams" <thaw@google.com>, "Rod Chavez" <rod@google.com>, "Jeremy Doig" <jeremydo@google.com>, "Louis Perrochon" <louis@google.com>, "Karen Seto" <kseto@youtube.com>, "Bindu Reddy" <bindu@google.com>, "Ivan Davtchev" <ivand@google.com>
Bcc:
Received Date: 2007-11-12 22:00:11 CST
Subject: Re: Video Focus Area review: "narrative" doc explaining our future

---

Here are some comments:

Section I (FA Technical Opportunities), Item 3 (Allow anybody to monetize easily and quickly)
In the technical challenges paragraph, I would add the following:
- implement solution for "fresh" content filtering (for instance live TV broadcast)
- open up the content ID platform by exposing APIs usable both by internal and external customers
- pre-publish filtering
- system to handle reference content conflicts
- build framework able to report back to partners aggregated data from all the video monetization sources and playback sources

Section II (Focus Area Health)
In the Success metrics, I would add:
 - total number of partners using VID (broken out by tiers - most important being to get large number of Tier1 partners onboard)
 - hours of reference content in the fingerprinting DB, broken out by audio vs video
 - percentage of US Music Labels catalog for which we have publishing data in YT DB
 - number of UPP partners

In the risks I would add:
 - business may not succeed signing up large content owners to use Video or Audio ID
 - business may not succeed having Music Labels agreeing to provide us with music publisher data
 - business may not succeed in getting a 3d party (such as Harry Fox) to collaborate with us to clear remaining music publisher rights
 - Audible Magic may decide at any time to stop providing us with Audio ID services

Franck

On Nov 7, 2007 10:36 PM, Hunter Walk <hunter@google.com> wrote:

> hi folks -
>
> https://docs.google.com/a/google.com/Doc?id=cgw9b4pc_110c6j79x
>
> this link displays the "narrative" for the Video Focus Area review
> occurring on Friday 11/16. As you might know, the Focus Area review is like

Highly Confidential    GOO001-00980438

> an engineering-driven GPS where the engineering FA leads (jeremy and louis)
> will talk about the technical innovation, direction, risks, etc associated
> with the Video Focus Area (which includes YouTube and Google Video).
>
> A first draft of the narrative has been completed but the goal is to have
> it represent the shared wisdom of the senior engineering team so this group
> is very important. We're trying to lock down the narrative by early next
> week for a pre-11/16 review with Bill C - your review and input by End of
> Weekend is appreciated (the earlier the better)
>
> If folks feel we should pull together for a real time discussion let me
> know and we can set something up. Otherwise pls reply to this thread with
> notes.
>
> *Bindu *- i think it's still a little light on Google Video related OKRs
> and product perspective
> *All *- i think we could be a little more introspective on the internal
> risks we face
>
> Focus area review also includes engineering project allocation. The
> projects and offices for this Focus Area are listed here:
>
> http://effort/index.php?org=eng&office=&editmode=0&vp=&download=0&category=Video[Focus Area landing page is:
> http://effort/]
>
> thanks!
>
> hw
>
>
>
> --
> Hunter Walk
> YouTube Product Management
> hunter@google.com
>
> Check out today's most popular videos: http://www.youtube.com/browse?s=mp

Highly Confidential