Confidential

Figueira Decl. Tab
154 - Part 1

# Copyright 101 for YouTube Partners

Glenn Otis Brown, YouTube
Karin Swope, Keller Rohrback

May 1-2, 2007

**KELLER·ROHRBACK** LLP



G00001-01027023

# Obtaining Legal Advice

- This presentation is for educational and informational purposes.
- We are not your lawyers, and this is not legal advice
- If you want a reference for a lawyer, call your local bar association.



Confidential

G00001-01027024

Confidential

# I. What is a Copyright?

- Original works
- Exhibit a minimal creativity
- Fixed in a tangible medium of expression, so that it can be read back or heard, with aid of machine or directly
- Copyright does not extend to ideas
- Copyright does not extend to facts



G00001-01027025

# I. What is Copyrightable?

- Literary works
- Musical works
- Dramatic works
- Pantomimes and choreographic works
- Pictorial, graphic and sculptural works
- Motion pictures and other audiovisual works
- Sound recordings
- Other works include architectural plans, computer programs, computer games, advertisements, compilations of facts



Confidential

G00001-01027026

# I. What is Not Copyrightable?

- Works that are not in fixed form of expression
- Titles, names, short phrases and slogans (but may be covered by trademark law)
- Familiar/generic symbols, such as a smiley face
- Type fonts, lettering or coloring
- Ideas are not copyrightable
- Facts are not copyrightable
- No protection for government publishing



Confidential

GOO001-01027027