Confidential

# II. Exclusive Rights of Copyright Owner

Figueira Decl. Tab 154 - Part 2

- Reproduce the work
- Prepare derivative works of the work
- Distribute copies of the work
- Perform the work publicly
- Display the work publicly



G00001-01027028

Confidential

G00001-01027029

# III. Copyright Notice

- Notice of copyright is familiar encircled "c," ©, with year of publication and name of copyright holder

- Mark all of your original work, or consider level of protection through Creative Commons

- Copyright notice is not required to copyright your work



Confidential

# IV. Infringement

- To prove copying:

  Access

  - Can be inferred with infringed work is well known. And

  Substantial Similarity

  - Verbatim Similarity
  - Pattern Similarity

- Unintentional Copying is Not a Defense



G00001-01027030

Confidential

# IV. Infringement

- Examples of Copyrighted Content:
    - TV shows
    - Music Videos
    - Videos of Live Concerts or Sporting Events
    - Movies and movie trailers
    - Commercials
    - Photos or images owned by someone else



G00001-01027031

Confidential

# IV. Infringement Remedies

- Preliminary injunction
- Destruction of infringing material
- Actual damages + profits or statutory damages
- Attorneys fees
- Criminal Penalties



G00001-01027032