Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
155

To:
From: "heejunglee@google.com" <heejunglee@google.com>
Cc:
Bcc:
Received Date: 2007-09-26 05:48:41 CST
Subject: [Yt-tech-managers] Weekly Product Updates - Week Ending 9/21/07

<to:
<bcc

*YouTube Weekly Product Updates*
*Week Ending September 21, 2007*

*Mobile, Syndication, Distribution
*

*Hunter Walk – hunter@google.com *

*Items for Escalation*

- Will not meet 9/30 target date for full catalog availability to
syndication partners. Need feedback from PM/SPM to determine appropriat=
level of escalation. W/out escalation, likely date is late November or
December.

*Notable Accomplishments/Decisions Made*

- New mobile engineer started this week!
- Considering de-prioritizing public launch of write/upload APIs in
order to focus on web upload scenarios

*Upcoming Product Releases, Marketing Events or Partner Launches *

- October 8: Video units (content distribution on AdSense)
- October 23-25: CTIA conference at Moscone Center, SF **attendance
only; no marketing event from YT or Google
- October 31: YT Mobile full catalog launch + mobile app TestTube
launch
- January 7-10: CES, Las Vegas
- February 11-14: Mobile World Congress (3GSM) in Barcelona

For more information - *
https://docs.google.com/a/google.com/View?docid=agj3fzmt4m_83gbv678*

Monetization *

*Shashi Seth – shashis@youtube.com *

*Items for Escalation*

- None

*Notable Accomplishments/Decisions Made*
*Shiva Rajaraman*
* In-Video Advertising*
* **   *1. Partner sell-through initial planning kick-off meeting

Highly Confidential

G00001-01053199

scheduled.
   2. 123 partners in the program now
   3. InVideo ad ops training held in NYC
   4. All sales materials here: http://go/youtubesales
   5. Partner whitelist here:
http://go/invideowhitelist<http://go/invideopartners>

*Matthew Liu

Targeted YVA

   - Home Page cutover delayed until 1st week of October
   - Working with Doubleclick to optimize on load time

Promoted Video Slots

   - Need to resolve Compliance issue before cutover
   - Doubleclick consultants advising on several potential implementations
   - Launch pushed back to 10/10 at the earliest - higher-priority projects with PVA and InVideo to come first

Ads Creator

   - First templates in (thanks Jasson):
http://go/jasson/adcreator/2007/09/skinnable-mock.html

   - Close to finalizing wizard design
      - Google 3 infrastructure
      - Package each self-serve InVideo ad as a motif file

For Sale

   - Kicking off discussions on click to buy capabilities on YouTube

*Upcoming Product Releases, Marketing Events or Partner Launches*
- InVideo Music Genre Targeting v1 scheduled for v23
- Improved Claim flow scheduled for v23

 For more information - *
https://docs.google.com/a/google.com/View?docid=chkdw2tv_1c68tzx*

*CYC & Copyright*

*David King - dgking@youtube.com *

*Items for Escalation*

  - None

*Notable Accomplishments/Decisions Made*

  - The first version of the video ID platform will launch in production
  this week. This project began in February, and has benefited from focus=d
  effort ever since. The launch is a huge step forward for YouTube, thoug= it
  is just the beginning of a long march to get everyone that wants it up a=d

Highly Confidential

G00001-01053200

running on the platform.
- To allow some time to stabilize the release, and to get some
partners up and running, we decided to go with a soft launch instead of =
hard launch, meaning we will still release all the components of the
service, and go forward with a few select partners as quickly as we can,=but
we will refrain from announcing the launch to the press. The communicat=on
plan is fully developed in case we have a leak in the meantime (partners=do
sometimes talk).
- Main focus of last minute push was improving the content management
tool UI. Kyle has taken the lead on that, with heavy scrutiny by legal.
We've now scrubbed out all the insider language, revamped the navigation=
and made the design more consistent across the screens.

*Upcoming Product Releases, Marketing Events or Partner Launches*

⟶ 
- Met up with EMI to explain our ID service, and the option of using
Audible Magic within our platform. Also walked them through our needs o=
licensing information, and particular need for music publisher informati=n
to fully clear their catalog. This was our chance to talk to the techni=al
leadership of EMI, and make our case. Hopeful this unlocks their catalo=.

- Working with Turner on testing array of content management
strategies as they want to take leadership role in their industry. Will
start with video ID, but also in discussions around testing digital
watermarking soon thereafter.

For more information -
https://docs.google.com/a/google.com/View?docid=cdkqrwrd_44gbsw4x

*.*

*Editorial Community *

*Mia Quagliarello *- mquagliarello@google.com

- First-ever Autos & Vehicles blog post, @ Frankfurt Auto Show
- Invites out to inaugural Community Council - 5 of 6 users have so
far accepted. Kick-off first week of Nov.
- Joe attended SouthTube, 300+ person user gathering in Marietta, GA
- Jamie D. attended user gathering in Wales
- User outreach for launch videos for Wave 2 launch
- Home page guest editors: Good magazine, lisasimpson; working with
LG15, Waverly Films, eightgr/It's Art Magazine, rayroy for future
guesteditorships
- Planning user panels for Rep Debate (N&P-oriented), SMQ office
(film-oriented)
- Featured peteandbrian's "Fact Checkers Unit," starring Bill Murray
on the home page (goal was to beat Funnyordie's 160,000 views since thei=
manager insisted on posting it exclusively to ForD for 7 days; with 230K
views on YT, goal met!)
- New Pornographers Challenge #2 - featured in music 9/22
http://www.youtube.com/watch?v=LFel_xFO5Bg
- You Choose int'l launches: looks like late November for ES,
potential debate for Poland this month, and eminent launch for UK if PM
Brown calls elections soon
- Votolatio voter reg initiative -- Hispanic voter registration group
looking to partner up with YT for voter reg PSA contest
- Finalizing non-profit program launch on 9/27

Highly Confidential

For more of what we're up to -
https://docs.google.com/a/google.com/View?docid=cct69kdz_1gp7w8q

*Core Product*

*Maryrose Dunton - maryrose@youtube.com*

* Discovery (Rami)
*
*

* *Search
* - UI Search features followup meeting this week for v24 release
 - Meet with video tagging team to discuss search integration with video tags

*Homepage
** *- In talks with Makamaka team for integrating yt activity streams
 - Considering using Makamaka / reactor backend for storing / serving yt activity streams

*Personalization
* - Buzz videos crossed the 3M CTR / day on the homepage (> 50% CTR of active sharing)*
 *- Initial planning of integrating Google Web Optimizer for YouTube
*
*

*Comments*
* *- Slight comments changes being pushed in v21 (infrastructure changes)

*Identity (Maryrose)*
 - Continuing to rev on personalized home page & the guide. Reviewed with Chad last week, hoping to get final approvals on design this week so we can continue development.
 - Personalized Home page, contacts mgmt and video mgmt (videos, favorites, playlists) all scheduled for V25
 - BethEllyn & MRD going down to Santa Monica week 10/2 to discuss channels & phase 2 identity with SMO engineering team.
 - Non-Profit Program on track to launch with V23
*

 NewTube (Maryrose)
* - Working team is meeting twice weekly to iterate and discuss next design version of YouTube (NewTube)
 - Global Tabs, Subnavigation, Videos & Categories Merge, Signup first phas= of NewTube scheduled to ship with V24. See http://go/newtube for more details
*

* *Support Tools (Brian)*
 - v23 Features - Code complete, testing underway.
 - Updating new admin permissions framework, will phase out old permissions on 9/26.

 For more information -
https://docs.google.com/a/google.com/View?docid=cc26w89p_2d574z3<https://=ocs.google.com/a/google.com/View?docid=chkdw2tv_1c68tzx>


*Upcoming Releases*

- V23 goes live this Wednesday 9/26!
- Testing for backward compatibility was completed last week. V22 code should work with V23 DB, clearing the path to update the DML/DDL on= day prior to the code push.
- Upcoming V23 milestones are:
- Code Freeze: Fri 9/14
  - QA/Bug Fix: 9/17-9/25
    - Set up Stage with V23 DB: 9/17
    - Regression Test for Backward Compatibility: 9/18-9/19 (V22 Code w/ V23 DB)
    - Feature Test: 9/20-9/21 (V23 Code w/ V23 DB)
    - Regression Test: 9/24-9/25 (V23 Code w/ V23 DB)
  - DML/DDL Update: 9/25
  - *Push Live: 9/26*

*SQUAD*

*Pim Dubbeldam -
*Items for Escalation*

- BayTsP sent more than *6000* take down requests on Monday.

*Notable Accomplishments/Decisions Made*
*Monetization*

- Validated 115 new videos
- 67 user partners (+1) monetizing 2693 videos
- Sent out first 8 invitation to our partners for OSO optimization service
- Invitation for ACDC went out to UPP partners (FAQs, new T/Cs)
- Successfully completed first end-to-end test for ACDC

*Copyright*

- Started conversation with BayTSP to send notification in batches instead of individual notices
- VID team decided to soft launch Fingerprinting

For more information -
http://docs.google.com/a/google.com/Doc?id=chkdw2tv_12dh47xn

*Operations*

*Paul Tuckfield -
*Items for Escalation*

- I've created 2 bugs relating to db capacity. They should be addressed with high priority
- We need to correctly save country and locale info for non-playback events on the site. until that is done, we cannot publish dashboards

*Notable Accomplishments/Decisions Made*

- we found back end fix for one of the db scalability bugs
- finalized schema for the new datawarehouse database
- generated DW ddl script and started finalizing ETL framework
- continuing work on Microstrategy - created a dashboard that alerts us if spam accounts are being created and generates the list of accounts

For more information - http://docs.google.com/a/google.com/Doc?id=chkdw2tv_36jwz76z

*Partners*

*Richard Kuo - rkuo@google.com *

* Items for Escalation*

  - None

* Notable Accomplishments/Decisions Made*

  - Pipeline and partner updates
    - Sony Pictures - 7 minute minisodes, first Hollywood movie studio partner, technical negotiations focused on reporting and CYC /="do not sue" contract language.
    - Reuters - asking for "traffic assignment" as published by ComScore and Nielson NetRatings - escalated to Chad.
    - NBC - strategic b/c of joint venture between News Corp and Fox/GE. Technical SFTP discussions and integration coming to a close after 5 months.
    - CBS - "the big deal" progressing rapidly towards a EOQ target close. Issue: thumbnail geo-restrict product limitation.
    - Panasonic, Samsung - technical discussions with IPTV team to do YouTube press release for CES in January.
    - Sony walkman - YT streaming app on QVGA wifi device, product limitation providing video resolution metadata via API to help integr=te content into QVGA display.
    - EA - technical proposal discussed w partner - integrate YT upload into Spore application, custom workflow.
  - Engineering and process updates
    - A first cut at a self serve standard partner signup form will release in beta to 200 partners in v23. This will enable us to channe= potential partners in a much more structured and pleasant way.
    - The CYC/Partner website (currently referred to as the Content Manager) received a major user interface overhaul primarily driven by=the Video Identification rollout in v23. Only high priority areas receive= a redesign for this release due to time constraints. More changes and iterations will be forthcoming in future releases.
    - Additional updates to existing tools were made to support the Video Identification rollout, including match policy reports and several new metadata fields in our bulk dump and update tools.
    - A form to accept inquiries from interested Video Identification partners was created for the launch. However, due to t=e desire to keep the launch "soft" for a couple of weeks, this form wil= be pushed only once product greenlights our readiness to accept more partners.
    - Technical pre-sales collateral and a detailed launch process document for Video Identification partners were finalized last week.
    - PSO engineers have begun attending Video ID engineering meetings in preparation for supporting tools requests and escalations=
    - Engineering weekly notes<http://pso-video-jira.corp.google.com/display/YT/PSO+YouTube+Engineer=ng+weekly+updates+-+2007-09-24>

For more information - *
http://wiki.corp.google.com/twiki/bin/view/Main/YT_Partners*

Highly Confidential