To: "Franck Chastagnol" <fchastagnol@youtube.com>
From: "David G King" <dgking@google.com>
Cc:
Bcc:
Sent Date: 2007-04-24 22:31:42 GMT
Subject: Re: V18 Push Notification - small blurb

Figueira Decl. Tab 156

Hi Franck,

I put this in the doc:

CYC
The UI was improved with search now including filtering by date range and view counts. On the policy backend, we imported music publisher information from UMG, giving us a complete license picture of their catalog. This included the ability to add up split information from more than one publisher to get to actionable licenses. All of this information is stored within the label claim. As the license information is completed, we now have an automated process that exports a build list to Audible Magic.

PARTNER INGESTION
Our SFTP drop box was extended to accept data only feeds, allowing us to accept a broad array of information that can help in our licensing efforts. Previously, the drop box only expected to receive partner video feeds, and would reject data only feeds.

VIDEO FINGERPRINTING
Built out FP query server from single machine architecture to allow multiple machines, or greater scale. We also now support dynamic addressing of lookup requests, allowing us to load balance and test the reference side of the service. Post release, we will begin daily increase in percentage of uploads checked against the video fingerprint service from 5% up to 100%. Finally, we are also releasing updated versions of the match algorithm and the FP generator binary.

Feel free to make any changes or additions.

dk


kseto@google.com wrote:
> I've shared a document with you called "Push Notification Emails":
> http://writely.corp.google.com/Doc?id=cdkqrwrd_56grzttm
>
> It's not an attachment -- it's stored online at Google Docs &
> Spreadsheets. To open this document, just click the link above.
> ---
>
> Hi - V18 is this Wed and we generally send out a small blurb on each
> feature once the push is live. Please feel free to email me or put
> your blurb directly in this Writely.
>
> Thanks!
> Karen
>

Highly Confidential                                           GOO001-01523629

> Push Notification Emails
> V18
> <insert here>
>
>
>
>
>

---

156-0002

Highly Confidential

GOO001-01523630