To: "Yi-Ling Su" <yilingsu@youtube.com>
From: "David G King" <dgking@google.com>
Cc:
Bcc:
Sent Date: 2007-03-13 23:44:27 CST
Subject: Re: more publisher questions

Figueira Decl. Tab 157

See below

Yi-Ling Su wrote:
> Started a new thread to not clutter the other one:
>
> 1) Multiple publisher information. Let's say both label and publisher
> upload different information about publishing info about the same song
> ISRC. Will a song have multiple publishers? I assume so so in a
> scenario like this, this could result in a multiple publisher
> situation. Actually updates can be difficult in this scenario since we
> can't tell if the action is to "update" or to "add". It could also be
> explicit in the xml upload like in a current video upload handling.
This question is quite convoluted, but then I guess that is because
music publisher clearing is just that way. We will most definitely
receive conflicting information about the same song from various
sources. I think the best way to manage this is to "add" rather than to
"update" information as it comes in. Much of the data ends up serving
reporting needs so as long as you give people back the same garbage they
provided, it is ok to have discrepancies.
>
> 2) Multiple policies for the same song. I assume that a label could
> set policy on a song to be "rev share" and then a publisher could
> upload info about this song and set policy to "block" in which case,
> the policy for the song will just become block.
Unfortunately, it only takes one block to screw up everyone else's rev
share, but we should still keep the info we got from everyone in case we
can convince the one blocking partner to change their mind.
>
> 3) Once we start storing all the policy information on all side, would
> you want maintenance/edits of the policy database to be able to be
> handled via CYC I assume?
Yes, I think that makes sense. What I don't really like about CYC is
that the only entry point into managing the catalog data is from
videos. I think we'll have to add more tools that operate more directly
on the catalog data as provided by the partner. More on that later...
>
> yi-ling

Highly Confidential                                         GOO001-01179621