To: "Tracy Patrick Chan" <tracyc@google.com>, "David G King" <dgking@google.com>, "Yi-Ling Su" <yilingsu@google.com>
From: "Franck Chastagnol" <franckc@google.com>
Cc:
Bcc:
Received Date: 2007-10-29 08:30:09 GMT
Subject: Music publisher reporting - meeting notes

158

Figueira Decl. Tab
158

my partial notes from our meeting this morning.
Franck

---------------------------------------------------
US:
  - YT pays to Label sound recording rights
  - Labels must provide to YT all Pub info for main US music publishers
  - Main publishers paid directly, for rest we will use an aggregator (HFA)

How do we report to US publishers ?
  - is there a standard ? could we leverage CWR ?
  - we should probably use the YT generic report and drive adoption of it

Publisher aggregators: who are they ?
  - HFA is one (Harry Fox)
  - any other ?

HFA integration:
  - they have a feed to submit data and get back pub rights info (list of pubs, total percentage licensed to HFA, but not per pub percentage )
  - 42% match rate if giving ISRC, higher if providing some pub data

Short term:
  - US publisher report for UMG track (since these are the only we have). This will be available by end of the year.
  - For all the reports for track from other Label, publishers should work directly to them

International
  - pub rights go to collection societies
  - we will get deals with all pub rights in country we localize. for countries we do not have collec society deal for, money will go to US
  - report on what was streamed in a country. use viewcount (as opposed to exhibition count)
  - data to report:
    - all videos in in music cat
    - uploaded by Label
    - all other pro content
  - we can get better rate if we report using their collec society ID

Priority:
1. Get publisher data from all 4 US labels
2. Setup business relationship with HFA. Eng should be involved to make sure contract terms related to YT/HFA integration make sense

Next steps:
  - Tracy/David: get buy-in from business + commitment from them on timelines
  - Tracy/David: setup up product review meeting to present plan to

Highly Confidential                                                                 GOO001-01609294

Chad+Steve
- Yi-Ling: work on music publisher reports for UMG tracks. Target: have solution ready by end of Q4

158-0002

----------------------------------------------------------

Highly Confidential

GOO001-01609295