To:         "Powers" &lt;powers@google.com&gt;
From:      "Matthew Liu" &lt;matthewliu@google.com&gt;
Cc:         "Suzie Reider" &lt;sreider@google.com&gt;, "Jamie Byrne" &lt;jbyrne@youtube.com&gt;
Bcc:
Received Date:   2007-10-04 21:46:52 GMT
Subject:    Re:

Figueira Decl. Tab
159

Hey,

So that is what Jamie and Suzie suggested at today's meeting so maybe there is some miscommunication. I think what they met was no free partner contests (but yes, sponsored contests make a lot of sense).

No need for me to participate. I am just note taker for this particular issue. Feel free to respond directly to the meeting notes after you guys reach consensus.

Matt

On 10/4/07, Powers &lt;powers@google.com&gt; wrote:
&gt;
&gt; Hi
&gt; Suzie, Jamie, Jay and I have a meeting Friday to discuss Contest policies.
&gt; Of the bullets both the 2nd and 3rd ones look suspect. Our current policy
&gt; with BD is that partners can include contests on Brand Channels when there
&gt; is a corresponding ad spend of $500K (e.g. Swiffer is sponsoring a contest
&gt; in January). On the international team we are taking them on a case by case
&gt; basis until we internationlize the contest platform in Q1. In general we
&gt; want to see an ad spend in international markets (e.g. ING bought a
&gt; contest to correspond with the launch of YouTube Canada next month)
&gt;
&gt; Will let you know what comes out of the Friday meeting. If you feel the
&gt; need to participate in that meeting let me know.
&gt;
&gt; Powers
&gt;
&gt; On Oct 4, 2007, at 12:31 PM, Matthew Liu wrote:
&gt;
&gt; Please subscribe to the new mailing list if you would like to receive
&gt; these on an ongoing basis: yt-monetization-weeklyupdates* **
&gt;
&gt; **YVA (fka PVA)**
&gt; *
&gt;
&gt;   - Homepage Cutover scheduled for 10/10
&gt;     - Decision made to continue serving the video ad to WW
&gt;     audience but will be restricted to the .com site
&gt;     - Planning to run UI experiments post v24 with advertiser
&gt;   trial
&gt;
&gt; *InVideo*
&gt;
&gt;   - Live campaigns include 1408, HP, MGM
&gt;   - Genre targeting launched for music partners
&gt;   - *100% conversion of premium watch pages to InVideo Style in v24*
&gt;
&gt; *Ads Creator*

Highly Confidential                                                                                         GOO001-01644802

> 
> - Making solid progress with Bangalore team
> - InVideo wizard and preview being implemented
> - Exploring billing options with Google Checkout
>
> *For Sale
> *
>
> - *Exploratory stages with Bangalore team*
>
> *YT Custom Taxonomy/Mapping*
>
> - Continuing efforts with Santa Monica office to create a new
> taxonomy and automated classification of search query terms and videos
> - Interested parties are core product for community and ads
> targeting for monetization - joint effort
> - New YT categories/subcategories to defined by next meeting
>
> *Sales Updates *
>
> - Product requests weekly reports for RFPs, pipeline, and officially
> booked items
> - *Suzie, Alex, Jeff D. to tackle this issue*
>
> *Sales Asks*
>
> - Need mocks for official Q4 roadmap (e.g. new YVA, Promote Your
> Video, InVideo Ads Creator, Adsense experiments)
> - Brainstorming auction process for packages (e.g. evolution of
> dance) that may eventually evolve into a product
> - Contests Gadget policies defined
> - Community teams can use for house promotion when there is a
>   monetization opportunity
>   - BD team cannot use these for partner brand channels
>   - International team can use these for promotion
>   - Customized gadgets for vertical brand channels (Lab Pixies)
> - need management buy-off
>
>
>
>

159-0002

Highly Confidential

GOO001-01644803