Q1 CYC Priorities -
Feature List

| Feature name | Priority | Target date | System - Project | Engineering scope | Owner and Status | Feature details | Notes |
|---|---|---|---|---|---|---|---|
| Automate policy upload to AM | 1 | 2/21/2007 | CYC data | | DK | As we process incoming rights, automatically upload policies and DB build list to Audible Magic | |
| Rev share scenarios | 1 | 2/21/2007 | CYC Deals | | DK | Create comprehensive view of all rev share liabilities and how they interact, including YT, users, disty partners, labels, music publishers, video providers, ad networks, etc. This is vital to ensuring that our range of deals and programs around CYC are compatible with each other. | |
| Turn on fingerprinting | 1 | 2/14/2007 | FP | | DK | Start with UMG, and add other labels as appropriate. As block policies come in, revisit user experience in production to sanity check and optimize. After target date, management of policy database remains ongoing. | In general, fingerprinting projects associated with AM will increase greatly in priority if Google fingerprinting looks unlikely. |
| Video fingerprinting pilot | 1 | 3/28/2007 | FP | | DK | Work with Jay and Jeremy on defining YT specific requirements, and Steve on pushing priority | |
| AudioSwap Bug Fixes | 1 | 2/21/2007 | AudioSwap v2 | | ML | Fix v1 bugs: 1. Remove default mute on player, 2. Add seeking capability and least common denominator status bar, 3. Publishing ability wired on | |
| Browse Taxonomy/Search for Editor | 1 | 2/21/2007 | AudioSwap v2 | | ML | Improve navigation of song catalog with search and browse features. | Add in auto-complete pending approval by Ops |

| New Flow for selecting video to edit | 1 | 2/21/2007 | AudioSwap v2 | | ML | Users need a pro-active way to access and select from their videos before swapping audio as well as new messaging for MyVideos page and TestTube page | |
| Viacom takedown automation | 1 | | PSO | | ML to transfer to PSO team | Determine policy for how we manage Viacom takedowns, adding as much automation as we can, without letting them block music fingerprints controlled by other partners. This is primarily a relationship management problem, and no engineering work should be done until we have worked out a clear policy. Matt will take this up with the PSO team. | |
| Additional Features | 1.5 | 2/21/2007 | AudioSwap v2/v2.5 | | ML | Audio slider (offset), fading of audio | |
| Publish New Video | 1.5 | 2/21/2007 | AudioSwap v2/v2.5 | | ML | Pro-active editing will allow users to publish a new video as opposed to replacing their old video | |
| Audible Magic - DB split | 2 | 3/21/2007 | FP | | DK | Separate DB's for UGC vs. commercial videos | |
| → Consolidate publisher rights | 2 | 3/21/2007 | CYC Data | | DK | We will receive fractional ownership information from publishers. We must consolidate this information to produce a Y/N decision on track rights. This is the barebones ability to manage publisher rights using data provided by labels. | |
| CYC for CBS | 2 | 3/14/2007 | CYC Deals | | ML | Does CBS have any specific requirements | |

Highly Confidential

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Audible Magic - match accuracy | 2.5 | Q2 | FP | | DK | Does it make sense to improve audio fingerprinting to sample entire audio track instead of first 60 seconds if we don't have video fingerprinting soon to improve comprehensiveness? Also, should we require entire table scan for every FP reference check to return best match instead of first match to improve accuracy? | |
| Automate song reception | 2.5 | | AudioSwap Support | | ML | Drop box for automated xml deliveries of audio | |
| Commerce Link | 2.5 | | AudioSwap v2.5 | | ML | Include commerce links | Priority and implementation subject to change depending on BD discussions |
| Prevent MP3 direct downloads | 2.5 | | AudioSwap Support | | ML | Make play buttons virtual URL's that expire after single click | |
| Audible Magic - delete API | 3 | Q2 | FP | | DK | As we identify audio fingerprints that produce incorrect matches, we want an API allowing us to delete those fingerprints from our reference tables | |
| Music policies - automate reception | 3 | Q2 | CYC data | | DK | Drop box, and processing of xml and excel files received from music labels and publishers to ingest their track policies | CYC data projects increase in priority as volume of deals grows. |
| N-way rev sharing | 3 | Q2 | CYC Data | | DK | Determine if N-way rev sharing is needed to satisfy music publisher deals, and spec out mechanics of reporting | |

GOO001-01905864

Highly Confidential

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Store Publisher metadata | 3 | Q2 | CYC Data | | DK | Publishers will send us lists of blocked artists, metadata, and split information. We must be able to store this data without overwriting information received from other sources such as labels. This is a more full-featured ability to manage publisher rights using data provided by publishers, and mapping those views back to label data. | |
| Reporting - international | 3 | Q2 | Reporting | | DK, partner roadmap | Reporting by country or geographic region is required by some content partners (shared requirement with partner roadmap) | |
| Reporting for publishers | 3 | Q2 | Reporting | | DK, partner roadmap | What are reporting requirements for publishers, or will all reporting go through labels? | |
| Upload flow roadblock | 3 | | AudioSwap v3 | | ML | Introduce AudioSwap during initial upload process | |

G00001-01905865