Figueira Declaration Tab 161

Filed Under Seal Pursuant to Protective Order at Request of Defendants