Figueira Declaration Tab 162

Filed Under Seal Pursuant to Protective Order at Request of Defendants