Figueira Declaration Tab 163

Filed Under Seal Pursuant to Protective Order at Request of Defendants