Figueira Declaration Tab 164

Filed Under Seal Pursuant to Protective Order at Request of Defendants