Figueira Declaration Tab 165

Filed Under Seal Pursuant to Protective Order at Request of Defendants