Figueira Declaration Tab 166

Filed Under Seal Pursuant to Protective Order at Request of Defendants