Figueira Declaration Tab 167

Filed Under Seal Pursuant to Protective Order at Request of Defendants