Figueira Decl. Tab 168

| | |
|---|---|
| To: | "shashis@google.com" <shashis@google.com> |
| From: | "Hunter Walk" <hunter@google.com> |
| Cc: | "Sakina Arsiwala" <sakina@google.com>, "Chad Hurley" <hurley@google.com>, "Steve Chen" <steve@youtube.com>, "Karen Seto" <kseto@youtube.com>, "Maryrose Dunton" <maryrose@youtube.com>, "David Eun" <deun@google.com> |
| Bcc: | |
| Received Date: | 2007-06-26 20:42:41 GMT |
| Subject: | Re: Deck to be reviewed at todays product review |

hi guys -

thanks for sharing in advance. since i likely won't call in due to time zone challenges, wanted to circulate my comments

1) Seems like there are some asks around a partner-only browse experience. I understand why you're going here but I'd also like to be very careful in that:

a) we don't make the site feel like Partner World because that changes the entire nature of who we are. For example, if you want to browse music videos do something like this:

  - List by Artist, by title (plus whatever sort of genre, promotional slots, etc you want to create)
  - shows thumbnail, metadata, link to the partner video via
    query=<title> and account type=<partner>
    - along with a link that says "see all <title>" and resolves to
    our search results page where that partner video might be first or 100th in
    relevancy among other user uploads
    - it's important to make sure we're always highlighting the fact
    we have user content - lip sync, mashups, reviews, etc -- otherwise we're no
    better than Quicktime Trailers or Yahoo Music, etc.

b) we realize that it won't be a panacea - that the right long-term answers are a variety of more attractive Category browse experiences, dupe detection/clustering within search to elevate canonical content, etc.

c) It's also about making our current PROMOTION more targeted - we waste lots and lots of impressions every day on bad promotion. Does PYV help us here? If Partner Monetization is the focus should we work less on monetizing the site for ourselves (search page monetization) and focus those efforts on making money for partners? Take that 300x250 slot and put it below the promoted videos?

2) I would also ask that whatever we do here is part of Virginia's Verticals re-imagining because that's really one of the ways we're going to highlight partner content on pages that users will actually go to on a repeated basis. If we want to create some constraints to help get some of the partner-benefiting work done first, that's fine. Virginia has engineers and UE allocated and will be working on getting stuff rolled out starting v22. Please make sure we don't disempower her or her efforts by running a category evolution separate from her leadership. We've asked her to work closely with Content BD and Monetization to make sure her project meets your needs.

Highly Confidential    Expert - Lics    GOO001-02737286

i'm sure i'm missing many of the nuances that will be discussed, but wanted to get this out there

168-0002

thanks (or whatever the Swiss equivalent is)

hw


On 6/26/07, Shashi Seth <shashis@google.com> wrote:
>
> Hi:
>
> We will be reviewing this deck at the product review. I thought you might
> like it in advance of the meeting.
>
> --
> Shashi Seth
>
> What Primetime? There is no more Primetime! YouTube users decide when it
> is primetime - and that will change the dynamics of TV and Video
> advertising.
>



--
Hunter Walk
YouTube Product Management
hunter@google.com

Check out today's most popular videos: http://www.youtube.com/browse?s=mp