To: 'Steve Chen' <steve@youtube.com>
From: Jamie Byrne <jbyrne@youtube.com>
Cc: 'Chad Hurley' <chad@youtube.com>
Bcc:
Received Date: 2006-08-16 04:08:00 GMT
Subject: RE: Search w/vEmbed mockup

Figueira Decl. Tab 169

I am thinking that DART can provide a stop-gap solution to quick search monetization.

* We tag all search results pages with the position indicated by Form's mock-up.

o DART gives us ability to geo-target, demo-target, schedule ads and report on basic metrics on Domestic Search inventory

* We may even be able to track video initiation through DART

o International markets green-lit to sell 300x250 ads in the same position - Run-Of-Search - to generate revenue and offset serving fees

* We create an embed player with the community features included in the Flash file

o DART can serve the entire embed with all functionality of current home page unit

* We develop a way to allow targeting by Category in Search

o We bundle inventory (site-wide category-targeted video ads / banners) or approve Category targeting in Search

o I believe we can figure out a way to do this without violating safe harbor

* Chad's idea of using how the individual videos on the results page are categorized to project a Category for the entire Search Results page makes the most sense to me

o (I have a hard time understanding how we can target by Category on Watch Pages, but not in Search)

* We use this solution until we can build something more robust and more tailored to our environment and the metrics we need

I think this path gets us up and running very quickly and with a really robust and valuable offering. I think Category targeting is key and I think, as a stop-gap solution, DART gives us everything else we need for now.

Can you see something like that working as a solution?

Jamie

---

From: Steve Chen [mailto:steve@youtube.com]
Sent: Tuesday, August 15, 2006 7:45 PM
To: Jamie Byrne
Cc: 'Chad Hurley'
Subject: Re: Search w/vEmbed mockup

Jamie --

I hear what you're saying. The challenge that I'm faced with is, you're not going to have all those things for a few months. Geo-targeting, etc, will take a while to complete. In addition, most of engineering will be occupied with the database split project for the next 3 weeks.

> I was hoping to do something quick to monetize that search results page in the mean time but not at all excluding future opportunities to further segment and target.

-s

On Aug 15, 2006, at 7:24 PM, Jamie Byrne wrote:

Steve:

I wouldn't say "can't" - it is just not the best way to roll out this inventory.

I think this inventory has huge potential for us and we should try to roll it out in the right way. Advertisers are going to expect some sort of segmentation or targeting ability. If we just have ROS, we can probably sell some of the inventory - it is just not a blue-chip offering and we're not necessarily going to have defensible CPMs.

This placement would have different dynamics than the front page. We would sell by impression levels and have many campaigns running at the same time.

To roll this out in the right way, we would need:

*   Category Level Targeting / Bucketing (I'm convinced we can figure out a way to do this within safe harbor)
*   Some level of "initiation" or "play" reporting

There is a huge need for video inventory online and this could be a killer app for us. I think a comprehensive solution that meets a full-set of advertiser's video needs is a bigger win for us than one that goes part of the way there.

We are looking at potential inventory levels and what we think we might be able to generate in revenue from an ROS, Category and Demo point-of-view. We should have something to share in the next day or so.

Jamie


-----Original Message-----
From: Steve Chen [mailto:steve@youtube.com]
Sent: Tuesday, August 15, 2006 5:01 PM

To: christoForm  
Cc: Chad Hurley; Jamie Byrne  
Subject: Re: Search w/vEmbed mockup

169-0004

Slick, that looks pretty good!

Jamie, it's your belief that we can't monetize that w/o targeting?

-s

On Aug 15, 2006, at 10:08 AM, christoForm wrote:

>

---

Highly Confidential　　　　　Expert - Ads　　　　　GOO001-02816988