Figueira Declaration Tab 170

Filed Under Seal Pursuant to Protective Order at Request of Defendants