Figueira Declaration Tab 171

Filed Under Seal Pursuant to Protective Order at Request of Defendants