Figueira Declaration Tab 172

Filed Under Seal Pursuant to Protective Order at Request of Defendants