Figueira Declaration Tab 173

Filed Under Seal Pursuant to Protective Order at Request of Defendants