Figueira Decl. Tab 174

```
To:              "Matthew Liu" <matthewliu@google.com>        174
From:            "Max Maxwell" <maxwell@google.com>
CC:              "Thomas Williams" <thaw@google.com>, "Scott Bruce"
<sbruce@google.com>, "Dominic Mazzoni" <dmazzoni@google.com>, "Aaron Lee"
<akylee@youtube.com>, "Nadine Harik" <nadineh@google.com>
BCC:
Sent Date:       2007-07-23 20:14:48 GMT
Subject:         Re: Fat Cat
```

We tried to call in, but the participant number was invalid.

On 7/23/07, Matthew Liu <matthewliu@google.com> wrote:
>
> Hi Max,
>
> We are waiting on the conference line. Are you still able to join? I
> didn't see your note about adding a VC room in SMO unfortunately but the
> dial in is there (we aren't in VC either).
>
> Matt
>
> On 7/17/07, Max Maxwell <maxwell@google.com> wrote:
> >
> > Hi Matthew,
> >
> > Friday or Monday should be fine for a meeting, especially if it's
> > between 12 and 6. In addition to sbruce@ and dmazzoni@ above, you might add
> > mote@ to this meeting.
> >
> > Some comments inline...
> >
> > On 7/15/07, Matthew Liu < matthewliu@google.com > wrote:
> > >
> > > Glad to meet you all. Thanks for the intro Thomas.
> > >
→  > > > Here at YT we have a very high priority in monetizing YT search pages.
> > > YT search is fundamentally different from Google.com, in that keywords
> > > are not always the best proxy for what a user may be interested in (it's
> > > less of a seek for information/products as a looser browse experience in
> > > many cases). Throw in some additional business/legal policy, we decided to
> > > roll forward with targeting search verticals instead of keywords. Basically,
> > > we wanted to have a keyword-to-vertical mapping system to bucket search
> > > queries into marketable categories that advertisers can purchase (also note,
> > > this is not a bid model yet but a direct sales one).
> > >
> > > To create a homegrown classification system would obviously take a lot
> > > of work. In the interest of speedy time to market we have instead borrowed
> > > the CAT2 vertical classification system (which I believe originates from SMO
> > > and originally was designed for identifying the "type" of vertical a
> > > publisher site was by looking at keywords). This has already been built into

Highly Confidential                                              GOO001-07165570

```
> > > our search results and we will shortly begin monetizing on these
verticals
> > > of content.
> >
> >
> > This sounds very close to our existing DSO ads product, "vertical
> > targeting", which allows advertisers to select from 750 verticals, and
> > compete in the auction for placements where the page is detected to fall
> > within that vertical category.
> >
> > Vertical classification wasn't built explicitly for keyword
> > classification, though several teams use it to that end. Most prominent
> > vertical classification applications are optimized for page or website
> > classification.
> >
> > Now that we have more or less completed a working prototype that can
> > > kickstart our monetization efforts, I wanted to dive down deeper. I
wanted
> > > to learn more about the classifiers work that is being done to really
> > > understand what the underlying paradigms are.
> >
> >
> > Vertical classification piggybacks on Rephil. Are you familiar with
> > Rephil?
> >
> > You might also want to consult our documentation in advance of a
> > meeting:
> >
> >
> >
http://wiki.corp.google.com/twiki/bin/view/Main/CatTeam#Use Verticals for Your
_Project
> > https://www.corp.google.com/eng/designdocs/content-ads/vertical-
categorization.html
> >
> >
> > Further, I would like to explore how the library (rather, a copy of the
> > > library) may possibly be tweaked for YT by learning off of YT historical
> > > data. For example, the majority of our queries are less geared to
products (
> > > e.g. terms such as 'panda' trigger software on google.com as the
> > > highest probability match but we would want to match it to the animals
> > > vertical on YT).
> >
> >
> > I should counsel that this may be more difficult than you anticipate,
> > depending on what you mean by "library" and "tweak". Since our
> > classification piggybacks on Rephil, you may consider training a custom
> > Rephil model based on Youtube search sessions and user-contributed tags.
We
> > have scripts that can help you migrate some of our vertical labels to a
> > custom Rephil model.
> >
> > Max
> >
> > If it makes sense, somewhere in the far future, YT will probably want a
> > > completely separate classification mapping so that our targeting against
> > > queries is most relevant. Any information that you can share about your
team
> > > would be great. At some point, I'd like to chat on the phone or pay a
```

Highly Confidential

```
visit
> > > to SMO with some of our engineers (CC'ed here).
> > >
> > > Thanks. Looking forward to learning more.
> > >
> > > Matt
> > >
> > >
> > >
> > >
> > > On 7/10/07, Thomas Williams < thaw@google.com > wrote:
> > > >
> > > >
> > > >
> > > > Hey everyone meet Matthew Liu a YouTube PM (on the monetization side
> > > > I believe?)
> > > > He didn't see Scott's (very casual no-slides) presentation, so I
> > > > thought I'd introduce you folks via email.  Matthew, other than
suggesting
> > > > you start at the P page or wiki, is there a specific question or area
> > > > related to our Classifiers that the team could help you with?
> > > >
> > > > Cheers,
> > > >
> > > > -thaw-
> > > >
> > > >
> > > >
> > > > On 7/9/07, Matthew Liu <matthewliu@google.com > wrote:
> > > > >
> > > > > Hi Thomas,
> > > > >
> > > > > Unfortunately I had a conflict on Friday and was unable to call in
> > > > > to the Fat Cat demo. Can you provide me with any slides and contact
> > > > > information for that team so I can follow up and begin learning more
about
> > > > > their great work? Thanks in advance.
> > > > >
> > > > > Matt
> > > > >
> > > >
> > > >
> > >
> >
>
```

174-0003

Highly Confidential                                                                                      GOO001-07165572