Redacted Pursuant to Protective Order
at Request of Defendants

Figueira Decl. Tab
175

175

To: "Shiva Rajaraman" <shivar@google.com>
From: "Dean Yasuda" <dumbunny@google.com>
Cc: "Richard Kuo" <rkuo@google.com>,
Bcc:
Received Date: 2008-02-16 04:22:31 CST
Subject: Re: [Youtube-monetization] Low CPMs for January.

Sorry about the 10's. That was a bad grep ("0.00" instead of "10.00"). The 10's are worth 10. Ignore them.

--Dean

On Fri, Feb 15, 2008 at 8:06 PM, Shiva Rajaraman <shivar@google.com> wrote:

> Looks good. Note the others are largely companions or controllers which
> are value ads to the InVideo master (and served with them). These are
> appropriately 0 rate as they do not eat up inventory (they are served with
> the InVideo master 480x70 ad which does have a rate) We should exclude
> these in analysis.
>
> *However - i do see some strange things here - can you clarify:*
>
> *Some of these however have rates ($10CPM) - are they being counted for
> revenue?
> **excerpted examples:*
> com.ytpwatch.music/main_6,Partner Watch Page 300x250 Targeted:Music IAB
> Standard Display Ad (Demo-Targeted),10.00,498460
> com.ytpwatch.music/main_1,Partner Watch Page 300x250 Run of Partner Watch
> IAB Standard Display Ad (Demo-Targeted),10.00,504802
> com.ytpwatch.music/main_2,Partner Watch Page 300x250 Targeted:Music IAB
> Standard Display Ad (Demo-Targeted),10.00,561194
> ...
> com.ytpwatch.music/main_6,Partner Watch Page 300x250 Run of Partner Watch
> IAB Standard Display Ad (Demo-Targeted),10.00,831321
> com.ytpwatch.music/main_2,Partner Watch Page 300x250 Run of Partner Watch
> IAB Standard Display Ad (Demo-Targeted),10.00,918038
>
> *And this one is an anomaly that we should research further with adops:*
> uk.ytpwatch.music/main_6,Google Categories Main 300x250,0.00,1281281
>
> On Feb 15, 2008 7:51 PM, Dean Yasuda <dumbunny@google.com> wrote:
>
> > Looks like you're right. Here are the most common:
> >
> > pl.ytpwatch.music/main_2,Non licensed Music partner music watch pages,
> > 0.00,2573448
> > com.ytpwatch.music/main_1,Non licensed Music partner music watch pages,
> > 0.00,2594168
> > br.ytpwatch.music/main_6,Non licensed Music partner music watch pages,
> > 0.00,3647059
> > br.ytpwatch.music/main_2,Non licensed Music partner music watch pages,
> > 0.00,4687008
> > fr.ytpwatch.music/main_6,Non licensed Music partner music watch pages,
> > 0.00,4692215
> > es.ytpwatch.music/main_2,Non licensed Music partner music watch pages,
> > 0.00,5371442

Highly Confidential

GOO001-01315683

```
> > fr.ytpwatch.music/main_2,Non licensed Music partner music watch pages,
> > 0.00,5471070
> > es.ytpwatch.music/main_6,Non licensed Music partner music watch pages,
> > 0.00,6867915
> > com.ytpwatch.music/main_6,Non licensed Music partner music watch pages,
> > 0.00,71579656
> > com.ytpwatch.music/main_2,Non licensed Music partner music watch pages,
> > 0.00,76287144
> >
> > Here are the most common ones that have a different description:
> >
> > com.ytpwatch.sports/main_1051,invideo controller,0.00,289365
> > com.ytpwatch.music/main_1,InVideo Partner Watch ROS 300x250 companion,
> > 0.00,293413
> > com.ytpwatch.sports/main_170,invideo controller,0.00,294819
> > com.ytpwatch.music/main_1,Invideo Partner Watch ROS 450x60 controller,
> > 0.00,300588
> > com.ytpwatch.music/main_6,Partner Watch Page 300x250 Targeted:Music IAB
> > Standard Display Ad (Demo-Targeted),10.00,498460
> > com.ytpwatch.music/main_1,Partner Watch Page 300x250 Run of Partner
> > Watch IAB Standard Display Ad (Demo-Targeted),10.00,504802
> > com.ytpwatch.music/main_2,Partner Watch Page 300x250 Targeted:Music IAB
> > Standard Display Ad (Demo-Targeted),10.00,561194
> > com.ytpwatch.sports/main_3,MM YouTube InVideo Overlay and Companion
> > Partner Watch Page Targeted:Sports 480x70 overlay and 300x250 companion,
> > 0.00,567159
> > com.ytpwatch.sports/main_3,invideo companion,0.00,659959
> > com.ytpwatch.sports/main_3,invideo controller,0.00,674872
> > com.ytpwatch.music/main_6,Partner Watch Page 300x250 Run of Partner
> > Watch IAB Standard Display Ad (Demo-Targeted),10.00,831321
> > com.ytpwatch.music/main_2,Partner Watch Page 300x250 Run of Partner
> > Watch IAB Standard Display Ad (Demo-Targeted),10.00,918038
> > com.ytpwatch.sports/main_19,MM YouTube InVideo Overlay and Companion
> > Partner Watch Page Targeted:Sports 480x70 overlay and 300x250 companion,
> > 0.00,1202203
> > uk.ytpwatch.music/main_6,Google Categories Main 300x250,0.00,1281281
> > com.ytpwatch.sports/main_19,Invideo companion,0.00,1419937
> > com.ytpwatch.music/main_2,InVideo Partner Watch ROS 300x250 companion,
> > 0.00,1431930
> > com.ytpwatch.music/main_6,InVideo Partner Watch ROS 300x250 companion,
> > 0.00,1447096
> > com.ytpwatch.sports/main_19,invideo controller,0.00,1454116
> > com.ytpwatch.music/main_2,Invideo Partner Watch ROS 450x60 controller,
> > 0.00,1471132
> > com.ytpwatch.music/main_6,Invideo Partner Watch ROS 450x60 controller,
> > 0.00,1485454
> > uk.ytpwatch.music/main_2,Google Categories Main 300x250,0.00,1513242
> >
> > 1=WNG 2=SonyBMG 3=CBS 6=UMG 19=NBA 170=HearstArgyle
> > 1051=TeamFlightBrothers (A company of basketball players with amazing
> > vertical leaps)
> >
> >
> >
> >
> > --Dean
> >
> >
```

Highly Confidential

GOO001-01315684

```
> >
> >
> >
> >
> >
> > On Fri, Feb 15, 2008 at 7:28 PM, Shiva Rajaraman <shivar@google.com>
> > wrote:
> >
> > > There should be no zero rate house ads on Partner Watch.
> > > Only zero rate blockers should be Music Partner inventory on the
> > > regions we cannot monetize due to music publisher agreements that need to be
> > > negotiated.
> > >
> > > Can someone confirm what these ads are?
> > >
> > > Shiva
> > >
> > >
> > > On Feb 15, 2008 4:23 PM, Thai Tran <thai@google.com> wrote:
> > >
> > > > On Fri, Feb 15, 2008 at 4:21 PM, Dean Yasuda <dumbunny@google.com>
> > > > wrote:
> > > >
> > > > >
> > > > > ad_rate  impressions    revenue
> > > > >  0.00    282314729    0.000000
> > > >
> > > >
> > > > What are these 0 ad rates?  House ads?
> > > >
> > > >
> > > >
> > >
> > >
> > > --
> > > Shiva Rajaraman
> > > shivar@youtube.com
> > > [redacted]
> > > [redacted]
> > >
> >
> >
>
>
> --
> Shiva Rajaraman
> shivar@youtube.com
> [redacted]
>
```

Highly Confidential