```
 1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    VIACOM INTERNATIONAL INC., COMEDY  )
 3  PARTNERS, COUNTRY MUSIC            )
    TELEVISION, INC., PARAMOUNT        )
 4  PICTURES CORPORATION, and BLACK    )
    ENTERTAINMENT TELEVISION LLC,      )
 5                                     )
                   Plaintiffs,         )
 6                                     )
    vs.                                ) NO. 07-CV-2203
 7                                     )
    YOUTUBE, INC., YOUTUBE, LLC,       )
 8  and GOOGLE INC.,                   )
                                       )
 9                 Defendants.         )
    _____)
10                                     )
    THE FOOTBALL ASSOCIATION PREMIER   )
11  LEAGUE LIMITED, BOURNE CO., et al.,)
    on behalf of themselves and all    )
12  others similarly situated,         )
                                       )
13                 Plaintiffs,         )
    vs.                                ) NO. 07-CV-3582
14                                     )
    YOUTUBE, INC., YOUTUBE, LLC, and   )
15  GOOGLE, INC.,                      )
                                       )
16                 Defendants.         )
    _____)
17
18       30(b)(6) VIDEOTAPED DEPOSITION OF STORM DUNCAN
                  SAN FRANCISCO, CALIFORNIA
19                WEDNESDAY, JULY 16, 2008
20
    BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CLR
21  CSR LICENSE NO. 9830
    JOB NO. 15373
22
23
24
25
```

Figueira Decl. Tab 178

1           sampled; correct?")
2           THE WITNESS: So the -- the premium/removed
3    category is 189 of the 424, and 189 of the 301. So
4    the percentage 63 percent is 63 percent of the net
5    total, so hopefully that answers your question, I
6    think.
7           MR. HOHENGARTEN: Q. It's 63 percent of the
8    net total which excludes the URLs that aren't valid?
9       A    That's correct, which is, I think, the
10   definition of net total for purposes of this, which I
11   think you established as well, so sure.
12      Q    And the "No" category is 37 percent of that
13   net total; correct?
14      A    That's correct, yes.
15      Q    So setting aside the URLs that aren't valid,
16   the remaining sample of videos, the net total, breaks
17   down into 63 percent that are premium removed and
18   37 percent that are no; correct?
19      A    That's correct.
20      Q    And the premium/removed category includes
21   content that is copyrighted in whole or substantial
22   part, plus removed, which are links that were taken
23   down; right?
24      A    Yeah, that's how it's categorized here
25   from -- from the Google folks.

1  Q   And the no category is categorized here by
2  the people from Google as no copyright but includes
3  commercials, trailers, public service, promos, and
4  true UGC; right?
5  A   That's correct.
6  Q   What is -- what is your understanding of the
7  phrase "true UGC"?
8  MR. VOLKMER: Objection to the form of the
9  question.
10 THE WITNESS: I think that the initials UGC
11 probably stand for user-generated content.
12 MR. HOHENGARTEN: Q. And true UGC?
13 A   I'm not sure. I mean, true UGC is just
14 honest UGC. Honestly, you know, user generated. I
15 would assume it's implying the users had generated
16 that content through their cell phones, or through a
17 video camera, or something along those lines.
18 Q   Okay. And that true UGC is encompassed in
19 the no category; right?
20 A   That's correct.
21 Q   Now, the no category also includes
22 commercials, trailers, public service announcements,
23 and promotions; right?
24 A   That's correct.
25 Q   And together the true UGC, plus those other