Figueira Declaration Tab 179

Filed Under Seal Pursuant to Protective Order at Request of Defendants