**Search Monetization Blacklist**

**Objective:** Implement a blacklist to prevent ads from being shown against a list of blocked terms (e.g. piracy, infringement, bootleg), etc.

**Proposed Implementation:**

1. YT will look at search query user enters and compare it to a hard-coded (for now) list of blocked terms.
    1. The hard-coded list can only be updated with new push schedules.
    2. Until further need arises, an admin tool that allows for dynamic addition of blocked terms will not be implemented.
2. If a match is found, YT will prevent valid ad tags from being written into the search results page.
    1. A new ad tag (e.g. you.results/blacklistterm) will be used so that the frequency of blacklisted terms can be tracked.
3. This will, in turn, ensure that no PVA or 300x250 display (or any other form of ads) is rendered in the HTML.

Figueira Decl. Tab 180