```
To:             "Manish Gupta" <manish@google.com>
From:           "Matthew Liu" <matthewliu@google.com>
CC:             bhavesh@google.com, "Rohit Dhawan" <rohit@google.com>,
"Chris Beckmann" <beckmann@google.com>, "Shashi Seth" <shashis@google.com>,
"Shiva Rajaraman" <shivar@google.com>, "Jeff Mayo (jmayo)" <jmayo@google.com>,
"Alex Jakovleski" <ajakovleski@google.com>, "James Byrne" <jbyrne@google.com>,
"Aaron Lee" <akylee@google.com>, "Erik Klein" <eklein@google.com>,
hho@google.com, "Jill Huchital" <jah@google.com>, "Chao Cai"
<ccai@google.com>, "Dmitriy Portnov" <dportnov@google.com>
BCC:
Sent Date:      2007-05-18 17:49:29 GMT
Subject:        Re: Updated Targeting Methodology for YouTube Search:
PLEASE REVIEW
```

Hi chris, Manish,

Chris, you are correct. We do not need forecasting for custom keywords. Any ETA for advertiser reporting? Manish, yes, thanks for clarifying for everyone. Sorry if

On 5/18/07, Manish Gupta <manish@google.com> wrote:
>
> Looks great - just a couple of comments inline...
>
> On 5/18/07, Matthew Liu <matthewliu@google.com> wrote:
> > Hello all,
> >
> > Bhavesh, to begin, I'd like to introduce myself. We haven't met yet but
> > I am
> > a PM on the YT side working on Search Monetization. We have been working
> > very closely with various folks on the video ads/GAM teams to figure out
> the
> > best way to monetize search. I was told today that you lead the GAM
> > engineering efforts and wanted to keep you in the loop as well.
> >
> > Today, a bunch of YT and Video Ads folks met to hammer out exactly how
> we
> > would allow targeting by both ad verticals and selected keywords through
> > GAM. We (Jill, Manish, Chao, Dmitriy, Jeff, Alex, Shiva, Aaron, and
> myself)
> > believe we have reached consensus on the desired implementation model
> and
> > want to bring this proposal to the larger group. In previous threads, we
> had
> > discussed several alternative implementations, but after much
> deliberation,
> > the following is what we agreed on. If there are any comments/questions,
> > please let us know.
> >
> > Finally, I have one question for Bhavesh, Rohit, and Chris. Regarding
> > reporting, what is in place for reporting back to the advertiser? I know
> > there is UI in GAM that reports data back to ad traffickers but is there
> an
> > output (XML? email? advertiser UI?) that shows campaign results to the
> > advertiser?
> >
> > Thank you all.

> >
> > Matt
> >
> > Pre-processing
> >
> > 1. YouTube will take the search query and ping the CAT2 vertical server
> to
> > return an ad vertical ( e.g. 'nba' query maps to 'Sports/Basketball'
> > vertical)
>
> Just to be clear - it is not the cat2 vertical server that gets pinged
> here. It is a separate server farm which billy biggs has set up that
> run his own servers (which use the same phil clusters and vertical
> categorization as cat2 vertical server).
>
> > 2. YouTube will pass both the ad vertical and the query in the GAM tag
>
> YouTube will pass the text of the vertical and the keywords together
> in the keywords parameter which will be used for backfill.
>
> This keyword parameter may or may not be (I am not sure here) the same
> as the custom keyword parameter described below.
>
> > Targeting by Vertical
> >
> > 1. One ad slot will be created for each Google Ad Vertical - We will
> look at
> > the MOST expanded (granular) vertical so there are a 700+ new ad slots
> that
> > need to be created
> > - Examples of ad verticals are Travel/Vacation Destinations/Australia
> and
> > Travel/Vacation Destinations/Hawaii
> >
> > 2. Ad slots will be grouped into placements. Placements will be grouped
> into
> > Ad products. YT Sales will sell ad products. In many cases, Ad Products
> will
> > be sold that are a combination of ad verticals
> > - For example, YT will sell Travel to advertisers, which rolls up
> > Travel/Vacation Destinations/Australia and Travel/Vacation
> > Destinations/Hawaii, but YT will not sell each of these verticals
> > individually
> >
> > 3. Likewise, traffickers will see Ad Products in the GAM UI, and not the
> > individual Ad slots.
> > - New Ad Products can be created at the leisure of the Ad Sales/Ops
> teams by
> > selecting new ad slots for these products. Because all granular
> verticals
> > are represented in the 700+ ad slots, engineering is not needed when the
> > actual ad products that are sold change.
> >
> > 4. Forecasting will be done on the individual Ad Slots.
> > - Even if YT is currently not selling Travel/Vacation
> > Destinations/Australia, YT will create a GAM tag that shows the entire
> > vertical.
> > - GAM will log these impressions and do forecasting for all 700+ ad
> slots
> > (even if they are currently only being used as a rollup for a combined

Highly Confidential    Expert - Ads    GOO001-06510251

```
> Ad
> > Product)                                                          181-0003
> > - The rationale here is that as we see increased demand for individual
> ad
> > slots we can sell against them and create new ad products that only
> include
> > those individual ad slots. (e.g. begin selling against Travel/Vacation
> > Destinations/Australia)
> >
> > 5. Advertisers can target with custom criteria across these ad products:
> > gender, geo, time of day, sex
> >
> > Targeting by Keyword
> >
> > 1. In some instances, advertisers will ask to target against branded
> > keywords  ( e.g. Ford or Coke)
> >
> > 2. Keywords will be stored in a custom attribute 'keyword'
> >
> > 3. New UI will be created that allows for free-form text entering by the
> > trafficker
> > - This also removes the need for engineering to ad keywords everytime a
> new
> > advertiser signs onboard
> > - This will require some development work and requirements and priority
> will
> > be coming soon from Shiva and myself
> >
> > 4. No forecasting is necessary
> >
> >
> >
> >
> >
>
```

Highly Confidential                          Expert - Ads                          GOO001-06510252