Redacted Pursuant to Protective Order
at Request of Defendants

| | |
|---|---|
| To: | "David King" <dgking@google.com> |
| From: | "Chris Maxcy" <maxcy@google.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2008-01-24 07:27:32 GMT |
| Subject: | Re: [Ytstaff] V26 Features Pre-Announcement |

Ok...see you've trained me so well that I'll keep assuming the feature doesn't exist ;-). Hope the trip is going well.

C

On Jan 21, 2008 3:30 AM, David King <dgking@google.com> wrote:
> Chris,
>
> It worries me that partners will abuse this feature, but everyone asks for
> it, and many of our contracts promise it. This battle was not worth
> fighting any longer.
>
> The guidelines for using are, only give the feature to partners that ask for
> it (we can toggle the feature off in admin), and if you do give it out, then
> make sure they understand that they have to own the entirety of the video,
> and not just a portion of it. Of course that entails actually watching the
> full video which will be painful for long clips, but that is the price of
> using it.
>
> In a future release I've asked that the feature only pop up after playback
> has completed, but that involves a fair amount of work so will probably take
> a few releases.
>
> dk.
>
>
>
> On Jan 20, 2008 10:58 PM, Chris Maxcy <maxcy@google.com> wrote:
> > Hey DK,
> >
> > I thought we weren't allowing co's to use UGC as reference material?
> > Are there any guidelines on this for partners?
> >
> > -snip-
> >
> > CMS: UGC as Reference Material
> > Partners can now claim UGC videos in descriptive search and use them
> > for inputs to Video ID.
> >
> > -snip-
> >
> > Thx,
> >
> > C
> >
> > ---------- Forwarded message ----------
> > From: HeeJung Lee <heejunglee@youtube.com>
> > Date: Jan 18, 2008 2:39 PM
> > Subject: [Ytstaff] V26 Features Pre-Announcement
> > To:

Highly Confidential          Expert - Lics          GO0001-02910519

>>
>>                                                                                     182-0002
>> Hi All,
>>
>>
>>
>> A week prior to a Vxx launch, we will be sending you a list of
>> features targeting to release with that push. This is a tentative
>> list - the feature list can change during the last week leading up to
>> the push, based on feature readiness.
>> Below is the feature list for V26, with a launch date of 1/23. This
>> list has been pulled from the launch calendar. A final list of
>> features launched will be emailed out to ▇▇▇ as usual, just after the
>> push is complete.
>>
>> V26 Feature Pre-Announcement
>>
>> Updated: 1/18/2008 11:00am
>> CMS: Expose "Track," Monitize" and territory data to users (Major Launch)
>> Expose "Track," Monitize" and territory data to users
>>
>> Monetization: Launch YPP in UK (Major Launch)
>> On Jan 23, we are soft launching the YouTube Partner Program in the UK
>> at http://uk.youtube.com/partners . This will allow UK residents to
>> become partners and earn a revenue share on advertising shown next to
>> their videos. We will announce the YPP UK expansion on the YouTube
>> blog on Jan 31.
>>
>> CMS: UGC as Reference Material
>> Partners can now claim UGC videos in descriptive search and use them
>> for inputs to Video ID.
>>
>> CMS: Policy framework improvements
>> Goal is to drive monetization instead of blocking on the platform.
>> Some partners will require more complex factors to make that decision,
>> such as percentage of upload matched, or length of file.
>>
>> CMS: VideoID Partner Launch Automation for Scaling
>> New partners enabled for VideoID will have videos automatically
>> fingerprinted and processed.
>>
>> CMS: Video Badging
>> Partner Badging on Watch Page of claimed UGC videos.
>>
>> CMS: UGC Claimed as as Premium
>> UGC videos can now be claimed as premium/licenses content and reported as
> such.
>>
>> Discovery: Channel Search
>> Search channels on YouTube
>>
>> Identity: Personalized Home Page - Phase 2
>> January 23rd's Phase 2 release of the personalized homepage will add
>> some new modules to the personalized homepage, and will remember which
>> modules the user has expanded. This release will remain internal-only
>> (whitelisted & IP restricted).
>>
>> Identity: Show User's Recent Comments

Highly Confidential                    Expert - Lics                          G00001-02910520

>> On Jan 23rd, we will make a new module available for users to include
>> on their channels: their recent comments. Like "Recent Ratings," this
>> module will show the most recent video comments a user has written (as
>> well as a link to the commented video).
>>
>> Mobile: YouTube Mobile Full Catalog
>> On Jan 23rd, we are going to announce the availability of YouTube on
>> Mobile. This is the first launch for YouTube where we are making the
>> entire catalog available across a wide variety of devices. It includes
>> a new version of our mobile website, and a J2ME based application that
>> runs on phones. We will also enable the various community features on
>> mobile like My Videos/Favorites, Rating, Comments, Sharing, etc.
>>
>> Monetization: Click To Buy
>> Post V26, we will be taking a small step in the larger version of
>> allowing YouTube users to purchase items from the site. Beginning 1-2
>> weeks after the push, we will allow users to purchase mp3s and CDs
>> from iTunes and Amazon. These buy links will be listed alongside our
>> premium content from Warner Music Group, Universal Music Group, EMI,
>> and Sony BMG. In later launches, we will expand the program by
>> allowing users to upload products to their own videos for consumption
>> by viewers of their videos.
>>
>> Monetization: InVideo EMEA (UK)
>> Launch InVideo ads in EMEA (UK)
>>
>> Monetization: AFS text ads in YouTube search experiment
>> We are running an experiment where Google AFS text ads will replace
>> all the Doubleclick served ads on the YouTube search results page for
>> up to 1% of requests. We will measure clickthrough rate and RPM in
>> ascertaining whether this is an effective remnant solution. This will
>> also mark the first technical accomplishment in preparation of
>> launching Promote Your Video.
>>
>> Support: Korean Age Verification
>> To support the launch in S. Korea, KAV needs to be implemented to
>> protect minors under the age of 19 from viewing explicit contents.
>>
>> Support: Report Background Graphic Revamp
>> Remove the text box from the "Report Background Graphic" option on the
>> channel page. Users are misusing this text box for other reasons.
>> Revamp will submit the report background image complaint as soon as it
>> is clicked.
>>
>> Support: Flagger Confidence Score, Phase 2
>> Create a rating system to measure effectiveness of flaggers. Phase 1 -
>> Implement the system to collect data on flagger's history. Phase 2 -
>> Revise system based on analysis of data.
>>
>> Support: Copyright Infringement Notification Form
>> Create an web form to simplify the process of submitting a copyright
>> infringement notification. At the same time, validate all required
>> legal information are provided by copyright owner; eliminating
>> needless follow-up emails for incomplete information.
>>
>> Support: Contextual Help in My Account
>> Creates small hover-style contextual help in My Account. Creates
>> clarity and mini info/help for users. First step is to create CH for

> > questions that receive the highest visits in the Help Center.
> >
> > Support: v26 Small Features
> > Small features and enhancements to admin tools. - Review Queue Tier 2
> > Email Notify, Controversy Score Display in Search Video, Display
> > "Advertiser" label in Review Queue and Search Video.
> >
> > Support: Abuse Dashboard, Phase 1
> > Create an dashboard for the Abuse team. A central front that contain
> > existing investigative tools to help the team increase efficiency.
> >
> > Support: Log In As User Revamp
> > Legal compliance to restrict the use of "Log in as User" to only
> > partners or relevant business needs for non-SQUAD team members.
> >
> > Support: Porn Video Classifier, Phase 2
> > Implement a video content classifier on video upload to detect
> > pornographic content. Goal is to reduce SQUAD's workload in the queue.
> > Phase 1 - Build the framework and integration, and collect training
> > data. Phase 2 - run the classifier on upload for testing, and collect
> > additional training data.
> >
> > Syndication: Full catalogue launch for syndication
> > By Dec we will have the full YouTube catalogue transcoded to alternate
> > formats meaning our mobile and syndication users will have all video
> > available (currently ~40%); we're also launching the new RTSP
> > streaming servers that will serve this content to mobile website.
> >
> > Syndication: AuthSub & Syndicated Uploader Beta
> > Launch upload API support to whitelisted set of partners under NDA.
> > The feature allows third party websites to let their users link their
> > YT accounts to the sites, then upload videos directly from that site.
> > The feature has changes in
> >
> >
> > _____
> > Ytstaff mailing list
> ▮
> > https://mailman.corp.google.com/mailman/listinfo/ytstaff
> >
> >
> >
> >
> > --
> > _____
> > Chris Maxcy
> > YouTube.com
> > chris@youtube.com
> ▮
> >
>
>


--
_____
Chris Maxcy

YouTube.com
chris@youtube.com
█████████████

182-0005

Highly Confidential　　　　　Expert - Lics　　　　　GOO001-02910523