| what you won't do for love | Search |

Home   Videos   Channels   Shows

Create Account  or  Sign In

Subscriptions   History   Upload
183

Search options

"what you won't do for love" results 1 - 20 of about 317,000

Related searches: **bobby caldwell**   ボビーコールドウェル


**What You Won't Do For Love** - Bobby Caldwell
It is a performance in Earth Voice Concert held in Japan in May 16,1992.
3 years ago   389,238 views   mamieftype3


Bobby Caldwell - **What You Won't Do For Love** (1979)
If **you** know which producers/djs have sampled this song, feel free to comment.
7 months ago   76,133 views   OriginalSamples


Bobby Caldwell - **What You Won't Do For Love** (Live)
Bobby Caldwell - **What You Won't Do** 4 **Love** Sampling: Phyllis Hyman - **What You Won't Do For Love** Aaliyah - Age Ain't Nothing but a Number
2 years ago   72,793 views   LesaneRecords


**What you won't do for love**
**What you won't do for love** performed by Phat Hat
1 year ago   16,470 views   phathatband


Singing **What You Won't Do For Love** by Bobby Caldwell
Nic Jackson Sings **What You Won't Do** by Bobby Caldwell on a Hollywood Rooftop.
2 years ago   18,042 views   nicjacksonmusic


Bobby Caldwell - **What You Won't Do For Love**
Bobby Caldwell - **What You Won't Do For Love**
10 months ago   29,217 views   MADDOG8400


BOBBY CALDWELL live - **what you won't do for love**
bobby caldwell's live version of **WHAT YOU** WONT **DO** FOR LIVE in tokyo, japan if **you love** my music channel, please subscribe requests will
2 years ago   94,422 views   VinylTracks


2Pac - **Do For Love**
2pac - **Do For Love** Lyrics "**Do For Love**"(feat. Eric Williams) Turn it up loud Hahaha, ahahaha, hey man **You** a little sucker for **love**, right? Word
2 years ago   107,200 views   Shnibs83


Bobby Caldwell Band perform "**What You Won't Do For Love**"
Bobby Caldwell, Patrick Lamb, Mark McMillen, Johhny Friday, Jeanne McClaine, perform Bobby Caldwell's "**What You Won't Do For Love**"
2 years ago   95,352 views   pjproduction


Go West - **What You Won't Do For Love** (Only music)
6561 9
1 year ago   14,078 views   hermesmazagran

Promoted Videos


"The Karate Kid" Movie
A Challenge He Never Imagined, A Teacher He Never Expected. 6/11/10
396,153 views
SonyPictures   6 days ago



Advertisement

Figueira Decl. Tab 183

**Marc Broussard - What You Won't Do For Love**
Marc Broussard (with his dad Ted) playing **What You Won't Do For Love** in Amsterdam on January 27 2008
2 years ago   14,323 views   gosjke

183-0002

**Kingdom Come - Who Do You Love**
Who **do you love** ? Tell me now Spit it out No more smalltalk Shut the door [Chorus:] Say the words Clear the air Look inside It's right there With
1 year ago   8,834 views   TheDevilsAccount

**DO YOU LOVE ME LIKE YOU SAY ? . TERENCE TRENT**
**DO YOU LOVE** ME LIKE **YOU** SAY ? TERENCE TRENT D'ARBY Sananda Maitreya Now **do you love** me like **you** say **you do** baby? (**Do**
1 year ago   30,291 views   ninaeau

**Terence Trent D'Arby Do You Love Me Like You Say You Do**
One of the best artists from the 80s,as a fan of The Tube, I enjoyed Terence Trent D'Arbys first ever TV appearance, he was magnificent,I
1 year ago   77,566 views   Dansaaid

[Translate] 佐藤竹善♪**What You Won't Do For Love** (Bobby
WITH the CORNERSTONES 2002■2002.11.08■Vocal:佐藤竹善・Chikuzen Satoh■Piano:塩谷哲・Satoru Shionoya■Guitar:田中義人・
10 months ago   16,147 views   November03k

**The Kooks 'Do you love me still'**
**You won't** find this song on the album so check it out!
2 years ago   197,494 views   thekookspullmein

**2pac - What I Won't Do For Love (unreleased)**
2pac - **What I Won't Do For Love**. Unreleased version.
2 years ago   54,666 views   nickname33

## Playlist Results for what you won't do for love

**~Lil Wing~ Fm hots shots   45 videos**
- BOBBY CALDWELL, **WHAT YOU WON'T DO FOR LOVE**,20TH ANNIVERSARY (7:01)
- Boz Scaggs - Look **What You**'ve Done to Me (6:56)
- Beyonce - Still In **Love** (Kissing You) (4:42)

**Playlist**   play all 45 videos   casualdreamzgrl

**SasuSaku/NaruHina - Why Do I Love You?**
Requested by candyrui9 Hope **You** all like it^-^ personally, I liked the song and how it turned out this time, I'm proud of myself XD Enjoy! THIS
3 years ago   28,305 views   aihrunsgurl

**2Pac - Do 4 Love [HD]**
Turn it up loud Hahaha, ahahaha, hey man **You** a little sucker for **love**, right? Word up, hahahahaha I shoulda seen **you** was trouble right from the
8 months ago   10,212 views   DizzyBastardOfc

**Rolling Stones - We love you 1967**
Rolling Stones - We **love you** 1967 We don't care if **you** only **love** "we" We don't care if **you** only **love** "we" We **love you**, We **love you**, and we
2 years ago   195,573 views   fritz51138

**Love IT   63 videos**


- Big Bass Feat Michelle Narine - **What You Do** (Playing With Stones) (3:00)
- Jodeci Cry For You (4:19)
- The Lover That You Are (Sleeping Lions Remix) (3:48)

**Playlist**    play all 63 videos    jevs1981

183-0003


"The Karate Kid" Movie                                    Promoted Videos
A Challenge He Never Imagined. A Teacher He Never Expected. 6/11/10
    6 days ago    396,153 views    SonyPictures

Related searches: **bobby caldwell**

Pages: **1** 2 3 4 5 6 7 ... Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Help    About    Safety    Privacy    Terms    Copyright    Partners    Developers    Advertising
Language: English    Location: Worldwide    Safety mode: Off

| french open | Search |

Create Account or Sign In

Home  Videos  Channels  Shows

Subscriptions  History  Upload
184

Search options

"french open" results 1 - 20 of about 36,400

Related searches: **chang lendl**   **steffi graf**   **martina hingis**   **tennis**   **hingis**   **federer vs nadal**

2010 Official **French Open**                                   Sponsored Links
www.tennistours.com  Championship Tennis Tours® since 87  Official Tickets and Packages.

Sponsored Links
**French Open**
Official Tennis Tickets and Hotels
Lower level seats and hospitality
www.tours4tennis.com


foals - **french open** (album version)
on the album "antidotes", there is many diffrent versions of this song for some reason but, this one is my favourite(favorite)
1 year ago   43,257 views   xfunkologyx

2010 **French Open** Tennis
Get Tickets To Men's Finals Now!
Low Prices, Secured, Fast Shipping
www.StarOneTickets.com/FrenchOpen


Chang run to the 1989 **French Open** title
Michael Chang vs. Ivan Lendl and Stefan Edberg
2 years ago   215,647 views   neibaf3

2010 **French Open** Tickets
20 + Years Experience Roland Garros
Member BBB & NATB 800-660-6031
www.eSeats.com


Best Tennis Highlights **French Open** 2009 ( Roger Federer
tinyurl.com Hey ijust came across this website and it helped me as an individual play better tennis. Not by learning to hit harder, but by playing ...
8 months ago   168,969 views   jsm832141

Figueira Decl. Tab
184

Playlist Results for **french open**


**French Open** 2009   31 videos
* [HD] Roger Federer Wins **French open** 2009 (3:08)
* Roger Federer Wins **French Open** 2009 (4:17)
* Interview with Maria Sharapova - Roland Garros 02. June 2009 (2:32)
**Playlist**  play all 31 videos   SportPassTV


Foals - The **French Open** (Live on KEXP)
Foals perform "The **French Open**" on KEXP 90.3 FM in Seattle. From the album "Antidotes" on Sub Pop.
1 year ago   31,022 views   kexpradio


[HD] Roger Federer Wins **French open** 2009
The ending of the final of the **french open**
8 months ago   131,795 views   XOKMQAZX


Lendl McEnroe **French Open** 1984
Final Ivan Lendl vs. John McEnroe (highlights)
2 years ago   92,197 views   neibaf3


Michael Chang 1989 **FRENCH OPEN** service
service.
2 years ago   240,746 views   Iphinia


Sampras Courier **French Open** 1996
QF Pete Sampras vs. Jim Courier
2 years ago   27,699 views   neibaf3


Noah Wilander **French Open** 1983
Final Yannick Noah vs. Mats Wilander



0:36

2 years ago 56,466 views neibaf3

tenis 1977-2001 WTA,ATP 92videa 92 videos 184-0002

- Lendl Wilander **French Open** 1987 (1:42)
- Graf Navratilova **French Open** 1987 (2:19)
- Graf Zvereva **French Open** 1988 (2:16)

**Playlist** play all 92 videos seruVYHONIMzabljuvas

Seles Fernandez **French Open** 1997

QF Monica Seles vs. Mary Joe Fernandez

2 years ago 5,566 views neibaf3

3:06

Lindsey Vonn at the 2009 **French Open**

The NBC celeb cam caught Lindsey Vonn in the stands at the 2009 **French Open** as her hero Roger Federer won his 14th Grand Slam Title.

8 months ago 33,755 views usskiteam

1:14

Tennis Week: Hottest Outfits at the **French Open**

Michelle Beadle recaps all of the hottest outfits, both male and female, at Roland Garros.

1 year ago 467,713 views TennisWeek

1:40

XWiki: the **french open** source cousin of JotSpot

Google Tech Talks October, 10 2007 ABSTRACT XWiki is a second generation **open** source Wiki - see xwiki.org We present the XWiki

2 years ago 4,512 views GoogleTechTalks

51:38

FOALS: The **French Open** Live

FOALS live at Galapagos, Brooklyn, on Oct 19, 2007. Playing the **French Open**

2 years ago 38,768 views 5cense

3:05

Ana Ivanovic vs Jelena Jankovic, **French Open** SF 2008

Ana at her best. This was match of the year 2008 for many. 10 minutes of highlights from the **French Open** 2008 bottom half semi final, live from **...**

3 months ago 9,033 views 333cale

9:51

**French Open** 2009- 1st Round- Serena Williams VS Klara

Serena Wins 6-3, 6-7(5), 6-4

9 months ago 7,390 views WilliamsYtube

5:30

**French Open** 2009- 1st Round- Serena Williams VS Klara

Serena Wins 6-3, 6-7(5), 6-4

9 months ago 2,326 views WilliamsYtube

10:00

Krickstein Stich **French Open** 1994

2nd round Aaron Krickstein vs. Michael Stich

2 years ago 3,422 views neibaf3

1:50

**French Open** 2009- 1st Round- Serena Williams VS Klara

Serena Wins 6-3, 6-7(5), 6-4

9 months ago 4,668 views WilliamsYtube

10:45

**Roger Federer Wins French Open 2009**
8 months ago    178,842 views    ARushofBasstotheHead

4:17

184-0003

Related searches:  steffi graf       tennis       hingis       federer vs nadal       nadal

Pages: **1** 2 3 4 5 6 7 ... Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Help    About    Safety    Privacy    Terms    Copyright    Partners    Developers    Advertising

Language: English    Location: Worldwide    Safety mode: Off

```
roland garros          [Search]
Home  Videos  Channels  Shows
```

Create Account or Sign In

Subscriptions  History  [Upload]
185

Search options

"roland garros" results 1 - 20 of about 7,490

Related searches:  monfils   rafa nadal   monfils melzer   gael monfils   jimmy connors   nadal


[Translate] Top ten Karaokes- **Roland Garros**
Top ten karakoes from Un jour à **Roland**
2 years ago    372,692 views    prada68


[Translate] Un jour à **Roland Garros** - Raphael Nadal -
Un jou à **Roland Garros** Raphael Nadal 05-06-2007 By AlizéComet4ever
1 year ago    25,398 views    OKahn91


Roger Federer **Roland Garros** 2009 Champion --- Interview
Roger Federer interview after defeating Robin Soderling in the **Roland Garros** 2009 Final . Roger Federer became the sixth man in history to win
8 months ago    75,340 views    GoRogerFederer1

### Playlist Results for roland garros


**Roland Garros** 2007 Karaoke of tennis   13 videos
• Ana Ivanovic / **Roland Garros** Karaoke (0:39)
• Top ten Karaokes- **Roland Garros** (2:00)
• Rafael Nadal chante "La Bamba" !! (1:04)
**Playlist**  play all 13 videos   MARICHU01


French Open 2009   31 videos
• Interview with Dinara Safina - **Roland Garros** 04. June 2009 (2:24)
• Interview with Maria Sharapova - **Roland Garros** 02. June 2009 (2:32)
• **Roland Garros** 2009 Day 4 Rafael Nadal Interview (2:05)
**Playlist**  play all 31 videos   SportPassTV


http://www.**rolandgarros**.com/ in second life @ IBM ...
The public build of the french open tennis on sim "IBM 7"
www.**rolandgarros**.com for teh official site
no rating   2 years ago   3,929 views   vepredator


Sofia Arvidsson @ **Roland Garros** 2008
Compilation & slow motions.
8 months ago    437 views    MrJkron


**Roland Garros** Juniors Championships 2009 - Girls doubles
Elena Bogdan & Noppawan Lertcheewakam - Champions!
8 months ago    2,457 views    olimpiatenis


Djokovic Head Commercial
Amazing commercial made by HEAD. Acting Djokovic and Svensson.
Please, dont forget to comment and rate this video. Thank you. ... Novak
10 months ago    230,325 views    NecroraiserAndrija


Arantxa Rus **Roland Garros** 2008
Arantxa Rus in her 1st round match at **Roland Garros** 2008
1 year ago    18,772 views    adnitzamboni

### Sponsored Links

**Roland Garros**
Official Agency
Excellent tickets and Hospitality
www.tours4tennis.com

2010 **Roland Garros** Tickets
Official French Open to all matches
The best prices & service Guarantee
www.OnlineTicketExpress.com

2010 Official French Open
Championship Tennis Tours® since 87
Official Tickets and Packages.
www.tennistours.com

```
Figueira Decl. Tab
185
```

**Nadal, Federer, Hewitt and Djokovic singing during Roland**
The best singers of the ATP Tour singing during **Roland Garros** 2007. The singers are: Novak Djokovic - I Will Survive Lleyton Hewitt - Eye Of
1 year ago   92,971 views   feliperaikkonen

185-0002

**Kim Clijsters and Justine Henin Hardenne at Roland Garros**
Nice! Kim is always cute! Good point there Justine :) The Translation Justine enters, Hi then she throws the towel and said BYE Kim Enters, IS
3 years ago   110,264 views   azmad88

**federer practice roland garros tuesday 2nd june 2009**
9 months ago   22,204 views   partisancrowd

**Roland Garros (1997-2008) - The Winners**
From Gustavo Kuerten to Nadal. For all football, basketball & tennis highlights visit www.videobala.com
9 months ago   4,860 views   dimitraros

**federer's training @ roland garros 2009**
Roger Federer's training at French open 2009 against Stefan Koubek
9 months ago   24,146 views   rodgeur11

**Roland Garros 2009 Final Federer vs Soderling Full Match**
1 week ago   1,178 views   MrSuperTennis

**Interview with Ernests Gulbis at Roland-Garros 2008**
An interview with the Latvian Ernests Gulbis after defeating the French Michael Llodra in the 4th round.
1 year ago   6,310 views   kendalleve

**Elena Dementieva - Roland Garros Tour**
Russian tennis player Elena Dementieva shows us her humble lodgings while staying in Paris for **Roland Garros** 2008.
1 year ago   4,213 views   SonyEricssonWTATour

**GRF : Roger Federer --- Roland Garros and Wimbledon 2009**
This is a little tribute to Roger Federer for winning 2009's **Roland Garros** and Wimbledon. Roger, thanks for giving these great moments in every
7 months ago   12,396 views   GoRogerFederer1

**Final Roland Garros 08 Rafa Nadal Roger Federer 6-1 6-3 6**
Rafael Nadal made it four French Open titles in a row and emulated Bjorn Borg's record of 28 consecutive wins at **Roland Garros** with a
1 year ago   153,549 views   VickySexy88

**Connors/Nastase comedy at Roland Garros**
From 1981. Excerpt from "The French" by William Klein (1982).
7 months ago   9,127 views   chapaev36

**Stefanie Graf and Andre Agassi - Longines at Roland Garros**
St-Imier / Paris, 6 June 2009 The morning that has just come to an end at

**Roland Garros** focused on children and generosity. After causing quite a
9 months ago   7,017 views   longineswatches

Related searches: rafa nadal        gael monfils        jimmy connors        nadal        sharapova

185-0003

Pages: **1** 2 3 4 5 6 7 ... Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Help   About   Safety   Privacy   Terms   Copyright   Partners   Developers   Advertising
Language: English   Location: Worldwide   Safety mode: Off

| edelweiss | Search |

Home   Videos   Channels   Shows

Create Account or Sign In

Subscriptions   History   Upload
186

Search options

"edelweiss" results 1 - 20 of about 6,600

Related searches: hollie steel breakdown   edelweiss bring me edelweiss   hollie steel   raumschiff edelweiss   エーデルワイス   julie andrews


**Edelweiss**
**Edelweiss** from the Sound of Music
1 year ago   308,869 views   karenkek2kek

Featured Videos


**Edelweiss** In Style...
**Edelweiss** In Style Of The Sound Of Music Karaoke
16,206 views
musicfactorykaraoke   3 months ago


**Edelweiss** - bring me **edelweiss**
classic austrian apre ski ;)
3 years ago   485,257 views   mharkan


**Edelweiss**: John Denver and Julie Andrews
John and Julie sing **Edelweiss**
2 years ago   503,247 views   angusyoung111

Playlist Results for **edelweiss**


edelweiss   16 videos
* **Edelweiss** (1:51)
* Julie and Christopher- **Edelweiss** (1:51)
* **Edelweiss** - Julie Andrews (3:55)
**Playlist**   play all 16 videos   hgchong


**Edelweiss** - The Sound of Music (1965)
Trecho do filme "Noviça Rebelde" em que cantam a música "**Edelweiss**".
10 months ago   96,464 views   mauriciomleite


Advertisement

Figueira Decl. Tab
186


Julie and Christopher- **Edelweiss**
From the sound of music!
1 year ago   97,906 views   csiljema


**Edelweiss** - Julie Andrews
**Edelweiss** (The Sound Of Music) interpretée par Julie Andrews. Montage: chansondemarie
1 year ago   171,685 views   chansondemarie


**Edelweiss** - Starship **Edelweiss**
**Edelweiss** was an Austrian Electronica/Dance band. The act consisted of remixers Martin Gletschermayer, Walter Werzowa and Matthias
2 years ago   293,576 views   mawio


The Honey Trees - **Edelweiss**
The Honey Trees - **Edelweiss** =)
1 year ago   8,406 views   xHypnotize




Great Music   91 videos
* **Edelweiss** - bring me **edelweiss** (3:46)
* **Edelweiss** on the piano (1:57)
* **Edelweiss** Piano & Violin Duet (1:09)
**Playlist**   play all 91 videos   Sahaarah

**Hollie Steel Buckles & Cries on - Britains Got Talent 2009 Semi**
her nerves got the best of her. The 10-year-old tried to sing "**Edelweiss**" from "Sound of Music," but she forgot the lyrics and began to buckle ...
9 months ago   27,836 views   jeffcyho

**Edelweiss**
Just wanted to share a piece of my heart and a bit of my song.
2 years ago   987 views   voguedude

**Edelweiss * Ray Conniff**
Ray Conniff
1 year ago   9,213 views   TNmusicselection

**Vince Hill - Edelweiss**

1 year ago   6,308 views   45rpmSINGLES

**AFN EUROPASS - Edelweiss Lodge and Resort**
AFN Europass if your ticket to adventures throughout Europe. This week AFN visits the **Edelweiss** Lodge and Resort during summer.
no rating   8 months ago   605 views   EdelweissResort

**Edelweiss - Bring Me Edelweiss (12" Extended Tourist**
"**Edelweiss**" was an Austrian Electronica/Dance band. The act consisted of remixers Martin Gletschermayer, Walter Werzowa and Matthias
1 year ago   47,333 views   CruiserLeo2007

**Edelweiss violin solo**
My favourite song from the Sound of Music. I hope this will bring you, even just a tiny bit of Salzburg, Austria, enjoy =p
1 year ago   5,884 views   j12torts

**Wiener Sängerknaben - Edelweiß (english) 2006**
bloom and grow Bloom and grow forever **Edelweiss**, **Edelweiss** Bless my homeland forever **Edelweiss**, **Edelweiss** Every morning you greet me
2 years ago   50,079 views   fritz5109

**Edelweiss In Style Of The Sound Of Music Karaoke**
**Edelweiss** In Style Of The Sound Of Music Karaoke
3 months ago   16,206 views   musicfactorykaraoke

**Ducu Bertzi-Floare de colt( Edelweiss)**
**Edelweiss** Silver petals dream Your home is up on the rocks Your ray cross my path More beautiful than in a fairy tale You, **edelweiss**, Wonder
2 years ago   429,967 views   LonelyMoonRise

**"EDELWEISS"OP Game Trailer**
"**EDELWEISS**"OP Game Trailer
3 years ago   14,360 views   sobiken

**Edelweiss Ski Film 1950s**
A film about the **Edelweiss** Ski Resort in the Sierra Nevada Mountains in

California in the 1950s. Footage from this subject is available for ...
1 year ago    3,369 views    travelfilmarchive

14:54

Related searches:   edelweiss bring me edelweiss    hollie steel    julie andrews    bgt         186-0003

Pages: **1** 2 3 4 5 6 7 ... Next

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Help    About    Safety    Privacy    Terms    Copyright    Partners    Developers    Advertising

Language: English    Location: Worldwide    Safety mode: Off

| Carousel Waltz | Search |

Home   Videos   Channels   Shows

Create Account  or  Sign In

Subscriptions   History   Upload
187

Search options

"Carousel Waltz" results 1 - 20 of about 152


**Geoff Love The Carousel Waltz**
A wonderful **waltz** from Geoff Love & his orchestra. From the LP album "Your Hundred Instrumental Favourites, Vol. 1"
9 months ago   4,092 views   HIBBO32

Sponsored Links
**Carousel Waltz at Amazon**
Low prices on new & used music.
Qualified orders over $25 ship free
Amazon.com/music


**"The Carousel Waltz" from Ray Martin Orchestra**
A United Kingdom orchetra from the 50's with several top hits in the charts. The single was a juke-box track with 2 very good numbers : "**Carousel** ...
1 year ago   7,550 views   Achel41

Figueira Decl. Tab
187


**Carousel Waltz, opening to Carousel**
**Carousel**
1 year ago   10,173 views   Igraine120


**"The Carousel Waltz"**
"The **Carousel Waltz**" from Rodgers and Hammerstein's masterpiece "**Carousel**." This is the 1994 Broadway Recording, recorded with a 50-
3 weeks ago   233 views   CottonBlossom1


**REUGE THE CAROUSEL WALTZ SWISS MUSIC BOX**
REUGE "THE **CAROUSEL WALTZ**" SWISS MUSICAL MOVEMENT
2 years ago   18,656 views   FRANKIE3230


**Musical Doll Tune : "Carousel Waltz"**
sisters-of-the-desert-belly-dancers.webs.com www.medancecertification.org Musical Doll Could someone help me out
1 year ago   3,831 views   jock30two


**Carousel Waltz**
**Carousel Waltz** is composed and performed by Clay Wulbrecht.
8 months ago   880 views   firechameleonxdx


**carousel waltz rodger/hough**
the clip from voices of hands 5 concert in seremban malaysia on august 2nd 2009... by his teacher miss tan lee ean... chin yi jun a FTCL diploma
5 months ago   559 views   ying2702


**Carousel Waltz**
This is the song "**Carousel Waltz**" on Norman Sixsmiths beautiful Bruder Fair Organ.I learned that this organ was sold as the previous owner was in
8 months ago   1,002 views   118Verbeek


**Rawicz & Landauer - The Carousel Waltz**
A hugely popular piano duo from the 1930s to the 1960s, originally based in Vienna, but later settling in the UK. Now, sadly, all but forgotten ...
5 months ago   683 views   Barndog44

Playlist Results for **Carousel Waltz**


My Songs/Compilations   11 videos
* Julie Andrews, "A **Waltz Carousel**" - Part 1 of 2 (6:25)
* Julie Andrews, "A **Waltz Carousel**" 2/2 (8:48)
* Julie Andrews, My Fair Lady 1956-1962 (9:54)

**Playlist**   play all 11 videos   DarlingJulie10135

187-0002


My Favorite Movie Musicals
pretty self-explanatory... The music is The **Carousel Waltz** by Rogers and Hammerstein from "**Carousel**." ... movie musicals ...
5 months ago   756 views   lotrlovermr


musicals   44 videos
* "The **Carousel Waltz**" from Ray Martin Orchestra (2:15)
* Geoff Love The **Carousel Waltz** (3:08)
* Good morning original version (3:12)

**Playlist**   play all 44 videos   ortizfcjv


Carousel I" **Carousel Waltz** / Ballet "
Hey, Mr. Producer! **Carousel** 1 / 1 " **Carousel Waltz** / Ballet "
4 months ago   642 views   abo1121


**Carousel Waltz**, Put on a Happy Face
no rating   4 months ago   36 views   TheBlueGirl56


**Carousel Waltz**
1 week ago   26 views   KUStudios


Julie Andrews, "A **Waltz Carousel**" - Part 1 of 2
A **Waltz Carousel**: The **Carousel Waltz**/Do I Hear a **Waltz**? performed by Julie Andrews Part 2 ( www.youtube.com ) Running Time: Approx 15
1 year ago   2,024 views   DarlingJulie10135


Australian New Vogue Dancing at the Southern Cross
Cross Dancesport Championships Twighlight **Waltz** Barclay Blues Tango Terrific **Carousel** Swing **Waltz** ... Darryl Davenport Natalie Smith dance ...
1 year ago   5,088 views   darryldavenport


Translate   Richard Rogers: **Carousel Waltz**
Aus dem Festspielhaus Baden-Baden. Es musiziert: Das Radio-Symphonie Stuttgart des SWR, Ltg. James Gaffigan
1 month ago   261 views   perlenfischer1


**Waltz** From **Carousel** Instrumenta
Recorded Live on Saturday 28 October 1995 for BBC Radio 2 Broadcast from The Hidppodrome, Golders Green, London England ---Para ontener
7 months ago   852 views   chepesb


The Robot Ate Me - Regret
Regret The Robot Ate Me **Carousel Waltz** 2005 ... Regret "the robot ate me" "**carousel waltz**" clapattack indie acoustic folk "album version" ...
1 month ago   93 views   TheClapAttack


Peter Nuttall: **Carousel**
Erstes Gitarrenorchester - Junior Guitar Players from Bad


Nauheim/Germany perform '**Carousel**' by Mr Peter Nuttall at the
2 months ago   41 views   derdirigent

Pages: **1** 2 3 4 5 6 7 ... **Next**          187-0003

Some search results have been omitted that contain duplicates. If you like, you can repeat the search with the omitted results included

Help   About   Safety   Privacy   Terms   Copyright   Partners   Developers   Advertising
Language: English   Location: Worldwide   Safety mode: Off