Figueira Declaration Tab 188

This video exhibit has been filed in hard copy and is available for inspection at the courthouse.