**Hurley Exhibit 27**

To:             "Hurley Brent" <brent@youtube.com>
From:       "Chad Hurley" <chad@youtube.com>
Cc:
Bcc:
Received Date:  2005-10-26 22:26:58 GMT
Subject:     Description and Bio

---

YouTube description:

YouTube is a new service that allows people to easily upload, tag,
and share personal video clips. Digital cameras with video recording
capability are quickly becoming a commodity consumer technology. As
people continue to record more video clips, YouTube will fill the
need of quickly distributing their content worldwide.


My Bio:

Chad Hurley is the president and CEO of YouTube. Chad has an
experienced background in web development and graphic design. He was
the first member of the PayPal design team, where he lead efforts to
develop the interface for the original Palm-based program that
enabled secure wireless money transfers between handhelds. As the
product evolved, he effectively designed auction features which
solidified PayPal's long term success and is a credited member of two  =critical auction patents. Chad looks
forward to building an
empowering video service for the world.=

---

Highly Confidential

**Hurley Exhibit 28**



- Home
- Pushes
- Contacts
- Moma
- Goowiki Main

Mike's Better Search

YouTube Goowiki Home ( Changes ) » OldSiteNumbers

Please remember that the site numbers below are confidential. For information on what can be publicly announced, please view the "Approved Metrics" page on: http://go/ytspeakers

| Date | Day | Registrations | Uploads | Time Time Uploader | Avg upload/uploader | Total Views | External Embed | Views | Logged-in Visitors | Manages | Comments | Friends | Groups |
|------|-----|---------------|---------|--------------------|---------------------|-------------|----------------|-------|--------------------|---------|----------|---------|--------|

Highly Confidential

GOO001-09684851

| Date | Day | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/28/06 | (Wed) | 200144 | 64584 | 10583 | 1.82 | 87175924 | 14181791 | 4222736 | 163919 | 81252 | 325 | 52000 | 1012 | 33446 574599 |
| 6/27/06 | (Tue) | 191405 | 69586 | 11579 | 1.87 | 86912712 | 14510117 | 456820 | 169644 | 83744 | 310 | 55156 | 1175 | 33759 601599 |
| 6/26/06 | (Mon) | 191041 | 66246 | 10631 | 1.81 | 88346062 | 14330140 | 458683 | 159564 | 84668 | 298 | 54052 | 1130 | 33881 560229 |
| 6/25/06 | (Son) | 167519 | 67247 | 10886 | 1.87 | 80352245 | 13056851 | 401332 | 156833 | 68918 | 253 | 54228 | 996 | 31390 571024 |
| 6/24/06 | (Sat) | 154755 | 61105 | 9412 | 1.88 | 80503789 | 13037681 | 389627 | 150569 | 67483 | 303 | 50154 | 1150 | 29084 560091 |
| 6/23/06 | (Fri) | 165529 | 63462 | 9579 | 1.85 | 84355283 | 14415314 | 418588 | 150640 | 77884 | 302 | 51044 | 1121 | 31371 575524 |
| 6/22/06 | (Tbu) | 148803 | 59677 | 8893 | 1.81 | 76947032 | 14265894 | 424703 | 140444 | 75036 | 274 | 47783 | 1021 | 27984 515576 |
| 6/21/06 | (Wed) | 166424 | 65437 | 10819 | 1.85 | 83532592 | 15596850 | 449697 | 160748 | 80418 | 268 | 53680 | 1210 | 35376 586350 |
| 6/20/06 | (Tue) | 157044 | 65054 | 10752 | 1.84 | 80818362 | 14721870 | 445899 | 152118 | 80370 | 267 | 53642 | 1089 | 29327 568683 |
| 6/19/06 | (Mon) | 161293 | 66508 | 10662 | 1.85 | 80223702 | 13956861 | 402602 | 150362 | 80114 | 239 | 54945 | 1040 | 29698 562986 |
| 6/18/06 | (Sun) | 145026 | 65238 | 10520 | 1.86 | 73755222 | 12197790 | 365871 | 141686 | 70615 | 228 | 54530 | 868 | 27988 549958 |
| 6/17/06 | (Sat) | 143981 | 57930 | 9179 | 1.86 | 75566601 | 11898611 | 414655 | 133380 | 66694 | 226 | 47832 | 870 | 26146 522774 |
| 6/16/06 | (Fri) | 137360 | 58430 | 9557 | 1.85 | 83031023 | 12443981 | 486268 | 137993 | 70826 | 250 | 47960 | 942 | 27556 533667 |
| 6/15/06 | (Thu) | 147121 | 59509 | 9733 | 1.83 | 82504647 | 12124614 | 537918 | 138983 | 79328 | 254 | 48993 | 995 | 29330 544571 |
| 6/14/06 | (Wed) | 139092 | 59960 | 9969 | 1.83 | 69246520 | 11585385 | 647020 | 129713 | 78739 | 277 | 49540 | 972 | 27997 490743 |
| 6/13/06 | (Tue) | 132929 | 59043 | 9585 | 1.83 | 65481112 | 11415296 | 496131 | 126316 | 70527 | 232 | 48782 | 746 | 25961 477633 |
| 6/12/06 | (Mon) | 137341 | 61502 | 9978 | 1.85 | 67130191 | 11879280 | 365892 | 139550 | 67055 | 382 | 50846 | 1047 | 26318 480994 |
| 6/11/06 | (Sun) | 128950 | 63093 | 10309 | 1.88 | 65901849 | 10691264 | 336809 | 121917 | 64156 | 248 | 52714 | 888 | 25842 482548 |
| 6/10/06 | (Sat) | 125382 | 56696 | 8878 | 1.89 | 66321236 | 10650575 | 310256 | 117177 | 60490 | 263 | 46798 | 758 | 25337 462360 |
| 6/9/06 | (Fri) | 127563 | 54506 | 8954 | 1.85 | 67255795 | 11112934 | 292946 | 114802 | 68162 | 217 | 45053 | 645 | 25724 454044 |
| 6/8/06 | (Thu) | 130727 | 52207 | 7799 | 1.84 | 64495407 | 11181840 | 1728761 | 98712 | 67937 | 204 | 42950 | 777 | 25981 422809 |
| 6/7/06 | (Wed) | 132453 | 55096 | 8958 | 1.86 | 64457075 | 11143274 | 281503 | 100260 | 63966 | 215 | 44634 | 864 | 25136 435847 |
| 6/6/06 | (Tue) | 129935 | 55438 | 9202 | 1.85 | 62286313 | 10430526 | 253886 | 100730 | 65721 | 208 | 45672 | 756 | 26145 425663 |
| 6/5/06 | (Mon) | 127255 | 56757 | 9666 | 1.82 | 60155315 | 9859093 | 255932 | 102285 | 55024 | 209 | 46922 | 718 | 25492 416440 |
| 6/4/06 | (Sun) | 127042 | 62525 | 10180 | 1.88 | 61365328 | 9884032 | 249866 | 106705 | 54713 | 229 | 51961 | 782 | 25597 403657 |
| 6/3/06 | (Sat) | 122813 | 63316 | 9666 | 2.12 | 65003871 | 10171827 | 255755 | 104491 | 56483 | 226 | | 735 | 28511 447509 |
| 6/2/06 | (Fri) | 133734 | 57006 | 8890 | 2.06 | 64383458 | 10217911 | 277268 | 97994 | 58616 | 181 | | 524 | 24577 441087 |
| 6/1/06 | (Thu) | 123841 | 47172 | 7921 | 1.84 | 58565039 | 9461496 | 126376 | 95032 | 60795 | 176 | | 699 | 11056 374900 |
| 5/31/06 | (Wed) | 130495 | 51221 | 8959 | 1.83 | 61488125 | 9672444 | 154854 | 100965 | 66415 | 203 | | 720 | 10787 411478 |
| 5/30/06 | (Tue) | 129731 | 53122 | 8938 | 1.84 | 60287442 | 9395947 | 140199 | 99417 | 66073 | 219 | | 509 | 10764 399397 |
| 5/29/06 | (Mon) | 127255 | 56721 | 9591 | 1.88 | 60093354 | 9146734 | 142679 | 99906 | 63804 | 221 | | 625 | 10767 387123 |
| 5/28/06 | (Sun) | 127725 | 53542 | 8817 | 1.91 | 59680936 | 8422809 | 120468 | 97536 | 54848 | 193 | | 599 | 9849 397361 |
| 5/27/06 | (Sat) | 132430 | 49286 | 8097 | 1.89 | 62669278 | 9344713 | 122524 | 93970 | 52569 | 203 | | 519 | 9990 392340 |
| 5/26/06 | (Fri) | 123358 | 45165 | 7718 | 1.81 | 60380772 | 9780007 | 129173 | 80564 | 59470 | 219 | | 551 | 9395 388538 |
| 5/25/06 | (Thu) | 118211 | 45477 | 7316 | 1.82 | 56771759 | 9436757 | 119519 | 79103 | 60057 | 201 | | 425 | 8986 341709 |
| 5/24/06 | (Wed) | 116800 | 44984 | 7757 | 1.81 | 55024092 | 8555500 | 138461 | 74956 | 57687 | 172 | | 429 | 9238 335982 |
| 5/23/06 | (Tue) | 125544 | 45947 | 7945 | 1.83 | 54906827 | 8616505 | 182038 | 74506 | 55698 | 181 | | 465 | 9620 330975 |
| 5/22/06 | (Mon) | 120106 | 48120 | 8597 | 1.81 | 55502755 | 8501233 | 138588 | 78382 | 56205 | 181 | | 647 | 9443 327491 |
| 5/21/06 | (Sun) | 117187 | 52636 | 8944 | 1.85 | 54911471 | 8062145 | 139373 | 83973 | 51663 | 179 | | 633 | 9656 329795 |
| 5/20/06 | (Sat) | 113694 | 46397 | 7771 | 1.87 | 54856553 | 7982967 | 128325 | 76474 | 48820 | 206 | | 442 | 8883 356642 |
| 5/19/06 | (Fri) | 114357 | 40128 | 6820 | 1.84 | 54468919 | 8005288 | 119717 | 68656 | 49554 | 160 | | 493 | 9141 342142 |
| 5/18/06 | (Thu) | 108249 | 41634 | 7134 | 1.85 | 51287766 | 7889209 | 109239 | 66721 | 52740 | 179 | | 469 | 8988 311081 |
| 5/17/06 | (Wed) | 114890 | 41601 | 7178 | 1.83 | 50192777 | 8067824 | 141735 | 67934 | 53449 | 167 | | 639 | 9239 304917 |
| 5/16/06 | (Tue) | 113345 | 41778 | 6854 | 1.82 | 50855301 | 9094578 | 108242 | 63045 | 54148 | 184 | | 532 | 9373 299459 |
| 5/15/06 | (Mon) | 93881 | 39702 | 6911 | 1.77 | 40780251 | 6430832 | 188051 | 95158 | 45019 | 160 | | | 3481 264655 |
| 5/14/06 | (Sun) | 109317 | 49825 | 8558 | 1.84 | 48835221 | 7491217 | 269930 | 122657 | 50108 | 182 | | | 3472 282213 |
| 5/13/06 | (Sat) | 104966 | 44349 | 7534 | 1.86 | 50821176 | 7614052 | 268044 | 121022 | 50037 | 216 | | | 3491 335599 |
| 5/12/06 | (Fri) | 107885 | 38055 | 6584 | 1.82 | 42885581 | 7211948 | 233126 | 107239 | 49356 | 195 | | | 3411 331863 |
| 5/11/06 | (Thu) | 107807 | 38394 | 6746 | 1.82 | 46071846 | 6754479 | 245083 | 107726 | 50222 | 199 | | | 3727 292274 |
| 5/10/06 | (Wed) | 108322 | 38394 | 6520 | 1.81 | 43972704 | 6561738 | 208787 | 105039 | 47876 | 172 | | | 3868 288657 |
| 5/9/06 | (Tue) | 92035 | 35310 | 6266 | 1.78 | 38131678 | 5838704 | 217111 | 90971 | 40647 | 174 | | | 3285 281575 |
| 5/8/06 | (Mon) | 102180 | 40580 | 7335 | 1.79 | 41505620 | 6567210 | 294115 | 100827 | 42526 | 182 | | | 3707 242395 |
| 5/7/06 | (Sun) | 99875 | 45147 | 7820 | 1.83 | 42602292 | 6409082 | 230344 | 105594 | 37799 | 184 | | | 255696 |
| 5/6/06 | (Sat) | 99386 | 39144 | 6657 | 1.84 | 42820928 | 6144746 | 186373 | 101315 | 36654 | 197 | | | 277527 |
| 5/5/06 | (Fri) | 95548 | 33359 | 6271 | 1.81 | 39995758 | 5945036 | 197277 | 92034 | 35621 | 195 | | | 267587 |
| 5/4/06 | (Thu) | 88647 | 34331 | 6710 | 1.80 | 38042687 | 6148549 | 142667 | 67191 | 33731 | 152 | | | 200926 |
| 5/3/06 | (Wed) | 79402 | 31280 | 4118 | 1.80 | 36024297 | 6112542 | 144518 | 56005 | 33215 | 112 | | | 148569 |
| 5/2/06 | (Tue) | 89609 | 37296 | 3689 | 1.84 | 39991044 | 6713732 | 142990 | 61775 | 36698 | 154 | | | 172528 |
| 5/1/06 | (Mon) | 82450 | 36999 | 4113 | 1.77 | 40762428 | 6936562 | 140066 | 63081 | 35442 | 171 | | | 161068 |
| 4/30/06 | (Sun) | 81724 | 40327 | 4515 | 1.80 | 40913251 | 6833753 | 158330 | 68996 | 32731 | 158 | | | |
| 4/29/06 | (Sat) | 81706 | 35798 | 3923 | 1.79 | 41509034 | 6752955 | 151023 | 66534 | 31361 | 171 | | | |
| 4/28/06 | (Fri) | 66492 | 25816 | 2919 | 1.71 | 29531631 | 5096630 | 227119 | 47762 | 25388 | 126 | | | |
| 4/27/06 | (Thu) | 80888 | 29958 | 5077 | 1.74 | 43515064 | 5773583 | 154055 | 58646 | 32720 | 147 | | | |
| 4/26/06 | (Wed) | 79215 | 30663 | 5321 | 1.75 | 41728543 | 5289713 | 177437 | 59035 | 33194 | 150 | | | |
| 4/25/06 | (Tue) | 79325 | 30490 | 5724 | 1.70 | 40511538 | 4984402 | 144431 | 58049 | 33652 | 142 | | | |

| Date | Day | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/24/06 | (Mon) | 77234 | 31942 | 5825 | 1.70 | 37149962 | 4788855 | | | | 148882 | 53102 | 31146 | 115 |
| 4/23/06 | (Sun) | 81365 | 36868 | 6745 | 1.70 | 41906180 | 5185982 | | | | 155704 | 65290 | 32028 | 178 |
| 4/22/06 | (Sat) | 86478 | 33775 | 6186 | 1.75 | 46284880 | 5586790 | | | | 161155 | 71673 | 35015 | 169 |
| 4/21/06 | (Fri) | 78672 | 31384 | 5408 | 1.76 | 46485210 | 5766202 | | | | 161347 | 67702 | 36135 | 159 |
| 4/20/06 | (Thu) | 72492 | 31565 | 5533 | 1.76 | 41864939 | 5276232 | | | | 156068 | 67546 | 36950 | 136 |
| 4/19/06 | (Wed) | 70989 | 31880 | 5085 | 1.74 | 40637723 | 5472517 | | | | 164413 | 62729 | 36485 | 170 |
| 4/18/06 | (Tue) | 71976 | 32529 | 5904 | 1.73 | 40217545 | 5614041 | | | | 160469 | 61600 | 36041 | 140 |
| 4/17/06 | (Mon) | 74959 | 36053 | 6899 | 1.71 | 40850771 | 5380978 | | | | 159263 | 65157 | 35946 | 180 |
| 4/16/06 | (Sun) | 64145 | 36418 | 6520 | 1.77 | 39434568 | 5051202 | | | | 145950 | 63153 | 32211 | 166 |
| 4/15/06 | (Sat) | 62830 | 33193 | 6046 | 1.75 | 40023380 | 5304130 | | | | 135270 | 62569 | 30406 | 155 |
| 4/14/06 | (Fri) | 71673 | 33307 | 6553 | 1.71 | 39786234 | 5274910 | | | | 135744 | 62443 | 29943 | 113 |
| 4/13/06 | (Thu) | 76716 | 31683 | 5558 | 1.79 | 41135270 | 5591825 | | | | 138311 | 63683 | 30562 | 116 |
| 4/12/06 | (Wed) | 76135 | 30197 | 5645 | 1.73 | 36591804 | 5355184 | | | | 125900 | 55855 | 30017 | 117 |
| 4/11/06 | (Tue) | 84169 | 32069 | 6074 | 1.70 | 38178053 | 5336243 | | | | 128740 | 52478 | 31017 | 155 |
| 4/10/06 | (Mon) | 64178 | 33590 | 5500 | 1.99 | 27782851 | 4363368 | | | | 97915 | 42949 | 24448 | 100 |
| 4/9/06 | (Sun) | 75186 | 32699 | 6105 | 1.72 | 37611606 | 4880854 | | | | 115892 | 50863 | 27295 | 130 |
| 4/8/06 | (Sat) | 82281 | 33578 | 6155 | · | 42004799 | 5434520 | | | | | | | |
| 4/7/06 | (Fri) | 78196 | 27271 | 5128 | 1.73 | 39877699 | 5058527 | | | | 118771 | 48902 | 28954 | 146 |
| 4/6/06 | (Thu) | 79986 | 30888 | 5557 | 1.77 | 39846485 | 5491810 | | | | 121693 | 50748 | 32683 | 151 |
| 4/5/06 | (Wed) | 75226 | 29009 | 5371 | 1.72 | 37039371 | 5087395 | | | | 112816 | 48499 | 30355 · | 124 |
| 4/4/06 | (Tue) | 86798 | 32742 | 6102 | 1.78 | 39842703 | 5476608 | | | | 124941 | 51422 | 33193 | 150 |
| 4/3/06 | (Mon) | 83969 | 32495 | 6082 | 1.73 | 35471929 | 5129088 | | | | 107960 | 44966 | 28072 | 124 |
| 4/2/06 | (Sun) | 85558 | 36143 | 6838 | 1.77 | 37712815 | 5121073 | | | | 115217 | 48118 | 27812 | 133 |
| 4/1/06 | (Sat) | 76688 | 32199 | 6070 | 1.78 | 38537118 | 5356400 | | | | 108673 | 47653 | 26866 | 155 |
| 3/31/06 | (Fri) | 76454 | 29391 | 5646 | 1.76 | 36316891 | 5193133 | - | - | - | 101189 | 43866 | 26627 | 158 |
| 3/30/06 | (Thu) | 73344 | 29207 | 5344 | 1.76 | 36440052 | 5206003 | - | - | - | 102942 | 42393 | 28170 | 145 |
| 3/29/06 | (Wed) | 71586 | 29808 | 5762 | 1.74 | 35020529 | 5082006 | - | - | - | 97520 | 42540 | 27150 | 106 |
| 3/28/06 | (Tue) | 81341 | 27994 | 5552 | 1.69 | 33377653 | 4724692 | - | - | - | 86546 | 38249 | 26888 | 129 |
| 3/27/06 | (Mon) | 83900 | 33339 | 6163 | 1.75 | 34465415 | 5191693 | - | - | - | 103525 | 38459 | 29794 | 140 |
| 3/26/06 | (Sun) | 73054 | 35877 | 6455 | 1.80 | 32851582 | 4960283 | - | - | - | 98307 | 41887 | 26487 | 149 |
| 3/25/06 | (Sat) | 73874 | 33478 | 6282 | 1.80 | 33292512 | 5324160 | - | - | - | 112489 | 43401 | 30399 | 145 |
| 3/24/06 | (Fri) | 77184 | 28141 | 5183 | 1.77 | 33988398 | 5056298 | - | - | - | 11631 | 40815 | 27019 | 142 |
| 3/23/06 | (Thu) | 82595 | 29254 | 5333 | 1.75 | 33930880 | 5009161 | - | - | - | 108271 | 42236 | 29106 | 141 |
| 3/22/06 | (Wed) | 76565 | 28971 | 5571 | 1.74 | 33239599 | 4704777 | - | - | - | 112284 | 43515 | 30142 | 126 |
| 3/21/06 | (Tue) | 84893 | 29831 | 5637 | 1.76 | 33165380 | 4688090 | - | - | - | 116002 | 41605 | 30675 | 128 |
| 3/20/06 | (Mon) | 78673 | 31457 | 5884 | 1.78 | 33558822 | 4663487 | - | - | - | 124455 | 41595 | 30241 | 140 |
| 3/19/06 | (Sun) | 77867 | 36293 | 6689 | 1.83 | 32358229 | 4785793 | - | - | - | 115268 | 44384 | 29395 | 141 |
| 3/18/06 | (Sat) | 78306 | 31345 | 5750 | 1.83 | 32758891 | 4865201 | - | - | - | 103508 | 42559 | 26400 | 141 |
| 3/17/06 | (Fri) | 77767 | 26058 | 4762 | 1.78 | 30921745 | 4817659 | - | - | - | 98487 | 38962 | 27503 | 123 |
| 3/16/06 | (Thu) | 77700 | 27076 | 4614 | 1.81 | 22781630 | 4335284 | - | - | - | 92912 | 37234 | 26286 | 142 |
| 3/15/06 | (Wed) | 79462 | 25997 | 4662 | 1.81 | 29511495 | 4361545 | - | - | - | 94275 | 38469 | 26553 | 119 |
| 3/14/06 | (Tue) | 82594 | 25365 | 4376 | 1.80 | 30455266 | 4393618 | - | - | - | 135996 | 37550 | 27483 | 137 |
| 3/13/06 | (Mon) | 80934 | 28920 | 5460 | 1.78 | 29324224 | 4386039 | - | - | - | 90412 | 36509 | 27251 | 132 |
| 3/12/06 | (Sun) | 82191 | 33518 | 6111 | 1.82 | 29550322 | 4458182 | - | - | - | 94013 | 39787 | 25121 | 158 |
| 3/11/06 | (Sat) | 81783 | 28169 | 4754 | 1.79 | 27744413 | 4427980 | - | - | - | 84894 | 37212 | 23930 | 128 |
| 3/10/06 | (Fri) | 89086 | 24681 | 4364 | 1.80 | 29073870 | 4638439 | - | - | - | 80592 | 34286 | 23001 | 137 |
| 3/9/06 | (Thu) | 84052 | 25466 | 5058 | 1.76 | 28189245 | 4344271 | 5483129 | 473858 | | 78497 | 32970 | 22291 | 123 |
| 3/8/06 | (Wed) | 79943 | 26471 | 4941 | 1.85 | 25125877 | 4353692 | 5270491 | 454344 | | 75829 | 32225 | 22794 | 110 |
| 3/7/06 | (Tue) | 79914 | 27024 | 5378 | 1.84 | 26587874 | 4052839 | 5350197 | 439846 | | 78206 | 33530 | 23909 | 128 |
| 3/6/06 | (Mon) | 88055 | 28156 | 5635 | 1.76 | 27281640 | 4431784 | 5726153 | 444844 | | 77767 | 33479 | 22635 | 109 |
| 3/5/06 | (Sun) | 85455 | 32319 | 6488 | 1.77 | 28150784 | 4155795 | 4919288 | 414892 | | 83413 | 39239 | 21076 | 141 |
| 3/4/06 | (Sat) | 90081 | 28519 | 5525 | 1.79 | 28152095 | 4204555 | 4671085 | 358130 | | 78642 | 36703 | 19234 | 126 |
| 3/3/06 | (Fri) | 83886 | 22430 | 4205 | 1.76 | 26284123 | 3908583 | 4789307 | 356805 | | 65609 | 29618 | 18134 | 125 |
| 3/2/06 | (Thu) | 94465 | 24647 | 4928 | 1.74 | 27015890 | 3935748 | 4847720 | 360048 | | 66506 | 29857 | 19898 | 136 |
| 3/1/06 | (Wed) | 93911 | 23847 | 4551 | 1.76 | 24744650 | 3576573 | 4898716 | 326163 | | 59792 | 26137 | 18269 | 116 |
| 2/28/06 | (Tue) | 76784 | 23986 | 4842 | 1.76 | 17345281 | 3174665 | 3713223 | 270891 | | 44211 | 16408 | 14755 | 166 |
| 2/27/06 | (Mon) | 23623 | 26929 | 5220 | 1.85 | 23742785 | 3943017 | 5725053 | 236563 | | 28646 | 25153 | 13598 | 100 |
| 2/26/06 | (Sun) | 24572 | 33918 | 6290 | 1.96 | 25149443 | 4271511 | 4831802 | 231859 | | 31666 | 32060 | 14385 | 110 |
| 2/25/06 | (Sat) | 23032 | 28303 | 5186 | 1.91 | 24317144 | 4134767 | 4477444 | 202073 | | 28259 | 30861 | 12844 | 109 |
| 2/24/06 | (Fri) | 20620 | 24078 | 4245 | 1.90 | 24297838 | 3948815 | 4762817 | 131235 | | 23585 | 27947 | 10919 | 70 |
| 2/23/06 | (Thu) | 20179 | 24400 | 4516 | 1.87 | 22377193 | 3897781 | 3509124 | 200588 | | 25996 | 25947 | 11373 | 83 |
| 2/22/06 | (Wed) | 19529 | 23762 | 4296 | 1.84 | 20586979 | 3476270 | 3250096 | 200308 | | 24140 | 24700 | 10631 | 69 |
| 2/21/06 | (Tue) | 19422 | 24435 | 4506 | 1.86 | 19255047 | 3408382 | 3118211 | 194895 | | 23956 | 24946 | 10651 | 72 |
| 2/20/06 | (Mon) | 20448 | 26084 | 4973 | 1.87 | 15797475 | 2364934 | 2853043 | 194731 | | 20848 | 20781 | 9364 | 66 |
| 2/19/06 | (Sun) | 19648 | 26150 | 4952 | 1.85 | 17854950 | 3135809 | 2998019 | 187965 | | 21265 | 23362 | 9254 | 94 |

| Date | Day | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/18/06 | (Sat) | 19149 | 24814 | 4517 | 1.91 | 20091405 | 3496193 | 3154588 | 178876 | 20544 | 24305 | 9324 | 91 |
| 2/17/06 | (Fri) | 18411 | 21164 | 3793 | 1.89 | 20377451 | 3702805 | 3386692 | 178582 | 21587 | 23317 | 10001 | 70 |
| 2/16/06 | (Thu) | 18956 | 21326 | 4084 | 1.85 | 20276637 | 3948278 | 3595663 | 178140 | 21537 | 20598 | 10788 | 78 |
| 2/15/06 | (Wed) | 18552 | 20632 | 3847 | 1.85 | 19851176 | 3891725 | 3550392 | 176325 | 21028 | 20704 | 9986 | 76 |
| 2/14/06 | (Tue) | 15023 | 18995 | 3602 | 1.84 | 16808400 | 3611276 | 3178723 | 158840 | 17188 | 18266 | 8296 | 64 |
| 2/13/06 | (Mon) | 17973 | 22893 | 4278 | 1.87 | 19396287 | 4288045 | 3726292 | 126549 | 21310 | 20812 | 9908 | 60 |
| 2/12/06 | (Sun) | 19936 | 27849 | 5184 | 1.95 | 20291974 | 4417198 | 3604230 | 144242 | 22202 | 23917 | 10801 | 101 |
| 2/11/06 | (Sat) | 17543 | 23105 | 4072 | 1.99 | 18888403 | 3239317 | 2900033 | 157983 | 19834 | 21806 | 9082 | 70 |
| 2/10/06 | (Fri) | 15944 | 17852 | 3261 | 1.92 | 17741665 | 2948141 | 2940621 | 155594 | 18968 | 18981 | 8754 | 75 |
| 2/9/06 | (Thu) | 15315 | 17745 | 3278 | 1.89 | 16429110 | 2747822 | 2771046 | 149954 | 18883 | 17881 | 9514 | 60 |
| 2/8/06 | (Wed) | 15546 | 17865 | 3326 | 1.87 | 16299105 | 2704855 | 2783523 | 153645 | 19664 | 17995 | 9026 | 95 |
| 2/7/06 | (Tue) | 15646 | 18530 | 3388 | 1.89 | 15916129 | 2728345 | 2779640 | 148887 | 18400 | 17677 | 9034 | 82 |
| 2/6/06 | (Mon) | 16741 | 19782 | 3697 | 1.88 | 16242846 | 2889013 | 3013935 | 153301 | 18364 | 16240 | 8951 | 81 |
| 2/5/06 | (Sun) | 16964 | 21441 | 4465 | 1.79 | 15028354 | 2879893 | 2696318 | 153993 | 17757 | 17533 | 8207 | 68 |
| 2/4/06 | (Sat) | 16249 | 18461 | 3831 | 1.79 | 16948350 | 2850282 | 2534796 | 140819 | 16637 | 16013 | 7451 | 72 |
| 2/3/06 | (Fri) | 13467 | 14210 | 2888 | 1.78 | 12635795 | 2303451 | 2293294 | 132123 | 14476 | 12310 | 6709 | 110 |
| 2/2/06 | (Thu) | 13117 | 14304 | 2783 | 1.78 | 11763965 | 2027256 | 2163332 | 63057 | 14529 | 12134 | 6265 | 57 |
| 2/1/06 | (Wed) | 12948 | 14964 | 2739 | 1.79 | 11461422 | 2034131 | 2146007 | 62607 | 14559 | 11057 | 6717 | 61 |
| 1/31/06 | (Tue) | 13510 | 15646 | 3238 | 1.78 | 12162521 | 2254143 | 2222085 | 186242 | 17018 | 13433 | 7317 | 58 |
| 1/30/06 | (Mon) | 14162 | 14964 | 3432 | 1.67 | 12207560 | 2382307 | 2311192 | 184285 | 15058 | 12406 | 6845 | 63 |
| 1/29/06 | (Sun) | 16793 | 20045 | 4088 | 1.82 | 13056107 | 2031989 | 2292197 | 180578 | 17062 | 16694 | 7350 | 97 |
| 1/28/06 | (Sat) | 14726 | 18196 | 3520 | 1.85 | 12509881 | 2513401 | 2153024 | 168578 | 15503 | 11672 | 6057 | 72 |
| 1/27/06 | (Fri) | 13562 | 14341 | 2716 | 1.83 | 12314625 | 2310485 | 2217615 | 160463 | 12853 | 11739 | 6122 | 52 |
| 1/26/06 | (Thu) | 12895 | 14341 | 2745 | 1.79 | 11709273 | 2237017 | 2204781 | 166879 | 14279 | 10995 | 6144 | 54 |
| 1/25/06 | (Wed) | 13622 | 15086 | 2682 | 1.84 | 11928573 | 2282274 | 2242840 | 55910 | 16475 | 11975 | 6616 | 103 |
| 1/24/06 | (Tue) | 14141 | 15750 | 3034 | 1.81 | 11858483 | 2295151 | 2234219 | 175718 | 15684 | 11906 | 6560 | 76 |
| 1/23/06 | (Mon) | 14532 | 16983 | 3408 | 1.88 | 11598305 | 2090192 | 2084116 | 171895 | 16084 | 13549 | 6581 | 73 |
| 1/22/06 | (Sun) | 16604 | 20599 | 3988 | 1.91 | 11487929 | 2232146 | 2010036 | 172097 | 15814 | 14190 | 6273 | 93 |
| 1/21/06 | (Sat) | 12854 | 16022 | 3112 | 1.88 | 10619978 | 1976128 | 1798428 | 160357 | 14352 | 13058 | 5266 | |
| 1/20/06 | (Fri) | 11647 | 13069 | 2493 | 1.86 | 10093113 | 1891789 | 1742501 | 137858 | 14229 | 11621 | 5194 | |
| 1/19/06 | (Thu) | 12735 | 15321 | 2784 | 1.77 | 9691441 | 1779721 | 1711334 | 51240 | 10717 | 11544 | 7284 | |
| 1/18/06 | (Wed) | 13959 | 16622 | 2826 | 1.82 | 10875152 | 1923013 | 1891314 | 33897 | 18964 | 12514 | 8173 | |
| 1/17/06 | (Tue) | 14626 | 18381 | 3362 | 1.85 | 10660421 | 1918220 | 1883597 | 144901 | 17400 | 12384 | 8071 | |
| 1/16/06 | (Mon) | 15131 | 20411 | 3731 | 1.85 | 10541824 | 2109568 | 1917842 | 151317 | 19540 | 11046 | 8527 | |
| 1/15/06 | (Sun) | 14410 | 20678 | 3706 | 1.90 | 10115527 | 2018885 | 1689180 | 133110 | 17968 | 13979 | 7765 | |
| 1/14/06 | (Sat) | 13698 | 17692 | 3398 | 1.88 | 10484882 | 2153996 | 1647983 | 129430 | 17336 | 12554 | 7108 | |
| 1/13/06 | (Fri) | 12337 | 13537 | 2492 | 1.84 | 9915735 | 1660470 | 1644595 | 126176 | 16244 | 10241 | 7123 | |
| 1/12/06 | (Thu) | 11935 | 13522 | 2494 | 1.83 | 9233858 | 1635617 | 1552848 | 121734 | 15939 | 9837 | 6953 | |
| 1/11/06 | (Wed) | 11919 | 13628 | 2592 | 1.79 | 8943697 | 1669254 | 1532904 | 123884 | 15522 | 10285 | 7066 | |
| 1/10/06 | (Tue) | 11516 | 13249 | 2541 | 1.81 | 8522945 | 1422210 | 1476654 | 119725 | 14982 | 9430 | 7012 | |
| 1/9/06 | (Mon) | 11377 | 13850 | 2790 | 1.79 | 8193369 | 1318087 | 1408403 | 119015 | 16340 | 10227 | 6310 | |
| 1/8/06 | (Sun) | 11997 | 15450 | 3402 | 1.77 | 8349471 | 1401069 | 1369215 | 128401 | 15841 | 12274 | 6585 | |
| 1/7/06 | (Sat) | 11600 | 14793 | 2709 | 1.82 | 8414374 | 1406575 | 1293952 | 103772 | 15943 | 11942 | 6635 | |
| 1/6/06 | (Fri) | 10350 | 10071 | 1691 | 1.72 | 7788327 | 1143201 | 1240277 | 99290 | 15582 | 9759 | 6066 | |
| 1/5/06 | (Thu) | 10695 | 12115 | 2431 | 1.78 | 7864015 | 1170015 | 1276405 | 101146 | 21409 | 9556 | 7346 | |
| 1/4/06 | (Wed) | 10396 | 11863 | 2476 | 1.77 | 7430483 | 1129811 | 1200595 | 94580 | 14876 | 9769 | 6733 | |
| 1/3/06 | (Tue) | 10594 | 12780 | 2539 | 1.82 | 7374343 | 1133432 | 1227797 | 93580 | 15388 | 9422 | 6670 | |
| 1/2/06 | (Mon) | 10363 | 12968 | 2657 | 1.79 | 6706679 | . | 1146514 | 89963 | 14069 | 9437 | 6491 | |
| 1/1/06 | (Sun) | 9944 | 13018 | 2426 | 1.84 | 6581118 | . | 1030117 | 30198 | 12788 | 8886 | 6400 | |
| 12/31/05 | (Sat) | 7651 | 10535 | 1950 | 1.90 | 5825302 | 1227771 | 894687 | 65706 | 16085 | 7120 | 4431 | |
| 12/30/05 | (Fri) | 8846 | 9953 | 1941 | 1.77 | 6323932 | 13879156 | 1021584 | 79472 | 12491 | 9082 | 5430 | |
| 12/29/05 | (Thu) | 8878 | 11104 | 2235 | 1.80 | 6075622 | 13404579 | 1063435 | 75013 | 12865 | 8641 | 5984 | |
| 12/28/05 | (Wed) | 8605 | 10022 | 1983 | 1.79 | 5914769 | 7677338 | 1079664 | 80054 | 11802 | 7935 | 5877 | |
| 12/27/05 | (Tue) | 8907 | 10281 | 2083 | 1.82 | 5895441 | 1551508 | 1035715 | 79911 | 13006 | 7319 | 6899 | |
| 12/26/05 | (Mon) | 7270 | 8586 | 1648 | 1.88 | 5128310 | 1365739 | 840487 | 68113 | 9942 | 6068 | 4620 | |
| 12/25/05 | (Sun) | 5984 | 7067 | 1328 | 1.85 | 4555694 | 1200013 | 721260 | 57776 | 7270 | 4916 | 3343 | |
| 12/24/05 | (Sat) | 5724 | 7406 | 1348 | 1.88 | 4807164 | 1220756 | 778049 | 43316 | 8370 | 5464 | 3269 | |
| 12/23/05 | (Fri) | 6808 | 7537 | 1465 | 1.82 | 5456322 | 1185704 | 904672 | 67026 | 10849 | 6564 | 4694 | |
| 12/22/05 | (Thu) | 6689 | 7684 | 1529 | 1.82 | 5539966 | 1237778 | 940508 | 69502 | 12269 | 6648 | 5023 | |
| 12/21/05 | (Wed) | 6747 | 7837 | 1577 | 1.84 | 5108737 | 1264621 | 841242 | 68907 | 10757 | 6214 | 4885 | |
| 12/20/05 | (Tue) | 7096 | 8021 | 1500 | 1.79 | 5055722 | 1328643 | 858809 | 69592 | 10121 | 5642 | 4457 | |
| 12/19/05 | (Mon) | 6518 | 7657 | 933 | 1.80 | 4419957 | 1343223 | 790554 | 67867 | 8851 | 4870 | 4323 | |
| 12/18/05 | (Sun) | 6311 | 7914 | 1006 | 1.76 | 3667644 | 1364558 | 643115 | 62698 | 8579 | 3993 | 4609 | |
| 12/17/05 | (Sat) | 6204 | 7599 | 903 | 1.84 | 3830511 | 1358351 | 633255 | 63071 | 7967 | 4039 | 4191 | |
| 12/16/05 | (Fri) | 6044 | 7008 | 829 | 1.77 | 3679548 | 1384443 | 680729 | 35967 | 8921 | 3574 | 4548 | |

**Highly Confidential**

GOO001-09684854

| Date | Day | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/05 | (Thu) | 6491 | 7761 | 880 | 1.82 | 3484404 | 1551737 | 690928 | 66185 | 7148 | 3175 | 3518 |
| 12/14/05 | (Wed) | 5577 | 6349 | 671 | 1.74 | 3169341 | 1333844 | 648238 | 58316 | 7401 | 2760 | 3269 |
| 12/13/05 | (Tue) | 5988 | 7195 | 814 | 1.80 | 3106033 | 1381175 | 601416 | 64119 | 7437 | 3184 | 3202 |
| 12/12/05 | (Mon) | 5804 | 7226 | 841 | 1.81 | 2851057 | 1250211 | 557693 | 62065 | 7429 | 3983 | 2943 |
| 12/11/05 | (Sun) | 5967 | 8354 | 1280 | 1.85 | 2647025 | 1255352 | 525420 | 23123 | 6855 | 3221 | 2833 |
| 12/10/05 | (Sat) | 5300 | 7352 | 1335 | 1.85 | 2674262 | 1119482 | 510942 | 13612 | 7043 | 2912 | 3284 |
| 12/9/05 | (Fri) | 5161 | 6472 | 1097 | 1.88 | 2711533 | 1092971 | 518101 | 24024 | 5878 | 2792 | 2621 |
| 12/8/05 | (Thu) | 4929 | 6040 | 1078 | 1.81 | 2632454 | 1062187 | 494421 | 57054 | 7129 | 2654 | 3084 |
| 12/7/05 | (Wed) | 5100 | 6090 | 1177 | 1.76 | 2558185 | 1106821 | 483417 | 56404 | 6127 | 2621 | 2786 |
| 12/6/05 | (Tue) | 5356 | 6042 | 1086 | 1.78 | 2592094 | 1168681 | 492593 | 51538 | 6426 | 2823 | 2968 |
| 12/5/05 | (Mon) | 5211 | 6434 | 1140 | 1.83 | 2590166 | 1149740 | 519821 | 19288 | 7428 | 2910 | 3507 |
| 12/4/05 | (Sun) | 5441 | 7558 | 1390 | 1.84 | 2575912 | 1159741 | 480203 | 56243 | 7460 | 2809 | 2998 |
| 12/3/05 | (Sat) | 5256 | 6765 | 1129 | 1.89 | 2715864 | 1083112 | 478170 | 20544 | 7081 | 3000 | 2959 |
| 12/2/05 | (Fri) | 4849 | 5425 | 872 | 1.82 | 2669990 | 1017446 | 500278 | 14450 | 6987 | 2880 | 3148 |
| 12/1/05 | (Thu) | 4775 | 5756 | 931 | 1.92 | 2521447 | 1032858 | 473044 | 10729 | 7312 | 3024 | 2891 |
| 11/30/05 | (Wed) | 4670 | 5571 | 951 | 1.88 | 2416928 | 963782 | 462362 | 35506 | 6486 | 2446 | 2792 |
| 11/29/05 | (Tue) | 4689 | 5545 | 919 | 1.83 | 2351871 | 976504 | 457974 | 35272 | 6820 | 2499 | 2737 |
| 11/28/05 | (Mon) | 4754 | 5872 | 990 | 1.93 | 2246649 | 951218 | 426263 | 36884 | 5801 | 2427 | 2399 |
| 11/27/05 | (Sun) | 5119 | 7073 | 1254 | 1.97 | 2387865 | 1059135 | 425511 | 36980 | 6817 | 2931 | 3141 |
| 11/26/05 | (Sat) | 5139 | 5834 | 1086 | 1.89 | 2485932 | 975886 | 419579 | 39139 | 6745 | 3270 | 2863 |
| 11/25/05 | (Fri) | 4989 | 5791 | 1000 | 1.95 | 2531289 | 924818 | 420656 | 42287 | 6875 | 2933 | 2796 |
| 11/24/05 | (Thu) | 4746 | 5953 | 1023 | 1.95 | 2437099 | 881099 | 409277 | 38765 | 8026 | 2810 | 3968 |
| 11/23/05 | (Wed) | 4770 | 5457 | 1011 | 1.85 | 2514675 | 839865 | 495165 | 41254 | 8595 | 2834 | 3448 |
| 11/22/05 | (Tue) | 4535 | 3418 | 595 | 1.75 | 2215687 | 774663 | 394362 | 37822 | 6651 | 2403 | 3257 |
| 11/21/05 | (Mon) | 6251 | 5140 | 949 | 1.86 | 2364086 | 827545 | 443635 | 43825 | 8231 | 2376 | 4240 |
| 11/20/05 | (Sun) | 7358 | 6213 | 1169 | 1.96 | 2240420 | 839876 | 380231 | 27406 | 9461 | 2598 | 4890 |
| 11/19/05 | (Sat) | 6592 | 5141 | 868 | 1.96 | 2263675 | 756909 | 374607 | 25251 | 9834 | 2404 | 4962 |
| 11/18/05 | (Fri) | 9145 | 4217 | 745 | 1.91 | 2212128 | 678583 | 391884 | 40489 | 10119 | 2334 | 5024 |
| 11/17/05 | (Thu) | 6489 | 4231 | 698 | 1.85 | 2083669 | 696955 | 376993 | 19244 | 10416 | 1979 | 5326 |
| 11/16/05 | (Wed) | 5805 | 3801 | 617 | 1.86 | 1927303 | 578811 | 369194 | 11202 | 7587 | 2064 | 3882 |
| 11/15/05 | (Tue) | 6454 | 4266 | 635 | 1.88 | 2068898 | 619290 | 389921 | 9978 | 8410 | 2150 | 4445 |
| 11/14/05 | (Mon) | 6091 | 4278 | 821 | 1.90 | 1978341 | 583362 | 384205 | 34216 | 8283 | 2283 | 4511 |
| 11/13/05 | (Sun) | 6057 | 4661 | 826 | 1.92 | 1896744 | 612977 | 350882 | 24131 | 13254 | 2347 | 9543 |
| 11/12/05 | (Sat) | 6367 | 4439 | 746 | 1.92 | 2134320 | 547303 | 403972 | 12252 | 8227 | 2349 | 4648 |
| 11/11/05 | (Fri) | 6122 | 4317 | 723 | 1.86 | 2008736 | 515361 | 331600 | 28038 | 8065 | 2027 | 4543 |
| 11/10/05 | (Thu) | 5399 | 4048 | 674 | 1.97 | 1733983 | 457350 | 306141 | 26598 | 7630 | 1723 | 4188 |
| 11/9/05 | (Wed) | 5458 | 3605 | 619 | 1.89 | 1707469 | 435052 | 321758 | 27980 | 7416 | 1673 | 3989 |
| 11/8/05 | (Tue) | 5867 | 3584 | 682 | 1.74 | 1679499 | 412462 | 316900 | 27341 | 7590 | 1739 | 4281 |
| 11/7/05 | (Mon) | 5116 | 3534 | 621 | 1.84 | 1715179 | 393762 | 350551 | 26292 | 5049 | 1611 | 2575 |
| 11/6/05 | (Sun) | 4607 | 3550 | 713 | 1.82 | 1399326 | 405342 | 294728 | 25587 | 5693 | 1636 | 3151 |
| 11/5/05 | (Sat) | 4039 | 3097 | 545 | 1.92 | 1150182 | 361426 | 209280 | 21605 | 5265 | 1422 | 2632 |
| 11/4/05 | (Fri) | 4398 | 2781 | 496 | 1.87 | 1445292 | 339774 | 261318 | 22877 | 6258 | 1299 | 3692 |
| 11/3/05 | (Thu) | 4774 | 2989 | 589 | 1.78 | 1458171 | 335951 | 291086 | 22559 | 5806 | 1246 | 3428 |
| 11/2/05 | (Wed) | 4642 | 2796 | 581 | 1.66 | 1320783 | 364561 | 266515 | 23269 | 5586 | 1257 | 3069 |
| 11/1/05 | (Tue) | 4784 | 2934 | 593 | 1.73 | 1289891 | 382680 | 266465 | 21576 | 5690 | 1202 | 3347 |
| 10/31/05 | (Mon) | 4036 | 2536 | 529 | 1.72 | 1082503 | 361362 | 216786 | 19317 | 4700 | 926 | 2706 |
| 10/30/05 | (Sun) | 3944 | 3355 | 707 | 1.84 | 1038476 | 406893 | 198050 | 19450 | 4296 | 1289 | 2309 |
| 10/29/05 | (Sat) | 3591 | 2596 | 417 | 1.81 | 1061906 | 315897 | 202711 | 4866 | 3883 | 1020 | 2136 |
| 10/28/05 | (Fri) | 3569 | 2611 | 482 | 1.83 | 1061132 | 313693 | 202951 | 17596 | 3827 | 1018 | 2084 |
| 10/27/05 | (Thu) | 3508 | 2685 | 574 | 1.74 | 912946 | 315916 | 188774 | 17219 | 3491 | 985 | 1976 |
| 10/26/05 | (Wed) | 4003 | 2343 | 359 | 1.75 | 846488 | 316562 | 197624 | 14807 | 4119 | 852 | 2595 |

**Highly Confidential**

GOO001-09684855

| Date | Day | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/05 | (Tue) | 4116 | 2636 | 543 | 1.72 | 976838 | 322352 | 210636 | 13982 | 4639 | 1063 | 2607 |
| 10/24/05 | (Mon) | 3388 | 2584 | 539 | 1.70 | 828463 | 297192 | 184971 | 15770 | 4279 | 1056 | 2239 |
| 10/23/05 | (Sun) | 3364 | 3057 | 515 | 1.87 | 732863 | 295453 | 141458 | 13422 | 3588 | 1137 | 1851 |
| 10/22/05 | (Sat) | 2993 | 2254 | 414 | 1.76 | 685336 | 244123 | 127037 | 12461 | 3408 | 932 | 1769 |
| 10/21/05 | (Fri) | 3114 | 2159 | 406 | 1.71 | 687424 | 229700 | 142018 | 12544 | 3561 | 996 | 1927 |
| 10/20/05 | (Thu) | 2994 | 2236 | 456 | 1.76 | 606220 | 237015 | 132086 | 13158 | 3655 | 830 | 1876 |
| 10/19/05 | (Wed) | 2790 | 2304 | 417 | 1.82 | 582767 | 237937 | 134753 | 12066 | 3366 | 832 | 1725 |
| 10/18/05 | (Tue) | 2589 | 1966 | 446 | 1.69 | 530943 | 202940 | 119397 | 11889 | 2936 | 679 | 1597 |
| 10/17/05 | (Mon) | 2496 | 1874 | 346 | 1.70 | 495270 | 190851 | 113621 | 9794 | 2678 | 617 | 1530 |
| 10/15/05 | (Sat) | 2390 | 1971 | 344 | 1.82 | 1419205 | 167308 | 101160 | 8329 | 2535 | 604 | 1293 |
| 10/14/05 | (Fri) | 2349 | 1614 | 325 | 1.79 | 837326 | 152859 | 113873 | 7791 | 2460 | 522 | 1263 |
| 10/13/05 | (Thu) | 2315 | 1692 | 371 | 1.71 | 522890 | 147677 | 132452 | 9376 | 2294 | 522 | 1340 |
| 10/12/05 | (Wed) | 2037 | 1705 | 352 | 1.68 | 398737 | 125035 | 92321 | 8135 | 2154 | 426 | 1215 |
| 10/11/05 | (Tue) | 2031 | 1682 | 368 | 1.76 | 347983 | 123757 | 71016 | 6636 | 1778 | 319 | 1028 |
| 10/10/05 | (Mon) | 1705 | 1653 | 335 | 1.78 | 273258 | 100671 | 47361 | 6564 | 1197 | 324 | 700 |
| 10/9/05 | (Sun) | 1880 | 1649 | 301 | 1.76 | 251632 | 104713 | 73077 | 3566 | 1301 | 248 | 810 |
| 10/8/05 | (Sat) | 1854 | 1636 | 321 | 1.83 | 292383 | 97255 | 75825 | 6457 | 1503 | 316 | 846 |
| 10/7/05 | (Fri) | 1781 | 1439 | 296 | 1.76 | 279406 | 93151 | 73617 | 6590 | 1244 | 333 | 827 |
| 10/6/05 | (Thu) | 1789 | 1406 | 258 | 1.73 | 258271 | 105314 | 62551 | 6548 | 1346 | 364 | 834 |
| 10/5/05 | (Wed) | 1592 | 1364 | 253 | 1.72 | 225303 | 90536 | 53264 | 5693 | 1167 | 369 | 764 |
| 10/4/05 | (Tue) | 1436 | 1303 | 248 | 1.71 | 219184 | 80847 | 52362 | 5232 | 1312 | 351 | 731 |
| 10/3/05 | (Mon) | 1511 | 1319 | 275 | 1.58 | 207887 | 78295 | 53266 | 5377 | 1350 | 289 | 774 |
| 10/2/05 | (Sun) | 1494 | 1409 | 280 | 1.77 | 187296 | 73805 | 52642 | 4907 | 1010 | 413 | 639 |
| 10/1/05 | (Sat) | 1421 | 1217 | 239 | 1.78 | 168769 | 67022 | 44339 | 4291 | 1133 | 224 | 664 |
| 9/30/05 | (Fri) | 1179 | 1058 | 228 | 1.67 | 170949 | 62342 | 44181 | 3954 | 907 | 258 | 527 |
| 9/29/05 | (Thu) | 1126 | 1097 | 229 | 1.77 | 160275 | 57953 | 41363 | 4031 | 839 | 205 | 554 |
| 9/28/05 | (Wed) | 1368 | 1168 | 253 | 1.67 | 176613 | 57354 | 49332 | 4189 | 1054 | 207 | 599 |
| 9/27/05 | (Tue) | 1348 | 1185 | 264 | 1.66 | 163058 | 54808 | 46871 | 3969 | 720 | 202 | 466 |
| 9/26/05 | (Mon) | 1119 | 1145 | 210 | 1.74 | 171380 | 58636 | 49171 | 3578 | 568 | 213 | 340 |
| 9/25/05 | (Sun) | 1094 | 1256 | 271 | 1.85 | 148832 | 53176 | 32566 | 2794 | 469 | 251 | 292 |
| 9/24/05 | (Sat) | 971 | 975 | 159 | 1.73 | 149115 | 43819 | 33172 | 1501 | 394 | 201 | 260 |
| 9/23/05 | (Fri) | 971 | 942 | 169 | 1.76 | 133170 | 41634 | 30703 | 1294 | 659 | 171 | 242 |
| 9/22/05 | (Thu) | 983 | 951 | 155 | 1.74 | 120473 | 37714 | 30987 | 1227 | 558 | 170 | 298 |

| Date | Day | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/05 | (Wed) | 1009 | 841 | 157 | 1.66 | 114991 | 42689 | 30001 | 1028 | 503 | 188 | 296 |
| 9/20/05 | (Tue) | 727 | 733 | 146 | 1.64 | 117884 | 43745 | 33439 | 826 | 498 | 179 | 358 |
| 9/19/05 | (Mon) | 584 | 799 | 138 | 1.82 | 110631 | 37878 | 32979 | 598 | 335 | 163 | 196 |
| 9/18/05 | (Sun) | 515 | 734 | 106 | 1.82 | 97793 | 27312 | 27702 | 519 | 408 | 144 | 207 |
| 9/17/05 | (Sat) | 488 | 672 | 113 | 1.77 | 104949 | 27619 | 33621 | 439 | 125 | 151 | 82 |
| 9/16/05 | (Fri) | 512 | 590 | 120 | 1.69 | 100795 | 25568 | 26887 | 407 | 163 | 163 | 61 |
| 9/15/05 | (Thu) | 342 | 599 | 87 | 1.89 | 94956 | 26872 | 26474 | 340 | 269 | 199 | 90 |
| 9/14/05 | (Wed) | 254 | 476 | 47 | 2.00 | 84754 | 27670 | 22056 | 285 | 233 | 162 | 120 |
| 9/13/05 | (Tue) | 196 | 385 | 43 | 1.69 | 84702 | 27778 | 22405 | 233 | 133 | 148 | 80 |
| 9/12/05 | (Mon) | 226 | 507 | 53 | 1.79 | 100011 | 27634 | 30477 | 242 | 161 | 168 | 84 |
| 9/11/05 | (Sun) | 266 | 552 | 69 | 1.94 | 102271 | 22765 | 27678 | 220 | 48 | 268 | 84 |
| 9/10/05 | (Sat) | 255 | 435 | 60 | 1.89 | 86713 | 21011 | 21279 | 210 | 92 | 281 | 52 |
| 9/9/05 | (Fri) | 209 | 401 | 54 | 1.81 | 95696 | 24702 | 27281 | 220 | 59 | 184 | 51 |
| 9/8/05 | (Thu) | 204 | 469 | 63 | 2.01 | 87773 | 22265 | 27781 | 204 | 51 | 122 | 41 |
| 9/7/05 | (Wed) | 227 | 458 | 67 | 1.93 | 83285 | 17820 | 25700 | 232 | 53 | 118 | 55 |
| 9/6/05 | (Tue) | 294 | 560 | 91 | 1.91 | 90825 | 26685 | 25947 | 246 | 47 | 116 | 62 |
| 9/5/05 | (Mon) | 311 | 639 | 90 | 1.97 | 100533 | 36892 | 28283 | 242 | 30 | 121 | 86 |
| 9/4/05 | (Sun) | 238 | 517 | 61 | 2.15 | 69932 | 13092 | 19908 | 187 | 44 | 182 | 50 |
| 9/3/05 | (Sat) | 177 | 434 | 44 | 2.13 | 70561 | 10012 | 21327 | 137 | 28 | 124 | 34 |
| 9/2/05 | (Fri) | 191 | 438 | 40 | 2.32 | 83249 | 11171 | 27169 | 144 | 54 | 85 | 64 |
| 9/1/05 | (Thu) | 213 | 479 | 40 | 2.29 | 88358 | 13058 | 29587 | 167 | 38 | 181 | 78 |
| 8/31/05 | (Wed) | 214 | 489 | 64 | 2.25 | 87501 | 12816 | 34095 | 182 | 54 | 150 | 79 |
| 8/30/05 | (Tue) | 220 | 565 | 50 | 2.30 | 105994 | 10872 | 44184 | 178 | 53 | 153 | 66 |
| 8/29/05 | (Mon) | 248 | 476 | 46 | 2.29 | 65907 | 10317 | 18885 | 198 | 50 | 123 | 143 |
| 8/28/05 | (Sun) | 214 | 493 | 32 | 2.21 | 53489 | 8999 | 13776 | 159 | 39 | 110 | 83 |
| 8/27/05 | (Sat) | 161 | 445 | 38 | 2.53 | 47029 | 7791 | 12175 | 115 | 21 | 113 | 33 |
| 8/26/05 | (Fri) | 160 | 388 | 40 | 2.17 | 52340 | 8351 | 15831 | 125 | 60 | 170 | 79 |
| 8/25/05 | (Thu) | 162 | 375 | 48 | 2.22 | 64462 | 5792 | 21414 | 142 | 43 | 168 | 93 |
| 8/24/05 | (Wed) | 173 | 308 | 31 | 1.81 | 85818 | 6812 | 36819 | 160 | 69 | 135 | 48 |
| 8/23/05 | (Tue) | 196 | 417 | 43 | 2.25 | 61556 | 8818 | 19772 | 163 | 90 | 149 | 51 |
| 8/22/05 | (Mon) | 179 | 339 | 26 | 2.07 | 62372 | 6793 | 20220 | 158 | 55 | 110 | 84 |
| 8/21/05 | (Sun) | 215 | 352 | 46 | 1.89 | 54568 | 7381 | 16814 | 150 | 33 | 177 | 74 |
| 8/20/05 | (Sat) | 165 | 266 | 41 | 1.81 | 56502 | 6353 | 18421 | 104 | 36 | 91 | 27 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/19/05 | (Fri) | 188 | 280 | 27 | 1.71 | 83691 | 7651 | 33284 | 140 | 38 | 88 | 62 |
| 8/18/05 | (Thu) | 196 | 310 | 27 | 1.81 | 63627 | 7511 | 25348 | 140 | 50 | 91 | 100 |
| 8/17/05 | (Wed) | 208 | 336 | 49 | 2.00 | 49430 | 6145 | 17594 | 149 | 39 | 81 | 60 |
| 8/16/05 | (Tue) | 234 | 374 | 43 | 1.94 | 62088 | 5251 | 20818 | 162 | 40 | 109 | 94 |
| 8/15/05 | (Mon) | 443 | 526 | 64 | 2.13 | 78577 | 3824 | 22289 | 249 | 48 | 117 | 141 |
| 8/14/05 | (Sun) | 666 | 666 | 118 | 2.21 | 103861 | 2090 | 20465 | 356 | 63 | 145 | 160 |
| 8/13/05 | (Sat) | 76 | 234 | 22 | 2.39 | 26673 | 543 | 10405 | 55 | 33 | 34 | 26 |
| 8/12/05 | (Fri) | 95 | 170 | 23 | 1.89 | 34620 | 0 | 12996 | 72 | 43 | 45 | 28 |
| 8/11/05 | (Thu) | 80 | 143 | 20 | 1.57 | 30072 | 0 | 12146 | 50 | 41 | 42 | 28 |
| 8/10/05 | (Wed) | 184 | 233 | 24 | 2.28 | 34680 | 0 | 13777 | 146 | 54 | 91 | 48 |
| 8/9/05 | (Tue) | 127 | 170 | 18 | 1.70 | 29465 | 0 | 10305 | 108 | 67 | 72 | 39 |
| 8/8/05 | (Mon) | 164 | 182 | 21 | 1.92 | 32942 | 0 | 13158 | 136 | 62 | 69 | 41 |
| 8/7/05 | (Sun) | 101 | 167 | 17 | 1.96 | 27751 | 0 | 10614 | 82 | 73 | 70 | 41 |
| 8/6/05 | (Sat) | 73 | 166 | 21 | 2.05 | 29895 | 0 | 12129 | 55 | 88 | 56 | 21 |
| 8/5/05 | (Fri) | 68 | 152 | 16 | 2.11 | 29279 | 0 | 12228 | 42 | 30 | 29 | 89 |
| 8/4/05 | (Thu) | 133 | 208 | 19 | 2.21 | 29203 | 0 | 9575 | 76 | 63 | 45 | 36 |
| 8/3/05 | (Wed) | 105 | 161 | 22 | 2.15 | 33550 | 0 | 14924 | 54 | 16 | 35 | 7 |
| 8/2/05 | (Tue) | 69 | 157 | 24 | 2.07 | 47482 | 0 | 18783 | 47 | 45 | 32 | 31 |
| 8/1/05 | (Mon) | 64 | 159 | 16 | 1.96 | 32412 | 0 | 13820 | 48 | 12 | 41 | 27 |

Restricted Access (click here for more info)

- Set ALLOWTOPICVIEW = GoogleGroup
- Set ALLOWTOPICCHANGE = YouTubeFTGroup
- Set ALLOWTOPICRENAME = YouTubeFTGroup

- Edit
- Attach
- Printable
- More...

**Google Confidential!**
moma home - GoowikiAdministration
Please note: Google's intranet contains confidential information that should be accessed on a "need to know" basis. If you have questions about what this means, please contact code-of-conduct@google.com .
Copyright © 2004-2009 Google, Inc. Problems with a particular page? E-mail the page's author.
Ideas, requests, problems with Goowiki itself? Log a helpdesk ticket .
Google Confidential!
Revised r1.6 - 29 Oct 2008 - 20:19 GMT - HeeJungLee

**Hurley Exhibit 29**



- Home
- Pushes
- Contacts
- Moma
- Goowiki Main

Mike's Better Search

YouTube Goowiki Home ( Changes ) » OperationsTeam » **SiteNumbers**

# YouTube Site Numbers (8/1/06 - 6/18/07)

SiteNumbersExplanation

SiteNumbersLatest

Please remember that the site numbers below are confidential. For information on what can be publicly announced, please view the "Approved Metrics" page on: http://go/ytspeakers

| Date | Day | Registrations | Uploads | First Time Uploader | Avg uploads/uploader | Total Views | External Embeds | Messages | Comments | Friends | Groups | Processed Uploads | Video Responses | Subscriptions | Favorited Videos | Avg Seconds for Video Processed (Top 500) | Avg seconds for Video Processed (Top 500) | Playlist Created | Videos Added to Playlist | New Musicians | Videos Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/06 | (Mon) | 349595 | 491894 | 56186 | 1.98 | 1256536801 | 185185448 | 1134330 | 2903102 | 820205 | 299 | 702154 | 19638 | 520176 | 3707017 | 619.93 | 166601 | 116601 | 1828113 | | |
| 11/1/06 | (Sun) | 346011 | 546906 | 65450 | 1.96 | 1303451801 | 183909857 | 1926311 | 3641700 | 869695 | 303 | 435105 | 90441 | 583754 | 4161568 | 735.17 | 106691.45 | 133314 | 2013378 | | |
| 11/1/06 | (Sat) | 490377 | 59961 | 1.98 | 1310185739 | 185173524 | 1541900 | 3403064 | 1333398 | 344 | 394455 | 84132 | 539576 | 3841755 | 563.57 | 349 | 118903 | 1827734 | | | | |
| 10/31/06 | (Fri) | 372921 | 437998 | 49309 | 3.02 | 1277638000 | 186774393 | 1355328 | 2200352 | 1284153 | 308 | 348748 | 81121 | 435050 | 3302379 | 763.13 | 378958.87 | 304249 | 1685881 | | |
| 10/30/06 | (Thu) | 379393 | 478337 | 53141 | 2.05 | 1289835503 | 181802030 | 1457316 | 2180628 | 348370 | 348 | 377891 | 493133 | 1615680 | 836.30 | 349445.09 | 309135 | 1791531 | | | |
| 10/29/06 | (Wed) | 379844 | 474494 | 54394 | 2.01 | 1341703089 | 192214794 | 1423330 | 2281823 | 750022 | 348 | 373955 | 79468 | 496174 | 3615500 | 749.31 | 23914.54 | 110334 | 1803091 | | |
| 10/28/06 | (Tue) | 344720 | 489544 | 50372 | 1.99 | 1251360802 | 184178072 | 1518320 | 2050900 | 783597 | 261 | 385206 | 40450 | 501575 | 3630743 | 592.88 | 20694.38 | 113572 | 1825106 | | |
| 10/27/06 | (Mon) | 354258 | 514783 | 59820 | 2.03 | 1359244837 | 183033406 | 1434028 | 2030280 | 805995 | 344 | 408892 | 40731 | 510423 | 3680995 | 875.39 | 20759.23 | 113061 | 1826413 | | |
| 10/26/06 | (Sun) | 379533 | 507188 | 60205 | 2.02 | 1383411560 | 193097046 | 1730619 | 2509920 | 872067 | 339 | 453940 | 43536 | 580870 | 4131798 | 992.55 | 24523.14 | 127856 | 2017751 | | |
| 10/25/06 | (Sat) | 409335 | 505684 | 57816 | 2.02 | 1439018536 | 193188913 | 1699961 | 2457074 | 852104 | 332 | 401457 | 40040 | 577299 | 4165504 | 422.18 | 18803.09 | 126436 | 2040479 | | |
| 10/24/06 | (Fri) | 391790 | 446993 | 57238 | 2.05 | 1387944298 | 178942067 | 1518906 | 2247049 | 753839 | 347 | 358700 | 40051 | 503151 | 1979090 | 577.16 | 2417.02 | 113590 | 1841684 | | |
| 10/23/06 | (Thu) | 351743 | 449422 | 51900 | 1.99 | 1237233503 | 185054041 | 1403539 | 2420783 | 751308 | 370 | 350841 | 35013 | 489059 | 3590338 | 605.11 | 22907.77 | 100731 | 1783758 | | |
| 10/22/06 | (Wed) | 370973 | 454288 | 51868 | 2.03 | 1212505411 | 134458857 | 1384450 | 2152732 | 343022 | 196 | 362480 | 35642 | 474107 | 3423546 | 613.53 | 25577.14 | 101594 | 1682005 | | |
| 10/21/06 | (Tue) | 346491 | 497045 | 55603 | 2.04 | 1207055630 | 136435394 | 1447644 | 2122890 | 348507 | 227 | 709310 | 40849 | 493439 | 3534048 | 702.02 | 22907.22 | 105621 | 1740435 | | |
| 10/20/06 | (Mon) | 269681 | 416090 | 48719 | 1.94 | 1196505075 | 196579571 | 1370511 | 1865288 | 603570 | 184 | 339037 | 34500 | 407385 | 2980954 | 910.07 | 38493.08 | 48693 | 1461955 | | |
| 10/19/06 | (Sun) | 370478 | 551386 | 63483 | 2.09 | 1328634077 | 134480736 | 1762684 | 2607613 | 979335 | 289 | 432081 | 45851 | 584583 | 4082139 | 1025.31 | 28759.60 | 120635 | 1953138 | | |
| 10/18/06 | (Sat) | 357905 | 497464 | 53243 | 2.01 | 1409239394 | 134424737 | 1688235 | 2539409 | 859118 | 311 | 382478 | 42241 | 583206 | 4132128 | 833.04 | 20693.21 | 121302 | 1989404 | | |
| 10/17/06 | (Fri) | 370218 | 450843 | 49735 | 1.99 | 1311997002 | 133388699 | 1445343 | 2244641 | 783455 | 329 | 344956 | 39442 | 499175 | 3749284 | 657.72 | 434+1.49 | 112138 | 1819093 | | |
| 10/16/06 | (Thu) | 352130 | 446393 | 46473 | 1.98 | 1224675679 | 132593189 | 1370326 | 2322736 | 763934 | 323 | 339413 | 42773 | 488793 | 3580017 | 440.12 | 445.70.01 | 108234 | 1737303 | | |
| 10/15/06 | (Wed) | 340246 | 453494 | 48518 | 1.90 | 1094176622 | 130697342 | 1458001 | 2258932 | 046746 | 344 | 344171 | 40612 | 480456 | 3534522 | 663.19 | 64208.75 | 100010 | 1743578 | | |
| 10/14/06 | (Tue) | 373780 | 471387 | 47137 | 1.90 | 1058873586 | 133189585 | 1445773 | 7972898 | 058751 | 352 | 355705 | 40877 | 500590 | 3547070 | 1667.98 | 67011.55 | 100323 | 1750511 | | |
| 10/13/06 | (Mon) | 382843 | 518920 | 59070 | 1.91 | 1250901670 | 138349843 | 1754174 | 2378735 | 1599831 | 169 | 414311 | 44135 | 547380 | 3745389 | 905.21 | 26488.04 | 117732 | 1829853 | | |
| 10/12/06 | (Sun) | 395231 | 549508 | 61570 | 1.92 | 1347443500 | 135097463 | 1911043 | 3450168 | 837661 | 311 | 439989 | 44511 | 593084 | 4061586 | 413.51 | 17891.89 | 124339 | 1951306 | | |
| 10/11/06 | (Sat) | 368586 | 499133 | 56094 | 1.93 | 1385824641 | 135528830 | 1880921 | 3495357 | 846936 | 316 | 394735 | 47199 | 581899 | 4083587 | 483.12 | 11941.89 | 123839 | 1966810 | | |
| 10/10/06 | (Fri) | 368118 | 450171 | 50934 | 1.91 | 1301163833 | 131588700 | 1649020 | 2930714 | 744420 | 357 | 350343 | 39411 | 502139 | 3695558 | 1085.79 | 23531.03 | 117346 | 1801790 | | |
| 10/9/06 | (Thu) | 373780 | 473187 | 47137 | 1.90 | 1216233113 | 120958661 | 1634370 | 2316703 | 737430 | 333 | 353750 | 39063 | 503746 | 3632164 | 734.75 | 28375.34 | 110037 | 1762416 | | |
| 10/8/06 | (Wed) | 349650 | 448829 | 53758 | 1.90 | 1306471072 | 120838646 | 1656900 | 7137557 | 734 | 711735 | 43700 | 486496 | 3563608 | 702.02 | 7204.57 | 107311 | 1713014 | | | |
| 10/7/06 | (Tue) | 347622 | 459824 | 52977 | 1.92 | 1183802559 | 128880353 | 1531090 | 2107210 | 969798 | 355 | 365165 | 40402 | 443758 | 3483928 | 699.58 | 24743.24 | 107453 | 1706290 | | |
| 10/6/06 | (Mon) | 356578 | 483374 | 52400 | 1.91 | 1189944617 | 128284490 | 1492044 | 2152959 | 1469185 | 353 | 378511 | 40588 | 480909 | 3496118 | 845.76 | 41978.90 | 108609 | 1723716 | | |

Highly Confidential

GOO001-08029273

OldSiteNumbers 8/1/2005 - 8/1/2006

Restricted Access (click here for more info)

- Set ALLOWTOPICVIEW = GoogleGroup
- Set ALLOWTOPICCHANGE = YouTubeFTGroup
- Set ALLOWTOPICRENAME = YouTubeFTGroup

- Edit
- Attach
- Printable
- More...

**Google Confidential!**

moma home - GoowikiAdministration

Please note: Google's intranet contains confidential information that should be accessed on a "need to know" basis. If you have questions about what this means, please contact code-of-conduct@google.com .

Copyright © 2004-2009 Google, Inc. Problems with a particular page? E-mail the page's author.

Ideas, requests, problems with Goowiki itself? Log a helpdesk ticket .

Google Confidential!

Revised r1.10 - 17 Nov 2008 - 16:21 GMT - SantoshJanardhan

**Hurley Exhibit 30**

To:             "Maxcy Chris" <chris@youtube.com>
From:         "Chad Hurley" <chad@youtube.com>
Cc:
Bcc:
Sent Date:     2005-12-29 18:32:20 CST
Subject:       Fwd: YouTube Video

fyi... i guess this is good. it's not a yes or no. we'll see if they follow up or just ignore the request.

if you have time today, i would love to chat with you briefly... just let me know if you have time.

-chad


Begin forwarded message:


From: "Liepis, Marc (NBC Universal)" <Marc.Liepis@nbcuni.com>
Date: December 28, 2005 5:55:55 AM PST
To: "'chad@youtube.com'" <chad@youtube.com>
Subject: Re: YouTube Video


I don't believe it was posted with our consent. I will check, but can't imagine we'd have allowed it.

Thanks for reaching out.
ML


-----Original Message-----
From: Chad Hurley <chad@youtube.com>
To: Liepis, Marc (NBC Universal) <Marc.Liepis@nbcuni.com>
Sent: Wed Dec 28 02:35:22 2005
Subject: YouTube Video

Hi Marc,

I am the CEO and co-founder of YouTube, a website that allows users to watch and share videos. It was brought to my attention that the Saturday Night Live clip "Lazy Sunday" was posted on our site last week. Although we assume that users posting content to our site hold all necessary rights to do so, I wanted to proactively reach out and make sure this was the case.

This video has become extremely popular on our site with well over 1 million views in a week. But if this was posted without your consent, we can immediately remove the video at your request. Also, if you would wish to continue the clip's massive popularity, we would be happy to continue streaming this content with your approval.

I understand you deal with NBC's PR. I was hoping you could potentially provide us with some direction on how NBC would like to proceed. Either way, it would be very interesting to explore possible ways to replicate this exposure with future clips. I look forward to

Confidential

hearing from you.

Best, Chad Hurley
CEO & Co-founder
YouTube, Inc.

████████████

Confidential

**Hurley Exhibit 31**



STEVE KANG
Senior Counsel
Anti-Piracy Legal Affairs

100 Universal City Plaza
Universal City, CA 91608
tel 818-777-2802
fax 818-866-8929
steve.kang@nbcuni.com

February 3, 2006

<u>**Via E-mail & Facsimile Transmission**</u>

Mr. Chad Hurley
Chief Executive Officer
YouTube, Inc.
71 E. Third Avenue, 2d Floor
San Mateo, CA 94401
chad@youtube.com

   ***Re:***   ***NBCU Content on YouTube.com (the "Site")***

Dear Mr. Hurley:

  I write as counsel for NBC Universal, Inc. ("NBC Universal") in response to your email to Marc Liepis of December 28, 2005. As you are aware, NBC Universal is the owner of all rights in the show *Saturday Night Live*, including the copyright in the "Lazy Sunday" video clip notably featured on your Site. We thank you for opening a dialogue with us and for agreeing in advance to remove our content from the Site.

  Specifically, you ask whether NBC Universal has consented to the posting of the "Lazy Sunday" clip by YouTube users on your Site. NBC Universal has not authorized these postings and we thank you for agreeing to remove them.

  We must also address the additional NBC Universal materials posted, displayed and archived on your Site. The YouTube Site offers thousands of pages featuring NBC Universal materials. Searches for "SNL" and "Saturday Night Live" alone result in literally hundreds of Saturday Night Live video clips of varying length. A brief review of your Site also shows that you are offering our copyrighted materials from the following additional NBC Universal properties: *Will & Grace, The Tonight Show with Jay Leno, Late Night with Conan O'Brien, Surface, Dateline, The Today Show,* and *Law & Order*. None of these postings is authorized by us. This list is of course not exhaustive but merely representative. We would be happy to work with you to identify NBC Universal properties.

  The television programs that appear on NBC Universal's broadcast, cable and broadband channels are produced and owned by NBC Universal or licensed for its exclusive distribution. Copying, distribution and displaying images or video from NBC

Universal's news and entertainment programs without permission constitutes an infringement of NBC Universal's copyrights and other rights in its programming.

We accordingly ask that you remove these NBC Universal copyrighted materials, including still images, video and audio, from the YouTube service and take steps to prevent further display and distribution by YouTube of content that is owned or licensed by NBC Universal and that is posted without our consent, consistent with your Copyright Policy, your December 28 email and, of course, the law.

Finally, please be advised that this letter is not intended to be a complete statement of the facts or legal issues regarding this matter, nor as a waiver of any of NBC Universal's rights or remedies, whether at law or at equity, all of which are expressly reserved.

I would be pleased to further discuss any aspect of this subject.

Very truly yours,

Steve Kang

cc:     YouTube, Inc. DMCA Agent: copyright@youtube.com
        Marc Liepis

Highly Confidential