# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 13

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIACOM INTERNATIONAL INC., COMEDY )
PARTNERS, COUNTRY MUSIC )
TELEVISION, INC., PARAMOUNT )
PICTURES CORPORATION, and BLACK )
ENTERTAINMENT TELEVISION LLC, )
)
              Plaintiffs, )
)
         vs. ) Case No. 1:07CV02103
)
YOUTUBE, INC., YOUTUBE, LLC, )
and GOOGLE, INC., )
)
             Defendants. )
_____)
THE FOOTBALL ASSOCIATION PREMIER )
LEAGUE LIMITED, BOURNE CO., et al.,)
on behalf of themselves and all )
others similarly situated, )
)
             Plaintiffs, )
)
         vs. ) Case No. 07CV3582
)
YOUTUBE, INC., YOUTUBE, LLC, and )
GOOGLE, INC., )
)
             Defendants. )
_____)

DEPOSITION OF MICHELE GANELESS
NEW YORK, NEW YORK
MONDAY, NOVEMBER 3, 2008

1

2

3

4        Novemeber 3, 2008

5        9:49 a.m.

6

7        VIDEOTAPED DEPOSITION OF MICHELE

8    GANELESS, held at the offices of Wilson

9    Sonsini Goodrich & Rosati, LLP, 1301

10   Avenue of the Americas, New York,

11   New York, pursuant to notice, before Erica

12   L. Ruggieri, Registered Professional

13   Reporter and Notary Public of the State of

14   New York.

15

16

17

18

19

20

21

22

23

24

25

A P P E A R A N C E S

FOR THE LEAD PLAINTIFFS AND PROSPECTIVE
CLASS:

    JENNER & BLOCK, LLP
     BY:  SUSAN J. KOHLMANN, ESQ.
    919 Third Avenue
    New York, New York 10022
    (212) 891-1690
    Skohlmann@jenner.com

FOR THE DEFENDANTS YOUTUBE, INC., YOUTUBE,
LLC and GOOGLE, INC.:

    FOR THE DEFENDANTS YOUTUBE, INC.,
    YOUTUBE, LLC and GOOGLE, INC.:
    WILSON SONSINI GOODRICH & ROSATI, LLP
    BY:  DAVID H. KRAMER, ESQ.
        BART E. VOLKMER, ESQ.
    650 Page Mill Road
    Palo Alto, California 94304
    (650) 565-3508
    Dkramer@wsgr.com
Bvolkner@wsgr.com

ALSO PRESENT:
    SALLIAN BROWN, Videographer
    MICHELENA HALLIE, MTV Networks

M. GANELESS

A.    Again, I don't really understand
the specifics of the joint venture.

Q.    What about before the joint
03:12:32  venture was created, is it the case that a
Viacom-owned entity owned the rights to
distribute South Park content online,
prior to the creation of the joint
venture, to your knowledge?

03:12:47        MS. KOHLMANN:  I object to the
question, to the extent, if I'm
understanding it correctly, you are
suggesting that she testified one way
or the other what happened after the
03:12:57       joint venture was formed.

But you can answer.

A.    To the best of my understanding,
a Viacom or Comedy Central entity owned
the rights to South Park, the TV show, and
03:13:09  how it was distributed on all platforms.

Q.    And that's prior to the creation
of the joint venture, right?

A.    That is my understanding.  But
you'd have to check with the lawyers.

03:13:22  Q.    Which lawyer would know?

M. GANELESS

1
2          A.     Joella West.

3          Q.     To the best of your knowledge,

4     Ms. Ganeless, have Viacom senior

5 03:13:41  executives made any public statement with

6     respect to a correlation between the

7     traffic to Viacom's online sites and the

8     removal of content from YouTube in the

9     February 2007 take-down notice we talked

10 03:13:56 about?

11              MS. KOHLMANN:  I'm sorry, can

12         you just read that back one more time?

13              (Record read.)

14         A.     Yes.  I believe they have.  I

15 03:14:23 can't remember specifically when or where,

16     but I remember comments being made.

17         Q.     Aren't you aware that Messrs.

18     Dooley and Dauman made statements

19     concerning the correlation between the

20 03:14:34 traffic to Viacom's online sites and the

21     removal of content from YouTube in the

22     February 2007 take-down notice, in

23     connection with a March 1st, 2007 earnings

24     call for Viacom?

25 03:14:48       MS. KOHLMANN:  Objection.

M. GANELESS

You can answer.

A.    I remember them making comments

in the press.  I can't remember where, but

03:14:55    it's very likely it was the earnings call.

Q.    As you sit here today, do you

have any recollection of what those

statements were, correlating traffic to

the online sites owned by Viacom and the

03:15:11    removal of content from YouTube?

A.    I remember there were increases.

I can't remember what the numbers were.

Q.    You remember that they reported

that there were increases, right?

03:15:24    A.    I remember that the Philippe and

Tom reported traffic increases, yes.

Q.    You remember that they reported

substantial traffic increases to Viacom's

online sites, following the removal of

03:15:36    content from YouTube in February 2007,

right?

MS. KOHLMANN:  Objection as to

form.

You can answer.

03:15:42    A.    I don't remember the specific

                        M. GANELESS

numbers, but I do remember them reporting

increases in traffic.  But I'd have to

look at the reports to remember the

03:15:52  numbers.

          Q.    I'm not asking you the specific

numbers yet.  I'm asking you whether you

recall that they reported substantial

increases in traffic to Viacom's online

03:16:01  sites, following the take-down of content

from YouTube in February 2007.

          MS. KOHLMANN:  Objection as to

          form.

          You can answer.

03:16:10   A.    I can't remember how big the

gains were, but I do remember gains.

          Q.    You remember that they reported

figures that you believed were inflated,

right?

03:16:20   MS. KOHLMANN:  Objection.

          A.    It's possible.  I don't

remember.

          Q.    You really have no recollection

of whether you believed that Mr. Dooley

03:16:30  overstated the increase in traffic to

1               M. GANELESS

2          Viacom's online sites, following the

3          February 2007 take-down?

4                    MS. KOHLMANN:  Objection as to

5  03:16:37       form.

6                    A.    I don't remember.

7                    MR. KRAMER:  Let's go with that

8               as 18.

9                    (Ganeless Exhibit 18, March 1,

10 03:18:57       2007 e-mail thread, bearing Bates

11              numbers VIA00183316 to 17, marked

12              for identification, as of this

13              date.)

14                   MR. KRAMER:  Before we get

15 03:17:12       there, hang onto that for one second.

16                   Q.    Do you recall communicating,

17         Ms. Ganeless, with anyone about the

18         accuracy of statements made by Mr. Dooley

19         and Mr. Dauman on the earnings call about

20 03:17:27  the increase in traffic to Viacom's online

21         sites, following the February 2007

22         take-down to YouTube?

23                   MS. KOHLMANN:  Objection as to

24              form.

25 03:17:35       You can answer.

1                        M. GANELESS

2            A.    I am trying to remember that,

3       but I do not remember right now.

4            Q.    Okay.  Let's go with Exhibit 18.

5    03:17:55        MS. KOHLMANN:  Do you have other

6            copies of that?

7                 MR. KRAMER:  Did I not give it

8            to you?

9                 MS. KOHLMANN:  Thanks.

10   03:18:03        Q.    Ms. Ganeless, if Mr. Dooley or

11      Mr. Dauman made a misrepresentation of

12      fact on an earnings call, that would have

13      been a big deal, wouldn't it?

14                 MS. KOHLMANN:  Objection.

15   03:18:25        A.    I'm sorry, I'm just reading.

16                 Can you restate the question.

17           Q.    Yeah.  If Mr. Dooley or

18      Mr. Dauman made a misrepresentation of

19      fact on an earnings call, could that have

20   03:18:42   been a big deal to you?

21                 MS. KOHLMANN:  Objection.

22                 You can answer.

23           A.    Yes.

24           Q.    Especially if that

25   03:18:46   misrepresentation of fact concerned Comedy

```
1                       M. GANELESS
2            Central, correct?
3                 A.    Yes.
4                 Q.    So in Exhibit 18, Mr. Cucci --
5  03:18:56  sorry, Exhibit 18 is an e-mail thread
6            produced to us by Viacom, dated March 1st,
7            2007.  It bears Bates number VIA00183316
8            to 17, and it starts with an e-mail
9            message from Mr. Cucci to you,
10 03:19:15  Ms. Ganeless, and Erik Flanagan at
11           9:32 a.m. on March 1, in which he states,
12           "On the earnings call Dooley mentioned
13           Comedy traffic is up 90 percent since
14           YouTube take-down."
15 03:19:26       Does that refresh your
16           recollection about a statement that a
17           Viacom senior executive made about the
18           correlation between the traffic to
19           Viacom's online Comedy site and the
20 03:19:36  removal of content from YouTube in
21           February 2007?
22                A.    I remember this now.
23                Q.    Okay.  You remember that
24           Mr. Dooley stated, on an earnings call,
25 03:19:46  that Comedy traffic was up 90 percent
```

1        M. GANELESS

2    since the YouTube take-down on March 1st,

3    2007?

4            MS. KOHLMANN:  Objection.

5  03:19:55      You can answer.

6        A.    What I actually remember is that

7    after all of this, we -- it was clarified

8    that the 90 percent was -- that John had

9    heard it wrong, I believe; although again

10  03:20:11  my memory is sketchy.  But that that

11    90 percent referred to year-over-year

12    gains, not -- that's why the number didn't

13    look familiar to me, I think.

14        Q.    You don't recall Mr. Dooley

15  03:20:24  actually saying that Comedy traffic was up

16    90 percent since the YouTube take-down on

17    March 1st, 2007?

18        A.    I didn't listen to the earnings

19    call, so I was -- I was investigating,

20  03:20:38  after John Cucci sent me this e-mail.  And

21    I remember, the piece I remember is that

22    after we did all of the investigating

23    that, the 90 percent referred to a

24    year-over-year gain.

25  03:20:53      Q.    So if Mr. Dooley had said that

M. GANELESS

2   it was up 90 percent since February

3   2000 -- sorry.  If Mr. Dooley had said on

4   the earnings call that traffic to Viacom's

5   03:21:05   Comedy sites was up 90 percent from

6   February 2007 to March 2007, that would

7   have been a misrepresentation, correct?

8           MS. KOHLMANN:  Objection.

9       A.    Based on the data here, yes,

10  03:21:28  that would have been a misrepresentation.

11      Q.    And in fact, when you heard that

12  Mr. Dooley had said that Comedy traffic

13  was up 90 percent since the YouTube

14  take-down on March 1st, 2007, you

15  03:21:39  recognized right away that that number

16  didn't jibe with any of your internal

17  data, right?

18          MS. KOHLMANN:  Objection as to

19          form.

20  03:21:46      You can answer.

21      A.    Yes, I believe I said here in

22  the e-mail that number doesn't jibe with

23  any of our internal data.

24          MR. KRAMER:  Let's have this one

25  03:22:01  marked as 19, please.

```
 1                    M. GANELESS

 2                    (Ganeless Exhibit 19, final

 3                    transcript of Viacom's Q4 2006

 4                    earnings conference call on March 1,

 5   03:22:30         2007, marked for identification, as

 6                    of this date.)

 7                    THE WITNESS:  Thank you.

 8                    Q.    Ms. Ganeless, I'm not going to

 9              ask you to read the whole thing.

10   03:22:24              Exhibit 19 is the final

11              transcript of Viacom's Q4 2006 earnings

12              conference call on March 1, 2007 starting

13              at 8:30 eastern time.  And I'd ask you to

14              turn to page 15 at the bottom, where a

15   03:22:38    stock analyst named Imran Khan from JP

16              Morgan is asking Viacom the following

17              question:  "Secondly, you said your

18              traffic growth was significant, after you

19              asked YouTube to take out your content.   I

20   03:22:54    was wondering if you can quantify what

21              kind of video download you are seeing.

22              Thank you."

23                    Did I read that correctly?

24                    A.    I'm sorry, I wasn't following

25   03:23:07    along specifically.
```

M. GANELESS

1

2   Q.   At the bottom of page 15, Imran

3   Khan, an analyst with JP Morgan has some

4   questions during the earnings call.  And

5   03:23:15   he says, "Secondly, you said that your

6   traffic growth was significant after you

7   asked Google to take out your content.  I

8   was wondering if you can quantify what

9   kind of video download you are seeing.

10  03:23:29   Thank you."

11               Do you see that?

12          A.   Yes, I do.

13          Q.   Then, if you turn to page 16 of

14  the March 1st, 2007 transcript, do you see

15  03:23:38   where Tom Dooley, Viacom's chief financial

16  and administrative officer states, "In

17  terms of the kind of growth that we have

18  experienced on our online sites, Comedy is

19  up over 90 percent, Nickelodeon is up in

20  03:23:54   the 30s, and MTV.com was up in the mid-50

21  percentage growth, as a result -- in the

22  period after we did the take-down."

23               Do you see that?

24          A.   I do.

25  03:24:07   Q.   Do you recall discussing, via

                    M. GANELESS

 1

 2          e-mail or otherwise, Mr. Dooley's

 3          statement that I just read?

 4              A.    I remember it from the e-mail

 5  03:24:14  you just showed me.

 6              Q.    Do you recall whether you

 7          believed Mr. Dooley's statement to be

 8          accurate, the first time you heard it?

 9              A.    As I just said from the other

10  03:24:24  e-mail, I did not believe it to be

11          accurate, because it didn't jibe with any

12          of the numbers that had I seen.

13              Q.    Now, you said that you believed

14          that Mr. Dooley had been referring to

15  03:24:34  year-over-year growth, when he said that

16          Comedy was up over 90 percent.  But if you

17          read the transcript, that's not what he

18          was saying, right?

19              A.    What I believe I testified to

20  03:24:44  was that I remembered, at the end of our

21          investigating, that 90 percent was

22          referring to year-over-year growth.  I had

23          not seen a transcript of the earnings

24          report, so I didn't know if he had said it

25  03:24:58  correctly or not.

M. GANELESS

1
2    Q.    Well, Mr. Cucci told you that

3    Mr. Dooley said that traffic on Viacom's

4    Comedy sites was up 90 percent since the

5 03:25:09    YouTube take-down.  And he said that on

6    March 1st, 2007, right?

7    A.    Yes.

8    Q.    So Mr. Cucci accurately reported

9    Mr. Dooley's statements on the earnings

10 03:25:19    call?

11    MS. KOHLMANN:  I'm going to

12    object, if you are suggesting that --

13    MR. KRAMER:  Counsel, no

14    speaking objections.

15 03:25:23    MS. KOHLMANN:  I am going to --

16    MR. KRAMER:  No speaking

17    objections here counsel.  That is

18    improper.

19    MS. KOHLMANN:  Do you want the

20 03:25:28    record to be inappropriate?

21    I'm not coaching the witness.

22    MR. KRAMER:  Just object, just

23    object.  Do not make a speaking

24    objection at this point in the

25 03:25:36    deposition.

1                     M. GANELESS

2               MS. KOHLMANN:  I'm entitled to

3          object and state that you are

4          mischaracterizing what the statement

5   03:25:40   on page 15 says.

6               MR. KRAMER:  That's coaching the

7          witness.

8               MS. KOHLMANN:  It is not

9          coaching the witness.

10  03:25:45        MR. KRAMER:  Do not make

11         speaking objections.

12              MS. KOHLMANN:  It is not

13         coaching the witness.

14         Q.   Mr. Dooley said that traffic was

15  03:26:05   up over 90 percent, after the YouTube

16         take-down on Viacom's Comedy sites, right?

17              MS. KOHLMANN:  Objection.

18         A.   In the earnings report that you

19         just showed me, Mr. Dooley said, "Comedy

20  03:26:22   is up over 90 percent, Nickelodeon is up

21         in the 30s, MTV.com was up in the mid-50

22         percentage growth as a result -- in the

23         period after we did the take-down."

24         Q.   Right.  So Mr. Dooley was

25  03:26:37   telling analysts on the earnings call that

M. GANELESS

Viacom's Comedy traffic increased

90 percent since the YouTube take-down,

right?

03:26:46          MS. KOHLMANN:  Objection.

A.     Based on what it says here, it

looks like he is saying Comedy traffic is

up 90 percent, since -- in the period

after we did the take-down.

03:27:11     Q.     And that's how Mr. Cucci reports

it to you in his e-mail, which we looked

at as Exhibit 18, right?

A.     That is correct.

Q.     Okay.  And you knew that that

03:27:21  was inaccurate at the time you heard it,

correct?

A.     I knew that I had not seen that

number before.

Q.     You knew that the notion that

03:27:30  traffic was up 90 percent since the

YouTube take-down did not jibe with any of

your internal data, right?

MS. KOHLMANN:  Objection.

A.     Yes, I knew -- I said in this

03:27:41  e-mail, the number doesn't jibe with any

1                    M. GANELESS

2          of our internal data.

3                    Q.    You knew Mr. Dooley's statement

4          was false --

5  03:27:46           MS. KOHLMANN:  Objection.

6                    Q.    -- right?

7                    MS. KOHLMANN:  Objection.

8                    A.    I knew that that 90 percent did

9          not refer to the number after the YouTube

10 03:27:57  take -- the time period after the YouTube

11         take-down.  I found out that it referred

12         to an increase from a year ago.

13                   Q.    So you knew that Mr. Dooley, at

14         the time he made the statements on the

15 03:28:10  earnings call, had made a

16         misrepresentation of fact about the growth

17         in traffic on Comedy Central since the

18         YouTube take-down, right?

19                   MS. KOHLMANN:  Objection.

20 03:28:17           You can answer.

21                   A.    I don't know if he was

22         misrepresenting it or if he didn't

23         understand it.  I have no way of knowing

24         what he -- why he said that.

25 03:28:30           Q.    So he could have been lying?

1            M. GANELESS

2            MS. KOHLMANN:  Objection.

3        A.    I have no reason to believe he

4    was lying.

5    03:28:35    Q.    Didn't you later tell

6    Mr. Flanagan you didn't see how

7    Mr. Dooley's statement could be accurate

8    on any metric?

9        A.    It is possible I said that.  I

10   03:28:47  still don't know what Tom Dooley was

11   basing his comments on.

12       Q.    It's possible that you said

13   that, or you did say that?

14       A.    I don't remember exact

15   03:28:55  conversations from that time, but that

16   sounds like something I likely said.

17       Q.    Because you know it's not

18   accurate, Mr. Dooley's statement, on any

19   metric?

20   03:29:05    A.    I remember there being a lengthy

21   investigation about what the 90 percent

22   was and that that 90 percent metric did

23   not jibe with our internal data.

24       Q.    Did you inform any -- well,

25   03:29:17  let's talk about that investigation.

                              M. GANELESS

 1                     Who was involved in that

 2     investigation?

 3              A.    I believe it was our research

 4   03:29:24   group.  From this e-mail, it was certainly

 5     our research group.  That's who I remember

 6     looking into it.

 7              Q.    Did you inform any Viacom board

 8     members that Mr. Dooley's statement on the

 9   03:29:36   earnings call was untrue?

10                   MS. KOHLMANN:  Objection.

11     Misstates the record.

12              A.    I had no conversations with

13     Viacom board members.

14   03:29:49        Q.    So no, you didn't tell anyone

15     that you thought Mr. Dooley's statement

16     was false?

17              A.    Again, having not seen -- having

18     not listened to or seen the transcript, I

19   03:29:58   only had John Cucci's recollection of what

20     he said to base it on, so I didn't know if

21     what John said about what Dooley said was

22     accurate.  I merely looked into that 90

23     percent number, based on John's question.

24   03:30:09        Q.    And after you recognized that

1

2          the number didn't jibe with any of your

3          internal, data did you take any action to

4          have Mr. Dooley's statement to analysts

5   03:30:28  corrected?

6                    MS. KOHLMANN:   Objection,

7               misstates the record.

8               A.    I didn't know exactly what

9          Mr. Dooley said to the analysts.  I only

10  03:30:34  had John Cucci's recollection.

11              Q.    Did you have any reason to doubt

12         Mr. Cucci's recollection?

13              A.    Specific data references, in

14         earnings calls he makes specific data

15  03:30:51  references to lots and lots of different

16         data.  I had no idea whether or not -- and

17         until you showed me this just now, I had

18         no idea whether it was said correctly in

19         the earnings call or not said correctly.

20  03:31:02  I just knew exactly what that 90 percent

21         meant.

22              Q.    Who is Mr. Cucci?

23              A.    Cucci is the COO of the MTV

24         Entertainment group.

25  03:31:09        Q.    So if the COO is reporting to

1                      M. GANELESS

2      you that Mr. Dooley has just said that

3      traffic to Comedy sites is up 90 percent

4      since the YouTube take-down, wouldn't you

5   03:31:19   take that seriously?

6               MS. KOHLMANN:  Objection.

7            A.    I take it seriously.  I looked

8      into what that 90 percent referred to, and

9      I got back to Mr. Cucci.

10  03:31:29        Q.    And when Mr. Cucci reported it

11      to you, did you have any reason to doubt

12      that Mr. Cucci had reported accurately

13      what Mr. Dooley had said on the phone, on

14      the earnings call?

15  03:31:40        A.    I remember having a conversation

16      with John Cucci, saying he must have been

17      referring to something else, because that

18      doesn't jibe with our internals.  I have a

19      vague recollection of John saying he was

20  03:31:51   going to check.

21              I don't know how that all ended

22      up, other than the 90 percent number

23      referring to year over year.  I don't know

24      if John misheard on the earnings call.  I

25  03:32:07   never checked back to see the transcript

```
 1                    M. GANELESS

 2          of the earnings call.  All I did was check

 3          to see what that 90 percent meant.

 4                    Q.    Didn't you care about the fact

 5  03:32:17  that a Viacom senior official might have

 6          been making -- didn't you care that a

 7          Viacom senior official was making a

 8          misrepresentation on the earnings call to

 9          stock analysts?

10  03:32:26          MS. KOHLMANN:  Objection,

11              misstates the record.

12                    A.    I assumed that John Cucci

13          misheard what Dooley said.

14                    Q.    Why did you assume that

15  03:32:35  Mr. Cucci would mishear something that he

16          reported to you and asked you to

17          investigate?

18                    MS. KOHLMANN:  Objection.

19                    A.    I can't remember exactly why.

20  03:32:50  But I assumed John was listening to that

21          earnings call in the course of the day;

22          and when he heard that, it didn't jibe,

23          and so we looked into exactly why -- what

24          that 90 percent was referring to.

25  03:33:02          I don't know if John followed up
```

```
 1                         M. GANELESS
 2          with, with any of the board members.
 3                  Q.    Did you follow up with any of
 4          the board members about the statement that
 5  03:33:11 you believed Mr. Dooley had made on the
 6          earnings call?
 7                  MS. KOHLMANN:  Objection.
 8                  A.    I didn't know exactly what
 9          Mr. Dooley said on the earnings call.  I
10  03:33:17 only had John Cucci's recollection.
11                  Q.    So based on John Cucci's
12          recollection, you knew -- sorry.
13                  Based on what John Cucci
14          reported to you, you believed there was a
15  03:33:27 misrepresentation that was made on the
16          Viacom's earnings call by Mr. Dooley,
17          right?
18                  MS. KOHLMANN:  Objection.
19                  Misstates the record.
20  03:33:33 A.    I did not say that.  I said I
21          believed that he must have -- that Tom
22          Dooley must have been referring to a
23          different metric, when he said 90 percent.
24                  Now that you have shown me the
25  03:33:49 record, I know that to be false.
```

                           M. GANELESS

1

2        Q.    Do you -- go ahead.

3        A.    I didn't look at the transcript.

4        Q.    Why not?

5  03:33:57  A.    Not enough time in the day.

6        Q.    Not enough time in the day to

7    address the fact that a Viacom senior

8    official may have been misrepresenting a

9    fact, in response to an analyst's question

10 03:34:07  on an earnings call?

11            MS. KOHLMANN:  Objection.

12       A.    No.

13       Q.    Don't you think that should be a

14   priority?

15 03:34:13  MS. KOHLMANN:  Objection.

16       A.    In my day-to-day, the priority

17   is getting the best shows up on the air

18   and the many people as possible to watch

19   them.

20 03:34:21  Q.    Well, you had enough time to

21   exchange a number of e-mails about that

22   representation by Mr. Dooley that day,

23   right?

24       A.    I absolutely had time to make a

25 03:34:33  number of e-mail exchanges.

                    M. GANELESS

                    I assumed the transcript of the

          earnings call would be quite long and

          so -- not in the habit of getting a

03:34:41  transcript of earnings calls.

                    Q.    So if all the information you

          had was Mr. Cucci's representation about

          what Mr. Dooley had said, and you knew

          that number didn't jibe with any of your

03:34:59  internal data, what did you do to ensure

          that there was a correction?

                    MS. KOHLMANN:  Other than what

                she's already testified to.

                    MR. KRAMER:  Which is nothing.

03:35:11            MS. KOHLMANN:  No, that

                misstates the record.

                    A.    What I did was let John Cucci

          know and Colleen Fahey-Rush, who is the

          vice president of research for MTV

03:35:22  Networks.  I let them know that that

          number didn't jibe with any numbers that I

          had.  I asked them to investigate it.

                    We discovered that that 90

          percent represented a year-over-year

03:35:35  growth, and that was the end of my

                        M. GANELESS

 1

 2      involvement in it.

 3              Q.      You're sure?

 4              A.      That's my recollection.

 5   03:35:43   Q.      You responded to Mr. Cucci as if

 6      his report was accurate, right?

 7              MS. KOHLMANN:  Objection.

 8              A.      I don't remember how I responded

 9      to Mr. Cucci.  I just forwarded it on to

10   03:35:56   the research group to say, can you find

11      out how that number was compiled.

12              MR. KRAMER:  Let's have this one

13          marked as 23.

14              (Ganeless Exhibit 20, e-mail

15   03:37:32      thread, bearing Bates number

16          VIA00225061, marked for

17          identification, as of this date.)

18              MR. KRAMER:  I'm sorry, what

19          number are we up to?  20.

20   03:37:09      THE WITNESS:  Thank you.

21              Q.      Ms. Ganeless, Exhibit 20 starts

22      with the same message from Mr. Cucci, and

23      your message follows.  Then there's some

24      back and forth between you and others at

25   03:37:22   Viacom concerning the original message

1          M. GANELESS

2          from Mr. Cucci.  It's a document produced

3          to us by Viacom, bearing Bates number

4          VIA00225061.

5    03:37:38          Do you see on March 1, 2007, at

6          10:04 a.m., you say to Mr. Flanagan, "We

7          will probably never know, but I don't see

8          how that can be accurate on any metric."

9          Right?

10   03:37:51     A.    Yes.

11          Q.    What you were saying is you

12          don't see how Mr. Dooley could report

13          accurately that traffic is up 90 percent

14          since the YouTube take-down on Viacom's

15   03:38:03  Comedy sites?

16               MS. KOHLMANN:  Objection.

17          A.    What I was saying is that

18          90 percent didn't reflect any of the data

19          that I had.  I later found out it

20   03:38:14  reflected a year-over-year growth.

21          Q.    But Mr. Dooley wasn't talking

22          about year-over-year growth, and no one

23          was talking about year-over-year growth

24          here.  What we were talking -- what

25   03:38:25  Mr. Dooley was talking about, and what