# SCHAPIRO DECLARATION EXHIBITS CONTINUED

M. GANELESS

Mr. Cucci reported, was traffic increases
since the YouTube take-down.

And you said you didn't see now
03:38:32   a 90 percent increase, as reported by
Mr. Dooley to the analysts, could be
accurate on any metric; isn't that what
you are saying here?

MS. KOHLMANN:  Objection.
03:38:41   Misstates the record.

A.   What I'm saying is we didn't
know exactly what metric they were using
and that that 90 percent number didn't
reflect any of the data that I had at that
03:38:58   time.

Q.   You are saying it couldn't have
been accurate, no matter what metric
Mr. Dooley was referring to, right?

A.   I said I didn't see how it could
03:39:09   be accurate on any metric.

Q.   What were you referring to, when
you said you didn't see how that can be
accurate on any metric?

A.   I was referring to the fact that
03:39:25   the data that I had at the time didn't

                    M. GANELESS

2   show a 90 percent increase.

3           Q.    Since the YouTube take-down?

4           A.    Yes, since the YouTube

5   03:39:34   take-down.

6           Q.    Later on in this thread,

7   Exhibit 20, you say, "Wouldn't put it past

8   a certain someone who is intent on proving

9   we are better than Google."

10  03:39:44       Do you see that?

11          A.    I do.

12          Q.    Who were you referring to?

13          A.    I'm not sure.

14          Q.    You don't think that was Adam

15  03:40:16   Cahan?

16              MS. KOHLMANN:  Objection.

17          Q.    Do you think that the person you

18  are referring to, when you say you

19  wouldn't put it past a certain someone who

20  03:40:24   is intent on proving we are better than

21  Google, is Adam Cahan?

22          A.    It's possible, but I don't

23  remember who I was referring to.

24          Q.    But you were suspecting at this

25  03:40:43   point, in your message to Mr. Flanagan at

M. GANELESS

2     the top of Exhibit 20, that someone had

3     fed Mr. Dooley misinformation, correct?

4          MS. KOHLMANN:  Objection.

5  03:40:48     Misstates the record.

6          A.   No.  I didn't say anything about

7     misinformation.

8          Q.   What wouldn't you put past a

9     certain someone, then, who is intent on

10  03:40:57    proving we are better than Google?

11         A.   I don't know what I was

12    referring to.

13         Q.   You have no idea what you are

14    referring to here?

15  03:41:06    A.   No.

16         Q.   Aren't you saying that you

17    wouldn't put it past -- aren't you saying

18    that it wouldn't surprise you to find out

19    that a certain someone provided Mr. Dooley

20  03:41:21    misinformation, which he repeated on the

21    earnings call?

22         MS. KOHLMANN:  Objection.

23    Misstates the record.

24         A.   I don't remember what I was

25  03:41:30    saying here.

M. GANELESS

1

2    Q.    As you read it, sitting here

3    today, doesn't that seem like the most

4    sensible reading of your words?

5    03:41:48    A.    It's possible that I had thought

6    that someone had cut the data different

7    ways to come up with that number.  Based

8    on what I'm saying here, that's what it

9    seems.

10   03:42:23    Q.    Someone had cut the data

11   inaccurately to come up with that number,

12   right?

13   A.    I don't know if it was

14   inaccurately.  It was just in a way that I

15   03:42:31   hadn't thought of yet.

16   Q.    So at some point it occurred to

17   you that Mr. Dooley's statement was, in

18   fact, accurate, as reported by Mr. Cucci?

19   A.    I didn't know if John had

20   03:42:44   misheard what Dooley said on the call, so

21   I couldn't -- I couldn't tell you if

22   Dooley said something incorrectly.  I

23   never saw the transcript.  I only had

24   John's reference; and perhaps incorrectly,

25   03:43:00   but I assumed that John had misheard it.

                            M. GANELESS

2    Particularly when we found out that that

3    90 percent referred to a specific piece of

4    data.

5    03:43:15        Q.    Take a look at what's been

6    marked as Exhibit 21.  I'm sorry, hang on

7    a second, before we go to Exhibit 21.

8                    (Ganeless Exhibit 21, e-mail

9                    thread, Bates number VIA00349674,

10   03:44:53        marked for identification, as of

11                   this date.)

12               Q.    Did you think it was scary that

13   Mr. Dooley had made such a clear

14   misrepresentation in a stock call with

15   03:43:32  analysts?

16               MS. KOHLMANN:  Objection.

17          Misstates the record.

18               A.    I didn't believe that Mr. Dooley

19   had made a misrepresentation.  I believed

20   03:43:39  that John Cucci had misheard.

21               Q.    You didn't think it was very

22   scary that Mr. Dooley had made a

23   misrepresentation?

24               MS. KOHLMANN:  Objection.  Asked

25   03:43:54        and answered.

M. GANELESS

1

2      A.    I didn't know that Mr. Dooley

3    had made a misrepresentation.  I only knew

4    what John had reported to me.

5  03:44:00    Q.    And what John had reported to

6    you, you knew was inaccurate?

7      A.    What John reported to me did not

8    jibe with any of our internal data.  I

9    subsequently learned that that 90 percent

10 03:44:13 was a real metric that referred to

11    year-over-year growth, and I assumed that

12    that was what Dooley was referring to.

13      Q.    Let's take a look at 21.

14      Ms. Ganeless, Exhibit 21 was

15 03:44:42 produced to us by Viacom.  It's an e-mail

16    thread.  Again, it starts with the same

17    message from Mr. Cucci to you, and it goes

18    off in another direction from the prior

19    two exhibits that we have looked at.  It

20 03:44:52 bears document number VIA00349674.

21      After reporting that Mr. Dooley

22    mentioned Comedy traffic is up 90 percent

23    since the YouTube take-down, and a couple

24    of intervening messages, Mr. Cucci writes

25 03:45:09 an e-mail to you in which he says,

M. GANELESS

2        "Scary."

3            Do you see that?

4        A.    I do.

5  03:45:14    Q.    And you responded, "Very."

6            Do you see that?

7        A.    I do.

8        Q.    So you thought it was very scary

9    that Mr. Dooley would make the

10  03:45:24  misrepresentation attributed to him by

11  Mr. Cucci in his message?

12            MS. KOHLMANN:  Objection.

13  Misstates the record.

14        A.    I believed it was very scary

15  03:45:34  that there was a number that didn't jibe

16  with any of our data, until I discovered

17  that that 90 percent was an accurate

18  metric, referring to year-over-year

19  growth.

20  03:45:44    Q.    Ms. Ganeless, the 90 percent

21  figure that Mr. Cucci reports here was as

22  for an increase in traffic on the Viacom

23  Comedy site since the YouTube take-down.

24  That's how he reported to it to you.  He

25  03:45:57  then said it was scary, and you said it

M. GANELESS

was very scary.

You thought it was scary that a statement attributed to Mr. Dooley from
03:46:04 the earnings call was false, right?

MS. KOHLMANN:  Objection.

Misstates the record.

Are you testifying, David?

A.     I thought it was scary that our
03:46:14 data could be so totally off from the data that Dooley had used and John had reported me from the earnings call.  I had no reason to believe that Dooley had used false data.

03:46:28 Q.     You say, continuing in your message to Mr. Cucci on March 1st at 9:42, "I could be totally off here, but something tells me Cahan may be involved."

A.     It's very possible that I was
03:46:59 referring to Mr. Cahan.

Q.     In Exhibit 20, right?

A.     In Exhibit 20, since I referred to him in Exhibit 21.

Q.     And you believed that Mr. Cahan
03:47:09 was the certain someone who is intent on

M. GANELESS

2         proving that we are better than Google?

3         By "we," you are referring to Viacom?

4               MS. KOHLMANN: Objection.

5   03:47:19       You can answer.

6        A.   I don't remember specifically

7        what I meant by that, other than I

8        remember that Adam had really wanted the

9        deal to get done.

10  03:47:31      Q.   What deal?

11        A.   The YouTube/Google deal.

12        Q.   You wrote, "Where else could it

13       come from," because you knew that

14       Mr. Dooley's statement on the earnings

15  03:47:47   call, as reported by Mr. Cucci, didn't

16       jibe with any of your data, and you had no

17       idea where it could have come from, right?

18             MS. KOHLMANN: Objection.

19       Misstates the record.

20  03:47:55     A.   I was guessing that Adam Cahan

21       may have provided the data, because it

22       didn't come from my research department;

23       and he was involved with anything that had

24       to do with the YouTube deal.

25  03:48:17     Q.   Did you ever learn that

M. GANELESS

1

2      Mr. Cahan was involved in Mr. Dooley's

3      statement on the earnings call about the

4      growth in traffic on Viacom's sites,

5  03:48:25   following the February 2nd take-down?

6              MS. KOHLMANN:  Objection.

7              You can answer.

8          A.    No, because the investigation

9      stopped, when I learned that that

10 03:48:34  90 percent actually referred to a real

11     metric, which was a 90 percent

12     year-over-year growth.

13         Q.    And so at that point you said --

14     you told that to Mr. Cucci?

15 03:48:48   A.    I believe so.

16         Q.    And that was the end of your

17     involvement in this matter?

18         A.    Yes, that I recall.

19         Q.    So you didn't have a

20 03:48:59  conversation with Mr. Dooley about his

21     statement?

22         A.    I don't recall --

23             MS. KOHLMANN:  Objection.

24         A.    -- having a conversation with

25 03:49:04  Mr. Dooley about his statement.

M. GANELESS

        Q.    Did the possibility occur to you
that Mr. Dooley was making a
misrepresentation?

03:49:13    A.    I don't remember.

        Q.    So it might have?

        A.    It might have.

        Q.    Do you think it was possible
that Mr. Dooley was stretching the truth,
03:49:24    when he said that the traffic had
increased 90 percent to the Viacom Comedy
site since the YouTube take-down?

                MS. KOHLMANN:  Objection.

        Misstates the record.

03:49:34            You can answer.

        A.    I have no idea what Tom Dooley
was thinking.

        Q.    Because you didn't talk to him?

        A.    Because I didn't talk to him.

03:49:43    Q.    Would it surprise you to learn
that Mr. Dooley was trying, during the
earnings call, to lead analysts to believe
that there was an increase in Viacom
traffic caused by the YouTube take-down?

03:49:57            MS. KOHLMANN:  Objection.

M. GANELESS

Misstates the record.

A.    It would not surprise me that
Tom Dooley was reporting whatever data had
03:50:11   been given to him to report traffic
increases.

Q.    Not my question.

Would it surprise you to learn
that, in fact, Mr. Dooley was trying to,
03:50:20   during the earnings call, lead analysts to
believe that there was an increase in
Viacom traffic caused by the YouTube
take-down?

MS. KOHLMANN:  Objection.
03:50:27   Misstates the record.

You can answer.

A.    I would not be surprised to
learn that Tom Dooley was reporting a
traffic increase, because there was a
03:50:41   traffic increase.

Q.    Sorry, there was a traffic
increase?

A.    There was a traffic increase.

Q.    On Viacom's Comedy sites
03:50:49   following the February take-down, between

M. GANELESS

1             the period of February and March 1st,

2             2007, there was an increase in traffic?

3             A.    I recall there was a slight

03:50:57  increase in traffic.

           I recall that the 90 percent, I

could be recalling incorrectly, but I

recall there was a 90 percent increase

year-over-year, and there was a slight, in

03:51:10  Exhibit 18, streams are up slightly post

take-down, seven percent.

           (Ganeless Exhibit 22, March 1,

           2007 e-mail thread, bearing Bates

           number VIA00349675 to 77, marked for

03:51:54             identification, as of this date.)

           Q.    Exhibit 22, Ms. Ganeless, yet

another e-mail thread concerning the

subject of Mr. Dooley's statements on the

Viacom earnings call on March 1st, 2007,

03:52:16  starting again with Mr. Cucci's e-mail to

you, stating, "On the earnings call Dooley

mentioned that Comedy traffic is up 90

percent since YouTube take-down."  This

thread bears Bates number VIA00349675 to

03:52:32  77.  The first -- I'm sorry, the

                            M. GANELESS

 2              last-in-time e-mail from you,

 3              Ms. Ganeless, says, "Wouldn't be

 4              surprised if they misspoke on the call

 5   03:52:45   or -- or tried to lead people to believe

 6              it was YouTube-related, but that it's

 7              right in the release."

 8                       It wouldn't have surprised you

 9              to find that Mr. Dooley and Mr. Dauman

10   03:52:57   would misstate the statistics to suggest

11              there was a boost in Viacom's traffic, due

12              to the YouTube take-down in February of

13              2007, right?

14                       MS. KOHLMANN:  Objection.

15   03:53:07       Misstates the record.

16              A.    I think there's a difference

17              between they misspoke and they -- what you

18              said.

19              Q.    You say in your message you

20   03:53:16   wouldn't be surprised if they tried to

21              lead people to believe it was

22              YouTube-related.

23                       Aren't you suggesting there that

24              you wouldn't be surprised if Mr. Dooley

25   03:53:25   and Mr. Dauman tried to mislead people

M. GANELESS

2    into believing that a traffic increase was

3    YouTube-related?

4         MS. KOHLMANN:  Objection,

5  03:53:35    misstates the record.

6         A.    I did not say mislead.  I said I

7    wouldn't be surprised if they tried to

8    lead people to believe it was

9    YouTube-related.

10  03:53:49    Q.    But it wasn't YouTube-related,

11    right?  In fact, there wasn't an increase

12    at all, right?

13         MS. KOHLMANN:  Objection.

14    Misstates the testimony.

15  03:53:57    MR. KRAMER:  Withdrawn.

16         Q.    Do you think Mr. Dooley would

17    say something untrue to support Viacom's

18    case against YouTube?

19         MS. KOHLMANN:  Objection.

20  03:54:08    A.    No.

21         Q.    How about Mr. Dauman, do you

22    think he would say something untrue, to

23    support Viacom's case against YouTube?

24         A.    No.

25  03:54:14    Q.    Why would you say it wouldn't

M. GANELESS

2  surprise you if they were trying to lead

3  people to believe there was an increase in

4  traffic, due to the YouTube take-down?

5  03:54:26          MS. KOHLMANN:  Objection.

6                    You can answer.

7          A.    I said I wouldn't be surprised

8  if they misspoke or tried to lead -- or

9  tried to lead people to believe it was

10  03:54:43  YouTube-related, because the data that I

11  had showed it was YouTube -- there was an

12  increase after the YouTube take-down.  The

13  data that I had showed a seven percent

14  increase.

15  03:54:54          They had a lot of data in front

16  of them.  One of the other statistics was

17  that data was up or traffic was up 90

18  percent versus a year ago.  I wouldn't

19  have been surprised, if they misspoke.

20  03:55:02      Q.    Ms. Ganeless, the data that you

21  are referring to that shows an increase is

22  contained within this Exhibit 22?

23          A.    It's contained within

24  Exhibit 18.

25  03:55:10      Q.    Is it also contained within this

                              M. GANELESS

2        Exhibit 22?

3             A.    Yes.   It's under the e-mail from

4        Angela Hamlin, sent at 10:57 a.m. on

5    03:55:23  Thursday, March 1st.

6             Q.    And that shows a 13 percent

7        decrease in unique visitors to

8        Comedycentral.com?

9             A.    It shows a seven percent

10   03:55:31  increase in weekly video streams.

11            Q.    And a 13 percent decrease in

12       unique visitors to the Comedycentral.com

13       site, right?

14            A.    A 13 percent decrease in unique

15   03:55:44  visitors to the stand-alone site.   That

16       doesn't reflect video views, which is my

17       understanding of what this is all about.

18            Q.    You didn't have any

19       understanding of what this was all about,

20   03:55:53  did you?   You didn't think it was accurate

21       on any measure -- on any metric?

22            MS. KOHLMANN:   Objection.

23       Misstates the testimony.

24            A.    I said I didn't -- it didn't

25   03:56:00  jibe with any of the data that I had.

M. GANELESS

1

2      Q.      Right, because the data you had

3      shows a 13 percent decline in users of the

4      Comedy Central.com site, in the period

5  03:56:09   after the YouTube take-down.

6           MS. KOHLMANN:  Objection.

7      A.      The data that I have shows an

8      increase in video usage, after the

9      take-down.

10 03:56:16   Q.      And that's what you refer to --

11     that's what you understood Mr. Cucci to be

12     referring to, when he reported a

13     90 percent increase in Comedy traffic --

14     A.      Yes.

15 03:56:26   Q.      -- was streams?

16     A.      Video.  Yes, we were talking

17     about video after the YouTube take-down,

18     so I was under the impression, and that's

19     why we looked at all of the different

20 03:56:37   pieces of data.  And that's why Angela

21     says in her e-mail to me streams are up

22     slightly, post take-down.

23     Q.      And you thought -- you thought

24     it wouldn't surprise you if Mr. Dooley and

25 03:56:56   Mr. Dauman were trying to lead people to

                    M. GANELESS

1

2    believe that an increase in traffic was

3    YouTube-related; is that correct?

4         A.    I said I wouldn't be surprised

5    03:57:04    if they misspoke or tried to lead people

6    to believe it was YouTube-related.

7         Q.    So it wouldn't surprise you to

8    find out that Mr. Dooley and Dauman were

9    trying to lead people to believe that any

10   03:57:13    increase in traffic was YouTube-related;

11   is that right?

12              MS. KOHLMANN:   Objection.

13        A.    It wouldn't surprise me to

14   believe that they misspoke or tried to

15   03:57:23    lead people to believe the increase in

16   traffic was YouTube-related.

17        Q.    I can read the words there, but

18   I'm asking you what they mean, in a

19   slightly different way.

20   03:57:31         Are you saying here it wouldn't

21   have surprised you to find out that

22   Mr. Dooley and Mr. Dauman were trying to

23   lead analysts to believe that some

24   increase in traffic was YouTube-related?

25   03:57:43         MS. KOHLMANN:   Objection.

M. GANELESS

1
2      A.    I am saying that I wouldn't be
3  surprised if they misspoke on the specific
4  data points, and they were trying to lead
5  03:57:53  people to believe it was YouTube-related;
6  because at that point I understood that
7  there had been an increase in video
8  streams, and that is what I thought this
9  was all about.
10  03:58:03  Q.    Aren't you aware, Ms. Ganeless,
11  that Mr. Dauman made misrepresentations at
12  an analyst conference a few days later
13  that were similar to the one made by
14  Mr. Dooley?
15  03:58:24       MS. KOHLMANN:  Objection.
16  Misstates the record.
17      A.    I am not familiar with that.
18      Q.    You have no recollection of that
19  whatsoever?
20  03:58:32  A.    I do not.
21      Q.    So if -- here's 26 -- 23.
22           (Ganeless Exhibit 23, e-mail
23  thread, bearing Bates numbers
24  VIA01129009 to 910, marked for
25  03:58:55  identification, as of this date.)

1            M. GANELESS

2            THE WITNESS:  Thank you.

3        Q.    Exhibit 23, Ms. Ganeless, is an

4    e-mail thread in which you participate,

5  03:59:02  produced to us by Viacom in discovery,

6    bearing Bates number VIA01129009 to 910,

7    the subject of which is, "Viacom Chairman

8    Said Traffic At Company Sites Increased."

9    And it starts with a message from you to a

10 03:59:24  number of other MTVN executives, attaching

11   a news article written by Mike Farrel

12   about statements by Mr. Dauman at the Bear

13   Stearns media conference that day.

14       Do you see that?

15 03:59:35  A.    I do.

16       Q.    You attached the article, and

17   you say, "He is still out there touting

18   that traffic increased back to our sites

19   after the take-down, which our data

20 03:59:46  contradicts."

21       You are saying that Mr. Dauman

22   is still making public misrepresentations

23   about the impact of the YouTube take-down

24   on traffic to Viacom sites, right?

25 03:59:57       MS. KOHLMANN:  Objection.

1        M. GANELESS

2        Misstates the record.

3        A.    I am saying he is still out

4        there touting traffic increases back to

5  04:00:08  our sites after the take-down, yes, I am

6        saying that in this e-mail.

7        Q.    Your use of the word "still,"

8        that was referencing a prior

9        misrepresentation about the impact of the

10  04:00:19  YouTube take-down on traffic, right?

11            MS. KOHLMANN:  Objection.

12        Misstates the record.

13        A.    It must have been, but I don't

14        remember this.

15  04:00:27  Q.    So you have no recollection of

16        why you chose to use -- it must have been

17        referencing misrepresentations about

18        increases in traffic, right?

19        A.    I think I just said that.  Yes,

20  04:00:38  it must have been.

21        Q.    And your data contradicted a

22        claim of any increase in traffic after the

23        take-down, right?

24            MS. KOHLMANN:  Objection.

25  04:00:48  A.    Based on this e-mail, yes, that

M. GANELESS

is true.

Q.    In fact, your data showed that traffic to Comedy Central had been decreasing in the four weeks after the take-down, didn't it?

A.    According to this, yes, that is true.

Q.    According to you, is it true?

A.    According to what I wrote in this e-mail, it is true.

Q.    You have no other recollection of that besides what you wrote in this e-mail?

A.    I don't, because until I saw this e-mail, my recollection was that it had gone up; but clearly I recalled incorrectly.

Q.    You were saying that your data contradicted Mr. Dauman's statements at this conference, right?

A.    I am saying that the data I had is different than what he was saying, yes.

Q.    You are saying it contradicted what he said, right?

                    M. GANELESS

1

2          A.     Yes.  I used the word

3     "contradict."

4          Q.     So Mr. Dauman was still out

5     04:01:48  there referencing an increase in traffic,

6     based on the YouTube take-down, when you

7     knew that the traffic had decreased.  This

8     is March 6, 2007.

9          A.     Correct.

10    04:01:59  Q.     Where did you get the data that

11    you are referencing in Exhibit 23?

12         A.     I don't remember.

13         Q.     Did it surprise you this time to

14    see Mr. Dauman making misrepresentations

15    04:02:17  about the impact of the YouTube take-down

16    on Viacom's traffic?

17              MS. KOHLMANN:  Objection.

18         Misstates the record.

19         A.     I can't remember, but I do seem

20    04:02:24  surprised.

21         Q.     Are you surprised right now?

22         A.     I am surprised.  My recollection

23    was not that it had gone down.

24         Q.     So knowing that Viacom's CEO was

25    04:02:36  still making misstatements to bankers and

M. GANELESS

2   investors about the impact of the YouTube

3   take-down on Viacom's traffic, what action

4   did you personally take to correct it?

5   04:02:45          MS. KOHLMANN:  Objection.

6   Misstates the record.

7          A.   My goal in this e-mail was to

8   find out where the data was coming from.

9   I assumed he was getting the data from

10  04:02:59  someone inside the company, so my goal was

11  to find out where the data was coming

12  from.

13          I can't tell from this if I ever

14  got that kind of clarification.

15  04:03:15  Q.   So as you sit here today, you

16  can't tell me a single thing that you did,

17  after sending this message that's in

18  Exhibit 23, to correct misstatements made

19  by Mr. Dauman?

20  04:03:26  A.   I knew that it contradicted data

21  that I had.  I didn't know where his data

22  was coming from, and I wanted to find that

23  data.

24          Q.   Did you --

25  04:03:34  A.   I cannot remember.  Unless you

1                    M. GANELESS

2          have it in an e-mail that you are about to

3          show me, I cannot remember.

4               Q.   Is it possible, Ms. Ganeless,

5   04:04:15  that Mr. Dauman was misrepresenting the

6          impact of the YouTube take-down on traffic

7          to Viacom sites, in order to boost

8          Viacom's lawsuit against Google?

9               MS. KOHLMANN:  Objection.

10  04:04:25  Misstates the record.

11              A.   I have no idea why he was saying

12         what he was saying.

13              Q.   Is it possible that he was

14         saying it in order to boost Viacom's stock

15  04:04:35  price?

16              MS. KOHLMANN:  Objection.

17         Misstates the record.

18              A.   I have no idea.

19              Q.   Do you believe it was important

20  04:04:43  at Viacom -- do you believe it was

21         important to Mr. --

22              MR. KRAMER:  Withdrawn.

23              Q.   You reference, in your e-mail, a

24         meeting.  You say, "I'm afraid he's going

25  04:05:07  to bring this up in tomorrow's meeting."

                         M. GANELESS

                 Do you see that?

                         What meeting are you referring

                 to?

 04:05:13        A.    I can't remember.

                 Q.    Do you recall having a meeting

                 with Mr. Dauman in March of 2007?

                 A.    I don't.

                 Q.    Do you routinely meet with

 04:05:24        Mr. Dauman?

                 A.    I generally meet with Mr. Dauman

                 twice a year, in the summer for the LRP

                 and in the fall for the budget.  So I

                 don't remember a March meeting.

 04:05:32        Q.    So this would have been a

                 relatively significant occurrence, meeting

                 with Mr. Dauman, right?

                         MS. KOHLMANN:  Objection.

                 Misstates the record.

 04:05:39                MR. KRAMER:  How does that

                 misstate the record, Susan?

                         MS. KOHLMANN:  You haven't

                 established that she's meeting with

                 Mr. Dauman tomorrow.  You are

 04:05:45        misstating what the e-mail says.

```
1                    M. GANELESS

2                    MR. KRAMER:  Okay.

3                    MS. KOHLMANN:  Thank you.

4                    MR. KRAMER:  For the record, I

5   04:05:52    disagree completely.

6                    MS. KOHLMANN:  Well, not

7             surprisingly.

8                    MR. KRAMER:  Which is pretty

9             clear.

10  04:05:57         MS. KOHLMANN:  I don't think so.

11           A.    I don't -- I don't know what

12           kind of a meeting it was.  If I don't

13           remember it, it could have been a lunch

14           meeting.  I don't know what it was.

15  04:06:10    Q.    As far as you know, sitting here

16           today, has anything been done to correct

17           Mr. Dauman's misstatements at the Bear

18           Stearns conference in March of 2007?

19                    MS. KOHLMANN:  Objection.

20  04:06:56    A.    I don't know where Mr. Dauman

21           got the statements that he made at the

22           Bear Stearns conference.  I don't know

23           what follow-up was done after this e-mail

24           chain was sent.

25  04:07:09    Q.    You don't know if any was done?
```

                         M. GANELESS

1

2          A.    I don't know if any was done,

3    no.

4          Q.    Ms. Ganeless, when I was talking

5    04:07:56  to you about Mr. Dooley's statements, you

6          said that you had discovered that he had

7          been or that the 90 percent figure was

8          year-over-year statistics.

9                Do you recall that?

10   04:08:06  A.    I do.

11         Q.    But Mr. Dauman's statement is

12         specifically referencing the fact that

13         traffic went up after the YouTube

14         take-down notice was sent, right?

15   04:08:14  A.    Yes, it is.

16         Q.    So you can't justify

17         Mr. Dauman's statement on the notion that

18         it was reporting year-over-year

19         statistics, right?

20   04:08:20       MS. KOHLMANN:  Objection.

21         A.    I am not saying that

22         Mr. Dauman's statement was referencing

23         year-over-year statistics.  I'm saying

24         that there may have been data that they

25   04:08:35  pulled on different metrics that I did not

M. GANELESS

2       have.  That's why I asked, do you know

3       where that data is coming -- or do you

4       know where that is coming from, because I

5   04:08:44   assumed somebody had pulled data for him,

6       in a different capacity than me, and I

7       wanted to see that data.

8           Q.    But as far as you know, that

9       wasn't correct that somebody pulled data

10  04:09:37   for him, in a different capacity than you,

11       right?

12           MS. KOHLMANN:  Objection as to

13          form.

14           A.    I don't recall.

15  04:09:54       Q.    So Ms. Ganeless, if your own

16       data showed that in the month after taking

17       your content off of YouTube, the traffic

18       on your site, Comedycentral.com, declined,

19       having the content on YouTube was actually

20  04:10:04   helping your site, wasn't it?

21           MS. KOHLMANN:  Objection.

22           A.    No, I wouldn't make that

23       connection.

24           Q.    It doesn't follow?

25  04:10:13       A.    No, it doesn't follow.

M. GANELESS

Q.    Why not?

A.    Because months following that, with our content still off of YouTube, our

04:10:20    traffic went up.  There could have been many, many factors contributing to why our traffic went down, how many original shows we had on the air at the time.  Our traffic is always helped by what's

04:10:31    happening in the news.

I have no way of knowing if the YouTube traffic take-down had a direct effect on our traffic.

Q.    You have no way of knowing

04:10:52    whether the YouTube traffic had a direct effect in increasing the traffic to the Comedycentral.com site, right?

A.    I have no way of knowing what impact it had, no.

04:11:00    Q.    There could have been many, many factors contributing to the increase in traffic that, ultimately, Comedycentral.com has recognized, right?

MS. KOHLMANN:  Objection.

04:11:08    A.    Yes.