# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# The Heartbreak Kid Program Timeline



## Phase 2
- Press solicitation for key junket interviews
- Widespread content distribution to all sites and blogs listed
- Social Networking and Blog specific contests
- Exclusive video content for larger sites in appendix B
- Develop unique contesting features on 2 key mainstream and top-tier entertainment and film sites in appendix B
- Continue with daily updates and contests on Facebook



Sample content distribution

# The Heartbreak Kid Program Timeline



## Phase 3

- Execute prize pack contests and features with 20 sites in appendix C
- Full viral video uploading and player distribution to entire network placing features on websites/blogs
- Solidify interview and exclusive features
- Full scale promotions within Facebook community



Sample contests on music/lifestyle sites

# Sample Promotions and Contests



## YouMayNowKissTheBlog Heartbreak Kid Contest and Feature
- ICED will set up a contest with YouMayNowKissTheBlog where readers will provide their funniest and most embarrassing wedding stories.
- The winner, selected at random will be able to choose a wedding or anniversary gift for themselves from a selected 3rd party retailer (worth $300).
- The contest will receive homepage placement featuring *Heartbreak Kid* content.

## IST blog Heartbreak Kid 'weekend getaways'
- Gothamist, LAist, Phillyist and Chicagoist will all run contests for weekend get away funny dates within each city
- Gimmicky dates will include a predetermined off-the-cuff dating activity (Jumbo's Clown Room) on Friday, and a Saturday night activity.
- Contest to feature video content and official site links

## Greatest Wedding/Marriage/Honeymoon Movies Feature at Cracked
- As Cracked.com has done with many top 10 lists, this one will focus on the most insane movie brides, wedding mishaps, and awkward dating moments featured in movies
- *Heartbreak Kid* video will be featured alongside the list



# Sample Promotions and Contests cont.

## The Celebrity Cafe Interview and The Heartbreak Kid Relationship Survival Kit Sweepstakes

- Users shard their relationship horror stories to win a limited edition Heartbreak Kid Relationship Survival Kit (sunblock, nasal spray, tums, beano, etc)
- The contest will be featured alongside a Rob Corddry interview and *Heartbreak Kid* video content

## Most Annoying Mate Contest on FHM

- Users share their stories of their annoying mate. FHM judges which guy has the most annoying mate, and awards them a TBD video game console to reward them for being able to put up with so much

## Cupids Dating Blog and The Heartbreak Kid Prize Pack Give Away

- Win a 'date' to see The Heartbreak Kid on Cupid's Dating Blog
- The contest will give away 10 'dates' over 10 days leading up to release with video clips featured on the home page

In addition to the specific contests listed above, a dozen or more prize pack giveaways will be executed at a number of other blog, entertainment, humor, film and lifestyle sites. These contests usually consist of signed posters, t-shirts and DVDs

# Viral Video Propagation



iced media®

1

- Upload approved video clips, video interviews, EPK, and b-roll footage, to our database of over thirty unique viral video sites
- Working within the viral communities to promote footage to target audiences
- Distribute embedded player links to extensive list of key blogs and sites for third party coverage of select footage
- Drive traffic to the content we upload

Appendix A
(viral video sites)

(social networking sites)

| | | |
|---|---|---|
| Atom Uploads | Google | Clip Shack | MySpace |
| Sharkle | FunnyOrDie | Veoh | Facebook |
| Daily Motion | Break | Gleeker | YFly |
| Clevver | Cool Streaming Video | Flixya | Block Savvy |
| Revver | Putfile | Vsocial | Buzznet |
| Bolt | Flukiest | Flurl | Heavy |
| YouAreTV | YourDailyMedia | Live Video | Bebo |
| Lulu | YouTube | Vidiac | TagWorld |
| Uvouch | iFilm | Vidilife | MOG |
| Brightcove | Crackle | LiveLeak | Reccenter |
| Flixter | Heavy | 7Humor | |

# Sample Viral Content Seeding

Clips uploaded to viral video and file sharing sites get homepage placement on 3rd party sites and blogs





Justin Timberlake video uploaded to YouTube and covered on Perez Hilton

Blades of Glory clip uploaded to iFilm and covered on Comedy Central Insider



# Target Site Lists

Below is a small sampling of sites and blogs that will be targeted for video features, interviews and reviews:



| | | |
|---|---|---|
| A Socialite's Life | Filmcritic | Movie Freak |
| Ain't It Cool News | Fixins | MovieWeb |
| Buzz Patrol | Give Me My Remote | Nerve |
| Celluloid and Vinyl | Goldenfiddle | No Good For Me |
| Cinecon | Gorilla Mask | N-Zone |
| Cinegeek | Hollywood.com | Oh No They Didn't |
| College Club | Hybrid Magazine | PopBytes |
| College Humor | I Rock, I Roll | PopYOUlarity |
| Crack Muffin | IGN | Prefix Mag |
| Cringe Humor | Impose Mag | Prick Mag |
| D-Listed | Inside Pulse | Rotten Tomatoes |
| Dark Horizons | Kludge Magazine | Synthesis |
| Date | Liquid Generation | Tastes Like Chicken |
| Dating Direct | Losing Today | Teen Hollywood |
| Dead Frog | Lost At Sea | Thighs Wide Shut |
| Dorks | Manly Thoughts | UGO |
| E-Harmony | Match | Usounds |
| Empire | Maxim Online | Whatevs |
| Entertainment World | Milk & Cookies | Witz |
| FHM | moviesblog.MTV.com | WWTDD |
| Pop Candy | All Movie | Comedy Central Insider |
| Fuzzy Lion | Superior Pics | I Watch Stuff |
| Gizmodo | Ben-Stiller.net | Hollywood North Report |
| Geeks of Doom | Celebrity Wonder | SPIN |
| Movie List | Buzz Sugar | Rolling Stone |
| Pop Syndicate | The Movie Blog | Ace Show Biz |
| College Candy | Movie Poop Shoot | All Movie Portal |
| Aske Men | Cinematical | Slas Film |
| Celebrity Cafe | JustJared | Playboy |
| Funny Reign | Starpulse | Just Jared |
| | | Seriously OMG WTF |

# Target Site Lists

## Bridezilla and Bachelor Sites:

Bridalicious
ModGirl
FaceLikeMurderBridezilla
BridezillaPreventionProject
GoingBridal
BachelorPartyFun
YouMayNowKissTheBlog
Indie Bride
Bridalwave
The Apiary
The Coming
The Bastion
TrueBrideConfessions
Diary of a Bride
ManoloBrides.com
Always a Bridesmaid
Beauty is in the Eye of the Beholder
Bridal Bar Blog
Bridaliscious
Bridalwave
Brideness
Bridezilla
Confessions Of The Wedding DIVA
DIY Wedding Planner
Don't Be That Bride
Dreams on a Budget
Ethical Weddings
Flaming Tulle
Fresh Bride
From "I Will" to "I do"

Godawful Wedding Crap
Great Green Weddings
Here Comes the Blog
I love Weddings
Never teh Bride
Observer Bridal Blog
Offbeat Bride
Oh joy!
Our One Heart
Our Wedding
Our Wedding Plus
Paper Bride
People's Real Life Weddings
Polka Dot Bride
RSVP Shindig
Saving for a Wedding
Should we get married?
The Awesome Photo Blog
The blog at Bloomery
The Bridesmaid's Blog
The Preppy Wedding
The Wedding Register
Tidbits on Weddings by Socialites
To Love, Honor, and Dismay
Trash the Dress
Veiled Conceit
Wed Log
Wed This
Wedaholic
Wedding Bee
Wedding Fanatic

Wedding Mapper
Wedding Tactics
Wedlok
What Junebug Loves
White Lace Wedding
And the bride wore...
And they lived happily ever after...
Going Bridal
GreenKarat
Groom Groove
Groom Stand
I Do Foundation
I Hate My Inlaws!!!
Indie Bride
Let's Run Off
Pearl Paradise
Portovert
Something Old, Something New
True Bridal Confessions
Uglydress.com
Way Cool Weddings
Wedding Podcast Network
Wifeville

Yahoo Groups:
Heartbreak
Breaking Up
Weddings

iced media



# Target Site Lists - Unrated Content

Below is a small sampling of viral sites and blogs that will be targeted for any unrated content:

| | | | |
|---|---|---|---|
| Elite-Videos | Funny Videos | Super Evil Robot | Ask Men |
| Meanduck | List Dump | Fun Dump | Blender |
| Danerd | Dumbie | Cool Clips | Briznx |
| Kontraband | Drunk University | Video Spud | Bullz-Eye |
| Abum | Dump Head | Dave's Daily | Cracked |
| TimeKiller | Shocking Clips | Lol Wow | Double Agent |
| Magamba | Funny Links | Humor Trade | Film Junk |
| Video Madness | Zumboo | Fungod | Frat Pack |
| Ownage | Too Shocking | I-Am-Bored | Geeks of Doom |
| Nopers | Funny Jokes | The Shortest Bus | Happy Robot |
| Moron | Funny Videos | Daily Slacker | Jaya Movie Blog |
| Bored Town | UnitedNothing.net | Ridiculous Videos | Jive |
| Kill Some Time | Vid Craze | Evil Dump | Joblo |
| Goyk | College Slackers | Twisted Videos | Movie-Vault |
| College Downtime | Top Music Videos | Vidcrazy | Nonk |
| United Nothing | Big Bad Site | Colbert Videos | Pajiba |
| Leenks | Buzz Humor | Funny Clips | Playboy |
| Rupid | Wtf People | Beaned | Rope of Silicon |
| Humor Trade | Bloogie | DipTard.com | Shakefire |
| My Blam | Link Dump | Morons On The Web | Slash Films |
| Fun Only | American Films | Fazed | Spout |
| Yikers | Shock This | Eat Liver | Strange Pup |
| Stupid Videos | Raw Meat | Cowardly Escape | Tailer Spy |
| Crack Muffin | Funny Burger | Online Arcade | Tastes Like Chicken |
| Sorry I Got Drunk | Slacker Network | Gallery Dump | The Man Room |
| Worst Previews | Get Laid | Funny Link Dump | The Movie Box |
| Prick | Trailer Spy | Twitch Film | The Movie Times |
| FuzzyLion | Trend Pimp | Useless Men | Top Movie Blog |



# Target Site Lists

Below is a small sampling of sites and blogs that will be targeted for contests and larger exclusive features.

(appendix C)

| | | |
|---|---|---|
| 411 Mania | Zap2it | Celebrity Cafe |
| Alloy | Kiwibox | SPIN |
| Crave Online | EntertainmentWorld | Dead-Frog |
| Shakefire | Bullz-eye | ElleGirl |
| Stuff Magazine | The Knot | YFly |
| King | GetMarried.com | Inside Pulse |
| Ticketmaster/Livedaily | Gothamist | Junkiness |
| ACED | | |

The following are films and shows with fans likely to respond well to The Heartbreak Kid, based on the cast of the film or style of humor. We should consider this our core target audience and build from there.

| | | |
|---|---|---|
| Anchorman | The Daily Show | The Simpsons |
| Along Came Polly | Blackballed | Upright Citizens Brigade |
| Napoleon Dynamite | The Benchwarmers | Wet Hot American Summer |
| Arrested Development | The Office | The State |
| Saturday Night Live | Dog Bites Man | The 40-Year-Old Virgin |
| Dodgeball | Comedians of Comedy | Deuce Bigalow |
| Old School | Late Night with Conan O'Brien | Zoolander |
| Wedding Crashers | | |



# Dating Sites and Blogs

In addition to the entertainment, movie, and other sites we'll be servicing, we will also focus on getting HBK content on the plethora of dating sites and blogs on the web. This is an area we haven't worked with on our past projects, but will be a good fit for this film.

sample list of dating sites and blogs:

Dating Dames: http://www.datingdames.com/
Brain Dancing: A Bluntly Personal Look at Online Dating : http://www.braindancing.blogspot.com/
Charming But Single: http://charmingbutsingle.com/
The 15 Minute Dating Blog: http://15minutedate.com/blog/
Singled Out: A Seattle Dating Blog: http://blog.seattlepi.nwsource.com/singleout/
e-Amore News: http://www.e-amore-news.com/
Post Modern Dating: http://www.postmoderndating.com/blogs/blogshe/
Collaboradate Online Dating Blog: http://www.collaboradate.com/blog/
Rosalnd's Dating Blog: http://www.sage-hearts.com/online-dating-blog/
Online Dating Insider: http://onlinedatingpost.com/
Miss Match Blog: http://missmatchblog.blogspot.com/
Blog Her: http://blogher.org/node/4413
Wikia Dating: http://personals.wikia.com/

# Tools, Dates, and Cost



**Tools Requested:**
- Various DVDs (mentioned in contests above) #s to be determined
- 30 signed *The Heartbreak Kid* posters
- Any available video links encoded in Windows Media, Real Player, and QuickTime streaming formats, as well as downloadable iPod and PSP formats.
- Any available soundtrack songs in streaming or mp3 format
- Cast bios and any press releases (if available) in MS Word format
- *The Heartbreak Kid* one-sheet and teaser poster images, in high-res JPG format
- Any and all publicity photos and stills from the film, in high-res JPG format
- Any other special promotional items (limited edition posters, shirts, keychains, etc) for key sites

**Program Dates:**
August 5, 2007 - October 5, 2007

**Cost:**
Marketing Service Campaign & Facebook build, maintenance and management: $■ per month

*Additional expenses not included in the budget will be pre-approved and will be billed as they are incurred. Expenses include all mailing costs of promotional materials and any other out-of-pocket costs directly related to this project.



# Contact

Scott Hurwitz
Sr. Vice President, ICED Media
415 West Broadway, 2nd Floor
New York, NY 10012
P: 646.753.6401
E: Scott@icedmedia.com

Scott Barrett
Project Manager, ICED Media
415 West Broadway, 2nd Floor
New York, NY 10012
P: 646.753.6402
E: barrett@icedmedia.com

# ICED Media: Facebook Initiative

ICED will build and maintain a Facebook page dedicated to *The Heartbreak Kid*.
Every single day of this campaign, the page will be updated, friends will be approved, new contests will be launched and team missions will be assigned.

Each week there will be at least one message to all members informing everyone about the new content, contests and opportunities on the HBK Facebook page.

Week 1 (8/6) Page build, friend recruitment - incentives for users bringing in more than 10 new members (posters).
Week 2 (8/13) Debut video content, 1st mission/contest to put clips on your page.
Week 3 (8/20) Daily contests for various participation levels (signing wall, commenting on photos, putting HBK content on your page.
Week 4 (8/27) More content distributed; new images, buddy icons, widgets, sound files, video clips posted on the HBK page. Make video content downloadable for PSPs, Ipods.
Week 5 (9/3) Team member # goals set for exclusive content, HBK comments made on Labor Day to all current members, new discussions/team games implemented.
Week 6 (9/10) Letter of the day contest begins, ASCII posts, more interactive features.
Week 7 (9/17) Gift week, debut new HBK 'adult' content, playlist contest launch.
Week 8 (9/24) Trivia week, Discussion board focus, sound bytes unveiled.
Week 9 (10/2) Content from the junket will be featured, Win a date to HBK contests all week.

Prizing will range from ROE passes to posters, shirts, signed items.

Letter of the day/word of the week for HBK prizes:
- Each day we put up a "letter of the day" on the Facebook page for a

determined amount of time (1/2 hour, 1 hour, etc)
  • Members have to go to the page and check each letter, keep track of the letters for a week, then post the word on a message board
  • The first one who puts the word up on a message board (or emails it) gets a prize


Film/Actor/Farrelly Brothers Trivia Quiz
  • 6 Apple shuffles will be given-away in correlation with the trivia game based on film stars and previous Farrelly brothers and Ben Stiller films
  • We'll come up with questions to be pre-approved before we roll out this weekly contest

Photo Captions
  • Post photos from film for users to create captions, all members friends will see photos
  • Members who participate will have the opportunity to win a trip to Cabo

Group List: The top ten will be based on events from the film
• You know love blows when…
• She doesn't know what the missionary position is
• You curl up in a rocking chair in shock after sex

We can then add other funny items based on other Ben Stiller and Farrelly brother films to the list to spark discussion
• You know love blows when…..
• You're partner doesn't know what a eugoogaly is…
• You're partner doesn't like Orange Mocha Frappuccinos!
• He's not an ambi-turner…
• He's a bleeder…
• You live in Far Away City but your girlfriend lives in Aspen, where the beer flows like wine…
• You're girlfriend has a great set of hooters… but they're just owls…
• You're bf/gf always tries to triple stamp your double stamps (but you know you can't triple stamp a double stamp)

Roadtrip Playlist with iLike
- Users create the ultimate roadtrip playlist and post it to their profiles
- Vote for the best playlists
    - Playlist with the most votes wins an iPhone with $20 iTunes giftcard to make your own playlist

Viral Photo Stickers
- ASCII picture of a nose with "Love Blows" coming out of nostrils
    - Group members will copy the image from the group and post it as a comment under every photo they can find of people kissing, prizing awarded first come, first served.

Gifts
Group will Vote to Determine Opening Week Gift
- Donkey – ass branded with HBK
- Baby Oil – HBK branded
- Robe – HBK branded
- Tux – HBK branded
- Wedding Ring - HBK 10.5 branded

Members who active on the HBK page will get their first gift free. Other exclusive HBK gifts are for sale.

More Discussion Board Items: You know love blows when…
- She doesn't know what the missionary position is
- You curl up in a rocking chair in shock after sex

Team Goals
- When the number of members in the group reaches designated benchmarks, we release deleted scenes and special clips for everyone to enjoy