# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 57

**From:** Michelena.hallie@mtvn.com
**Sent:** Monday, November 06, 2006 8:42 PM
**To:** Deana Arizala; Morales, Cindy
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Cahan, Adam; Courtney Nieman; Morales, Cindy
**Subject:** RE: Video Takedown

Cindy has to confirm the particular shows. My observations:

Correct on youtube and google subject to Cindy's review.
I don't understand the directives in myspace and Yahoo. My understanding is that we are removing all clips at 2.5 or over except for Colbert and Daily Show which is 3 and over, subject to Cindy confirming the current shows to be reviewed. This looks like you are not removing clips as opposed to full episodes of many of the shows. Cindy, am I correct?

What's the status of moving forward on myspace?

**From:** Deana Arizala [mailto:deanaa@baytsp.com]
**Sent:** Monday, November 06, 2006 1:52 PM
**To:** Hallie, Michelena
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Cahan, Adam; Courtney Nieman; Morales, Cindy
**Subject:** RE: Video Takedown

Michelena,

Please review the enclosed YouTube, Google Video, Myspace, and Yahoo Video approved notice sent rule. We just want to make sure that we are all in the same page. Please indicate if there are any changes. Thank You.

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

BAYTSP 001125564

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

BAYTSP 001125566

6/23/2008

HIGHLY CONFIDENTIAL

BAYTSP 001125567

6/23/2008

HIGHLY CONFIDENTIAL

6/23/2008

HIGHLY CONFIDENTIAL

BAYTSP 001125569

6/23/2008

HIGHLY CONFIDENTIAL

—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
-
Deana
Arizala

Client
Services
Manager.
BayTSP,
Inc

408.341.2365
(direct)

408.341.2300
(voice)

408.341.2399
(fax)

—
—
—
—
—
—
—
—
—
—
—
—
—
—
—

6/23/2008

BAYTSP 001125571

**From:** Michelena.hallie@mtvn.com
**Sent:** Saturday, November 04, 2006 3:59 AM
**To:** Mark M. Ishikawa; Evelyn Espinosa; Deana Arizala
**Subject:** Fw: Video Takedown

Just want to make sure this directive got to you: google as well as youtube takedowns should only be full episodes. Myspace and yahoo are ok to take down as originally directed.

-----Original Message-----
From: Cahan, Adam
To: Hallie, Michelena
Sent: Sat Nov 04 02:55:11 2006
Subject: Fw: Video Takedown

We should still be taking down as much as possible at myspace. It's only google/youtube that has the full episode rule.

-----Original Message-----
From: Deana Arizala <dcanaa@baytsp.com>
To: Hallie, Michelena
CC: Courtney Nieman <courtneyni@baytsp.com>; Evelyn Espinosa <evelyn@baytsp.com>; Mark M. Ishikawa <marki@baytsp.com>; Cahan, Adam
Sent: Fri Nov 03 21:16:07 2006
Subject: Video Takedown


Michelena,



Below are the Notice Sent counts for today, November 3, 2006.  Have a good weekend.



Best Regards,

Deana Arizala



Summary:


YouTube: Full Episodes: 149

Myspace: Full Episodes: 23

Yahoo Video: Full Episodes: 0

Google Video: Full Episodes: 115

6/23/2008

HIGHLY CONFIDENTIAL                                                    BAYTSP 001125573

P2P: Gnutella: 0, eDonkey: 44 (not sent—just for view)

YouTube

Full Episodes

Country Music Television

Count

CMT Music Awards

0

Country Fired Home Videos

0

Crossroads

0

Foxwothy's Big Night Out

0

6/23/2008

Trick My Truck

0

Comedy Central

South Park

21

The Colbert Report

5

The Daily Show

1

SpikeTV

Carpocalypes

0

King of Vegas

0

Most Xtreme Challenge

0

Pros Vs Joes

0

HIGHLY CONFIDENTIAL

BAYTSP 001125575

Total Nonstop Action

0

Ultimate Fighting Championship

0

Viacom

Andy Milonakis

0

Avatar the Last Airbender

96

Backyardigans

0

Beyond the Break

0

Blue's Room

0

Can't Get A Date

0

Degrassi

HIGHLY CONFIDENTIAL

6

Diego

0

Dora The Explorer

0

Drake & Josh

15

Fairly Odd Parents

5

GLAAD Media Awards

0

Greatest TV Quotes and Catch Phrases

0

Hi-Jinks

0

I Pity the Fool

0

Jack's Big Music Show

0

HIGHLY CONFIDENTIAL

Laguna Beach

0


Naked Brothers Band

0


Noah's Arc

3


Real World

0


Sit Down Comedy with David Steinberg

0


South of Nowhere

0


Spongebob Squarepants

3


TV Land Myths and Legends

0


TV Land Present the 100

0


VMA Awards

0

HIGHLY CONFIDENTIAL                                                                                          BAYTSP 001125578

Wonder Pets

0

Zoey 101

0

Total

149

Google Video

Full Episodes

Country Music Television

Count

6/23/2008

HIGHLY CONFIDENTIAL

BAYTSP 001125579

CMT Music Awards

0

Country Fired Home Videos

0

Crossroads

0

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

0

The Colbert Report

0

The Daily Show

4

SpikeTV

HIGHLY CONFIDENTIAL

BAYTSP 001125580

Carpocalypes

0


King of Vegas

0


Most Xtreme Challenge

0


Pros Vs Joes

0


Total Nonstop Action

0


Ultimate Fighting Championship

2

Viacom


Andy Milonakis

0


Avatar the Last Airbender

67

HIGHLY CONFIDENTIAL BAYTSP 001125581

Backyardigans

0


Beyond the Break

0


Blue`s Room

0


Can`t Get A Date

0


Degrassi

0


Diego

0


Dora The Explorer

0


Drake & Josh

0


Fairly Odd Parents

1


GLAAD Media Awards

0

Greatest TV Quotes and Catch Phrases

0


Hi-Jinks

0


I Pity the Fool

0


Jack's Big Music Show

0


Laguna Beach

11


Naked Brothers Band

0


Noah's Arc

0


Real World

0


Sit Down Comedy with David Steinberg

0


South of Nowhere

10

HIGHLY CONFIDENTIAL

BAYTSP 001125583

Spongebob Squarepants

20


TV Land Myths and Legends

0


TV Land Present the 100

0


VMA Awards

0


Wonder Pets

0


Zoey 101

0


Total

115

Yahoo Video

Clips

Full Episodes

Country Music Television

    Count

    CMT Music Awards

    0

    Country Fired Home Videos

    0

6/23/2008

HIGHLY CONFIDENTIAL

BAYTSP 001125585

Crossroads

0

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

0

The Colbert Report

0

The Daily Show

0

SpikeTV

Carpocalypes

0

King of Vegas

0

HIGHLY CONFIDENTIAL

BAYTSP 001125586

Most Xtreme Challenge

0


Pros Vs Joes

0


Total Nonstop Action

0


Ultimate Fighting Championship

0

Viacom



Andy Milonakis

0


Avatar the Last Airbender

0


Backyardigans

0


Beyond the Break

0


Blue`s Room

0

Can't Get A Date

0

Degrassi

0

Diego

0

Dora The Explorer

0

Drake & Josh

0

Fairly Odd Parents

0

GLAAD Media Awards

0

Greatest TV Quotes and Catch Phrases

0

Hi-Jinks

0

I Pity the Fool

0

Jack's Big Music Show

0

Laguna Beach

0

Naked Brothers Band

0

Noah's Arc

0

Real World

0

Sit Down Comedy with David Steinberg

0

South of Nowhere

0

Spongebob Squarepants

0

TV Land Myths and Legends

0

TV Land Present the 100

0

VMA Awards

0

Wonder Pets

0

Zoey 101

0

Total

0

MySpace

Full Episodes

Country Music Television

Count

CMT Music Awards

0

Country Fired Home Videos

0

Crossroads

0

Foxwothy's Big Night Out

0

Trick My Truck

0

Comedy Central

South Park

0

The Colbert Report

0

The Daily Show

0

SpikeTV

Carpocalypes

0

King of Vegas

0

Most Xtreme Challenge

0

Pros Vs Joes

0

Total Nonstop Action

0

Ultimate Fighting Championship

0

Viacom

Andy Milonakis

0

Avatar the Last Airbender

0


Backyardigans

0


Beyond the Break

0


Blue`s Room

0


Can`t Get A Date

0


Degrassi

0


Diego

0


Dora The Explorer

0


Drake & Josh

0


Fairly Odd Parents

2

GLAAD Media Awards

0


Greatest TV Quotes and Catch Phrases

0


Hi-Jinks

0


I Pity the Fool

0


Jack's Big Music Show

0


Laguna Beach

0


Naked Brothers Band

0


Noah's Arc

0


Real World

0


Sit Down Comedy with David Steinberg

HIGHLY CONFIDENTIAL                                                    BAYTSP 001125594

0

South of Nowhere

10

Spongebob Squarepants

11

TV Land Myths and Legends

0

TV Land Present the 100

0

VMA Awards

0

Wonder Pets

0

Zoey 101

0

Total

23

HIGHLY CONFIDENTIAL

BAYTSP 001125595

P2P (Not sent)

Country Music Television

Gnutella

eDonkey

CMT Music Awards

0

0

Country Fired Home Videos

0

0

6/23/2008

HIGHLY CONFIDENTIAL

BAYTSP 001125596

Crossroads

0

0

Foxwothy's Big Night Out

0

0

Trick My Truck

0

0

Comedy Central

South Park

0

0

The Colbert Report

0

0

The Daily Show

HIGHLY CONFIDENTIAL

BAYTSP 001125597

0

0

SpikeTV

Carpocalypes

0

0

King of Vegas

0

0

Most Xtreme Challenge

0

0

Pros Vs Joes

0

0

Total Nonstop Action

0

6/23/2008

HIGHLY CONFIDENTIAL

BAYTSP 001125598

0

Ultimate Fighting Championship

0

0

Viacom

Andy Milonakis

0

0

Avatar the Last Airbender

0

0

Backyardigans

0

2

Beyond the Break

0

0

Blue's Room

0

0


Can't Get A Date

0

0


Degrassi

0

0


Diego

0

0


Dora The Explorer

0

0


Drake & Josh

0

0

HIGHLY CONFIDENTIAL
BAYTSP 001125600

Fairly Odd Parents

0

0

GLAAD Media Awards

0

0

Greatest TV Quotes and Catch Phrases

0

0

Hi-Jinks

0

0

I Pity the Fool

0

0

Jack's Big Music Show

0

0

HIGHLY CONFIDENTIAL

BAYTSP 001125601

Laguna Beach

0

0

Naked Brothers Band

0

0

Noah's Arc

0

0

Real World

0

0

Sit Down Comedy with David Steinberg

0

0

South of Nowhere

0

0

Spongebob Squarepants

0

0


Hogan Knows Best

0

41


Breaking Bonaduce

0

1


VMA Awards

0

0


Wonder Pets

0

0


Zoey 101

0

0


Total

HIGHLY CONFIDENTIAL

BAYTSP 001125603

0

44

```
--------------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
--------------------------------------------------------
```

## MTVN Agent/Asset/Rule list

| Authorized Agent of... | Network | F u l l | C l i p | R u l e | Show Title |
|---|---|:---:|:---:|:---:|---|
| SpiceTV | Spike TV | X | | | **Total Nonstop Action** |
| | | X | | | **Ultimate Fighting Championship** |
| | | X | | | **Most Xtreme Challenge** |
| | | X | | | **Pros Vs Joes** |
| | | X | | | **King of Vegas** |
| | | X | | | **Carpocalypes** |
| Comedy Central | Comedy Central | X | | | **The Daily Show** |
| | | X | | | **The Colbert Report** |
| | | X | | | **South Park** |
| Viacom | Nickelodeon | X | | | **Naked Brothers Band** |
| | | X | | | **Spongebob Squarepants** |
| | | X | | | **Fairly Odd Parents** |
| | | X | | | **Zoey 101** |
| | | X | | | **Drake & Josh** |
| Viacom | Nick Jr. | X | | | **Backyardigans** |
| | | X | | | **Wonder Pets** |
| | | X | | | **Diego** |
| | | X | | | **Dora The Explorer** |
| | | X | | | **Blue's Room** |
| Viacom | Noggin | X | | | **South of Nowhere** |
| | | X | | | **Degrassi** |
| | | X | | | **Beyond the Break** |
| | | X | | | **Jack's Big Music Show** |
| CMT | CMT | X | | | **Crossroads** |
| | | X | | | **CMT Music Awards** |
| | | X | | | **Country Fried Home Videos** |
| | | X | | | **Foxworthy's Big Night Out** |
| | | X | | | **Trick My Truck** |
| Viacom | TVLand / Nick at Nite | X | | | **I Pity the Fool** |
| | | X | | | **Sit Down Comedy with David Steinberg** |
| | | | | | **TV Land Present the 100** |
| | | X | | | **Greatest TV Quotes and Catch Phrases** |
| | | X | | | **TV Land Myths and Legends** |
| | | X | | | **Hi-Jinks** |
| Viacom | LOGO | X | | | **Noah's Arc** |
| | | X | | | **Can't Get A Date** |
| | | X | | | **GLAAD Media Awards** |
| Viacom | MTV | X | | | **Laguna Beach** |
| | | X | | | **Real World** |
| | | X | | | **Andy Milonakis** |
| | | | | | **VMA Awards** |
| Viacom | Unknown | X | | | **Avatar the Last Airbender** |
| Viacom | VH1 | | | | **Hip Hops Awards (October 24 - November 7, 2006)** |
| | | | | | **The Wendy Williams Experience** |
| | | | | | **Totally Awesome** |
| | | | | | **Hogan Knows Best** |
| | | | | | **Breaking Bonaduce** |

X = ok to send notices

BAYTSP 001125605

## MTVN Agent/Asset/Rule list

| Authorized Agent of ... | Network | F l l | C l i p | R u l e | Show Title |
|---|---|---|---|---|---|
| SpikeTV | Spike TV | X | | | Total Nonstop Action |
| | | X | | | Ultimate Fighting Championship |
| | | X | | | Most Xtreme Challenge |
| | | X | | | Pros Vs Joes |
| | | X | | | King of Vegas |
| | | X | | | Carpocalypes |
| Comedy Central | Comedy Central | X | | | The Daily Show |
| | | X | | | The Colbert Report |
| | | X | | | South Park |
| Viacom | Nickelodeon | X | | | Naked Brothers Band |
| | | X | | | Spongebob Squarepants |
| | | X | | | Fairly Odd Parents |
| | | X | | | Zoey 101 |
| | | X | | | Drake & Josh |
| Viacom | Nick Jr | X | | | Backyardigans |
| | | X | | | Wonder Pets |
| | | X | | | Diego |
| | | X | | | Dora The Explorer |
| | | X | | | Blue's Room |
| Viacom | Noggin | X | | | South of Nowhere |
| | | X | | | Degrassi |
| | | X | | | Beyond the Break |
| | | X | | | Jack's Big Music Show |
| CMT | CMT | X | | | Crossroads |
| | | X | | | CMT Music Awards |
| | | X | | | Country Fried Home Videos |
| | | X | | | Foxworthy's Big Night Out |
| | | X | | | Trick My Truck |
| Viacom | TVLand / Nick at Nite | X | | | I Pity the Fool |
| | | X | | | Sit Down Comedy with David Steinberg |
| | | | | | TV Land Present the 100 |
| | | X | | | Greatest TV Quotes and Catch Phrases |
| | | X | | | TV Land Myths and Legends |
| | | X | | | Hi-Jinks |
| Viacom | LOGO | X | | | Noah's Arc |
| | | X | | | Can't Get A Date |
| | | X | | | GLAAD Media Awards |
| Viacom | MTV | X | | | Laguna Beach |
| | | X | | | Real World |
| | | X | | | Andy Milonakis |
| | | | | | VMA Awards |
| Viacom | Unknown | X | | | Avatar the Last Airbender |
| Viacom | VH1 | | | | Hip Hops Awards (October 24 - November 7, 2006) |
| | | | | | The Wendy Williams Experience |
| | | | | | Totally Awesome |
| | | | | | Hogan Knows Best |
| | | | | | Breaking Bonaduce |

X = ck to send notces

BAYTSP 001125606

## MTVN Agent/Asset/Rule list

| Authorized Agent of... | Network | Fu... | C l i t... | R u l e | Show Title |
|---|---|---|---|---|---|
| SpikeTV | Spike TV | X | X | 2.5 or greater | Total Nonstop Action |
| | | X | X | 2.5 or greater | Ultimate Fighting Championship |
| | | X | X | 2.5 or greater | Most Xtreme Challenge |
| | | X | X | 2.5 or greater | Pros Vs Joes |
| | | X | X | 2.5 or greater | King of Vegas |
| | | X | X | 2.5 or greater | Carpocalypes |
| Comedy Central | Comedy | X | X | 3 or greater | The Daily Show |
| | Central | X | X | 3 or greater | The Colbert Report |
| | | X | X | 2.5 or greater | South Park |
| Viacom | Nickelod | X | | | Naked Brothers Band |
| | eon | X | X | 2.5 or greater | Spongebob Squarepants |
| | | X | X | 2.5 or greater | Fairly Odd Parents |
| | | X | X | 2.5 or greater | Zoey 101 |
| | | X | | | Drake & Josh |
| Viacom | Nick Jr | X | X | 2.5 or greater | Backyardigans |
| | | X | X | 2.5 or greater | Wonder Pets |
| | | X | | | Diego |
| | | X | | | Dora The Explorer |
| | | X | | | Blue's Room |
| Viacom | Noggin | X | | | South of Nowhere |
| | | X | | | Degrassi |
| | | X | | | Beyond the Break |
| | | X | | | Jack's Big Music Show |
| CMT | CMT | X | | | Crossroads |
| | | X | | | CMT Music Awards |
| | | X | | | Country Fired Home Videos |
| | | X | | | Foxworthy's Big Night Out |
| | | X | | | Trick My Truck |
| Viacom | TVLand / | X | | | I Pity the Fool |
| | Nick at | X | | | Sit Down Comedy with David Steinberg |
| | Nite | | | | TV Land Present the 100 |
| | | X | | | Greatest TV Quotes and Catch Phrases |
| | | X | | | TV Land Myths and Legends |
| | | X | | | Hi-Jinks |
| Viacom | LOGO | X | | | Noah's Arc |
| | | X | | | Can't Get A Date |
| | | X | | | GLAAD Media Awards |
| Viacom | MTV | X | | | Laguna Beach |
| | | X | | | Real World |
| | | X | | | Andy Milonakis |
| | | | | | VMA Awards |
| Viacom | Unknown | X | X | 2.5 or greater | Avatar the Last Airbender |
| Viacom | VHI | | X | 2.5 or greater | Hip Hops Awards (October 24 - November 7, 2006) |
| | | | X | 2.5 or greater | The Wendy Williams Experience |
| | | | X | 2.5 or greater | Totally Awesome |
| | | | X | 2.5 or greater | Hogan Knows Best |
| | | | X | 2.5 or greater | Breaking Bonaduce |

## MTVN Agent/Asset/Rule list

| Authorized Agent of... | Network | Flip1 | Clip2 | Rule | Show Title |
|---|---|---|---|---|---|
| SpikeTV | Spike TV | X | X | 2.5 or greater | Total Nonstop Action |
| | | X | X | 2.5 or greater | Ultimate Fighting Championship |
| | | X | X | 2.5 or greater | Most Xtreme Challenge |
| | | X | X | 2.5 or greater | Pros Vs Joes |
| | | X | X | 2.5 or greater | King of Vegas |
| | | X | X | 2.5 or greater | Carpocalypes |
| Comedy Central | Comedy Central | X | X | 3 or greater | The Daily Show |
| | | X | X | 3 or greater | The Colbert Report |
| | | X | X | 2.5 or greater | South Park |
| Viacom | Nickelodeon | X | | | Naked Brothers Band |
| | | X | X | 2.5 or greater | Spongebob Squarepants |
| | | X | X | 2.5 or greater | Fairly Odd Parents |
| | | X | X | 2.5 or greater | Zoey 101 |
| | | X | | | Drake & Josh |
| Viacom | Nick Jr. | X | X | 2.5 or greater | Backyardigans |
| | | X | X | 2.5 or greater | Wonder Pets |
| | | X | | | Diego |
| | | X | | | Dora The Explorer |
| | | X | | | Blue's Room |
| Viacom | Noggin | X | | | South of Nowhere |
| | | X | | | Degrassi |
| | | X | | | Beyond the Break |
| | | X | | | Jack's Big Music Show |
| CMT | CMT | X | | | Crossroads |
| | | X | | | CMT Music Awards |
| | | X | | | Country Fried Home Videos |
| | | X | | | Foxworthy's Big Night Out |
| | | X | | | Trick My Truck |
| Viacom | TVLand / Nick at Nite | X | | | I Pity the Fool |
| | | X | | | Sit Down Comedy with David Steinberg |
| | | X | | | TV Land Present the 100 Greatest TV Quotes and Catch Phrases |
| | | X | | | TV Land Myths and Legends |
| | | X | | | Hi-Jinks |
| Viacom | LOGO | X | | | Noah's Arc |
| | | X | | | Can't Get A Date |
| | | X | | | GLAAD Media Awards |
| Viacom | MTV | X | | | Laguna Beach |
| | | X | | | Real World |
| | | X | | | Andy Milonakis |
| | | | | | VMA Awards |
| Viacom | Unknown | X | X | 2.5 or greater | Avatar the Last Airbender |
| Viacom | VH1 | | X | 2.5 or greater | Hip Hops Awards (October 24 - November 7, 2006) |
| | | | X | 2.5 or greater | The Wendy Williams Experience |
| | | | X | 2.5 or greater | Totally Awesome |
| | | | X | 2.5 or greater | Hogan Knows Best |
| | | | X | 2.5 or greater | Breaking Bonaduce |

X = ok to send notices

HIGHLY CONFIDENTIAL

**Schapiro Exhibit 58**

From:     "Ganeless, Michele" <Michele.Ganeless@comedycentral.com>
Date:     Fri, 6 Oct 2006 16:02:40 -0400
To:       "Witt, Jason" <Jason.Witt@mtvstaff.com>
Subject:  RE: Please read -- time sensitve

Makes sense.

I don't think they have any full-length stuff of ours.  Hopefully that's all we'd c&d.  Doug and I feel very strongly that
we don't want to stop the colbert and daily  clips.

-----Original Message-----
From: Witt, Jason
Sent: Friday, October 06, 2006 3:59 PM
To: Ganeless, Michele
Subject: Re: Please read -- time sensitve

Think we're c&d'ing on full-length regardless.

Complication--i presume--is that if we wait on broader action, we may look like we're c&d'ing google specifically.

My pov was to propose deal we want, and c&d on some stuff if they say f off.

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Ganeless, Michele
To: Witt, Jason
Sent: Fri Oct 06 15:56:20 2006
Subject: RE: Please read -- time sensitve

But I thought that we didn't want to c&d if we're gonna do a deal with them?  Or do we think the deal will be off if they
buy them?

-----Original Message-----
From: Witt, Jason
Sent: Friday, October 06, 2006 3:55 PM
To: Ganeless, Michele
Subject: Re: Please read -- time sensitve

Apparently there's one line of reasoning that says don't wait until google acquires in order to c&d.

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Ganeless, Michele
To: Witt, Jason
Sent: Fri Oct 06 15:53:57 2006
Subject: RE: Please read -- time sensitve

Are you going to be on the call?  Is this about C+D?

-----Original Message-----
From: Witt, Jason
Sent: Friday, October 06, 2006 3:49 PM
To: Ganeless, Michele

VIA 01676948

Subject: Fw: Please read -- time sensitve

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Browning, Nicole - MTVN
To: Witt, Jason
Sent: Fri Oct 06 15:47:30 2006
Subject: FW: Please read -- time sensitve

Hi Jason- I can be on this, but if you want to call in-should be about 45 min call-for any part, below is number.
Apparently Google talks are on the wire...
------ Forwarded Message
From: "Ashendorf, Sandy - MTVN" <Sandy.Ashendorf@mtvstaff.com>
Date: Fri, 6 Oct 2006 11:08:19 -0400
To: "Browning, Nicole - MTVN" <Nicole.Browning@mtvstaff.com>
Subject: Please read -- time sensitve

So the You Tube meeting I mentioned earlier has been scheduled today for 4:30.  Beth and I are both in a meeting
with MediaFLO all afternoon and unless we leave for an hour (not a great idea), will not be able to join.  I don't know
if you have a conflict at that time but you may want to dial in -- the number is ███████████ and the passcode is
████.  Please let me know and I will act accordingly.  Thanks.

FYI, I believe that it will be with Mike Fricklas, Michael Wolf, David Sussman, Bob Bakish, Doug Herzog, Michelena
Hallie and Adam Cahan.

------ End of Forwarded Message

# Schapiro Exhibit 59

| From: | Michelena.hallie@mtvn.com |
|---|---|
| Sent: | Friday, October 27, 2006 9:53 PM |
| To: | Cahan, Adam; Deana Arizala |
| Cc: | Mark M. Ishikawa; Evelyn Espinosa; Courtney Nieman; Leland Woo |
| Subject: | RE: YouTube Takedown |

The only clips we have not yet taken down are VH1 since we have not yet gotten the complete list of clips we authorized on youtube. Other than that, you are correct.

---

**From:** Cahan, Adam
**Sent:** Friday, October 27, 2006 5:52 PM
**To:** 'Deana Arizala'; Hallie, Michelena
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Courtney Nieman; Leland Woo
**Subject:** RE: YouTube Takedown

to be clear this includes all clips/episodes greater than 2:30 across the 38 shows, other than jon stewart/colbert at 5:00 minutes in length. correct?

---

**From:** Deana Arizala [mailto:deanaa@baytsp.com]
**Sent:** Friday, October 27, 2006 2:32 PM
**To:** Cahan, Adam; Hallie, Michelena
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Courtney Nieman; Leland Woo
**Subject:** RE: YouTube Takedown
**Importance:** High

Adam,

Since the inception of this project on 28-September-2006, we have taken down **9,948** clips and clips that represented full episodes. These clips were reportedly viewed **117,596,020** times prior to our takedown effort.


Best Regards,
Deana Arizala




--------------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
--------------------------------------------------------




6/11/2008

HIGHLY CONFIDENTIAL                                                                    BAYTSP 001125622

**From:** Cahan, Adam [mailto:Adam.Cahan@mtvn.com]
**Sent:** Friday, October 27, 2006 1:37 PM
**To:** Deana Arizala; Michelena.hallie@mtvn.com
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Courtney Nieman; Leland Woo
**Subject:** RE: YouTube Takedown

is it possible to get a simple summary. Number of clips taken down to date.
Thanks - Adam

---

**From:** Deana Arizala [mailto:deanaa@baytsp.com]
**Sent:** Friday, October 27, 2006 1:21 PM
**To:** Hallie, Michelena
**Cc:** Cahan, Adam; Mark M. Ishikawa; Evelyn Espinosa; Courtney Nieman; Leland Woo
**Subject:** YouTube Takedown
**Importance:** High

Michelena,

Below are the counts that there were taken down today, October 27, 2006.   Have a good weekend to you too.

**Clips**

We made sure that these clips were 2 ½ minutes or
longer.

| Viacom | Count |
|---|---|
| **Spongebob Squarepants – Clips** | **0** |
| **Fairly Odd Parents – Clips** | **0** |
| **Zoey 101 – Clips** | **0** |
| **Backyardigans – Clips** | **0** |
| **Wonder Pets – Clips** | **0** |
| **Avatar the Last Airbender – Clips** | **0** |

**SpikeTV**

| | |
|---|---|
| **Total NonStop Action – Clips** | **23** |
| **Ultimate Fighting Championship – Clips** | **7** |
| **Most Xtreme Challenge – Clips** | **9** |
| **Pros Vs Joes – Clips** | **1** |
| **King of Vegas – Clips** | **0** |
| **Carpocalypes – Clips** | **0** |

**Comedy Central**

| | |
|---|---|
| **South Park – Clips** | **646** |

We made sure that these clips were 5 minutes or longer.

| | |
|---|---|
| **The Daily Show – Clips** | **888** |
| **The Colbert Report – Clips** | **252** |

| | |
|---|---|
| **Total** | **1,826** |

HIGHLY CONFIDENTIAL

BAYTSP 001125623

**Full Episodes**

| | |
|---|---|
| Andy Milonakis - Full Episode | 0 |
| Avatar the Last Airbender - Full Episode | 1 |
| Backyardigans - Full Episode | 0 |
| Beyond the Break - Full Episode | 0 |
| Blue's Room - Full Episode | 0 |
| Can't Get A Date - Full Episode | 0 |
| Carpocalpyse - Full Episode | 0 |
| CMT Music Awards - Full Episode | 0 |
| Country Fried Home Videos - Full Episode | 0 |
| Crossroads - Full Episode | 0 |
| Degrassi - Full Episode | 0 |
| Diego - Full Episode | 0 |
| Dora The Explorer - Full Episode | 0 |
| Drake & Josh - Full Episode | 0 |
| Fairly Odd Parents - Full Episode | 0 |
| Foxworthy's Big Night Out - Full Episode | 0 |
| GLAAD Media Awards - Full Episode | 0 |
| Greatest TV Quotes and Catch Phrases - Full Episode | 0 |
| Hi-Jinks - Full Episode | 0 |
| Hip Hop Honors Award - Full Episode | 0 |
| I Pity The Fool - Full Episode | 0 |
| Jack's Big Music Show - Full Episode | 0 |
| King of Vegas - Full Episode | 0 |
| Laguna Beach - Full Episode | 0 |
| Most Xtreme Challenge - Full Episode | 0 |
| Naked Brothers Band - Full Episode | 0 |
| Noah's Arc - Full Episode | 0 |
| Pros vs. Joes - Full Episode | 0 |
| Real World - Full Episode | 0 |
| Sit Down Comedy with David Steinberg - Full Episode | 0 |
| South of Nowhere - Full Episode | 0 |
| South Park - Full Episode | 0 |
| Spongebob Squarepants - Full Episode | 0 |
| The Colbert Report - Full Episode | 0 |
| The Daily Show - Full Episode | 0 |
| TotalNonstop Action! - Full Episode | 0 |
| Trick My Truck - Full Episode | 0 |
| TV Land Myths and Legends - Full Episode | 0 |
| TV Land Presents The 100 - Full Episode | 0 |
| Ultimate Fighting Championship - Full Episode | 0 |
| VMA Awards - Full Episode | 0 |
| Wonder Pets - Full Episode | 0 |
| Zoey 101 - Full Episode | 0 |
| | |
| **Total** | **1** |

Best Regards,
Deana Arizala


-------------------------------------------------------

Deana Arizala

6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 001125624

Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
--------------------------------------------------------

# Schapiro Exhibit 60

**From:** Michelena.hallie@mtvn.com
**Sent:** Monday, October 30, 2006 9:10 PM
**To:** Deana Arizala
**Cc:** Morales, Cindy; Evelyn Espinosa; Mark M. Ishikawa; Courtney Nieman
**Subject:** RE: The Daily Show and The Colbert Report

Thanks, Deana.

---

**From:** Deana Arizala [mailto:deanaa@baytsp.com]
**Sent:** Monday, October 30, 2006 4:00 PM
**To:** Hallie, Michelena
**Cc:** Morales, Cindy; Evelyn Espinosa; Mark M. Ishikawa; Courtney Nieman
**Subject:** RE: The Daily Show and The Colbert Report

Michelena,

I will make the necessary changes to take down all **The Daily Show** and **The Colbert Report** clips that are 3 minutes and over.

Furthermore, I just want to inform you that due to our software update, we are not able to send notices out today, October 30, 2006.  We will resume notice sending tomorrow October 31, 2006 followed by a daily report.


Best Regards,
Deana Arizala




------------------------------------------------------
Deana Arizala
Client Services Manager. BayTSP, Inc
408.341.2365 (direct)
408.341.2300 (voice)
408.341.2399 (fax)
------------------------------------------------------




-----Original Message-----
From: Michelena.hallie@mtvn.com
Sent: Monday, October 30, 2006 12:43 PM
To: Deana Arizala
Cc: Morales, Cindy; Evelyn Espinosa
Subject: The Daily Show and The Colbert Report
Importance: High

We would like to change the length of clips of The Daily Show and The

6/11/2008

HIGHLY CONFIDENTIAL                                              BAYTSP 001093577

Colbert Report that should be taken down to 3 minutes or over rather
than the current 5 minutes or over.  (All other clip size criteria
remain the same.)  Please confirm receipt.  Thanks, Deana.

6/11/2008

HIGHLY CONFIDENTIAL                                                                    BAYTSP 001093578

# Schapiro Exhibit 61



## Through the Wire

*By Tom-Steinert-Threlkeld and Linda Haugsted – Multichannel News, 10/15/2006 6:00:00 PM MT*

Items:
No Joke: 'South Park' Uploads Spared
Comcast to Techs: You Snooze, You Lose
Sidebars:
Ratio of the Week
Items:
No Joke: 'South Park' Uploads Spared
Comcast to Techs: You Snooze, You Lose
Sidebars:
Ratio of the Week

*No Joke: 'South Park' Uploads Spared*

YouTube users might get to keep uploading episodes of South Park after the video site gets acquired by Internet giant Google. In a passing comment on her way into the Cable Hall of Fame dinner Wednesday night, MTV Networks CEO Judy McGrath said she would allow the uploading to continue — for now. It drives more attention and potential viewers to the Comedy Central show, she said.

The satirical South Park animated series is popular among the young audiences that YouTube and MTV cater to.

YouTube doesn't charge visitors for viewing any of its content; and lawyers for programming companies want to pounce on the site for allowing what they consider to be illegal sharing of proprietary content to persist. Other video clip outlets, like the Google Video Store, charge visitors for each TV show episode they download.

Sumner Redstone, chairman of MTV parent Viacom, is reported to be miffed at the company's failure to acquire social networking site MySpace last year. That site was swooped up by Rupert Murdoch's News Corp., for $580 million.

Neither Viacom nor News Corp. got a chance to bid on YouTube, which, after a few days of negotiations, agreed to a sale to Google for $1.9 billion.

This time, it was Murdoch and News Corp. reported to be miffed.

*Comcast to Techs: You Snooze, You Lose*

A snoozing service technician has again tarnished consumers' perception of Comcast, which vows zero tolerance of such activities.

The tale buzzed through tech and consumer blogs last week about a Garden City, Mich., homeowner. The cable subscriber, identified in blogs as Misty Maironi, said she had requested a service call, and sent the tech to her basement to work on a connection. When he did not resurface for more than an hour, the woman sent her son down to see what the worker was doing.

Son Chris found the tech asleep on his bed, and snapped a cell phone picture of the napper before he woke up the worker.

The Maironis said that the worker fell back to sleep after the incident.

Jennifer Khoury, Comcast senior director of corporate communications, confirmed the incident, emphasizing that the man was a Comcast contractor. He will no longer work for Comcast, she said. Another technician was dispatched to the Garden City home and completed the service call to the customer's satisfaction, she said.

The Michigan division is retraining in-house and contract employees, re-emphasizing the company's code of conduct, she added.

Comcast is in the process of hiring more workers, lessening its reliance on outside contractors. The company has said 4,000 workers will be hired by the end of this year, 3,000 of them technical workers. More will be added next year. Training of those workers will include information on the company code of conduct and Comcast's zero tolerance for rudeness, Khoury said.

Earlier this year, a home video of a Comcast technician who fell asleep while on hold with a dispatcher became a popular download on YouTube. That Philadelphia-area worker was fired and the company offered a similar apology.

### Ratio of the Week

**2.4:1**

The value of a share of Google stock ($427.04) in October 2006 when it agreed to pay $1.9 billion for YouTube, compared to the value of a share of Yahoo stock ($179.75) in April 1999, when it agreed to pay $5.7 billion for Broadcast.com.




TALKBACK

We would love your feedback!

**Post a comment**

**» VIEW ALL TALKBACK THREADS**

RELATED CONTENT

TOPICS | AUTHOR

**Can Big Media Rule the Web?** 03/23/2007

**News Corp. Wants Out Of DirecTV Conditions** 04/02/2008

**Chernin To Exit News Corp.** 02/23/2009

**Analyst: Comcast Could Have $28B to Spend** 07/24/2007

**FCC Seeking More Data from News Corp., Liberty** 06/18/2007

NOLA's Sobering Reality Show

2008 CABLE SHOW: Canoe Chief To Be Named June 1

Marrying Paper, Electrons

Cablevision Waves Goodbye To Some Analog Network Feeds

Close the Curtain

More >>>

**PRODUCT WIRE**



**Featured Company**

**Seachange**

SeaChange International is a leading provider of software applications, services and integrated solutions for video-on-demand (VOD), digital advertising, and content acquisition monetization and management. Its powerful open VOD and advertising... more

**Most Recent Resources**

Webcast: IDC assesses the Online HD video opportunity with CTV ...

Charting Cable's Course To IPTV

Sharpening Cable TV's Edge In a Tough Economy

Extracting and Preparing Metadata to Make Video Files Searchable

White Paper: Assessing the High-Definition Online Video Opportunity

# Schapiro Exhibit 62



---

**From:** Michelena.hallie@mtvn.com
**Sent:** Wednesday, November 15, 2006 2:36 PM
**To:** Sarah Cruz
**Cc:** Evelyn Espinosa; Mark M. Ishikawa; Deana Arizala; Courtney Nieman; Cahan, Adam; Deana Arizala; Allen Chu; Chris Schmalz
**Subject:** RE: Video Takedown 11/14/06

Could I get some more information on the clips that were passed on? I'm particularly surprised about the small number of videos taken down under and am curious as to the average size of the videos that apparently did not meet our criteria. I'd also like to discuss the take down procedure on Google Video. In conversations with Mark, I thought the agreement was that you would send notices to Google Video requesting that they remove the link to infringing material. Is that not the procedure? Is that something you have done for other clients?

---

**From:** Sarah Cruz [mailto:sarahc@baytsp.com]
**Sent:** Tuesday, November 14, 2006 8:12 PM
**To:** Hallie, Michelena
**Cc:** Evelyn Espinosa; Mark M. Ishikawa; Deana Arizala; Courtney Nieman; Cahan, Adam; Deana Arizala; Allen Chu; Chris Schmalz; Sarah Cruz
**Subject:** Video Takedown 11/14/06

## European Music Awards Tracking Update

For November 14, 2006 we have found and sent notices for 8 YouTube infringements. Please look below for a detailed report of

### Notice Sent

| 14-Nov | Total |
|--------|-------|
| 8      | 8     |

### Infringement Data

| Asset | File Name | Protocol | URL | Usernam |
|-------|-----------|----------|-----|---------|
| EMA AWARDS 2006 | Borat & Timberlake - MTV EMA 2006 | YouTube | http://youtube.com/watch?v=VTBToSmGRoQ | Viestarts |
| EMA AWARDS 2006 | Rihanna - SOS performance - EMA 2006 | YouTube | http://www.youtube.com/watch?v=jV2CXkesjdY | Riri69 |
| EMA AWARDS 2006 | Muse-sttarlight(live 2006) | YouTube | http://www.youtube.com/watch?v=rmbfXrPtlMs | nisuuno |
| EMA AWARDS 2006 | LoveStoned | YouTube | http://www.youtube.com/watch?v=olkmn-_cgUA | l1v269 |
| EMA AWARDS 2006 | Snoop and Pharell - Drop It Like It's Hot (Live) | YouTube | http://youtube.com/watch?v=T_dxVTb6ZSI | jcthree |
| EMA AWARDS 2006 | Nelly Furtado- Maneater in live | YouTube | http://www.youtube.com/watch?v=uWpl0O8EMNc | georgema |
| EMA AWARDS 2006 | depeche mode EMA | YouTube | http://www.youtube.com/watch?v=p3amlHvl0gg | ClaudiaA |
| EMA AWARDS 2006 | Outlandish | YouTube | http://www.youtube.com/watch?v=xDsEkODg9Gs | awayclos |

**MTV Networks Video Takedown Update**

HIGHLY CONFIDENTIAL

| Protocol | Episodes | Clips | Passed On |
|---|---|---|---|
| YouTube | 22 | 36 | 555 |
| MySpace | 0 | 8 | 37 |
| Yahoo Video | 0 | 2 | 130 |
| Google Video | 17 | 3 | 115 |

Note: Yahoo Video is a reference site only, we have only foundlinks to other sites that is sharing the infringing material. For notice sending: we limited ourselves to only the three video sites we have authority to send notices to; YouTube, Google, and Myspace. We then applied the same rules for each link as if we were enforcing on the original site and as a result sent zero notices: YouTube: 0 , Google Video: 0, MySpace: 0.

| P2P | Count |
|---|---|
| Gnutella | 211 |
| eDonkey | 537 |
| BitTorrent | 7626 |

(Not sent, just for view.)

## YouTube Results

| Content Provider | Asset | Episodes | Clips | Passed On |
|---|---|---|---|---|
| Country Music Television | CMT Music Awards | 0 | 0 | 0 |
| | Country Fired Home Videos | 0 | 0 | 1 |
| | Crossroads | 0 | 0 | 0 |
| | Foxwothy's Big Night Out | 0 | 0 | 0 |
| | Trick My Truck | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| Comedy Central | South Park | 0 | 1 | 315 |
| | The Colbert Report | 0 | 13 | 150 |
| | The Daily Show | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| SpikeTV | Carpocalypes | 0 | 0 | 0 |
| | King of Vegas | 0 | 0 | 0 |
| | Most Xtreme Challenge | 0 | 0 | 5 |
| | Pros Vs Joes | 0 | 0 | 0 |
| | Total Nonstop Action | 0 | 0 | 0 |
| | Ultimate Fighting Championship | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| Viacom | Andy Milonakis | 0 | 0 | 2 |
| | Avatar the Last Airbender | 0 | 1 | 2 |
| | Backyardigans | 0 | 0 | 0 |
| | Beyond the Break | 0 | 0 | 0 |
| | Blue's Room | 0 | 0 | 0 |
| | Can't Get A Date | 0 | 0 | 0 |
| | Degrassi | 0 | | |
| | Diego | 0 | 0 | 1 |
| | Dora The Explorer | 0 | 0 | 1 |
| | Drake & Josh | 0 | 0 | 0 |
| | Fairly Odd Parents | 7 | 0 | 0 |
| | GLAAD Media Awards | 0 | 0 | 2 |
| | Greatest TV Quotes and Catch Phrases | 0 | 0 | 0 |
| | Hi-Jinks | 0 | 0 | 0 |
| | I Pity the Fool | 0 | 0 | 0 |
| | Jack's Big Music Show | 0 | 0 | 0 |
| | Laguna Beach | 0 | | |

6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 001093518

| | | Episodes | Clips | Passed On |
|---|---|---|---|---|
| | Naked Brothers Band | 0 | 0 | 7 |
| | Noah's Arc | 0 | 0 | 16 |
| | Real World | 0 | 0 | 2 |
| | Sit Down Comedy with David Steinberg | 0 | 0 | 0 |
| | South of Nowhere | 0 | 21 | 28 |
| | Spongebob Squarepants | 0 | 0 | 0 |
| | Hogan Knows Best | 0 | 0 | 0 |
| | TV Land Myths and Legends | 0 | 0 | 0 |
| | TV Land Present the 100 | 0 | 0 | 0 |
| | VMA Awards | 0 | 0 | 0 |
| | Wonder Pets | 0 | 0 | 0 |
| | Zoey 101 | 15 | 0 | 23 |
| | TOTAL | 22 | 36 | 555 |

**MySpace Results**

| Content Provider | Asset | Episodes | Clips | Passed On |
|---|---|---|---|---|
| Country Music Television | CMT Music Awards | 0 | 0 | 0 |
| | Country Fired Home Videos | 0 | 0 | 0 |
| | Crossroads | 0 | 0 | 0 |
| | Foxworthy's Big Night Out | 0 | 0 | 0 |
| | Trick My Truck | 0 | 0 | 0 |

| Comedy Central | South Park | 0 | 7 | 27 |
|---|---|---|---|---|
| | The Colbert Report | 0 | 0 | 0 |
| | The Daily Show | 0 | 0 | 0 |

| SpikeTV | Carpocalypes | 0 | 0 | 0 |
|---|---|---|---|---|
| | King of Vegas | 0 | 0 | 0 |
| | Most Xtreme Challenge | 0 | 0 | 0 |
| | Pros Vs Joes | 0 | 0 | 0 |
| | Total Nonstop Action | 0 | 0 | 0 |
| | Ultimate Fighting Championship | 0 | 1 | 1 |

| Viacom | Andy Milonakis | 0 | 0 | 0 |
|---|---|---|---|---|
| | Avatar the Last Airbender | 0 | 0 | 0 |
| | Backyardigans | 0 | 0 | 1 |
| | Beyond the Break | 0 | 0 | 0 |
| | Blue's Room | 0 | 0 | 0 |
| | Can't Get A Date | 0 | 0 | 0 |
| | Degrassi | 0 | 0 | 1 |
| | Diego | 0 | 0 | 0 |
| | Dora The Explorer | 0 | 0 | 1 |
| | Drake & Josh | 0 | 0 | 0 |
| | Fairly Odd Parents | 0 | 0 | 0 |
| | GLAAD Media Awards | 0 | 0 | 0 |
| | Greatest TV Quotes and Catch Phrases | 0 | 0 | 0 |
| | Hi-Jinks | 0 | 0 | 0 |
| | I Pity the Fool | 0 | 0 | 1 |
| | Jack's Big Music Show | 0 | 0 | 0 |
| | Laguna Beach | 0 | 0 | 1 |
| | Naked Brothers Band | 0 | 0 | 0 |
| | Noah's Arc | 0 | 0 | 0 |
| | Real World | 0 | 0 | 0 |
| | Sit Down Comedy with David | | | |

6/11/2008

| | | Episodes | Clips | Passed On |
|---|---|---|---|---|
| | Steinberg | 0 | 0 | 0 |
| | South of Nowhere | 0 | 0 | 2 |
| | Spongebob Squarepants | 0 | 0 | 2 |
| | Hogan Knows Best | 0 | 0 | 0 |
| | TV Land Myths and Legends | 0 | 0 | 0 |
| | TV Land Present the 100 | 0 | 0 | 0 |
| | VMA Awards | 0 | 0 | 0 |
| | Wonder Pets | 0 | 0 | 0 |
| | Zoey 101 | 0 | 0 | 0 |
| | TOTAL | 0 | 8 | 37 |

**Google Video Results**

| Content Provider | Asset | Episodes | Clips | Passed On |
|---|---|---|---|---|
| Country Music Television | CMT Music Awards | 0 | 0 | 0 |
| | Country Fired Home Videos | 0 | 0 | 0 |
| | Crossroads | 0 | 0 | 0 |
| | Foxwothy's Big Night Out | 0 | 0 | 0 |
| | Trick My Truck | 0 | 0 | 0 |

| Comedy Central | South Park | 0 | 1 | 34 |
|---|---|---|---|---|
| | The Colbert Report | 0 | 1 | 41 |
| | The Daily Show | 0 | 1 | 19 |

| SpikeTV | Carpocalypes | 0 | 0 | 0 |
|---|---|---|---|---|
| | King of Vegas | 0 | 0 | 0 |
| | Most Xtreme Challenge | 0 | 0 | 0 |
| | Pros Vs Joes | 0 | 0 | 0 |
| | Total Nonstop Action | 0 | 0 | 8 |
| | Ultimate Fighting Championship | 0 | 0 | 0 |

| Viacom | Andy Milonakis | 0 | 0 | 0 |
|---|---|---|---|---|
| | Avatar the Last Airbender | 16 | 0 | 0 |
| | Backyardigans | 0 | 0 | 2 |
| | Beyond the Break | 0 | 0 | 0 |
| | Blue's Room | 0 | 0 | 0 |
| | Can't Get A Date | 0 | 0 | 0 |
| | Degrassi | 0 | 0 | 0 |
| | Diego | 0 | 0 | 0 |
| | Dora The Explorer | 0 | 0 | 10 |
| | Drake & Josh | 0 | 0 | 0 |
| | Fairly Odd Parents | 1 | 0 | 0 |
| | GLAAD Media Awards | 0 | 0 | 0 |
| | Greatest TV Quotes and Catch Phrases | 0 | 0 | 0 |
| | Hi-Jinks | 0 | 0 | 0 |
| | I Pity the Fool | 0 | 0 | 0 |
| | Jack's Big Music Show | 0 | 0 | 0 |
| | Laguna Beach | 0 | 0 | 0 |
| | Naked Brothers Band | 0 | 0 | 0 |
| | Noah's Arc | 0 | 0 | 0 |
| | Real World | 0 | 0 | 0 |
| | Sit Down Comedy with David Steinberg | 0 | 0 | 0 |
| | South of Nowhere | 0 | 0 | 0 |
| | Spongebob Squarepants | 0 | 0 | 1 |
| | Hogan Knows Best | 0 | 0 | 0 |

HIGHLY CONFIDENTIAL

BAYTSP 001093520

| | TV Land Myths and Legends | 0 | 0 | 0 |
|---|---|---|---|---|
| | TV Land Present the 100 | 0 | 0 | 0 |
| | VMA Awards | 0 | 0 | 0 |
| | Wonder Pets | 0 | 0 | 0 |
| | Zoey 101 | 0 | 0 | 0 |
| | TOTAL | 17 | 3 | 115 |

**Yahoo Video Results**

| Content Provider | Asset | Episodes | Clips | Passed On |
|---|---|---|---|---|
| Country Music Television | CMT Music Awards | 0 | 0 | 0 |
| | Country Fired Home Videos | 0 | 0 | 0 |
| | Crossroads | 0 | 0 | 4 |
| | Foxwothy's Big Night Out | 0 | 0 | 0 |
| | Trick My Truck | 0 | 0 | 0 |

| Comedy Central | South Park | 0 | 0 | 79 |
|---|---|---|---|---|
| | The Colbert Report | 0 | 0 | 33 |
| | The Daily Show | 0 | 0 | 1 |

| SpikeTV | Carpocalypes | 0 | 0 | 0 |
|---|---|---|---|---|
| | King of Vegas | 0 | 0 | 0 |
| | Most Xtreme Challenge | 0 | 0 | 0 |
| | Pros Vs Joes | 0 | 0 | 0 |
| | Total Nonstop Action | 0 | 0 | 0 |
| | Ultimate Fighting Championship | 0 | 0 | 0 |

| Viacom | Andy Milonakis | 0 | 0 | 0 |
|---|---|---|---|---|
| | Avatar the Last Airbender | 0 | 0 | 0 |
| | Backyardigans | 0 | 0 | 0 |
| | Beyond the Break | 0 | 0 | 0 |
| | Blue's Room | 0 | 0 | 0 |
| | Can't Get A Date | 0 | 0 | 0 |
| | Degrassi | 0 | 0 | 7 |
| | Diego | 0 | 0 | 0 |
| | Dora The Explorer | 0 | 0 | 0 |
| | Drake & Josh | 0 | 0 | 1 |
| | Fairly Odd Parents | 0 | 0 | 0 |
| | GLAAD Media Awards | 0 | 0 | 0 |
| | Greatest TV Quotes and Catch Phrases | 0 | 0 | 0 |
| | Hi-Jinks | 0 | 0 | 0 |
| | I Pity the Fool | 0 | 0 | 0 |
| | Jack's Big Music Show | 0 | 0 | 0 |
| | Laguna Beach | 0 | 0 | 0 |
| | Naked Brothers Band | 0 | 0 | 0 |
| | Noah's Arc | 0 | 0 | 0 |
| | Real World | 0 | 0 | 0 |
| | Sit Down Comedy with David Steinberg | 0 | 0 | 0 |
| | South of Nowhere | 0 | 0 | 0 |
| | Spongebob Squarepants | 0 | 0 | 2 |
| | Hogan Knows Best | 0 | 0 | 1 |
| | TV Land Myths and Legends | 0 | 0 | 0 |
| | TV Land Present the 100 | 0 | 0 | 0 |

6/11/2008

BAYTSP 001093521

| | | | | |
|---|---|---|---|---|
| | VMA Awards | 0 | 2 | 2 |
| | Wonder Pets | 0 | 0 | 0 |
| | Zoey 101 | 0 | 0 | 0 |
| | TOTAL | 0 | 2 | 130 |

P2P (Not sent)

| Content Provider | Asset | Gnutella | eDonkey | BitTorrent |
|---|---|---|---|---|
| Country Music Television | CMT Music Awards | 0 | 3 | 0 |
| | Country Fired Home Videos | 0 | 0 | 0 |
| | Crossroads | 0 | 5 | 0 |
| | Foxwothy's Big Night Out | 0 | 0 | 0 |
| | Trick My Truck | 0 | 2 | 0 |

| | | | | |
|---|---|---|---|---|
| Comedy Central | South Park | 72 | 0 | 6472 |
| | The Colbert Report | 0 | 0 | 287 |
| | The Daily Show | 6 | 0 | 230 |

| | | | | |
|---|---|---|---|---|
| SpikeTV | Carpocalypes | 11 | 0 | 0 |
| | King of Vegas | 0 | 0 | 0 |
| | Most Xtreme Challenge | 0 | 3 | 0 |
| | Pros Vs Joes | 0 | 0 | 0 |
| | Total Nonstop Action | 0 | 0 | 0 |
| | Ultimate Fighting Championship | 3 | 282 | 0 |

| | | | | |
|---|---|---|---|---|
| Viacom | Andy Milonakis | 0 | 18 | 0 |
| | Avatar the Last Airbender | 4 | 0 | 74 |
| | Backyardigans | 2 | 0 | 0 |
| | Beyond the Break | 0 | 6 | 0 |
| | Blue's Room | 0 | 0 | 0 |
| | Can't Get A Date | 0 | 0 | 0 |
| | Degrassi | 4 | 0 | 0 |
| | Diego | 0 | 0 | 0 |
| | Dora The Explorer | 10 | 0 | 468 |
| | Drake & Josh | 0 | 2 | 0 |
| | Fairly Odd Parents | 23 | 0 | 0 |
| | GLAAD Media Awards | 0 | 0 | 0 |
| | Greatest TV Quotes and Catch Phrases | 0 | 0 | 0 |
| | Hi-Jinks | 0 | 0 | 0 |
| | I Pity the Fool | 0 | 0 | 0 |
| | Jack's Big Music Show | 0 | 0 | 0 |
| | Laguna Beach | 43 | 0 | 0 |
| | Naked Brothers Band | 0 | 0 | 0 |
| | Noah's Arc | 0 | 0 | 0 |
| | Real World | 0 | 0 | 0 |
| | Sit Down Comedy with David Steinberg | 0 | 0 | 0 |
| | South of Nowhere | 1 | 0 | 51 |
| | Spongebob Squarepants | 6 | 1 | 41 |
| | Hogan Knows Best | 0 | 81 | 3 |

6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 001093522

| | | | |
|---|---|---|---|
| **Breaking Bonaduce** | 0 | 0 | 0 |
| **VMA Awards** | 8 | 134 | 0 |
| **Wonder Pets** | 0 | 0 | 0 |
| **Zoey 101** | 18 | 0 | 0 |
| **Total** | 211 | 537 | 7626 |

Sarah Cruz
Client Services
BayTSP, Inc.

# Schapiro Exhibit 63

From:               Tipton, Kristina - Paramount [Kristina_Tipton@Paramount.com]
Sent:               Wednesday, February 28, 2007 3:56 AM
To:                  Courtney Nieman
Subject:           RE: Paramount Marketing

Hey Courtney,

Just wanted to let you know that I'm still working on pulling together all our usernames and content.  I'll have my big and informative email to you tomorrow :)

Have a good night!

Kristina Tipton
Paramount Pictures
Interactive Coordinator, Promotions & Publicity
323-956-8453

-----Original Message-----
From: Courtney Nieman [mailto:courtneyni@baytsp.com]
Sent: Tuesday, February 27, 2007 9:41 AM
To: Perry, Alfred - Paramount; Salter, John - Paramount
Cc: Mark M. Ishikawa; Evelyn Espinosa; Tipton, Kristina - Paramount
Subject: Paramount Marketing

Al,

I just finished a wonderful conversation with Kristina Tipton.  We discussed how Amy is doing the "viral" marketing and came up with these ground rules...

1. Do not remove anything posted by an approved Paramount Account (Kristina to provide)

2. Do not remove anything reposted by another account that matches something from Rule 1.

3. Remove anything that "misuses" Paramount material in a negative way; mash-ups, re-edited clips, DVD materials

4. If Paramount Marketing does anything in the P2P world, they will try to send us the file so we can watch for it and treat it like "interdicted" material if possible.

5. If a "late" or "surprise" marketing action is taken, Paramount Marketing will make an effort to notify BayTSP to prevent any accidental enforcement action against this material.

Kristina is in the process of putting together materials that BayTSP will use to "filter" out the approved material already on the internet.
These filters will be used for Paramount and Viacom (MTVN) activities to prevent accidental enforcement.

I or someone we assign will stay in touch with Kristina going forward.

Courtney Nieman
Manager Client Services
BayTSP, Inc.
408-341-2314
AIM: BayTSPCanne
Have you checked out BayTSP's Piracy news web log?
http://www.baytsp.com/weblog

_____
The information contained in this email message may be confidential and is intended only

1

for the parties to whom it is addressed.  If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system.  Please do not copy the message or distribute it to anyone.

HIGHLY CONFIDENTIAL

BAYTSP 003732681

**Schapiro Exhibit 64**

| From: | Scott Martin |
|---|---|
| Sent: | Thursday, February 01, 2007 12:29 PM |
| To: | Mark M. Ishikawa; Morril, Mark; Simon, Joe; Michelena.hallie@mtvn.com; Cahan, Adam; Cooper, Donna - BET |
| Cc: | Evelyn Espinosa; Courtney Nieman; travis-forward; Prentice, Rebecca - Paramount |
| Subject: | RE: Takedown notices |
| Importance: | High |

**Please assume the following for Paramount content:**

(i)       **notices can be sent for any content longer than 8 minutes (which should catch any full-length copies of films, even if posted in segments);**

(ii)      **assume that all Paramount notices for films prior to DREAMGIRLS are okay to be sent without comparison to marketing clips;**

(iii)     **assume that notices cannot be sent on clips of less than 8 minutes duration of Dreamgirls and all subsequent films (i.e. Norbit, Blades of Glory, Transformers, Black Snake Moan, Zodiac, Shooter, Year of the Dog, Disturbia, Next, Shrek The Third, Hot Rod, A Mighty Heart) until we sort out the problem with the marketing clips.**

I expect to have an official approval of this delineation within hours.

S


-----Original Message-----
From: Mark M. Ishikawa [mailto:marki@baytsp.com]
Sent: Thursday, February 01, 2007 12:06 PM
To: Morril, Mark; Simon, Joe; Hallie, Michelena; Cahan, Adam; Martin, Scott - Paramount; Cooper, Donna - BET
Cc: Evelyn Espinosa; Courtney Nieman; travis-forward
Subject: Re: Takedown notices

**Understood we will be on standby**

**Please advise if we need to do anything about the paramount marketing clips. If we need to re scan those assets we will need up to 1 day to process the clips for the affected assets**

**Mark**
--------------------------
**Sent from my BlackBerry Wireless Device**


-----Original Message-----
From: Morril, Mark <Mark.Morril@viacom.com>
To: Mark M. Ishikawa <marki@baytsp.com>; Simon, Joe <Joe.Simon@viacom.com>; Michelena.hallie@mtvn.com <Michelena.Hallie@mtvn.com>; Cahan, Adam <Adam.Cahan@mtvn.com>; Scott Martin <scott_martin@paramount.com>; Cooper, Donna - BET <DONNA.COOPER@BET.NET>

2/1/2007

HIGHLY CONFIDENTIAL

**Schapiro Exhibit 65**

| | |
|---|---|
| **From:** | Mark M. Ishikawa |
| **Sent:** | Tuesday, October 03, 2006 4:14 AM |
| **To:** | Evelyn Espinosa; Courtney Nieman; Deana Arizala |
| **Subject:** | FW: FW: Proposed links to take down |

**From:** Perry, Alfred - Paramount [mailto:Alfred_Perry@Paramount.com]
**Sent:** Monday, October 02, 2006 7:44 PM
**To:** Amy Powell█████████████████████████
**Cc:** Scott Martin; Derwin-Weiss, Nancy - Paramount; John Salter; dwilson@kmwlaw.com; Mark M. Ishikawa
**Subject:** RE: FW: Proposed links to take down

Thanks, we look forward to hearing from you.

**From:** Amy Powell/Marketing/MP/Paramount_Pictures@PARAMOUNT_PICTURES
**Sent:** Monday, October 02, 2006 7:24 PM
**To:** Perry, Alfred - Paramount
**Cc:** Martin, Scott - Paramount; Derwin-Weiss, Nancy - Paramount; Salter, John - Paramount
**Subject:** Re: FW: Proposed links to take down

all of the clips that we syndicated have the official "warning" before the clip. any clip without the warning was not sent out by our dept. However, i need to speak to the publicity dept before confirming which should be taken down.  I will follow up first thing in the AM. thanks.

Amy Powell
Senior Vice President
Interactive Marketing
Paramount Pictures
███████████████████████

-----Alfred Perry@exchange wrote: -----

To:█████████████████████
From: Alfred Perry@exchange
Date: 10/02/2006 07:01PM
cc: Scott Martin/Business Affairs/MP/Paramount_Pictures@Paramount_Pictures, Nancy Derwin-Weiss/Business Affairs/MP/Paramount_Pictures@Paramount_Pictures, John Salter@exchange
Subject: FW: Proposed links to take down

Amy, please confirm that these should betaken down (our guy thinks that these are not your clips).

We await your confirmation before proceeding.

**From:** Dennis L. Wilson[mailto:dwilson@kmwlaw.com]
**Sent:** Monday, October 02, 20066:33 PM
**To:** Perry, Alfred - Paramount
**Subject:** Proposed links to takedown

Al,

6/13/2008

There are a lot of questionable Jackass 2 videos on youtubethat we cannot act on tonight without risking taking down unauthorized content.
However, there are some videos that we believe we couldrequest be taken down.  Perhaps these videos could be forwarded to theappropriate executives for review,  including the following:

http://www.youtube.com/watch?v=3r66byYRFm4
http://www.youtube.com/watch?v=dtSu3lJZTA;
http://www.youtube.com/watch?v=2brTttAYReE;
http://www.youtube.com/watch?v=G7EAM8f929o;
http://www.youtube.com/watch?v=m5_1ftgW2_k;
http://www.youtube.com/watch?v=nASITzMokE8;
http://www.youtube.com/watch?v=TKjMvoc0VtI;
http://www.youtube.com/watch?v=d4KrR6yoPAY;
http://www.youtube.com/watch?v=mOJ61oeCQeY? .

Each of these is a fairly long clip and/or has languageindicating that it is not legitimate (e.g., ?here is the first 3 minutesof the movie?).
Please let me know what action you would like me to take onthese, if any.
Dennis

---

**From:** Perry, Alfred -Paramount [mailto:Alfred_Perry@Paramount.com]
**Sent:** Monday, October 02, 20065:23 PM
**To:** Powell, Amy - Paramount
**Cc:** Derwin-Weiss, Nancy -Paramount; Martin, Scott - Paramount; Salter, John - Paramount; Christiansen,Mark - Paramount
**Subject:** FW: Illegal Jackass 2Footage Online

Amy, when you refer to many authorizedclips are you able to provide identifiers of them? Apparently, what is beingfound are stunt/skit clips rather than the full feature broken up into 10minute pieces (as is the case with other films from other studios).

---

**From:** Mark M. Ishikawa[mailto:marki@baytsp.com]
**Sent:** Monday, October 02, 20065:03 PM
**To:** Perry, Alfred - Paramount;dwilson@kmwlaw.com
**Cc:** Martin, Scott - Paramount;Salter, John - Paramount; Christiansen, Mark - Paramount; Evelyn Espinosa;Courtney Nieman; Leland Woo; Richard Kawasaki; Deana Arizala
**Subject:** RE: Illegal Jackass 2Footage Online

Al,

We have started getting results back from ourHigh Prioriry Radar system and we?re seeing something different than ourusual clips of 10 minute segments uploaded to YouTube.  The pirates aresubmitting the content to YouTube broken down by individual stunt/skit. We are attempting to identify the content that appears to be camcordered, andis of the individual stunt/skit for takedown.  Can you pls confirm thatnone of the stunts/skits are authorized by the studio?

Mark

---

**From:** Perry, Alfred -Paramount [mailto:Alfred_Perry@Paramount.com]
**Sent:** Monday, October 02, 20064:44 PM
**To:** dwilson@kmwlaw.com; Mark M.Ishikawa
**Cc:** Scott Martin; John Salter;Christiansen, Mark - Paramount
**Subject:** FW: Illegal Jackass 2Footage Online

Ok, err on the side of leaving some infringing material up rather than being overly aggressive andtaking down one of the ?many approvedclips?.

Again, my direction would be to take down linked segmentswhich comprise all or nearly all of the motionpicture and is presumably camcorded (based on appearance, for example).

Either of you know of other?social networking? sites such as You Tube which we might also devote our special kind of    ?love??

6/13/2008

HIGHLY CONFIDENTIAL

BAYTSP 003718201

Please advise.

Thank you.

**From:** AmyPowell██████████████████████████
**Sent:** Monday, October 02, 20064:22 PM
**To:** Perry, Alfred - Paramount
**Cc:** dwilson@kmwlaw.com; Salter,John - Paramount; marki@baytsp.com;Derwin-Weiss, Nancy - Paramount; Martin, Scott - Paramount; Worsnup, Mickey -Paramount; rob_moore@paramount.com
**Subject:** Illegal Jackass 2 Footage Online

> Thanks, Alfred.  Pleaseonly remove camcorded content (which is clearly pirated footage).  Thereare many approved film clips online which should not be removed.  feelfree to call with any questions or concerns.
>
> amy
>
>
> Amy Powell
>
> Senior Vice President
>
> Interactive Marketing
>
> Paramount Pictures
>
> 
>
> ----- Replied by AmyPowell on 10/2/2006 4:20:31 PM-----------------------------------------------------------------------

**From:**Alfred Perry@exchange
10/02/2006 03:04 PM
**To:** ██████████████████
**cc:** Scott Martin, John Salter@exchange, Nancy Derwin-Weiss,dwilson@kmwlaw.com, marki@baytsp.com
**Subject:**

> We are going after thecamcorded versions of JackAss Nummber Two on YouTube, but would like to know ifyou have content you have authorized or if you are aware of other content whichshould not be taken down.
>
>
> Thanks, in the firstinstance we are going after ?obviously? camcorded content.
>
>
> Thank you.

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.17.13/1207 - Release Date: 1/2/2008 11:29 AM

6/13/2008

# Schapiro Exhibit 66

| **From:** | Hallie, Michelena [Michelena.Hallie@mtvn.com] |
|---|---|
| **Sent:** | Thursday, October 05, 2006 10:25 PM |
| **To:** | Deana Arizala |
| **Cc:** | Mark M. Ishikawa; Morales, Cindy |
| **Subject:** | FW: Scan from a Xerox WorkCentre Pro |

**Attachments:** Scan001.PDF



Scan001.PDF (34 KB)

Deana:

Attached is a pdf of a signed authorization letter. It is on MTVN (which is a division of Viacom) letterhead though Viacom is the copyright owner of the copyrights. If you need it on Viacom letterhead, it will have to wait until Monday when my assistant returns.

Please note that this authorization is limited only to particular shows, uploads or protocals identified by Cindy, myself or a designee. As of now Viacom authorizes only the takedowns of full episodes of "Avatar" that appear on youtube.com.

You should also note that not all MTVN programming is owned by Viacom International so you will need additional authorizations for some of the programs we choose in the future to take down.

Thank you for your assistance.

Michelena Hallie
Senior Vice President
Deputy General Counsel, Intellectual Property MTV Networks, Business and Legal Affairs
1515 Broadway, 34th Floor
New York, New York 10036
███████████

1

HIGHLY CONFIDENTIAL

BAYTSP 003863202



# MTV NETWORKS
A VIACOM COMPANY

Michelena Hallie
Senior Vice President
Deputy General Counsel, Intellectual Property

October 5, 2006

Mark Ishikawa, CEO
BayTSP.com
PO Box 1314
Los Gatos, CA 95031-1314
(408) 341-2300

Dear Mark,

This letter acts as an official notification that I, Michelena Hallie, of Viacom International Inc, agent of its copyrighted material, authorize Mark Ishikawa, CEO of BayTSP.com to act as my agent for notification of detected infringements on the Internet pursuant to the Digital Millennium Copyright Act.

Nothing in this letter releases any exclusive rights that Viacom International Inc. has in the copyrights that I represent. This agent authorization is merely to facilitate the process of notifying Internet service providers for removal of detected infringements that I have been made aware of by BayTSP.com and its tracking service reports.

I reserve the right to terminate this agency relationship at any time for any reason by written notification, effective upon receipt at BayTSP.com.

Sincerely,

Vice President, Assistant Secretary
Viacom International Inc.

1515 Broadway, New York, NY 10036
Email: michelena.hallie@mtvn.com

HIGHLY CONFIDENTIAL

BAYTSP 003863203

# Schapiro Exhibit 67

**From:** Hallie, Michelena [Michelena.Hallie@mtvn.com]
**Sent:** Saturday, October 07, 2006 3:01 AM
**To:** Mark M. Ishikawa; Courtney Nieman
**Cc:** Leland Woo; Deana Arizala; Evelyn Espinosa
**Subject:** Re: Full Episode Takedown List

Great and thanks. Bottom line is we have a directive to take down all full episodes of mtvn properties. And I owe your team a wine tasting thru Sonoma for the extra effort we're requesting. Just keep me posted.

-----Original Message-----
From: Mark M. Ishikawa <marki@baytsp.com>
To: Hallie, Michelena; Courtney Nieman <courtneyni@baytsp.com>
CC: Leland Woo <lelandw@baytsp.com>; Deana Arizala <deanaa@baytsp.com>; Evelyn Espinosa <evelyn@baytsp.com>
Sent: Fri Oct 06 22:53:03 2006
Subject: RE: Full Episode Takedown List

We are doing final scrubbing of the files now. There may be different counts than we sent in the report as we continue to find more and more of the episodes. I will e-mail you final counts in an hour or so. Since this project morphed from a lets look at the data kinda project to a We're going to do enforcement I am implementing extra special scrubbing.


Mark


_____

From: Hallie, Michelena [mailto:Michelena.Hallie@mtvn.com]
Sent: Friday, October 06, 2006 7:39 PM
To: Courtney Nieman
Cc: Leland Woo; Deana Arizala; Evelyn Espinosa; Mark M. Ishikawa
Subject: Re: Full Episode Takedown List


Hello all. Can I get confirmation that take downs have been sent?

-----Original Message-----
From: Hallie, Michelena
To: 'courtneyni@baytsp.com' <courtneyni@baytsp.com>
CC: 'lelandw@baytsp.com' <lelandw@baytsp.com>; 'deanaa@baytsp.com' <deanaa@baytsp.com>; 'evelyn@baytsp.com' <evelyn@baytsp.com>; 'marki@baytsp.com' <marki@baytsp.com>
Sent: Fri Oct 06 19:14:05 2006
Subject: Re: Full Episode Takedown List

Ok. As I just told Mark, I authorize the takedowns of the full episodes listed below, with the letter as modified by my edits. Please email when notice has been sent and confirmation of takedown received. And email or call my cell with any questions. Thanks for your help and I apologize for the quick turnaround needs.

-----Original Message-----
From: Hallie, Michelena
To: Hallie, Michelena; 'courtneyni@baytsp.com' <courtneyni@baytsp.com>
CC: 'lelandw@baytsp.com' <lelandw@baytsp.com>; 'deanaa@baytsp.com' <deanaa@baytsp.com>; 'evelyn@baytsp.com' <evelyn@baytsp.com>; 'marki@baytsp.com' <marki@baytsp.com>
Sent: Fri Oct 06 19:03:56 2006
Subject: Re: Full Episode Takedown List

Sorry but 2 edits on the takedown letter: please remove the first sentence in the fourth paragraph beginning "Further, we believe" and the last sentence in that paragraph beginning "We appreciate your efforts". Then add the one remaining sentence in that paragraph beginning "We urge" to the end of the third paragraph. I'm giving folks 10 more minutes to object and then I'll send authorization to proceed as outlined below.

6/11/2008

HIGHLY CONFIDENTIAL

-----Original Message-----
From: Hallie, Michelena
To: 'Courtney Nieman' <courtneyni@baytsp.com>
CC: Leland Woo <lelandw@baytsp.com>; Deana Arizala <deanaa@baytsp.com>; Evelyn Espinosa <evelyn@baytsp.com>; Mark M. Ishikawa <marki@baytsp.com>
Sent: Fri Oct 06 18:18:42 2006
Subject: RE: Full Episode Takedown List

Thank you, Courtney. We have asked everyone to let me know in the next 45 minutes if they have concerns. I will send you an email shortly after that time period to provide the final authorization. In the meantime, however, the information below is accurate so please prepare whatever documentation you need in anticipation of my approval.

---

From: Courtney Nieman [mailto:courtneyni@baytsp.com]
Sent: Friday, October 06, 2006 6:05 PM
To: Hallie, Michelena
Cc: Leland Woo; Deana Arizala; Evelyn Espinosa; Mark M. Ishikawa; Courtney Nieman
Subject: Full Episode Takedown List

Michelena,

Following up on our conversation (14:45 PST October 6, 2006)

BayTSP, upon email notice from you, will take down FULL EPISODES of the following

| | | |
|---|---|---|
| VIA | Andy Milonakis -Full Episode | 137 |
| VIA | Avatar the Last Airbender - Full Episode | 15 |
| VIA | Backyardigans - Full Episode | 10 |
| CMT | Crossroads - Full Episode | 4 |
| VIA | Drake & Josh - Full Episode | 17 |
| VIA | Fairly Odd Parents - Full Episode | 30 |
| VIA | Jack's Big Show - Full Episode | 3 |
| VIA | Real World - Full Episode | 7 |
| COM | SouthPark - Full Episode | 46 |
| VIA | Spongebob Squarepants - Full Episode | 198 |
| VIA | South of Nowhere - Full Episode | 42 |
| COM | The Colbert Report - Full Episode | 77 |
| VIA | Wonder Pets - Full Episode | 1 |
| VIA | Zoey 101 - Full Episode | 33 |

VIA = VIACOM  CMT = COUNTRY MUSIC TELEVISION  COM = COMEDY CENTRAL

We will await your permission.

Courtney Nieman

---

From: Hallie, Michelena [mailto:Michelena.Hallie@mtvn.com]
Sent: Friday, October 06, 2006 11:06 AM
To: Leland Woo; Deana Arizala; Courtney Nieman; Evelyn Espinosa; Mark M. Ishikawa
Cc: Morales, Cindy
Subject: RE: Revised Report

I don't think I've seen the takedown notice template. Could someone send it to me? Cindy's working on the agent authorization letters right now and will be sending them to you for each of the copyright holders together with the shows each rights holder owns. And just to be clear, these authorizations are subject to Cindy's or my specific instructions on which uploads are to be taken down. (Sorry. I have to be a lawyer and write out the limitation.)

I hope to let you know what direction we want to go in the next 3 or 4 hours.

6/11/2008

HIGHLY CONFIDENTIAL                                    BAYTSP 004283228

Thanks again.

---

From: Leland Woo [mailto:lelandw@baytsp.com]
Sent: Friday, October 06, 2006 1:57 PM
To: Hallie, Michelena; Deana Arizala; Courtney Nieman; Evelyn Espinosa; Mark M. Ishikawa
Cc: Morales, Cindy
Subject: RE: Revised Report

We're making the changes now on the report.

Heathers email is: heather.gillette@youtube.com <mailto:heather.gillette@youtube.com>

As long as we have an agent authorization letter and an approved takedown notice template. We can start the notice takedown process immediately.

LW

---

From: Hallie, Michelena [mailto:Michelena.Hallie@mtvn.com]
Sent: Friday, October 06, 2006 10:50 AM
To: Leland Woo; Deana Arizala; Courtney Nieman; Evelyn Espinosa; Mark M. Ishikawa
Cc: Morales, Cindy
Subject: RE: Revised Report

Thanks, Leland. Would it be possible to just add the top 10 to the alphabetical list so all of our programs are in one list?

And do you know Heather's email address?

Finally, assuming we get you the powers and the programs and sizes we want taken down by the end of the day today, would you all be able to take them down by Sunday night?

Thanks for all your help.

Michelena

---

From: Leland Woo [mailto:lelandw@baytsp.com]
Sent: Friday, October 06, 2006 12:31 PM
To: Hallie, Michelena; Deana Arizala; Courtney Nieman; Evelyn Espinosa; Mark M. Ishikawa
Cc: Morales, Cindy
Subject: Revised Report

Michelena-

6/11/2008

Attached is the report with the requested changes. We cleaned up the format and left out the detailed time break down. You still have that in the spread sheet that Mark sent you the other day as a reference. This report is ready for distribution to your team.

Lastly we have a direct contact person at YouTube, Heather Gillette. She is the primary compliance manager there and her number is 650-685-6409.

Please let us know if you need anything else.

Thanks,

Leland

# Schapiro Exhibit 68

| From: | Evelyn Espinosa |
|---|---|
| Sent: | Wednesday, October 18, 2006 8:26 PM |
| To: | Deana Arizala; Courtney Nieman |
| Cc: | Mark M. Ishikawa |
| Subject: | FW: Report |

Courtney after you guys take down the vh1 show below, reply to all and put a screen shot showing its down.. thsnk

---

**From:** Hallie, Michelena [mailto:Michelena.Hallie@mtvn.com]
**Sent:** Wednesday, October 18, 2006 1:21 PM
**To:** Courtney Nieman
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Deana Arizala; Morales, Cindy
**Subject:** RE: Report

Thanks, Courtney. We now have permission to take all clips 2 1/2 minutes or longer of the following shows down off of youtube:

Spongebob Squarepants
Avatar the Last Airbender
Fairly Odd Parents
Backyardigans
Wonder Pets
Zoey 101

I hope to have additional shows for increased takedowns for you shortly.

We also have an additional request for an **immediate** take down of the following clip http://www.youtube.com/watch?v=yVmkMdtB-sk It is a VH 1 show and the copyright owner is Viacom International Inc.

Thank you for your help, and please let me know if you have any questions.


Michelena Hallie
Senior Vice President
Deputy General Counsel, Intellectual Property
MTV Networks, Business and Legal Affairs
1515 Broadway, 34th Floor
New York, New York 10036
███████████

---

**From:** Courtney Nieman [mailto:courtneyni@baytsp.com]
**Sent:** Wednesday, October 18, 2006 12:21 AM
**To:** Hallie, Michelena
**Cc:** Mark M. Ishikawa; Evelyn Espinosa; Deana Arizala
**Subject:** Report

Michelena,

Here is the report you wanted. I want to apologize for the tardiness of this delivery. We had it finished by 4pm PST, but some how it failed to go out. Please accept my apologies. I will be at my desk until 9:30 PST if you have any questions.

Courtney Nieman
Manager Client Services
BayTSP, Inc.
408-341-2314

6/11/2008

HIGHLY CONFIDENTIAL

AIM: BayTSPCanne
Have you checked out BayTSP's Piracy news web log? http://www.baytsp.com/weblog

---

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed.
If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email
and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

**From:** Hallie, Michelena [mailto:Michelena.Hallie@mtvn.com]
**Sent:** Tuesday, October 17, 2006 7:05 PM
**To:** Mark M. Ishikawa
**Cc:** Leland Woo; Deana Arizala; Evelyn Espinosa; Courtney Nieman
**Subject:** Re: Not Yet Authorized List

Please respond as to whether I will be receiving these materials

-----Original Message-----
From: Hallie, Michelena
To: Mark M. Ishikawa <marki@baytsp.com>
CC: Leland Woo <lelandw@baytsp.com>; Deana Arizala <deanaa@baytsp.com>; Evelyn Espinosa <evelyn@baytsp.com>; 'Courtney
Nieman' <courtneyni@baytsp.com>
Sent: Tue Oct 17 10:31:27 2006
Subject: RE: Not Yet Authorized List

I'm not sure if my request got lost in a flurry of emails yesterday, but will it be possible to get the latest reports on youtube clips by COB
today? I have a big meeting tomorrow to discuss expanding the takedown procedure, and the latest numbers would be helpful.

Thanks as always. Michelena

6/11/2008

HIGHLY CONFIDENTIAL

BAYTSP 004345612