Schapiro Exhibit 213




Schapiro Exhibit 214



**Schapiro Exhibit 215**

