# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 229**




Schapiro Exhibit 230



Schapiro Exhibit 231

