# SCHAPIRO DECLARATION EXHIBITS CONTINUED

Schapiro Exhibit 242



Home   Videos   Channels   Shows

# Broadcasting Ourselves ;)
## The Official YouTube Blog

**FRIDAY, JANUARY 22, 2010**

### Live Tonight: Top Artists Perform in "Hope for Haiti Now" Benefit Concert

Over the past week, citizens and organizations from around the world have rallied around Haiti, offering tremendous aid for the relief effort currently underway. But even though tens of millions of dollars have been raised online via sites like YouTube, Haiti's road to recovery will be long, and more financial support is desperately needed.

That's why tonight, in partnership with a variety of media companies, we're live-streaming "Hope for Haiti Now," a benefit concert for earthquake relief. Hosted by George Clooney, Wyclef Jean and Anderson Cooper, the event will feature performances by Justin Timberlake, Jay-Z, Rihanna, Shakira, U2, Coldplay, Taylor Swift and many more.



The concert starts tonight at 8 p.m. ET on www.youtube.com/hopeforhaitinow, and it will be available to a global audience. Donations from the event will go to a number of different organizations, including the Red Cross, UNICEF, the UN World Food Program, Partners in Health, Yele Haiti and Oxfam. After the show, you can continue to donate

**Search This Blog**



**Subscribe To**
- Posts
- Comments

**Community Gatherings**

Los Angeles, CA - Vidcon - July 9-11, 2010

Past Gatherings

Hosting a meetup? Leave a comment on this channel with details

**Twitter / youtube**

youtube: Health care summit will be wrapping up soon, be sure to ask your Qs and vote for your favorites.
http://youtube.com/citizentube

youtube: RT @hunterwalk: 50% of Fortune 100 companies have @youtube pages. Other 50% are instructed to call me right now http://bit.ly/bJ8ymz @rww

youtube: RT @NYTpersonaltech:

**Schapiro Exhibit 243**

YouTube
Broadcast Yourself ™

Home    Videos    Channels    Shows

# Broadcasting Ourselves ;)
## The Official YouTube Blog

**FRIDAY, OCTOBER 16, 2009**

### Can a Billion Views Help a Billion People?

Last week, we announced that YouTube serves over one billion video views per day. It's a pretty staggering number, right? That's also the number of people in the world who don't have enough food to eat. According to the UN World Food Program, for the first time in history, there are over 1 billion hungry people on Earth -- that's one in seven humans.

Today, on World Food Day, the World Food Program (WFP) is showing how you, the estimated one billion internet users, can help the one billion people who live in hunger:

World hunger - A Billion for a Billion
☆☆☆☆☆






The WFP isn't alone in their efforts. Nonprofit Action Against Hunger is calling on Al Gore to create a video about hunger as he did for climate change with *An Inconvenient Truth* (after all, who better to mobilize the internet community than the man who invented it?) And singer Christina Aguilera is lending her voice to the cause with this video:

**Search This Blog**

[           ] [Search]
powered by Google™

2757K readers
BY FEEDBURNER

**Subscribe To**

📡 Posts ▼

📡 Comments ▼

**Community Gatherings**

Los Angeles, CA - Vidcon - July 9-11, 2010

Past Gatherings

**Hosting a meetup? Leave a comment on this channel with details**

**Twitter / youtube**

youtube: Health care summit will be wrapping up soon, be sure to ask your Qs and vote for your favorites. http://youtube.com/citizentube

youtube: RT @hunterwalk: 50% of Fortune 100 companies have @youtube pages. Other 50% are instructed to call me right now http://bit.ly/bJ8ymz @rww

youtube: RT @NYTpersonaltech:

# Schapiro Exhibit 244



**Schapiro Exhibit 245**



**Schapiro Exhibit 246**

## Playlist



**The Davos Question 2008 - Leaders and CEOs answer**
World's leaders and CEOs answer the Davos Question in January 2008
2 years ago   17,597 views   thedavosquestion

Playlist/URL (Permalink):
http://www.youtube.com/view_play_list?p=749732FF

Subscribe

**Videos: 48**

▶ Play All Videos

Sort by:  Title | Duration | Date Added | Views | Comments | **Unsorted**


**Bono responds to the Davos Question** [CC]
Bono, influential activist and rock god, gives his views on fighting poverty and w...
★★★½☆  2 years ago   584,543 views   thedavosquestion


**Shimon Peres answers the Davos Question** [CC]
Shimon Peres responds in no uncertain terms that terrorism and climate change are ...
★★☆☆☆  2 years ago   207,210 views   thedavosquestion


**Michael Chertoff, US Secretary of Homeland Security in Davos**
Michael Chertoff, US Secretary of Homeland Security in Davos, talks about the mess...
★★☆☆☆  2 years ago   5,325 views   thedavosquestion


**Abdoulaye Wade, President de Senegal, repond a Davos**
Abdoulaye Wade, M. Le President de Senegal, repond a la question de Davos au sujet...
★★★★½  2 years ago   22,471 views   thedavosquestion


**President Hamid Karzai answers the Davos Question** [CC]
President Hamid Karzai of Afghanistan answers the Davos Question
★★★★½  2 years ago   309,634 views   thedavosquestion


**Peter Piot: changes in your sex life can improve the world.** [CC]
The Head of the United Nations programme on HIV AIDS says if you want to improve t...
★★★½☆  2 years ago   49,742 views   thedavosquestion

**Dr. Rajendra Pachauri answers the Davos Question** [CC]
Dr. Rajendra Pachauri, Chairman of the Intergovernmental Panel on Climate Change (...
★★★★½  2 years ago   11,701 views   thedavosquestion