# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 247



**Schapiro Exhibit 248**



**Schapiro Exhibit 249**



**Schapiro Exhibit 250**

