# SCHAPIRO DECLARATION EXHIBITS CONTINUED

Schapiro Exhibit 251



Schapiro Exhibit 252



Schapiro Exhibit 253



**Easy flourless chocolate cake recipe - How to make a chocolate cake**



0:05 / 4:40   360p

★★★★½  220 ratings                             70,622 views

♥ Favorite   → Share   + Playlists   ⚑ Flag

Facebook          Twitter          MySpace                    (more share options)



**Advertisement**

**howdini.**

**HowdiniGuru**   Subscribe
February 24, 2008
(more info)

http://www.howdini.com/howd... How to make an easy flourless chocolate cake If chocolate were illegal, we'd happily go to jail for this moist, rich and dense, flourless chocolate cake. Ceci Carmi...

URL    http://www.youtube.com/watch?v=msTLaS(
Embed  <object width="425" height="344"><param

**Series (7)**     **More From Channel**

Play All | Play Next

1. How to roast chicken - Roasted chicken recipe          4:21
2. How to sharpen a knife - Knife sharpening tutorial      2:29
3. How to make a gourmet grilled cheese sandwich          4:21
4. How to make the perfect vinaigrette - Vinaigret...      1:55
5. Vegetable carving: How to carve a radish 'rat'         1:38
6. How To make crème brûlée - Crème brûlée               7:34
7. Easy flourless chocolate cake recipe - How to m...     4:41

▶ Statistics & Data

▶ Video Responses (0)                         Sign in to post a Video Response

▼ Text Comments (207) Options                 Sign in to post a Comment

**GeneralFanatic** (1 day ago)                            Reply
i am craving chocolate so bad right now..

**makeuprox1** (1 week ago)                              Reply
lot of eggs wow

**josephweee** (1 week ago)                              Reply
this is by far the simplest and best recipe i've tried! :) love it

**lngso13** (1 week ago)                                 Reply
it looks veeeeery good! And so easy!

**yoruichiwt13** (2 weeks ago)                           Reply
its so simple i thought it was not so

(2 items remaining) Waiting for http://www.youtube.com/watch?v=msTLaSQFhrc...         Internet   100%

Schapiro Exhibit 254






