# SCHAPIRO DECLARATION EXHIBITS CONTINUED

Schapiro Exhibit 255

