# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 262



**Schapiro Exhibit 263**



**Schapiro Exhibit 264**

