# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 265**



**Schapiro Exhibit 266**



**Schapiro Exhibit 267**



Schapiro Exhibit 268

