# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 269**



# Schapiro Exhibit 270



**Schapiro Exhibit 271**

