# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 272**



**Schapiro Exhibit 273**

