# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 274**



**Schapiro Exhibit 275**

# YouTube
Broadcast Yourself ™

[Search Shows] ▼

Create Account or Sign In

Home  Videos  Channels  Shows

Subscriptions  History  Upload



**Star Trek: The Original Series**

Star Trek: The Original Series tells the tale of the crew of the starship Enterprise and their five-year mission "to boldl...

Subscribe  Read more

CBS

**Full Episodes** | Clips

**More from CBS**

**27 episodes** in Season 1                        Season(s): **1**  2  3

| Season | Episode | Description | Views | Air Date |
|---|---|---|---|---|
| 1 | 29 | **Operation Annihilate** (50:31)<br>(TV-PG) The Enterprise crew saves Deneva from deadly parasites | 60,881 | 04/13/1967 |
| 1 | 28 | **The City on the Edge of Forever** (50:27)<br>(TV-PG) Kirk and Spock go back in time to restore history | 468,387 | 04/06/1967 |
| 1 | 27 | **The Alternative Factor** (50:32)<br>(TV-PG) An alien being fights himself across two realities | 28,156 | 03/30/1967 |
| 1 | 26 | **Errand of Mercy** (50:31)<br>(TV-PG) Kirk and Spock battle Klingons to free Organia | 35,073 | 03/23/1967 |
| 1 | 25 | **The Devil in the Dark** (50:30)<br>(TV-PG) An unknown monster threatens a mining operation | 32,627 | 03/09/1967 |
| 1 | 24 | **This Side of Paradise** (50:25)<br>(TV-PG) The Enterprise visits a colony where indigenous flower spores provide the settlers with peaceful contentment | 31,265 | 03/02/1967 |
| 1 | 23 | **A Taste of Armageddon** (50:24)<br>(TV-14) The Enterprise is diverted by two planets fighting a computerized war | 36,196 | 02/23/1967 |
| 1 | 22 | **Space Seed** (50:24)<br>(TV-PG) Kirk meets Khan, a leader of Earth's Eugenics War | 94,920 | 02/16/1967 |
| 1 | 21 | **The Return of the Archons** (50:24)<br>(TV-PG) The Enterprise crew finds a world run by a computer named Landru | 29,978 | 02/09/1967 |
| 1 | 20 | **Court Martial** (50:31)<br>(TV-PG) Kirk is recalled for a potential court-martial | 29,085 | 02/02/1967 |
| 1 | 19 | **Tomorrow is Yesterday** (50:24)<br>(TV-PG) The Enterprise is thrown back to 20th century Earth | 45,058 | 01/26/1967 |
| 1 | 18 | **Arena** (50:33)<br>(TV-PG) Kirk is pitted in a barehanded duel with a Gorn | 40,485 | 01/19/1967 |


**Beverly Hills 90210**
Classic TV
Don't miss our favorite cast for Beverly Hills 90210 as they focuse...


**CSI**
Action & Adventure
CSI is a fast-paced drama about a team of forensic investigators tr...


**CSI: Miami**
Action & Adventure
Inspired by the top-rated series "CSI: Crime Scene Investigation," ...


**CSI: NY**
Action & Adventure
CSI: NY, a crime drama inspired by the drama series, CSI: CRIME SCE...


**Ghost Whisperer**
Drama
Melinda Gordon (Jennifer Love Hewitt) has a gift - she can communic...


**How I Met Your Mother**
Comedy
HOW I MET YOUR MOTHER is a comedy about Ted (Josh Radnor) and how h...


**MacGyver**
Classic TV
MacGyver is a series about a quiet and mild mannered secret agent w...


**Medium**
Drama
MEDIUM is a drama inspired by...