# SCHAPIRO DECLARATION EXHIBITS CONTINUED

Schapiro Exhibit 276



















# Schapiro Exhibit 277

