# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 278

Search

click here  123  for more
**SESAME STREET**
videos and games

SesameStreet
SesameStreet's Channel  **Subscribe**

All  **Uploads**  **Playlists**

NO
PARKING

SESAME STREET .org

Advertisement

Don't forget to thank your own.

Advertisement

Search

Date Added | Most Viewed | Top Rated

0:05 / 3:16  360p ▲

ℹ Info  ♥ Comments  ♥ Favorite  → Share  + Playlists  ⚑ Flag

**Sesame Street: Elmo's Song**                4,578 ratings ★★★★★
From: SesameStreet | February 06, 2009 | 5,908,356 views

Check out the Sesame Street Facebook App! http://www.facebook.com/apps/application.php?id=
31861389411

... **(more info)**

**View comments, related videos, and more**

**Sesame Street: "Abby in Wonderland" DVD Trailer**
7,848 views - 5 days ago

**Sesame Street: Elmo's Monster Maker**
57,611 views - 3 weeks ago

**Sesame Street: Ricky Gervais: Stumble**
26,497 views - 1 month ago

**Sesame Street: Judah Freidlander: Spectacular**

SesameStreet
Subscribe

**Channel Comments (2320)**                Refresh