# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 282**



# Schapiro Exhibit 283

