# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 284**



**Schapiro Exhibit 285**



**Schapiro Exhibit 286**

