# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 287**



**Schapiro Exhibit 288**



**Schapiro Exhibit 289**



# Schapiro Exhibit 290

