# SCHAPIRO DECLARATION EXHIBITS CONTINUED


Schapiro Exhibit 291

# Re: Cat Talking, Translation



★★★★☆ 87,976 ratings                                           16,758,140 views

♥ Favorite    → Share    + Playlists    ⚑ Flag

Facebook        Twitter        MySpace                    (more share options)

▶ Statistics & Data

▼ Video Responses (92)                          Sign in to post a Video Response



ilovefol...        lolcatma...        thecatdi...        Fangnola...

View All  -  Play All

▼ Text Comments (34,594)  Options                Sign in to post a Comment

**Aztech73** (1 hour ago)                                Reply    0  👎 👍

meaw meaw XD act real cute and he will give us treats XD

**UmbrellaRS** (1 hour ago)                              Reply    0  👎 👍

Awesome



Advertisement

 

 **klaatu42**                           Subscribe
November 18, 2007
(more info)

And here's what it sounds like if you have your babel fish in your ear translating for you. find me on facebook: http://www.facebook.com/pag... twitter: http://twitter.com/klaatu42 Don't forget,...

URL   http://www.youtube.com/watch?v=1JynBEX
Embed <object width="425" height="344"><param

▶ More From: klaatu42

▼ Related Videos

**Best Cat Product Ever**
9,205 views
TheRefinedFeline
Promoted Video

**The two talking cats**
26,248,328 views
TheCatsPyjaaaamas

**When Cats Pray**
4,820,706 views
sign543



Schapiro Exhibit 292












**Schapiro Exhibit 293**



# Schapiro Exhibit 294

