# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 297

You **Tube**
Broadcast Yourself ™

Search

Create Account  or  Sign In

**Home   Videos   Channels   Shows**

Subscriptions   History   **Upload**

# WE'RE ALL IN THIS TOGETHER



MadV
MadV's Channel

**Subscribe**   **All**   **Uploads**   **Playlists**



See the 2009 version

0:04 / 4:13

Info   ♥ **Comments**   ♥ **Favorite**   ✦ **Share**   ✦ **Playlists**   ⚑ **Flag**

The Message

From: MadV | December 27, 2008 | 201,491 views

The original compilation of responses to 'One World'

Music: "Kids Will Be Skeletons" by Mogwai

**View comments, related videos, and more**

1,600 ratings ★★★★★

... (more info)

Search

Date Added | Most Viewed | Top Rated

**Fire Dance**
11,517 views - 2 weeks ago

**We're all in this together**
181,714 views - 3 months ago

**One World - HD**
750,438 views - 5 months ago

**The Meaning**
59,193 views - 1 year ago

**Remember**
85,310 views - 1 year ago

**Inspire**
65,299 views - 1 year ago

**The Message**
201,491 views - 1 year ago

**The "Humans" Project**
609,567 views - 2 years ago



MadV
**Subscribe**
Add as Friend |
Block User | Send Message

## Inspiration is only the beginning

"We ought to make the best we can of the world, and if it is not so good as we wish, after all it will still be better than what these others have made of it in all these ages. A good world needs **knowledge, kindliness, and courage**; it does not need a regretful hankering after the past, or a fettering of the free intelligence by the words uttered long ago by ignorant men. It needs a **fearless outlook and a free intelligence**. It needs **hope for the future**, not looking back all the time towards a past that is dead, which we trust will be far surpassed by the future



**Schapiro Exhibit 298**

You **Tube**
Broadcast Yourself ™

Search

Home    Videos    Channels    Shows

Create Account  or  Sign In

Subscriptions    History    Upload

## One World - HD

In 2006, thousands of people took part in the world's largest online community project

0:02 / 0:34    360p    II

★★★★☆ 2,516 ratings                                751,153 views

♥ Favorite    → Share    ◈ Playlists    ⚑ Flag

Facebook        Twitter        MySpace                        (more share options)

▶ Statistics & Data

▼ Video Responses (500)                        Sign in to post a Video Response

0:49           0:06           3:24           0:41
frankie112      bambinooro     NetworkS...     RazvaNICE

View All  -  Play All

▼ Text Comments (1,153)  Options                Sign in to post a Comment

**Kill3rLyricz** (19 hours ago)                        Reply    0
when is it next gonna go global

**MissKimbee** (2 weeks ago)                        Reply    0
That's creepy...



INSPIRATION IS ONLY THE BEGINNING

**MadV**                                Subscribe
September 02, 2009
(more info)

See the responses here:
http://www.youtube.com/watc... Music: 'First Breath
After Coma' by Explosions In The Sky * You can see
the original message here
http://www.youtube.com/watc...

URL    http://www.youtube.com/watch?v=s7a9xCtZ

Embed    <object width="560" height="340"><param   ⚙

▼ More From: MadV

**Inspire**
65,557 views
1:32

**Remember**
85,546 views
0:54

**The Message**
202,893 views
4:13

**Fire Dance**
12,299 views
1:09

**We're all in this together**
182,542 views

▼ Related Videos



**Free Hugs Campaign -
Official Page (music by Si...**
56,591,876 views
PeaceOnEarth123
Featured Video
3:39

**MadV Acro Knife**
21,519 views
MadvOv
0:47

# Schapiro Exhibit 299


Search

## Charlie bit my finger - again !




Harry und Charlie Interview für den deutschen Fehrnseher (auf Deutsch)

0:02 / 0:56   360p ▲

★★★★☆ 405,243 ratings

163,542,480 views

♥ **Favorite**   ➕ **Share**   ➕ **Playlists**   ⚑ **Flag**

| Facebook | Twitter | MySpace | (more share options) |

▶ **Statistics & Data**

▼ **Video Responses** (166)

Sign in to post a Video Response

    

JamieFro...   luigi70292   aafang   AhmedAnd...


View All  -  Play All

▼ **Text Comments** (301,328)  **Options**

Sign in to post a Comment

**Cashello** (5 seconds ago)                                    Reply

@volsfan300 yeah its talented stuff aint it?

**101bsts** (19 seconds ago)                                    Reply

Type in bottle bomb 101bsts it's really cool!!! Also watch and post a comment
and I'll subscribe to your channel. :)

**blackturk1** (1 minute ago)                                    Reply

inci charlie yi bile siker....



**American Apparel is KIDS**



American Apparel®

americanapparel.net                              Ads by Google
Advertisement



 **HDCYT**                                **Subscribe**
May 22, 2007
(more info)

Even had I thought of trying to get my boys to do this I
probably couldn't have. Neither were coerced into
any of this and neither were hurt (for very long
anyway). This was just one of those mome...

URL   http://www.youtube.com/watch?v=_OBlgSz

Embed  <object width="425" height="344"><param  ⚙

▶ **More From: HDCYT**

▼ **Related Videos**



**Is Your Tongue Kissable?**
5,688,268 views
curebadbreath
2:14   Promoted Video

**SERIOUS BABY.....lol.....sometimes**
43,579,571 views
0:55   roqcity

**Charlie Bit Me - Remix**
13,341,343 views
1:44   sign540

**The Sneezing Baby Panda**
53,594,332 views
0:16   jimvwmoss

**Twin Baby Boys Laughing at**

Done                                                          🌐 Internet                    🔍 100% ▼