# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 300**

# YouTube

Search — Create Account or Sign In

Home  Videos  Channels  Shows

Subscriptions  History  Upload

## I don't like you Mommy



0:12 / 0:36  360p  ▶ Ad

★★★★½ 84,412 ratings    37,917,743 views



♥ Favorite   ➜ Share   ✚ Playlists   ⚑ Flag

Facebook    Twitter    MySpace    (more share options)

▶ Statistics & Data

▶ Video Responses (0)

▼ Text Comments (55,362)  Options       Sign in to post a Comment

**SuperBestever** (3 days ago)                Reply  +256  👎 👍

What a cute and smart littley baby-boy!



**nexus one**

Get Nexus One

Google

Replay

Advertisement



TRX shop now. free shipping.  GYM IN A BAG.

 **copgirl406**   Subscribe

March 10, 2007

(more info)

Kids say the funniest things. Watch as my 3 year old tells me what he thinks of me.

URL   http://www.youtube.com/watch?v=E8aprCN

Embed  &lt;object width="425" height="344"&gt;&lt;param

▶ More From: copgirl406

▼ Related Videos



**Let the Ex Games Begin**
183,647 undefined
SonyPictures
2:42  Promoted Video

**Schapiro Exhibit 301**



Schapiro Exhibit 302

