# SCHAPIRO DECLARATION EXHIBITS CONTINUED

# Schapiro Exhibit 304

You **Tube**

Broadcast Yourself ™

Search

Home   Videos   Channels   Shows

Create Account  or  Sign In

Subscriptions   History   Upload

## CubeStormer



II   ━━━●━━━━━━━━━━━━━━━━━   0:16 / 1:35   ◄►   360p ▲   ⤴   ⤢

★★★★★ 2,271 ratings                                    762,224 views

♥ Favorite   → Share   ✛ Playlists   ⚑ Flag

Facebook        Twitter        MySpace                    (more share options)

▶ **Statistics & Data**

▶ **Video Responses** (0)                    Sign in to post a Video Response

▼ **Text Comments** (759)  **Options**            Sign in to post a Comment

**Lolbomb218** (1 hour ago)                    Reply   0 ▽ △

yes, yes it will



**RoboticSolutions**   Subscribe
February 13, 2010
(more info)

The Worlds Fastest Lego Mindstorms RCX
Speedcubing Robot. Built entirely from lego
elements with a lego web camera to scan the faces
of the cube, The solve engine (algorithm) running on
the compu...

URL   http://www.youtube.com/watch?v=eaRcWB:

Embed   <object width="425" height="344"><param ⚙

▶ **More From: RoboticSolutions**

▼ **Related Videos**



**Google Nexus One Vs.
iPhone 3GS**
857,440 views
jon4lakers
Featured Video

**ARM Powered Nokia/LEGO
Speedcuber**
30,049 views
ARMflix

**NXT Rubik's cube solver -
Final version**
451,220 views
mentulatus

**NXT to RCX LEGO Snakes
And Ladders Robot**
4,149 views
RoboticSolutions

**ARM Powered LEGO/Nokia
4x4x4 Rubik's Cube Solver**
213,584 views
ARMflix

**Boys Like Girls - Love Drunk**



**Schapiro Exhibit 305**

## Snowlapse 2010.wmv





★★★★★ 661 ratings 458,603 views

♥ **Favorite** ➕ **Share** ➕ **Playlists** ⚑ **Flag**

Facebook          Twitter          MySpace                    (more share options)



▶ **Statistics & Data**

▶ **Video Responses** (0)                              Sign in to post a Video Response

▼ **Text Comments** (320) **Options**                         Sign in to post a Comment

**BattlingTube** (7 hours ago)                              Reply   0 👎 👍

**amandareckonwith**
February 07, 2010
(more info)

Subscribe

Time lapse video of the Feruary 5-6 snowfall in DC.
Nikon D200 set to make an exposure every 5
minutes. 328 frames at 12 fps.

URL | http://www.youtube.com/watch?v=EMhUZA

Embed | <object width="425" height="344"><param ⚙

▶ More From: amandareckonwith

▼ Related Videos



**Audi 2010 Green Car Super**
**Bowl Commercial**
1,950,308 views
greenpolice
Featured Video



**SnowLapse**
14,902 views
savagevacations



**SnowLapse Normal, IL**
**12/20/09**
6,335 views
jdbeier38



**The Big Dig. Blizzard 2010.**
**Feb 7.**
2,783 views
mariajl



**Seoul Snow Lapse**
5,987 views
WaZiFLY



**30 hour snow storm time**
**lapse - Washington DC**

# Schapiro Exhibit 306

You **Tube**
Broadcast Yourself ™

Search

Create Account or Sign In

**Home** **Videos** **Channels** **Shows**

**Subscriptions** **History** **Upload**

## Shorewood Lip Dub



IF YOU'VE SEEN THE VIDEO, AND LOVED IT, SEND IT TO ALL YOUR FRIENDS!
WE ARE SO CLOSE TO HITTING A MILLION VIEWS!!!

⏸ ⚪                                                    0:08 / 6:37  ◀◀ 360p ▲ ⤴ ⛶ ▣

This is a video response to **Hey Ya: A music video**

★ ★ ★ ★ ★ 6,332 ratings                                                    **932,489** views

♥ **Favorite**   ➔ **Share**   ✦ **Playlists**   ⚑ **Flag**

Facebook          Twitter          MySpace                              (more share options)

Download This Song: **iTunes   AmazonMP3**

▶ **Statistics & Data**

▼ **Video Responses (1)**                                    Sign in to post a Video Response

◀   ▶
Shorewoo...

**View All** - **Play All**

▼ **Text Comments (1,475)  Options**                              Sign in to post a Comment

**Jennlm** (9 hours ago)                                                    Reply

You guys are amazing!!! That was really awesome. Can't wait to see what you
do next!



**ShorewoodLipDub**                **Subscribe**
December 17,
2009
(more info)

Shorewood High School (Shoreline, WA) When
Shorecrest challenged Shorewood to make a
Lipdub video they didnt know what they were getting
themselves into. Ideas are already floating around
for our ...

URL   http://www.youtube.com/watch?v=T7TI-AJt

Embed   <object width="425" height="344"><param ⚙

▶ **More From: ShorewoodLipDub**

▼ **Related Videos**



**Shorewood Lip Dub
Forwards: How it was filmed**
76,844 views
ShorewoodLipDub
4:40

**LIPDUB - I Gotta Feeling
(Comm-UQAM 2009)**
4,970,001 views
lucocl
4:55

**Boston University LipDub**
114,684 views
bulipdub
5:18

**Hey Ya: A music video**
334,587 views
Apexfilm
4:29

**Shorewood High School
Moving Up**
19,273 views
scott15719
4:24

**LipDUB SGH 2009 - Polish Lip
Dub - Footloose - ...**
226,142 views
magielTV
5:08

**Panic At The Disco Lip Dub**
by Jessica Alba Team

**Featured Videos**


1:05       10:02       8:04