# SCHAPIRO DECLARATION EXHIBITS CONTINUED

**Schapiro Exhibit 307**



Schapiro Exhibit 308








**Schapiro Exhibit 309**







**Schapiro Exhibit 310**

