# SCHAPIRO DECLARATION EXHIBITS CONTINUED

Schapiro Exhibit 311



Schapiro Exhibit 312



# Schapiro Exhibit 313



Schapiro Exhibit 314

