# Rubin Exhibit 1

**Selected Documents Regarding the Use of YouTube
for Marketing and Promotional Purposes by Plaintiffs**

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 3 (GOO001-01855886) | Feb. 15, 2006 | Viacom's VH1: "we're using YouTube for all of our online video, and we love it." |
| Ex. No. 4 (VIA00366274–87) | Feb. 25, 2006 | Paramount: "We recommend YouTube, Vimeo, & Vidlife as sites to post our content for viral distribution . . . the best promotion can be gained by: Posting behind–the–scenes footage or content from the cutting room floor, so users feel they have found something unique rather than a traditional trailer." |
| Ex. No. 5 (VIA10391714) | Mar. 10, 2006 | Viacom: "[Another Viacom employee and I] are both going to submit clips to YouTube.com – him through his personal account so it seems like a user[] of the site and me through [the YouTube account] 'mtv2.'" |
| Ex. No. 6 (VIA10406417–18) | Mar. 30-31, 2006 | Viacom: discussing whether or not it should post the video "as coming from [Viacom's] VH1" or whether "the idea [is] to make it seem like it was leaked." |
| Ex. No. 7 (VIA11918373–75) | Apr. 19, 2006 | In response to a question from the MPAA about whether videos on YouTube from "Mission Impossible 3" (a work in suit) were "leaked" improperly, Paramount confirms: "None of the below scenes mistakenly listed as 'leaked' in this article were leaked at all, they were all brought online this week as pa[r]t of normal online publicity before the release of the film." |

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 8 (VIA00330415) | Jun. 7-8, 2006 | Viacom: agreeing to "execute" a plan to "leak" an episode onto YouTube from the MTV show Jamie Kennedy's Blowin' Up, a work in suit. |
| Ex. No. 9 | Jun. 27, 2006 | Wall Street Journal article: "Viacom Inc.'s Paramount Vantage movie unit last Friday posted exclusively on YouTube an 83–second animated clip poking fun at Al Gore to promote its 'An Inconvenient Truth' film." Viacom employee Andrew Lin (quoted in article): "As a marketer you almost can't find a better place than YouTube to promote your movie." |
| Ex. No. 10 (VIA01250162) | Jun. 30 - Jul. 5, 2006 | Viacom: "I am uploading youtube videos under the fake grassroots account 'demansr' — am having a phone conversation with YouTube people on Wednesday as they already are questioning my identity. Bastards." Viacom also suggests that Viacom's Spike TV should use both an official Spike TV director account on YouTube and "fake grassroots" accounts to upload Viacom content to YouTube. |
| Ex. No. 11 (VIA01179945) | Jul. 5, 2006 | Viacom reports regarding "video we have running on You–Tube presently" from television show on Viacom's Spike TV. |
| Ex. No. 12 (VIA00367207– 11) | Jul. 31, 2006 | Iced Media, a marketing agent for Viacom, identifying 59 videos it found on YouTube containing "Jackass" content that it planned to use when marketing Paramount's "Jackass 2" movie, a work in suit. |

| Ex. No.<br>(Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 13<br>(VIA00330126–27) | Aug. 9, 2006 | Viacom: identifying YouTube as one of the "sites to which I recommend leaking the Human Giant clips." The Human Giant is a television show on Viacom's MTV channel and a work in suit. |
| Ex. No. 14<br>(VIA01179942–44) | Aug. 22, 2006 | Viacom employees discussing their posting of a video on YouTube from an upcoming episode of UFC (Ultimate Fighting Championship), a television show on Viacom's Spike TV television channel. A Viacom employee instructs that "the goal is to make [the video clip] looked 'hijacked'" and states that a Viacom executive suggested they place "visual time code on [the video clip] to add to the 'hijacked' effect." |
| Ex. No. 15<br>(VIA00369535–36) | Oct. 4-5, 2006 | Paramount internal email: "Please help in uploading different versions of our viral slug video [from the movie 'Flushed Away'] to YouTube! . . . we are staying away from 'studio' marketing so please stay away from words like 'Paramount' and 'Flushed Away.' . . . THIS MUST BE VIRAL AND NOT DIRECTLY CONNECTED TO US! . . . We are working on more versions which have countdowns, watermarks, bars, time codes etc. . . . for the multiple YouTube Accounts." |

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 16 (VIA00369543–44) | Oct. 5-6, 2006 | Paramount employees discussing the need to make sure that viral video clips posted to YouTube and other sites contain no "corporate references" such as "paramount," "dreamworks," "dreamworks animation," or "flushed away" in the "author name, tags, descriptions etc." |
| Ex. No. 17 (VIA01179951–52) | Oct. 9-10, 2006 | Viacom: "we've uploaded a boatload of clips onto YouTube for distribution. . . . Please send them out to any and all sites you feel would pick up on these." |
| Ex. No. 18 (VIA00371987–2012) | Nov. 4, 2006 | Report prepared by Paramount regarding viral video campaign for the movie Flushed Away.  The report lists 26 video clips that were uploaded to YouTube as part of a campaign that received 763,669 views. |
| Ex. No. 19 (VIA00345822) | Jan. 30, 2007 | Paramount executive requesting that a video clip from the movie Norbit, a work in suit, "get posted on YouTube asap" but instructing that the video should be posted on YouTube by a third party and without any "PARAMOUNT LOGO OR ASSOCIATION." |
| Ex. No. 20 (VIA00429987–89) | Jan. 30, 2007 | Paramount executive approving a request from Paramount employee to post a video clip of "Lloyd the Dog" from the movie Norbit, a work in suit, and to "'rough it up' with some time code" before releasing the video. |

| Ex. No.<br>(Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 21 | | YouTube video watch page for YouTube video afuhSi13YAs, titled "Talking Dog from 'Norbit'," to which a time code has been added. The screenshot shows that this video was uploaded to the YouTube account "Broadwayjoe415" the day after Paramount executives approved having video clips from the movie Norbit uploaded to viral video websites with time code added. |
| Ex. No. 22<br>(VIA00373855–59) | Jan. 31- Feb. 1, 2007 | Paramount executive discussing viral video clips from the movie Norbit, a work in suit, that Paramount's agent had uploaded to various websites, including YouTube. Paramount executive: "I'm really concerned b/c these clips have been uploaded as if from the official film– from the studio. I thought we were clear with scott that it was to be uploaded from his personal acct and not associated with the film." |
| Ex. No. 23<br>(BAYTSP003732 680–81) | Feb. 27–28, 2007 | Paramount to BayTSP: Do not issue takedown notices for any videos "posted by an approved Paramount Account" or any videos "reposted by another account that matches [videos posted by an approved Paramount Account]." |
| Ex. No. 24<br>(BAYTSP003715 561) | May 9, 2007 | Paramount executive to employee: "leave up" on YouTube a video from the movie Transformers, a work in suit. Paramount to BayTSP: "don't remove any instances of this clip online." |

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 25 (VIA01987927–28) | May 11-14, 2007 | Paramount executive: "I think a time code cut that is not color corrected, cleared, etc. is the way to go . . . leak on youtube?" |
| Ex. No. 26 (VIA00346037–39) | Jun. 8-12, 2007 | Paramount executive instructs that when uploading a video promoting the movie Disturbia, a work in suit, to viral video sites: "[It] should definitely not be associated with the studio – [it] should appear as if a fan created and posted it." Paramount employee then reports that the video was uploaded to websites, including YouTube, "using email & account that can't be traced back to Paramount." |
| Ex. No. 27 (VIA11788213–227) | Sep. 11, 2007 | Viacom executive regarding 102 videos on YouTube containing content from the movie Iron Man trailer, a work in suit: "We should not take down the trailer at this point." |
| Ex. No. 28 (VIA11918237) | Nov. 8, 2007 | Paramount executive describing the marketing plan for the movie Cloverfield, a work in suit: "We will release the trailer exclusively in theaters . . . We will assume audiences will tape the trailer on their own and post it on YouTube – we will NOT issue take–down notices." |
| Ex. No. 29 (FS004957–59) | Feb. 19-20, 2008 | Viacom to its marketing agent Fanscape: It is "okay" to upload viral videos to YouTube "if u can do it the in cognito [sic] way. :)." |

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 30 (FS043029–31) | Feb. 29 - Mar. 6, 2008 | Viacom to its marketing agent Fanscape: "I assume we are posting everything on YouTube, and then using the YouTube links to get our content embedded elsewhere." Fanscape: "If we are trying to be 'under the radar' we will not upload videos to the Fanscapevideos YouTube account but will create a different one." |
| Ex. No. 31 (FS038616–43) | Nov. 18, 2008 | Viacom's marketing agent Fanscape sending a report to Viacom listing 282 videos containing content from several works in suit that Fanscape had uploaded to YouTube. |



# Rubin Exhibit 2

**Selected Documents Regarding the Use of YouTube for
Marketing and Promotional Purposes by Other Companies**

| Ex. No.<br>(Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 32<br>(GOO001-01021878-88) | | Internal YouTube document containing quotations from third parties, including Nike, Warner Brothers Records, and Atlantic Records, praising YouTube's effectiveness as a marketing platform. |
| Ex. No. 33<br>(GOO001-05161257-58) | May 10, 2006 | Viacom marketer Wiredset: "We are all huge fans of YouTube and we upload many of our clients videos to the service. . . . We work with every major label and have clients all over the entertainment industry – and we always get video from them specifically for YouTube." |
| Ex. Nos. 34-35<br>(GOO001-09595002) | Jun. 21, 2006 | NBC Universal to YouTube regarding an NBC–owned television pilot titled "Nobody's Watching": "In order to avoid any confusion of misunderstanding, I wanted to make sure you are aware that NBC is permitting YouTube to host this content, so there is no need for you to remove it until NBC expressly requests its removal." A screenshot of the referenced video titled "Nobody's Watching Part 1" accompanies this email. |
| Ex. No. 36 | Sep. 13, 2006 | Article published by The New York Times describing how filmmakers created a series of videos that appeared to be amateur testimonials from a young woman and posted them to the YouTube account "Lonelygirl15" without revealing their connection to the videos. |

| Ex. No. (Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 37 (FS020140-42 | Sep. 28, 2006 | Viacom marketer Fanscape: "Keep in mind that the only site the clients care about is you tube so that will be the first place they will look." |
| Ex. No. 38 (CH00003400) | Oct. 24, 2006 | Cherry Lane: describing as "very cool" a promotional video on YouTube containing "our newest song." |
| Ex. No. 39 (VIA00330595-96) | Nov. 27–28, 2006 | Viacom executive forwarding a news article reporting that CBS uploaded "300–plus video clips" to YouTube: "Should we discuss a more aggressive approach with our series clips, short-form, etc."  Another Viacom executive responds:  "We actually provide clips to YouTube quite aggressively." |
| Ex. No. 40 (GOO001-06946727-46) | Jul. 22, 2006 | Collection of articles including one, published by The Atlanta Journal–Constitution, quoting NBC Entertainment President Kevin Reilly: "We now in fact have gone into business with them [YouTube] for promotional efforts for our fall [shows.] That video, like everything else on YouTube at this point, none of it has official clearance. We allowed it to happen." |

| Ex. No.<br>(Bates No.) | Date | Description |
|---|---|---|
| Ex. No. 41 | Sep. 6, 2007 | Wall Street Journal article titled "Download This: YouTube Phenom Has a Big Secret," reporting that the 24–year–old singer and guitarist named Marie Digby whose "simple, homemade music videos of her performing songs have been viewed more than 2.3 million times on YouTube," was actually part of an Internet marketing campaign by Walt Disney Company's Hollywood Records, which had "signed Ms. Digby in 2005, 18 months before she became a YouTube phenomenon." |

# Rubin Exhibit 3

To:                    Chris Maxcy <chris@youtube.com>; Hurley Chad <chad@youtube.com>; Donahue
Kevin <kevin@youtube.com>; Julie Supan <julie@youtube.com>
From:                  Steve Chen <steve@youtube.com>
Cc:
Bcc:
Received Date:         2006-02-22 07:42:46 GMT
Subject:               Fwd: Exploding TV

_____

Begin forwarded message:

> From: "Fred Wilson"
> Date: February 21, 2006 8:47:16 PM PST
> To: "Steve Chen"
> Subject: FW: Exploding TV
>
> you might want to follow up on this
>
> fred
>
_____

> From: Jazwiecki, Jim [mailto:Jim.Jazwiecki@mtvnmix.com]
> Sent: Wednesday, February 15, 2006 12:08 PM
> To: Fred Wilson
> Subject: Exploding TV
>
>
> Fred-
>
> Over at VH1's "Best Week Ever", we're using YouTube for all of our online video, and we love it.  Do
> you have any good contacts there?  I'd love to see if there's some way we can work more closely with them.
>
> Thanks,
> Jim
> 212-654-8791

_____

# Rubin Exhibit 4

Subject:  Re: Video Search Challenge
From:     "Megan Crowell" <>
To:       Amy Powell
Cc:       Bryan Warman; Kristina Tipton; Megan Wahtera; Mickey Worsnup;
          Sara Bordo
Date:     Sat, 25 Feb 2006 02:40:25 +0000

Hi Amy,

Kristina & I have reviewed your list of video sites & have looked into some others as well. Here are our suggestions for incorporating these sites into our marketing campaign:

- For sites such as Google video & AOL video search, we should always be sure to supply these search engines with all of our content & metadata to ensure user searches are fulfilled with official, high quality content
- We recommend YouTube, Vimeo, & VidiLife as sites to post our content for viral distribution. In these instances, the best promotion can be gained by:
      * Posting behind-the-scenes footage or content from the cutting room floor, so users feel they have found something unique rather than a            traditional trailer
      * Whenever possible tagging our content with related phrases to capture search audiences
      * Encouraging our internal team to rank, view, & comment on these placements (not using Paramount email accounts) to gain higher position in clip            galleries
      * Anonymously tipping a blog or two about the placement (i.e. AdRants, Fark, BoingBoing) without sounding like an obvious marketing ploy.
      Example: "was watching jesus the muscial for the 100th time & saw a cool jack black clip for Nacho liBre. Never heard of it, but was stoked to see its by     the same people who did Napoleon Dynamite. Anyways, in this clip he's getting waxed & its worse than 40 year old virgin. ouch!"
- Once we have distributed content, we need to continue free access from the source (see ppt for details on NBC/YouTube disaster)

Attached you can also find a more in-depth review of these sites & their offerings.

Megan Crowell
Paramount Pictures Interactive Marketing
323.956.8471
fax: 323.862.1107

----- Replied by Megan Crowell on 2/24/2006 6:39:52 PM
---------------------------------------------------------------------------

From:Amy Powell

02/20/2006 11:51 AM
To: kristina_tipton@paramount.com, megan_crowell@paramount.com, sara_bordo@paramount.com
cc: mickey_worsnup@paramount.com, bryan_warman@paramount.com, megan_wahtera@paramount.com
Subject: Video Search Challenge

KT & MC: please do an anaylsis of sites below and lets discuss how we can utilize them to begin viral video campaigns.

Amy Powell
Senior Vice President, Interactive Marketing
Paramount Pictures

███████████████████████

February 20, 2006
Video Search Challenge

Devising the Killer App for Easier Browsing Is Taking on Urgency
By Daisy Whitney

At nearly every industry conference or panel in the past few months, video search has emerged as the new hot topic as content multiplies on numerous platforms-broadband, traditional television, video-on-demand, mobile phones and iTunes. As delivery methods and programming grow at an exponential rate, the industry is seeking new means to navigate seamlessly through the content.
Story continues below...

"Everybody is trying to figure out how to manage it," said Andy Addis, executive VP of Hillcrest Labs, which enables navigation across devices using a visual interface. "In a world where content choice becomes limitless, navigation is at the end of the day going to separate the winner from the loser. If consumers can't find this stuff, they don't derive any value. If they don't derive any value, they either downgrade, disconnect or take the box back."

That's why "video search" has become the new buzz phrase and has bubbled up quickly as a crucial issue for the TV business, in all its new and old media manifestations.

Telcos, cable operators, satellite providers, mobile phone companies and broadband channels are all now serving up gobs of content. But the advantage may lie not in volume of content, but rather in a meaningful way to sift through it.

Video search is a wide-open business, a true green field niche in the frantic new world of consumer-controlled TV. Every player has a slightly different approach to search. Among the companies attempting to crack the nut of video search are AOL, Google, Gemstar-TV Guide, Hillcrest Labs and MeeVee. There are others, of course, but their early work represents a good cross-section of approaches.

Here's a look at how a handful of players are approaching this nascent business opportunity.

Hillcrest Labs

Hillcrest came on the scene at the Consumer Electronics Show and has been generating some industry buzz with its intuitive approach to search. Rather than using a standard remote control, Hillcrest's content navigation system necessitates the use of a round, ring-like remote with only two buttons and a scroll wheel to zoom in and out of content options. It operates like a mouse and allows viewers to navigate through a visual interface. This navigation strategy is built on concepts popularized by Web sites such as Amazon and Netflix, which rely on browsing and recommendation.

Hillcrest's system is designed to let users navigate all their content, such as VOD, linear TV or digital photos, in the same fashion. "You find a VOD movie the same way you find a CD or a song you want," Mr. Addis said.

The system is intuitive, so it can guide viewers through content and also help them drill down to other, similar content, such as movies or shows with the same actor. The service, like Amazon.com, can suggest or recommend content. Hillcrest has pursued this visual approach because video search isn't about looking up video content by a keyword, Mr. Addis said. "Consumers will not be inclined to sit back on their couch and lean forward and pick up a keyboard and say, 'I don't know what I want to watch tonight,'" he said.

That's why the browse function is such a critical part of the navigation process, he said. Hillcrest is marketing its product to service providers, consumer electronics companies and PC makers.

AOL Video Search

AOL plans to launch a new version of its video search site this week now that it has integrated its existing search capabilities with those of its newly acquired video search service, Truveo. AOL's approach is built on a pure search paradigm, but also enables browsing in AOL's video library of more than 20,000 video assets.

Truveo's technology searches content visually. While video search is its own animal, it draws comparisons with

VIA00366275

text search, because that's the gold standard for consumers, said Kevin Conroy, executive VP for AOL Media Networks.

"There is an expectation in the marketplace of what people expect to get when they type in a search query. The bar has been set and it's our challenge to deliver as good a result for video search as people have come to expect for text search," he said.

### Google Video

The company that defines traditional search on the Internet aims to play a leading role in video search as well. That work will come largely through its Google Video service.

Rather than search for video on the main Google page, where video results would turn up with other results or not at all, Google wants users to look for video specifically at Google Video. Once there, searching isn't the only way around. The service is browse-based, too, and enables random discovery of content.

### Gemstar-TV Guide

The dominant provider of interactive program guides, which services Comcast's footprint, will release a new version of its guide in the middle of this year in a phased rollout to Comcast homes. This new iteration will include integrated search capabilities.

Today users can search for content on linear TV. But the next version will enable viewers to search for programming from both video-on-demand offerings and traditionally scheduled TV, said Mike McKee, president of interactive program guides for Gemstar-TV Guide.

It's important to offer different search experiences because some viewers will want to use the grid while others will want to search by genre, title or actor, he said: "We want to offer it in multiple ways."

### MeeVee

An online TV guide, MeeVee searches through actual TV listings rather than all video on the Web. The approach of MeeVee is to look forward into the next few weeks of scheduled TV programming rather than look back on the Web for past content.

It's also designed to be a personal guide that helps users manage viewing preferences, send them to a friend or be alerted to upcoming content, said Matthew Cullen, VP of sales and business development for MeeVee. "We want to be the place people come to discover video they want to watch, whether through linear TV or Internet TV channels," he said.

List of attachments:
 VideoSharingSites.ppt

# Video Sharing Sites

## Overview

The recent rise in popularity of video sharing sites seems a perfect fit for promoting viral video content. However, upon further research some key themes have arisen that will be important to keep in mind:

- If we are going to distribute this content, we need to ensure that once posted, we can continue to allow free access from the source
  - NBC legally forced YouTube to remove the SNL Lazy Sunday clip & asked users to instead view from the official site. This was looked negatively upon & NBC received negative buzz from many blogs
  - Google's DRM system has annoyed users who want to continue to watch a clip over time
- The best way to garner heavy promotion is to rely on sites that showcase top clips
  - Placing viral content on AOL and/or Google video search engines is unlikely to work, other than by reaching users specifically searching for that content

Continued on next slide . . .

HIGHLY CONFIDENTIAL

# Video Sharing Sites

## Overview Continued

- Many sites encourage user comments, so we should be aware of the potential for negative feedback
  - Suggest staying away from posting Tom Cruise clip, for instance
- A traditional trailer is not interesting to these users
  - Behind the scenes footage or content that appears to be from the cutting room floor seems much more special & therefore worth sending to friends & coworkers
- Whenever possible we should tag our content with related phrases to capture search audience
- If possible, we should anonymously tip a blog or two to post about the placement (i.e. AdRants, Fark), without sounding like an obvious marketing ploy

HIGHLY CONFIDENTIAL

VIA 00366278

# AOL Video Search



HIGHLY CONFIDENTIAL

3

VIA00366279

# AOL Video Search

Results pages show screenshot of clip along with length & original source. Lots of content duplication from various sources makes the user experience somewhat frustrating.

- 3.7 M unique users

- 48% M / 52% F

- User base is mostly young adults:
  - Ages 18-24: 12% (441,000)
  - Ages 25-34: 14% (512,000)
  - Ages 35-54: 42% (1,546,000)

4

HIGHLY CONFIDENTIAL

VIA 00366280

# Google Video



HIGHLY CONFIDENTIAL

VIA00366281

# Google Video

Search engine allows users to search for video assets online.  Seems like it doesn't have that many sites included in database.

In researching this site, I uncovered backlash on this feature as not being a user driven initiate, but rather a corporate DRM mess.

- Media Builder shows 170,000 monthly uniques

6

VIA 00366282

# Vimeo



HIGHLY CONFIDENTIAL

VIA00366283

# Vimeo

Part of Connected Ventures (CollegeHumor.com). Homepage shows top clips, newest clips, & users who have uploaded multiple clips. Users also have a profile, so it seems to attract a younger & more social audience.

Message boards are displayed under clip so users can comment. Clips can also be tagged with keywords to help with searching. A large majority of the content is pornographic. Must sign in to view any clips.

- Does not appear in Media Metrix

8

HIGHLY CONFIDENTIAL

VIA 00366284

# YouTube



HIGHLY CONFIDENTIAL

VIA00366285

# YouTube

Free video uploading service. Lots of video blogging. Restrictions include nudity & also "video must be appropriate for all ages". Great formatting – clips are organized into several categories (top viewed, most discussed) and numerous channels (arts, people, blogging, etc.).

- 2,741,000 unique users

- 53% M / 47% F

- User base is growing at all age levels:
    - Ages 18-24: 8% (222,000)
    - Ages 25-34: 7% (186,000)
    - Ages 35-54: 17% (478,000)

10

HIGHLY CONFIDENTIAL

# Other Sites of Interest

• VideoBomb (the more users interact with the content, the more promotion it garners)

•MetaFilter.com (community weblog)

•Yashi.com (similar to YouTube)

•Vidilife.com (compatible with MySpace & Friendster)

HIGHLY CONFIDENTIAL

VIA 00366287

**Rubin Exhibit 5**

Subject:   YouTube.com
From:      Lam, Cuong <EX:/O=VIACOM/OU=MTVUSA/CN=RECIPIENTS/CN=USER
           ACCOUNTS/CN=USER/CN=LAMC>
To:        Preston, Lisa
Cc:        Date:      Fri, 10 Mar 2006 22:11:32 +0000

Lisa:

Spoke with Jeff and we are both going to submit clips to YouTube.com - him through his personal
account so it seems like a users of the site and me through "mtv2."  We'll cover the site this way until
we have further contact with YouTube.com.

Thanks,
Cuong.

Confidential

# Rubin Exhibit 6

Subject: FW: Tori viral videos
From: Kadetsky, Deborah <EX:/O=VIACOM/OU=MTVUSA/CN=RECIPIENTS/CN=USER ACCOUNTS/CN=USER/CN=KADETSKD>
To: Ocasio, Sonia
Cc: Date: Fri, 31 Mar 2006 17:08:51 +0000

Fyi.

Ugh

>_____
>From: Acord, Scott
>Sent: Thursday, March 30, 2006 6:47 PM
>To: Hornik, Lori; Kadetsky, Deborah
>Subject: RE: Tori viral videos
>
>
>I agree.
>
>_____
>From: Hornik, Lori
>Sent: Thursday, March 30, 2006 3:28 PM
>To: Kadetsky, Deborah
>Cc: Acord, Scott
>Subject: RE: Tori viral videos
>
>I think that would be fine but was the idea to make it seem like it was leaked? If so I don't think we should post it as coming from VH1... Scott?
>
>_____
>From: Kadetsky, Deborah
>Sent: Thursday, March 30, 2006 5:33 PM
>To: Hornik, Lori
>Cc: Acord, Scott
>Subject: RE: Tori viral videos
>
>Ok, we're on it. I'm thinking we post it as coming from VH1 - do you agree?
>
>Thanks,
>deb
>
>_____
>From: Hornik, Lori
>Sent: Thursday, March 30, 2006 5:29 PM
>To: Kadetsky, Deborah
>Cc: Acord, Scott
>Subject: RE: Tori viral videos
>
>Hi Deb,
>We haven't sent anything to You Tube or the blogs yet. Your team can run with it and we'll make sure to connect with you before we send anything out.
>
>Thanks,
>Lori
>
>_____
>From: Kadetsky, Deborah

VIA 10406417

>Sent:      Thursday, March 30, 2006 11:48 AM
>To: Hornik, Lori
>Subject:  Tori viral videos
>
>Hey lori,
>Can you give me a buzz when you're back?  We are seeding the viral videos for Tori now and wanted to
know if you/your team are already doing so with YouTube?  We can get our intern on it today with the
rest of our plans…
>
>
>Thanks,
>deb
>
>_____
>Deborah Kadetsky
>Online Marketing Director
>deborah.kadetsky@vh1staff.com
>phone: 212.846.7864
>fax: 212.846.1870
>
>
>



**Rubin Exhibit 7**

Subject: Fw: Fw: MI:3
From: "Alfred Perry" <>
To: Scott Martin
Cc: Date: Wed, 19 Apr 2006 23:47:28 +0000

Redacted
for Privilege ███████████████████████████████

-----------------------------------------------------

Sent from my BlackBerry wireless handheld

From: Alfred Perry
Sent: 04/19/2006 04:46 PM
To: Bryan Warman
Cc: Amy Powell
Subject: Re: Fw: MI:3

Thanks to all....we hoped as much.

-----------------------------------------------------

Sent from my BlackBerry wireless handheld

From: Bryan Warman
Sent: 04/19/2006 04:45 PM
To: Alfred Perry
Cc: Amy Powell
Subject: Re: Fw: MI:3

Alfred, Dan & Joe,

None of the below scenes mistakenly listed as "leaked" in this article were leaked at all, they were all brought online this week as pat of normal online publicity before the release of the film.

These 2 clips plus 7 others are all online on numerous websites including the official site at MissionImpossible.com

Hope this helps clear up any confusion...

Please feel free to let Amy Powell or myself know if there are any other questions or concerns about these or any other clips online.

Bryan Warman
Creative Director
Motion Picture Interactive Marketing
Paramount Pictures
5555 Melrose Avenue - Marathon, 3204
Hollywood, CA 90038
P: 323.956.8275 | F: 323.862.1107

----- Replied by Bryan Warman on 4/19/2006 4:41:50 PM
----------------------------------------------------------------------------

From: Alfred Perry
Sent: 04/19/2006 04:37 PM
To: Amy Powell
Subject: Fw: MI:3

From:Alfred Perry

04/19/2006 04:32 PM
To: Scott Martin
cc:
Subject: Fw: MI:3

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

------------------------------------------------

Sent from my BlackBerry wireless handheld

From: Joe Ruvalcaba
Sent: 04/19/2006 04:27 PM
To: Alfred Perry
Subject: Fw: MI:3

I just spoke with Dan Seymour and Brad Borchard from the MPA re. MI:3 scenes found on YouTube.com. ▮▮

The 3 clips I found on the site are:

1. Mission Impossible 3: I've Got a Signal
2. Mission Impossible 3: Are You In
3. MI:3 Trailer

Also noting that an article was posted today on the FOX NEWS website indicating scenes have hit the internet.

Here's a cut and paste of the article:

'Mission: Impossible' Scenes Hit Internet
Tom Cruise's baby was not the only birth in his life over the past 24 hours. Today, scenes from his upcoming thriller, "Mission: Impossible 3," are being leaked to the internet.
In the last day or so, two scenes have made it onto youtube.com. They aren't trailers. These are scenes. One of them is called "I've Got a Signal" and the other is "Are You In?"
Both scenes are a minute long. The first one is an action sequence with Ving Rhames and Jonathan Rhys-Myers. You can't really judge it, but it's very colorful chase that ends with a big explosion. The sound is good enough that the clip will definitely whet appetites for more.
The second scene, however, is less exciting. It's Tom delivering an impassioned speech to Rhames and Rhys-Myers in front of a clear planning board. Honestly, it looks a little like an outtake from "Minority Report."
But at least there's a funny little spoiler: it seems that Philip Seymour Hoffman's villain is named Oscar Davian, a tribute to his longtime manager and friend Davien Littlefield. The character is referred to in the movie by his last name, so there's a lot of talk about "Davian." It's a nice inside joke.
It's hard to say whether Paramount has authorized these clips as a way of stoking interest in the $200 million film (that includes promotion), or if some snarky person in the production office is behind the leaks.
And if there are two today, are more coming? The answer is probably yes. Paramount's mission, if they choose to accept it, may be to stem the tide in coming days.
The clips can be found on youtube simply by typing in Cruise's name or the name of the movie in the search engine.
But be warned: you will also find several parodies of the film and of Cruise himself regarding Katie Holmes and Scientology. They are almost more fun to watch than the clips.

From:<Dan_Seymour@mpaa.org>
04/19/2006 04:14 PM
To: <Joe_Ruvalcaba@paramount.com>
cc:
Subject: FW: MI:3

Daniel Seymour
Internet Investigations Manager
Worldwide Internet Enforcement
Motion Picture Association of America
818.995.6600

From: Borchard, Brad
Sent: Wednesday, April 19, 2006 3:43 PM
To: Seymour, Dan; Bergstrom, Peter; Winter, Craig; Yang, Jason; Huang, Eddie; Gischner, Michael
Subject: MI:3
Importance: High

Saw that two scenes have been leaked onto YouTube.com. Anyway we can confirm that this is the studio doing this to create buzz or do we have a serious leak that we need to start tracking on?

http://www.foxnews.com/story/0,2933,192331,00.html

Brad

Powered by CardScan

# Rubin Exhibit 8

Subject: RE: JAMIE
From: "Exarhos, Tina" <EX:/O=VIACOM/OU=MTVUSA/CN=RECIPIENTS/CN=EXAROST
>
To: DeBenedittis, Paul A. - Programming; Aissa, Rod; Curren, Lois
Cc: Ireland, Mikey
Date: Thu, 08 Jun 2006 01:44:08 +0000

yes and yes.

_____

From: DeBenedittis, Paul A. - Programming
Sent: Wed 6/7/2006 7:42 PM
To: Aissa, Rod; Curren, Lois; Exarhos, Tina
Cc: Ireland, Mikey
Subject: RE: JAMIE

Tina - We're totally up for this… you ok, can you execute?

---

From:   Aissa, Rod
Sent:   Wednesday, June 07, 2006 7:31 PM
To:     DeBenedittis, Paul A. - Programming; Curren, Lois
Cc:     Ireland, Mikey
Subject:     RE: JAMIE

yes

---

From:   DeBenedittis, Paul A. - Programming
Sent:   Wednesday, June 07, 2006 4:30 PM
To:     Aissa, Rod; Curren, Lois
Cc:     Ireland, Mikey
Subject:     RE: JAMIE

I'm totally game… may I include Tina here as well?

---

From:   Aissa, Rod
Sent:   Wednesday, June 07, 2006 7:29 PM
To:     Curren, Lois; DeBenedittis, Paul A. - Programming
Cc:     Ireland, Mikey
Subject:     JAMIE

Jamie and Warner Bros just called me to hype how the show and Jamie's music is blowing up on the internet. They are wondering if we would consider leaking the next episode on YouTube. It might help spread word of mouth.

Is this something we would do?

HIGHLY CONFIDENTIAL



# Rubin Exhibit 9



1 of 1 DOCUMENT

Copyright 2006 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

Dow Jones Factiva

(Copyright (c) 2006, Dow Jones & Company, Inc.)

THE WALL STREET JOURNAL.

The Wall Street Journal

June 27, 2006 Tuesday

**SECTION:** Pg. A1

**LENGTH:** 2176 words

**HEADLINE:** Garage Brand: With NBC Pact, YouTube Site Tries to Build a Lasting Business --- Internet Video Service Sketches A Path to Profitability;
 Difficult Copyright Issues --- Receiving 60,000 Clips a Day

**BYLINE:** By Kevin J. Delaney

**BODY:**

Over the past decade, large media and tech companies have tried to build mass-market services offering video over the Internet. Someone has finally succeeded big: a startup with 35 employees and an office over a pizza restaurant.

Through YouTube Inc.'s Web service, consumers view short videos more than 70 million times a day, ranging from clips of unicycling jugglers and aspiring musicians to vintage Bugs Bunny cartoons and World Cup soccer highlights recorded from TV. Users post more than 60,000 videos daily, with a limit of 10 minutes for most clips.

The big question for YouTube now: Can it turn this loose bazaar of videos into an enduring business?

It will take a step in that direction today when it gets a big endorsement from General Electric Co.'s NBC Universal. NBC plans to announce that it will make available on YouTube promotional video clips for some of its popular shows, such as "The Office," "Saturday Night Live" and "The Tonight Show with Jay Leno." NBC plans to market its new fall lineup using clips on YouTube, and is holding a contest for consumers to submit their own promotional videos for "The Office." It will also buy ads on the site and promote YouTube with mentions on television. That's a significant step for NBC, which earlier had demanded that YouTube take down clips of its programming.

YouTube is a classic Silicon Valley garage-to-glory tale. Two friends, Chad Hurley and Steve Chen, started a company in a garage to tackle an issue they were grappling with personally: how to share home videos online. They maxed out Mr. Chen's credit card on business expenses before a financier bankrolled them. They built a huge consumer

Garage Brand: With NBC Pact, YouTube Site Tries to Build a Lasting Business --- Internet Video Service Sketches A
Path to Profitability; Difficult Copyright Issues --- Receiving 60,000 Clips a Day Th

following under the noses of richer, better-known companies with vastly larger payrolls. The young company burst forth as the dominant player.

But for every Apple Computer Inc. or Google Inc., Silicon Valley's history is filled with dozens of hot startups that gained 15 minutes of fame but couldn't sustain their brief success. YouTube's executives, including some alumni of Internet flameouts, are now furiously planning strategy and making deals to sustain their upward arc.

YouTube's 29-year-old chief executive, Mr. Hurley, and its 27-year-old chief technology officer, Mr. Chen, see two big challenges. The first is to figure out how to make money. The second is to address concerns of copyright holders that many of their TV and movie clips, music videos and songs are available through YouTube without permission.

Messrs. Hurley and Chen, who worked together at eBay Inc.'s PayPal electronic-payment unit, are trying to tackle both issues with a major stroke. They're quietly building an online-ad system with Google-scale ambitions, which they intend to use to entice producers to post their best videos on YouTube. When the system rolls out later this year, YouTube will share revenue from ads that appear alongside some videos with the producers of those videos. Messrs. Hurley and Chen hope that Hollywood will come to see YouTube much as it now views network TV: a legitimate means of distributing content with revenue and promotional payoff.

With stepped-up ad sales, YouTube could become a bigger target for lawsuits. While much of its content consists of home-shot videos, critics say the most-viewed items often involve some type of copyright infringement. On a recent day, top-viewed videos included clips from "Today" and "The Daily Show," a shaky "Radiohead" concert video and World Cup soccer highlights recorded from TV.

YouTube says it removes clips when content owners request it, under a procedure outlined in the Digital Millennium Copyright Act of 1998. In some cases, copyright owners such as TV producers put the clips on its site themselves in order to generate buzz or to test ideas.

NBC has been among the media companies most actively requesting YouTube to take down videos that users have uploaded without permission. With today's agreement, NBC seeks to promote its shows to YouTube's audience while getting assurances that material it doesn't want on the site will be removed. "YouTube has done their work on protecting copyright and we have assurances from them they will continue to do so," says NBC Universal Television Group Chief Marketing Officer John Miller. "They are a bright light, they have a lot of traffic," he adds.

Based in San Mateo, Calif., YouTube got its start in February 2005, after a dinner party attended by Mr. Hurley, who studied design in college and sports shoulder-length hair, and Mr. Chen, a Taiwan-born engineer with small hoops in each ear. They took videos of the party, but grew frustrated when they tried to share the footage with friends. They set out to build an online service that would let them do just that. At the time, Mr. Chen was still working at PayPal. Mr. Hurley, who had designed PayPal's current logo during his 1999 job interview there, was doing consulting work.

They set up shop in Mr. Hurley's Menlo Park garage. In May 2005, they released a test version of the site on the Web with no marketing. Early videos available prominently featured Mr. Chen's cat, PJ.

The site quickly built up a following. It stood out from the growing corps of online video services, including an offering from Google, for its simplicity. YouTube serves up videos from its Web site directly or from other sites where people insert them, generally not requiring users to download any special software. To accomplish this technical feat, YouTube drew on open-source software and wrote its own code. The service can handle about 110 video formats and 64 audio formats used by digital photo and video cameras and cellphones.

It also let consumers display its videos on other sites, such as blogs or personal pages on News Corp.'s popular MySpace social networking service. Users could easily upload the video and email links to YouTube videos to each other. The influential techie site Slashdot's mention of YouTube helped boost traffic.

Garage Brand: With NBC Pact, YouTube Site Tries to Build a Lasting Business --- Internet Video Service Sketches A Path to Profitability; Difficult Copyright Issues --- Receiving 60,000 Clips a Day Th

After seeing Mr. Chen at a party last summer, former PayPal Chief Financial Officer Roelof Botha put some clips from his honeymoon in Italy on the site. Now a partner at venture-capital firm Sequoia Capital -- known for backing Apple, Cisco, Google and Yahoo, among others -- Mr. Botha invited the YouTube co-founders to his office in mid-August. Mr. Botha says that their project shares a key attribute with some of those tech legends: "building something for a personal need that winds up being universally useful."

By September, users were viewing YouTube videos more than a million times a day. Plotting strategy with Mr. Botha in October, the YouTube founders still believed their main business opportunity involved individuals sharing home videos. The next month, they announced Sequoia had injected $3.5 million to help finance the company.

But it started becoming clear to YouTube that users were sharing more than just their own videos, and viewership stretched far beyond circles of friends. By the time of the site's official public release on Dec. 15, consumers were viewing YouTube videos more than three million times daily. Millions of users had watched clips starring Brazilian soccer star Ronaldinho posted by sneaker giant Nike Inc. A few days later, someone posted to YouTube a skit from NBC's "Saturday Night Live" dubbed "Lazy Sunday," featuring two grown men rapping about cupcakes, red licorice candy and "The Chronicles of Narnia" film.

After it turned up among user favorites on the site, Mr. Hurley on Dec. 28 emailed a contact at NBC. He asked whether NBC had provided the clip itself, and volunteered to remove it from YouTube if the video had been shared without NBC's permission. The NBC staffer replied that he didn't know the answer, but would look into it, Mr. Hurley says.

Consumers viewed "Lazy Sunday" six million times before NBC on Feb. 3 contacted YouTube to request that it be removed, along with hundreds of other clips including Jay Leno monologues and video from the Winter Olympics.

YouTube's rising popularity led to run-ins with others. In December, MySpace blocked users from playing YouTube videos on their MySpace pages. Consumer outcry followed and MySpace activated the YouTube feature again. A News Corp. executive later said MySpace was concerned that the YouTube videos contained porn, and only reactivated them once YouTube had given it assurances about porn filtering. (YouTube says it removes any pornography after users point it out.) Shortly after the incident, MySpace released its own video service to compete with YouTube.

As YouTube users began complaining that the system was slowing, the company spent more on technology. In January, it began displaying limited advertising to help offset its rising costs for computer equipment and telecom lines. Mr. Chen predicts YouTube will open one new data center with computers to run its service each month this year.

Thanks partly to its use on MySpace and the Saturday Night Live clip, YouTube quickly became a cultural phenomenon. Amateur video enthusiasts created their own video tributes to "Lazy Sunday" that they titled "Lazy Monday" and "Lazy Muncie." Videos of young people, including two Chinese students, hamming it up in front of Webcams while lip synching to popular songs were viewed millions of times.

Along the way, the entertainment world began exploring how it might benefit from YouTube's audience. The Weinstein Co., a movie company run by producers Bob and Harvey Weinstein, in April premiered the first eight minutes of the film "Lucky Number Slevin" on YouTube. Viacom Inc.'s Paramount Vantage movie unit last Friday posted exclusively on YouTube an 83-second animated clip poking fun at Al Gore to promote its "An Inconvenient Truth" film. By midday yesterday, it had been viewed nearly 600,000 times. "As a marketer you almost can't find a better place than YouTube to promote your movie," says Andrew Lin, vice president for interactive marketing at Paramount Vantage. Viacom owns YouTube rival ifilm.

Still, there were bumps. C-SPAN asked YouTube to take down popular clips of an appearance by television personality Stephen Colbert at the White House Correspondents' Association dinner in April. C-SPAN distributed the clips free through Google's video service.

Garage Brand: With NBC Pact, YouTube Site Tries to Build a Lasting Business --- Internet Video Service Sketches A Path to Profitability; Difficult Copyright Issues --- Receiving 60,000 Clips a Day Th

Some top tech and entertainment executives have lambasted the company -- while others have showed grudging admiration. Microsoft Corp. Chairman Bill Gates in May told attendees of The Wall Street Journal's "D" technology conference that, given the copyright issues and the lack of a clear path to profitability, his company would be "in a lot of trouble" if it did what YouTube has. But he also acknowledged spending time on the site. "I saw a bunch of old Harlem Globetrotters movies up there the other night, it's great," he said.

Google and other YouTube competitors also stepped up their games. Google simplified its video-upload interface to match what YouTube had been offering. Yahoo this month upgraded its video service to allow consumers to submit videos directly to it, competing more squarely with YouTube.

Rumors have circulated in recent months that some major media companies have expressed interest in buying YouTube. In response Mr. Hurley says the company is not for sale. He says an initial public offering in the future is a possibility.

The YouTube co-founders decline to provide many specific details of the ad system they expect to gradually begin rolling out next month. But they say they're not fond of commercials that play before a user can watch a video, known in the industry as "prerolls." YouTube recently hired Yahoo sales executive Tony Nethercutt to build its sales team.

Consumers can now submit videos from their mobile phones, and Messrs. Chen and Hurley say they one day should be able to view YouTube clips on phones and other devices. They say they'll potentially expand beyond video to audio and other content.

For now, YouTube remains by far the most-visited video site on the Web. It attracted more than 20 million U.S. users in May, compared with 11.1 million for Microsoft's MSN Video and around seven million for both MySpace's video site and Google Video, according to research firm NetRatings Inc. YouTube says behavior indicates that users are most interested in viewing clips three minutes or shorter.

"We're at the fork in the road where Google was at maybe four or five years ago before they rolled out" their current ad model, says Mr. Chen.

A big question is whether more advertising and promotions will drive away some users who like the site's edgy feeling. Consumers spoke up earlier this year when YouTube's home page began to highlight in yellow links to videos from official content partners, questioning the preferential treatment. In response, YouTube quickly removed the yellow highlighting from the page.

---

Online Today: WSJ.com subscribers can read an article about Veoh, a YouTube competitor that recently decided to pull all pornographic videos from its site, at WSJ.com/OnlineToday.

Garage Brand: With NBC Pact, YouTube Site Tries to Build a Lasting Business --- Internet Video Service Sketches A Path to Profitability; Difficult Copyright Issues --- Receiving 60,000 Clips a Day Th



**A video on YouTube,** *above, viewed over one million times since June 1.*

# Eye Catching

YouTube's unique audience compared to those of other top video sites, in millions:

Source: NetRatings Inc.

Garage Brand: With NBC Pact, YouTube Site Tries to Build a Lasting Business --- Internet Video Service Sketches A Path to Profitability; Difficult Copyright Issues --- Receiving 60,000 Clips a Day Th



Steve Chen



Chad Hurley

**NOTES:**
PUBLISHER: Dow Jones & Company, Inc.

**LOAD-DATE:** June 28, 2006

# Rubin Exhibit 10

From:        Vicky Fang <Vicky.Fang@mtvnmix.com>
Date:        Wed, 05 Jul 2006 09:59:39 -0400
To:          "Bos, Chris" <Chris.Bos@spiketv.com>, Steve Farrell <Steve.
             Farrell@spiketv.com>
Subject:     Re: You tube

I have a phone meeting with the guy today (there's an approval process involved) -- I think it's
probably a good idea to go the official route, but we can also go both routes, as many places do. More
on that soon... We should probably set up some standards as far as URL overlay/slating for these
videos. Also... Do we have an outlet to send these out once we post on You Tube?
-Vicky

On 6/30/06 9:42 PM, "Bos, Chris" <Chris.Bos@spiketv.com> wrote:

Hey,

Did you sign up for the "official" director account so we can get the spike logo and link to the show
page in the description? At the moment we have have a non hyperlink in place which won't be doing
much for our google awareness.

-----Original Message-----
From: Fang, Vicky
Sent: Fri 6/30/2006 6:07 PM
To: Farrell, Steve
Cc: Bunyi, Martin; Chung, Min; Bos, Chris; Kondas, Jeff; Kondas, Brian; Vecsi, Dayna; Farrell, Vincent;
Parouka, Karmelina; Abrams, Mike; Whittingham, Chris; Klein, Melanie

Subject: You tube

Ok, I am uploading you tube videos under the fake grassroots account
"demansr" -- am having a phone conversation with the You Tube people on
Wednesday as they already are questioning my identity. Bastards.

ROOFS
I love you tammy
http://www.youtube.com/watch?v=T5ELL0pV0BM

Father son crapper moment
http://www.youtube.com/watch?v=Fl5zRNFzmIo

DUDESONS
Baseball bat surprise
http://www.youtube.com/watch?v=-mcsQarma04

So anyhow, don't sue me. Steve, do you want to tell Matt about this?

-Vicky

CONFIDENTIAL                                      VIA 01250162

# Rubin Exhibit 11

From:     "Spina, Dario" <Dario.Spina@spiketv.com>
Date:     Wed, 5 Jul 2006 15:07:49 -0400
To:       "Ames, Todd" <Todd.Ames@spiketv.com>, "Mansfield, Pancho \(Spike
          TV\)" <Pancho.Mansfield@spiketv.com>, "Levy, Sharon" <Sharon.
          Levy@SpikeTV.com>, "Kay, Kevin" <Kevin.Kay@spiketv.com>, "
          Friedman, Robert - SpikeTV" <Robert.Friedman@spiketv.com>, "
          Farrell, Steve" <Steve.Farrell@spiketv.com>
Subject:  RE: Dudesons YouTube screenshots

very cool-

Looks great.

I saw the ads on Break.com as well - we're in the right places online.

d

Dario Spina
SVP Marketing and Promotions
Spike TV
1775 Broadway, 10 Fl.
NY, NY 10019
212-767-4466  -  Connie Pitsirilos 212-767-8925

──────

From: Ames, Todd
Sent: Wednesday, July 05, 2006 2:54 PM
To: Spina, Dario; Mansfield, Pancho (Spike TV); Levy, Sharon; Kay, Kevin; Friedman, Robert - SpikeTV; Farrell,
Steve
Subject: FW: Dudesons YouTube screenshots

Hey gang,

Below are some screen shots of video we have running on You-Tube presently .  We should see some coverage on
UGO and IGN shortly.

We placed a buy through Palisades Interactive, with whom we worked for Blade, to place these clips, as well as
running banners on a young male targeted ad network, and placements in AIM instant messenger windows.

Please let me know if you have any questions.

Todd

 YouTube screenshots:

List of attachments:
  image009.jpg
  image008.jpg
  image007.jpg
  image006.jpg
  image005.jpg

# Rubin Exhibit 12

Subject:    ICED Jackass Campaign
From:       "Scott Hurwitz" <>
To:         Amy Powell
Cc:         Date:   Mon, 31 Jul 2006 23:46:40 +0000

Hi Amy-
My team is very excited about getting the Jackass 2 online campaign going.
We've been doing some research on YouTube for Jackass clips over the last few days and have found that there are
so many different clips that we're going to create a few different "lists" to give to our site targets.
These "lists" will be along the lines of "most painful," "laugh out loud funniest," "most obnoxious""best montage" etc.
Each list will include the urls to view that particular content on youtube.
We'll also encourage our sites to create their own lists from the document of links we send them.

In addition to working the YouTube angle, we're also going to start getting the trailer out to all of our contacts.

I haven't heard back from you regarding the subservient chicken/do bad stuff to Steve-O idea.  But if you want us to
create that piece of viral content, we definitely can.

Just wanted to touch base today as we're all ready to start this campaign off tomorrow, August 1 and run thru release
day.
Please let me know if we're good to go and we can hit the ground running.
Thanks so much.
Talk to you soon,

Scott

--

Scott J. Hurwitz
Senior Vice President
ICED MEDIA
415 W Broadway Ste 2N
NY NY 10012-3737
646-753-6401
scott@icedmedia.com

List of attachments:
 JackassOnYoutubeDoc1.doc

Jackass on YouTube  Sheet 1

Bam Margera collage
http://youtube.com/watch?v=aXrTzL-RylM&search=bam%20margera

Jai alai
http://youtube.com/watch?v=DsVQeYlleW4&search=jackass%20clip

collage of all the characters
http://youtube.com/watch?v=4vN4D8VZpjg&search=jackass%20clip

Johnny Knoxville on Viva La Bam
http://www.youtube.com/watch?v=F_lyuxTYlSY&search=johnny%20knoxville

Johnny Knoxville Gets Hit By a Car
http://www.youtube.com/watch?v=lFcaa3VmWSA&search=johnny%20knoxville

Knoxville Self Defense Test
http://www.youtube.com/watch?v=n5X8nvsgIwY&search=johnny%20knoxville

Jackass Paintball
http://www.youtube.com/watch?v=cvgl5jcGq5I&search=johnny%20knoxville

Butterbean vs. Knoxville
http://www.youtube.com/watch?v=GdomsuXleq0&search=johnny%20knoxville

Johnny Knoxville Dropping in for the First Time
http://www.youtube.com/watch?v=quEBXmn3sSE&search=johnny%20knoxville

Johnny Knoxville Naked in the Shower
http://www.youtube.com/watch?v=RoP7veq3iqU&search=johnny%20knoxville

Yoga Class
http://www.youtube.com/watch?v=Pmj4w2pO0kk&search=johnny%20knoxville

Johnny Knoxville – Sprayed with Waterhose
http://www.youtube.com/watch?v=XKNyoptmC7s&search=johnny%20knoxville

Johnny Knoxville versus Bull
http://www.youtube.com/watch?v=XYqO9pg_PPk&search=johnny%20knoxville

Boner Boy
http://www.youtube.com/watch?v=xl7VclXtg4o&search=johnny%20knoxville

Johnny Knoxville Getting Butt Kicked By Priest (from Jackass the movie)
http://www.youtube.com/watch?v=F09aL2rZjzs&search=johnny%20knoxville

Jackass: Cup Test
http://www.youtube.com/watch?v=ATgS3Xd9jUk&search=johnny%20knoxville

CONFIDENTIAL

VIA00367208

Wildboyz Whip Game
http://www.youtube.com/watch?v=qvU72LNcVsg&search=johnny%20knoxville

Golf Air Horn
http://www.youtube.com/watch?v=TZAFRO9hJqA&search=johnny%20knoxville

Rugby
http://www.youtube.com/watch?v=2QyWH69gN2Q&search=johnny%20knoxville

Steve-O Gets Humped By an Elk
http://www.youtube.com/watch?search=johnny+knoxville&v=DGzOSJ39gv4

Jackass Fire Stunt
http://www.youtube.com/watch?v=kNk3djyMYT8&search=johnny%20knoxville

Jackass presents Gumball 3000
http://youtube.com/watch?v=bmoimO85rUk&search=johnny%20knoxville

Heavy Metal Alarm Clock & Poo Cocktail
http://youtube.com/watch?v=SjzavQjpClo&search=johnny%20knoxville

Papercut
http://youtube.com/watch?v=wO-upgLTVdQ&search=johnny%20knoxville

The Burglars
http://youtube.com/watch?v=wO-upgLTVdQ&search=johnny%20knoxville

Hockey Equipment Test
http://youtube.com/watch?v=bm4fHcQQUa8&search=johnny%20knoxville

The Gong
http://youtube.com/watch?v=RWCTpptovJI&search=johnny%20knoxville

Golfcarts
http://youtube.com/watch?v=ZJIc-Hb8wpY&search=johnny%20knoxville

Jackass Clip Montage
http://youtube.com/watch?v=5zQ6S3cl8-I&search=johnny%20knoxville

Phil & Ape Margera (Bam's Parents)
http://youtube.com/watch?v=XxpdlyLwo4c&search=johnny%20knoxville

Urban Kayak
http://youtube.com/watch?v=hZQefIlTNuc&search=johnny%20knoxville

Season 1 Montage
http://youtube.com/watch?v=bT_UFh_ylqA&search=johnny%20knoxville

Prank Wars Part 2
http://youtube.com/watch?v=PvKdAy1Dha4&search=johnny%20knoxville

VIA00367209

L.A. Derby Dolls
http://youtube.com/watch?v=a7pkBXWfEbM&search=johnny%20knoxville

Carpet Skateboarding
http://youtube.com/watch?v=y-Vg3aGLsB8&search=johnny%20knoxville

A Drunk Steve-O
http://youtube.com/watch?v=GYxCfP2JBu8&search=steve-o

Steve-O Vs. Windshield
http://youtube.com/watch?v=U7KSVEbEYuI&search=steve-o

Steve-O Sneaux Nutter 1
http://youtube.com/watch?v=zXxitFByrkM&search=steve-o

Steve-O Vs. Poppers
http://youtube.com/watch?v=VoZ5Jqf5wUI&search=steve-o

Steve-O Attempts to Fly
http://youtube.com/watch?v=8rEiz6PXmCg&search=steve-o

Steve-O Sour Milk Drinking
http://youtube.com/watch?v=Hhcs4O64aLw&search=steve-o

Steve-O Compilation
http://youtube.com/watch?v=5Zh6HVHPRpk&search=steve-o

Steve-O Tongue Piercing
http://youtube.com/watch?v=sixiVBSZx2E&search=steve-o

Call Right Now!
http://youtube.com/watch?v=Cxr5sVx_L6U&search=steve-o

Steve-O Alligator Shoe Bite
http://youtube.com/watch?v=heYSZpA_FOE&search=steve-o

Wildboyz
http://youtube.com/results?search=steve-o&sort=relevance&page=4

Steve-O Long Jump Commercial
http://youtube.com/watch?v=l8k2fP6kY1o&search=steve-o

Street Fishing
http://youtube.com/watch?v=O_zHn77_XaU&search=steve-o

Steve-O Plays with Fireworks
http://youtube.com/watch?v=RwTZQB2CBn8&search=steve-o

The Best of Bam Margera Stunts
http://youtube.com/watch?v=aXrTzL-RyIM&search=bam%20margera

VIA00367210

Elementality
http://youtube.com/watch?v=mIj0rh-yOWs&search=bam%20margera

Treadmill
http://youtube.com/watch?v=77NggE2uLdw&search=bam%20margera

Bam Beating Up His Parents
http://youtube.com/watch?v=x7os-QqUiho&search=bam%20margera

Phil's Pies
http://youtube.com/watch?v=7IEOP73KiJQ&search=bam%20margera

Beating Up Phil
http://youtube.com/watch?v=x7os-QqUiho&search=bam%20margera

Bam Margera Crawls Into Someone's Car
http://youtube.com/watch?v=qNZkRKn3c3o&search=bam%20margera

Bam Margera Hanging From a Hot Air Balloon
http://youtube.com/watch?v=cm9LBDINj2o&search=bam%20margera

Busting Cars
http://youtube.com/watch?v=1HY2og31YV8&search=bam%20margera

Teasing a Dog
http://youtube.com/watch?v=wGZRHewuPAE&search=bam%20margera

# Rubin Exhibit 13

From:     "Apmann, Todd" <Todd.Apmann@mtvstaff.com>
Date:     Wed, 9 Aug 2006 15:55:00 -0400
To:       "Exarhos, Tina" <Tina.Exarhos@mtvstaff.com>
Cc:       "Armenia, Joe" <Joe.Armenia@mtvstaff.com>
Subject:  Human Giant

Hi Tina-

Attached is a list of sites to which I recommend leaking the Human Giant clips.  Would love to get 1 or more clips
from Tony DiSanto with "The Human Giant" and/or www.thehumangiant.com stamped on them.

This can get started as soon as we receive the clips.  Please look over and let me know what you think--Damon and
Julie sending me their recommendations as well, but I wanted to get this to you quickly.

Thanks,

Todd

Todd Apmann
Director, Program Promotion
MTV:  Music Television
212.846.6942
todd.apmann@mtvstaff.com

List of attachments:
  Human Giant Online Video Seeding.doc

# "HUMAN GIANT" ONLINE VIDEO SEEDING

### I. iFilm "Clip of the Day"
- Clip homepage placement + "clip of the day" sent out to email database.

### II. User-Generated Content Sites
www.ifilm.com
www.youtube.com
www.dailymotionvideo.com
www.buzznet.com
www.bolt.com
www.video.google.com
www.putfile.com
www.freevideoblog.com
www.grouper.com
www.vsocial.com
www.zippyvideos.com
www.veoh.com
www.clipshack.com
www.lulu.tv
www.tagworld.com
www.imeem.com
www.bofunk.com
www.aol.com
www.castpost.com
www.devilducky.com
www.revver.com
www.sharkle.com
www.thatvideosite.com
www.stupidvideo.com

### III. Comedy Sites & Communities
www.colleghumor.com
www.ebaumsworld.com
www.heavy.com
www.netfunny.com
www.comedyzone.net

### IV. Human Giant Online Assets
www.thehumangiant.com
www.myspace.com/humangiant

### V. MTVN Assets
Tease on Overdrive
www.comedycentral.com
Placement on VMA microsite: www.vmanyc2006.com

# Rubin Exhibit 14

From:     "Diamond, Brian" <Brian.Diamond@mtvstaff.com>
Date:     Wed, 23 Aug 2006 11:38:15 -0400
To:       "Craig Borsari" <cborsari@ufc.com>, "Chris Blechschmidt" <chris@
          ufc.com>
Cc:       "Kay, Kevin" <Kevin.Kay@spiketv.com>, "Dana Blackberry" <dana@
          ufc.com>, "Farrell, Steve" <Steve.Farrell@spiketv.com>, "
          Symuleski, Peter V - SpikeTV" <Peter.Symuleski@mtvn.com>
Subject:  RE: episode 402 on thursday night

Craig/Chris,

Steve Farrell our VP Digital Media has the clip for you.  fyi--In light of the fact that the goal is to make it looked
"hijacked" we won't blur the round number on the clock.  Steve actually suggested we throw (if technically possible)
visual time code on it to add to the "hijacked" effect.

Liaise with Steve on format, but he has the clip ready to go.  We feel the length is appropriate to get the point across,
but if you want to cut it shorter, we'e cool with that too.

Thanks...this is going to be great!

Brian J. Diamond
SVP Sports and Specials
Spike TV
1775 Broadway-10th floor
NY, NY 10019
212-767-8667

>----------
>From:     Chris Blechschmidt
>Sent:     Wednesday, August 23, 2006 10:37 AM
>To:       Craig Borsari; Diamond, Brian
>Cc:       Kay, Kevin; Dana Blackberry
>Subject:      RE: episode 402 on thursday night
>
>I have our viral marketing company on standby - when we get the clip they will post it on Youtube and other video
websites, then hammer msg boards (posing as fans) with links to the videos.
>
>
>-----Original Message-----
>From: Craig Borsari
>Sent: Tue 8/22/2006 10:56 PM
>To: 'Diamond, Brian'
>Cc: Kay, Kevin; Chris Blechschmidt; Dana Blackberry
>Subject: RE: episode 402 on thursday night
>
>I talked to Dana about this and he's all for it as long as we do the following:
>
>
>
>*      Limit the length of the clip so it's as short as possible yet still effective.
>*      Keep the viral buzz on sites other than Spike's and UFC's websites (including TUF.com).
>*      Dana wants the clip to look as though it was leaked out by production instead of purposely placed by Spike or
the UFC.
>
>
>
>I will be traveling tomorrow so please follow up with Chris Blechschmidt in the morning to implement.

>
>
>
>Thanks,
>
>Craig
>
>
>
>_____
>From: Diamond, Brian [mailto:Brian.Diamond@mtvstaff.com]
>Sent: Tuesday, August 22, 2006 12:58 PM
>To: Craig Borsari
>Cc: Kay, Kevin
>Subject: FW: episode 402 on thursday night
>Importance: High
>
>
>I know Dana is taking a rare day of family time...but wanted to get your take on this asap. We'd like to get a clip on
asap. I know he usually defers to Craig for things like this for TUF, but I know you guys have particular issues as it
pertains to Youtube, so I wanted to get your vibe on distribution asap. How do you feel about iFilm, Spike.com and
ufc.com distributing a clip 30-60 seconds of Dewees vs. Ray? (fyi--MTV Networks owns iFilm, so we have influence
there on managing the process).
>
>Also, did you see the "Crank" spot I sent you yesterday with Jason Straitham. If you need me to send again, no
prob.
>
>I know you're probably up to your eyeballs today, so we can talk Army/Miramar tomorrow if you like.
>
>Thanks Craig,
>
>BD
>
>
>
>Brian J. Diamond
>SVP Sports and Specials
>Spike TV
>1775 Broadway-10th floor
>NY, NY 10019
>212-767-8667
>
>----------
>From:   Craig Piligian
>Sent:   Monday, August 21, 2006 11:32 PM
>To:    Diamond, Brian; dwhite@ufc.com; dana@ufc.com; ▮▮▮▮▮▮▮▮▮▮▮▮
>Cc:    cborsari@ufc.com; Kay, Kevin
>Subject:    Re: episode 402 on thursday night
>
>Absolutely. We. Will support. All that you need. Great idea.>
>-----Original Message-----
>From: "Diamond, Brian" <Brian.Diamond@mtvstaff.com>
>Date: Mon, 21 Aug 2006 22:15:03
>To:<dwhite@ufc.com>, <dana@ufc.com>, ▮▮▮▮▮▮▮▮▮▮▮▮
>Cc:<cborsari@ufc.com>, "Kay, Kevin" <Kevin.Kay@spiketv.com>

>Subject: episode 402 on thursday night
>
>The fight on Thursday night is one of the most incredible fights we've seen in a UFC fight.  Those who have screened the show have been blown away.
>
>
> We have an idea we'd like to run by you.  We think we should do something viral to get people to the fight on Thursday night.  This would be unprecedented for the series and would most definitely boost interest.
>
>
> So here goes.  Obviously we won't show a fight finish, but  we distribute a clip of 402's "bloody brawl" as a tease to watch the entire fight.  We could do this via a "Youtube" or our own "iFilm".  Or it could go on ufc.com and/or spike.com.  The only reason we're suggesting the first two options is that vast number of uniques they get.  Let us know your thoughts and we'll take action asap.
>
>
> Also, press has lined up Gideon Ray to do an interview on Q104 on Thursday.  Again, not giving anything away, but David Schwarz feels it will drum up even more interest if Gideon can say "yeah, check out my fight tonight on Ultimate Fighter.  Can't tell you what goes down, but if you miss it, you'll regret it".  Dave feels if he can SAY he's fighting on "tonight's Ultimate Fighter" it will be big for promotion of the show.>
>
>
> Let us know your thoughts as soon as possible.
>
> Thanks,
>
> BD
>
> Brian J. Diamond
> SVP Sports and Specials
> Spike TV
> 1775 Broadway
> New York, NY 10019
> 212-767-8667
> brian.diamond@spiketv.com
>
>
>
>
>
>
>
>
>

# Rubin Exhibit 15

Subject: Re: Slug Upload Instructions for You Tube
From: "Powell, Amy - Paramount" ███████████████████████

To: Hu, Carolyn
Cc: Bordo, Sara; Tipton, Kristina
Date: Thu, 05 Oct 2006 05:08:00 +0000

please vote too!!!

this is really really important to us.

Amy Powell
Senior Vice President
Interactive Marketing
Paramount Pictures
█████████████████████

-----Carolyn Hu/Marketing/MP/Paramount_Pictures wrote: -----

To: Amy Powell ██████████████████████████████
From: Carolyn Hu/Marketing/MP/Paramount_Pictures
Date: 10/04/2006 04:06PM
cc: Sara Bordo/Marketing/MP/Paramount_Pictures@Paramount_Pictures, Kristina Tipton/Marketing/MP/
Paramount_Pictures@Paramount_Pictures
Subject: Slug Upload Instructions for You Tube

Please help in uploading different versions of our viral slug video to YouTube!

Our positioning is that this was a pet project of a Dreamworks Animator and that it's hilarious that these slugs appear
in Flushed Away

First, make sure you have a version saved to your desktop to upload (we are working on some variations of the slug
video) Please see Bryan's previous email pasted below if you need to download.

If you don't have an account already, signup by clicking the link below:

http://www.youtube.com/signup

To upload a video, click the Upload link in the main navigation (if you are new, you will be taken to a page to confirm
your email address before you can upload any video. Once you receive the email, click the link to go back to the site.)

From there you will be brought to a page where you input Title, Description, Keyword/Tags, Category and Language.
Please note we are staying away from "studio" marketing so please stay away from words like "Paramount" and
"Flushed Away", etc. Keywords we are using currently are (but feel free to add your own:
        slugs, animation, dance, music, comedy, movie, trailer, clip, sing, funny

Click Continue to go to the next page.

The next page you will select the video saved onto your desktop. Make sure "Public" is selected to get maximum
exposure. If you already have an account and have family/friends you want to share with, check the boxes below

Click the "Upload Video" button and wait for the entire video to upload. You will get a confirmation email after the
upload is completed.

If you would like to embed the site on a personal page, such as MySpace, YouTube generates a sample code in html

that you can link to.

That's it! Thanks for your help!

_____
More video versions below!

IMPORTANT NOTE: IN NO CIRCUMSTANCE MAY ANYONE LINK OR STREAM DIRECTLY TO THESE FILES - THESE ARE FOR VIEWING DOWNLOAD ONLY! THIS MUST BE VIRAL AND NOT DIRECTLY CONNECTED TO US!

We are working on more versions which have countdowns, watermarks, bars, time codes, etc to vary it up, so hold off using this list as the "Final" versions for the multiple YouTube Accounts.

High Def Version (140 MB) - THESE ARE BIG FILES AND ARE STILL UPLOADING! Will be live by 4 PM.
File - http://www.flushedaway.com/videos/FlushedAway_SweatSlugs.mov
Zip - http://www.flushedaway.com/videos/FlushedAway_SweatSlugs.zip

Large Size QuickTime: (18.1 MB this is the first link sent today)
File - http://www.flushedaway.com/videos/FA_slugs_dancenow.mov
Zip - http://www.flushedaway.com/videos/FA_slugs_dancenow.zip

Medium Size QuickTime: (8 MB)
File - http://www.flushedaway.com/videos/FA_slugs_sweat_med.mov
Zip - http://www.flushedaway.com/videos/FA_slugs_sweat_med.zip

FLV Flash video version: (4 MB)
File - http://www.flushedaway.com/videos/FA_slugs_sweat_medflv.flv
Zip - http://www.flushedaway.com/videos/FA_slugs_sweat_medflv.zip

Carolyn Hu
Producer, Interactive Marketing
Paramount Pictures
P: 323.956.8226 | F: 323.862.1107

# Rubin Exhibit 16

Subject:   Re: Fw: Slugs
From:      "Powell, Amy  - Paramount" ███████████████████████
To:        Bordo, Sara
Cc:        Warman, Bryan
Date:      Fri, 06 Oct 2006 01:33:04 +0000

great. and, all other partners too?

thanks.

Amy Powell
Senior Vice President
Interactive Marketing
Paramount Pictures
████████████████

----- Replied by Amy Powell on 10/5/2006 6:32:54 PM --------------------------------------------------------------

From:Sara Bordo

10/05/2006 06:23 PM
To: ████████████████, Bryan Warman
cc:
Subject: Fw: Slugs

We've confirmed that all of Scott's list is clean/no corporate references.  Thx

Sara Bordo
Director, Interactive Marketing
Paramount Pictures
323-956-8499
----- Forwarded by Sara Bordo/Marketing/MP/Paramount_Pictures on 10/05/2006 06:22 PM -----

From:Sara Bordo
10/05/2006 06:15 PM
To: ████████████████, Bryan Warman
cc:
Subject: Re: SlugsLink

Scott, thanks.  Can you also make sure that none of the following: "paramount" "dreamworks" "dreamworks animation" or "flushed away" are used ANYWHERE in the author name, tags, descriptions etc for the videos?  We're running into trouble with those that do.  Thank you!

Sara Bordo
Director, Interactive Marketing
Paramount Pictures
323-956-8499

----- Replied by Sara Bordo on 10/5/2006 6:13:59 PM --------------------------------------------------------------

From: ████████████████
10/05/2006 06:07 PM
Please respond to
████████████████

CONFIDENTIAL

VIA00369543

To: Sara_Bordo@paramount.com
cc:
Subject: Re: Slugs

We do. I'll send you them when I get back to my computer.
Sent from my BlackBerry® wireless handheld

-----Original Message-----
From: Sara_Bordo@paramount.com
Date: Thu, 5 Oct 2006 18:06:19
To:Scott Hurwitz <scott@icedmedia.com>
Cc:"Bryan_Warman@paramount.com" <Bryan_Warman@paramount.com>,
"Kristina_Tipton@paramount.com" <Kristina_Tipton@paramount.com>
Subject: Re: Slugs

Hi Scott-
Were there any new updates for tonight? Thanks!!

Sara Bordo
Director, Interactive Marketing
Paramount Pictures
323-956-8499

----- Replied by Sara Bordo on 10/5/2006 6:05:45 PM ----------------------------------------------------------------------

From:Scott Hurwitz <scott@icedmedia.com>
10/04/2006 09:18 PM
To: "Kristina_Tipton@paramount.com" <Kristina_Tipton@paramount.com>, "Sara_Bordo@paramount.com"
<Sara_Bordo@paramount.com>, "Bryan_Warman@paramount.com" <Bryan_Warman@paramount.com>
cc:
Subject: Slugs

Currently featured on homepage of addictingclips.com and the animation hub of streamdump.com
Much more to come...

Addicting Clips: <http://addictingclips.com/Clip.aspx?key=13BFAC21761CCA0F> http://addictingclips.com/
Clip.aspx?key=13BFAC21761CCA0F
Grouper: <http://grouper.com/video/MediaDetails.aspx?u=kwyfb&amp;f=-l&amp;vt=1> http://grouper.com/video/
MediaDetails.aspx?u=kwyfb&f=-l&vt=1
Free video blog: <http://www.vidiac.com/video/342684e4-66e6-455a-85aa-98500143b10b.htm> http://
www.vidiac.com/video/342684e4-66e6-455a-85aa-98500143b10b.htm
Revver: unpublished
Clevver: <http://viralvideo.clevver.com/video/a90e2fe2-81ce-4844-add4-985001584e3d.htm> http://
viralvideo.clevver.com/video/a90e2fe2-81ce-4844-add4-985001584e3d.htm
YouTube: <http://www.youtube.com/watch?v=32pbKQAaFl0> http://www.youtube.com/watch?v=32pbKQAaFl0
Clip Shack: <http://clipshack.com/Clip.aspx?key=C44A554D3D2EDC56> http://clipshack.com/Clip.aspx?
key=C44A554D3D2EDC56
Sharkle: http://sharkle.com/video/103890/
Daily Motion: http://www.dailymotion.com/register/c5e6ba7783754f5a28ceb4495/782041
Zippy Videos: http://www.zippyvideos.com/6232367566082176/fa_slugs_dancenow/
Stream Dump (UGO): http://www.streamdump.com/?f9b0ec
Putfile: <http://media.putfile.com/gonna-make-you-sweat> http://media.putfile.com/gonna-make-you-sweat
Bolt: <http://www.bolt.com/thatisalsofunny/video/2353346?cn=STREAM_thatisalsofunny_video_large_PAGE1>
http://www.bolt.com/thatisalsofunny/video/2353346?cn=STREAM_thatisalsofunny_video_large_PAGE1

CONFIDENTIAL

# Rubin Exhibit 17

From:     "Fox, Tony" <tony.fox@comedycentral.com>
Date:     Tue, 10 Oct 2006 13:19:39 -0400
To:       "Farrell, Steve" <Steve.Farrell@spiketv.com>
Subject:  Re: Scream YouTube Clips

Got it.  Hope it works out but if not, next time.
T

-----Original Message-----
From: Farrell, Steve
To: Fox, Tony
Sent: Tue Oct 10 12:11:05 2006
Subject: RE: Scream YouTube Clips

 Just heard back from his viral agency, Iced Media, two minutes ago, so it's probably late in the game for them to get anything substantial going.  We're going to talk in a bit and I'll tell you what I hear.

Steve

P.S.

Here are the links I sent before:

the clip
http://download.movedigital.com/pep_delicious/5211
click on the blue "download" button.

the map
http://bhendrix.com/wall/Gmaps_GVideo_Mashup_Rendezvous.html
follow the instructions upper left.

-----Original Message-----
From: Fox, Tony
Sent: Tuesday, October 10, 2006 12:00 PM
To: Farrell, Steve
Subject: Re: Scream YouTube Clips

Steve:
Have you hooked up with Sean Stevensen at Comedy for the viral campaign?
T

-----Original Message-----
From: Farrell, Steve
To: Spina, Dario; Ames, Todd; Schwarz, David I - Spike TV; Agron, Shana M; Fazio, Debra A; Budow, Aileen; Reynolds, Karen
CC: Fox, Tony; Kay, Kevin
Sent: Mon Oct 09 20:18:36 2006
Subject: Scream YouTube Clips

Okay, gang, we've uploaded a boatload of clips onto YouTube for disttribution. The deal is that these won't be "found" on YouTube until sometime tomorrow (there's a lag time between when you post and when these become searchable), but you can still link directly to them.  Listed below are the clips and the URL's.  Please send them out to any and all sites you feel would pick up on these:

Jenna Carpenter
"Is it wrong that I like to play with the devil?"
http://www.youtube.com/watch?v=r31DVHdIhKE

HIGHLY CONFIDENTIAL

Jay Hernandez
"I'm going to go home and stick this in my girlfriend's head."
http://www.youtube.com/watch?v=_94BAapRL1s

Shatner
"Son of a bitch."
http://www.youtube.com/watch?v=3pHvCcPFRjU

Saw III Skull Opening Bit
Juicy.
http://www.youtube.com/watch?v=wQ_8oIg0G6I

Rob Zombie
"Finally an awards show beeping worth watching."
http://www.youtube.com/watch?v=AoMIu4T8Y2Q

Robert Rodriguez
"Beep the Oscars."
http://www.youtube.com/watch?v=UHhjwoq2olI

Frank Miller
"Blood is blood and death is death."
http://www.youtube.com/watch?v=zR0IF0qi0uQ

We have more to come but we should try and get these out now to anyone and everyone.
I'm going to drop a line to AICN, IGN, Comicmonsters and Break tonight.

Let's get viral!

Steve