**Rubin Exhibit 99**

Subject:  Re: youtube
From:     "Amy Powell" <>
To:       Megan Wahtera
Cc:       Date:    Fri, 16 Jun 2006 01:49:38 +0000

thanks

Amy Powell
Senior Vice President, Interactive Marketing
Paramount Pictures

████████████████

-----Megan Wahtera/Marketing/MP/Paramount_Pictures wrote: -----

To: Amy Powell ████████████████
From: Megan Wahtera/Marketing/MP/Paramount_Pictures
Date: 06/15/2006 06:48PM
Subject: Re: youtube

It's up.

http://www.youtube.com/watch?v=2mjTCXMWsf8

Megan Wahtera
Director, Motion Picture Interactive Marketing
Paramount Pictures
P: 323.956.8516 | F: 323.862.1107

----- Replied by Megan Wahtera on 6/15/2006 6:23:02 PM --------------------------------------------
Inactive hide details for From:Megan WahteraFrom:Megan Wahtera

From:Megan Wahtera
06/15/2006 06:22 PM
To: Amy Powell
cc:
Subject: Re: youtube

we just asked him to do so...he's on it right now.

Megan Wahtera
Director, Motion Picture Interactive Marketing
Paramount Pictures
P: 323.956.8516 | F: 323.862.1107

----- Replied by Megan Wahtera on 6/15/2006 6:21:50 PM --------------------------------------------
Inactive hide details for From:Amy PowellFrom:Amy Powell

From:Amy Powell
06/15/2006 06:21 PM
To: megan_wahtera@paramount.com
cc:
Subject: Re: youtube

can you have kirk post to zb's youtube page tonight?

Amy Powell

Senior Vice President, Interactive Marketing
Paramount Pictures

███████████████

-----Forwarded by███████████████████ on 06/15/2006 06:20PM -----

To:███████████████
From: Amy Powell
Date: 06/15/2006 06:01PM
cc:████████████████
Subject: Re: youtube

done. will post tonight.

Amy Powell
Senior Vice President, Interactive Marketing
Paramount Pictures

███████████████

---████████████████ -----

To:█████████████████
From:
Date: 06/15/2006 05:58PM
Subject: Re: youtube

if it's legal. put it in mine.

On Jun 15, 2006, at 5:58 PM, ██████████████████████████ wrote:

   wierd. i just wanted to know if you're ok with us posting the LK montage to your profile on youtube... or do you want us to post from an anonymous source?

Amy Powell
Senior Vice President, Interactive Marketing
Paramount Pictures

███████████████

<mailto:---█████████████████ -----

To:████████████████████
From: <mailto:███████████████
Date: 06/15/2006 05:55PM
Subject: Re: youtube

nothing in email
On Jun 15, 2006, at 5:53 PM, ███████████████████████ wrote:

>

CONFIDENTIAL

# Rubin Exhibit 100



You Tube Broadcast Yourself ™ Search
Home Videos Channels Shows
Create Account or Sign In
Subscriptions History Upload

# The Last Kiss Teaser

0:18 / 1:21 360p

138 ratings **43,423** views

Favorite Share Playlists Flag
Facebook Twitter MySpace (more share options)

**zachbraffdotcom** Subscribe
June 15, 2006
(more info)

First look at The Last Kiss.

URL http://www.youtube.com/watch?v=2mjTCXMV
Embed <object width="425" height="344"><param na

## More From: zachbraffdotcom

## Related Videos

**The Last Kiss - Make this last forever by Snow ...**
40,120 views
Maygee
Featured Video

**Love Scenes & Kissing Scenes- Portishead**
261,132 views
MandaScrunch

**The Last Kiss - OTH Style**
44,126 views
sopinkprincess

**The Last Kiss- The Taste The Touch**
21,541 views
wrestlingpnk7

**The Last Kiss: I Don't Wanna Be In Love (Dance ...**
9,793 views
CreativeFantasy

**The Last Kiss**
102,899 views
Ruisdaelhopper

**The Last Kiss Cast Interviews**
29,634 views

**Statistics & Data**

**Video Responses** (0) Sign in to post a Video Response

**Text Comments** (107) Options Sign in to post a Comment

**amarelogelb** (6 months ago) Reply 0
Rachel...happy birthday too you my dear

**mbasketcballb** (8 months ago) Reply +1
what are they doing at 0:49? hahaha

**TheatreFracture** (1 month ago) Reply 0
@mbasketcballb haha what ARNT they doing!? ;)

**Keekzzz** (11 months ago) Reply +1
When they are dancing it's 1, 2 Step by Ciara.

**Marietiee** (11 months ago) Reply 0
does someone know the song when they are dancing?

**PedroPeter91** (1 year ago) Reply +4
Rachel Bilson is soo hot!

**f1ynnrd00** (2 years ago) Reply +1
wow no1 has commented in like 4 ever great movie

**ScotchHillsPro** (2 years ago) Reply +1
Just won a copy of this on ebay. Hope it's as good as it looks!

**cryvsspy** (1 year ago) Reply +1
what did u think of it? It made a lot of people really mad. I think it was alright.

**phrozenghost** (2 years ago) Reply 0
The song is Snow Patrol - Chocolate

Showing **10** of 107 comments **Show More Comments** View All 107 comments

## Would you like to comment?

Join YouTube for a free account, or sign in if you are already a member.

Help About Safety Privacy Terms Copyright Partners Developers Advertising
Language: English Location: Worldwide Safety mode: Off

# Rubin Exhibit 101

| | |
|---|---|
| **From:** | Courtney Nieman |
| **Sent:** | Friday, March 16, 2007 11:23 PM |
| **To:** | Martin Dare |
| **Cc:** | Evelyn Espinosa; Mark M. Ishikawa; Travis Hill |
| **Subject:** | Names to be filtered out of "still online" for the daily report for MTVN |
| **Attachments:** | Filtered_YouTube_Names.txt |

Filtered_YouTube_
Names.txt (4 ...

Martin,

As requested here are the current names we are filtering out for YouTube on 158 MTVN

irenemariemodels
thesparksfly
BadBoyRecords
reaction2006
Vlogging
FutureWorld77
shishka
ladyfragment
bpfrecrods
LiveralViewer
vhlstaff
Wiredset
jerseymouth1
laurenceegibbs
Snackboard
Damonjohnson
Isitfridayyet
SpikeTV
bestweekevertv
reno9112miami
TNAWrestling
TXCANY
powermadeak47dotcom
PinkStrawberry1
PinkStrawberry
BroadwayJoe415
ParkMyVibethemoviemonkey
Paramount
FiveChemical
Paramount Pictures
ParamountPictures
Paraccount
Thatsfunny
BroadwayJoe
Thatsnotfunny
Thatisalsofunny
Freeforlife112

Please use these to filter out the "still online" report.  Thanks

Courtney Nieman
Manager Client Services
BayTSP, Inc.
408-341-2314

HIGHLY CONFIDENTIAL                                                      BAYTSP 004381276

AIM: BayTSPCanne
Have you checked out BayTSP's Piracy news web log? http://www.baytsp.com/weblog

_____

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed.  If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system.  Please do not copy the message or distribute it to anyone.

HIGHLY CONFIDENTIAL

BAYTSP 004381277

# Rubin Exhibit 102

| Subject: | RE: FW - YouTube Videos |
| From: | Tipton, Kristina - Paramount <EX:/O=VIACOM/OU=PARAMOUNT/CN= RECIPIENTS/CN=TIPTONKR> |
| To: | Simard, Stephanie - Paramount, Wahtera, Megan - Paramount |
| Cc: | Date: Thu, 04 Jan 2007 01:17:13 +0000 |

This message has been archived. View the original item
http://EVArchive01/EnterpriseVault/ViewMessage.asp?
VaultId=1763998681C466546BE9799A68B65C1591110000ParamountEVSite&SavesetId=136500000000000~200701040

Looks good to me too – here are mine:

http://www.youtube.com/watch?v=graNRN122wY

http://www.youtube.com/watch?v=PosMtueJ9LE

Kristina Tipton

Paramount Pictures

Interactive Coordinator, Promotions & Publicity

323-956-8453

---

From: Simard, Stephanie - Paramount
Sent: Wednesday, January 03, 2007 4:30 PM
To: Tipton, Kristina - Paramount; Wahtera, Megan - Paramount
Subject: FW - YouTube Videos

Here are the links to the kid's videos I posted, can you please let me know if anything should change in regards to the description before I join the group?  I kept it really simple.

http://www.youtube.com/watch?v=UZjlUb-oZQk

http://www.youtube.com/watch?v=YClvtk2JrcA

http://www.youtube.com/watch?v=xuHwuUqHb2Q

It might be a moment before they show up.

Thanks!

Stephanie Simard

Producer, Motion Picture Interactive Marketing

Paramount Pictures

P: 323.956.2540 | F: 323.862.1107

VIA 10487876

# Rubin Exhibit 103



Broadcast Yourself ™

Search

Home Videos Channels Shows

Create Account or Sign In

Subscriptions History Upload

# My school

0:29 / 1:30 360p

★★★★★ 3 ratings **596** views

Favorite Share Playlists Flag

Facebook Twitter MySpace (more share options)

globe427
January 03, 2007
(more info)

Subscribe

School, poetry, fights, cliques

URL http://www.youtube.com/watch?v=UZjlUb-oZ(

Embed <object width="425" height="344"><param na

**More From: globe427**

**Related Videos**

High School Cliques Part 1 of 2
50,759 views
samhain138666
Featured Video

Cliques.
932 views
krash2012

School Cliques
649 views
gingerpeachy2000

Cliques
1,074 views
vinceakavman

Talking about in school Cliques
751 views
ruck0048

My School Multi-Media Poem
36 views
thisisnotofmyfreewil

Cliques in school
5,681 views
littlepurplemonster

**Statistics & Data**

**Video Responses** (0) Sign in to post a Video Response

**Text Comments** (1) Options Sign in to post a Comment

**fallen5501** (1 year ago) Reply -1

my school is a small ass peice of shit that doesnt have cliques or anything fun to do, cliques are a good thing

Showing **1** of 1 comments **Show More Comments** View All 1 comments

## Would you like to comment?

Join YouTube for a free account, or sign in if you are already a member.

Help About Safety Privacy Terms Copyright Partners Developers Advertising

Language: English Location: Worldwide Safety mode: Off

# Rubin Exhibit 104



Broadcast Yourself ™

Search

Home Videos Channels Shows

Create Account or Sign In

Subscriptions History Upload

# And I Just Keep On Goin'....

1:18 / 1:51 360p

★★★★★ 1 ratings

**284** views

Favorite Share Playlists Flag

Facebook Twitter MySpace (more share options)

**Statistics & Data**

**Video Responses** (0) Sign in to post a Video Response

**Text Comments** (1) Options Sign in to post a Comment

**bravoramose2** (1 year ago) Reply 0

dam... thaz g00d

**Showing 1** of 1 comments **Show More Comments** View All 1 comments

## Would you like to comment?

Join YouTube for a free account, or sign in if you are already a member.

**live2rhyme88**
January 03, 2007
(less info)

Subscribe

spittin' rhymes

Category: People & Blogs

Tags: rap music be heard

URL http://www.youtube.com/watch?v=graNRN122

Embed <object width="425" height="344"><param na

## More From: live2rhyme88

## Related Videos

**Kingdom Hearts- Just Keep Going**
59,553 views
Sora56

**Keep It Going feat Big Pun, Big L, 2pac, Biggie...**
30,988 views
vynez1085

**Mariah Carey - We Belong Together**
30,145,134 views
MariahCareyVEVO

**Dr. Dre - The Next Episode ft. Snoop Dogg, Kuru...**
8,327,260 views
DrDreVEVO

**TWILIGHT - GIVING LIFE TO THE BOOK**
751,122 views
ReelzChannel

**Samba Michael Wentink & Beata**
275,211 views
tteinchai

**Dr. Dre, Snoop Dogg - Still D.R.E.**

## Featured Videos

**Jake and Amir: Vending Machine**
225,757 views
collegehumor

**Aliens vs Predator: Harsh Language Guide**
85,512 views
RoosterTeeth

**Yu-Na Kim Olympic Short Program Gets**
333,147 views
bucknews

Help About Safety Privacy Terms Copyright Partners Developers Advertising

Language: English Location: Worldwide Safety mode: Off

# Rubin Exhibit 105

| Subject: | YouTube Accounts |
| --- | --- |
| From: | "Tipton, Kristina - Paramount" <EX:/O=VIACOM/OU=PARAMOUNT/CN= |
| | RECIPIENTS/CN=TIPTONKR> |
| To: | Bordo, Sara - Paramount; Wahtera, Megan - Paramount; Simard, |
| | Stephanie - Paramount; Griswold, Kristina - Paramount |
| Cc: | Teifeld, Tamar - Paramount |
| Date: | Wed, 14 Feb 2007 01:09:10 +0000 |

Hey Team Stop-Loss,

Below are accounts I've secured for our group on YouTube.  In order to get a straight youtube.com/soundoff  we need to work with our sales reps on the brand channel.  Right now youtube.com/group/soundoff is being claimed by, get this, a "be heard" wanna be.  Here's their group description:

YouTube Accounts:

Email Account: ███████████████

Password: ███████

Username: Soundoff2007

Password: ███████

Group URL: N/A

Email Account: ███████████████

Password: ███████

Username: the110th

Password: ██████

Group URL: http://www.youtube.com/group/110th

Kristina Tipton

Paramount Pictures

Interactive Coordinator, Promotions & Publicity

323-956-8453

# Rubin Exhibit 106

## Housley, Michael

**From:** Andrea Cordone [andreac@baytsp.com]

**Sent:** Wednesday, April 16, 2008 7:23 PM

**To:** Housley, Michael

**Cc:** Sean Ray; Evelyn Espinosa; Elliott Kohtz

**Subject:** RE: Whitelist

Mike,

All of the following usernames are on the white-list in BVM and in the CIMS filters:

BAAFamily
BadBoyRecords
barelypolitical
BdubEtv
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
BroadwayJoe
BroadwayJoe415
bullrunvideo
CBS
ChannelFrederator
cimatics
Damonjohnson
fanscapevideos
FanscapeVideos4U
FiveChemical
freeforlife112
FreshTakes
FutureWorld77
HGiantVid
irenemariemodels
Isitfridayyet
JackassWorldMTV
jerseymouth1
ladyfragment
Lakeshore Records
laurenceegibbs
LiberalViewer
Menudo
OfficialReno911
Paraccount
Paramount
Paramount Pictures
ParamountPictures
ParentsConnect
ParkMyVibe
PinkStrawberry
PinkStrawberry1
powermadeak47dotcom
powmadeak47
reaction2006
reno911miami
rollingoutTELEVISION
RunsHouseVideos
shishka
Snackboard

SpikeTV
TDSwriters
thatisalsofunny
thatsfunny
Thatsnotfunny
themoviemonkey
thesparksfly
TNAWrestling
tomato808
TVgasmdotcom
TXCANY
vh1staff
Victorweb
virtualmtv
VLogging
Wiredset

These usernames appear only in CIMS:

ArtisanNewsService
Digitalfilmmaker
MyDamnChannel
universalmusicgroup

Please let me know if you have any questions or if there any changes that should be made.

Best Regards,

Andrea Cordone
Client Services Manager
BayTSP, Inc.
408.341.2365
andreac@baytsp.com
**Save the date!  Join us for "One World 2008:  Managing Piracy in the Global Village" - BayTSP's 5th Annual Anti-Piracy Conference September 15-17[th]!  Join us!**

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed.  If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system.  Please do not copy the message or distribute it to anyone. This message was prepared at the request of counsel.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Wednesday, April 16, 2008 2:13 PM
**To:** Andrea Cordone
**Cc:** Sean Ray; Evelyn Espinosa; Elliott Kohtz
**Subject:** RE: Whitelist

Thanks, Andrea.  Can you send me a list of all white-listed usernames?

**From:** Andrea Cordone [mailto:andreac@baytsp.com]
**Sent:** Wednesday, April 16, 2008 5:06 PM
**To:** Housley, Michael
**Cc:** Sean Ray; Evelyn Espinosa; Elliott Kohtz
**Subject:** RE: Whitelist

Mike,

The username "BAAFamily" has been added to the BVM white-list and the filters in CIMS.

Best Regards,

HIGHLY CONFIDENTIAL

Andrea Cordone
Client Services Manager
BayTSP, Inc.
408.341.2365
andreac@baytsp.com
**Save the date! Join us for "One World 2008: Managing Piracy in the Global Village" - BayTSP's 5th Annual Anti-Piracy Conference September 15-17[th]! Join us!**

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system. Please do not copy the message or distribute it to anyone. This message was prepared at the request of counsel.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Wednesday, April 16, 2008 1:55 PM
**To:** Andrea Cordone
**Cc:** Sean Ray
**Subject:** Whitelist

Hello Andrea,

Please white-list the username, BAAFamily.

Thanks,

Mike

# Rubin Exhibit 107

| From: | Mylan Beauford. | | Sent:9/17/2007 7:48 PM. |
|---|---|---|---|
| To: [ - ] | Ariana.Urbont@mtvstaff.com; Andrea.Manning@mtvstaff.com. | | |
| Cc: [ - ] | Jessica.Nicola@mtvstaff.com; David.French@mtvstaff.com; Christy Wise. | | |
| Bcc: [ - ] | | | |
| Subject: | Perez Hilton leaked video from Celebrity Rap Superstar | | |

Hi All-

The leaked Perez video received a lot of initial pick-up from the TMZ feature on Friday. However the video truly went viral this weekend before it was removed from YouTube. According to my Google search, it was listed as one of the top viewed videos on YouTube on Friday night. I believe the video may have been featured on YouTube's homepage as well because there was a tremendous spike in traffic Saturday night. From the email account I used (GossipGirl40) to upload the video I received over a 1,000 comments between Saturday and Sunday and I'm sure tons of views. Unfortunately I can't provide a screenshot since the page was removed.

Most of the comments were mild, commenting on how crazy and diva-ish Perez Hilton has become.

Since the removal, another YouTube-er has re-posted the behind the scenes video, so the video continues to stay viral. I think the video was an incredible assets in keeping 'buzz' going on the show, I would recommend that in the feature we leak during the week to better track its spread—especially if choose to use YouTube where Viacom material will be removed.

- - - - - - - - - - - - - - - - - - - - - - - - -
My-lan Beauford
Mgr. Publicity & Promotions
Fanscape, Inc.
3201 W. Cahuenga Blvd.
Los Angeles, CA 90068
T: 323.785.7781
F: 323.785.7101
http://www.fanscape.com/blog

mylanb@fanscape.com
IM: mylan40

This email and any attached files contain confidential information and are intended only for the individual or entity named. If you are not the named addressee, you are notified to not disseminate, disclose, print, distribute or copy this e-mail and any such action in reliance upon the information contained herein is strictly prohibited. Please notify the sender immediately by e-mail if you have received this e-mail in error and delete this e-mail from your system.

Google Search shows YouTube Most viewed videos

http://blogsearch.google.com/blogsearch?hl=en&session=tUKvZ45y25ibdrBN5jR0L7p8zrqyiCm427-
qFtcwvaG4x0TfSkWVNuPuewKaoYYWu3CjnxfnXwPvtk0ebQ1ZlwG3d0BGSBBD-
GPZMWV2fmWraBQWas8l5_kULYN5qTFGCHqcbYslsybCbhN4yt2GrGTvCgUAEwOjKbj3LmjVMfPMjTjDQr3uHx9lodFV0V87yW_8LpkU7vgYwLsDTkPsoZTBVE&ie=UTF-
8&q=Youtube+Perez+hilton

Leak Placements

TMZ http://www.tmz.com/

News mention on homepage
Site traffic: 7,107,000 unique visitors per month

http://www.tmz.com/

http://www.tmz.com/2007/09/14/perez-and-shar-in-celebrity-rap-superstar-drama/

Stupid Celebrities http://stupidcelebrities.net

News mention on homepage
Site traffic: 10,000 unique visitors per month

http://stupidcelebrities.net

http://stupidcelebrities.net/2007/09/15/perez-hilton/

To Clips http://www.toclips.com

Leaked video
Site traffic: 10,000 unique visitors per month

http://www.toclips.com/index.php/perez-hilton-freaking-out/

The Human Meat Market http://www.phuckqu.com/

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://www.phuckqu.com/blog/blog_view.php?entry_id=13537&user_id=1

Mad Hollywood http://www.madhollywood.com

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://www.madhollywood.com/2007/09/14/perez-shar-in-celebrity-rap-superstar-drama/

BruMedia http://movies.brumedia.com

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://movies.brumedia.com/2007/09/14/perez-shar-in-celebrity-rap-superstar-drama-tmzcom/

Celebrity Blogs http://www.blixblogs.net/

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://www.blixblogs.net/2007/09/14/perez-celebrity-rap-superstar-drama/

Love is Shit http://love-is-shit.blogspot.com

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://love-is-shit.blogspot.com/2007/09/in-rap-shar-perez-drama-superstar.html

Celebrtiy News 24-7 http://www.celebritynews24-7.com/

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://www.celebritynews24-7.com/perez-shar-in-celebrity-rap-superstar-drama/

Lauren Jessop Modeling http://www.laurenjessop.com/

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://www.laurenjessop.com/modeling-blog/2007/09/14/perez-shar-in-celebrity-rap-superstar-drama/

Celebrity Gossip Videos http://celebrities.video-sponge.com

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://celebrities.video-sponge.com/view/5424-perez-hilton-freaking-out.html

UmmYeah http://ummyeah.com

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://ummyeah.com/page/Perez_Hilton_Freaking_Out

TO Gawp http://togawp.com/

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://togawp.com/entry/perez-hilton-freaking-out-mtc-celebrity-rap-superstar-092007/

Video Walrus http://videowalrus.com/

Leaked video news mention
Site traffic: 10,000 unique visitors per month

http://videowalrus.com/perez-hilton-freaking-out/

iFilm http://www.ifilm.com/

Leaked video on homepage
Site traffic: 2.4 million unique visitors per month

http://www.ifilm.com/

Video Upload:

YouTube http://www.youtube.com/

Leaked video

http://www.youtube.com/watch?v=N3NG3NFuvsY

IFILM http://www.ifilm.com

Leaked video

http://www.ifilm.com/profile/gossipgirl40

Highly Confidential - Attorneys Eyes Only

# Rubin Exhibit 108

From:       "Johnson, Melissa" <Melissa.Johnson@spiketv.com>
Date:       Mon, 19 Mar 2007 06:53:43 -0400
To:         "Farrell, Vincent" <Vincent.Farrell@spiketv.com>
Cc:         "Farrell, Steve" <Steve.Farrell@spiketv.com>
Subject:    FW: Video Removed: Copyright Infringement

from Andy re. Youtube clips...

-----Original Message-----
From: andrew duncan [mailto:andrew@bullrun.com]
Sent: Sun 3/18/2007 5:40 PM
To: Johnson, Melissa; Ladd, Jonathan; Levy, Sharon
Cc: 'Keith Hunter'
Subject: FW: Video Removed: Copyright Infringement

Hey guys,

I realize VIACOM is in the middle of a legal battle with YouTube but they are having all the Spike TV show stuff
removed that we're advertising on our site.

Can you help us out here?

We're getting great traffic and buzz about the show through our website so to not be able to show this stuff to them is
crazy.

Cheers,

Andy

_____

From: Keith Hunter [mailto:jahpablo77@yahoo.com]
Sent: Saturday, March 17, 2007 8:18 PM
To: andrew@bullrun.com
Subject: Fwd: Video Removed: Copyright Infringement

Hey Andy,

Keith here. This is the email I registered the YouTube account with. It seems that Viacom is removing some of the
videos I've uploaded as copyright infringement. It would be good if someone let's them know that this account is
officially uploading videos for Bullrun, and therefore not violating any copyright laws. I'll forward you the email notice
for the other video they removed as well.

--keith

Note: forwarded message attached.

_____

Now that's room service! Choose from over 150,000 hotels
in 45,000 destinations on Yahoo! Travel <http://travel.yahoo.com/
hotelsearchpage;_ylc=X3oDMTFtaTlzNXVjBF9TAzk3NDA3NTg5BF9zAzI3MTk0ODEEcG9zAzIEc2VjA21haWwx0YWdsaW5lBHNsawNxl
%0d%0a>  to find your fit.

List of attachments:
  Video Removed: Copyright Infringement (Outlook item)

YouTube | Broadcast Yourself™

Dear Member:

This is to notify you that we have removed or disabled access to the following material as a result of a third-party notification by Viacom International Inc. claiming that this material is infringing:

Bullrun Spike TV 7/20/06: http://www.youtube.com/watch?v=rygea15ZwO4

Please Note: Repeat incidents of copyright infringement will result in the deletion of your account and all videos uploaded to that account. In order to avoid future strikes against your account, please delete any videos to which you do not own the rights, and refrain from uploading additional videos that infringe on the copyrights of others. For more information about YouTube's copyright policy, please read the Copyright Tips <http://www.youtube.com/t/ howto_copyright> guide.

If you elect to send us a counter notice, please go to our Help Center <http://www.google.com/support/youtube/bin/ answer.py?answer=58127> to access the instructions.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity was removed or disabled by mistake or misidentification may be subject to liability.

Sincerely,
YouTube, Inc.

Copyright © 2007 YouTube, Inc.

# Rubin Exhibit 109

HIGHLY CONFIDENTIAL

**From:** Courtney Nieman
**Sent:** Monday, March 19, 2007 4:17 PM
**To:** 'Solow, Warren'
**Cc:** Evelyn Espinosa; Courtney Nieman; Mark M. Ishikawa
**Subject:** RE: Time sensitive

Warren,

Can you get me the account name, and I'll add it to the filter list. Also let me know if there are other links, and I will send a retraction notice.


Courtney Nieman

-----Original Message-----
From: Solow, Warren [mailto:Warren.Solow@viacom.com]
Sent: Monday, March 19, 2007 8:57 AM
To: Courtney Nieman
Cc: Housley, Michael; O'Shea, Ashley; Gurney, Michelle
Subject: Time sensitive


Courtney, please see string below and handle -----Original Message-----
From: Hallie, Michelena
Sent: Monday, March 19, 2007 10:45 AM
To: Solow, Warren
Cc: Kim, Clara
Subject: FW: Video Removed: Copyright Infringement

Can we pull Bay off the uploads of Bullrun since they're being uploaded by our production partner?

-----Original Message-----
From: Kim, Clara
Sent: Monday, March 19, 2007 11:12 AM
To: Hallie, Michelena
Cc: Ladd, Jonathan
Subject: FW: Video Removed: Copyright Infringement

Michelena, Can you check to see if we have been sending takedown notices for clips from BULLRUN, a new Spike original, from Youtube? If so, can we stop sending the notices because our production partner has been officially uploading them. See below. Thanks. CLARA

-----Original Message-----
From: Ladd, Jonathan
Sent: Sunday, March 18, 2007 9:09 PM
To: Kim, Clara
Subject: Fw: Video Removed: Copyright Infringement

Please see below.

----- Original Message -----
From: andrew duncan <andrew@bullrun.com>
To: Johnson, Melissa; Ladd, Jonathan; Levy, Sharon
Cc: 'Keith Hunter' <keith@alohafilms.com>
Sent: Sun Mar 18 14:40:41 2007
Subject: FW: Video Removed: Copyright Infringement

Hey guys,

1

HIGHLY CONFIDENTIAL

I realize VIACOM is in the middle of a legal battle with YouTube but they are having all the Spike TV show stuff removed that we're advertising on our site.


Can you help us out here?


We're getting great traffic and buzz about the show through our website so to not be able to show this stuff to them is crazy.


Cheers,


Andy


---

From: Keith Hunter [mailto:jahpablo77@yahoo.com]
Sent: Saturday, March 17, 2007 8:18 PM
To: andrew@bullrun.com
Subject: Fwd: Video Removed: Copyright Infringement


Hey Andy,


Keith here. This is the email I registered the YouTube account with. It seems that Viacom is removing some of the videos I've uploaded as copyright infringement. It would be good if someone let's them know that this account is officially uploading videos for Bullrun, and therefore not violating any copyright laws. I'll forward you the email notice for the other video they removed as well.


--keith

Note: forwarded message attached.


---

Now that's room service! Choose from over 150,000 hotels in 45,000 destinations on Yahoo! Travel <http://travel.yahoo.com/hotelsearchpage;
_ylc=X3oDMTFtaTIzNXVjBF9TAzk3NDA3NTg5BF9zAzI3MTk0ODEEcG9zAzIEc2VjA21haWwwYWdsaW5lBHNsawNxM
S0wWNw--%0d%0a
>  to find your fit.

HIGHLY CONFIDENTIAL                                                                    BAYTSP 003734618

# Rubin Exhibit 110

Subject:    RE: Heartbreak kid clip for approval
From:       "Powell, Amy - Paramount" <EX:/O=VIACOM/OU=PARAMOUNT/CN=
            RECIPIENTS/CN=POWELLAM>
To:         Wahtera, Megan - Paramount
Cc:         Teifeld, Tamar - Paramount
Date:       Wed, 26 Sep 2007 03:55:46 +0000

for some reason when i search for this on youtube it is not coming up?

do you need to upload the keyterms as "heartbreak kid" and "ben stiller" as tied terms rather than "ben" separate
from "stiller" , etc?

————

From: Wahtera, Megan - Paramount
Sent: Tue 9/25/2007 9:35 AM
To: Powell, Amy - Paramount
Cc: Teifeld, Tamar - Paramount
Subject: RE: Heartbreak kid clip for approval

Hi Amy,

Yes, this is live!
Tamar/Scott are on it as well!

http://youtube.com/watch?v=49zOwm8ojD4

Thanks,
Megan

-----Original Message-----
From: Powell, Amy - Paramount
Sent: Tuesday, September 25, 2007 9:35 AM
To: Wahtera, Megan - Paramount
Subject: Re: Heartbreak kid clip for approval

Is our clip up on youtube?

----- Original Message -----
From: Wahtera, Megan - Paramount
To: Hidvegi, Les - Paramount; Simard, Stephanie - Paramount; Thurber, Jessica - Paramount; Teifeld, Tamar -
Paramount
Cc: Powell, Amy - Paramount
Sent: Tue Sep 25 08:13:01 2007
Subject: RE: Heartbreak kid clip for approval

This is approved for upload.

————————————

From: Hidvegi, Les - Paramount
Sent: Monday, September 24, 2007 5:15 PM
To: Wahtera, Megan - Paramount; Simard, Stephanie - Paramount; Thurber, Jessica - Paramount; Teifeld, Tamar -
Paramount
Cc: Powell, Amy - Paramount
Subject: Heartbreak kid clip for approval

CONFIDENTIAL                                                                              VIA 00374543

Here is the Heartbreak kid clip "did you bring the present" for approval   Z:\Video_Encodes\heartbreak kid\interactive final clips\streams\9-24

# Rubin Exhibit 111

**YouTube Video ID: 49zOwm8ojD4**

| Metadata Field | Value |
|---|---|
| video id | 49zOwm8ojD4 |
| video title | The Heartbreak Kid Clip |
| video upload time | 1190731640 |
| video url | http://www.youtube.com/watch?v=49zOwm8ojD4 |
| video keywords | The HeartbreakKid Clip Movie Comedy BenStiller Farrelly Brothers Queef Fart |
| video description | The Heartbreak Kid Clip |
| username of video uploader | mysticalgirl8 |
| registration email | mysticalgirl8@yahoo.com |
| time of username registration | 1190730855 |
| IP Address from which username was registered | 63.164.145.198 |



EXHIBIT NO. 11
Wahtera
12-4-09
KGZ
jmscino.com

# Rubin Exhibit 112

| Subject: | RE: disturbia / paris |
| --- | --- |
| From: | "Tipton, Kristina - Paramount" <EX:/O=VIACOM/OU=PARAMOUNT/CN= RECIPIENTS/CN=TIPTONKR> |
| To: | Powell, Amy - Paramount |
| Cc: | Teifeld, Tamar - Paramount; Wahtera, Megan - Paramount; Simard, Stephanie - Paramount; Chiang, Cat - Paramount; Bonnici, Kyle - Paramount |
| Date: | Tue, 12 Jun 2007 00:08:37 +0000 |

Hi Amy,

Kyle has uploaded and fostered the Paris Hilton Disturbia video on a handful of viral video sites (using email & account that can't be traced back to Paramount) by posting comments and video responses on existing, popular Paris Hilton videos ranging from around 100K views to 2.5M views.

The video on YouTube has over 250 views, but has a poor rating (1 star). I'll rally internal support to get the rating up higher.

Paris Hilton Disturbia Video Outreach:

Links:

YouTube

www.YouTube.com/watch?v=c-A8i73llOA

Revver

http://one.revver.com/watch/298190

Break

(still uploading)

Clevver

http://viralvideo.clevver.com/video/928f120b-92aa-496e-99e1-994a013182d2.htm
AtomFilms.com
http://uploads.atomfilms.com/clip.aspx?key=ECCCEE9BD8798697
Veoh
http://www.veoh.com/videoDetails.html?v=v614725NJYFwAsM

In 2 Hours time, the video received more than 200 views.

Promotion of video on numerous other highly rated Paris Hilton jail videos through text comments such as the following:

CHECK OUT THIS HOT PARIS HOUSE ARREST VIDEO AT YouTube(dot)com/watch?v=c-A8i73llOA

Links to Other Paris Hilton Videos:

http://www.youtube.com/watch?v=k66epna2Sss

http://www.youtube.com/watch?v=CJ-J_v69304

http://youtube.com/watch?v=4yjRLrZfIn8

CONFIDENTIAL

VIA00346037

http://youtube.com/watch?v=l4nMdS0Jrt0

http://youtube.com/watch?v=NM-h6Df3KmE

http://youtube.com/watch?v=lKJzFTptbyY

http://youtube.com/watch?v=FHKAsjDHpPM

Let us know if you have any questions.

Thanks!

Kristina Tipton

Interactive Marketing

Paramount Pictures

323-956-8453

_____

From: Teifeld, Tamar - Paramount
Sent: Monday, June 11, 2007 9:58 AM
To: Tipton, Kristina - Paramount
Subject: FW: disturbia / paris

_____

From: Powell, Amy - Paramount
Sent: Monday, June 11, 2007 8:25 AM
To: Wahtera, Megan - Paramount; Simard, Stephanie - Paramount; Chiang, Cat - Paramount; Teifeld, Tamar - Paramount
Subject: RE: disturbia / paris

should definitely not be associated with the studio- should appear as if a fan created and posted it.

_____

From: Wahtera, Megan - Paramount
Sent: Mon 6/11/2007 7:34 AM
To: Powell, Amy - Paramount; Simard, Stephanie - Paramount; Chiang, Cat - Paramount; Teifeld, Tamar - Paramount
Subject: RE: disturbia / paris

hi amy -

we will definitely get this posted.
we assume you want kt/tt to go out to webmasters, plus for us to upload to viral video sites.

for viral video sites - can you confirm you want us to post from random accnts that are not paramount related?

thanks!
megan

-----Original Message-----
From: Powell, Amy - Paramount
Sent: Sun 6/10/2007 4:56 PM

CONFIDENTIAL

To: Simard, Stephanie - Paramount; Wahtera, Megan - Paramount; Chiang, Cat - Paramount; Teifeld, Tamar - Paramount
Subject: disturbia / paris

see below... can you guys get this posted? it's funny.

_____

From: Sauter, Jeremy - Paramount
Sent: Fri 6/8/2007 7:00 PM
To: Powell, Amy - Paramount; Rich, Gerry - Paramount; Waldman, David - Paramount; Vollman, Michael - Paramount
Subject: Fw: Posted

Amy -
Want to post this?
J-

Jeremy Sauter
Paramount Pictures

----- Original Message -----
From: Mark Lipsky <markl@buddhajonestrailers.com>
To: Sauter, Jeremy - Paramount
Sent: Fri Jun 08 18:56:45 2007
Subject: Posted

Jeremy,
    We have posted Disturbia "Paris" :30 V.1 to our website. I have listed log in information below.

    Once you log in you will come to a page with a Disturbia Icon on it and it will bring you to another page with a file tree on the left hand side. Click the top file that will say Disturbia. This will bring you to another page with a thumbnail in the center of the page. To download the spot option click the download icon below the thumbnail. If you want to watch the spot on the website click the thumbnail then click the click here to play icon and wait for them to load. Give me a call with any questions.

                    Mark

link:
http://secure.wiredrive.com/clients/buddhajonestrailers/wd/folder/55341/list