# RUBIN DECLARATION EXHIBITS CONTINUED

# Rubin Exhibit 113



# Rubin Exhibit 114



# YouTube
Broadcast Yourself ™

[Search box] **Search**

Create Account or Sign In

Home | Videos | Channels | Shows     Subscriptions | History | Upload




 **Strange Wilderness**
strangewildernessuk's Channel     Subscribe     All    Uploads    Favorites



Share    Replay

0:41 / 0:41    360p

Info | Comments | Favorite | Share | Playlists | Flag

**Strange Wilderness - Dentist**     46 ratings ★★★★½
From: **strangewildernessuk** | July 24, 2008 | 46,841 views

Strange Wilderness Synopsis:

The story follows the hosts (Zahn and Covert) of fictional wildlife TV show Strange Wilderness, which is headed toward extinction because of bad ratings; they hatch a scheme to find the one animal that can save the show - Bigfoot. **(more info)**

View comments, related videos, and more

**Uploads (16)**

 **Strange Wilderness - Piranha**
39,110 views - 1 year ago

**Strange Wilderness - Monkeys**
25,004 views - 1 year ago

**Strange Wilderness - Dentist**
46,841 views - 1 year ago

see all

**Favorites (44)**

**force of nature funny**
korly1994 - 1,016 views

**spoon trick**
lanceri - 192,384 views

 **le sac vs Pip Letter from X-factor FAKE!**
lesacvspip - 117,940 views

see all


strangewildernessuk
Subscribe
Add as Friend |
Block User | Send Message

**Subscribers (231)**

      
Sezzera    jazzyb04    1099062    grims4ever    yukiisagirl    ihateutube    mendozazo...

see all

### Profile

| | |
|---|---:|
| Channel Views: | 26,086 |
| Total Upload Views: | 795,504 |
| Style: | --- |
| Joined: | March 06, 2008 |
| Last Sign In: | 1 year ago |

**Channel Comments**

There are no comments for this user.

Add Comment

| **Subscribers:** | 231 |
|---|---|

Strange Wilderness Synopsis:

The story follows the hosts (Zahn and Covert) of fictional wildlife TV show Strange Wilderness, which is headed toward extinction because of bad ratings; they hatch a scheme to find the one animal that can save the show - Bigfoot.

On DVD 4 August - Only at HMV

| **Country:** | United Kingdom |
|---|---|

#31 - Most Subscribed (All Time) - Sponsors - United Kingdom

# Rubin Exhibit 115

# Housley, Michael

| | |
|---|---|
| **From:** | Sean Ray [seanr@baytsp.com] |
| **Sent:** | Monday, June 16, 2008 9:24 PM |
| **To:** | Housley, Michael |
| **Cc:** | Andrea Cordone; Elliott Kohtz; Evelyn Espinosa; Tim Methenitis |
| **Subject:** | MTVN white-list |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | MTVN white-list.pdf |

Attached is a complete list of usernames white-listed for MTVN

The following usernames were in CIMS before Andrea started in a rule called VIRAL PLACEMENT:
Wiredset
thatisalsofunny
thatsfunny

Since then we have added these:
Blunty3000
2008classicawards

The following usernames were in CIMS before Andrea in a rule called MTVN Partners:

BadBoyRecords
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
bullrunvideo
CBS
DamonJohnson
digitalfilmmaker
FutureWorld77
irenemariemodels
Isitfridayyet
jerseymouth1
ladyfragment
laurenceegibbs
LiberalViewer
reaction2006
reno911miami
shishka
Snackboard
SpikeTV
thesparksfly
TNAWrestling
TXCANY
universalmusicgroup
vh1staff
Victorweb
Vlogging
Wiredset

If you have any questions or need any further assistance please let us know.

Regards,

Sean Ray
Client Services
BayTSP, Inc.
408-341-2300 (Main)
408-341-2399 (Fax)
AIM Handle: seanray13
seanr@baytsp.com
www.baytsp.com

**Save the date! Join us for "One World 2008: Managing Piracy in the Global Village" - BayTSP's 5th Annual Anti-Piracy Conference September 15-17th! Join us!**

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

**From:** Elliott Kohtz
**Sent:** Monday, June 16, 2008 5:28 PM
**To:** paramount_dailies
**Cc:** Paramount_dailies_cc; Bryan Mejia; Timothy Methenitis
**Subject:** Spiderwick Chronicles Daily Report 06-16-08

## Tracking and Enforcement Update

**This report reflects data gathered yesterday.**

**RADAR Alerts:**

Discovered - 0
Pending - 25
Verified - 0
Discarded - 0

**As of 2 AM on Monday Jun 16, RADAR has detected no new sources claiming to be Spiderwick Chronicles. We have verified no releases, discarded no releases, and are in the process of finding download sources for all other releases. Please refer to individual RADAR Alerts for potential new detections not covered in this report period.**

### Infringements:
P2P - 1505
Non P2P - 0
Streaming - 0
Cumulative - 205448

### Top Protocols:
eDonkey - 1028
BitTorrent - 477

### Top Countries:
Germany - 807
United Kingdom - 106
Israel - 81
USA - 50
France - 47

Regards,

Elliott Kohtz
BayTSP, Inc.
Client Service Support
Elliottk@baytsp.com
AIM: elliottbaytsp
Direct: 408.341.2320

**Save the date! Join us for "One World 2008: Managing Piracy in the Global Village" - BayTSP's 5th Annual Anti-Piracy Conference September 15-17th! Join us!** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system. Please do not copy the message or distribute it to anyone. This message was prepared at the request of counsel.

Attached is a complete list of usernames white-listed for MTVN

The following usernames were in CIMS before Andrea started in a rule called VIRAL PLACEMENT:
 Wiredset
 thatisalsofunny
 thatsfunny

Since then we have added these:
 Blunty3000
 2008classicawards

The following usernames were in CIMS before Andrea in a rule called MTVN Partners:

BadBoyRecords
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
bullrunvideo
CBS
DamonJohnson
digitalfilmmaker
FutureWorld77
irenemariemodels
Isitfridayyet
jerseymouth1
ladyfragment
laurenceegibbs
LiberalViewer
reaction2006
reno911miami
shishka
Snackboard
SpikeTV
thesparksfly
TNAWrestling
TXCANY
universalmusicgroup
vh1staff
Victorweb
Vlogging
Wiredset

Complete MTVN white-list

ArtisanNewsService
BAAFamily
BadBoyRecords
barelypolitical
BdubEtv
bestweekevertv
blacktreemedia
bpfrecords
bravenewfilms
BroadwayJoe
BroadwayJoe415
bullrunvideo
CBS
ChannelFrederator
cimatics
Damonjohnson
digitalfilmmaker
duke12085
Edwardtubbs
fanscapevideos
FanscapeVideos4U
FiveChemical
freeforlife112
FreshTakes
FutureWorld77
GossipGirl40
HGiantVid
irenemariemodels
Isitfridayyet
JackassWorldMTV
jerseymouth1
ladyfragment
Lakeshore Records
lakeshoreent
lakeshorerecords
laurenceegibbs
LiberalViewer
livinglegend
menudo
MyDamnChannel
OfficialReno911
Paraccount
Paramount
Paramount Pictures
ParamountPictures
ParentsConnect
ParkMyVIbe
PinkStrawberry
PinkStrawberry1
powmadeak47
reaction2006
reno911miami
rollingoutTELEVISION

RunsHouseVideos
selfmag
shishka
Snackboard
spiketv
SpikeTV
TDSwriters
teodorafilm
thatisalsofunny
thatsfunny
Thatsnotfunny
themoviemonkey
thesparksfly
TNAWrestling
tomato808
turningthebig40
TVgasmdotcom
TXCANY
unversalmusicgroup
vh1staff
Victorweb
virtualmtv
VLogging
Wiredset
IrenaZilberman
Blunty3000
2008classicawards

HIGHLY CONFIDENTIAL                                                                                                         VIA-SUPP0000012

# Rubin Exhibit 116

**Housley, Michael**

**From:** Sean Ray [seanr@baytsp.com]
**Sent:** Thursday, May 14, 2009 1:06 PM
**To:** Housley, Michael
**Cc:** Elliott Kohtz
**Subject:** RE: White-list
**Attachments:** Paramount Video White-list.xls

Mike,

Here is the Paramount White-list spreadsheet.

Regards,
Sean Ray
Client Service Manager
BayTSP, Inc.
408-341-2384 (Direct)
408-656-6067 (Mobile)
408-341-2399 (Fax)
AIM Handle: seanray13
seanr@baytsp.com
www.baytsp.com
**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Thursday, May 14, 2009 8:28 AM
**To:** Sean Ray
**Cc:** Elliott Kohtz
**Subject:** RE: White-list

Thanks, Sean. When you have a chance, please send me the current Paramount white-list.

**From:** Sean Ray [mailto:seanr@baytsp.com]
**Sent:** Tuesday, May 12, 2009 12:44 PM
**To:** Housley, Michael
**Cc:** Elliott Kohtz
**Subject:** RE: White-list

Mike,

YouTube user **jimgaffigancomic** has been added to the filters in BVM and CIMS. User **eutube** had already been added.

For your records I have attached the current Cleared User spreadsheet. I know I have not sent you and updated spreadsheet for quite some time.

1/19/2010                    HIGHLY CONFIDENTIAL                    VIA-SUPP0000013

Regards,
Sean Ray
Client Service Manager
BayTSP, Inc.
408-341-2384 (Direct)
408-656-6067 (Mobile)
408-341-2399 (Fax)
AIM Handle: seanray13
seanr@baytsp.com
www.baytsp.com
**Attorney Client Privileged Work Product** The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

**From:** Housley, Michael [mailto:Michael.Housley@viacom.com]
**Sent:** Tuesday, May 12, 2009 8:52 AM
**To:** Sean Ray
**Cc:** Elliott Kohtz
**Subject:** White-list

Sean,

If we have not already done so, please white-list the following username.

jimgaffigancomic

Thanks,

Mike

HIGHLY CONFIDENTIAL




# Cleared User List

Updated: 5/12/09

## Non-Viral & Not Classified

| | | |
|---|---|---|
| ArtisanNewsService | Lakeshore Records | themoviemonkey |
| BAAFamily | lakeshoreent | ThePDEtube |
| BadBoyRecords | lakeshorerecords | thesparksfly |
| BarackObama.com | laurenceegibbs | TNAWrestling |
| barelypolitical | LiberalViewer | tomato808 |
| BdubEtv | livinglegend | turningthebig40 |
| bestweekevertv | MediocreFilms | TVgasmdotcom |
| blacktreemedia | menudo | TXCANY |
| bpfrecords | mirandacosgrove | unversalmusicgroup |
| bravenewfilms | MultiVuOnline | upinl |
| BroadwayJoe | MyDamnChannel | VenetianPrincess |
| BroadwayJoe415 | nalts | vh1staff |
| bullrunvideo | NRDCflix | Victorweb |
| CBS | OfficialReno911 | virtualmtv |
| ChannelFrederator | Paraccount | VLogging |
| charlestrippy | Paramount | VoteRonWhite |
| cimatics | Paramount Pictures | waverlyflams |
| collegehumor | ParamountFrance | waverlyflams |
| Damonjohnson | ParamountPictures | Wiredset |
| dasDing | ParentsConnect | yogabbagabba |
| digitalfilmmaker | ParkMyVIbe | |
| DionneTv | parrygripp | |
| duke12085 | parrygrippradio | |
| Edwardtubbs | PinkStrawberry | |
| egamimedia | PinkStrawberry1 | |
| Equality4All | powermadeak47dotcom | |
| eutube | powmadeak47 | |
| fanscapevideos | reaction2006 | |
| FanscapeVideos4U | reno911miami | |
| FiveChemical | rollingoutTELEVISION | |
| freeforlife112 | RunsHouseVideos | |
| FreshTakes | selfmag | |
| FutureWorld77 | shaycarl | |
| Gadzoo01 | shishka | |
| GossipGirl40 | Snackboard | |
| HGiantVid | spiketv | |
| IrenaZilberman | SpikeTV | |
| irenemariemodels | StarTrekLeFilm | |
| ISATKM | sugarscaper | |
| Isitfridayyet | TDSwriters | |
| JackassWorldMTV | teodorafilm | |
| jerseymouth1 | thatisalsofunny | |
| jimgaffigancomic | thatsfunny | |
| JohnMcCain.com | Thatsnotfunny | |
| ladyfragment | TheDocklands | |

## Viral White-list

| |
|---|
| 2008classicawards |
| alienatepeople |
| Blunty3000 |
| fanscapemtv |
| funnyvids222 |
| luvinthen |
| mahalodotcom |
| mtvfanscape |
| MTVPressClips |
| newrealitytv |
| NickKCA |
| ParamountGermany |
| paramountpictureshow |
| PPUKPictureShow |
| upinl |
| vcr345 |
| Wiredsetvideo |

HIGHLY CONFIDENTIAL

# Paramount Video White-list as of 4/30/09

## Non-Viral & Unknown

| | | |
|---|---|---|
| PinkStrawberry1 | fueltv | redrawndog |
| "FXLover" | fueltvoap | reno911miami |
| adultswimdotcouk | FUELTVSHOWMEYOURID | reyesdelacalle |
| AlvinDanceSteps | FutureWorld77 | senha: senharei |
| AlwaysSunnyFX | FXDirt | shishka |
| Arkanet | FXTheRiches | Simpsonsmoviechannel |
| AustinOz06 | giagirl | simpsonsofilme |
| BadBoyRecords | gossipgirltvofficial | Snackboard |
| bb0s | gypsyvixen | spiketv |
| bestweekevertv | h0mer001 | SpikeTV |
| blacktreemedia | hapanesegirl | squareguy |
| Blip | horrorzone89 | Substance001trailers |
| bpfrecords | HortonGB | sunshinefan07 |
| bravenewfilms | huluDotCom | sunshinemovie |
| BroadwayJoe | imagenesdelmasalla | sunspotscompetition |
| BroadwayJoe415 | imagensdoalem | superdeluxecomedy |
| bufalodelanoche | irenemariemodels | Tastefullymine |
| cafehopping | Isitfridayyet | tcfmexico |
| canyouhandleit | JackassWorldMTV | tcmclassicshorts |
| CBS | jerseymouth1 | Thatisalsofunny |
| CBSNewsOnline | Jonnysleftfoot | Thatsfunny |
| clr1616 | julianwlai | Thatsnotfunny |
| Damonjohnson | kackylacky | Thegypsyvixen |
| Davedore | ladyfragment | themoviemonkey |
| Digestor2365 | Lakeshore Records | thesparksfly |
| Digi80 | lakeshoreent | Timmsie |
| DMGIfamily | lakeshorerecords | TNAWrestling |
| dnafilmsltd | laurenceegibbs | tsuemetai07 |
| durodematar4 | LiberalViewer | TXCANY |
| Eibrandedcontent | madmanonline | vh1staff |
| eyeofbeholder | menghsitsai | Victorweb |
| FanscapeVideos4U | michel@10minutos.com.br | VideoNasty |
| filmmakerdotcom | minkmomo | VLogging |
| FiveChemical | Miranda4444 | WarnerBrosOnline |
| foxabulous | mksuperdeluxe | wemakevideonasty |
| foxatomic | NBC | Wfox |
| FoxBroadcasting | news4uandi | wigfilms |
| foxdigitalcopy | nktomic | wvlover |
| foxfutvolley | Paraccount | JohnMcCain.com |
| foxhomede | Paramount | BarakObama.com |
| FoxKino | Paramount Pictures | strangewildernessuk |
| FoxMovies | ParamountPictures | egamimedia |
| Foxrental | ParkMyVibe | StarTrekLeFilm |
| foxsearchlight | PinkStrawberry | ParamountFrance |
| foxsearchlight1 | powermadeak47dotcom | |
| foxtvdvd | powmadeak47 | |
| Foxwtb | reaction2006 | |
| freeforlife112 | reaction2006 | |

## Viral list

| |
|---|
| Paramount 2009 |
| Paramount 2010 |
| Wiredset |
| RockYouInc |
| alienatepeople |
| luvinthen |
| ParamountGermany |
| paramountpictureshow |

HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　VIA-SUPP0000016

# Rubin Exhibit 117

# EXHIBIT FILED MANUALLY