UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE FOOTBALL ASSOCIATION PREMIER          :
LEAGUE LIMITED, BOURNE CO. (together       :
with its affiliate MURBO MUSIC PUBLISHING, :
INC.), CHERRY LANE MUSIC PUBLISHING    :          07 Civ. 3582 (LLS)
COMPANY, INC., CAL IV ENTERTAINMENT  :          (related case no. 07 Civ. 2103 (LLS),
LLC, ROBERT TUR d/b/a LOS ANGELES       :          the "*Viacom* action")
NEWS SERVICE, NATIONAL MUSIC              :
PUBLISHERS' ASSOCIATION, THE               :
RODGERS & HAMMERSTEIN                        :          **ECF CASE**
ORGANIZATION, STAGE THREE MUSIC        :
(US), INC., EDWARD B. MARKS MUSIC         :
COMPANY, FREDDY BIENSTOCK MUSIC      :
COMPANY d/b/a BIENSTOCK PUBLISHING    :
COMPANY, ALLEY MUSIC CORPORATION,   :
X-RAY DOG MUSIC, INC., FÉDÉRATION          :
FRANÇAISE DE TENNIS, THE MUSIC FORCE :
LLC, and SIN-DROME RECORDS, LTD. on        :
behalf of themselves and all others similarly    :
situated,                                                              :
                                                                           :
                                     Plaintiffs,                    :
                                                                           :
                  v.                                                   :
                                                                           :
YOUTUBE, INC., YOUTUBE, LLC and           :
GOOGLE, INC.,                                               :
                                                                           :
                                     Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that, the below counsel hereby appears as additional

counsel on behalf of The Football Association Premier League, pending the prospective

appointment of class counsel.

Dated:     New York, New York
           March 23, 2010

                              CADWALADER, WICKERSHAM & TAFT LLP


                              By_____/s/ Colin A. Underwood_____
                                      Colin A. Underwood
                                      One World Financial Center
                                      New York, New York  10281
                                      Telephone: (212) 504-6000
                                      Facsimile: (212) 504-6666
                                      E-mail: colin.underwood@cwt.com
                                      Co-Counsel for Lead Plaintiff
                                      The Football Association Premier
                                      League Limited