ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
THE FOOTBALL ASSOCIATION PREMIER   LEAGUE
LIMITED, BOURNE CO. (together with its
affiliate MURBO MUSIC PUBLISHING, INC.),
CHERRY LANE MUSIC PUBLISHING COMPANY,
INC., CAL IV ENTERTAINMENT LLC, ROBERT
TUR d/b/a LOS ANGELES NEWS SERVICE,
NATIONAL MUSIC PUBLISHERS' ASSOCIATION,
THE RODGERS & HAMMERSTEIN ORGANIZATION,
STAGE THREE MUSIC (US), INC., EDWARD B.
MARKS MUSIC COMPANY, FREDDY BIENSTOCK
MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING
COMPANY, ALLEY MUSIC CORPORATION, X-RAY
DOG MUSIC, INC., FÉDÉRATION FRANÇAISE DE
TENNIS, THE MUSIC FORCE MEDIA GROUP LLC,
THE MUSIC FORCE LLC, and SIN-DROME
RECORDS, LTD. on behalf of themselves
and all others similarly situated,

                Plaintiffs,

  - against -

YOUTUBE, INC., YOUTUBE, LLC and GOOGLE,
INC.,
                Defendants.
-------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-26-10

**ORDER**

07 Civ. 3582 (LLS)

    On consent of the parties, all filings (Docket Nos. 149, 152, and 155) with respect to the allegations that Mr. Tur (alone or with others) violated the Court's May 14, 2008 Second Amended Stipulated Pre-Trial Protective Order, are unsealed.

    So ordered.

Dated: New York, NY
       March 26, 2010

                                        _Louis L. Stanton_
                                        LOUIS L. STANTON
                                           U.S.D.J.