

# JENNER&BLOCK

March 29, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/10
```

Jenner & Block LLP          Chicago
919 Third Avenue            Los Angeles
37th Floor                  New York
New York, NY 10022          Washington, DC
Tel 212-891-1600
www.jenner.com

BY HAND DELIVERY

Hon. Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

MAR 3 0 2010

Susan J. Kohlmann
Tel  212 891-1690
Fax  212 909-0821
skohlmann@jenner.com

Re:  *Viacom International Inc. et al v. YouTube, Inc. et al.*, No. 07-CV-2103 (LLS)
     *Football Ass'n Premier League Ltd. et al. v. YouTube, Inc. et al.*, No. 07-CV-3582
     (LLS)

Dear Judge Stanton:

I represent the plaintiffs in the Viacom action ("Viacom") and write on behalf of all parties in that action and the Premier League action in reference to the Court's March 5, 2010 order regarding the unsealing of the parties' summary judgment filings ("Order"). The parties believe that a one week extension in the deadlines set forth in Paragraphs 4 and 6 of the Court's Order would allow the parties to narrow their disputes over the precise scope of summary judgment materials that should be unsealed. We expect that progress in reaching further agreement would expedite the unsealing of further information and reduce the burden on the Court of determining what should and should not be unsealed if disputes remain.

In light of the foregoing, the parties respectfully request that the Court grant a one week extension to the deadlines set forth in Paragraphs 4 and 6 of the Court's order, such that the parties would have until April 8 to "submit unresolved matters to the Court," and would have until April 11 to "submit proposed findings of fact" regarding items on which there is agreement.

Respectfully

Susan J. Kohlmann

cc: all parties in the *Viacom* and *Premier League* actions

So ordered.
Louis L.
Stanton
3/30/10