UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, BOURNE CO. (together with its affiliate MURBO MUSIC PUBLISHING, INC.), CHERRY LANE MUSIC PUBLISHING COMPANY, INC., CAL IV ENTERTAINMENT LLC, ROBERT TUR d/b/a LOS ANGELES NEWS SERVICE, NATIONAL MUSIC PUBLISHERS ASSOCIATION, THE RODGERS & HAMMERSTEIN ORGANIZATION, STAGE THREE MUSIC (US), INC., EDWARD B. MARKS MUSIC COMPANY, FREDDY BIENSTOCK MUSIC COMPANY d/b/a BIENSTOCK PUBLISHING COMPANY, ALLEY MUSIC CORPORATION, X-RAY DOG MUSIC, INC., FEDERATION FRANCAISE DE TENNIS, THE MUSIC FORCE MEDIA GROUP LLC, THE MUSIC FORCE LLC, and SINDROME RECORDS, LTD. on behalf of themselves and all others similarly situated,<br><br>                                                  Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE LLC, and GOOGLE INC.,<br><br>                                                  Defendants. | ECF Case<br><br>Civil Action No. 07-CV-3582 (LLS)<br>(Related Case No. 07-CV-2103)<br><br>**STIPULATION AND ORDER**<br><br>**CONFIDENTIAL – FILED UNDER SEAL**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/26/10 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. An identical copy of the original forensic images of each of Robert Tur's computers or devices (the "Forensic Images") captured by Iris Data Services, LLC ("Iris"), will be provided to a New York office of FTI Consulting, Inc. ("FTI") by the latter of 5 pm ET on December 4, 2009 or within 2 business days after the parties submit to the Court a fully executed

5953/58641-001 Current/16879282v1

Stipulation to be so ordered. FTI agrees to execute and be bound by the Protective Order entered in the action. The parties agree to cooperate to use their best efforts to present this stipulation for prompt so-ordering by the Court, including trying to arrange a time with Chambers for presenting and so-ordering same; and notwithstanding the above, if the Court refuses to so order the stipulation, FTI shall immediately return the Forensic Images to Iris; and

2. FTI shall do nothing but maintain such Forensic Images in its possession, in strict confidence and in a highly secure location, and shall not review, access, copy, image, investigate, analyze, transfer, or forward the Forensic Images or permit any other person or entity to do so, until either (a) the undersigned counsel of record and special counsel for Mr. Tur have executed a written agreement concerning any constraints posed by any alleged privilege, immunity, confidentiality, privacy, or other protection (collectively "Protection") of the Forensic Images (such agreement to provide, among other things, that FTI shall transmit at most information or analyses of emails or other matter related to litigation against YouTube in which Mr. Tur was or is a plaintiff unless otherwise approved in writing by the undersigned Proskauer counsel and special counsel for Mr. Tur), or (b) the Court orders that Defendants may access and analyze the Forensic Images.

3.  The provision of the Forensic Images to FTI provided for in paragraph 1 above shall not to any extent waive or prejudice any Protection claimed to be due by or to the Forensic Images or by or to Mr. Tur or any other person or entity. Mr. Tur shall be entitled to designate material or information, or any analyses or results thereof, as Highly Confidential under the terms of the Protective Order.

Dated: December 7, 2009

Respectfully submitted,

*[signature]*

Louis M. Solomon
William M. Hart
Noah S. Gitterman
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Email: lsolomon@proskauer.com

*Attorneys for the Putative Class*[1]

*[signature]*

Andrew H. Schapiro
A. John P. Mancini
Matthew I. Ingber
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2500
Email: aschapiro@mayerbrown.com

---

[1] Proskauer, having invoked Paragraph E of the parties Stipulation and Order of Nov 16, 2009 concerning Mr. Tur, sought and obtained the approval of Mr. Tur's independent counsel before executing this Stipulation.

David H. Kramer
WILSON SONSINI GOODRICH &
ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Email: dkramer@wsgr.com

*Attorneys for Defendants*

[ DARYL TESHIMA ]
Senior Managing Director
FTI Technology, Inc.
On behalf of FTI Consulting, Inc.

SO ORDERED: _____
United States District Judge
12/14/09

4

5953/58641-001 Current/16879282v1