MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-14-10

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related to Case No. 1:07-cv-03582 (LLS))<br><br>**MOTION FOR LEAVE TO WITHDRAW MATTHEW W. ALSDORF AS COUNSEL FOR VIACOM INTERNATIONAL INC., ET AL.** |

*Leave granted. So ordered.*
*Louis L. Stanton*
*6/14/10*

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the law firm Jenner & Block LLP files this Motion for Leave to Withdraw Matthew W. Alsdorf as Counsel for Plaintiffs Viacom International Inc., et al. ("Viacom") in the above-captioned case. In support of this motion, Jenner & Block states as follows:

1. Matthew W. Alsdorf is identified as counsel to be noticed. As of May 14, 2010, Mr. Alsdorf will be taking a Leave of Absence from Jenner & Block.

2. Viacom has been informed of and consents to the withdrawal of Mr. Alsdorf.

3. Viacom remains represented by the law firms of Jenner & Block LLP and Shearman & Sterling LLP. In addition to Mr. Alsdorf, 11 other attorneys from Jenner & Block LLP and three attorneys from Shearman & Sterling LLP have entered appearances on behalf of Viacom in the above-captioned case.

4. Discovery in this action remains ongoing. No trial date has been set.

5. The withdrawal of Mr. Alsdorf would not affect the case schedule in any way.

6. For the foregoing reasons, Jenner & Block LLP respectfully requests that this Court grant leave for Matthew W. Alsdorf to withdraw as counsel for Viacom.

Dated: June 11, 2010

                                            Respectfully submitted,

                                            Susan K. Kohlmann (SK-1855)
                                            JENNER & BLOCK LLP
                                            919 Third Ave., 37th Floor
                                            New York, NY 10022
                                            (212) 891-1690 (t)
                                            (212) 891-1699 (f)
                                            skohlmann@jenner.com

                                            *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., COMEDY PARTNERS, COUNTRY MUSIC TELEVISION, INC., PARAMOUNT PICTURES CORPORATION, and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.,<br><br>Defendants. | Case No. 1:07-CV-2103-LLS<br>(Related to Case No. 1:07-cv-03582 (LLS))<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 11th day of June, 2010, the foregoing motion for Leave to Withdraw Matthew W. Alsdorf as counsel for Viacom International Inc., et al. and Proposed Order were electronically served upon all counsel on this action and the Premiere League Action (No. 07-CV-03582).

Susan J. Kohlmann