UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

THE FOOTBALL ASSOCIATION PREMIER
LEAGUE LIMITED, BOURNE CO. (together
with its affiliate MURBO MUSIC PUBLISHING,
INC.), CHERRY LANE MUSIC PUBLISHING
COMPANY, INC., CAL IV ENTERTAINMENT
LLC, ROBERT TUR d/b/a LOS ANGELES
NEWS SERVICE, NATIONAL MUSIC
PUBLISHERS' ASSOCIATION, THE
RODGERS & HAMMERSTEIN
ORGANIZATION, STAGE THREE MUSIC
(US), INC., EDWARD B. MARKS MUSIC
COMPANY, FREDDY BIENSTOCK MUSIC
COMPANY d/b/a BIENSTOCK PUBLISHING
COMPANY, ALLEY MUSIC CORPORATION,
X-RAY DOG MUSIC, INC., FÉDÉRATION
FRANÇAISE DE TENNIS, THE MUSIC FORCE
MEDIA GROUP LLC, THE MUSIC FORCE
LLC, and SIN-DROME RECORDS, LTD. on
behalf of themselves and all others similarly
situated,

                  Plaintiffs,

                  v.

YOUTUBE, INC., YOUTUBE, LLC and
GOOGLE, INC.,

                  Defendants.

------------------------------------------------X

07 Civ. 3582 (LLS)
(related case no. 07 Civ. 2103 (LLS),
the "*Viacom* action")

**ECF CASE**

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE THAT plaintiffs The Football Association Premier League Limited, Bourne Co. (together with its affiliate Murbo Music Publishing, Inc.), Cherry Lane Music Publishing Company, Inc., Cal IV Entertainment LLC, National Music Publishers' Association, The Rodgers & Hammerstein Organization, Stage Three Music (US), Inc., Edward B. Marks Music Company, Freddy Bienstock Music Company d/b/a Bienstock Publishing

Company, Alley Music Corporation, X-Ray Dog Music, Inc., Fédération Française De Tennis, The Music Force Media Group LLC, The Music Force LLC, and Sin-Drome Records, Ltd. hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entering judgment for defendants and against plaintiffs on all of plaintiffs' claims, dated August 9, 2010 and entered on August 10, 2010, and from each and every part of that judgment and from each order or paper subsumed within that judgment as well as all antecedent interlocutory orders entered in this case, including, but not limited to, the court's opinion and order dated June 23, 2010 granting defendants' motion for summary judgment that they qualify for the protection of 17 U.S.C. § 512(c) against all of plaintiffs' claims for direct and secondary copyright infringement, and denying plaintiffs' motion for partial summary judgment against defendants' defense under 17 U.S.C. § 512(c).

Dated: New York, New York
       August 12, 2010

Respectfully submitted,

_____
Charles S. Sims
William M. Hart
Noah Siskind Gitterman
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Email: csims@proskauer.com
-*and*-
Max W. Berger
John C. Browne
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

Email: johnb@blbglaw.com
*Attorneys For The Football Association Premier League Limited, Bourne Co., Murbo Music Publishing, Inc., Cherry Lane Music Publishing Company, Inc., X-Ray Dog Music, Inc., and Fédération Française de Tennis and Proposed Class Counsel For The Prospective Class*

Louis M. Solomon
Hal S. Shaftel
CADWALADER, WICKERSHAM & TAFT, LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6680
louis.solomon@cwt.com
*Attorneys For The Football Association Premier League Limited*

Daniel Girard
Christina Connolly Sharp
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
*-and-*
David Garrison
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
*-and-*
Kevin Doherty
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
*Attorneys for Cal IV Entertainment LLC*

Jacqueline C. Charlesworth
James E. Hough
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, New York 10104
Phone (212) 468-8158
Facsimile (212) 468-7900
*-and-*

David S. Stellings
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10017-2024
Tel. (212) 355-9500
Fax. (212) 355-9592
*Attorneys for the National Music Publishers'
Association, Rodgers & Hammerstein
Organization, Stage Three Music (US), Inc.,
Edward B. Marks Music Company, Freddy
Bienstock Music Company d/b/a Bienstock
Publishing Company, and Alley Music
Corporation*

Christopher Lovell
Christopher M. McGrath
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
*-and-*
Jeffrey L. Graubart
LAW OFFICES OF JEFFREY L.
GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807
*-and-*
Steve D'Onofrio
5335 Wisconsin Avenue, N.W. Suite 950
Washington, D.C. 20015
Telephone: (202) 686-2872
Facsimile: (202) 686-2875
*Attorneys for The Music Force Media Group
LLC, The Music Force LLC, and Sin-Drome
Records, Ltd.*

TO:

Andrew H. Schapiro, Esq.
A. John P. Mancini, Esq.
Matthew D. Ingber, Esq.
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Telephone (212) 506 2500
Facsimile (212) 262 1910

David H. Kramer, Esq.
Michael H Rubin, Esq.
Bart E. Volkmer, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone (650) 493 9300
Facsimile (650) 493-6811

*Attorneys for Defendants*