**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

**LOUIS L. STANTON**
UNITED STATES DISTRICT JUDGE

November 5, 2012

Andrew Schapiro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601

Charles S. Sims, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Re:   Football Ass'n Premier League et al. v. YouTube, Inc., et al., 07 Civ. 3582 (LLS)

Dear Counsel,

Perhaps, in order to move matters more efficiently than seems to be forecast by your letters of October 25 and November 1, 2012, I should it make it plainer that:

(1) The motion for class certification should be made separately from, and before, the defendants' motion for summary judgment;

(2) As a suggestion (which I do not make mandatory, preferring to leave room for necessary adjustment by counsel) the renewed class certification motion should be made by November 21, answered by December 12, with reply by December 21; and

(3) The form of their submissions (e.g., "free-standing" or supplementing existing briefing) is at the preference of each side. As far as I am concerned the substance of the issues will be the same; what is essential is the clarity and cogency of the arguments.

  In return, I will try to address the issues promptly, so that the class plaintiffs may be advised before they lose the opportunity for any input to their colleagues' briefing in the <u>Viacom</u> case.

                     Yours sincerely,

                      Louis L. Stanton