UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC and GOOGLE, INC.,<br><br>*Defendants*. | Case No. 07 Civ. 3582 (LLS)<br><br>**ECF CASE**<br><br>**Electronically Filed**<br><br>STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), all remaining plaintiffs, through counsel, hereby stipulate to the dismissal with prejudice of all their claims asserted in this action, with each party to bear its own costs, expenses and attorneys' fees.

November 7, 2013

_____
Charles S. Sims
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212.969.3000
Email: csims@proskauer.com
Attorneys for all plaintiffs

_____
David H. Kramer
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300
Email: dkramer@wsgr.com
Attorneys for YouTube, Inc., YouTube LLC, and Google Inc.